# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ENTRESTO (SACUBITRIL/VALSARTAN) PATENT LITIGATION | MDL No. 20-2930-LPS |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC GLOBAL HOLDING SA, ALEMBIC PHARMACEUTICALS, INC.,<br>MACLEODS PHARMACEUTICALS LTD., MACLEODS PHARMA USA, INC., NATCO PHARMA LIMITED, NATCO PHARMA, INC.,<br><br>Defendants. | C.A. No. 1:19-cv-02021-LPS |

## NOTICE OF SERVICE

I hereby certify that on September 28, 2020, true and correct copies of *Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc.'s Objections and Responses to Novartis's First Set of Requests for Production (Nos. 1-14)* were served via email upon the following counsel of record:


| | |
|---|---|
| Daniel M. Silver, Esq.<br>Alexandra M. Joyce, Esq.<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>dsilver@mccarter.com<br>ajoyce@mccarter.com | Christina Schwarz, Esq.<br>Jared L. Stringham, Esq.<br>Nicholas N. Kallas, Esq.<br>VENABLE LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>cschwarz@venable.com<br>jlstringham@venable.com<br>nkallas@venable.com |
| Of Counsel:<br><br>A. Neal Seth (pro hac vice)<br>Laura R. Braden (pro hac vice)<br>WILEY<br>1776 K St., NW<br>Washington, D.C. 20036<br>Telephone: (202) 719-7000<br>Facsimile: (202) 719-7049<br>nseth@wiley.law<br>lbraden@wiley.law<br><br>Dated:  September 28, 2020 | /s/ John M. Seaman<br>John M. Seaman (#3868)<br>ABRAMS & BAYLISS LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE  19807<br>Telephone: (302) 778-1000<br>Facsimile: (302) 778-1001<br>seaman@abramsbayliss.com<br><br>*Attorneys for Defendants*<br>*Macleods Pharmaceuticals Ltd.*<br>*and Macleods Pharma USA, Inc.* |