**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-LPS |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., BIOCON PHARMA LIMITED, BIOCON LIMITED, BIOCON PHARMA, INC., CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., LAURUS LABS LIMITED, LAURUS GENERICS INC., LUPIN ATLANTIS HOLDINGS, S.A., LUPIN LIMITED, LUPIN INC., LUPIN PHARMACEUTICALS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-1979-LPS |
| Defendants. | ) ) ) ) ) | |

|  |  |  |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC PHARMACEUTICALS, INC., MACLEODS PHARMACEUTICALS LTD., MACLEODS PHARMA USA, INC., | ) ) ) ) ) ) ) ) | C.A. No. 19-2021-LPS |
| Defendants. | ) ) ) ) |  |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, NOVUGEN PHARMA (MALAYSIA) SDN. BHD., ZYDUS PHARMACEUTICALS (USA) INC., CADILA HEALTHCARE LTD., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-2053-LPS |
| Defendants. | ) ) ) ) ) ) |  |

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 20-74-LPS |
| ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC PHARMACEUTICALS, INC., | ) ) ) ) ) | |
| Defendants. | ) ) ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 20-415-LPS |
| LUPIN ATLANTIS HOLDINGS, S.A., LUPIN LIMITED, LUPIN INC., LUPIN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendants. | ) ) ) ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 20-445-LPS |
| MYLAN PHARMACEUTICALS, INC., | ) ) ) | |
| Defendant. | ) ) ) ) | |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to the September 18, 2020 Scheduling Order (D.I. 137), Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendants Alembic Pharmaceuticals Limited and Alembic Pharmaceuticals, Inc. (collectively, "Alembic"); Alkem Laboratories Ltd. ("Alkem"); Aurobindo Pharma USA Inc. and Aurobindo Pharma Ltd. (collectively "Aurobindo"); Biocon Pharma Limited, Biocon Limited, and Biocon Pharma, Inc. (collectively, "Biocon"); Crystal Pharmaceutical (Suzhou) Co., Ltd. ("Crystal Pharma"); Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. (collectively, "Dr. Reddy's"); Hetero USA Inc., Hetero Labs Limited, and Hetero Labs Limited Unit III (collectively, "Hetero"); Laurus Labs Limited and Laurus Generics Inc. (collectively, "Laurus"); Lupin Atlantis Holdings, S.A., Lupin Limited, Lupin Inc., and Lupin Pharmaceuticals, Inc. (collectively, "Lupin"); Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc. (collectively, "Macleods"); MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited (collectively, "MSN"); Mylan Pharmaceuticals Inc. ("Mylan"); Nanjing Noratech Pharmaceutical Co., Limited ("Noratech"); Novugen Pharma (Malaysia) Sdn. Bhd. ("Novugen"); Teva Pharmaceuticals USA, Inc. ("Teva"); Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd. (collectively, "Torrent"); and Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Ltd. (collectively, "Zydus,") (all collectively, "Defendants") hereby submit the following Joint Claim Construction Chart (Exhibit 1) for United States Patent Nos. 8,101,659 ('659 patent), 8,796,331 ('331 patent), 8,877,938 ('938 patent), and 9,388,134 ('134 patent) along with a Joint Appendix filed concurrently herewith containing these patents and portions of the intrinsic record relied upon in support of the parties' proposed constructions.

1

In addition to the materials disclosed in the Joint Claim Chart, each party reserves the right to rely on any evidence cited by the opposing party, as well as extrinsic evidence and/or expert testimony.

Dated February 17, 2021


OF COUNSEL:

Nicholas N. Kallas
Christina Schwarz
Christopher E. Loh
Susanne Flanders
Jared L. Stringham
Shannon Clark
Laura Fishwick
VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100
nkallas@venable.com
cschwarz@venable.com
cloh@venable.com
slflanders@venable.com
jlstringham@venable.com
skclark@venable.com
lfishwick@venable.com


OF COUNSEL:

Elizabeth M. Crompton
Scott A. Cunning, II
PARKER POE ADAMS & BERNSTEIN,
LLP
1400 K Street, NW
Suite 1000
Washington, DC 20005
(202) 434-9100
elizabethcrompton@parkerpoe.com
scottcunning@parkerpoe.com

/s/ Daniel M. Silver
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff Novartis*
*Pharmaceuticals Corporation*


/s/ Dominick T. Gattuso
Dominick T. Gattuso (#3630)
HEYMAN ENERIO GATTUSO & HIRZEL
LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7311
dgattuso@hegh.law

*Attorneys for Defendant Crystal*
*Pharmaceutical (Suzhou) Co., Ltd.*

C. Kyle Musgrove
PARKER POE ADAMS & BERNSTEIN,
LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202
(704) 372-9000
kylemusgrove@parkerpoe.com

OF COUNSEL:

Autumn N. Nero
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI 53703-3095
(608) 663-7460
ANero@perkinscoie.com

Christopher D. Jones
PERKINS COIE LLP
700 Thirteenth Street, NW, Suite 600
Washington, D.C. 20005-3960
(202) 654-6200
CDJones@perkinscoie.com

Bryan D. Beel
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209
(503) 727-2000
BBeel@perkinscoie.com

OF COUNSEL:

Stuart D. Sender
Frank D. Rodriguez
Amit Singhai
WINDELS MARX LANE &
MITTENDORF, LLP
1 Giralda Farms, Suite 100
Madison, New Jersey 07940
(973) 966-3200
ssender@windelsmarx.com
frodriguez@windelsmarx.com
asinghai@windelsmarx.com

/s/ Stamatios Stamoulis
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Defendants Dr. Reddy's
Laboratories, Inc. and Dr. Reddy's
Laboratories, Ltd.*

/s/ Eve H. Ormerod
Neal C. Belgam (#2721)
Eve H. Ormerod (#5369)
SMITH, KATZENSTEIN, & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com

*Attorneys for Defendants Alembic
Pharmaceuticals Limited and Alembic
Pharmaceuticals, Inc.*

3

OF COUNSEL:

Stephen R. Auten
Richard T. Ruzich
Roshan P. Shrestha
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
(312) 527-4000
sauten@taftlaw.com
rruzich@taftlaw.com
rshrestha@taftlaw.com

/s/ Kenneth Laurence Dorsney
Kenneth Laurence Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306 (302) 888-6855
kdorsney@morrisjames.com

*Attorneys for Defendant Alkem Laboratories
Ltd.*

OF COUNSEL:

Steven J. Moore
James E. Nealon
WITHERS BERGMAN LLP
1700 East Putnam Avenue, Suite 400
Greenwich, Connecticut 06870-1366
(203) 302-4100
(203) 302-6611
steven.moore@withersworldwide.com
james.nealon@withersworldwide.com

/s/ Kenneth Laurence Dorsney
Kenneth Laurence Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
(302) 888-6855
kdorsney@morrisjames.com

*Attorneys for Defendants Aurobindo Pharma
USA Inc. and Aurobindo Pharma Ltd.*

OF COUNSEL:

Matthew M. Holub
Jillian M. Schurr
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5200
matthew.holub@katten.com
jillian.schurr@katten.com

Jitendra Malik
KATTEN MUCHIN ROSENMAN LLP
550 South Tryon Street, Suite 2900
Charlotte, NC 28202
(704) 444-2000
jitty.malik@katten.com

/s/ Kenneth Laurence Dorsney
Kenneth Laurence Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
(302) 888-6855
kdorsney@morrisjames.com

*Attorneys for Defendants Biocon Pharma
Limited, Biocon Limited, and Biocon Pharma,
Inc.*

Christopher B. Ferenc
KATTEN MUCHIN ROSENMAN LLP
2900 K Street NW
Washington, DC 20007
(202) 625-3500
christopher.ferenc@katten.com

OF COUNSEL:

Dmitry V. Shelhoff
Kenneth S. Canfield
Edward D. Pergament
PERGAMENT & CEPEDA LLP
89 Headquarters Plaza
North Tower, 14th Floor
Morristown, NJ 07960
(973) 998-7722
dshelhoff@pergamentcepeda.com
kcanfield@pergamentcepeda.com
epergament@pergamentcepeda.com

/s/ Eve H. Ormerod
Neal C. Belgam (#2721)
Eve H. Ormerod (#5369)
SMITH, KATZENSTEIN, & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com

*Attorneys for Defendants Hetero USA Inc.,
Hetero Labs Limited, Hetero Labs Limited
Unit III, Torrent Pharma Inc. and Torrent
Pharmaceuticals Ltd.*

OF COUNSEL:

Nirav N. Desai
Dennies Varughese
Joseph H. Kim
STERNE, KESSLER, GOLDSTEIN & FOX
P.L.L.C.
1100 New York Avenue N.W.
Washington, DC 20005
(202) 371-2600
ndesai@sternekessler.com
dvarughese@sternekessler.com
josephk@sternekessler.com

/s/ Beth A. Swadley
Adam Wyatt Poff (#3990)
Beth A. Swadley (#6331)
YOUNG, CONAWAY, STARGATT &
TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
bswadley@ycst.com

*Attorneys for Defendants Laurus Labs
Limited and Laurus Generics Inc.*

OF COUNSEL:

William R. Zimmerman
Andrea L. Cheek
Catherine R. Gourash
KNOBBE, MARTENS, OLSON, & BEAR
LLP
1717 Pennsylvania Ave. N.W., Ste. 900
Washington D.C. 20006
(202) 640-6400
Bill.Zimmerman@knobbe.com
Andrea.Cheek@knobbe.com
Cassie.Gourash@knobbe.com

Carol M. Pitzel Cruz
KNOBBE, MARTENS, OLSON, & BEAR
LLP
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
(206) 405-2000
carol.pitzel.cruz@knobbe.com

/s/ Alexandra M. Ewing
Frederick L. Cottrell, III (#2555)
Alexandra M. Ewing (#6407)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
ewing@rlf.com

*Attorneys for Defendants Lupin Atlantis
Holdings, S.A., Lupin Limited, Lupin Inc., and
Lupin Pharmaceuticals, Inc.*

OF COUNSEL:

A. Neal Seth
Corey Weinstein
WILEY
1776 K St., NW
Washington, D.C. 20036
(202) 719-7000
nseth@wiley.law
cweinstein@wiley.law

/s/ John M. Seaman
John M. Seaman (#3868)
April M. Kirby (#6152)
ABRAMS & BAYLISS LLP
20 Montchanin Road
Suite 200
Wilmington, DE 19807
(302) 778-1000
seaman@abramsbayliss.com
akirby@abramsbayliss.com

*Attorneys for Defendants Macleods
Pharmaceuticals Ltd. and Macleods Pharma
USA, Inc.*

6

OF COUNSEL:

Ronald M. Daignault
Oded Burger
GOLDBERG SEGALLA LLP
711 Third Avenue, Suite 1900
New York, New York 10017
(646) 292-8700
rdaignault@goldbergsegalla.com
oburger@goldbergsegalla.com

Richard Juang
GOLDBERG SEGALLA LLP
8000 Maryland Avenue, Suite 640
St. Louis, Missouri 63105
(314) 446-3367
rjuang@goldbergsegalla.com


OF COUNSEL:

Robert L. Florence
Micheal L. Binns
Karen L. Carroll
PARKER POE ADAMS & BERNSTEIN
LLP
1075 Peachtree Street, N.E.
Suite 1800
Atlanta, GA 30309
(678) 690-5750
robertflorence@parkerpoe.com
michaelbinns@parkerpoe.com
karencarroll@parkerpoe.com

Tasneem A. Dharamsi
110 East Court Street
Suite 200
Greenville, SC 29601
(864) 577-6370
tasneemdharamsi@parkerpoe.com

/s/ Stamatios Stamoulis
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Defendants MSN
Pharmaceuticals Inc., MSN Laboratories
Private Limited, and MSN Life Sciences
Private Limited*


/s/ Bindu Ann George Palapura
David Ellis Moore (#3983)
Bindu Ann George Palapura (#5370)
POTTER ANDERSON & CORROON, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant Mylan
Pharmaceuticals Inc.*

7

OF COUNSEL:

Don J. Mizerk
Femi Masha
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 655-1500
don.mizerk@huschblackwell.com
femi.masha@huschblackwell.com

OF COUNSEL:

Alan B. Clement
Zhibin Li
LOCKE LORD LLP
Brookfield Place, 200 Vesey Street
New York, New York 10281
646-217-7897
aclement@lockelord.com
zhibin.li@lockelord.com

Nina Vachhani
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700
nvachhani@lockelord.com

OF COUNSEL:

Leora Ben-Ami
Mira Mulvaney
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
leora.benami@kirkland.com
mira.mulvaney@kirkland.com

/s/ Megan C. Haney
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendant Nanjing Noratech Pharmaceutical Co., Limited*

/s/ Beth A. Swadley
Adam Wyatt Poff (#3990)
Beth A. Swadley (#6331)
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
bswadley@ycst.com

*Attorneys for Defendant Novugen Pharma (Malaysia) Sdn. Bhd.*

/s/ Nathan Hoeschen
John W. Shaw (#3362)
Karen Elizabeth Keller (#4489)
Nathan Hoeschen (#6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

Michael J. Gaertner
James T. Peterka
Nina Vachhani
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700
mgaertner@lockelord.com
jpeterka@lockelord.com
nvachhani@lockelord.com

Zhibin Li
LOCKE LORD LLP
Brookfield Place, 200 Vesey Street
New York, New York 10281
(646) 217-7897
zhibin.li@lockelord.com

/s/ Beth A. Swadley
Adam Wyatt Poff (#3990)
Beth A. Swadley (#6331)
YOUNG, CONAWAY, STARGATT &
TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
bswadley@ycst.com

*Attorneys for Defendants Zydus
Pharmaceuticals (USA) Inc. and Cadila
Healthcare Ltd.*

# EXHIBIT 1

**PROPOSED CONSTRUCTIONS OF AGREED-UPON CLAIM TERMS**

| Claim Term<br>(claim(s) in which it appears) | Agreed-Upon Construction |
|---|---|
| "therapeutically effective amount"<br><br>('331 patent, claim 1) | amount sufficient to treat heart failure or hypertension |
| "therapeutically effective amount"<br><br>('134 patent, claim 1) | amount sufficient to treat heart failure or hypertension |

**PROPOSED CONSTRUCTIONS OF DISPUTED CLAIM TERMS**

| Claim Term (claim(s) in which it appears) | Novartis's Proposed Construction | Novartis's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| "wherein said (i) … and said (ii) …, are administered in combination" (ʼ659 patent, claim 1) | wherein said (i) … and said (ii) …, are administered in combination | ʼ659 patent (Ex.[1] 1), claim 1<br><br>ʼ659 patent[2] (Ex. 1), abstract, 2:60-3:15, 3:20-29, 6:41-7:36, 8:60-63, 9:35-48, 9:61-10:31, 12:15-17<br><br>ʼ331 patent, claims 1-3<br>File History of ʼ659 patent:<br>• NPC-VS-0000454-458, 461 (Ex. 11, 09/01/2015 patent term extension application at 1-5, 8)<br>• NPC-VS-0000540 (Ex. 12, 02/14/2017 letter from U.S. Patent and Trademark Office re: patent term extension application) | wherein said (i) … and said (ii) … are administered in concert as two separate components | ʼ659 patent (Ex. 1), claims 1-2<br><br>ʼ659 patent (Ex. 1), abstract; *see also*, 2:65-3:5, 3:19-28, 5:46-59, 6:41-7:36, 8:46-64, 9:24-52, 10:2-59, 11:24-31, 11:53-12:15, 12:17-16:7 (Examples 1-7) |

---

[1] "Ex. __" refers to the exhibits to the Joint Claim Construction Appendix, filed concurrently herewith in the above-captioned proceedings.

[2] For the convenience of the Court, as the ʼ659 and ʼ331 patents share substantively the same specification and abstract, each of Novartis's and Defendants' citations to the ʼ659 patent specification or abstract incorporates the corresponding portion(s) of the ʼ331 patent specification or abstract, and *vice versa*.

| Claim Term (claim(s) in which it appears) | Novartis's Proposed Construction | Novartis's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| "administering … the combination of: (i) …; (ii) …; and wherein said components (i) and (ii) are administered in one unit dose form or in two separate unit dose forms" (´331 patent, claim 1) | administering … the combination of: (i) …; (ii) …; and wherein said components (i) and (ii) are administered in one unit dose form or in two separate unit dose forms | ´659 patent (Ex. 1), claim 1 <br> ´659 patent (Ex. 1), abstract, 2:60-3:15, 3:20-29, 6:41-7:36, 8:60-63, 9:35-48, 9:61-10:2, 10:32-59, 12:15-17 <br> ´331 patent (Ex. 2), claims 1-3 <br> File History of ´331 patent: <br> • NPC-VS-0005346-350, 353 (Ex. 16, 09/01/2015 patent term extension application at 1-5, 8) <br> • NPC-VS-0005426 (Ex. 17, 02/14/2017 letter from U.S. Patent and Trademark Office re: patent term extension application) | administering … the combination of (i) …; (ii) …; and wherein said components (i) and (ii) are administered in concert in either one unit-dose form or in two separate unit-dose forms, as two separate components | ´331 patent (Ex. 2), claims 1-3 <br> ´659 patent (Ex. 1), abstract; *see also*, 2:65-3:5, 3:19-28, 5:46-59, 6:41-7:36, 8:46-64, 9:24-52, 10:2-59, 11:24-31, 11:53-12:15, 12:17-16:7 (Examples 1-7) |
| "amounts effective to treat hypertension or heart failure" (´659 patent, claim 2) | amounts of each component sufficient in combination to treat hypertension or heart failure | ´659 patent (Ex. 1), claim 2 <br> ´659 patent (Ex. 1), abstract, 3:19-25, 6:65-10:26, 11:53-12:14 | an amount of each component sufficient to treat hypertension or heart failure | ´659 patent (Ex. 1), claim 2 <br> ´659 patent (Ex. 1), 3:19-29, 6:65-7:28, 7:64-10: 59, 12:13-14 <br> File History of ´659 patent: <br> • NPC-VS-0000095-101 (Ex. 5, 08/07/2009 non-final rejection) |

| Claim Term (claim(s) in which it appears) | Novartis's Proposed Construction | Novartis's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | | | • NPC-VS-0000300-302, 309-310 (Ex. 6, 12/23/2009 response)<br><br>• NPC-VS-0000312-320 (Ex. 7, 02/24/2010 final rejection)<br><br>• NPC-VS-0000394-401 (Ex. 8, 10/04/2010 non-final rejection)<br><br>• NPC-VS-0000405-408 (Ex. 9, 04/04/2011 response)<br><br>• NPC-VS-0000437-443 (Ex. 10, 09/23/2011 notice of allowance)<br><br>*See also*:<br><br>File History of '331 patent:<br><br>• NPC-VS-0005213-215 (Ex. 13, 11/28/2012 application, amended claim 12)<br><br>• NPC-VS-0005267-274 (Ex. 14, 10/24/2013 non-final rejection)<br><br>• NPC-VS-0005324-331 (Ex. 15, 04/14/2014 notice of allowance) |
| "effective amount"<br><br>('938 patent, claim 11) | amount sufficient to have a therapeutic effect | '134 patent (Ex. 4), claim 11 | an amount sufficient to treat the conditions | '938 patent (Ex. 3), claim 11<br><br>'134 patent (Ex. 4), claims 1-3 |

| Claim Term (claim(s) in which it appears) | Novartis's Proposed Construction | Novartis's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | '134 patent[3] (Ex. 4), abstract, 1:9-26, 4:52-5:6, 22:1-23:33, 26:28-57 | recited in the specification | '134 patent (Ex. 4), abstract, 1:38-41, 1:63-2:20, 4:52-5:6, 5:17-24, 19:61-20:4, 20:45-67, 21:61-23:33, 26:28-62 |
| | | | | File History of '938 patent: |
| | | | | • NPC-VS-0002526-528 (Ex. 20, 01/28/2010 response to restriction requirement at 10) |
| | | | | • NPC-VS-0002546-562 (Ex. 21, 04/07/2010 office action at 6) |
| | | | | • NPC-VS-0002601-609 (Ex. 22, 09/09/2010 response at 4-6) |
| | | | | *See also*: |
| | | | | File History of '134 patent: |
| | | | | • NPC-VS-0003789-815 (Ex. 34, 04/29/2015 office action at 3-25) |
| | | | | • NPC-VS-0003849-854 (Ex. 35, 07/28/2014 response at 2, 6) |
| "trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1- | substantially pure trisodium [3-((1S,3R)-1-biphenyl-4- | '134 patent (Ex. 4), claims 1, 4-15 | a substantially pure crystalline supramolecular | '938 patent (Ex. 3), claim 1 |

_____

[3] For the convenience of the Court, as the '134 and '938 patents share substantively the same specification, each of Novartis's and Defendants' citations to the '134 patent specification incorporates the corresponding portion(s) of the '938 patent specification, and *vice versa*.

| Claim Term (claim(s) in which it appears) | Novartis's Proposed Construction | Novartis's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| butylcarbamoyl) propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino) butyrate] hemipentahydrate in crystalline form" (′938 patent, claim 1) | ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl) propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino) butyrate] hemipentahydrate in crystalline form | ′134 patent (Ex. 4), title, abstract, 3:63-65, 6:8-10, 6:15-43, 6:50-7:26, 10:42-47, 13:11-14, 15:1-50, 15:63-67, 16:1-13, 26:63-67, 27:1-20, 30:46-54 ′938 patent (Ex. 3), claims 1-11 ′938 patent (Ex. 3), title, abstract File History of ′938 patent: • NPC-VS-0002604-606 (Ex. 22, 09/09/2010 amendment and response at 4-6) • NPC-VS-0002649-650 (Ex. 24, 11/03/2010 office action at 12-13) • NPC-VS-0002902-905 (Ex. 26, 12/17/2013 amendment at 3-6) • NPC-VS-0002917-918 (Ex. 27, 03/14/2014 interview summary) | complex having formula units of trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)buty rate] hemipentahydrate, wherein each formula unit in a unit cell of the crystalline complex has 2.5 water molecules and 3 sodium ions | ′134 patent (Ex. 4), Fig. 1, col. 15-16, 1:9-26, 3:63-67, 5:7-14, 6:6-10, 6:52-7:28, 8:46-9:14, 10:41-51, 13:11-48, 14:36-19:52, 23:55-24:21, 27:1-30:6 File History of ′938 patent: • NPC-VS-0001122-182 (Ex. 18, 06/21/2007 application, original claims 12, 34) • NPC-VS-0001122-182 (Ex. 18, 06/21/2007 application at 48) • NPC-VS-0001101-115 (Ex. 19, 06/21/2007 preliminary amendment at 4) • NPC-VS-0002542-543 (Ex. 20, 01/28/2010 Amendment, claim 102) • NPC-VS-0002526-528 (Ex. 20, 01/28/2010 response to restriction requirement at 9-11) • NPC-VS-0002546-562 (Ex. 21, 04/07/2010 office action at 2, 6, 10-13) • NPC-VS-0002601-611 (Ex. 22, 09/09/2010 response at 4-8 and |

| Claim Term (claim(s) in which it appears) | Novartis's Proposed Construction | Novartis's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | • NPC-VS-0002913-914 (Ex. 28, 03/14/2014 notice of allowance at 2-3)<br><br>File History of '134 patent:<br><br>• NPC-VS-0003850, 852 (Ex. 35, 07/28/2015 amendment and response at 2, 4)<br><br>• NPC-VS-0005123-124 (Ex. 36, 03/21/2016 notice of allowance at 3-4) | | Ex. 23, declaration of Dr. Piotr Karpinski)<br><br>• NPC-VS-0002637-656 (Ex. 24, 11/3/2010 office action at 2-6, 10-17)<br><br>• NPC-VS-0002670-678 (Ex. 25, 06/23/2011 response at 3-8)<br><br>• NPC-VS-0002900-905 (Ex. 26, 12/17/2013 preliminary amendment and remarks)<br><br>• NPC-VS-0002908-918 (Ex. 28, 03/14/2014 notice of allowance at 3-4 & Ex. 27, examiner interview summary)<br><br>• NPC-VS-0002949-950 (Ex. 29, 06/13/2014 comments on reasons for allowance)<br><br>• NPC-VS-0002956-960 (Ex. 30, 06/23/2014 examiner interview summary)<br><br>• NPC-VS-0002961-962 (Ex. 31, 07/23/2014 applicant interview summary)<br><br>*See also*:<br><br>File History of '134 patent: |

| Claim Term (claim(s) in which it appears) | Novartis's Proposed Construction | Novartis's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | | | • NPC-VS-0003714-720 (Ex. 32, 01/22/2015 restriction requirement at 1-4)<br><br>• NPC-VS-0003764-769 (Ex. 33, 03/16/2015 response to restriction requirement)<br><br>• NPC-VS-0003789-815 (Ex. 34, 04/29/2015 office action at 2)<br><br>• NPC-VS-0005117-125 (Ex. 36, 03/21/2016 notice of allowance at 2-4) |
| "trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl) propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino) butyrate] hemipentahydrate"<br><br>('134 patent, claim 1, 4-11, 13-15) | trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl) propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino) butyrate] hemipentahydrate | '134 patent (Ex. 4), claims 1, 4-15<br><br>'134 patent (Ex. 4), title, abstract, 3:63-65, 6:8-10, 6:15-43, 6:50-7:26, 10:42-47, 13:11-14, 15:1-50, 15:63-67, 16:1-13, 26:63-67, 27:1-20, 30:46-54<br><br>'938 patent (Ex. 3), claims 1-11<br><br>'938 patent (Ex. 3), title, abstract<br><br>File History of '938 patent:<br><br>• NPC-VS-0002604-606 (Ex. 22, 09/09/2010 | a substantially pure crystalline supramolecular complex having formula units of trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate] hemipentahydrate, | '134 patent (Ex. 4), claims 1, 4-15<br><br>'134 patent (Ex. 4), Fig. 1, col. 15-16, 1:9-26, 3:63-67, 5:7-14, 6:6-10, 6:52-7:28, 8:46-9:14, 10:41-51, 13:11-48, 14:36-19:52, 23:55-24:21, 27:1-30:6<br><br>File History of '134 patent:<br><br>• NPC-VS-0003714-720 (Ex. 32, 01/22/2015 restriction requirement at 1-4)<br><br>• NPC-VS-0003764-769 (Ex. 33, 03/16/2015 response to restriction requirement) |

| Claim Term (claim(s) in which it appears) | Novartis's Proposed Construction | Novartis's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | amendment and response at 4-6)<br><br>• NPC-VS-0002649-650 (Ex. 24, 11/03/2010 office action at 12-13)<br><br>• NPC-VS-0002902-905 (Ex. 26, 12/17/2013 amendment at 3-6)<br><br>• NPC-VS-0002917-918 (Ex. 27, 03/14/2014 interview summary)<br><br>• NPC-VS-0002913-916 (Ex. 28, 03/14/2014 notice of allowance at 2-4)<br><br>File History of '134 patent:<br><br>• NPC-VS-0003850, 852 (Ex. 35, 07/28/2015 amendment and response at 2, 4)<br><br>• NPC-VS-0005123-124 (Ex. 36, 03/21/2016 notice of allowance at 3-4) | wherein each formula unit in a unit cell of the crystalline complex has 2.5 water molecules and 3 sodium ions | • NPC-VS-0003789-815 (Ex. 34, 04/29/2015 office action at 2)<br><br>• NPC-VS-0005117-125 (Ex. 36, 03/21/2016 notice of allowance at 2-4)<br><br>*See also*:<br><br>File History of '938 patent:<br><br>• NPC-VS-0001122-182 (Ex. 18, 06/21/2007 application, original claims 12, 34)<br><br>• NPC-VS-0001122-182 (Ex. 18, 06/21/2007 application at 48)<br><br>• NPC-VS-0001101-115 (Ex. 19, 06/21/2007 preliminary amendment at 4)<br><br>• NPC-VS-0002542-543 (Ex. 20, 01/28/2010 amendment, claim 102)<br><br>• NPC-VS-0002526-528 (Ex. 20, 01/28/2010 response to restriction requirement at 9-11)<br><br>• NPC-VS-0002546-562 (Ex. 21, 04/07/2010 office action at 2, 6, 10-13) |

| Claim Term (claim(s) in which it appears) | Novartis's Proposed Construction | Novartis's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|
| | | | | • NPC-VS-0002601-611 (Ex. 22, 09/09/2010 response at 4-8 and Ex. 23, declaration of Dr. Piotr Karpinski)<br><br>• NPC-VS-0002637-656 (Ex. 24, 11/03/2010 office action at 2-6, 10-17)<br><br>• NPC-VS-0002670-678 (Ex. 25, 06/23/2011 response at 3-8)<br><br>• NPC-VS-0002900-905 (Ex. 26, 12/17/2013 preliminary amendment and remarks)<br><br>• NPC-VS-0002908-918 (Ex. 28, 03/14/2014 notice of allowance at 3-4 & Ex. 27, examiner interview summary)<br><br>• NPC-VS-0002949-950 (Ex. 29, 06/13/2014 comments on reasons for allowance)<br><br>• NPC-VS-0002956-960 (Ex. 30, 06/23/2014 examiner interview summary)<br><br>• NPC-VS-0002961-962 (Ex. 31, 07/23/2014 applicant interview summary) |