# SMITH KATZENSTEIN JENKINS LLP

February 22, 2021

***VIA CM/ECF***
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124, Unit 26
Wilmington, DE 19801-3555

Re:   ***In re: Entresto (Sacubitril/Valsartan) Patent Litigation,***
      **C.A No. 20-md-2930-LPS**
      ***Novartis Pharms. Corp. v. Alkem Labs Ltd., et. al.,***
      **C.A No. 19-1979-LPS**

Dear Chief Judge Stark:

I write on behalf of Defendants Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd. (collectively, "Torrent") in connection with the above-referenced actions to supplement the February 12, 2021 letter requesting that the Court seal portions of the February 25, 2021 telephonic hearing (C.A. No. 19-1979, D.I. 197). In the February 12 letter, Torrent respectfully requested, without opposition from Plaintiff, that the upcoming February 25, 2021 telephonic hearing on Torrent's Rule 12(c) motion be split into two portions: a public portion and a confidential portion. The February 12 letter contemplated that only counsel for Plaintiff and Torrent would attend the confidential portion of the hearing. However, the other defendants to the above-referenced actions have expressed an interest in attending the confidential portion of the hearing as well. Accordingly, Torrent has agreed with the other defendants that their outside counsel can attend the confidential portion of the hearing on an outside-counsel-only basis. Thus, should the Court grant Torrent's unopposed request to seal those portions of the hearing that discuss Torrent's highly confidential information, we will provide the conference line for the confidential portion of the hearing to outside counsel for the other defendants. Plaintiff does not oppose the proposed arrangement.

We are available at the Court's convenience should Your Honor have any questions or wish to discuss.

Respectfully,

*/s/ Eve H. Ormerod*

Eve H. Ormerod (No. 5369)


cc:   Clerk of Court (via CM/ECF)
      All Counsel of Record (via CM/ECF)