**HEYMAN ENERIO GATTUSO & HIRZEL LLP**
PRACTICING THE ART OF LAW

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472 7300 • Fax: (302) 472.7320 • WWW.HEGH.LAW

Tel: (302) 472-7311
dgattuso@hegh.law

April 29, 2021

**VIA CM/ECF**
The Honorable Leonard P. Stark
United States District Court
For the District of Delaware
844 North King Street
Wilmington, DE   19801

    Re:   *In re Entresto (Sacubitril/Valsartan) Patent Litigation*, C.A. No. 20-md-2930 (LPS)

Dear Chief Judge Stark:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

The following counsel for Plaintiff and Defendants met and conferred by telephone on April 23, 2021.  Counsel have also conferred via email.

    For Plaintiff:
        Delaware Counsel:
            Daniel Silver of McCarter & English, LLP (Novartis Pharmaceuticals Corporation)

        Lead Counsel:
            Jared Stringham of Venable LLP (Novartis Pharmaceuticals Corporation)

    For Defendants:
        Delaware Counsel:
            Dominick Gattuso of Heyman Enerio Gattuso & Hirzel LLP (Crystal Pharmaceutical (Suzhou) Co., Ltd.)

        Lead Counsel:
            Scott Cunning of Parker Poe Adams & Bernstein LLP (Crystal Pharmaceutical (Suzhou) Co., Ltd.)

        Delaware Counsel:
            Eve Ormerod of Smith, Katzenstein, & Jenkins LLP (Alembic Pharmaceuticals Limited and Alembic Pharmaceuticals, Inc.)

        Lead Counsel:
            Amit Singhai of Windels Marx Lane & Mittendorf, LLP (Alembic Pharmaceuticals Limited and Alembic Pharmaceuticals, Inc.)

        Delaware Counsel:
            Kenneth Dorsney of Morris James LLP (Alkem Laboratories Ltd.)

HEG&H

The Honorable Leonard P. Stark
April 29, 2021
Page 2

Lead Counsel:
Phil Kouyoumdjian of Taft Stettinius & Hollister LLP (Alkem Laboratories Ltd.)

Delaware Counsel:
Kenneth Dorsney of Morris James LLP (Biocon Limited, Biocon Pharma Limited, Biocon Pharma, Inc.)

Lead Counsel:
Matthew Holub of Katten Muchin Rosenman LLP (Biocon Limited, Biocon Pharma Limited, Biocon Pharma, Inc.)

Delaware Counsel:
Stam Stamoulis of Stamoulis & Weinblatt LLC (Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.)

Lead Counsel:
Bryan Beel of Perkins Coie LLP (Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.)

Delaware Counsel:
Eve Ormerod of Smith, Katzenstein, & Jenkins LLP (Hetero USA Inc., Hetero Labs Limited and Hetero Labs Limited Unit III)

Lead Counsel:
Dmitry Shelhoff of Pergament & Cepeda, LLP (Hetero USA Inc., Hetero Labs Limited and Hetero Labs Limited Unit III)

Lead Counsel:
Joseph Kim of Sterne Kessler, Goldstein & Fox P.L.L.C. (Laurus Labs Limited, Laurus Generics Inc.)

Delaware Counsel:
Alexandra Ewing of Richard, Layton & Finger, P.A. (Lupin Atlantis Holdings, S.A., Lupin Limited, Lupin Inc., and Lupin Pharmaceuticals, Inc.)

Lead Counsel:
Andrea Cheek of Knobbe, Martens, Olson & Bear, LLP (Lupin Atlantis Holdings, S.A., Lupin Limited, Lupin Inc., and Lupin Pharmaceuticals, Inc.)

Counsel:
Corey Weinstein of Wiley Rein LLP (Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc.)

The Honorable Leonard P. Stark
April 29, 2021
Page 3

Delaware Counsel:
Stamatios Stamoulis of Stamoulis & Weinblatt LLC (MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited )

Lead Counsel:
Richard Juang of Daignault Iyer LLP (MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited)

Delaware Counsel:
Bindu Palapura of Potter Anderson & Corroon LLP (Mylan Pharmaceuticals Inc.)

Lead Counsel:
Karen Carroll of Parker Poe Adams & Bernstein LLP (Mylan Pharmaceuticals Inc.)

Delaware Counsel:
Jack Phillips of Phillips, McLaughlin & Hall LLP (Nanjing Noratech Pharmaceutical Company Ltd.)

Lead Counsel:
Don Mizerk and Femi Masha of Husch Blackwell LLP (Nanjing Noratech Pharmaceutical Company Ltd.)

Lead Counsel:
Nina Vachhani of Locke Lord LLP (Novugen Pharma (Malaysia) Sdn. Bhd. and Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited)

Lead Counsel:
Elliot Scher of Kirkland & Ellis LLP (Teva Pharmaceuticals USA, Inc.)

Delaware Counsel:
Eve Ormerod of Smith, Katzenstein, & Jenkins LLP (Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.)

Lead Counsel:
Dmitry Shelhoff of Pergament & Cepeda, LLP (Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.)

The dispute requiring judicial attention is as follows: Defendants' request to take the deposition of Plaintiff's claim construction declarant Professor Klibanov.

**[DEFENDANTS' ADDITIONAL REQUEST:** Due to the upcoming deadline for Defendants' sur-reply brief, May 17, 2021, Defendants are requesting the discovery teleconference on an expedited basis. Defendants are prepared to file their opening letter the same day as the order granting the requested teleconference.**]**

The Honorable Leonard P. Stark
April 29, 2021
Page 4

Counsel are available at the convenience of the Court should Your Honor have further questions.

Respectfully,

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)

cc: Clerk of the Court (via hand delivery)
All Counsel of Record (via electronic mail)