

**Daniel M. Silver**
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

May 5, 2021

**VIA CM/ECF & HAND DELIVERY**
Chief Judge Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

Re: *In re Entresto (Sacubitril/Valsartan) Patent Litigation,*
C.A. Nos. 20-md-2930-LPS, 19-1979-LPS, 19-2021-LPS, 19-2053-LPS, 20-74-LPS, 20-415-LPS, 20-445-LPS

Dear Chief Judge Stark,

Pursuant to the Scheduling Order governing the above-referenced cases, enclosed please find two (2) disks containing Plaintiff's Technology Tutorial, which is in a Microsoft PowerPoint Show format.

Counsel are available at the Court's convenience in connection with this matter.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc:   Counsel of Record (via CM/ECF and electronic mail)

ME1 36461431v.1