# PHILLIPS, McLAUGHLIN & HALL, P.A.

JOHN C. PHILLIPS, JR.
LISA C. McLAUGHLIN+
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY
TODD L. GOODMAN
PAUL S. SEWARD***

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
+MARYLAND BAR

ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
pgmhlaw.com

May 5, 2021

**VIA CM/ECF**
The Honorable Leonard P. Stark
United States District Court
844 North King Street, Unit 26
Wilmington, DE 19801

RE: *In re Entresto (Sacubitril/Valsartan) Patent Litigation,* C.A. No. 20-2930-LPS
*Novartis Pharmaceutical Corporation v. Alkem Laboratories Ltd., et al.,* C.A. No. 19-1979-LPS

Dear Chief Judge Stark:

Pursuant to Paragraph 12 of the Scheduling Order (D.I. 139; C.A. No. 19-1979), enclosed are two DVDs containing Defendants' Technology Tutorial.

Counsel are available at the convenience of the Court if Your Honor requires anything further.

Respectfully submitted,

*/s/ John C. Phillips, Jr.*

John C. Phillips, Jr. (No. 110)

Enclosure

cc: Counsel of Record (via CM/ECF w/o enclosure)
    Plaintiffs' Counsel (via CM/ECF and email w/enclosure)
    Clerk of Court (via hand delivery w/enclosure)