**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) | C.A. No. 20-2930-LPS |
| | | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., BIOCON PHARMA LIMITED, BIOCON LIMITED, BIOCON PHARMA, INC., CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., LAURUS LABS LIMITED, LAURUS GENERICS INC., LUPIN ATLANTIS HOLDINGS, S.A., LUPIN LIMITED, LUPIN INC., LUPIN PHARMACEUTICALS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-1979-LPS |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC PHARMACEUTICALS, INC., MACLEODS PHARMACEUTICALS LTD., MACLEODS PHARMA USA, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 19-2021-LPS |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, NOVUGEN PHARMA (MALAYSIA) SDN. BHD., ZYDUS PHARMACEUTICALS (USA) INC., CADILA HEALTHCARE LTD.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 19-2053-LPS |

ME1 36575756v.1

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 20-74-LPS |
| ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendants. | ) ) ) | |

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 20-415-LPS |
| LUPIN ATLANTIS HOLDINGS, S.A., LUPIN LIMITED, LUPIN INC., LUPIN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 20-445-LPS |
| MYLAN PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) ) | |

## NOVARTIS'S COMMENTS ON DEFENDANTS' TECHNOLOGY TUTORIAL

Pursuant to the Court's Scheduling Order (C.A. No. 20-2930-LPS, D.I. 102, ¶ 12), Novartis Pharmaceuticals Corporation (hereinafter, "Novartis") hereby submits comments on the technology tutorial slides submitted by the above-captioned Defendants (hereinafter "Defendants' Tutorial").[1]

Defendants' Tutorial includes several statements about technical concepts and the prior art that are inaccurate and/or omit pertinent information. Novartis respectfully submits the following comments to correct and clarify these statements. Novartis is only commenting on statements that are potentially relevant to the instant claim construction disputes. Novartis reserves the right to later dispute Defendants' other statements, including Defendants' characterizations as they may relate to infringement or validity.

- Slide 9: Defendants' Tutorial asserts that sacubitril is an "[a]ctive pharmaceutical ingredient known from the prior art," and this fact is "[n]ot disputed by Novartis." While Novartis agrees sacubitril was reported in the prior art to the patents-in-suit, it was not approved by the U.S. Food and Drug Administration either alone or in combination with one or more other active agents before the priority dates of the patents-in-suit. Novartis disputes Defendants' statement to the extent that it suggests otherwise.

- Slides 20 and 32: Contrary to the illustrations on slides 20 and 32 of Defendants' Tutorial, materials in amorphous form may contain regions of short-range order (*i.e.*, localized order). Defendants' written descriptions of amorphous forms are consistent with this fact.[2]

---

[1] Citations to Defendants' Tutorial slides refer to the PowerPoint slide deck enclosed on the DVD submitted to the Court along with a letter docketed at C.A. No. 20-2930-LPS, D.I. 241.

[2] *See* Defendants' Tutorial, slides 20 (describing "[a]morphous" form as "lack[ing] long-range order," not short-range order) and 32 (merely stating "amorphous materials ***lack long-range***

1

- <u>Slides 26 to 30</u>: Defendants' Tutorial provides a technical background on "crystalline hydrates" and omits any description of hydrates in amorphous form.[3] Whether hydrates having a fixed amount of water are necessarily in crystalline form (as opposed to amorphous form) is a factual issue that the parties dispute, which Defendants fail to explain.

---

*order* in all three dimensions," not that amorphous materials lack short-range order (emphasis added)).

[3] *See* Defendants' Tutorial, slides 26 (describing water molecules "incorporated into a chemical substance's crystal structure," which "results from interactions between the . . . water molecules and the other materials," and stating the "[r]esulting crystalline material is a . . . 'hydrate'"), 27 (depicting a "crystalline hydrate"), 28 (describing "distinct . . . hydrates" as differing in terms of the "number of . . . water molecules incorporated into the crystal structure," and "ratio of the components in the crystal structure"), 29 (depicting "hydrates" in "crystal structures"), and 30 (describing "[t]he name of a crystalline hydrate").

2

Dated: May 19, 2021

|  | /s/ Daniel M. Silver |
|---|---|

OF COUNSEL:

Nicholas N. Kallas
Christina Schwarz
Christopher E. Loh
Susanne Flanders
Jared L. Stringham
Shannon Clark
Laura Fishwick
VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100
nkallas@venable.com
cschwarz@venable.com
cloh@venable.com
slflanders@venable.com
jlstringham@venable.com
skclark@venable.com
lfishwick@venable.com

Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*

3