

**Daniel M. Silver**
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

May 21, 2021

**VIA CM/ECF**
Chief Judge Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

**Re:** *In re Entresto (Sacubitril/Valsartan) Patent Litigation,*
**C.A. Nos. 20-md-2930-LPS, 19-1979-LPS, 19-2021-LPS, 19-2053-LPS,
20-74-LPS, 20-415-LPS, 20-445-LPS, 21-229-LPS**

Dear Chief Judge Stark,

The parties in the above-referenced litigations write to advise the Court of the following regarding the upcoming claim construction hearing scheduled to commence at 10:00 a.m. on June 8, 2021:

1. **Time Requested for Hearing.** The parties request that a total of two and a half (2.5) hours be allocated for the hearing, with time divided equally between each side.

2. **Hearing by Teleconference/Videoconference.** Novartis prefers that the hearing be held by telephone conference. Defendants prefer that the hearing be conducted by video conference and intend to engage a vendor to run Defendants' slide presentation.

3. **Order of Terms.** The parties propose that the hearing proceed in the order below:

    a. "combination" terms:

    "wherein said (i) … and said (ii) … are administered in combination"

    "administering … the combination of: (i) …; (ii) …; and wherein said components (i) and (ii) are administered in one unit dose form or in two separate unit dose forms"

    b. trisodium [sacubitril valsartan] hemipentahydrate terms:

May 21, 2021<br>Page 2

    "trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl) propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino) butyrate] hemipentahydrate in crystalline form"

    "trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl) propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino) butyrate] hemipentahydrate"

    **4.**   **Testimony.** No party requests leave to present testimony at the hearing.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and electronic mail)