

Daniel M. Silver
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

May 25, 2021

**VIA CM/ECF**
Chief Judge Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

**Re:** *In re Entresto (Sacubitril/Valsartan) Patent Litigation*,
**C.A. Nos. 20-md-2930-LPS, 19-1979-LPS, 19-2021-LPS, 19-2053-LPS, 20-74-LPS, 20-415-LPS, 20-445-LPS, 21-229-LPS**

Dear Chief Judge Stark,

I write on behalf of Plaintiff Novartis in advance of the June 8, 2021 claim construction hearing in the above-referenced matters.

Pursuant to this Court's May 7, 2021 Oral Order (C.A. No. 20-md-2930, D.I. 244), Defendants deposed Plaintiff's expert Dr. Alexander Klibanov on May 12, 2021. This Court stated that "[a]ny prejudice accruing to Plaintiff [from granting Defendants' request for an order compelling Plaintiff to produce Dr. Klibanov for a deposition] can be cured by Plaintiff's presentation at the Markman hearing and through any appropriate post-hearing relief." D.I. 244. Defendants submitted portions of Dr. Klibanov's testimony in Exhibit 57 to the Joint Claim Construction Brief Appendix (D.I. 255). Plaintiff requested Defendants' agreement to include additional portions of Dr. Klibanov's testimony in Exhibit 57, but Defendants refused.

Plaintiff respectfully submits the following additional excerpts from the Klibanov deposition transcript (pages 46-69 and 118-121) as Exhibit 58 which Plaintiff respectfully submits are necessary to cure the prejudice to Plaintiff discussed in its Letter Concerning The Deposition of Dr. Klibanov (D.I. 242). Plaintiff intends to discuss these additional excerpts at the upcoming *Markman* hearing and provides the following context for them:

- At pages 47-49, 55-56, and 62-69, Dr. Klibanov explained that there was "no chemical reason … why hydrates with a fixed amount of water must be crystalline" and that Kaneniwa (Ex. 55) supports that position. At pages 69-70, Dr. Klibanov further explained that amorphous compounds can have short-range order with bound water molecules "in a stoichiometric fashion." This testimony supports Novartis's position that the claimed trisodium [sacubitril-valsartan] hemipentahydrate is not limited to crystalline form because "amorphous compounds may also be hydrates with a fixed amount of water" (D.I. 253,

ME1 36611335v.1

May 25, 2021  
Page 2

Joint Br. 84-85, 87-88) and refutes Defendants' position that "a POSA would understand from the name itself that trisodium … hemipentahydrate is crystalline" (*id.* at 102).

- At pages 50-62, Dr. Klibanov explained that none of the references Dr. Butcher cited specifically deals with trisodium [sacubitril-valsartan] hemipentahydrate and that those references do not say a hydrate with a fixed amount of water must be crystalline. This testimony supports Novartis's position that the extrinsic evidence does not indicate that a hydrate with a fixed amount of water is limited to crystalline form (D.I. 253, Joint Br. at 88) and refutes Defendants' position that "neither Novartis nor Dr. Klibanov even attempts to prove that the numerous references relied upon Dr. Butcher are incorrect" (*id.* at 103).

- At page 118, Dr. Klibanov explained that Fig. 1 in the '134 patent depicting trisodium [sacubitril-valsartan] hemipentahydrate as a supramolecular complex is "a preferred embodiment of the invention of the '134 patent." This testimony supports Novartis's position that descriptions in the '134 patent specification of trisodium [sacubitril-valsartan] hemipentahydrate that mention "unit cell" or a "supramolecular complex" are only exemplary embodiments (D.I. 253, Joint Br. at 84-85) and refutes Defendants' position that the claimed "trisodium … hemipentahydrate is a single, specific species that is crystalline and has a defined unit cell made up of defined formula units" (*id.* at 100-01).

Counsel for Novartis is available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and electronic mail)

ME1 36611335v.1