# HEYMAN ENERIO GATTUSO & HIRZEL LLP
### PRACTICING THE ART OF LAW

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472 7300 • Fax: (302) 472.7320 • www.hegh.law

Tel: (302) 472-7311
dgattuso@hegh.law

June 4, 2021

**VIA CM/ECF**
The Honorable Leonard P. Stark
United States District Court
For the District of Delaware
844 North King Street
Wilmington, DE  19801

    Re:    *In re Entresto (Sacubitril/Valsartan) Patent Litigation*, C.A. No. 20-md-2930 (LPS)

Dear Chief Judge Stark:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

The following counsel for Plaintiff and Defendants met and conferred by telephone on May 6, 2021. Counsel have also conferred via email.

For Plaintiff:
    <u>Delaware Counsel</u>:
        Daniel Silver of McCarter & English, LLP (Novartis Pharmaceuticals Corporation)

    <u>Lead Counsel</u>:
        Jared Stringham of Venable LLP (Novartis Pharmaceuticals Corporation)

For Defendants:
    <u>Delaware Counsel</u>:
        Eve Ormerod of Smith, Katzenstein & Jenkins LLP (Alembic Pharmaceuticals Limited and Alembic Pharmaceuticals, Inc.)

    <u>Lead Counsel</u>:
        Stuart Sender of Windels Marx Lane & Mittendorf, LLP (Alembic Pharmaceuticals Limited and Alembic Pharmaceuticals, Inc.)

    <u>Delaware Counsel</u>:
        Kenneth L. Dorsney of Morris James LLP (Alkem Laboratories Ltd.)

    <u>Lead Counsel</u>:
        Philip Y. Kouyoumdjian of Taft Stettinius & Hollister LLP (Alkem Laboratories Ltd.)

Delaware Counsel:
 Kenneth L. Dorsney of Morris James LLP (Biocon Pharma Limited, Biocon Limited and Biocon Pharma, Inc.)

Lead Counsel:
 Matthew M. Holub of Katten Muchin Rosenman LLP (Biocon Pharma Limited, Biocon Limited and Biocon Pharma, Inc.)

Delaware Counsel:
 Dominick Gattuso of Heyman Enerio Gattuso & Hirzel LLP (Crystal Pharmaceutical (Suzhou) Co., Ltd.)

Lead Counsel:
 Scott Cunning of Parker Poe Adams & Bernstein LLP (Crystal Pharmaceutical (Suzhou) Co., Ltd.)

Delaware Counsel:
 Stam Stamoulis of Stamoulis & Weinblatt (Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Limited)

Lead Counsel:
 Autumn Nero of Perkins Coie LLP (Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Limited)

Delaware Counsel:
 Eve Ormerod of Smith, Katzenstein & Jenkins LLP (Hetero Labs Ltd.)

Lead Counsel:
 Dmitry Shelhoff of Pergament & Cepeda LLP (Hetero Labs Ltd.)

Delaware Counsel:
 Adam Poff of Young Conaway Stargatt & Taylor, LLP (Laurus Labs Limited, Laurus Generics Inc.)

Lead Counsel:
 Joseph Kim of Sterne Kessler, Goldstein & Fox P.L.L.C. (Laurus Labs Limited, Laurus Generics Inc.)

Delaware Counsel:
 Alexandra Ewing of Richards, Layton & Finger, P.A. (Lupin Atlantis Holdings S.A., Lupin Ltd., Lupin Pharmaceuticals, Inc., Lupin Inc.)

Lead Counsel:
 Andrea Cheek of Knobbe, Martens, Olson & Bear, LLP (Lupin Atlantis Holdings S.A., Lupin Ltd., Lupin Pharmaceuticals, Inc., Lupin Inc.)

Counsel:
    Corey Weinstein of Wiley Rein ((Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc.)

Delaware Counsel:
    Stamatios Stamoulis of Stamoulis & Weinblatt LLC (MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited)

Lead Counsel:
    Richard Juang of Daignault Iyer LLP (MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited)

Delaware Counsel:
    David E Moore of Potter Anderson Corroon LLP (Mylan Pharmaceuticals Inc.)

Lead Counsel:
    Robert L Florence of Parker Poe Adams & Bernstein LLP (Mylan Pharmaceuticals Inc.)

Delaware Counsel:
    Jack Phillips of Phillips, McLaughlin & Hall LLP (Nanjing Noratech Pharmaceutical Company Ltd.)

Lead Counsel:
    Don Mizerk and Femi Masha of Husch Blackwell LLP (Nanjing Noratech Pharmaceutical Company Ltd.)

Delaware Counsel:
    Adam Poff of Young Conaway Stargatt & Taylor, LLP (Novugen Pharma (Malaysia) Sdn. Bhd. and Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited)

Lead Counsel:
    James Peterka and Nina Vachhani of Locke Lord LLP (Novugen Pharma (Malaysia) Sdn. Bhd. and Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited)

Delaware Counsel:
    Nate Hoeschen of Shaw Keller (Teva Pharmaceuticals USA)

Lead Counsel:
    Mark McLennan of Kirkland & Ellis LLP (Teva Pharmaceuticals USA)

HE
G&H

The Honorable Leonard P. Stark
June 4, 2021
Page 4

>   Delaware Counsel:
>   Eve Ormerod of Smith, Katzenstein & Jenkins LLP (Torrent Pharmaceuticals Ltd.)
>
>   Lead Counsel:
>   Dmitry Shelhoff of Pergament & Cepeda LLP (Torrent Pharmaceuticals Ltd.)

The dispute requiring judicial attention is as follows: Defendants' request for samples of Novartis's finished dosage form and active pharmaceutical ingredient.

Respectfully,

*/s/ Dominick T. Gattuso*

Dominick T. Gattuso (#3630)

cc:   Clerk of the Court (via hand delivery)
      All Counsel of Record (via electronic mail)