IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re Entresto (Sacubitril/Valsartan) : 
Patent Litigation : No. 20-md-2930-LPS

## ORDER

At Wilmington this **8th** day of **July, 2021**:

For the reasons set forth in the Memorandum Opinion issued this date,

**IT IS HEREBY ORDERED** that the following claim terms of U.S. Patent Nos. 8,101,659 (the "'659 patent"); 8,796,331 (the "'331 patent"); 8,877,938 (the "'938 patent"); and 9,388,134 (the "'134 patent") are construed as follows:

| Claim Term | Claims | Court's Construction |
|---|---|---|
| "amounts effective to treat hypertension or heart failure" | '659 patent, claim 2 | "amounts of each component sufficient in combination to treat hypertension or heart failure" |
| "therapeutically effective amount" | '331 patent, claim 1; '134 patent, claim 1 | "amount sufficient to treat heart failure or hypertension" |
| "effective amount" | '938 patent, claim 11 | "amount sufficient to have a therapeutic effect" |
| "wherein said (i) . . . and said (ii) . . . are administered in combination" / "administering . . . the combination of: (i) . . . ; (ii) . . . ; and wherein said components (i) and (ii) are administered in one unit dose form or in two separate unit dose forms" | '659 patent, claim 1; '331 patent, claim 1 | "wherein said (i) . . . and said (ii) . . . , are administered in combination / administering . . . the combination of: (i) . . . ; (ii) . . . ; and wherein said components (i) and (ii) are administered in one unit dose form or in two separate unit dose forms" |

| | | |
|---|---|---|
| "trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl) propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino) butyrate] hemipentahydrate in crystalline form" | '938 patent, claim 1 | "substantially pure trisodium [sacubitril-valsartan] hemipentahydrate in crystalline form" |
| "trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl) propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino) butyrate] hemipentahydrate" | '134 patent, claims 1, 4 | "trisodium [sacubitril-valsartan] hemipentahydrate" |
| "trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl) propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino) butyrate] hemipentahydrate" | '134 patent, claims 5-11, 13-15 | "substantially pure trisodium [sacubitril-valsartan] hemipentahydrate in crystalline form" |

_____
UNITED STATES DISTRICT JUDGE