# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ENTRESTO (SACUBITRIL/VALSARTAN) PATENT LITIGATION | C.A. No. 20-md-2930-LPS |
| NOVARTIS PHARMACEUTICALS CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>ALKEM LABORATORIES LTD., *et al.*<br><br>Defendants. | C.A. No. 1:19-cv-01979 LPS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 21, 2021, a copy of Nanjing Noratech Pharmaceutical Co., Limited's First Set of Interrogatories to Plaintiff and Nanjing Noratech Pharmaceutical Co., Limited's First Set of Requests for Admissions to Plaintiff were served upon the following counsel of record in the manner indicated below:

**VIA E-MAIL**

Jared L. Stringham
Gregory J. Manas
VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100
jlstringham@venable.com
gjmanas@venable.com

Daniel M. Silver
Alexandra M. Joyce
Renaissance Centre
MCCARTER & ENGLISH, LLP
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

Dated: July 21, 2021

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ Megan C. Haney*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, Delaware 19806-4204
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendant Noratech Labs, Inc.*