**PHILLIPS, McLAUGHLIN & HALL, P.A.**

JOHN C. PHILLIPS, JR.
LISA C. McLAUGHLIN+
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY
TODD L. GOODMAN
PAUL S. SEWARD***

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
+MARYLAND BAR

ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
pgmhlaw.com

July 26, 2021

**VIA CM/ECF**
The Honorable Leonard P. Stark
United States District Court
844 North King Street, Unit 26
Wilmington, DE 19801

      RE:    *In re Entresto (Sacubitril/Valsartan) Patent Litigation,* C.A. No. 20-2930-LPS
               *Novartis Pharmaceutical Corporation v. Alkem Laboratories Ltd., et al.,* C.A. No. 19-1979-LPS

Dear Judge Stark:

      The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

      The following counsel for Plaintiff and Defendants met and conferred by telephone on July 12, 2021. Counsel have also conferred via email.

      For Plaintiff:
          Delaware Counsel:
              Daniel Silver of McCarter & English, LLP (Novartis Pharmaceuticals Corporation)

          Lead Counsel:
              Jared Stringham of Venable LLP (Novartis Pharmaceuticals Corporation)

      For Defendants:
          Delaware Counsel:
              Jack Phillips of Phillips, McLaughlin & Hall LLP (Nanjing Noratech Pharmaceutical Company Ltd.)

          Lead Counsel:
              Femi Masha of Husch Blackwell LLP (Nanjing Noratech Pharmaceutical Company Ltd.)

      The dispute requiring judicial attention is as follows: The parties disagree over the adequacy of Novartis' initial infringement contentions and, if inadequate, whether Plaintiffs must supplement those contentions prior to the September 17, 2021 deadline for final supplementation of contentions.

The Honorable Leonard P. Stark  Page 2
July 26, 2021

      Counsel are available at the convenience of the Court should Your Honor have further questions.

                                                     Respectfully submitted,

                                                     */s/ John C. Phillips, Jr.*

                                                     John C. Phillips, Jr. (No. 110)

cc:  Counsel of Record (via CM/ECF)