IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-2930-LPS |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., BIOCON PHARMA LIMITED, BIOCON LIMITED, BIOCON PHARMA, INC., CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., LAURUS LABS LIMITED, LAURUS GENERICS INC., LUPIN ATLANTIS HOLDINGS, S.A., LUPIN LIMITED, LUPIN INC., LUPIN PHARMACEUTICALS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD.,<br><br>Defendants. | [REDACTED]<br><br>C.A. No. 19-1979-LPS<br><br>**REDACTED PUBLIC VERSION FILED ON DECEMBER 2, 2021** |

**STIPULATION WITH RESPECT TO**
**LAURUS LABS LIMITED AND LAURUS GENERICS INC.**

Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendants Laurus Labs Limited and Laurus Generics Inc. (collectively, "Laurus"), through their counsel, hereby stipulate to the following:

WHEREAS Novartis served its Notice of Deposition Under Fed. R. Civ. P. 30(b)(6) to Laurus on September 20, 2021 in the above-captioned actions ("Actions");

ME1 38331539v.1

WHEREAS Novartis and Laurus have agreed to streamline and expedite resolution of discovery issues and conserve the parties' and the Court's resources, time, and expenses by stipulating and agreeing to certain issues as described below;

IT IS HEREBY STIPULATED AND AGREED by Novartis and Laurus, by and through their respective undersigned counsel in the Actions, that:

1. Novartis agrees to forgo Rule 30(b)(6) depositions of Laurus on Novartis's Rule 30(b)(6) Deposition Topics 4 and 11.

2. Laurus agrees to the authenticity under Rule 901 of the Federal Rules of Evidence of the documents it has produced or will produce in this Action from Abbreviated New Drug Application No. ▓▓▓▓ ("Laurus's ANDA") (including all information regarding Drug Master File No. ▓▓▓▓ incorporated or referenced therein), any supplements and/or amendments to Laurus's ANDA filed with FDA, and any correspondence to or from FDA related to Laurus's ANDA.

3. Laurus stipulates that it was aware of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

4. Novartis reserves its right to seek Rule 30(b)(6) deposition testimony, and any other relevant fact discovery, in C.A. No. 21-cv-1330 (D. Del.) relating to U.S. Patent No. 11,096,918.

ME1 38331539v.1

| | |
|---|---|
| /s/ Daniel M. Silver | /s/ Adam W. Poff |
| Daniel M. Silver (#4758) | Adam W. Poff (#3990) |
| Alexandra M. Joyce (#6423) | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| MCCARTER & ENGLISH, LLP | |
| Renaissance Centre | Rodney Square |
| 405 N. King Street, 8th Floor | 1000 North King Street |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| (302) 984-6300 | (302) 571-6600 |
| *dsilver@mccarter.com* | *apoff@ycst.com* |
| *ajoyce@mccarter.com* | |
| | |
| Nicholas N. Kallas | OF COUNSEL: |
| Christina Schwarz | |
| Jared L. Stringham | Nirav N. Desai |
| VENABLE LLP | Dennies Varughese |
| 1290 Avenue of the Americas | Joseph H. Kim |
| New York, New York 10104 | STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C. |
| (212) 218-2100 | |
| *nkallas@venable.com* | 1100 New York Avenue N.W. |
| *cschwarz@venable.com* | Washington, DC 20005 |
| *jlstringham@venable.com* | (202) 371-2600 |
| | *ndesai@sternekessler.com* |
| *Attorneys for Plaintiff Novartis Pharmaceuticals Corporation* | *dvarughese@sternekessler.com* |
| | *josephk@sternekessler.com* |
| | |
| | *Attorneys for Defendants Laurus Labs Limited and Laurus Generics Inc.* |

ME1 38331539v.1