# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-2930-LPS |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., BIOCON PHARMA LIMITED, BIOCON LIMITED, BIOCON PHARMA, INC., CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., LAURUS LABS LIMITED, LAURUS GENERICS INC., LUPIN ATLANTIS HOLDINGS, S.A., LUPIN LIMITED, LUPIN INC., LUPIN PHARMACEUTICALS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD.,<br><br>Defendants. | PUBLIC VERSION FILED: December 6, 2021<br><br>[REDACTED]<br><br>C.A. No. 19-cv-1979-LPS |

## STIPULATION WITH RESPECT TO ALKEM LABORATORIES LTD.

Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendant Alkem

Laboratories Ltd. ("Alkem"), through their counsel, hereby stipulate to the following:

WHEREAS Novartis served its Notice of Deposition Under Fed. R. Civ. P. 30(b)(6) to

Alkem on September 20, 2021 in the above-captioned actions ("Actions");

WHEREAS, Novartis and Alkem have agreed to streamline and expedite resolution of discovery issues and conserve the parties' and the Court's resources, time, and expenses by stipulating and agreeing to certain issues as described below;

IT IS HEREBY STIPULATED AND AGREED by Novartis and Alkem, by and through their respective undersigned counsel in the Actions, that:

1. Novartis agrees to forgo Rule 30(b)(6) depositions of Alkem on Novartis's Rule 30(b)(6) Deposition Topics.

2. Alkem agrees to the authenticity under Rule 901 of the Federal Rules of Evidence of ████████████████████████████████ ████ ████████████ ████████████████████ ████████████████ ████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ██ ████████████.

3. ████████████████████████████████████████ ████████████████████████████████████████.

4. Novartis reserves its right to seek Rule 30(b)(6) deposition testimony, and any other relevant fact discovery, in C.A. No. 21-cv-1330 (D. Del.) relating to U.S. Patent No. 11,096,918.

DATED: November 29, 2021

ME1 38374894v.1

| | |
|---|---|
| /s/ Alexandra M. Joyce<br>Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>(302) 984-6300<br>*dsilver@mccarter.com*<br>*ajoyce@mccarter.com*<br><br>Nicholas N. Kallas<br>Christina Schwarz<br>Jared L. Stringham<br>VENABLE LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>(212) 218-2100<br>*nkallas@venable.com*<br>*cschwarz@venable.com*<br>*jlstringham@venable.com*<br><br>*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation* | /s/ Kenneth L. Dorsney<br>Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>*kdorsney@monisjames.com*<br>*chitch@morrisjames.com*<br><br>Richard T. Ruzich<br>Ian Scott<br>Philip Y. Kouyoumdjian<br>TAFT, STETTINIUS & HOLLISTER LLP<br>111 East Wacker Drive, Suite 2800<br>Chicago, IL 60601<br>312-527-4000<br>*rruzich@taftlaw.com*<br>*iscott@taftlaw.com*<br>*pkouyoumdjian@taftlaw.com*<br><br>*Attorneys for Defendant Alkem Laboratories, Ltd.* |