# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-LPS |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) ) | |
| Plaintiff, | ) ) | PUBLIC VERSION FILED: December 15, 2021 |
| v. | ) ) ) | |
| NANJING NORATECH PHARMACEUTICAL CO., LIMITED, | ) ) ) | C.A. No. 19-1979-LPS |
| Defendant. | ) ) | |

## STIPULATION AND [PROPOSED] ORDER DISMISSING NANJING NORATECH PHARMACEUTICAL CO., LIMITED FROM THE ABOVE-CAPTIONED ACTIONS

WHEREAS Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") sued Defendant Nanjing Noratech Pharmaceutical Co., Limited ("Noratech") on October 17, 2019, for infringement of United States Patent Nos. 8,877,938 ("the '938 patent") and 9,388,134 ("the '134 patent") in the above-captioned actions ("Actions") in connection with Noratech's submission to the United States Food and Drug Administration ("FDA") of Abbreviated New Drug Application ("ANDA") No. 213671 seeking FDA approval to market generic versions of Novartis's Entresto® sacubitril/valsartan tablets, 24 mg/26 mg, 49 mg/51 mg, and 97 mg/103 mg strengths ("Noratech's ANDA Products");

ME1 38600820v.1

WHEREAS Noratech submitted to FDA certifications pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) ▮▮▮▮ to the '938 and '134 patents in connection with ANDA No. 213671;

WHEREAS Noratech has not filed any counterclaims in the Actions;

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

NOW THEREFORE Novartis and Noratech, by and through their respective undersigned counsel in the Actions, and subject to the approval of the Court, stipulate and agree as follows:

1. This stipulation and order dismissing Noratech from the Actions is limited to the '938 and '134 patents, which are the only two patents asserted against Noratech in the Actions.

2. Novartis and Noratech agree that the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ extinguishes subject matter jurisdiction in the Actions between Novartis and Noratech in connection with ANDA No. 213671.

3. Noratech agrees to notify Novartis of any changes or amendments to Noratech's ANDA that materially alter the composition of Noratech's ANDA Products within thirty (30) days of submitting such changes or amendments to FDA, in addition to any other notifications required by FDA or by law in connection with the submission of any amendments to Noratech's ANDA.

4. Nothing herein shall be construed to prevent Novartis from seeking or obtaining relief pursuant to 21 U.S.C. § 355 *et seq.*, 35 U.S.C. § 271 *et seq.*, or any other applicable statute or authority, with respect to the '938 and '134 patents and with respect to any later certifications

pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) in ANDA No. 213671, except with respect to any amendments or changes to ANDA No. 213671 that do not materially alter the composition of Noratech's ANDA Products.

5.  Novartis's Actions against Noratech are dismissed without prejudice pursuant to Fed. R. Civ. P. 12(h)(3) and 41(a)(2).

DATED: December 8, 2021

/s/ Daniel M. Silver
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

Nicholas N. Kallas
Christina Schwarz
Jared L. Stringham
VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100
nkallas@venable.com
cschwarz@venable.com
jlstringham@venable.com

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*

/s/ Megan C. Haney
Megan C. Haney (#5016)
John C. Phillips, Jr. (#110)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
mch@pmhdelaw.com
jcp@pmhdelaw.com

Don J. Mizerk
Femi Masha
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 655-1500
don.mizerk@huschblackwell.com
femi.masha@huschblackwell.com

*Attorneys for Defendant Nanjing Noratech Pharmaceutical Co.*

IT IS SO ORDERED this _____ day of _____, 2021.

_____
United States District Judge