# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-LPS |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) ) | PUBLIC VERSION FILED: DECEMBER 21, 2021 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., BIOCON PHARMA LIMITED, BIOCON LIMITED, BIOCON PHARMA, INC., CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., LAURUS LABS LIMITED, LAURUS GENERICS INC., LUPIN ATLANTIS HOLDINGS, S.A., LUPIN LIMITED, LUPIN INC., LUPIN PHARMACEUTICALS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-1979-LPS |
| Defendants. | ) ) | |

**STIPULATION WITH RESPECT TO AUROBINDO
PHARMA USA, INC. AND AUROBINDO PHARMA LTD.**

Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendants Aurobindo

Pharma USA Inc. and Aurobindo Pharma Ltd. (collectively, "Aurobindo"), through their

counsel, hereby stipulate to the following:

WHEREAS Novartis served its Notice of Deposition Under Fed. R. Civ. P. 30(b)(6) to

Aurobindo on September 20, 2021 in the above-captioned actions ("Actions");

WHEREAS Novartis and Aurobindo have agreed to streamline and expedite resolution of discovery issues and conserve the parties' and the Court's resources, time, and expenses by stipulating and agreeing to certain issues as described below;

IT IS HEREBY STIPULATED AND AGREED by Novartis and Aurobindo, by and through their respective undersigned counsel in the Actions, that:

1. Novartis agrees to forgo Rule 30(b)(6) depositions of Aurobindo on Novartis's Rule 30(b)(6) Deposition Topics 4 and 11.

2. Aurobindo agrees to the authenticity under Rule 901 of the Federal Rules of Evidence of the documents from Abbreviated New Drug Application No. 213631 ("Aurobindo's ANDA") (including all information regarding Drug Master File No. 033622 incorporated or referenced therein), any supplements and/or amendments to Aurobindo's ANDA filed with FDA, and any correspondence to or from FDA related to Aurobindo's ANDA.

3. Aurobindo stipulates that it was aware of U.S. Patent Nos. 8,101,659 ("the '659 patent") and 8,796,331 ("the '331 patent") at the time Aurobindo filed its ANDA.

4. Novartis reserves its right to seek Rule 30(b)(6) deposition testimony, and any other relevant fact discovery, in C.A. No. 21-cv-1330 (D. Del.) relating to U.S. Patent No. 11,096,918.

Dated:  December 8, 2021

/s/ *Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
*dsilver@mccarter.com*
*ajoyce@mccarter.com*

Nicholas N. Kallas
Christina Schwarz
Jared L. Stringham
VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100
*nkallas@venable.com*
*cschwarz@venable.com*
*jlstringham@venable.com*

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*

/s/ *Kenneth Laurence Dorsney*
Kenneth Laurence Dorsney
Cortlan S. Hitch
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
(302) 888-6855
*kdorsney@morrisjames.com*
*chitch@morrisjames.com*

Steven J. Moore
James E. Nealon
WITHERS BERGMAN LLP
1700 East Putnam Avenue, Suite 400
Greenwich, Connecticut 06870-1366
(203) 302-4100
*steven.moore@withersworldwide.com*
*james.nealon@withersworldwide.com*

*Attorneys for Defendants Aurobindo Pharma USA Inc. and Aurobindo Pharma Ltd.*