

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

December 13, 2021

**VIA CM/ECF**
The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

PUBLIC VERSION FILED:
DECEMBER 21, 2021



Re:    *In re Entresto (Sacubitril/Valsartan) Patent Litigation*, C.A. No. 20-2930-LPS

Dear Judge Stark:

Further to Novartis's and Zydus's December 10, 2021 teleconference with the Court (20-md-2930, D.I. 449), the parties write jointly to notify the Court that Novartis and Zydus are amenable to a mutual stipulation of authenticity as to documents from their respective NDA No. 207620 and ANDA No. 213719, supplements and/or amendments thereto, and related FDA correspondence. The parties will work together to identify the specific documents that they wish to have authenticated.

We thank the Court for its assistance in this matter.


Respectfully submitted,

/s/ *Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record for Zydus (via CM/ECF & Electronic Mail)

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on December 13, 2021 on the following counsel in the manner indicated:

### <u>VIA EMAIL</u>

Adam Wyatt Poff
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

Michael J. Gaertner
James T. Peterka
Nina Vachhani
LOCKE LORD LLP
11 South Wacker Dr.
Chicago, IL 60606
(312) 443-0700
mgaertner@lockelord.com
jpeterka@lockelord.com
nvachhani@lockelord.com

Zhibin Li
LOCKE LORD LLP
Brookfield Place, 200 Vesey Street, 20th Floor
New York, NY 10281-2101
T: 212-415-8600
Zhibin.li@locklord.com

*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited*

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)