**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, *Plaintiff,* v. ALKEM LABORATORIES LTD., *Defendant.* | C.A. No. 1:22-cv-00032-LPS |

**DEFENDANT ALKEM LABORATORIES LTD.'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Alkem

Laboratories Ltd., through its undersigned counsel, states as follows:

1.      Alkem Laboratories Ltd., is a publicly held company organized and existing under

the laws of India;

2.      No parent corporation or publicly-traded corporation owns 10% or more of Alkem

Laboratories Ltd.'s stock.

Dated:  April 4, 2022

    */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Of Counsel*:
Stephen R. Auten
Richard T. Ruzich
Philip Y. Kouyoumdjian
Roshan P. Shrestha, Ph.D.
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
312-527-4000
sauten@taftlaw.com
rruzich@taftlaw.com
pkouyoumdjian@taftlaw.com
rshrestha@taftlaw.com

*Attorneys for Defendant*
*Alkem Laboratories Ltd.*

2