IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ENTRESTO (SACUBITRIL/VALSARTAN) PATENT LITIGATION | MDL No. 20-2930-LPS |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., BIOCON PHARMA LIMITED, BIOCON LIMITED, BIOCON PHARMA, INC., CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., LAURUS LABS LIMITED, LAURUS GENERICS INC., LUPIN ATLANTIS HOLDINGS, S.A., LUPIN LIMITED, LUPIN INC., LUPIN PHARMACEUTICALS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD., <br><br> Defendants. | PUBLIC VERSION FILED: April 8, 2022 <br><br> C.A. No. 19-1979-LPS |

**STIPULATION AND [PROPOSED] ORDER DISMISSING
NOVARTIS'S '938 AND '134 PATENT CLAIMS AGAINST BIOCON
AND BIOCON'S COUNTERCLAIMS AGAINST THE '938 AND '134 PATENTS**

**WHEREAS** Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") sued

Defendants Biocon Pharma Limited, Biocon Limited, and Biocon Pharma, Inc. (collectively,

"Biocon") in the above-captioned action ("Action") for infringement of, *inter alia*, Novartis's

U.S. Patent Nos. 8,877,938 ("'938 patent") and 9,388,134 ("'134 patent") in connection with Biocon Pharma Limited's submission to the United States Food and Drug Administration ("FDA") of Abbreviated New Drug Application ("ANDA") No. 213680 seeking FDA approval to market generic versions of Novartis's Entresto® sacubitril/valsartan tablets, 24 mg/26 mg, 49 mg/51 mg, and 97 mg/103 mg strengths ("Biocon's ANDA Products");

**WHEREAS** Biocon in the Action filed counterclaims against the '938 and '134 patents;



**NOW THEREFORE** the parties, by and through their respective undersigned counsel in the Action, and subject to the approval of the Court, stipulate and agree as follows:



2. Novartis hereby dismisses without prejudice pursuant to Fed. R. Civ. P. 41(a)(2) its claims in the Action that Biocon's ANDA Products described in Biocon Pharma Limited's ANDA No. 213680 ███████████████████████████████████████████████ ████████████████████████████, or the manufacture, use, sale, offer for sale and/or importation thereof, infringe, contributorily infringe and/or induce infringement of the '938 and '134 patents.

3. Biocon hereby dismisses without prejudice pursuant to Fed. R. Civ. P. 41(a)(2) and 41(c) its counterclaims against the '938 and '134 patents in the Action.

4. Nothing herein shall prevent the parties from seeking or obtaining other relief in the Action, including with respect to the other patents-in-suit in the Action.

5. Nothing herein shall prevent Novartis from seeking or obtaining relief, pursuant to 21 U.S.C. § 355 et seq., 35 U.S.C. § 271 et seq., or any other applicable statute or authority, with respect to the '938 and '134 patents and with respect to any later-filed amendment or supplement to ANDA No. 213680 or with respect to any later-filed ANDA or 505(b)(2) application by Biocon███████████████████████████████████████

███████████████████████████████████████████.

6. The parties agree to bear their own attorney fees and costs associated with the claims and counterclaims concerning the '938 and '134 patents.

Dated: March 31, 2022

| McCarter & English, LLP | Morris James LLP |
|---|---|
| /s/ Alexandra M. Joyce | /s/ Kenneth L. Dorsney |
| Daniel M. Silver (#4758) | Kenneth L. Dorsney (#3726) |
| Alexandra M. Joyce (#6423) | Cortlan S. Hitch (#6720) |
| Renaissance Centre | 500 Delaware Avenue, Suite 1500 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 888-6855 |
| (302) 984-6300 | kdorsney@morrisjames.com |
| dsilver@mccarter.com | chitch@morrisjames.com |
| ajoyce@mccarter.com | |

OF COUNSEL:

Jitendra Malik
Katten Muchin Rosenman LLP
550 South Tryon Street, Suite 2900
Charlotte, NC 28202
(704) 444-2000
jitty.malik@katten.com

OF COUNSEL:

Nicholas N. Kallas
Christina Schwarz
Jared L. Stringham
Christopher E. Loh
VENABLE LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 218-2100
nkallas@venable.com
cschwarz@venable.com
jlstringham@venable.com
cloh@venable.com

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*

Matthew M. Holub
Jillian M. Schurr
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
(312) 902-5200
matthew.holub@katten.com
jillian.schurr@katten.com

Christopher B. Ferenc
KATTEN MUCHIN ROSENMAN LLP
2900 K Street NW
North Tower, Suite 200
Washington, DC 20007
(202) 625-3647
christopher.ferenc@katten.com

*Attorneys for Defendants Biocon Pharma Limited, Biocon Limited, and Biocon Pharma, Inc.*

SO ORDERED this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE