

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**David E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Firm Fax

April 27, 2022

**VIA ELECTRONIC FILING**

The Honorable Richard G. Andrews
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801-3555

      Re:    *In re Entresto (Sacubitril/Valsartan) Patent Litigation*, C.A. No. 20-2930-RGA, *Novartis Pharmaceuticals Corp. v. Mylan Pharmaceuticals Inc.*, C.A. No. 20-445-RGA

Dear Judge Andrews:

      Our firm, together with Parker Poe Adams & Bernstein LLP, represents Defendant Mylan Pharmaceuticals Inc. ("Mylan") in the above-referenced actions.  We write, pursuant to the Court's instructions provided at the Scheduling/Status Conference held on April 21, 2022, regarding whether Mylan is requesting a noninfringement trial for United States Patent Nos. 8,101,659 ("the '659 patent") and 8,796,331 ("the '331 patent").

      Mylan is currently in the process of working with Plaintiff to narrow the issues in the actions related to the '659 and '331 patents for trial.  Moreover, as stated in the Joint Status Report submitted to the Court on March 21, 2022 (20-2930-RGA, D.I. 515), Mylan intends to seek remand back to West Virginia upon completion of expert discovery and to proceed to trial in that District.  In light of the foregoing, Mylan confirms that it is not requesting a noninfringement trial before this Court related to the '659 and '331 patents.

      We thank Your Honor for your consideration and assistance.  Naturally, if the Court has any questions, we are available to respond at the Court's convenience.

      Respectfully,

      */s/ David E. Moore*

      David E. Moore

DEM:sjh/10122293/50111

cc:      Counsel of Record (via electronic mail)