

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Adam W. Poff**
P 302.571.6642
F 302.576.3326
apoff@ycst.com

April 27, 2022

The Honorable Richard G. Andrews
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801-3555

Re:   In re: Entresto (Sacubitril/Valsartan) Patent Litigation
C.A. No. 20-md-2930-RGA
Novartis Pharmaceuticals Corp. v. Alkem Laboratories Ltd., et al.
 C.A. No. 19-1979-RGA
Novartis Pharmaceuticals Corp. v. Dr. Reddy's Laboratories, Inc., et al.
C.A. No. 19-2053-RGA
Novartis Pharmaceuticals Corp. v. Alembic Pharmaceuticals Ltd., et al.
C.A. No. 19-2021-RGA

Dear Judge Andrews:

    We write on behalf of Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited (collectively, "Zydus"), Biocon Pharma Limited, Biocon Limited, and Biocon Pharma, Inc. (collectively, "Biocon"), Hetero USA Inc., Hetero Labs Limited, and Hetero Labs Limited Unit III (collectively, "Hetero"), Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc. (collectively, "Macleods"), Laurus Labs Ltd. and Laurus Generics Inc. (collectively, "Laurus"), and Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd. (collectively, "Torrent") (collectively, "Defendants") pursuant to the Court's oral order on April 21, 2022.

    Although Defendants have not submitted responsive noninfringement expert reports with respect to U.S. Patent Nos. 8,101,659 ("the '659 patent") and 8,796,331 ("the '331 patent"), Defendants respectfully request the Court to schedule a trial date on infringement of the '659 and '331 patents at the Court's convenience.

Respectfully,

*/s/ Adam W. Poff*

Adam W. Poff (No. 3990)

cc: All Counsel of Record via CM/ECF