# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ENTRESTO (SACUBITRIL/VALSARTAN) PATENT LITIGATION | ) ) ) ) MDL No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ■■■■■■■■■■ |
| Plaintiff, | ) |
| v. | ) |
| ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., BIOCON PHARMA LIMITED, BIOCON LIMITED, BIOCON PHARMA, INC., CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., LAURUS LABS LIMITED, LAURUS GENERICS INC., LUPIN ATLANTIS HOLDINGS, S.A., LUPIN LIMITED, LUPIN INC., LUPIN PHARMACEUTICALS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD., | ) ) ) ) ) C.A. No. 19-1979-RGA ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT TEVA'S INFRINGEMENT OF U.S. PATENT NOS. 8,101,659 AND 8,796,331**

**WHEREAS** Novartis Pharmaceuticals Corporation ("Novartis") has alleged in the above-captioned actions ("Actions") that Teva Pharmaceuticals USA, Inc. ("Teva") has infringed U.S. Patent Nos. 8,101,659 ("'659 patent") and 8,796,331 ("'331 patent") in connection with Teva's Abbreviated New Drug Application ("ANDA") No. 213577 seeking

-1-

approval from United Stated Food and Drug Administration ("FDA") to market generic versions of Novartis's Entresto® sacubitril/valsartan tablets, 24 mg/26 mg, 49 mg/51 mg, and 97 mg/103 mg dosage strengths ("Teva's ANDA Products");

**WHEREAS** Novartis asserts ▉▉▉▉▉▉ of the '659 patent (the "Asserted Claims of the '659 patent") and claims ▉▉▉▉▉▉ of the '331 patent (the "Asserted Claims of the '331 patent") against Teva in the Actions;

**WHEREAS** Novartis and Teva have agreed to streamline issues in the case and conserve the parties' and the Court's resources, time, and expenses by stipulating and agreeing to certain issues as described below;

**NOW THEREFORE** Novartis and Teva, by and through their respective undersigned counsel in the Actions, and subject to the approval of the Court, stipulate and agree as follows:

1. For these Actions only, in light of the Court's claim construction Opinion and Order (D.I. 295, 296 in C.A. No. 20-2930-LPS), ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉, unless that Asserted Claim is held to be invalid or unenforceable. Teva reserves all rights to contest the validity of each of the Asserted Claims of the '659 patent and each of the Asserted Claims of the '331 patent.

2. For these Actions only, in light of the Court's claim construction Opinion and Order (D.I. 295, 296 in C.A. No. 20-2930-LPS), ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉, unless that Asserted Claim is held to be invalid or unenforceable. Teva reserves all rights to contest the validity of each of the Asserted Claims of the '659 patent.

3.  For these Actions only, in light of the Court's claim construction Opinion and Order (D.I. 295, 296 in C.A. No. 20-2930-LPS), ████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████ ████████, unless that Asserted Claim is held to be invalid or unenforceable. Teva reserves all rights to contest the validity of each of the Asserted Claims of the '331 patent.

4.  For the avoidance of doubt, if one or more, but not all, of the Asserted Claims of the '659 or '331 patents are held invalid or unenforceable in a judgment from which no appeal has been or can be taken, the above stipulations of infringement for the remaining Asserted Claims of the '659 and '331 patents will remain in place. The parties reserve all rights to seek or oppose additional remedies.

5.  Nothing in this stipulation shall affect any party's right to appeal the Final Judgment entered by the Court based on the Court's claim construction Opinion and Order (D.I. 295, 296 in C.A. No. 20-2930-LPS) and to seek reversal and remand on that basis. For clarification, Teva reserves the right to assert any and all defenses, arguments and counterclaims to these and any other claims of the '659 and '331 patents, or to revisit or withdraw the stipulation herein, should the Court alter or amend its claim construction in this action; and further reserves the right to appeal the claim construction, and if reversed and remanded, to then assert any appropriate non-infringement defense.

| | |
|---|---|
| /s/ Alexandra M. Joyce | /s/ Nathan Hoeschen |
| Daniel M. Silver (#4758) | John W. Shaw (#3362) |
| Alexandra M. Joyce (#6423) | Karen E. Keller (#4489) |
| MCCARTER & ENGLISH, LLP | Nathan Hoeschen (#6232) |
| Renaissance Centre | SHAW KELLER LLP |
| 405 N. King Street, 8th Floor | I.M. Pei Building |
| Wilmington, Delaware 19801 | 1105 North Market Street, 12th Floor |
| (302) 984-6300 | Wilmington, DE 19801 |
| dsilver@mccarter.com | (302) 298-0700 |
| ajoyce@mccarter.com | jshaw@shawkeller.com |
| | kkeller@shawkeller.com |
| Nicholas N. Kallas | nhoeschen@shawkeller.com |
| Christina Schwarz | |
| Jared L. Stringham | Jeanna M. Wacker |
| VENABLE LLP | Mark C. McLennan |
| 1290 Avenue of the Americas | Alina Afinogenova |
| New York, New York 10104 | KIRKLAND & ELLIS LLP |
| (212) 218-2100 | 601 Lexington Avenue |
| nkallas@venable.com | New York, NY 10022 |
| cschwarz@venable.com | (212) 446-4800 |
| jlstringham@venable.com | jeanna.wacker@kirkland.com |
| | mark.mclennan@kirkland.com |
| *Attorneys for Plaintiff Novartis* | alina.afinogenova@kirkland.com |
| *Pharmaceuticals Corporation* | |
| | *Attorneys for Defendant Teva* |
| | *Pharmaceuticals USA, Inc.* |

SO ORDERED this _____ day of _____, 2022.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE