# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br>Plaintiff, <br><br>v. <br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, NOVUGEN PHARMA (MALAYSIA) SDN. BHD., ZYDUS PHARMACEUTICALS (USA) INC., CADILA HEALTHCARE LTD., <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-2053-RGA |

**DR. REDDY'S LABORATORIES, INC. AND DR. REDDY'S LABORATORIES, LTD'S NOTICE OF DEPOSITION OF ALEXANDER M. KLIBANOV, Ph.D.**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and the applicable Local Civil Rules of the United States District Court for the District of Delaware, Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd., by and through their attorneys, will take the deposition upon oral examination of Alexander M. Klibanov, Ph.D., remotely via videoconference, beginning at 9:00 am Pacific time on May 12, 2022, continuing from day to day thereafter until completed, regarding the Opening Expert Report of Dr.

1

Alexander M. Klibanov on Infringement of the '659 and '331 Patents by Defendants Dr. Reddy's Laboratories, Inc., and Dr. Reddy's Laboratories, Ltd., and the Reply Expert Report of Dr. Alexander M. Klibanov on Infringement of the '659 Patent by Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. The deposition will take place remotely before a notary public or other officer duly authorized to administer oaths and take testimony, and will be recorded by stenographic means, and may be videotaped, audiotaped and/or transcribed using real time interactive transcription such as LiveNote.

All counsel of record are invited to attend the deposition by videoconference or telephonic means and examine the deponent in accordance with applicable Rules.

Dated: May 11, 2022

| | |
|---|---|
| OF COUNSEL:<br><br>Autumn N. Nero<br>PERKINS COIE LLP<br>33 East Main Street, Suite 201<br>Madison, WI 53703-3095<br>(608) 663-7460<br>ANero@perkinscoie.com<br><br>Christopher D. Jones<br>PERKINS COIE LLP<br>700 Thirteenth Street, NW, Suite 600<br>Washington, D.C. 20005-3960<br>(202) 654-6200<br>CDJones@perkinscoie.com<br><br>Bryan D. Beel<br>PERKINS COIE LLP<br>1120 NW Couch Street, 10th Floor<br>Portland, OR 97209<br>(503) 727-2000<br>BBeel@perkinscoie.com<br><br>*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* | __s/Bryan D. Beel_____<br>Stamatios Stamoulis (#4606)<br>Richard C. Weinblatt (#5080)<br>STAMOULIS & WEINBLATT LLC<br>800 N. West Street – Third Floor<br>Wilmington, DE 19801<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com |