

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

May 11, 2022

<u>VIA CM/ECF</u>

The Honorable Richard G. Andrews
United States Court of Appeals for the Federal Circuit
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

Re:  *In re Entresto (Sacubitril/Valsartan) Patent Litigation,* C.A. No. 20-md-2930-RGA;

*Novartis Pharmaceuticals Corporation v. Dr. Reddy's Laboratories, Inc., et al.*
C.A. No. 19-2053-RGA

Dear Judge Andrews,

Pursuant to Your Honor's Oral Order at the April 21, 2022 conference, counsel for Novartis Pharmaceuticals Corporation ("Novartis") and Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. (collectively, "DRL") provide the information below concerning the infringement issues to be tried in the above-captioned cases.

<u>Infringement of U.S. Patent Nos. 8,101,659 ("the '659 patent"):</u>

- Novartis's expert witnesses: Dr. Alexander Klibanov, Dr. Francis Spinale (claim 2)
- DRL's expert witness: Dr. Mark Hollingsworth

<u>Infringement of U.S. Patent No. 8,877,938 ("the '938 patent"):</u>

- Novartis's expert witness: Dr. Aeri Park
- DRL's expert witness: Dr. Mark Hollingsworth

The parties estimate that they will require 10.5 hours of trial time in total to address the infringement issues regarding the '659 and '938 patents.

Counsel for Novartis and DRL are available should Your Honor have further questions.

ME1 40530330v.1

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)