

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

May 11, 2022

**VIA CM/ECF**

PUBLIC VERSION FILED: May 18, 2022

The Honorable Richard G. Andrews
United States Court of Appeals for the Federal Circuit
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

Re:   *In re Entresto (Sacubitril/Valsartan) Patent Litigation,* C.A. No. 20-md-2930-RGA;

*Novartis Pharmaceuticals Corporation v. Alkem Laboratories Ltd., et al.*
C.A. No. 19-1979-RGA

Dear Judge Andrews,

Pursuant to Your Honor's Oral Order at the April 21, 2022 conference, counsel for Novartis Pharmaceuticals Corporation ("Novartis") and Teva Pharmaceuticals USA, Inc. ("Teva") provide the information below concerning the infringement issues to be tried in the above-captioned cases.

Infringement of U.S. Patent Nos. 8,877,938 ("the '938 patent") and 9,388,134 ("the '134 patent"):

- Novartis's expert witnesses: Dr. Adam Matzger, Dr. Frank Spinale

- Teva's expert witness: Dr. Marek Zakrzewski

Novartis wishes to bring to the Court's attention that its medical expert Dr. Spinale has provided testimony that Teva's products ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Given that the previously scheduled trial will now occur on non-consecutive dates, and that the MDL defendants have requested at least 7 separate infringement trials where Dr. Spinale would need to testify absent stipulations by the MDL defendants, Novartis requests the Court's permission to take Dr. Spinale's infringement testimony on all patents all at once for all defendants.

The parties estimate that they will require 9 hours of trial time in total, split evenly between the parties, to address the infringement issues regarding both patents listed above, excluding the time

required for Dr. Spinale to testify jointly for all defendants (*i.e.*, only including time for the testimony of Dr. Matzger and Dr. Zakrzewski). ███████████████████████████
████████████████████████████████████████████████████████████████████████████
████████████████████████████

Because Teva has stipulated to infringement of U.S. Patent Nos. 8,101,659 and 8,796,331 (C.A. No. 20-2930, D.I. 559), no Teva infringement trial is necessary on those two patents.

Counsel for Novartis and Teva are available should Your Honor have further questions.


Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record for Teva (via E-Mail)

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on May 11, 2022 on the following counsel in the manner indicated below.

### VIA EMAIL

John W. Shaw
Karen E. Keller
Nathan R. Hoeschen
SHAW KELLER LLP
1105 North Market Street, 12th Floor
Wilmington, DE 19801
302-298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com

Mark C. McLennan
Alina Afinogenova
Jeanna M. Wacker
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

Dated: May 11, 2022              */s/ Daniel M. Silver*
                                  Daniel M. Silver (#4758)

ME1 40531163v.1