

**Daniel M. Silver**
Wilmington Office Managing Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

May 20, 2022

<u>VIA CM/ECF</u>
The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555

Re:   *In re Entresto (Sacubitril/Valsartan) Patent Litigation,*
**C.A. Nos. 20-md-2930-RGA (Consolidated);**

*Novartis Pharmaceuticals Corporation v. Alkem Laboratories Ltd., et al.,*
**C.A. No. 19-1979-RGA;**

*Novartis Pharmaceuticals Corporation v. Dr. Reddy's Laboratories, Inc., et al.,*
<u>**C.A. No. 19-2053-RGA**</u>

Dear Judge Andrews,

Pursuant to Your Honor's Oral Order at the April 21, 2022 conference, counsel for Novartis Pharmaceuticals Corporation ("Novartis") and Defendants Crystal Pharmaceutical (Suzhou) Co., Ltd. ("Crystal") and Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited (collectively "Zydus") provide the information below concerning the infringement issues to be tried in the above-captioned cases.

<u>Infringement of U.S. Patent Nos. 8,101,659 ("the '659 patent") and 8,796,331 ("the '331 patent"):</u>

- Novartis's expert witnesses: Dr. Alexander Klibanov, Dr. Francis Spinale

- Zydus's expert witnesses: none

In view of the parties' stipulation filed with Court (C.A. No. 20-2930, D.I. 581), neither Novartis nor Crystal requests a trial on infringement of the '659 and '331 patents with respect to Crystal.

Novartis wishes to bring to the Court's attention that its medical expert Dr. Spinale has provided testimony that Crystal's and Zydus's products will be indicated for heart failure (like the Entresto® product) and will include effective amounts of active ingredients, which was not disputed by any Crystal or Zydus witness. Given that the previously scheduled trial will now occur on non-consecutive dates, and that the MDL defendants have requested at least 7 separate infringement trials where Dr. Spinale would need to testify absent stipulations by the MDL defendants, Novartis requests the Court's permission to take Dr. Spinale's infringement testimony on all patents all at once for all defendants.

ME1 40638471v.1

May 20, 2022
Page 2

Zydus did not submit noninfringement expert reports for the '659 and '331 patents. Zydus has requested that the Court schedule a trial on infringement of the '659 and '331 patents (D.I. 554 in 20-2930). In correspondence to Chambers dated April 29, 2022, Zydus further requested its own separate infringement trial on these patents.

Novartis estimates that Novartis and Zydus will require 2 hours of trial time in total to address the infringement issues regarding the '659 and '331 patents limited to defendant Zydus, excluding the time required for Dr. Spinale to testify jointly for all defendants.

Zydus's position is that Novartis's proposal regarding the trial time for the '659 and '331 patents is premature as Zydus expects the parties to further engage in an effort to streamline the issues on these patents for trial.  In addition, Novartis's proposal does not account for the fact that Zydus will have to address the joint testimony of Dr. Spinale.

Novartis believes that the best way to streamline the infringement issues for the '659 and '331 patents, if that is what Zydus wants, is to put this trial on the Court's calendar.

Infringement of U.S. Patent Nos. 8,877,938 ("the '938 patent") and 9,388,134 ("the '134 patent"):

- Novartis's expert witnesses: Dr. Adam Matzger, Dr. Robin Rogers, Dr. Frank Spinale

- Crystal and Zydus's expert witnesses: Dr. Tomislav Friscic, Dr. Hatem Titi. At present, Crystal also contemplates calling at least one fact witness.

The parties estimate that they will require 16 hours of trial time in total to address the infringement issues regarding the '938 and '134 patents, if the Crystal and Zydus cases are tried together, excluding the time required for Dr. Spinale to testify jointly for all defendants.

Novartis believes that Zydus's and Crystal's infringement of all four of the '659, '331, '938, and '134 patents should be addressed during a single trial. Conducting two separate infringement trials for these patents—an individual trial for Zydus's infringement of the '659 and '331 patents and a joint trial for Crystal's and Zydus's infringement of the '938 and '134 patents—would be an inefficient use of the Court's resources.

Zydus's position is that Novartis's proposal regarding a single trial that would include the '659 and '331 patents is premature, as Zydus expects the parties to further engage in an effort to streamline the issues for trial.  Novartis's proposal is also inconsistent with its above request to take Dr. Spinale's testimony "on all patents all at once for all defendants."

Crystal views Novartis's statement in the preceding section regarding Dr. Spinale's testimony as premature as Crystal expects the parties to further engage in an effort to streamline the issues for trial by entering into stipulations or discussing statements of uncontested facts. While the parties have not reached agreement, we expect to continue to cooperate to narrow issues for trial.

ME1 40638471v.1

May 20, 2022
Page 3

Novartis does not agree that its positions on Dr. Spinale's testimony and conducting a single infringement trial are inconsistent or inappropriate and believes, as stated above, that the best way to streamline the infringement issues, if that is what Crystal and Zydus want, is to put this trial (limited to the '938 and '134 patents for Crystal and on all patents for Zydus) on the Court's calendar.

Counsel for Novartis, Crystal and Zydus are available should Your Honor have further questions.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc:	Counsel of Record (via CM/ECF and electronic mail)

ME1 40638471v.1