# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., BIOCON PHARMA LIMITED, BIOCON LIMITED, BIOCON PHARMA, INC., CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., LAURUS LABS LIMITED, LAURUS GENERICS INC., LUPIN ATLANTIS HOLDINGS, S.A., LUPIN LIMITED, LUPIN INC., LUPIN PHARMACEUTICALS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-1979-RGA |

## NOVARTIS'S NOTICE OF DEPOSITION OF MAREK ZAKRZEWSKI, PH.D.

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and the applicable Local Civil Rules of the United States District Court for the District of Delaware, Plaintiff Novartis Pharmaceuticals Corporation ("Novartis"), by and through its attorneys, will take the deposition upon oral examination of Marek Zarkzewski, Ph.D., remotely via videoconference, beginning at 8:00 am Eastern Time on May 23, 2022, and continuing from

ME1 40662199v.1

day to day thereafter until completed, regarding the subject matter of Dr. Zakrzewski's February 10, 2022 expert report served in this litigation.  The deposition will take place remotely before a notary public or other officer duly authorized to administer oaths and take testimony, and will be recorded by stenographic means, and may be videotaped, audiotaped and/or transcribed using real time interactive transcription.

      All counsel of record for Novartis and Defendant Teva Pharmaceuticals USA, Inc. are invited to attend the deposition by videoconference or telephonic means and examine the deponent in accordance with applicable Rules.

ME1 40662199v.1

| | |
|---|---|
| Dated: May 22, 2022 | MCCARTER & ENGLISH, LLP |// 

Dated: May 22, 2022

MCCARTER & ENGLISH, LLP

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
*dsilver@mccarter.com*
*ajoyce@mccarter.com*

OF COUNSEL:

Nicholas N. Kallas
Christina Schwarz
Christopher E. Loh
Jared L. Stringham
Laura K. Fishwick
VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100
*nkallas@venable.com*
*cschwarz@venable.com*
*cloh@venable.com*
*jlstringham@venable.com*
*lfishwick@venable.com*

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*