IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br>Plaintiff, <br><br>v. <br><br>ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., BIOCON PHARMA LIMITED, BIOCON LIMITED, BIOCON PHARMA, INC., CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., LAURUS LABS LIMITED, LAURUS GENERICS INC., LUPIN ATLANTIS HOLDINGS, S.A., LUPIN LIMITED, LUPIN INC., LUPIN PHARMACEUTICALS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD., <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-1979-RGA |

**TEVA PHARMACEUTICALS USA, INC.'S NOTICE OF DEPOSITION OF**
**ADAM J. MATZGER, PH.D.**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil procedure, the applicable Local Civil Rules for the United States District Court for the District of Delaware, Defendant Teva Pharmaceuticals USA, Inc. ("Teva"), by and through its counsel, will take the deposition upon oral examination of Adam J. Matzger, Ph.D., remotely via videoconference,

1

beginning at 9:00 A.M. E.T. on June 3, 2022 and continuing from day to day thereafter until completed. The deposition will take place remotely before a notary public or other officer duly authorized to administer oaths and take testimony, and will be recorded by stenographic means, and may be videotaped, audiotaped and/or transcribed using real time interactive transcription.

All counsel of record for Plaintiff Novartis Pharmaceuticals Corporation and Teva are invited to attend the deposition by videoconference or telephonic means and examine the deponent in accordance with applicable Rules.

|  |  |
|---|---|
| OF COUNSEL:<br>Mark C. McLennan<br>Alina Afinogenova<br>Jeanna M. Wacker<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br><br>Dated: May 27, 2022 | */s/ Nathan R. Hoeschen*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Nathan Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendant Teva*<br>*Pharmaceuticals USA, Inc.* |