# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ENTRESTO (SACUBITRIL/VALSARTAN) PATENT LITIGATION | No. 20-md-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, NOVUGEN PHARMA (MALAYSIA) SDN. BHD., ZYDUS PHARMACEUTICALS (USA) INC., CADILA HEALTHCARE LTD.,<br><br>Defendants. | No. 19-cv-2053-RGA |

**DR. REDDY'S LABORATORIES, INC. AND DR. REDDY'S LABORATORIES, LTD.'S MOTION TO STRIKE NEW INFRINGEMENT OPINIONS FROM THE EXPERT REPORTS OF AERI PARK, Ph.D.**

Pursuant to Paragraph 11 of the Court's Scheduling Order (D.I. 78 in No. 19-cv-2053; D.I. 102 in No. 20-md-2930), Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. (collectively, "DRL") respectfully move the Court to strike portions of the expert reports of Plaintiff Novartis Pharmaceutical Corporation's expert Aeri Park, Ph.D. for the reasons set forth in the letter accompanying this motion.

- 2 -

Dated: May 27, 2022

OF COUNSEL:

Autumn N. Nero
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI 53703
(608) 663-7460
ANero@perkinscoie.com

Bryan D. Beel
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209
(503) 727-2000
BBeel@perkinscoie.com

Christopher D. Jones
PERKINS COIE LLP
700 Thirteenth Street, NW, Suite 800
Washington, D.C. 20005
(202) 654-6200
CDJones@perkinscoie.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.*

Respectfully submitted,

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
Tel: (302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

- 3 -

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing motion and its supporting letter have been served on all counsel of record via electronic mail on May 27, 2022.

                                          */s/ Stamatios Stamoulis*
                                          Stamatios Stamoulis