IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-md-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALKEM LABORATORIES LTD., et al.,<br><br>Defendants. | C.A. No. 19-1979-RGA |

### CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD.'S MOTION TO STRIKE THE EXPERT REPORTS OF ROBIN D. ROGERS, Ph.D.

Pursuant to Paragraph 11 of the Court's Scheduling Order (D.I. 137 in No. 19-cv-1979; D.I. 102 in No. 20-md-2930), Defendant Crystal Pharmaceutical (Suzhou) Co., Ltd. respectfully moves the Court to strike the reply and sur-sur reply expert reports of Plaintiff Novartis Pharmaceutical Corporation's expert Robin D. Rogers, Ph.D. for the reasons set forth in the letter accompanying this motion.

|  |  |
|---|---|
|  | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP<br><br>*/s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (# 3630) |
| OF COUNSEL:<br><br>Scott A. Cunning II<br>Elizabeth M. Crompton<br>PARKER POE ADAMS & BERNSTEIN, LLP<br>1400 K Street, NW<br>Suite 1000<br>Washington, DC 20005<br>202.434.9100<br>scottcunning@parkerpoe.com<br>elizabethcrompton@parkerpoe.com<br><br>C. Kyle Musgrove<br>PARKER POE ADAMS & BERNSTEIN, LLP<br>620 South Tryon Street, Suite 800<br>Charlotte, NC 28202<br>(704) 372-9000<br>kylemusgrove@parkerpoe.com | 300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Defendant Crystal Pharmaceutical (Suzhou) Co., Ltd.* |

Dated: June 10, 2022