

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

June 14, 2022

<u>**VIA CM/ECF**</u>

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

Re:  *In re Entresto (Sacubitril/Valsartan) Patent Litigation,* **C.A. Nos. 20-md-2930-RGA, 19-1979-RGA, 19-2021-RGA, 19-2053-RGA, & 20-445-RGA**

Dear Judge Andrews,

We write jointly on behalf of Plaintiff and Defendants in the above-referenced cases to clarify certain matters mentioned in the Court's June 3, 2022 oral order, 20-md-2930, D.I. 611.

### **The '659 and '331 Patents**

- U.S. Patent No. 8,101,659 (the **'659 patent**) was granted a patent term extension and FDA pediatric exclusivity. Pursuant to the patent term extension, the '659 patent expires on January 15, 2025. The pediatric exclusivity for the '659 patent expires on July 15, 2025. (Pediatric exclusivity will block FDA approval of any ANDA for an additional six months beyond the expiration of the patent.)

- U.S. Patent No. 8,796,331 (the **'331 patent**) was granted pediatric exclusivity. The '331 patent expires on January 14, 2023. The pediatric exclusivity for the '331 patent expires on **July 14, 2023**.

- Novartis is asserting claims of the '659 and '331 patents against the following Defendant groups: Alkem, Aurobindo, Biocon, Crystal Pharma, Dr. Reddy's Laboratories, Hetero, Laurus, Macleods ('659 patent only), MSN, Mylan, Teva, Torrent and Zydus.[1]

---

[1] Novartis also asserted claims of the '659 and '331 patents against Alembic and Novugen, but the '659 and '331 patent cases against those Defendant groups have been stayed by stipulation. C.A. No. 20-2930-RGA, D.I. Nos. 431, 522.

ME1 41079742v.1

**The '938 and '134 Patents**

- U.S. Patent No. 8,877,938 (the **'938 patent**) was granted a patent term adjustment and FDA pediatric exclusivity. Pursuant to the patent term adjustment, the '938 patent expires on May 27, 2027. The pediatric exclusivity for the '938 patent expires on **November 27, 2027**.

- U.S. Patent No. 9,388,134 (the **'134 patent**) was granted pediatric exclusivity. The '134 patent expires on November 8, 2026. The pediatric exclusivity for the '134 patent expires on **May 8, 2027**.

- Novartis is asserting claims of the '938 and '134 patents against five Defendant groups: Crystal Pharma, Dr. Reddy's Laboratories ('938 patent only), Mylan, Teva and Zydus.

**Summary**

The parties understand that Your Honor has suggested that trial proceed in September 2022 on the '938 and '134 patents but not the '659 and '331 patents. The parties address Your Honor's understanding of the expiration of the '659 patent and respectfully suggest that a Fall 2022 trial also address the '659 and '331 patents. As Your Honor recognized, a regulatory stay prevents final approval of any ANDA until July 7, 2023.[2] Accounting for patent-term extension granted to the '659 patent and patent-term adjustment granted to the '938 patent, the four patents-in-suit expire on the following days, with the rightmost column labeled "PED" reflecting pediatric exclusivity:

| Patent | Expiration | PED |
|---|---|---|
| '659 | 1/15/2025 | 7/15/2025 |
| '331 | 1/14/2023 | 7/14/2023 |
| '938 | 5/27/2027 | 11/27/2027 |
| '134 | 11/08/2026 | 5/08/2027 |

**Statutory Stay Date**

- The expiration of the statutory stay, pursuant to 21 U.S.C. § 355(j)(5)(F)(ii) and 21 U.S.C. § 355a(b)(1)(A)(i)(I), is **July 7, 2023**.

In view of the information above, the parties believe that the '659 and '331 patents should be tried together with the '938 and '134 patents.

---

[2] This FDA Regulatory Exclusivity Period is determined as follows: 7.5 years pursuant to 21 U.S.C. 355(j)(5)(F)(ii) and an additional six (6) months pursuant to 21 U.S.C. 355a(b)(1)(A)(i)(I) for the total of 8 years after the approval date of Novartis' NDA 207620 on July 7, 2015.

ME1 41079742v.1

June 14, 2022<br>
Page 2

The parties respectfully request that the Court conduct a three-day validity trial on all four (4) patents followed by infringement trials, as the Court proposed at the April 21, 2022 status conference.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)

ME1 41079742v.1