

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

June 22, 2022

**<u>VIA CM/ECF</u>**

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

Re:     ***In re Entresto (Sacubitril/Valsartan) Patent Litigation,*** **C.A. No. 20-md-2930-RGA;**

      ***Novartis Pharmaceuticals Corporation v. Dr. Reddy's Laboratories, Inc., et al.***
      **C.A. No. 19-2053-RGA**

Dear Judge Andrews,

Counsel for Novartis Pharmaceuticals Corporation ("Novartis") and Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. (collectively, "DRL") write to inform the Court that on June 15, 2022, Novartis and DRL entered into and filed a stipulation (C.A. No. 20-md-2930-RGA, D.I. 637; C.A. No. 19-2053, D.I. 287) that resolves their disputes over the infringement of the '659 and '938 patents (entered by the Court at C.A. No. 20-md-2930 D.I. 651; C.A. No. 19-2053, D.I. 296).

In view of that stipulation, Novartis and DRL no longer require a separate trial to address DRL's infringement of the '659 and '938 patents, and thus withdraw their May 11, 2022 letter (C.A. No. 20-md-2930-RGA, D.I. 575; C.A. No. 19-2053, D.I. 256) addressing the need for such an infringement trial.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)

ME1 41176197v.1