

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

Bindu A. Palapura
Partner
Attorney at Law
bpalapura@potteranderson.com
302 984-6092 Direct Phone
302 658-1192 Firm Fax

June 28, 2022

**VIA ELECTRONIC FILING**

The Honorable Richard G. Andrews
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801-3555

   Re: *In re Entresto (Sacubitril/Valsartan) Patent Litigation*, C.A. No. 20-2930-RGA,
   <u>*Novartis Pharmaceuticals Corp. v. Mylan Pharmaceuticals Inc.*</u>, C.A. No. 20-445-RGA

Dear Judge Andrews:

   I write concerning the redacted filing (D.I. 203 in 20-445-RGA, D.I. 664 in 20-2930-RGA) of Mylan's opening brief letter and accompanying exhibits filed under seal on June 10, 2022 (D.I. 187 in 20-445-RGA, D.I. 627 in 20-2930-RGA) in support of Mylan's joinder in Defendant Crystal Pharmaceutical (Suzhou) Co., Ltd.'s Motion to Strike the Expert Reports of Robin D. Rogers, Ph.D ("Joinder Letter").

   Mylan seeks to redact Exhibits 2 and 3 of the Joinder Letter in their entirety.  Consistent with the Court's practice, attached is the declaration of Preston Imperatore, Patent Litigation Counsel at Mylan Inc., explaining Mylan's reasons for requesting the redactions. Plaintiff does not oppose these redactions.

   Counsel remain available at the Court's convenience should Your Honor have any questions.

       Respectfully,

       */s/ Bindu A. Palapura*

       Bindu A. Palapura

BAP:sjh/10206910/12651.00055

Enclosure
cc: Counsel of Record (via electronic mail)