# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE ENTRESTO (SACUBITRIL/ VALSARTAN) PATENT LITIGATION | MDL Docket No. 20-md-2930-RGA<br><br>REDACTED - PUBLIC VERSION |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC., et, al.<br><br>Defendants. | C.A. No. 19-2053-RGA<br><br>REDACTED - PUBLIC VERSION |

**LETTER TO THE HONORABLE RICHARD G. ANDREWS FROM ADAM W. POFF REGARDING JOINING CRYSTAL'S MOTION TO STRIKE**

Dated: June 13, 2022
Redacted: June 28, 2022

OF COUNSEL:

Michael J. Gaertner
James T. Peterka
Nina Vachhani
Jacob C. Britz
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700

Zhibin Li
LOCKE LORD LLP
Brookfield Place, 200 Vesey Street
New York, New York 10281
646-217-7897

YOUNG CONAWAY STARGATT
& TAYLOR. LLP
Adam W. Poff (No. 3990)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*



**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Adam W. Poff**
P 302.571.6642
F 302.576.3326
apoff@ycst.com

June 13, 2022

The Honorable Richard G. Andrews                REDACTED - PUBLIC VERSION
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801-3555

    Re:    In re: Entresto (Sacubitril/Valsartan) Patent Litigation
            C.A. No. 20-md-2930-RGA
            Novartis Pharmaceuticals Corp. v. Dr. Reddy's Laboratories, Inc., et al.
            C.A. No. 19-2053-RGA

Dear Judge Andrews:

       This firm, together with Locke Lord LLP, represents Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited (collectively, "Zydus"). Pursuant to Fed. R. Civ. P. 26 and 37, Zydus joins Defendant Crystal Pharmaceutical (Suzhou) Co., Ltd.'s ("Crystal") Motion to Strike the Reply and Sur-Sur-Reply Expert Reports of Robin D. Rogers, Ph.D. ("Crystal's Motion to Strike"), and to preclude Novartis from relying on Dr. Rogers's opinions in this case (D.I. 622-624), which Mylan Pharmaceuticals, Inc. ("Mylan") has also joined (D.I. 627). Zydus is similarly situated with Crystal and Mylan and suffers the same prejudice detailed in Crystal's motion. Accordingly, Zydus seeks the same relief requested in Crystal's Motion to Strike.

       [REDACTED] Zydus also served a joint noninfringement expert report with Crystal and Mylan, relying in part on [REDACTED] During fact discovery, Zydus produced all information within its possession, custody, and control pertaining to [REDACTED]

       Similar to Crystal and Mylan, Novartis's Initial Infringement Contentions to Zydus alleged that Zydus's ANDA products infringed U.S. Patent Nos. 8,877,938 and 9,388,134 because the products include the claimed *hemi*pentahydrate, but only cited to documents from Zydus's ANDA, [REDACTED]
When Novartis supplemented its contentions ten months later it stated: "Even though Zydus's

The Honorable Richard G. Andrews
June 13, 2022
Page 2

ANDA states that the drug substance in Zydus's ANDA Products ▮▮▮▮ Novartis's preliminary expert testing by ▮▮▮▮ Novartis, however, did not produce any of that "preliminary expert testing." Novartis then supplemented its contentions again, on September 17, 2021 (Ex. 4), but did not include any additional data or information in support of its allegation that Zydus's ANDA products contain the claimed hemipentahydrate. Thus, by the end of fact discovery, Novartis's infringement allegations relied solely on the unproduced ▮▮▮▮.

In its noninfringement contentions, Zydus relied on its ANDA documents and data therein, explaining that its ANDA products would not infringe ▮▮▮▮ Zydus served its initial contentions on November 19, 2020, and supplemented on January 5, 2021 and October 20, 2021. Like Crystal and Mylan, Zydus also addressed Novartis's failure to provide its ▮▮▮▮

Novartis's sole opening expert report on infringement of the "hemipentahydrate" claim limitations in the '938 and '134 patents, from Dr. Adam Matzger, ▮▮▮▮ Zydus served a joint responsive expert report with Crystal and Mylan, which reiterated Zydus's position that ▮▮▮▮, as indicated in Zydus's ANDA ▮▮▮▮. Then, on April 7, 2022, Novartis served its reply expert reports, including from Dr. Rogers, containing new grounds of infringement. The parties met and conferred, but Novartis refused to withdraw Dr. Rogers's report. As detailed in Crystal's letter, Zydus, Crystal, and Mylan attempted to mitigate their prejudice by submitting a sur-reply report from their noninfringement expert to respond to the new material. Novartis then alleged that the sur-reply report contained new opinions and served a sur-sur-reply report from Dr. Rogers regarding the Single Crystal Report.

As Zydus is similarly situated with Crystal and Mylan, the prejudice to Zydus is the same as described in Crystal's Motion to Strike. Accordingly, Zydus joins Crystal's Motion to Strike.

Respectfully,

/s/ Adam W. Poff

Adam W. Poff (No. 3990)

Enclosures
cc: All Counsel of Record by email

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ENTRESTO (SACUBITRIL/VALSARTAN) PATENT LITIGATION | MDL Docket No. 20-md-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC., et, al.<br><br>Defendants. | C.A. No. 19-2053-RGA |

**ZYDUS PHARMACEUTICALS (USA) INC. AND ZYDUS LIFESCIENCES LIMITED'S
RULE 7.1.1 STATEMENT**

Pursuant to District of Delaware Local Rule 7.1.1, Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited ("Zydus") hereby certify that they have engaged in reasonable efforts, including by electronic and telephonic means, to reach agreement with plaintiff on the matters set forth in Defendant Crystal Pharmaceutical (Suzhou) Co., Ltd.'s Motion to Strike the Expert Reports of Robin D. Rogers, Ph.D. (D.I. 622-624) which Zydus has joined. The parties were unable to reach agreement.

- 2 -

Dated:  June 13, 2022

| | |
|---|---|
| OF COUNSEL: | YOUNG CONAWAY STARGATT & TAYLOR. LLP |
| Michael J. Gaertner<br>James T. Peterka<br>Nina Vachhani<br>Jacob C. Britz<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>(312) 443-0700<br><br>Zhibin Li<br>LOCKE LORD LLP<br>Brookfield Place<br>200 Vesey Street<br>New York, New York 10281<br>646-217-7897 | */s/ Adam W. Poff*<br>Adam W. Poff (No. 3990)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br><br>*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited* |