# EXHIBIT 1





# Single Crystal Structure Report of Sacubitril

# Valsartan



**HIGHLY CONFIDENTIAL –**
**ATTORNEYS' EYES ONLY**

**HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY**

**ZYDSACVAL0111913**

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

ZYDSACVAL0111914



HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

ZYDSACVAL0111915



HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY**



HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

ZYDSACVAL0111918



HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

ZYDSACVAL0111920

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

ZYDSACVAL0111921



HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

ZYDSACVAL0111922

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

ZYDSACVAL0111923

**HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY**

**ZYDSACVAL0111924**

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

ZYDSACVAL0111925



HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

ZYDSACVAL0111926

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

ZYDSACVAL0111927



HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

ZYDSACVAL0111928



**HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY**

**ZYDSACVAL0111929**

# EXHIBIT 2



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-LPS<br>**HIGHLY CONFIDENTIAL –**<br>**ATTORNEYS' EYES ONLY** |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, NOVUGEN PHARMA (MALAYSIA) SDN. BHD., ZYDUS PHARMACEUTICALS (USA) INC., CADILA HEALTHCARE LTD.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-2053-LPS<br>**HIGHLY CONFIDENTIAL –**<br>**ATTORNEYS' EYES ONLY** |

**PLAINTIFF'S INITIAL INFRINGEMENT CHART AGAINST ZYDUS**
**PHARMACEUTICALS (USA) INC. & CADILA HEALTHCARE LIMITED**

Pursuant to the Default Standard for Discovery, Including Discovery of Electronically

Stored Information ("ESI") Rule 4(c), and the Scheduling Order in this case (D.I. 102), Plaintiff

Novartis Pharmaceuticals Corporation ("Novartis") hereby provides Zydus Pharmaceuticals

(USA) Inc. and Cadila Healthcare Limited (collectively, "Zydus") with the following initial

claim chart relating Zydus's sacubitril/valsartan tablets, 24/26 mg, 49/51 mg, 97/103 mg dosage

1

strengths, described in ANDA No. 213719 ("Zydus's ANDA Products") to the asserted claims of

United States Patent Nos. 8,101,659 ("the '659 patent"), 8,796,331 ("the '331 patent"),

8,877,938 ("the '938 patent"), and 9,388,134 ("the '134 patent").

Novartis reserves the right to amend these infringement contentions as the case develops

and as Novartis reviews Zydus's ANDA and related materials, including with its experts, and

based on the Court's claim construction decision.  Further, Novartis's division of the claims

below is for purposes of convenience only, and does not reflect Novartis's position with respect

to how the claims should be divided for the purposes of claim construction, or which aspects of

the claims should be construed.  On information and belief, each claim below has been or will be

infringed literally or under the doctrine of equivalents.

| United States Patent No. 8,101,659 | | |
|---|---|---|
| **Claim** | **Basis for Infringement** | **Section** |
| 1. A pharmaceutical composition comprising: | Zydus's ANDA Products are pharmaceutical compositions. *See e.g.*, ZYDSACVAL0000402 at 406-09; ZYDSACVAL0030623 at 627-29, 636-37; ZYDSACVAL0031095 at 102-05. | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |
| (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof; | Zydus's ANDA Products comprise the AT 1-antagonist valsartan or a pharmaceutically accept salt thereof. *See e.g.*, ZYDSACVAL0000340 at 341-42, 357; ZYDSACVAL0000402 at 406-07; ZYDSACVAL0001068 at 1068; ZYDSACVAL0001243 at 244; ZYDSACVAL0030623 at 636; ZYDSACVAL31095 at 102-03. | |
| (ii) the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester or (2R,4S)-5-biphenyl-4-yl-4(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or a pharmaceutically acceptable salt thereof; and | Zydus's ANDA Products comprise the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester, referred to as sacubitril, or a pharmaceutically acceptable salt thereof. *See e.g.*, ZYDSACVAL0000340 at 341-42, 357; ZYDSACVAL0000402 at 406-07; ZYDSACVAL0001068 at 1068; ZYDSACVAL0001243 at 244; ZYDSACVAL0030623 at 636; ZYDSACVAL31095 at 102-03. | |
| (iii) a pharmaceutically acceptable carrier; | Zydus's ANDA Products comprise a pharmaceutically acceptable carrier. *See e.g.*, ZYDSACVAL0000402 at 406-09; ZYDSACVAL0030623 at 627-28, 636; ZYDSACVAL0031095 at 102-05. | |
| wherein said (i) AT 1-antagonist valsartan or pharmaceutically acceptable salt thereof and said (ii) NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester or | Zydus's ANDA Products comprise (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof for administration in combination. *See e.g.*, ZYDSACVAL0000340 at 341-42, 357; ZYDSACVAL0000402 at 406-07, 428; ZYDSACVAL0001068 at 1068; ZYDSACVAL0001243 at 244; ZYDSACVAL0030623 at 624, 627-28, 636; ZYDSACVAL31095 at 102-03. | |

| | | |
|---|---|---|
| (2R,4S)-5-biphenyl-4-yl-4(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or pharmaceutically acceptable salt thereof, are administered in combination | | |
| in about a 1:1 ratio. | The combination of the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in Zydus's ANDA Products is in about a 1:1 ratio.  *See e.g.*, ZYDSACVAL0000340 at 341, 357; ZYDSACVAL0000402 at 406-07; ZYDSACVAL0001243 at 244; ZYDSACVAL0030623 at 628, 636, 646; ZYDSACVAL31095 at 102-03. | |
| 2. The pharmaceutical composition of claim 1, | *See* above response to claim 1. | § 271 (a), (e)(2)(A) |
| wherein said (i) AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and said (ii) NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester or (2R,4S)-5-biphenyl-4-yl-4(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or pharmaceutically acceptable salt thereof are administered | Zydus's ANDA Products comprise (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester, referred to as sacubitril, or a pharmaceutically acceptable salt thereof for administration.  *See e.g.*, ZYDSACVAL0000340 at 341-42, 357; ZYDSACVAL0000402 at 406-07; ZYDSACVAL0001068 at 1068; ZYDSACVAL0001243 at 244; ZYDSACVAL0030623 at 627-28, 636, 646; ZYDSACVAL31095 at 102-03. | (literal and/or DOE) |
| in amounts effective to treat hypertension or heart failure. | Zydus's ANDA Products comprise the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in amounts effective to treat heart | |

| | failure. *See e.g.*, ZYDSACVAL0000402 at 413-14, 428; ZYDSACVAL0030623 at 627-29, 636-46. | |
|---|---|---|
| 3. The pharmaceutical composition of claim 1 | *See* above response to claim 1. | § 271 (a), (e)(2)(A) |
| wherein (ii) said NEP inhibitor is N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester. | Zydus's ANDA Products comprise the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester, referred to as sacubitril, or a pharmaceutically acceptable salt thereof. *See e.g.*, ZYDSACVAL0000340 at 341-42, 357; ZYDSACVAL0000402 at 406; ZYDSACVAL0001068 at 1068; ZYDSACVAL0001243 at 244; ZYDSACVAL0030623 at 636; ZYDSACVAL31095 at 102-03. | (literal and/or DOE) |
| 4. The pharmaceutical composition of claim 3 | *See* above response to claim 3. | § 271 (a), (e)(2)(A) |
| in the form of a capsule or tablet. | Zydus's ANDA Products are in the form of a tablet. *See e.g.*, ZYDSACVAL0000402 at 406-07, 428; ZYDSACVAL0030623 at 627-28, 636, 646, 648-50; ZYDSACVAL0031095 at 1096-101. | (literal and/or DOE) |

| United States Patent No. 8,796,331 | | |
|---|---|---|
| **Claim** | **Basis for Infringement** | **Section** |
| 1. A method for the treatment of a condition or disease selected from the group consisting of hypertension and heart failure, comprising | ████████████████████████████████████████████████████ | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |
| administering to a patient in need thereof | Zydus's ANDA Products, if approved, will be administered to patients in need thereof. *See e.g.*, ZYDSACVAL0030623 at 627-28, 646, 648-50. | |
| a therapeutically effective amount of the combination of: (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof; (ii) the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester or a pharmaceutically acceptable salt thereof, or (2R,4S)-5-biphenyl-4-yl-4(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or a pharmaceutically acceptable salt thereof; and wherein said components (i) and (ii) are administered | Zydus's ANDA Products will comprise the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester, referred to as sacubitril, or a pharmaceutically acceptable salt thereof, which will be administered in a therapeutically effective amount. *See e.g.*, ZYDSACVAL0000340 at 341-42, 357; ZYDSACVAL0000402 at 406-07, 413-14, 428; ZYDSACVAL0001068 at 1068; ZYDSACVAL0001243 at 244; ZYDSACVAL0030623 at 624, 627-28, 636-46, 648-50; ZYDSACVAL31095 at 102-03. | |
| in one unit dose form or in two separate unit dose forms. | Zydus's ANDA Products will comprise (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP sacubitril or a pharmaceutically acceptable salt thereof in one unit dose form. *See e.g.*, | |

ZYDSACVAL0000402 at 406-07; ZYDSACVAL0030623 at 627-29, 636-37, 646, 648-50; ZYDSACVAL0031095 at 1096-101.

Upon approval, Zydus will knowingly induce infringement with knowledge of the '331 patent because its proposed package insert directs the administration of a combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in a method for the treatment of heart failure comprising administering to a patient in need thereof a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof, wherein said components (i) and (ii) are administered in one unit dose form. *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof according to the method of claim 1. *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in said method by their respective patients. In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer said combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof and receive the benefit of administration in said method. *See e.g.*, ZYDSACVAL0030623 at 646,

| | 648-50. | |
|---|---|---|
| | Patients will also implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof according to said method. *See e.g.*, ZYDSACVAL0030623 at 648-50.<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 2. The method of claim 1 wherein components (i) and (ii) are administered<br><br>in one unit dose form. | *See* above response to claim 1.<br><br><br>Zydus's ANDA Products, if approved, will be indicated for and used in a method for the treatment of heart failure wherein the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof are administered in one unit dose form. *See e.g.*, ZYDSACVAL0000402 at 406-07; ZYDSACVAL0030623 at 627-29, 636-37, 646, 648-50; ZYDSACVAL0031095 at 1096-101.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '331 patent because its proposed package insert directs the administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in a method for the treatment of heart failure comprising administering to a patient in need thereof a | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |

therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof wherein said components (i) and (ii) are administered in one unit dose form. *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof according to the method of claim 2. *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50.  Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer said combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof according to said method. *See e.g.*, ZYDSACVAL0030623 at 648-50.

If approved, Zydus will sell within, offer to sell within, and/or import into

9

| | | |
|---|---|---|
| | the United States its ANDA Products, with the knowledge that its ANDA Products are made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 5. The method of claim 1 wherein the condition or disease is<br><br>heart failure. | *See* above response to claim 1.<br><br>██████████████████████<br>█████████████████████<br>████████████████████████<br>██████████████████████████<br>████████████<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '331 patent because its proposed package insert directs the administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in a method for the treatment of heart failure. *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.<br><br>Physicians will implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof for the treatment of heart failure according to the method of claim 5. *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50.  Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of the combination of (i) the AT 1-antagonist valsartan or a | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |

| | | |
|---|---|---|
| | pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer said combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.  <br><br> Patients will also implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.  If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 6. The method of claim 2, wherein the one unit dosage form is <br><br> for oral administration. | *See* above response to claim 2.  <br><br> Zydus's ANDA Products are indicated for oral administration.  *See e.g.*, ZYDSACVAL0000402 at 428; ZYDSACVAL0030623 at 627-28, 636, 646, 648-50; ZYDSACVAL0031095 at 110.  <br><br> Upon approval, Zydus will knowingly induce infringement with knowledge of the '331 patent because its proposed package insert directs the administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in a method for the treatment | § 271 (a), (b), (c), (e)(2)(A) <br><br> (literal and/or DOE) |

of heart failure comprising administering to a patient in need thereof a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in one unit dosage form for oral administration.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in one unit dosage form for oral administration according to the method of claim 6.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50.  Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer said combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.

| | If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
|---|---|---|
| 7. The method of claim 2, wherein the one unit dosage form is<br><br>a tablet or capsule. | *See* above response to claim 2.<br><br>Zydus's ANDA Products are in the form of a tablet.  *See e.g.*, ZYDSACVAL0000402 at 406-07, 428; ZYDSACVAL0030623 at 627-28, 636, 646, 648-50; ZYDSACVAL0031095 at 1096-101.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '331 patent because its proposed package insert directs the administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in a method for the treatment of heart failure, the method comprising administering to a patient in need thereof a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in one unit dosage form as a tablet.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.<br><br>Physicians will implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in one unit dosage form as a tablet according to the method of claim 7.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50.  Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |

13

<table>
<tr>
<td></td>
<td>administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer said combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.

If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use.</td>
<td></td>
</tr>
<tr>
<td>8. The method of claim 7, wherein the tablet is

a coated tablet.</td>
<td>*See* above response to claim 7.

Zydus's ANDA Products are in the form of a coated tablet.  *See e.g.*, ZYDSACVAL0000402 at 406-07; ZYDSACVAL0030623 at 627-29, 636, 646, 648-50; ZYDSACVAL0031095 at 1096-99.

Upon approval, Zydus will knowingly induce infringement with knowledge of the '331 patent because its proposed package insert directs the administration of the combination of (i) the AT 1-antagonist valsartan or a</td>
<td>§ 271 (a), (b), (c), (e)(2)(A)

(literal and/or DOE)</td>
</tr>
</table>

pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in a method for the treatment of heart failure, the method comprising administering to a patient in need thereof a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in one unit dosage form as a coated tablet.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in one unit dosage form as a coated tablet according to the method of claim 8.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50.  Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer said combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a

|  | pharmaceutically acceptable salt thereof according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. |  |

| United States Patent No. 8,877,938 | | |
|---|---|---|
| **Claim** | **Basis for Infringement** | **Section** |
| 1. Trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate | On information and belief, Zydus's ANDA Products comprise trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyepropionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate.  *See e.g.*, ZYDSACVAL0000402 at 406-07; ZYDSACVAL0001085 at 184; ZYDSACVAL0031095 at 102-03.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | § 271 (a), (e)(2)(A)  (literal) |
| in crystalline form. | The trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products is in crystalline form.  *See e.g.*, ZYDSACVAL0001085 at 184. | |
| 2. The compound of claim 1 having | *See* above response to claim 1. | § 271 (a), (e)(2)(A)  (literal and/or DOE) |
| the sum formula $C_{48}H_{55}N_6O_8Na_3 \cdot$ 2.5 $H_2O$ and | On information and belief, the compound of claim 1 in Zydus's ANDA Products has the sum formula $C_{48}H_{55}N_6O_8Na_3 \cdot$ 2.5 $H_2O$.  *See e.g.*, ZYDSACVAL0001085 at 184.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| being in the form of an asymmetric unit comprising | On information and belief, the compound of claim 1 in Zydus's ANDA Products is in the form of an asymmetric unit.  Novartis will supplement | |

| | this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
|---|---|---|
| six $C_{48}H_{55}N_6O_8Na_3$ • 2.5 $H_2O$ formula units. | On information and belief, the compound of claim 1 in Zydus's ANDA Products is in the form of an asymmetric unit comprising six $C_{48}H_{55}N_6O_8Na_3$ • 2.5 $H_2O$ formula units.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| 3. The compound of claim 1 characterized by<br><br>an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers $(cm^{-1})(\pm2\ cm^{-1})$: 1711 (st), 1637 (st), 1597 (st) and 1401 (st). | *See* above response to claim 1.<br><br>On information and belief, the compound of claim 1 in Zydus's ANDA Products exhibits an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers $(cm^{-1})(\pm2\ cm^{-1})$: 1711 (st), 1637 (st), 1597 (st) and 1401 (st).  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |
| 4. The compound of claim 3 characterized by<br><br>an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the | *See* above response to claim 3.<br><br>On information and belief, the compound of claim 3 in Zydus's ANDA Products exhibits an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |

| | | |
|---|---|---|
| following absorption bands expressed in reciprocal wave numbers $(cm^{-1})(\pm 2\ cm^{-1})$: 2956 (w), 1711 (st), 1637 (st), 1597 (st), 1488 (w), 1459 (m), 1401 (st), 1357 (w), 1295 (m), 1266 (m), 1176 (w), 1085 (m), 1010 (w), 942 (w), 907 (w), 862 (w), 763 (st), 742 (m), 698 (m), 533 (st). | expressed in reciprocal wave numbers $(cm^{-1})(\pm 2\ cm^{-1})$: 2956 (w), 1711 (st), 1637 (st), 1597 (st), 1488 (w), 1459 (m), 1401 (st), 1357 (w), 1295 (m), 1266 (m), 1176 (w), 1085 (m), 1010 (w), 942 (w), 907 (w), 862 (w), 763 (st), 742 (m), 698 (m), 533 (st).  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| 5. The compound of claim 1 characterized by<br><br>an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: d in [Å] $(\pm 0.1\ Å)$: 21.2(s), 17.0(w), 7.1(s), 5.2(w), 4.7(w), 4.6(w), 4.2(w), 3.5(w), 3.3(w). | *See* above response to claim 1.<br><br>On information and belief, the compound of claim 1 in Zydus's ANDA Products exhibits an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: d in [Å] $(\pm 0.1\ Å)$: 21.2(s), 17.0(w), 7.1(s), 5.2(w), 4.7(w), 4.6(w), 4.2(w), 3.5(w), 3.3(w).  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |
| 6. The compound of claim 1 characterized by<br><br>an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: 2θ in [°] 4.5, 5.5, 5.6, 9.9, 12.8, 15.7, 17.0, 17.1, 17.2, 18.3, | *See* above response to claim 1.<br><br>On information and belief, the compound of claim 1 in Zydus's ANDA Products exhibits an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: 2θ in [°] 4.5, 5.5, 5.6, 9.9, 12.8, 15.7, 17.0, 17.1, 17.2, 18.3, 18.5, 19.8, 21.5, 21.7, 23.2, 23.3, 24.9, 25.3, 27.4, 27.9, 28.0, 30.2.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |

| | | |
|---|---|---|
| 18.5, 19.8, 21.5, 21.7, 23.2, 23.3, 24.9, 25.3, 27.4, 27.9, 28.0, 30.2. | active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| 7. The compound of claim 1<br><br>in the form of a monoclinic unit cell, wherein its cell content comprises<br><br><br><br><br>twelve formula units of $C_{48}H_{55}N_6O_8Na_3 \bullet 2.5\ H_2O$. | *See* above response to claim 1.<br><br>On information and belief, the compound of claim 1 in Zydus's ANDA Products is in the form of a monoclinic unit cell.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.<br><br>On information and belief, the monoclinic unit cell of the compound of claim 1 in Zydus's ANDA Products comprises twelve formula units of $C_{48}H_{55}N_6O_8Na_3 \bullet 2.5\ H_2O$.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |
| 8. The compound of claim 7<br><br>in the form of a monoclinic unit cell, wherein the cell content of the monoclinic unit cell comprises | *See* above response to claim 7.<br><br>On information and belief, the compound of claim 7 in Zydus's ANDA Products is in the form of a monoclinic unit cell.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |

| two asymmetric units on two-fold positions. | On information and belief, the monoclinic unit cell of the compound of claim 7 in Zydus's ANDA Products comprises two asymmetric units on two-fold positions.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
|---|---|---|
| 9. The compound of claim 7 wherein the monoclinic unit cell has <br><br> a P2$_1$ space group. | *See* above response to claim 7. <br><br><br> On information and belief, the monoclinic unit cell of the compound of claim 7 in Zydus's ANDA Products has a P2$_1$ space group.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | § 271 (a), (e)(2)(A) <br><br> (literal and/or DOE) |
| 10. The compound of claim 1 characterized by <br><br> sum formula C$_{48}$H$_{55}$N$_6$O$_8$Na$_3$ • 2.5 H$_2$O | *See* above response to claim 1. <br><br><br> On information and belief, the compound of claim 1 in Zydus's ANDA Products is characterized by the sum formula C$_{48}$H$_{55}$N$_6$O$_8$Na$_3$ • 2.5 H$_2$O. *See e.g.*, ZYDSACVAL0001085 at 184.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | § 271 (a), (e)(2)(A) <br><br> (literal and/or DOE) |
| molecular mass 957.99 | On information and belief, the compound of claim 1 in Zydus's ANDA Products is characterized by a molecular mass of 957.99.  Novartis will supplement this response as Novartis reviews with its experts Zydus's | |

| | ANDA and research and development documents, the DMF for Zydus's active ingredient, and any if related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
|---|---|
| crystal colour colourless | On information and belief, the compound of claim 1 in Zydus's ANDA Products has a colourless crystal colour.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| crystal shape tabular: hexagonal | On information and belief, the compound of claim 1 in Zydus's ANDA Products has a tabular: hexagonal crystal shape.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| crystal system monoclinic | On information and belief, the compound of claim 1 in Zydus's ANDA Products has a monoclinic crystal system.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| space group $P2_1$ | On information and belief, the compound of claim 1 in Zydus's ANDA Products has a $P2_1$ space group.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |

| | | |
|---|---|---|
| Cell parameters<br>a = 20.344 Å<br>b = 42.018 Å<br>c = 20.374 Å<br>α = 90°<br>β = 119.29°<br>γ = 90° | On information and belief, the compound of claim 1 in Zydus's ANDA Products has cell parameters<br>a = 20.344 Å<br>b = 42.018 Å<br>c = 20.374 Å<br>α = 90°<br>β = 119.29°<br>γ = 90°.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| volume of unit cell 15190.03 Å$^3$ | On information and belief, the compound of claim 1 in Zydus's ANDA Products has a unit cell volume of 15190.03 Å$^3$.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| Z (the number of asymmetric units in the unit cell) 2 | On information and belief, the compound of claim 1 in Zydus's ANDA Products has two asymmetric units in the unit cell.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| calculated density 1.26845 g/cm$^3$. | On information and belief, the compound of claim 1 in Zydus's ANDA Products has a calculated density 1.26845 g/cm$^3$.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and | |

| | research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
|---|---|---|
| 11. A pharmaceutical composition comprising | Zydus's ANDA Products are pharmaceutical compositions. *See e.g.*, ZYDSACVAL0000402 at 406-09; ZYDSACVAL0030623 at 627-29, 636-37; ZYDSACVAL0031095 at 102-05. | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |
| an effective amount of the compound of claim 1 and | *See* above response to claim 1.  Zydus's ANDA Products comprise an effective amount of the compound of claim 1.  *See e.g.*, ZYDSACVAL0000402 at 413-14, 428; ZYDSACVAL0030623 at 627-29, 636-46. | |
| at least one pharmaceutically acceptable additive. | Zydus's ANDA Products comprise at least one pharmaceutically acceptable additive.  *See e.g.*, ZYDSACVAL0000402 at 406-09; ZYDSACVAL0030623 at 627-28, 636; ZYDSACVAL0031095 at 102-05. | |

| United States Patent No. 9,388,134 |||
|---|---|---|
| **Claim** | **Basis for Infringement** | **Section** |
| 1. A method for treatment of a cardiovascular condition or disease, wherein the cardiovascular condition or disease is heart failure or hypertension, | | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal) |
| in a patient in need thereof comprising | If approved, Zydus's ANDA Products will be administered to a patient in need of treatment of heart failure. *See e.g.*, ZYDSACVAL0000402 at 413-14, 428; ZYDSACVAL0030623 at 627, 637-46, 648-50. | |
| administering to the patient | Zydus's ANDA Products, if approved, will be administered to patients. *See e.g.*, ZYDSACVAL0030623 at 627-28, 636, 646, 648-50. | |
| a therapeutically effective amount of trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipenta hydrate. | On information and belief, Zydus's ANDA Products comprise a therapeutically effective amount of trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyepropionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate. *See e.g.*, ZYDSACVAL0000402 at 406-07; ZYDSACVAL0001085 at 184; ZYDSACVAL0030623 at 624, 627-28, 636-46, 648-50; ZYDSACVAL0031095 at 102-03.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of, on information and belief, trisodium[3-((1S,3R)-1- | |

biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure in a patient in need thereof comprising administering to the patient a therapeutically effective amount of trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 1.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

<table>
<tr>
<td></td>
<td>Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method. *See e.g.*, ZYDSACVAL0030623 at 648-50.<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use.</td>
<td></td>
</tr>
<tr>
<td>2. The method according to claim 1, wherein the heart failure is<br><br>chronic heart failure.</td>
<td>*See* above response to claim 1.<br><br>██████████████████████████████<br>██████████████████████████████<br>██████████████████████████████<br>██████████████████████████████<br>██████████████████████████████<br>████████████<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method</td>
<td>§ 271 (a), (b), (c), (e)(2)(A)<br><br>(literal)</td>
</tr>
</table>

for treatment of chronic heart failure.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 2.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.

| | If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
|---|---|---|
| 4. The method according to claim 1, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is administered | *See* above response to claim 1. | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal) |
| in the form of a pharmaceutical composition. | Zydus's ANDA Products are in the form of a pharmaceutical composition. *See e.g.*, ZYDSACVAL0000402 at 406-09; ZYDSACVAL0030623 at 627-29, 636-37, 646, 648-50; ZYDSACVAL0031095 at 102-05.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is administered in the form of a pharmaceutical composition. *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50. | |

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 4. *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method. *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method. *See e.g.*, ZYDSACVAL0030623 at 648-50.

| | | |
|---|---|---|
| | If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 5. The method according to claim 1, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3–ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipenta hydrate is | *See* above response to claim 1. | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal) |
| in the crystalline form. | The trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products is in crystalline form. *See e.g.*, ZYDSACVAL0001085 at 184.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is in crystalline form. *See e.g.*, | |

ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 5.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of, on information and belief, a therapeutically effective amount of trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, will, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.

| | | |
|---|---|---|
| | If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 6. The method according to claim 5, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is characterized by<br><br>an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers (cm$^{-1}$)(±2 cm$^{-1}$): 1711 (st), 1637 (st), 1597 (st) and 1401 (st). | *See* above response to claim 5.<br><br>On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products exhibits an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers (cm$^{-1}$)(±2 cm$^{-1}$): 1711 (st), 1637 (st), 1597 (st) and 1401 (st).  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1- | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |

butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is characterized by an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers (cm$^{-1}$)($\pm$2 cm$^{-1}$): 1711 (st), 1637 (st), 1597 (st) and 1401 (st). *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 6. *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients. In accordance with said direction, control and causation, said patients, will, as agents of said physicians, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method. *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

34

| | | |
|---|---|---|
| | Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method. *See e.g.*, ZYDSACVAL0030623 at 648-50.<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 7. The method according to claim 5, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is characterized by | *See* above response to claim 5. | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |
| an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers (cm$^{-1}$)(±2 cm$^{-1}$): 2956 (w), 1711 (st), 1637 (st), 1597 (st), 1488 (w), 1459 (m), 1401 (st), 1357 (w), | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products exhibits an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers (cm$^{-1}$)(±2 cm$^{-1}$): 2956 (w), 1711 (st), 1637 (st), 1597 (st), 1488 (w), 1459 (m), 1401 (st), 1357 (w), 1295 (m), 1266 (m), | |

35

| | |
|---|---|
| 1295 (m), 1266 (m), 1176 (w), 1085 (m), 1010 (w), 942(w), 907 (w), 862 (w), 763 (st), 742 (m), 698 (m), 533 (st). | 1176 (w), 1085 (m), 1010 (w), 942 (w), 907 (w), 862 (w), 763 (st), 742 (m), 698 (m), 533 (st).  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is characterized by an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers (cm$^{-1}$)($\pm 2$ cm$^{-1}$): 2956 (w), 1711 (st), 1637 (st), 1597 (st), 1488 (w), 1459 (m), 1401 (st), 1357 (w), 1295 (m), 1266 (m), 1176 (w), 1085 (m), 1010 (w), 942(w), 907 (w), 862 (w), 763 (st), 742 (m), 698 (m), 533 (st).  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.<br><br>Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 7.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed |

| | | |
|---|---|---|
| | package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.<br><br>Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 8. The method according to claim 5, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1- | *See* above response to claim 5. | § 271 (a), (b), (c), (e)(2)(A) |

| | | |
|---|---|---|
| butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is characterized by | | (literal and/or DOE) |
| an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: d in [Å] (±0.1 Å): 21.2(s), 17.0(w), 7.1(s), 5.2(w), 4.7(w), 4.6(w), 4.2(w), 3.5(w), 3.3(w). | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products exhibits an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: d in [Å] (±0.1 Å): 21.2(s), 17.0(w), 7.1(s), 5.2(w), 4.7(w), 4.6(w), 4.2(w), 3.5(w), 3.3(w).  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is characterized by an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: d in [Å] (±0.1 Å): 21.2(s), 17.0(w), 7.1(s), 5.2(w), 4.7(w), 4.6(w), 4.2(w), 3.5(w), | |

3.3(w).  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 8.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, will, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.

| | If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
|---|---|---|
| 9. The method according to claim 5, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is characterized by | *See* above response to claim 5. | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |
| an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals, 2θ in [°]) (±0.2°) 4.5, 5.5, 5.6, 9.9, 12.8, 15.7, 17.0, 17.1, 17.2, 18.3, 18.5, 19.8, 21.5, 21.7, 23.2, 23.3, 24.9, 25.3, 27.4, 27.9, 28.0, 30.2. | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products exhibits an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: 2θ in [°] 4.5, 5.5, 5.6, 9.9, 12.8, 15.7, 17.0, 17.1, 17.2, 18.3, 18.5, 19.8, 21.5, 21.7, 23.2, 23.3, 24.9, 25.3, 27.4, 27.9, 28.0, 30.2.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and | |

40

belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is characterized by an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals, 2θ in [°]) (±0.2°) 4.5, 5.5, 5.6, 9.9, 12.8, 15.7, 17.0, 17.1, 17.2, 18.3, 18.5, 19.8, 21.5, 21.7, 23.2, 23.3, 24.9, 25.3, 27.4, 27.9, 28.0, 30.2. *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 9. *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients. In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of

|  |  |  |
|---|---|---|
|  | administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.<br><br>Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. |  |
| 10. The method according to claim 5, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate is | *See* above response to claim 5. | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |
| in the form of a monoclinic unit cell, wherein its cell content comprises | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products is in the form of a monoclinic unit cell.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research |  |

| | | |
|---|---|---|
| | and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| twelve formula units of $C_{48}H_{55}N_6O_8Na_3 \cdot 2.5 \ H_2O$. | On information and belief, the monoclinic unit cell of the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products comprises twelve formula units of $C_{48}H_{55}N_6O_8Na_3 \cdot 2.5$ $H_2O$.  Novartis will supplement reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.

Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is in the form of a monoclinic unit cell, wherein its cell content comprises twelve formula units of $C_{48}H_{55}N_6O_8Na_3 \cdot 2.5 \ H_2O$.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'- | |

ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 10. *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients. In accordance with said direction, control and causation, said patients, will, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method. *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method. *See e.g.*, ZYDSACVAL0030623 at 648-50.

If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use.

| | | |
|---|---|---|
| 11. The method according to claim 10, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is | *See* above response to claim 10. | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |
| in the form of a monoclinic unit cell, wherein the cell content of the monoclinic unit cell comprises | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products is in the form of a monoclinic unit cell.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| two asymmetric units on two-fold positions. | On information and belief, the monoclinic unit cell of the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products comprises two asymmetric units on two-fold positions. Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the | |

administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is in the form of a monoclinic unit cell, wherein the cell content of the monoclinic unit cell comprises two asymmetric units on two-fold positions.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 11.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of

<table>
<tr>
<td></td>
<td>administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.<br><br>Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use.</td>
<td></td>
</tr>
<tr>
<td>12. The method according to claim 10, wherein the monoclinic unit cell has<br><br>a P2$_1$ space group.</td>
<td>*See* above response to claim 10.<br><br><br>On information and belief, the monoclinic unit cell of the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has a P2$_1$ space group.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the</td>
<td>§ 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE)</td>
</tr>
</table>

administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is in the form of a monoclinic unit cell with a $P2_1$ space group.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 12.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50.  Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

| | Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method. *See e.g.*, ZYDSACVAL0030623 at 648-50<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 13. The method according to claim 5, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate is characterized by<br><br>sum formula $C_{48}H_{55}N_6O_8Na_3 \cdot 2.5$ $H_2O$ | *See* above response to claim 5.<br><br><br><br><br><br><br><br>On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products is characterized by the sum formula $C_{48}H_{55}N_6O_8Na_3 \cdot 2.5$ $H_2O$. *See e.g.*, ZYDSACVAL0001085 at 184.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |

|  | related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
|---|---|
| molecular mass 957.99 | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products is characterized by a molecular mass of 957.99.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| crystal colour colourless | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has a colourless crystal colour.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| crystal shape tabular: hexagonal | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has a tabular: hexagonal crystal shape.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |

| | |
|---|---|
| crystal system monoclinic | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has a monoclinic crystal system.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| space group $P2_1$ | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has a $P2_1$ space group.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| Cell parameters<br>a=20.344 Å<br>b=42.018 Å<br>c=20.374 Å<br>α=90 0<br>β=119.29<br>γ=90 o | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has cell parameters<br>a = 20.344 Å<br>b = 42.018 Å<br>c = 20.374 Å<br>α = 90°<br>β = 119.29°<br>γ = 90°.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, |

| | | |
|---|---|---|
| | and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| volume of unit cell 15190.03 Å3 | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has a unit cell volume of 15190.03 Å$^3$.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| Z (the number of asymmetric units in the unit cell) 2 | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has two asymmetric units in the unit cell.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| calculated density 1.26845 g/cm3. | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has a calculated density 1.26845 g/cm$^3$.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |

Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is characterized by:

sum formula $C_{48}H_{55}N_6O_8Na_3 \cdot 2.5\ H_2O$

molecular mass 957.99

crystal colour colourless

crystal shape tabular: hexagonal

crystal system monoclinic

space group $P2_1$

Cell parameters

a=20.344 Å

b=42.018 Å

c=20.374 Å

$\alpha$=90°

$\beta$=119.29°

$\gamma$=90°

volume of unit cell 15190.03 $Å^3$

Z (the number of asymmetric units in the unit cell) 2

calculated density 1.26845 g/cm$^3$. *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of

| | | |
|---|---|---|
| | claim 13.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.<br><br>Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 14. The method according to claim 5, wherein the compound | *See* above response to claim 5. | § 271 (a), (b), (c), (e)(2)(A) |

| | | |
|---|---|---|
| trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate has | | (literal and/or DOE) |
| the sum formula $C_{48}H_{55}N_6O_8Na_3$ • 2.5 $H_2O$ and is | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has the sum formula $C_{48}H_{55}N_6O_8Na_3$ • 2.5 $H_2O$. *See e.g.*, ZYDSACVAL0001085 at 184.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for its active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| in the form of an asymmetric unit comprising | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products is in the form of an asymmetric unit.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| six $C_{48}H_{55}N_6O_8Na_3$ • 2.5 $H_2O$ formula units. | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products is | |

in the form of an asymmetric unit comprising six $C_{48}H_{55}N_6O_8Na_3 \cdot 2.5\ H_2O$ formula units.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.

Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate has the sum formula $C_{48}H_{55}N_6O_8Na_3 \cdot 2.5\ H_2O$ and is in the form of an asymmetric unit comprising six $C_{48}H_{55}N_6O_8Na_3 \cdot 2.5\ H_2O$ formula units.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 14.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-

| | | |
|---|---|---|
| | ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.<br><br>Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 15. The method according to claim 5, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′- | *See* above response to claim 5. | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |

| | | |
|---|---|---|
| ylmethyl}amino)butyrate]hemipenta hydrate is characterized by<br><br>an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals, 2e in [°]) (±0.2°) 4.5, 5.6, 12.8, 17.0, 17.2, 19.8, 21.5, 27.4. | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products exhibits an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: 2θ in [°] (±0.2°) 4.5, 5.6, 12.8, 17.0, 17.2, 19.8, 21.5, 27.4.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is characterized by an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals, 2θ in [°]) (±0.2°) 4.5, 5.6, 12.8, 17.0, 17.2, 19.8, 21.5, 27.4.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50. | |

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-(1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 15.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.

If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA

| | Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |

VENABLE LLP

Dated: October 20, 2020_____          /s/ Jared L. Stringham_____
                                       Jared L. Stringham
                                       Gregory J. Manas
                                       1290 Avenue of the Americas
                                       New York, New York 10104
                                       (212) 218-2100
                                       jlstringham@venable.com
                                       gjmanas@venable.com

                                       Daniel M. Silver (#4758)
                                       Alexandra M. Joyce (#6423)
                                       MCCARTER & ENGLISH, LLP
                                       Renaissance Centre
                                       405 N. King Street, 8th Floor
                                       Wilmington, Delaware 19801
                                       (302) 984-6300
                                       dsilver@mccarter.com
                                       ajoyce@mccarter.com

                                       *Attorneys for Plaintiff Novartis*
                                       *Pharmaceuticals Corporation*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true copy of Plaintiff's Initial Infringement Chart

Against Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Ltd. were caused to be served

by email this 20th day of October 2020, upon the following:

> Adam Wyatt Poff
> Beth A. Swadley
> YOUNG, CONAWAY, STARGATT & TAYLOR LLP
> Rodney Square
> 1000 North King Street
> Wilmington, DE 19801
> (302) 571-6600
> apoff@ycst.com
> bswadley@ycst.com
>
> Of Counsel:
>
> Michael J. Gaertner
> James T. Peterka
> Nina Vachhani
> LOCKE LORD LLP
> 111 South Wacker Drive
> Chicago, IL 60606
> (312) 443-0700
> mgaertner@lockelord.com
> jpeterka@lockelord.com
> nvachhani@lockelord.com
>
> Zhibin Li
> LOCKE LORD LLP
> Brookfield Place, 200 Vesey Street
> New York, NY 10281
> (646) 217-7897
> zhibin.li@lockelord.com
>
> *Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Ltd.*

<div style="text-align:right">

/s/ Jared L. Stringham_____
Jared L. Stringham

</div>

# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-LPS **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |
| NOVARTIS PHARMACEUTICALS CORPORATION,  Plaintiff,  v.  DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, NOVUGEN PHARMA (MALAYSIA) SDN. BHD., ZYDUS PHARMACEUTICALS (USA) INC., CADILA HEALTHCARE LTD.,  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-2053-LPS **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

**PLAINTIFF'S FIRST SUPPLEMENTAL INFRINGEMENT CONTENTIONS AGAINST**
**ZYDUS PHARMACEUTICALS (USA) INC. & CADILA HEALTHCARE LIMITED**

Pursuant to the Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI") Rule 4(c), and the Scheduling Order in this case (D.I. 102), Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") hereby provides Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited (collectively, "Zydus") with its First Supplemental Infringement Contentions Against Zydus relating Zydus's sacubitril/valsartan tablets, 24/26 mg,

1

49/51 mg, 97/103 mg dosage strengths, described in ANDA No. 213719 ("Zydus's ANDA Products") to the asserted claims of United States Patent Nos. 8,101,659 ("the '659 patent"), 8,796,331 ("the '331 patent"), 8,877,938 ("the '938 patent"), and 9,388,134 ("the '134 patent").

Novartis reserves the right to amend or supplement these infringement contentions as the case develops and as Novartis reviews Zydus's ANDA and related materials, including with its experts.  Novartis further reserves the right to rely on expert testing, which will be disclosed during expert discovery according to the schedule entered by the Court.  On information and belief, each claim below has been or will be infringed literally or under the doctrine of equivalents.

**NOVARTIS'S INITIAL INFRINGEMENT CHART AGAINST ZYDUS**

| United States Patent No. 8,101,659 | | |
|---|---|---|
| **Claim** | **Basis for Infringement** | **Section** |
| 1. A pharmaceutical composition comprising: | Zydus's ANDA Products are pharmaceutical compositions. *See e.g.*, ZYDSACVAL0000402 at 406-09; ZYDSACVAL0030623 at 627-29, 636-37; ZYDSACVAL0031095 at 102-05. | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |
| (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof; | Zydus's ANDA Products comprise the AT 1-antagonist valsartan or a pharmaceutically accept salt thereof. *See e.g.*, ZYDSACVAL0000340 at 341-42, 357; ZYDSACVAL0000402 at 406-07; ZYDSACVAL0001068 at 1068; ZYDSACVAL0001243 at 244; ZYDSACVAL0030623 at 636; ZYDSACVAL31095 at 102-03. | |
| (ii) the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester or (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or a pharmaceutically acceptable salt thereof; and | Zydus's ANDA Products comprise the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester, referred to as sacubitril, or a pharmaceutically acceptable salt thereof. *See e.g.*, ZYDSACVAL0000340 at 341-42, 357; ZYDSACVAL0000402 at 406-07; ZYDSACVAL0001068 at 1068; ZYDSACVAL0001243 at 244; ZYDSACVAL0030623 at 636; ZYDSACVAL31095 at 102-03. | |
| (iii) a pharmaceutically acceptable carrier; | Zydus's ANDA Products comprise a pharmaceutically acceptable carrier. *See e.g.*, ZYDSACVAL0000402 at 406-09; ZYDSACVAL0030623 at 627-28, 636; ZYDSACVAL0031095 at 102-05. | |
| wherein said (i) AT 1-antagonist valsartan or pharmaceutically acceptable salt thereof and said (ii) NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R- | Zydus's ANDA Products comprise (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof for administration in combination. *See e.g.*, ZYDSACVAL0000340 at 341-42, 357; ZYDSACVAL0000402 at 406-07, 428; ZYDSACVAL0001068 at 1068; | |

3

| | | |
|---|---|---|
| methylbutanoic acid ethyl ester or (2R,4S)-5-biphenyl-4-yl-4(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or pharmaceutically acceptable salt thereof, are administered in combination | ZYDSACVAL0001243 at 244; ZYDSACVAL0030623 at 624, 627-28, 636; ZYDSACVAL31095 at 102-03. | |
| in about a 1:1 ratio. | The combination of the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in Zydus's ANDA Products is in about a 1:1 ratio. *See e.g.*, ZYDSACVAL0000340 at 341, 357; ZYDSACVAL0000402 at 406-07; ZYDSACVAL0001243 at 244; ZYDSACVAL0030623 at 628, 636, 646; ZYDSACVAL31095 at 102-03. | |
| 2. The pharmaceutical composition of claim 1, | *See* above response to claim 1. | § 271 (a), (e)(2)(A) |
| wherein said (i) AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and said (ii) NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester or (2R,4S)-5-biphenyl-4-yl-4(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or pharmaceutically acceptable salt thereof are administered | Zydus's ANDA Products comprise (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester, referred to as sacubitril, or a pharmaceutically acceptable salt thereof for administration. *See e.g.*, ZYDSACVAL0000340 at 341-42, 357; ZYDSACVAL0000402 at 406-07; ZYDSACVAL0001068 at 1068; ZYDSACVAL0001243 at 244; ZYDSACVAL0030623 at 627-28, 636, 646; ZYDSACVAL31095 at 102-03. | (literal and/or DOE) |
| in amounts effective to treat hypertension or heart failure. | Zydus's ANDA Products comprise the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in amounts effective to treat heart | |

| | | |
|---|---|---|
| | failure. *See e.g.*, ZYDSACVAL0000402 at 413-14, 428; ZYDSACVAL0030623 at 627-29, 636-46. | |
| 3. The pharmaceutical composition of claim 1 | *See* above response to claim 1. | § 271 (a), (e)(2)(A) |
| wherein (ii) said NEP inhibitor is N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester. | Zydus's ANDA Products comprise the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester, referred to as sacubitril, or a pharmaceutically acceptable salt thereof. *See e.g.*, ZYDSACVAL0000340 at 341-42, 357; ZYDSACVAL0000402 at 406; ZYDSACVAL0001068 at 1068; ZYDSACVAL0001243 at 244; ZYDSACVAL0030623 at 636; ZYDSACVAL31095 at 102-03. | (literal and/or DOE) |
| 4. The pharmaceutical composition of claim 3 | *See* above response to claim 3. | § 271 (a), (e)(2)(A) |
| in the form of a capsule or tablet. | Zydus's ANDA Products are in the form of a tablet. *See e.g.*, ZYDSACVAL0000402 at 406-07, 428; ZYDSACVAL0030623 at 627-28, 636, 646, 648-50; ZYDSACVAL0031095 at 1096-101. | (literal and/or DOE) |

| United States Patent No. 8,796,331 | | |
|---|---|---|
| **Claim** | **Basis for Infringement** | **Section** |
| 1. A method for the treatment of a condition or disease selected from the group consisting of hypertension and heart failure, comprising | ███████████████████████████████ ██████████████████████████ █████████████████████████ ███████████████████████████ ███████████████████████████ ██████████ | § 271 (a), (b), (c), (e)(2)(A) (literal and/or DOE) |
| administering to a patient in need thereof | Zydus's ANDA Products, if approved, will be administered to patients in need thereof.  *See e.g.*, ZYDSACVAL0030623 at 627-28, 646, 648-50. | |
| a therapeutically effective amount of the combination of: (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof; (ii) the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester or a pharmaceutically acceptable salt thereof, or (2R,4S)-5-biphenyl-4-yl-4(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or a pharmaceutically acceptable salt thereof; and wherein said components (i) and (ii) are administered | Zydus's ANDA Products will comprise the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester, referred to as sacubitril, or a pharmaceutically acceptable salt thereof, which will be administered in a therapeutically effective amount.  *See e.g.*, ZYDSACVAL0000340 at 341-42, 357; ZYDSACVAL0000402 at 406-07, 413-14, 428; ZYDSACVAL0001068 at 1068; ZYDSACVAL0001243 at 244; ZYDSACVAL0030623 at 624, 627-28, 636-46, 648-50; ZYDSACVAL31095 at 102-03. | |
| in one unit dose form or in two separate unit dose forms. | Zydus's ANDA Products will comprise (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP sacubitril or a pharmaceutically acceptable salt thereof in one unit dose form.  *See e.g.*, | |

6

ZYDSACVAL0000402 at 406-07; ZYDSACVAL0030623 at 627-29, 636-37, 646, 648-50; ZYDSACVAL0031095 at 1096-101.

Upon approval, Zydus will knowingly induce infringement with knowledge of the '331 patent because its proposed package insert directs the administration of a combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in a method for the treatment of heart failure comprising administering to a patient in need thereof a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof, wherein said components (i) and (ii) are administered in one unit dose form. *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof according to the method of claim 1. *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in said method by their respective patients. In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer said combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof and receive the benefit of administration in said method. *See e.g.*, ZYDSACVAL0030623 at 646,

| | 648-50. | |
|---|---|---|
| | Patients will also implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof according to said method. *See e.g.*, ZYDSACVAL0030623 at 648-50. | |
| | If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 2. The method of claim 1 wherein components (i) and (ii) are administered<br><br>in one unit dose form. | *See* above response to claim 1.<br><br><br>Zydus's ANDA Products, if approved, will be indicated for and used in a method for the treatment of heart failure wherein the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof are administered in one unit dose form. *See e.g.*, ZYDSACVAL0000402 at 406-07; ZYDSACVAL0030623 at 627-29, 636-37, 646, 648-50; ZYDSACVAL0031095 at 1096-101.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '331 patent because its proposed package insert directs the administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in a method for the treatment of heart failure comprising administering to a patient in need thereof a | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |

8

therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof wherein said components (i) and (ii) are administered in one unit dose form. *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof according to the method of claim 2. *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50.  Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer said combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.

If approved, Zydus will sell within, offer to sell within, and/or import into

9

| | the United States its ANDA Products, with the knowledge that its ANDA Products are made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
|---|---|---|
| 5. The method of claim 1 wherein the condition or disease is<br><br>heart failure. | *See* above response to claim 1.<br><br>████████████████████████<br>███████████████████████<br>█████████████████████<br>████████████████████████<br>███████████████████████<br>██████████████<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '331 patent because its proposed package insert directs the administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in a method for the treatment of heart failure. *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.<br><br>Physicians will implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof for the treatment of heart failure according to the method of claim 5. *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of the combination of (i) the AT 1-antagonist valsartan or a | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |

| | | |
|---|---|---|
| | pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer said combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.<br><br>Patients will also implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.  If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 6. The method of claim 2, wherein the one unit dosage form is<br><br>for oral administration. | *See* above response to claim 2.<br><br>Zydus's ANDA Products are indicated for oral administration.  *See e.g.*, ZYDSACVAL0000402 at 428; ZYDSACVAL0030623 at 627-28, 636, 646, 648-50; ZYDSACVAL0031095 at 110.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '331 patent because its proposed package insert directs the administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in a method for the treatment | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |

of heart failure comprising administering to a patient in need thereof a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in one unit dosage form for oral administration. *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in one unit dosage form for oral administration according to the method of claim 6. *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in said method by their respective patients. In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer said combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof and receive the benefit of administration in said method. *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof according to said method. *See e.g.*, ZYDSACVAL0030623 at 648-50.

| | If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
|---|---|---|
| 7. The method of claim 2, wherein the one unit dosage form is<br><br>a tablet or capsule. | *See* above response to claim 2.<br><br>Zydus's ANDA Products are in the form of a tablet.  *See e.g.*, ZYDSACVAL0000402 at 406-07, 428; ZYDSACVAL0030623 at 627-28, 636, 646, 648-50; ZYDSACVAL0031095 at 1096-101.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '331 patent because its proposed package insert directs the administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in a method for the treatment of heart failure, the method comprising administering to a patient in need thereof a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in one unit dosage form as a tablet.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.<br><br>Physicians will implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in one unit dosage form as a tablet according to the method of claim 7.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50.  Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |

<table>
<tr>
<td></td>
<td>administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer said combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.<br><br>Patients will also implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use.</td>
<td></td>
</tr>
<tr>
<td>8. The method of claim 7, wherein the tablet is<br><br>a coated tablet.</td>
<td>*See* above response to claim 7.<br><br>Zydus's ANDA Products are in the form of a coated tablet.  *See e.g.*, ZYDSACVAL0000402 at 406-07; ZYDSACVAL0030623 at 627-29, 636, 646, 648-50; ZYDSACVAL0031095 at 1096-99.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '331 patent because its proposed package insert directs the administration of the combination of (i) the AT 1-antagonist valsartan or a</td>
<td>§ 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE)</td>
</tr>
</table>

pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in a method for the treatment of heart failure, the method comprising administering to a patient in need thereof a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in one unit dosage form as a coated tablet.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in one unit dosage form as a coated tablet according to the method of claim 8.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50.  Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer said combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a

| | pharmaceutically acceptable salt thereof according to said method. *See e.g.*, ZYDSACVAL0030623 at 648-50.<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |

| United States Patent No. 8,877,938 | | |
|---|---|---|
| **Claim** | **Basis for Infringement** | **Section** |
| 1. Trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipenta hydrate | On information and belief, Zydus's ANDA Products comprise trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyepropionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate.  *See e.g.*, ZYDSACVAL0000402 at 406-07; ZYDSACVAL0001085 at 184; ZYDSACVAL0031095 at 102-03.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | § 271 (a), (e)(2)(A) (literal) |
| in crystalline form. | The trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products is in crystalline form.  *See e.g.*, ZYDSACVAL0001085 at 184. | |
| 2. The compound of claim 1 having | *See* above response to claim 1. | § 271 (a), (e)(2)(A) (literal and/or DOE) |
| the sum formula $C_{48}H_{55}N_6O_8Na_3 \cdot 2.5\ H_2O$ and | On information and belief, the compound of claim 1 in Zydus's ANDA Products has the sum formula $C_{48}H_{55}N_6O_8Na_3 \cdot 2.5\ H_2O$.  *See e.g.*, ZYDSACVAL0001085 at 184.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| being in the form of an asymmetric unit comprising | On information and belief, the compound of claim 1 in Zydus's ANDA Products is in the form of an asymmetric unit.  Novartis will supplement | |

| | this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| --- | --- | --- |
| six $C_{48}H_{55}N_6O_8Na_3$ • 2.5 $H_2O$ formula units. | On information and belief, the compound of claim 1 in Zydus's ANDA Products is in the form of an asymmetric unit comprising six $C_{48}H_{55}N_6O_8Na_3$ • 2.5 $H_2O$ formula units. Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| 3. The compound of claim 1 characterized by<br><br>an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers $(cm^{-1})(\pm 2\ cm^{-1})$: 1711 (st), 1637 (st), 1597 (st) and 1401 (st). | *See* above response to claim 1.<br><br>On information and belief, the compound of claim 1 in Zydus's ANDA Products exhibits an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers $(cm^{-1})(\pm 2\ cm^{-1})$: 1711 (st), 1637 (st), 1597 (st) and 1401 (st). Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |
| 4. The compound of claim 3 characterized by<br><br>an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the | *See* above response to claim 3.<br><br>On information and belief, the compound of claim 3 in Zydus's ANDA Products exhibits an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |

| | | |
|---|---|---|
| following absorption bands expressed in reciprocal wave numbers (cm$^{-1}$)($\pm2$ cm$^{-1}$): 2956 (w), 1711 (st), 1637 (st), 1597 (st), 1488 (w), 1459 (m), 1401 (st), 1357 (w), 1295 (m), 1266 (m), 1176 (w), 1085 (m), 1010 (w), 942 (w), 907 (w), 862 (w), 763 (st), 742 (m), 698 (m), 533 (st). | expressed in reciprocal wave numbers (cm$^{-1}$)($\pm2$ cm$^{-1}$): 2956 (w), 1711 (st), 1637 (st), 1597 (st), 1488 (w), 1459 (m), 1401 (st), 1357 (w), 1295 (m), 1266 (m), 1176 (w), 1085 (m), 1010 (w), 942 (w), 907 (w), 862 (w), 763 (st), 742 (m), 698 (m), 533 (st).  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| 5. The compound of claim 1 characterized by<br><br>an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: d in [Å] ($\pm0.1$ Å): 21.2(s), 17.0(w), 7.1(s), 5.2(w), 4.7(w), 4.6(w), 4.2(w), 3.5(w), 3.3(w). | *See* above response to claim 1.<br><br>On information and belief, the compound of claim 1 in Zydus's ANDA Products exhibits an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: d in [Å] ($\pm0.1$ Å): 21.2(s), 17.0(w), 7.1(s), 5.2(w), 4.7(w), 4.6(w), 4.2(w), 3.5(w), 3.3(w).  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |
| 6. The compound of claim 1 characterized by<br><br>an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: 2θ in [°] 4.5, 5.5, 5.6, 9.9, 12.8, 15.7, 17.0, 17.1, 17.2, 18.3, | *See* above response to claim 1.<br><br>On information and belief, the compound of claim 1 in Zydus's ANDA Products exhibits an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: 2θ in [°] 4.5, 5.5, 5.6, 9.9, 12.8, 15.7, 17.0, 17.1, 17.2, 18.3, 18.5, 19.8, 21.5, 21.7, 23.2, 23.3, 24.9, 25.3, 27.4, 27.9, 28.0, 30.2.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |

| | | |
|---|---|---|
| 18.5, 19.8, 21.5, 21.7, 23.2, 23.3, 24.9, 25.3, 27.4, 27.9, 28.0, 30.2. | active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| 7. The compound of claim 1<br><br>in the form of a monoclinic unit cell, wherein its cell content comprises<br><br><br><br><br>twelve formula units of $C_{48}H_{55}N_6O_8Na_3 \bullet 2.5\ H_2O$. | *See* above response to claim 1.<br><br>On information and belief, the compound of claim 1 in Zydus's ANDA Products is in the form of a monoclinic unit cell.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.<br><br>On information and belief, the monoclinic unit cell of the compound of claim 1 in Zydus's ANDA Products comprises twelve formula units of $C_{48}H_{55}N_6O_8Na_3 \bullet 2.5\ H_2O$.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |
| 8. The compound of claim 7<br><br>in the form of a monoclinic unit cell, wherein the cell content of the monoclinic unit cell comprises | *See* above response to claim 7.<br><br>On information and belief, the compound of claim 7 in Zydus's ANDA Products is in the form of a monoclinic unit cell.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |

| | | |
|---|---|---|
| two asymmetric units on two-fold positions. | On information and belief, the monoclinic unit cell of the compound of claim 7 in Zydus's ANDA Products comprises two asymmetric units on two-fold positions.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| 9. The compound of claim 7 wherein the monoclinic unit cell has<br><br>a P2$_1$ space group. | *See* above response to claim 7.<br><br>On information and belief, the monoclinic unit cell of the compound of claim 7 in Zydus's ANDA Products has a P2$_1$ space group.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |
| 10. The compound of claim 1 characterized by<br><br>sum formula C$_{48}$H$_{55}$N$_6$O$_8$Na$_3$ • 2.5 H$_2$O<br><br>molecular mass 957.99 | *See* above response to claim 1.<br><br>On information and belief, the compound of claim 1 in Zydus's ANDA Products is characterized by the sum formula C$_{48}$H$_{55}$N$_6$O$_8$Na$_3$ • 2.5 H$_2$O. *See e.g.*, ZYDSACVAL0001085 at 184.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.<br><br>On information and belief, the compound of claim 1 in Zydus's ANDA Products is characterized by a molecular mass of 957.99.  Novartis will supplement this response as Novartis reviews with its experts Zydus's | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |

|  | ANDA and research and development documents, the DMF for Zydus's active ingredient, and any, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
|---|---|
| crystal colour colourless | On information and belief, the compound of claim 1 in Zydus's ANDA Products has a colourless crystal colour.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| crystal shape tabular: hexagonal | On information and belief, the compound of claim 1 in Zydus's ANDA Products has a tabular: hexagonal crystal shape.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| crystal system monoclinic | On information and belief, the compound of claim 1 in Zydus's ANDA Products has a monoclinic crystal system.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| space group P2$_1$ | On information and belief, the compound of claim 1 in Zydus's ANDA Products has a P2$_1$ space group.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |

| | | |
|---|---|---|
| Cell parameters<br>a = 20.344 Å<br>b = 42.018 Å<br>c = 20.374 Å<br>α = 90°<br>β = 119.29°<br>γ = 90° | On information and belief, the compound of claim 1 in Zydus's ANDA Products has cell parameters<br>a = 20.344 Å<br>b = 42.018 Å<br>c = 20.374 Å<br>α = 90°<br>β = 119.29°<br>γ = 90°.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| volume of unit cell 15190.03 Å$^3$ | On information and belief, the compound of claim 1 in Zydus's ANDA Products has a unit cell volume of 15190.03 Å$^3$.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| Z (the number of asymmetric units in the unit cell) 2 | On information and belief, the compound of claim 1 in Zydus's ANDA Products has two asymmetric units in the unit cell.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| calculated density 1.26845 g/cm$^3$. | On information and belief, the compound of claim 1 in Zydus's ANDA Products has a calculated density 1.26845 g/cm$^3$.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and | |

| | research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
|---|---|---|
| 11. A pharmaceutical composition comprising | Zydus's ANDA Products are pharmaceutical compositions. *See e.g.*, ZYDSACVAL0000402 at 406-09; ZYDSACVAL0030623 at 627-29, 636-37; ZYDSACVAL0031095 at 102-05. | § 271 (a), (e)(2)(A)

(literal and/or DOE) |
| an effective amount of the compound of claim 1 and | *See* above response to claim 1.  Zydus's ANDA Products comprise an effective amount of the compound of claim 1.  *See e.g.*, ZYDSACVAL0000402 at 413-14, 428; ZYDSACVAL0030623 at 627-29, 636-46. | |
| at least one pharmaceutically acceptable additive. | Zydus's ANDA Products comprise at least one pharmaceutically acceptable additive.  *See e.g.*, ZYDSACVAL0000402 at 406-09; ZYDSACVAL0030623 at 627-28, 636; ZYDSACVAL0031095 at 102-05. | |

| United States Patent No. 9,388,134 | | |
|---|---|---|
| Claim | Basis for Infringement | Section |
| 1. A method for treatment of a cardiovascular condition or disease, wherein the cardiovascular condition or disease is heart failure or hypertension, | ████████████████████████ ████████████████████ ████████████████████ ██████████████████████ ██████████████████████████ ██████████████████ | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal) |
| in a patient in need thereof comprising | If approved, Zydus's ANDA Products will be administered to a patient in need of treatment of heart failure. *See e.g.*, ZYDSACVAL0000402 at 413-14, 428; ZYDSACVAL0030623 at 627, 637-46, 648-50. | |
| administering to the patient | Zydus's ANDA Products, if approved, will be administered to patients. *See e.g.*, ZYDSACVAL0030623 at 627-28, 636, 646, 648-50. | |
| a therapeutically effective amount of trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipenta hydrate. | On information and belief, Zydus's ANDA Products comprise a therapeutically effective amount of trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyepropionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate. *See e.g.*, ZYDSACVAL0000402 at 406-07; ZYDSACVAL0001085 at 184; ZYDSACVAL0030623 at 624, 627-28, 636-46, 648-50; ZYDSACVAL0031095 at 102-03. Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of, on information and belief, trisodium[3-((1S,3R)-1- | |

biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure in a patient in need thereof comprising administering to the patient a therapeutically effective amount of trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate. *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 1. *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients. In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method. *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

| | Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
|---|---|---|
| 2. The method according to claim 1, wherein the heart failure is<br><br>chronic heart failure. | *See* above response to claim 1.<br><br>██████████████████████████████<br>████████████████████████████<br>███████████████████████████<br>██████████████████████████████<br>███████████████████████████████<br>███████████<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal) |

for treatment of chronic heart failure.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 2.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.

| | If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
|---|---|---|
| 4. The method according to claim 1, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is administered<br><br>in the form of a pharmaceutical composition. | *See* above response to claim 1.<br><br><br><br><br><br><br><br>Zydus's ANDA Products are in the form of a pharmaceutical composition. *See e.g.*, ZYDSACVAL0000402 at 406-09; ZYDSACVAL0030623 at 627-29, 636-37, 646, 648-50; ZYDSACVAL0031095 at 102-05.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is administered in the form of a pharmaceutical composition. *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50. | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal) |

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 4.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.

| | If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
|---|---|---|
| 5. The method according to claim 1, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3–ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is | *See* above response to claim 1. | § 271 (a), (b), (c), (e)(2)(A)  (literal) |
| in the crystalline form. | The trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products is in crystalline form. *See e.g.*, ZYDSACVAL0001085 at 184.  Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is in crystalline form. *See e.g.*, | |

ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 5. *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of, on information and belief, a therapeutically effective amount of trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients. In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method. *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method. *See e.g.*, ZYDSACVAL0030623 at 648-50.

| | | |
|---|---|---|
| | If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 6. The method according to claim 5, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is characterized by<br><br>an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers (cm$^{-1}$)(±2 cm$^{-1}$): 1711 (st), 1637 (st), 1597 (st) and 1401 (st). | *See* above response to claim 5.<br><br><br><br><br><br>On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products exhibits an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers (cm$^{-1}$)(±2 cm$^{-1}$): 1711 (st), 1637 (st), 1597 (st) and 1401 (st).  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1- | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |

butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is characterized by an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers (cm$^{-1}$)($\pm$2 cm$^{-1}$): 1711 (st), 1637 (st), 1597 (st) and 1401 (st). *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 6. *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients. In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method. *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

| | Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method. *See e.g.*, ZYDSACVAL0030623 at 648-50.<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| --- | --- | --- |
| 7. The method according to claim 5, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is characterized by | *See* above response to claim 5. | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |
| an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers (cm$^{-1}$)($\pm 2$ cm$^{-1}$): 2956 (w), 1711 (st), 1637 (st), 1597 (st), 1488 (w), 1459 (m), 1401 (st), 1357 (w), | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products exhibits an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers (cm$^{-1}$)($\pm 2$ cm$^{-1}$): 2956 (w), 1711 (st), 1637 (st), 1597 (st), 1488 (w), 1459 (m), 1401 (st), 1357 (w), 1295 (m), 1266 (m), | |

1295 (m), 1266 (m), 1176 (w), 1085 (m), 1010 (w), 942(w), 907 (w), 862 (w), 763 (st), 742 (m), 698 (m), 533 (st).

1176 (w), 1085 (m), 1010 (w), 942 (w), 907 (w), 862 (w), 763 (st), 742 (m), 698 (m), 533 (st).  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.

Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is characterized by an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers (cm$^{-1}$)($\pm$2 cm$^{-1}$): 2956 (w), 1711 (st), 1637 (st), 1597 (st), 1488 (w), 1459 (m), 1401 (st), 1357 (w), 1295 (m), 1266 (m), 1176 (w), 1085 (m), 1010 (w), 942(w), 907 (w), 862 (w), 763 (st), 742 (m), 698 (m), 533 (st).  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 7. *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed

| | package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.<br><br>Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 8. The method according to claim 5, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1- | *See* above response to claim 5. | § 271 (a), (b), (c), (e)(2)(A) |

| | | (literal and/or DOE) |
|---|---|---|
| butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is characterized by | | |
| an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: d in [Å] (±0.1 Å): 21.2(s), 17.0(w), 7.1(s), 5.2(w), 4.7(w), 4.6(w), 4.2(w), 3.5(w), 3.3(w). | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products exhibits an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: d in [Å] (±0.1 Å): 21.2(s), 17.0(w), 7.1(s), 5.2(w), 4.7(w), 4.6(w), 4.2(w), 3.5(w), 3.3(w).  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.

Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is characterized by an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: d in [Å] (±0.1 Å): 21.2(s), 17.0(w), 7.1(s), 5.2(w), 4.7(w), 4.6(w), 4.2(w), 3.5(w), | |

3.3(w).  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 8.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.

| | | |
|---|---|---|
| | If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 9. The method according to claim 5, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate is characterized by

an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals, 2θ in [°]) (±0.2°) 4.5, 5.5, 5.6, 9.9, 12.8, 15.7, 17.0, 17.1, 17.2, 18.3, 18.5, 19.8, 21.5, 21.7, 23.2, 23.3, 24.9, 25.3, 27.4, 27.9, 28.0, 30.2. | *See* above response to claim 5.



On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products exhibits an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: 2θ in [°] 4.5, 5.5, 5.6, 9.9, 12.8, 15.7, 17.0, 17.1, 17.2, 18.3, 18.5, 19.8, 21.5, 21.7, 23.2, 23.3, 24.9, 25.3, 27.4, 27.9, 28.0, 30.2. Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.

Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and | § 271 (a), (b), (c), (e)(2)(A)

(literal and/or DOE) |

belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is characterized by an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals, 2θ in [°]) (±0.2°) 4.5, 5.5, 5.6, 9.9, 12.8, 15.7, 17.0, 17.1, 17.2, 18.3, 18.5, 19.8, 21.5, 21.7, 23.2, 23.3, 24.9, 25.3, 27.4, 27.9, 28.0, 30.2. *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 9. *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients. In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of

41

administration in said method. *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method. *See e.g.*, ZYDSACVAL0030623 at 648-50.

If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use.

| | | |
|---|---|---|
| 10. The method according to claim 5, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate is | *See* above response to claim 5. | § 271 (a), (b), (c), (e)(2)(A) (literal and/or DOE) |
| in the form of a monoclinic unit cell, wherein its cell content comprises | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products is in the form of a monoclinic unit cell. Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research | |

| | and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
|---|---|---|
| twelve formula units of $C_{48}H_{55}N_6O_8Na_3 \bullet 2.5\ H_2O$. | On information and belief, the monoclinic unit cell of the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products comprises twelve formula units of $C_{48}H_{55}N_6O_8Na_3 \bullet 2.5\ H_2O$.  Novartis will supplement reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| | Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is in the form of a monoclinic unit cell, wherein its cell content comprises twelve formula units of $C_{48}H_{55}N_6O_8Na_3 \bullet 2.5\ H_2O$.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50. | |
| | Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'- | |

ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 10.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, will, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.

If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use.

| | | |
|---|---|---|
| 11. The method according to claim 10, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate is | *See* above response to claim 10. | § 271 (a), (b), (c), (e)(2)(A) <br><br> (literal and/or DOE) |
| in the form of a monoclinic unit cell, wherein the cell content of the monoclinic unit cell comprises | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products is in the form of a monoclinic unit cell.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| two asymmetric units on two-fold positions. | On information and belief, the monoclinic unit cell of the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products comprises two asymmetric units on two-fold positions. Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. <br><br> Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the | |

administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is in the form of a monoclinic unit cell, wherein the cell content of the monoclinic unit cell comprises two asymmetric units on two-fold positions.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 11.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of

| | | |
|---|---|---|
| | administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.<br><br>Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 12. The method according to claim 10, wherein the monoclinic unit cell has<br><br>a P2$_1$ space group. | *See* above response to claim 10.<br><br><br>On information and belief, the monoclinic unit cell of the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has a P2$_1$ space group.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |

administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is in the form of a monoclinic unit cell with a P2₁ space group.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 12.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50.  Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

| | | |
|---|---|---|
| | Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method. *See e.g.*, ZYDSACVAL0030623 at 648-50<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 13. The method according to claim 5, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate is characterized by<br><br>sum formula $C_{48}H_{55}N_6O_8Na_3 \bullet 2.5$ $H_2O$ | *See* above response to claim 5.<br><br><br><br><br><br><br><br><br><br>On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products is characterized by the sum formula $C_{48}H_{55}N_6O_8Na_3 \bullet 2.5$ $H_2O$. *See e.g.*, ZYDSACVAL0001085 at 184. Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |

| | related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
|---|---|
| molecular mass 957.99 | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products is characterized by a molecular mass of 957.99.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| crystal colour colourless | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has a colourless crystal colour.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| crystal shape tabular: hexagonal | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has a tabular: hexagonal crystal shape.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |

| | |
|---|---|
| crystal system monoclinic | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has a monoclinic crystal system.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| space group P2$_1$ | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has a P2$_1$ space group.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| Cell parameters<br>a=20.344 Å<br>b=42.018 Å<br>c=20.374 Å<br>α=90 0<br>β=119.29<br>γ=90 o | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has cell parameters<br>a = 20.344 Å<br>b = 42.018 Å<br>c = 20.374 Å<br>α = 90°<br>β = 119.29°<br>γ = 90°.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, |

51

| | |
|---|---|
| | and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| volume of unit cell 15190.03 Å3 | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has a unit cell volume of 15190.03 Å$^3$.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| Z (the number of asymmetric units in the unit cell) 2 | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has two asymmetric units in the unit cell.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| calculated density 1.26845 g/cm3. | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has a calculated density 1.26845 g/cm$^3$.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |

Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is characterized by:

sum formula $C_{48}H_{55}N_6O_8Na_3$ • 2.5 $H_2O$

molecular mass 957.99

crystal colour colourless

crystal shape tabular: hexagonal

crystal system monoclinic

space group $P2_1$

Cell parameters

a=20.344 Å

b=42.018 Å

c=20.374 Å

α=90°

β=119.29°

γ=90°

volume of unit cell 15190.03 $Å^3$

Z (the number of asymmetric units in the unit cell) 2

calculated density 1.26845 $g/cm^3$. *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of

53

| | | |
|---|---|---|
| | claim 13.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.

If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 14. The method according to claim 5, wherein the compound | *See* above response to claim 5. | § 271 (a), (b), (c), (e)(2)(A) |

| | | |
|---|---|---|
| trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2″-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate has | | (literal and/or DOE) |
| the sum formula $C_{48}H_{55}N_6O_8Na_3$ • 2.5 $H_2O$ and is | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has the sum formula $C_{48}H_{55}N_6O_8Na_3$ • 2.5 $H_2O$. *See e.g.*, ZYDSACVAL0001085 at 184.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for its active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| in the form of an asymmetric unit comprising | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products is in the form of an asymmetric unit.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| six $C_{48}H_{55}N_6O_8Na_3$ • 2.5 $H_2O$ formula units. | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products is | |

in the form of an asymmetric unit comprising six $C_{48}H_{55}N_6O_8Na_3 \cdot 2.5\ H_2O$ formula units.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.

Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate has the sum formula $C_{48}H_{55}N_6O_8Na_3 \cdot 2.5\ H_2O$ and is in the form of an asymmetric unit comprising six $C_{48}H_{55}N_6O_8Na_3 \cdot 2.5\ H_2O$ formula units.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 14.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-

<table>
<tr><td></td><td>ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50

If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use.</td><td></td></tr>
<tr><td>15. The method according to claim 5, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-</td><td>*See* above response to claim 5.</td><td>§ 271 (a), (b), (c), (e)(2)(A)

(literal and/or DOE)</td></tr>
</table>

| | | |
|---|---|---|
| ylmethyl}amino)butyrate]hemipenta hydrate is characterized by<br><br>an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals, 2e in [°]) (±0.2°) 4.5, 5.6, 12.8, 17.0, 17.2, 19.8, 21.5, 27.4. | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products exhibits an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: 2θ in [°] (±0.2°) 4.5, 5.6, 12.8, 17.0, 17.2, 19.8, 21.5, 27.4.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is characterized by an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals, 2θ in [°]) (±0.2°) 4.5, 5.6, 12.8, 17.0, 17.2, 19.8, 21.5, 27.4.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50. | |

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 15.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.

If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA

| | Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |

## NOVARTIS'S FIRST SUPPLEMENTAL INFRINGEMENT CONTENTIONS AGAINST ZYDUS

Novartis served its Initial Infringement Chart Against Zydus on October 20, 2020, which Novartis incorporates here in its

entirety.  Novartis supplements its Initial Infringement Chart as follows:

| United States Patent No. 8,101,659 | | |
|---|---|---|
| **Claim** | **Basis for Infringement** | **Section** |
| 1. A pharmaceutical composition comprising: | ███████████████████████ ██████████████████████ █████████████████ ███████████████████████ ███████████████████████ ████████████████ | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |
| (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof; | Oral suspensions of Zydus's ANDA Products prepared according to said instructions comprise the AT 1-antagonist valsartan or a pharmaceutically accept salt thereof.  *See e.g.*, ZYDSACVAL0000340-370 at 341-43, 357; ZYDSACVAL0000402-556 at 406-07; ZYDSACVAL0001068 at 1068; ZYDSACVAL0030793-814 at 796-98; ZYDSACVAL0031095-110 at 102-03; ZYDSACVAL0031870-898 at 873-874, 883; ZYDSACVAL0032043-046 at 2044; ZYDSACVAL0032047-056 at 2051. | |
| (ii) the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester or (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or a pharmaceutically acceptable salt thereof; and | Oral suspensions of Zydus's ANDA Products prepared according to said instructions comprise the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester, referred to as sacubitril, or a pharmaceutically acceptable salt thereof.  *See e.g.*, ZYDSACVAL0000340-370 at 341-43, 357; ZYDSACVAL0000402-556 at 406-07; ZYDSACVAL0001068 at 1068; ZYDSACVAL0030793-814 at 796-98; ZYDSACVAL0031095-110 at 102-03; | |

61

| | |
|---|---|
| | ZYDSACVAL0031870-898 at 873-874, 883; ZYDSACVAL0032043-046 at 2044; ZYDSACVAL0032047-056 at 2051. |
| (iii) a pharmaceutically acceptable carrier; | Oral suspensions of Zydus's ANDA Products prepared according to said instructions comprise a pharmaceutically acceptable carrier.  *See e.g.*, ZYDSACVAL0000402-556 at 406-09; ZYDSACVAL0030793-814 at 796-98; ZYDSACVAL0031095-110 at 102-05; ZYDSACVAL0031870-898 at 873-875, 883, 893; NPC-VS-016427696-713 at 702-03. |
| wherein said (i) AT 1-antagonist valsartan or pharmaceutically acceptable salt thereof and said (ii) NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester or (2R,4S)-5-biphenyl-4-yl-4(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or pharmaceutically acceptable salt thereof, are administered in combination | Oral suspensions of Zydus's ANDA Products prepared according to said instructions comprise (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof for administration in combination.  *See e.g.*, ZYDSACVAL0000340-370 at 341-43, 357; ZYDSACVAL0000402-556 at 406-07, 428; ZYDSACVAL0001068 at 1068; ZYDSACVAL0030793-814 at 796-98; ZYDSACVAL0031095-110 at 102-03; ZYDSACVAL0031870-898 at 873-874, 883; ZYDSACVAL0032043-046 at 2044; ZYDSACVAL0032047-056 at 2051. |
| in about a 1:1 ratio. | The combination of the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in oral suspensions of Zydus's ANDA Products prepared according to said instructions is in about a 1:1 ratio.  *See e.g.*, ZYDSACVAL0000340-370 at 341, 357; ZYDSACVAL0000402-556 at 406-07; ZYDSACVAL0030793-814 at 796-98; ZYDSACVAL0031095-110 at 102-03; ZYDSACVAL0031870-898 at 873-874, 883; ZYDSACVAL0032043-046 at 2044; ZYDSACVAL0032047-056 at 2051.<br><br>Upon approval, Zydus will knowingly actively encourage, recommend, or |

promote infringement with knowledge of the '659 patent and with knowledge and intent that its acts will induce infringement of the '659 patent, because its proposed package insert will direct the preparation and administration of a pharmaceutical composition in the form of an aqueous oral suspension comprising (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof, (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof, and (iii) a pharmaceutically acceptable carrier, wherein said (i) AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof are administered in combination in about a 1:1 ratio.  *See e.g.*, ZYDSACVAL0000340-370 at 341-43, 357; ZYDSACVAL0000402-556 at 406-09, 428; ZYDSACVAL0001068 at 1068; ZYDSACVAL0030793-814 at 796-98; ZYDSACVAL0031095-110 at 102-05; ZYDSACVAL0032043-046 at 2044; ZYDSACVAL0032047-056 at 2051; ZYDSACVAL0031870-898 at 873-875, 883-88, 893-98; NPC-VS-016427696-713 at 702-03. Upon approval, physicians, medical professionals, pharmacists, caregivers and/or patients following the instructions in Zydus's proposed package insert will directly infringe the '659 patent.

Physicians will implement the instructions in Zydus's proposed package insert and will administer said pharmaceutical composition.  Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the preparation of said pharmaceutical composition by pharmacists. In accordance with said direction, control and causation, said pharmacists, as agents of said physicians, will individually prepare said pharmaceutical composition. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of said pharmaceutical composition by their respective patients and caregivers of said patients including medical professionals.  In accordance with said direction, control and causation, said patients and said caregivers, as agents of said physicians, will individually self-administer or administer said

| | pharmaceutical composition and said patients will receive the benefit of administration of said composition.

Patients and caregivers of said patients including medical professionals will also implement the instructions in Zydus's proposed package insert and will self-administer or administer said pharmaceutical composition.

Pharmacists will also implement the instructions in Zydus's proposed package insert and will prepare said pharmaceutical composition. Pharmacists will also implement the instructions in Zydus's proposed package insert and will administer said pharmaceutical composition.

If its ANDA Products are approved, Zydus will knowingly contributorily infringe the '659 patent with knowledge of the '659 patent because Zydus will commercially manufacture within, sell within, offer to sell within, and/or import into the United States its ANDA Products, specifically labeled with the instructions in Zydus's proposed package insert for preparing said pharmaceutical composition in the form of an oral suspension from Zydus's ANDA Products, with the knowledge that its ANDA Products are made and/or adapted especially for use in said pharmaceutical composition and are not a staple article or commodity of commerce suitable for substantial noninfringing use.

Novartis reserves the right to supplement this contention and to conduct and rely on testing by its experts, if needed, to show that oral suspensions prepared from Zydus's ANDA Products will infringe the '659 patent, claim 1. | |
| 2. The pharmaceutical composition of claim 1, | *See* above response to claim 1. | § 271 (a), (b), (c), (e)(2)(A) |
| wherein said (i) AT 1-antagonist valsartan or a pharmaceutically | Oral suspensions of Zydus's ANDA Products prepared according to said instructions comprise (i) the AT 1-antagonist valsartan or a | (literal and/or DOE) |

| | |
|---|---|
| acceptable salt thereof and said (ii) NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester or (2R,4S)-5-biphenyl-4-yl-4(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or pharmaceutically acceptable salt thereof are administered | pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester, referred to as sacubitril, or a pharmaceutically acceptable salt thereof for administration.  *See e.g.*, ZYDSACVAL0000340-370 at 341-43, 357; ZYDSACVAL0000402-556 at 406-07; ZYDSACVAL0001068 at 1068; ZYDSACVAL0030793-814 at 796-98; ZYDSACVAL0031095-110 at 102-03; ZYDSACVAL0031870-898 at 873-874, 883, 893; ZYDSACVAL0032043-046 at 2044; ZYDSACVAL0032047-056 at 2051. |
| in amounts effective to treat hypertension or heart failure. | Oral suspensions of Zydus's ANDA Products prepared according to said instructions comprise the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in amounts effective to treat heart failure.  *See e.g.*, ZYDSACVAL0000340-370 at 341-43, 357; ZYDSACVAL0000402-556 at 406-07, 413-14, 428; ZYDSACVAL0001068 at 1068; ZYDSACVAL0030793-814 at 796-98; ZYDSACVAL0031095-110 at 102-03; ZYDSACVAL0031870-898 at 873-875, 883-93; ZYDSACVAL0032043-046 at 2044; ZYDSACVAL0032047-056 at 2051. |
| | Upon approval, Zydus will knowingly actively encourage, recommend, or promote  infringement with knowledge of the '659 patent and with knowledge and intent that its acts will induce infringement of the '659 patent, because its proposed package insert directs the preparation and administration of a pharmaceutical composition comprising (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof, (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof, and (iii) a pharmaceutically acceptable carrier, wherein said (i) AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof are administered in combination in about a 1:1 ratio in amounts effective to treat heart failure.  *See e.g.*, ZYDSACVAL0000340-370 at 341-43, 357; |

ZYDSACVAL0000402-556 at 406-09, 428; ZYDSACVAL0001068 at 1068; ZYDSACVAL0030793-814 at 796-98; ZYDSACVAL0031095-110 at 102-05; ZYDSACVAL0032043-046 at 2044; ZYDSACVAL0032047-056 at 2051; ZYDSACVAL0031870-898 at 873-875, 883-88, 893-98; NPC-VS-016427696-713 at 702-03.  Upon approval, physicians, medical professionals, pharmacists, caregivers and/or patients following the instructions in Zydus's proposed package insert will directly infringe the '659 patent.

Physicians will implement the instructions in Zydus's proposed package insert and will administer said pharmaceutical composition.  Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the preparation of said pharmaceutical composition by pharmacists. In accordance with said direction, control and causation, said pharmacists, as agents of said physicians, will individually prepare said pharmaceutical composition. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of said pharmaceutical composition by their respective patients and caregivers of said patients including medical professionals.  In accordance with said direction, control and causation, said patients and said caregivers, as agents of said physicians, will individually self-administer or administer said pharmaceutical composition and said patients will receive the benefit of administration of said composition.

Patients and caregivers of said patients including medical professionals will also implement the instructions in Zydus's proposed package insert and will self-administer or administer said pharmaceutical composition.

Pharmacists will also implement the instructions in Zydus's proposed package insert and will prepare said pharmaceutical composition. Pharmacists will also implement the instructions in Zydus's proposed package insert and will administer said pharmaceutical composition.

| | | |
|---|---|---|
| | If its ANDA Products are approved, Zydus will knowingly contributorily infringe the '659 patent with knowledge of the '659 patent because Zydus will commercially manufacture within, sell within, offer to sell within, and/or import into the United States its ANDA Products, specifically labeled with the instructions in Zydus's proposed package insert for preparing said pharmaceutical composition in the form of an oral suspension from Zydus's ANDA Products, with the knowledge that its ANDA Products are made and/or adapted especially for use in said pharmaceutical composition and are not a staple article or commodity of commerce suitable for substantial noninfringing use.<br><br>Novartis reserves the right to supplement this contention and to conduct and rely on testing by its experts, if needed, to show that oral suspensions prepared from Zydus's ANDA Products will infringe the '659 patent, claim 2. | |
| 3. The pharmaceutical composition of claim 1<br><br>wherein (ii) said NEP inhibitor is N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester. | *See* above response to claim 1.<br><br>Oral suspensions of Zydus's ANDA Products prepared according to said instructions comprise the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester, referred to as sacubitril.   *See e.g.*, ZYDSACVAL0000340-370 at 341-43, 357; ZYDSACVAL0000402-556 at 406; ZYDSACVAL0001068 at 1068; ZYDSACVAL0030793-814 at 796-98; ZYDSACVAL0031095-110 at 102-03; ZYDSACVAL0031870-898 at 873-874, 883; ZYDSACVAL0032043-046 at 2044; ZYDSACVAL0032047-056 at 2051.<br><br>Upon approval, Zydus will knowingly actively encourage, recommend, or promote infringement with knowledge of the '659 patent and with knowledge and intent that its acts will induce infringement of the '659 patent, because its proposed package insert directs the preparation and | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |

administration of a pharmaceutical composition comprising (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof, (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof, and (iii) a pharmaceutically acceptable carrier, wherein said (i) AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof are administered in combination in about a 1:1 ratio.  *See e.g.*, ZYDSACVAL0000340-370 at 341-43, 357; ZYDSACVAL0000402-556 at 406-09, 428; ZYDSACVAL0001068 at 1068; ZYDSACVAL0030793-814 at 796-98; ZYDSACVAL0031095-110 at 102-05; ZYDSACVAL0032043-046 at 2044; ZYDSACVAL0032047-056 at 2051; ZYDSACVAL0031870-898 at 873-875, 883-88, 893-98; NPC-VS-016427696-713 at 702-03.  Upon approval, physicians, medical professionals, pharmacists, caregivers and/or patients following the instructions in Zydus's proposed package insert will directly infringe the '659 patent.

Physicians will implement the instructions in Zydus's proposed package insert and will administer said pharmaceutical composition.  Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the preparation of said pharmaceutical composition by pharmacists. In accordance with said direction, control and causation, said pharmacists, as agents of said physicians, will individually prepare said pharmaceutical composition. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of said pharmaceutical composition by their respective patients and caregivers of said patients including medical professionals.  In accordance with said direction, control and causation, said patients and said caregivers, as agents of said physicians, will individually self-administer or administer said pharmaceutical composition and said patients will receive the benefit of administration of said composition.

Patients and caregivers of said patients including medical professionals will

also implement the instructions in Zydus's proposed package insert and will self-administer or administer said pharmaceutical composition.

Pharmacists will also implement the instructions in Zydus's proposed package insert and will prepare said pharmaceutical composition. Pharmacists will also implement the instructions in Zydus's proposed package insert and will administer said pharmaceutical composition.

If its ANDA Products are approved, Zydus will knowingly contributorily infringe the '659 patent with knowledge of the '659 patent because Zydus will commercially manufacture within, sell within, offer to sell within, and/or import into the United States its ANDA Products, specifically labeled with the instructions in Zydus's proposed package insert for preparing said pharmaceutical composition in the form of an oral suspension from Zydus's ANDA Products, with the knowledge that its ANDA Products are made and/or adapted especially for use in said pharmaceutical composition and are not a staple article or commodity of commerce suitable for substantial noninfringing use.

Novartis reserves the right to supplement this contention and to conduct and rely on testing by its experts, if needed, to show that oral suspensions prepared from Zydus's ANDA Products will infringe the '659 patent, claim 3.

I. **'659 And '331 Patents**

    a. **"(i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof; (ii) the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester or (2R,4S)-5-biphenyl-4-yl-4(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or a pharmaceutically acceptable salt thereof"**

If approved by the FDA, Zydus's ANDA Products will infringe the '659 patent claims 1-4 and an aqueous oral suspension prepared from its ANDA Products will infringe the '659 patent claims 1-3 during the extension of patent term pursuant to 35 U.S.C. § 156 because Zydus's ANDA Products and an aqueous oral suspension prepared from its ANDA Products meet each of the elements of claim 1 and comprise the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof and the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof, which are the same "product[s]" under § 156 as contained in Novartis's Entresto® (sacubitril and valsartan) tablets, and Zydus seeks approval of its ANDA Products and an aqueous oral suspension prepared from its ANDA Products for a use approved for Entresto®. *See e.g.*, ZYDSACVAL0000117-118 at 117-18; ZYDSACVAL0000340-370 at 341-42, 357; ZYDSACVAL0000402-556 at 406-07; ZYDSACVAL0001068 at 1068; ZYDSACVAL0031095-110 at 102-03; ZYDSACVAL0031870-898 at 883; ZYDSACVAL0032043-046 at 2044; ZYDSACVAL0032047-056 at 2051; NPC-VS-016692712-732 at 719-20; NPC-VS-016692733-750 at 740-41.  *See also Pfizer Inc. v. Dr. Reddy's Labs., Ltd.*, 359 F.3d 1361, 1366 (Fed. Cir. 2004) (holding that 35 U.S.C. § 156 "extended the term of the patent for the registered uses of the drug product including its salt esters [*sic*]."); 35 U.S.C. § 156(f) (defining "drug product" as "the active ingredient of a new drug … including any salt or ester of the active ingredient …"); 21 C.F.R. § 60.3(b)(10), (14) (same); 21 U.S.C. § 355(j)(2)(A)(ii) (An ANDA shall contain "information to show that the active ingredients of the new drug are the same as those of the listed drug."); 21 C.F.R. § 314.94(a)(5) (same); *Food and*

*Drug Administration*, "Determining Whether to Submit an ANDA or a 505(b)(2) Application: Guidance for Industry" (May 2019) at 7-8 ("[S]ection 505(j) of the FD&C Act generally requires that a proposed generic drug product demonstrate that it is the same as the RLD with respect to active ingredient(s).  If the active ingredient in an applicant's proposed drug product cannot be demonstrated to be the same as the active ingredient in the RLD . . . , the drug product should not be submitted for approval in an ANDA.").

      **b.  "wherein said (i) . . . and said (ii) . . . are administered in combination"/ "administering . . . the combination of: (i) . . . ; (ii) . . . ; and wherein said components (i) and (ii) are administered in one unit dose form or in two separate unit dose forms"**

      The Court has construed the claim term "wherein said (i) . . . and said (ii) . . . are administered in combination" in the '659 patent, claim 1 as "wherein said (i) . . . and said (ii) . . . are administered in combination," and the claim term "administering . . . the combination of: (i) . . . ; (ii) . . . ; and wherein said components (i) and (ii) are administered in one unit dose form or in two separate unit dose forms" in the '331 patent, claim 1 as "administering . . . the combination of: (i) . . . ; (ii) . . . ; and wherein said components (i) and (ii) are administered in one unit dose form or in two separate unit dose forms."  C.A. No. 20-md-2930-LPS, D.I. 295 at 1.  In doing so, the Court rejected Defendants' proposed construction that limited the claims "to the active agents valsartan and sacubitril 'as two separate components'" finding that "a [POSA] would not read the claims as so limited."  C.A. No. 20-md-2930-LPS, D.I. 294 at 5-7.  The Court further acknowledged that "[i]n seeking and obtaining the patent term extension, Novartis represented to the Patent Office that the '659 and '331 patents cover Entresto, a drug consisting solely of non-separate, complexed valsartan and sacubitril."  *Id.* at 6.  "The Court believes that a POSA would give this evidence some weight in understanding how the patentee is using the

claim term in the context of the patent and would find it to support Plaintiff's construction." *Id.*

at 6-7.

Like the drug substance in Entresto®, ███████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████ Zydus's

ANDA Products is irrelevant to infringement of the '659 and '331 patents because the Court has

held that the claims of the '659 and '331 patents are not limited to "two separate components."

C.A. No. 20-md-2930-LPS, D.I. 294 at 5-6.  As set forth in Novartis's Initial Infringement Chart,

Zydus's ANDA Products thus literally contain "(i) the AT 1-antagonist valsartan or a

pharmaceutically acceptable salt thereof" and "(ii) the NEP inhibitor [sacubitril] . . . or a

pharmaceutically acceptable salt thereof," "wherein said (i) . . . and said (ii) . . . are administered

in combination" as recited in the '659 patent, claim 1, and literally contain "the combination of:

(i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof; (ii) the NEP

inhibitor [sacubitril] . . . or a pharmaceutically acceptable salt thereof; and wherein said

components (i) and (ii) are administered in one unit dose form or in two separate unit dose forms" as recited in the '331 patent, claim 1.  2020-10-20 Initial Infringement Chart at 3-4, 6-8.

To the extent Zydus argues that its ANDA Products do not contain "(i) valsartan or a pharmaceutically acceptable salt thereof" and "(ii) [sacubitril] . . . or a pharmaceutically acceptable salt thereof" in "combination" ████████████████████████████████

████████████████████████████████████████████████████████████

████ that argument is contrary to the Court's claim construction.  C.A. No. 20-md-2930-LPS, D.I. 294 at 5-7.

Furthermore, ████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████

**c. "about a 1:1 ratio"**

As explained in Novartis's First Supplemental Response to Defendants' Interrogatory No. 3, "about a 1:1 ratio" recited in claim 1 of the '659 patent refers to a weight ratio.  Zydus's ANDA Products, as well as Novartis's Entresto® products, meet the "about a 1:1 ratio" claim limitation of the '659 patent literally, or if not literally, under the doctrine of equivalents ("DOE"), because each of those products at each of their three dosage strengths (24/26 mg, 49/51 mg and 97/103 mg) contains the claimed active ingredients of valsartan disodium to sacubitril sodium in a weight ratio of 1:0.9, which weight ratio is, and/or is equivalent to, about a 1:1 weight ratio.

73

### i. Literal Infringement

As explained at length in Novartis's First Supplemental Response to Defendants' Interrogatory No. 3, the specification and prosecution history of the '659 patent are clear that the claim limitation "about a 1:1 ratio" refers to a weight ratio, rather than a molar ratio. The inclusion of the term "about" in "about a 1:1 ratio," moreover, avoids any strict numerical boundary. *See Cohesive Techs., Inc. v. Waters Corp.*, 543 F.3d 1351, 1368 (Fed. Cir. 2008) ("When 'about' is used as part of a numeric range, the use of the word 'about,' avoids a strict numerical boundary to the specified parameter. Its range must be interpreted in its technologic and stylistic context."); *Roche Diagnostics Operations, Inc. v. Abbott Diabetes Care*, 667 F.Supp. 2d 429, 441 (D. Del. 2009) (construing "about" according to its ordinary and accepted meaning of "approximately"). During claim construction proceedings in this case, Defendants did not identify "about a 1:1 ratio" as a claim element requiring construction, let alone advocate a strict numerical construction of that claim element. Nothing in the specification or prosecution history of the '659 patent warrants limiting the claim element "about a 1:1 ratio" to a strict numerical boundary, either. Given the clear purpose of the subject matter claimed by the '659 patent—providing a pharmaceutical composition of the combination of valsartan (or a pharmaceutically acceptable salt thereof) and sacubitril (or a pharmaceutically acceptable salt thereof) for therapeutic use—the literal scope of "about a 1:1 ratio" includes numerical variation.

The numerical variation permitted by the literal scope of "about a 1:1 ratio" encompasses at least those values included by rounding up or down to the significant figures used in the claims, *i.e.*, 1:0.5 to 1:1.4, even if the word "about" were not present. *See Allergan, Inc. v. Teva Pharms. USA, Inc.*, No. 15-1455, 2016 U.S. Dist. LEXIS 171886, at *54 (E.D. Tex. Dec. 13, 2016) (construing the claimed numeric values 0.05% and 1.25% to encompass, respectively, 0.045% to 0.054% and 1.245% to 1.254%, given the number of significant figures used in the

74

claims, and "even without the need to add an additional range to account for the term 'about.'"). *See also San Huan New Materials High Tech., Inc. v. Int'l Trade Comm'n*, 161 F.3d 1347, 1361 (Fed. Cir. 1998) ("It was not shown to be error, legal or scientific, for the Commission to recognize these limits of accuracy, and to round the measured weight percentages to the nearest integer."); *U.S. Phillips Corp. v. Iwasaki Elec. Co.*, 505 F.3d 1371, 1377-78 (Fed. Cir. 2007) (Where a claim recited "'1' with no decimal point …, the claim language provide[d] no basis for inferring any level of precision beyond the single digit '1,'" *i.e.*, a recited amount of "1" was not limited to "1.0."); *Rsch. Found. State Univ. N.Y. v. Mylan Pharms., Inc.*, 809 F. Supp. 2d 296, 331 (D. Del. 2011), *aff'd in relevant part*, 531 F. App'x 1008, 1011 (Fed. Cir. 2013) (finding literal infringement based in part on the observation that, "after rounding, three of the 31 patients in the pivotal PK study had measured concentrations of between [the claimed range of] 0.3 and 0.8 µg/ml at all measured times").

The numerical variation permitted by the literal scope of "about a 1:1 ratio" also encompasses ratios of valsartan and sacubitril in both their free acid and pharmaceutically acceptable salt forms, because the claims of the '659 patent expressly recite both forms, and because the claims of the '659 patent cover Entresto®, which comprises the combination of the salts valsartan disodium and sacubitril sodium.  *See, e.g.*, NPC-VS-016692712-732 at 720 (Entresto® February 2021 package insert depicting a compound in the form of a complex comprising a valsartan anion, sacubitril anion and sodium cations in a 1:1:3 molar ratio); NPC-VS-016692733-750 at 741 (Entresto® October 2019 packing insert depicting same compound). In that connection, the Court in its July 8, 2021 Markman decision acknowledged and construed the claims of the '659 patent consistently with Novartis's representation in its application for patent term extension ("PTE") that the claims of the '659 patent cover Entresto®.  C.A. No. 20-

md-2930-LPS, D.I. 294 at 6.  Entresto® includes as its active ingredient LCZ696, a compound wherein valsartan disodium and sacubitril sodium are present in a 1:1 molar ratio.  The molecular weight of valsartan disodium is 479.5 g/mol.; the molecular weight of sacubitril sodium is 433.5 g/mol; LCZ696 thus contains valsartan disodium and sacubitril sodium in a 1:0.9 weight ratio.  Novartis's PTE representation that the claims of the '659 patent cover Entresto® thus makes clear that the literal scope of "about a 1:1 ratio" encompasses at least a 1:0.9 weight ratio of valsartan disodium to sacubitril sodium, as is present in Entresto®.

Like Entresto®, █████████████████████████████ ███████████████████████████████████████  *See* 21 C.F.R. § 314.92 (requiring that generic drug products for which ANDAs are submitted be "identical in active ingredient(s), dosage form, strength, [and] route of administration" to reference listed drugs). *See also* ZYDSACVAL0000402-556 at 406-07; ZYDSACVAL0031095-110 at 102-03.  For the reasons above, 1:0.9 literally is "about a 1:1 ratio."

The numerical variation permitted by the literal scope of "about 1:1 ratio" further encompasses the range of variation permitted by the specifications for the active ingredients of Zydus's ANDA Products and for Entresto®.  *See, e.g.*, ZYDSACVAL0000340-370 at 357; ZYDSACVAL0032043-046 at 2044; ZYDSACVAL0032047-056 at 2051.  This is because the claims of the '659 patent are directed to pharmaceutical compositions, and pharmaceutical compositions by nature display some degree of non-uniformity in terms of the amount of active ingredients they contain.  *See, e.g.*, *Allergan, Inc.*, 2016 U.S. Dist. LEXIS 171886, at *55-56 ("Extrinsic evidence offered in this case indicates that a person of skill in the pharmaceutical arts would understand that generally accepted standards for the manufacture and sale of drugs tolerate small degrees of variations or ranges in component concentrations and small amounts of

impurities, while regarding the drugs as still being the same product."). ████████



██████ *Sunovion Pharms., Inc. v. Teva Pharms. USA, Inc.*, 731 F.3d 1271, 1278 (Fed. Cir. 2013)

("[I]f a product that an ANDA applicant is asking the FDA to approve for sale falls within the

scope of an issued patent, a judgment of infringement must necessarily ensue.").

Entresto® Oral Suspension is prepared from Entresto® tablets and contains the same ratio

of valsartan disodium to sacubitril sodium as Entresto® tablets.  *See, e.g.*, NPC-VS-016692712-

732 at 713-14; NPC-VS-016692733-750 at 734-35.  Likewise ████████████████

### ii.  Infringement Under Doctrine Of Equivalents

Even if a ratio of 1:0.9 is not literally "about a 1:1 ratio," a ratio of 1:0.9 still meets the

claim limitation "about a 1:1 ratio" under the DOE.

A DOE analysis is performed on a claim element-by-claim element basis.  *Warner-*

*Jenkinson Co. v. Hilton Davis Chem. Co.*, 520 U.S. 17, 40 (1997).  Infringement under the DOE

occurs when an element of the accused product, although not literally the same as a claimed

element, (i) is insubstantially different from the claimed element (the "insubstantial differences

test"; or (ii) performs substantially the same function in substantially the same way to obtain the

same result as the claimed element (the "FWR test").  *Mylan Institutional LLC v. Aurobindo*

77

*Pharma Ltd.*, 857 F.3d 858, 866-67 (Fed. Cir. 2017).  The insubstantial differences test may be

more suitable than the FWR test for determining equivalence in the chemical arts.  *Id.* at 869.

Under either the insubstantial differences test or the FWR test, a ratio of 1:0.9 meets the

"about a 1:1 ratio" limitation under the DOE.

### 1. <u>Insubstantial Differences Test</u>

The specific claim element to which DOE should be applied is "about a 1:1 ratio."

Zydus's ANDA Products, and Entresto®, contain a 1:0.9 ratio of valsartan disodium to sacubitril

sodium.

A POSA would understand that the claim element "about a 1:1 weight ratio" includes

approximately equal doses of valsartan and sacubitril, as are present in Entresto®.  Because the

pharmaceutically acceptable salts of valsartan and sacubitril weigh more than valsartan and

sacubitril in their free acid form, the weight ratios of the salts will differ from the weight ratios of

the free acids, even when both the salts and the free acids provide the same doses of valsartan

and sacubitril.  For example, the following weight amounts of valsartan disodium and sacubitril

sodium correspond to the 24/26 mg, 49/51 mg, and 97/103 mg doses of sacubitril and valsartan

in the Entresto® products and in Zydus's ANDA Products:

| Dose (sacubitril/valsartan) | Sacubitril moiety | Sacubitril sodium | Valsartan moiety | Valsartan disodium |
|---|---|---|---|---|
| 24/26 mg | 24.3 mg | 25.589 mg | 25.7 mg | 28.305 mg |
| 49/51 mg | 48.6 mg | 51.179 mg | 51.4 mg | 56.611 mg |
| 97/103 mg | 97.2 mg | 102.355 mg | 102.8 mg | 113.221 mg |

Regardless of whether the free acids or the salts are used, the weight ratio of valsartan to

sacubitril moieties in the resulting pharmaceutical compositions is 1:0.94, which is "about a 1:1

ratio."  The presence of the two sodium cations in valsartan disodium and one sodium cation in

sacubitril sodium shifts the weight ratio to 1:0.9.  But a 1:0.9 ratio of valsartan disodium to

sacubitril sodium corresponding to the 24/26 mg, 49/51 mg, and 97/103 mg doses, if not literally "about a 1:1 ratio," is insubstantially different from "about a 1:1 ratio" of valsartan free acid to sacubitril free acid corresponding to those doses, because it contains the same number of valsartan to sacubitril moieties as "about a 1:1 ratio" of valsartan free acid to sacubitril free acid. The difference between the two weight ratios is due simply to the different number of sodium cations associated with valsartan and sacubitril.



## 2.  FWR Test

The FWR test is less well suited to determining equivalence in the chemical arts, because function, way and result with respect to chemical compounds can be difficult to define, and because parts of the test can overlap.  *See Mylan Institutional LLC*, 857 F.3d at 869.  That is true here.  The function of the "about a 1:1 ratio" claim element is to provide valsartan and sacubitril in approximately equal doses; the way in which that function is accomplished is by incorporating approximately equal amounts of valsartan (or a pharmaceutically acceptable salt thereof) and sacubitril (or a pharmaceutically acceptable salt thereof) in the claimed pharmaceutical composition.  As shown by Zydus's proposed package inserts and the Entresto® package insert, Zydus's ANDA Products and Entresto® perform that function in that way: Zydus's ANDA Products and Entresto® provide valsartan and sacubitril in approximately equal doses (24/26 mg, 49/51 mg, and 97/103 mg) by incorporating valsartan disodium and sacubitril sodium in a weight ratio of 1:0.9 in the claimed pharmaceutical composition.  *See, e.g.*, ZYDSACVAL0031870-898 at 875, 883, 893; NPC-VS-016692712-732 at 714, 719-20, 729; NPC-VS-016692733-750 at 735, 740-41, 748.

Moreover, with respect to the results and way portions of the FWR test, the 1:0.9 ratio of valsartan disodium to sacubitril sodium in Zydus's ANDA Products and in Entresto® produces the same results in the same way as an exact 1:1 ratio of valsartan disodium to sacubitril sodium, as discussed above in connection with the "insubstantial differences" test. ████████████

████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████

### 3. Prosecution History Estoppel Does Not<br>Foreclose Application Of DOE To "About A 1:1 Ratio"

Nothing in the prosecution of the '659 patent forecloses application of the DOE to the "about a 1:1 ratio" claim element. Any amendment or argument made during prosecution concerning the "about a 1:1 ratio" claim element was merely tangential to the patentability of the claims of the '659 patent and to the asserted equivalent here, *i.e.*, a weight ratio of 1:0.9.

The '659 patent claims recite pharmaceutical compositions comprising valsartan (or a pharmaceutically acceptable salt thereof) and sacubitril (or a pharmaceutically acceptable salt thereof). During prosecution, the Examiner rejected the claims as obvious, *inter alia*, over U.S. Patent No. 5,217,996 ("Ksander"). As the '659 patent applicants argued during prosecution, Ksander does not disclose valsartan or a pharmaceutically acceptable salt thereof. That omission in Ksander alone would have foreclosed a finding of obviousness, with or without any further limitation on the ratio of valsartan to sacubitril. *See, e.g.*, *Bio-Rad Labs., Inc. v. 10X Genomics Inc.*, 967 F.3d 1353, 1364-66 (Fed. Cir. 2020) (affirming district court's refusal to apply prosecution history estoppel where the applicants' reason for amending the claims to recite "non-flourinated microchannels" was to distinguish prior art requiring functional amounts of fluorine in microchannels, and thus was tangential to the asserted equivalent, *i.e.*, microchannels including a negligible, non-functional amount of fluorine).

## II.   '938 And '134 Patents

### a.   "trisodium [sacubitril-valsartan] hemipentahydrate"

#### i.   Literal Infringement

As explained in Novartis's First Supplemental Response to Defendants' Interrogatory No. 3, claim 1 of the '938 patent and claim 1 of the '134 patent recite the compound trisodium [sacubitril-valsartan] hemipentahydrate, and a method of treatment using that compound.  These claims, however, do not expressly recite a polymorph of that compound, *i.e.*, a particular crystalline form resulting from one of at least two different arrangements of the molecules of the compound.[1]  Thus, claim 1 of the '938 patent encompasses any polymorph of the compound trisodium [sacubitril-valsartan] hemipentahydrate in crystalline form.  And claim 1 of the '134 patent encompasses any form of the compound trisodium [sacubitril-valsartan] hemipentahydrate.  Dependent claims 2–9 and 11 of the '938 patent and dependent claims 2–12 and 14–15 of the '134 patent further recite certain characterization data for that compound and compositions containing that compound; these claims, however, are not limited to a single polymorph of the compound trisodium [sacubitril-valsartan] hemipentahydrate.



Thus, Zydus's ANDA Products contain the compound

---

[1] During claim construction, Defendants did not propose a claim construction that limits, nor does the Court's claim construction limit, the claim term "trisodium [sacubitril-valsartan] hemipentahydrate" to a single polymorph.

trisodium [sacubitril-valsartan] in crystalline form.  Novartis therefore contends that Zydus's ANDA

Products contain trisodium [sacubitril-valsartan] hemipentahydrate in crystalline form and

literally infringe at least claims 1 and 11 of the '938 patent and the use of Zydus's ANDA

Products literally infringes at least claims 1, 2, 4, and 5 of the '134 patent, as will be further

explained and demonstrated during expert discovery.  Novartis refers to its Initial Infringement

Chart Against Zydus dated October 20, 2020, to describe how the other elements of those claims

are met by Zydus's ANDA Products.

### ii.  Infringement Under Doctrine Of Equivalents

Even if claims 1 and 11 of the '938 patent and claims 1, 2, 4, and 5 of the '134 patent are

limited to a single crystalline polymorph of the compound trisodium [sacubitril-valsartan]

hemipentahydrate represented by the single crystal structure reported in the '938 and '134 patent

specification, the trisodium [sacubitril-valsartan] hemipentahydrate in Zydus's ANDA Products

would meet the claim limitation "trisodium [sacubitril-valsartan] hemipentahydrate" under the

DOE.

A DOE analysis is performed on a claim element-by-claim element basis.  *Warner-*

*Jenkinson Co. v. Hilton Davis Chem. Co*., 520 U.S. 17, 40 (1997).  Infringement under the DOE

occurs when an element of the accused product, although not literally the same as a claimed

element, (i) is insubstantially different from the claimed element (the "insubstantial differences

test"); or (ii) performs substantially the same function in substantially the same way to obtain the

same result as the claimed element (the "FWR test").  *Mylan Institutional LLC v. Aurobindo*

*Pharma Ltd.*, 857 F.3d 858, 866-67 (Fed. Cir. 2017).  The insubstantial differences test may be more suitable than the FWR test for determining equivalence in the chemical arts.  *Id.* at 869.

Under either the insubstantial differences test or the FWR test, the trisodium [sacubitril-valsartan] hemipentahydrate in Zydus's ANDA Products meets the "trisodium [sacubitril-valsartan] hemipentahydrate" limitation under DOE.

### 1.  Insubstantial Differences Test

The specific claim element to which DOE should be applied is "trisodium [sacubitril-valsartan] hemipentahydrate." ██████████████████

████████████████████████████████

████████████████████████████

████████████████████

A POSA would understand that the purpose of the recited "trisodium [sacubitril-valsartan] hemipentahydrate" is to provide a dual-acting compound containing the neutral endopeptidase ("NEP") inhibitor sacubitril and angiotensin receptor blocker ("ARB") valsartan linked via non-covalent bonding, which "form[s] a unique molecular entity for the treatment of patients" with hypertension or heart failure and is useful for manufacturing applications.  '938 patent, col. 1, ll. 18-32, col. 5, ll. 22-29, col. 16, l. 65-col. 17, l. 3.  A POSA would further understand that the recited dual-acting compound "trisodium [sacubitril-valsartan] hemipentahydrate" contains sacubitril in anionic form, valsartan in anionic form, sodium cations, and water molecules in a 1:1:3:2.5 molar ratio.  *See, e.g.*, '938 patent, col. 15, l. 61-col. 16, l. 45.

██████████████████████

████████████████████████████████

██████████████████████████████

██████████████████████████████

███████████████████████████████████████ █

█████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

█████████████████

      ███████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

███████████████████████████████ ████████████████

██████████████████████████████████████

█████████████████████████████████

████████████████████████████████████████

███████████

      ███████████████████████████████████

██████████████████████████████████

█████████████████████████████████████████

██████████████████████████████████

███████

<hr>

[2] Entresto® tablets contain a combination in the form of "a complex comprised of anionic forms of sacubitril and valsartan, sodium cations, and water molecules in the molar ratio of 1:1:3:2.5, respectively," referred to herein as LCZ696, and thus contains "trisodium [sacubitril-valsartan] hemipentahydrate" as recited in the claims of the '938 and '134 patents. *See, e.g.*, NPC-VS-016692712-732 at 719-20; NPC-VS-016692733-750 at 740-41; *see also* NPC-VS-001702613-674 at 618-22, 642-43; NPC-VS-011927080-102 at 7084, 7095-99 (providing IR, TGA, and single crystal data for LCZ696 corresponding to data disclosed in the '938 patent specification at columns 18-19 and 29-30).

### 2. **FWR Test**

The FWR test is less well suited to determining equivalence in the chemical arts, because function, way and result with respect to chemical compounds can be difficult to define, and because parts of the test can overlap. *See Mylan Institutional LLC*, 857 F.3d at 869. That is true here. The function of the "trisodium [sacubitril-valsartan] hemipentahydrate" claim element is to provide a dual-acting compound containing the neutral endopeptidase NEP inhibitor sacubitril and ARB valsartan. '938 patent, col. 1, ll. 18-32, col. 5, ll. 22-29. The way in which that function is accomplished is by providing a dual-acting compound containing sacubitril and valsartan linked via non-covalent bonding. '938 patent, col. 1, ll. 18-32, col. 16, l. 65-col. 17, l. 3. And the result is a dual-acting compound that "can form a unique molecular entity [comprising sacubitril and valsartan] for the treatment of patients" with hypertension or heart failure and that is useful for manufacturing applications. '938 patent, col. 1, ll. 18-32, col. 5, ll. 22-29, col. 16, l. 65-col. 17, l. 3.

███████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████████



### 3.  Prosecution History Estoppel Does Not Foreclose Application Of DOE To "Trisodium [Sacubitril-Valsartan] Hemipentahydrate"

Nothing in the prosecution of the '938 or '134 patent forecloses application of the DOE to other polymorphs of the recited "trisodium [sacubitril-valsartan] hemipentahydrate."  During prosecution, Novartis did not amend claim 1 of the '938 patent or claim 1 of the '134 limiting "trisodium [sacubitril-valsartan] hemipentahydrate" to a single polymorph.  Nor did Novartis argue that "trisodium [sacubitril-valsartan] hemipentahydrate" was limited to a single polymorph to overcome an examiner rejection.

### b.  Claims 2 And 5-10 Of The '938 Patent And Claims 8-15 Of The '134 Patent

Novartis hereby withdraws its infringement contentions against Zydus with respect to claims 2 and 5-10 of the '938 patent and claims 8-15 of the '134 patent.  For the avoidance of doubt, the withdrawal of those particular infringement contentions in no way impacts Novartis's assertions that Zydus infringes claims 1-4 of the '659 patent, claims 1, 2, and 5-8 of the '331 patent, claims 1, 3, 4, and 11 of the '938 patent, and claims 1, 2 and 4-7 of the '134 patent, as set forth in Novartis's Initial Infringement Chart Against Zydus, dated October 20, 2020, and as further supplemented above.

*        *        *

88

Novartis reserves the right to supplement its contentions as discovery proceeds, as Zydus develops and discloses its non-infringement case, and as additional facts are ascertained. Novartis further reserves the right to rely on expert testing, which will be disclosed during expert discovery according to the schedule entered by the Court.

VENABLE LLP

Dated: August 30, 2021_____

/s/ Jared L. Stringham_____
Christopher E. Loh
Jared L. Stringham
Gregory J. Manas
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100
cloh@venable.com
jlstringham@venable.com
gjmanas@venable.com

Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff Novartis
Pharmaceuticals Corporation*

90

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of Plaintiff's First Supplemental

Infringement Contentions Against Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Ltd.

were caused to be served by email this 30th day of August 2021, upon the following:

Adam Wyatt Poff
Beth A. Swadley
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
bswadley@ycst.com

Of Counsel:

Michael J. Gaertner
James T. Peterka
Nina Vachhani
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700
mgaertner@lockelord.com
jpeterka@lockelord.com
nvachhani@lockelord.com

Zhibin Li
LOCKE LORD LLP
Brookfield Place, 200 Vesey Street
New York, NY 10281
(646) 217-7897
zhibin.li@lockelord.com

*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Ltd.*

/s/ Jared L. Stringham
Jared L. Stringham

91

# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-LPS<br>**HIGHLY CONFIDENTIAL –**<br>**ATTORNEYS' EYES ONLY** |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, NOVUGEN PHARMA (MALAYSIA) SDN. BHD., ZYDUS PHARMACEUTICALS (USA) INC., CADILA HEALTHCARE LTD.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-2053-LPS<br>**HIGHLY CONFIDENTIAL –**<br>**ATTORNEYS' EYES ONLY** |

**PLAINTIFF'S SECOND SUPPLEMENTAL**
**INFRINGEMENT CONTENTIONS AGAINST ZYDUS**
**PHARMACEUTICALS (USA) INC. & CADILA HEALTHCARE LIMITED**

Pursuant to the Default Standard for Discovery, Including Discovery of Electronically

Stored Information ("ESI") Rule 4(c), and the Scheduling Order in this case (D.I. 102), Plaintiff

Novartis Pharmaceuticals Corporation ("Novartis") hereby provides Zydus Pharmaceuticals

(USA) Inc. and Cadila Healthcare Limited (collectively, "Zydus") with its Second Supplemental

Infringement Contentions Against Zydus relating Zydus's sacubitril/valsartan tablets, 24/26 mg,

1

49/51 mg, 97/103 mg dosage strengths, described in ANDA No. 213719 ("Zydus's ANDA Products") to the asserted claims of United States Patent Nos. 8,101,659 ("the '659 patent"), 8,796,331 ("the '331 patent"), 8,877,938 ("the '938 patent"), and 9,388,134 ("the '134 patent").

Novartis reserves the right to amend or supplement these infringement contentions as the case develops and as Novartis reviews Zydus's ANDA and related materials, including with its experts.  Novartis further reserves the right to rely on expert testing, which will be disclosed during expert discovery according to the schedule entered by the Court.  On information and belief, each claim below has been or will be infringed literally or under the doctrine of equivalents.

**NOVARTIS'S INITIAL INFRINGEMENT CHART AGAINST ZYDUS**

| United States Patent No. 8,101,659 | | |
|---|---|---|
| **Claim** | **Basis for Infringement** | **Section** |
| 1. A pharmaceutical composition comprising: | Zydus's ANDA Products are pharmaceutical compositions. *See e.g.*, ZYDSACVAL0000402 at 406-09; ZYDSACVAL0030623 at 627-29, 636-37; ZYDSACVAL0031095 at 102-05. | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |
| (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof; | Zydus's ANDA Products comprise the AT 1-antagonist valsartan or a pharmaceutically accept salt thereof. *See e.g.*, ZYDSACVAL0000340 at 341-42, 357; ZYDSACVAL0000402 at 406-07; ZYDSACVAL0001068 at 1068; ZYDSACVAL0001243 at 244; ZYDSACVAL0030623 at 636; ZYDSACVAL31095 at 102-03. | |
| (ii) the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester or (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or a pharmaceutically acceptable salt thereof; and | Zydus's ANDA Products comprise the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester, referred to as sacubitril, or a pharmaceutically acceptable salt thereof. *See e.g.*, ZYDSACVAL0000340 at 341-42, 357; ZYDSACVAL0000402 at 406-07; ZYDSACVAL0001068 at 1068; ZYDSACVAL0001243 at 244; ZYDSACVAL0030623 at 636; ZYDSACVAL31095 at 102-03. | |
| (iii) a pharmaceutically acceptable carrier; | Zydus's ANDA Products comprise a pharmaceutically acceptable carrier. *See e.g.*, ZYDSACVAL0000402 at 406-09; ZYDSACVAL0030623 at 627-28, 636; ZYDSACVAL0031095 at 102-05. | |
| wherein said (i) AT 1-antagonist valsartan or pharmaceutically acceptable salt thereof and said (ii) NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R- | Zydus's ANDA Products comprise (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof for administration in combination. *See e.g.*, ZYDSACVAL0000340 at 341-42, 357; ZYDSACVAL0000402 at 406-07, 428; ZYDSACVAL0001068 at 1068; | |

| | | |
|---|---|---|
| methylbutanoic acid ethyl ester or (2R,4S)-5-biphenyl-4-yl-4(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or pharmaceutically acceptable salt thereof, are administered in combination | ZYDSACVAL0001243 at 244; ZYDSACVAL0030623 at 624, 627-28, 636; ZYDSACVAL31095 at 102-03. | |
| in about a 1:1 ratio. | The combination of the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in Zydus's ANDA Products is in about a 1:1 ratio. *See e.g.*, ZYDSACVAL0000340 at 341, 357; ZYDSACVAL0000402 at 406-07; ZYDSACVAL0001243 at 244; ZYDSACVAL0030623 at 628, 636, 646; ZYDSACVAL31095 at 102-03. | |
| 2. The pharmaceutical composition of claim 1, | *See* above response to claim 1. | § 271 (a), (e)(2)(A) |
| wherein said (i) AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and said (ii) NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester or (2R,4S)-5-biphenyl-4-yl-4(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or pharmaceutically acceptable salt thereof are administered | Zydus's ANDA Products comprise (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester, referred to as sacubitril, or a pharmaceutically acceptable salt thereof for administration. *See e.g.*, ZYDSACVAL0000340 at 341-42, 357; ZYDSACVAL0000402 at 406-07; ZYDSACVAL0001068 at 1068; ZYDSACVAL0001243 at 244; ZYDSACVAL0030623 at 627-28, 636, 646; ZYDSACVAL31095 at 102-03. | (literal and/or DOE) |
| in amounts effective to treat hypertension or heart failure. | Zydus's ANDA Products comprise the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in amounts effective to treat heart | |

| | failure. *See e.g.*, ZYDSACVAL0000402 at 413-14, 428; ZYDSACVAL0030623 at 627-29, 636-46. | |
|---|---|---|
| 3. The pharmaceutical composition of claim 1<br><br>wherein (ii) said NEP inhibitor is N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester. | *See* above response to claim 1.<br><br>Zydus's ANDA Products comprise the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester, referred to as sacubitril, or a pharmaceutically acceptable salt thereof. *See e.g.*, ZYDSACVAL0000340 at 341-42, 357; ZYDSACVAL0000402 at 406; ZYDSACVAL0001068 at 1068; ZYDSACVAL0001243 at 244; ZYDSACVAL0030623 at 636; ZYDSACVAL31095 at 102-03. | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |
| 4. The pharmaceutical composition of claim 3<br><br>in the form of a capsule or tablet. | *See* above response to claim 3.<br><br>Zydus's ANDA Products are in the form of a tablet. *See e.g.*, ZYDSACVAL0000402 at 406-07, 428; ZYDSACVAL0030623 at 627-28, 636, 646, 648-50; ZYDSACVAL0031095 at 1096-101. | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |

| United States Patent No. 8,796,331 | | |
|---|---|---|
| **Claim** | **Basis for Infringement** | **Section** |
| 1. A method for the treatment of a condition or disease selected from the group consisting of hypertension and heart failure, comprising | ████████████████████████████████ ████████████████████████████ ██████████████████████████ ████████████████████████████ ████████████████████████████ ████████████ | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |
| administering to a patient in need thereof | Zydus's ANDA Products, if approved, will be administered to patients in need thereof.  *See e.g.*, ZYDSACVAL0030623 at 627-28, 646, 648-50. | |
| a therapeutically effective amount of the combination of: (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof; (ii) the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester or a pharmaceutically acceptable salt thereof, or (2R,4S)-5-biphenyl-4-yl-4(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or a pharmaceutically acceptable salt thereof; and wherein said components (i) and (ii) are administered | Zydus's ANDA Products will comprise the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester, referred to as sacubitril, or a pharmaceutically acceptable salt thereof, which will be administered in a therapeutically effective amount.  *See e.g.*, ZYDSACVAL0000340 at 341-42, 357; ZYDSACVAL0000402 at 406-07, 413-14, 428; ZYDSACVAL0001068 at 1068; ZYDSACVAL0001243 at 244; ZYDSACVAL0030623 at 624, 627-28, 636-46, 648-50; ZYDSACVAL31095 at 102-03. | |
| in one unit dose form or in two separate unit dose forms. | Zydus's ANDA Products will comprise (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP sacubitril or a pharmaceutically acceptable salt thereof in one unit dose form.  *See e.g.*, | |

ZYDSACVAL0000402 at 406-07; ZYDSACVAL0030623 at 627-29, 636-37, 646, 648-50; ZYDSACVAL0031095 at 1096-101.

Upon approval, Zydus will knowingly induce infringement with knowledge of the '331 patent because its proposed package insert directs the administration of a combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in a method for the treatment of heart failure comprising administering to a patient in need thereof a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof, wherein said components (i) and (ii) are administered in one unit dose form. *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof according to the method of claim 1. *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50.  Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer said combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646,

|  | 648-50.<br><br>Patients will also implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. |  |
|---|---|---|
| 2. The method of claim 1 wherein components (i) and (ii) are administered<br><br>in one unit dose form. | *See* above response to claim 1.<br><br><br>Zydus's ANDA Products, if approved, will be indicated for and used in a method for the treatment of heart failure wherein the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof are administered in one unit dose form.  *See e.g.*, ZYDSACVAL0000402 at 406-07; ZYDSACVAL0030623 at 627-29, 636-37, 646, 648-50; ZYDSACVAL0031095 at 1096-101.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '331 patent because its proposed package insert directs the administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in a method for the treatment of heart failure comprising administering to a patient in need thereof a | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |

therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof wherein said components (i) and (ii) are administered in one unit dose form. *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof according to the method of claim 2. *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50.  Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer said combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.

If approved, Zydus will sell within, offer to sell within, and/or import into

| | the United States its ANDA Products, with the knowledge that its ANDA Products are made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
|---|---|---|
| 5. The method of claim 1 wherein the condition or disease is<br><br>heart failure. | *See* above response to claim 1.<br><br>██████████████████████████████<br>████████████████████████████<br>██████████████████████████<br>████████████████████████████<br>███████████████████████████<br>██████████████<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '331 patent because its proposed package insert directs the administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in a method for the treatment of heart failure.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.<br><br>Physicians will implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof for the treatment of heart failure according to the method of claim 5.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50.  Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of the combination of (i) the AT 1-antagonist valsartan or a | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |

<table>
<tr>
<td></td>
<td>pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer said combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.<br><br>Patients will also implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and or a NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.  If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use.</td>
<td></td>
</tr>
<tr>
<td>6. The method of claim 2, wherein the one unit dosage form is<br><br>for oral administration.</td>
<td>*See* above response to claim 2.<br><br><br>Zydus's ANDA Products are indicated for oral administration.  *See e.g.*, ZYDSACVAL0000402 at 428; ZYDSACVAL0030623 at 627-28, 636, 646, 648-50; ZYDSACVAL0031095 at 110.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '331 patent because its proposed package insert directs the administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in a method for the treatment</td>
<td>§ 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE)</td>
</tr>
</table>

of heart failure comprising administering to a patient in need thereof a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in one unit dosage form for oral administration.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in one unit dosage form for oral administration according to the method of claim 6.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50.  Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer said combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.

| | | |
|---|---|---|
| | If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 7. The method of claim 2, wherein the one unit dosage form is<br><br>a tablet or capsule. | *See* above response to claim 2.<br><br>Zydus's ANDA Products are in the form of a tablet. *See e.g.*, ZYDSACVAL0000402 at 406-07, 428; ZYDSACVAL0030623 at 627-28, 636, 646, 648-50; ZYDSACVAL0031095 at 1096-101.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '331 patent because its proposed package insert directs the administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in a method for the treatment of heart failure, the method comprising administering to a patient in need thereof a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in one unit dosage form as a tablet. *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.<br><br>Physicians will implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in one unit dosage form as a tablet according to the method of claim 7. *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50.  Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |

13

| | administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer said combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.<br><br>Patients will also implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 8. The method of claim 7, wherein the tablet is<br><br>a coated tablet. | *See* above response to claim 7.<br><br>Zydus's ANDA Products are in the form of a coated tablet.  *See e.g.*, ZYDSACVAL0000402 at 406-07; ZYDSACVAL0030623 at 627-29, 636, 646, 648-50; ZYDSACVAL0031095 at 1096-99.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '331 patent because its proposed package insert directs the administration of the combination of (i) the AT 1-antagonist valsartan or a | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |

pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in a method for the treatment of heart failure, the method comprising administering to a patient in need thereof a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in one unit dosage form as a coated tablet.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in one unit dosage form as a coated tablet according to the method of claim 8.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50.  Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer said combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert and will administer a therapeutically effective amount of the combination of (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a

| | | |
|---|---|---|
| | pharmaceutically acceptable salt thereof according to said method. *See e.g.*, ZYDSACVAL0030623 at 648-50.<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |

| United States Patent No. 8,877,938 |||
| Claim | Basis for Infringement | Section |
| --- | --- | --- |
| 1. Trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate | On information and belief, Zydus's ANDA Products comprise trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyepropionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}butyrate]hemipentahydrate.  *See e.g.*, ZYDSACVAL0000402 at 406-07; ZYDSACVAL0001085 at 184; ZYDSACVAL0031095 at 102-03.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | § 271 (a), (e)(2)(A)  (literal) |
| in crystalline form. | The trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products is in crystalline form.  *See e.g.*, ZYDSACVAL0001085 at 184. | |
| 2. The compound of claim 1 having | *See* above response to claim 1. | § 271 (a), (e)(2)(A) |
| the sum formula $C_{48}H_{55}N_6O_8Na_3$ • 2.5 $H_2O$ and | On information and belief, the compound of claim 1 in Zydus's ANDA Products has the sum formula $C_{48}H_{55}N_6O_8Na_3$ • 2.5 $H_2O$.  *See e.g.*, ZYDSACVAL0001085 at 184.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | (literal and/or DOE) |
| being in the form of an asymmetric unit comprising | On information and belief, the compound of claim 1 in Zydus's ANDA Products is in the form of an asymmetric unit.  Novartis will supplement | |

17

| | this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
|---|---|---|
| six $C_{48}H_{55}N_6O_8Na_3 \cdot 2.5 \ H_2O$ formula units. | On information and belief, the compound of claim 1 in Zydus's ANDA Products is in the form of an asymmetric unit comprising six $C_{48}H_{55}N_6O_8Na_3 \cdot 2.5 \ H_2O$ formula units.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| 3. The compound of claim 1 characterized by<br><br>an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers $(cm^{-1})(\pm 2 \ cm^{-1})$: 1711 (st), 1637 (st), 1597 (st) and 1401 (st). | *See* above response to claim 1.<br><br>On information and belief, the compound of claim 1 in Zydus's ANDA Products exhibits an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers $(cm^{-1})(\pm 2 \ cm^{-1})$: 1711 (st), 1637 (st), 1597 (st) and 1401 (st).  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |
| 4. The compound of claim 3 characterized by<br><br>an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the | *See* above response to claim 3.<br><br>On information and belief, the compound of claim 3 in Zydus's ANDA Products exhibits an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |

| | | |
|---|---|---|
| following absorption bands expressed in reciprocal wave numbers (cm$^{-1}$)($\pm 2$ cm$^{-1}$): 2956 (w), 1711 (st), 1637 (st), 1597 (st), 1488 (w), 1459 (m), 1401 (st), 1357 (w), 1295 (m), 1266 (m), 1176 (w), 1085 (m), 1010 (w), 942 (w), 907 (w), 862 (w), 763 (st), 742 (m), 698 (m), 533 (st). | expressed in reciprocal wave numbers (cm$^{-1}$)($\pm 2$ cm$^{-1}$): 2956 (w), 1711 (st), 1637 (st), 1597 (st), 1488 (w), 1459 (m), 1401 (st), 1357 (w), 1295 (m), 1266 (m), 1176 (w), 1085 (m), 1010 (w), 942 (w), 907 (w), 862 (w), 763 (st), 742 (m), 698 (m), 533 (st).  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| 5. The compound of claim 1 characterized by<br><br>an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: d in [Å] ($\pm 0.1$ Å): 21.2(s), 17.0(w), 7.1(s), 5.2(w), 4.7(w), 4.6(w), 4.2(w), 3.5(w), 3.3(w). | *See* above response to claim 1.<br><br>On information and belief, the compound of claim 1 in Zydus's ANDA Products exhibits an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: d in [Å] ($\pm 0.1$ Å): 21.2(s), 17.0(w), 7.1(s), 5.2(w), 4.7(w), 4.6(w), 4.2(w), 3.5(w), 3.3(w).  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |
| 6. The compound of claim 1 characterized by<br><br>an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: 2θ in [°] 4.5, 5.5, 5.6, 9.9, 12.8, 15.7, 17.0, 17.1, 17.2, 18.3, | *See* above response to claim 1.<br><br>On information and belief, the compound of claim 1 in Zydus's ANDA Products exhibits an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: 2θ in [°] 4.5, 5.5, 5.6, 9.9, 12.8, 15.7, 17.0, 17.1, 17.2, 18.3, 18.5, 19.8, 21.5, 21.7, 23.2, 23.3, 24.9, 25.3, 27.4, 27.9, 28.0, 30.2.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |

| | | |
|---|---|---|
| 18.5, 19.8, 21.5, 21.7, 23.2, 23.3, 24.9, 25.3, 27.4, 27.9, 28.0, 30.2. | active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| 7. The compound of claim 1<br><br>in the form of a monoclinic unit cell, wherein its cell content comprises<br><br><br><br>twelve formula units of $C_{48}H_{55}N_6O_8Na_3 \bullet 2.5\ H_2O$. | *See* above response to claim 1.<br><br>On information and belief, the compound of claim 1 in Zydus's ANDA Products is in the form of a monoclinic unit cell.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.<br><br>On information and belief, the monoclinic unit cell of the compound of claim 1 in Zydus's ANDA Products comprises twelve formula units of $C_{48}H_{55}N_6O_8Na_3 \bullet 2.5\ H_2O$.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |
| 8. The compound of claim 7<br><br>in the form of a monoclinic unit cell, wherein the cell content of the monoclinic unit cell comprises | *See* above response to claim 7.<br><br>On information and belief, the compound of claim 7 in Zydus's ANDA Products is in the form of a monoclinic unit cell.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |

| | | |
|---|---|---|
| two asymmetric units on two-fold positions. | On information and belief, the monoclinic unit cell of the compound of claim 7 in Zydus's ANDA Products comprises two asymmetric units on two-fold positions.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| 9. The compound of claim 7 wherein the monoclinic unit cell has<br><br>a $P2_1$ space group. | *See* above response to claim 7.<br><br><br>On information and belief, the monoclinic unit cell of the compound of claim 7 in Zydus's ANDA Products has a $P2_1$ space group.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |
| 10. The compound of claim 1 characterized by<br><br>sum formula $C_{48}H_{55}N_6O_8Na_3 \cdot 2.5$ $H_2O$ | *See* above response to claim 1.<br><br><br>On information and belief, the compound of claim 1 in Zydus's ANDA Products is characterized by the sum formula $C_{48}H_{55}N_6O_8Na_3 \cdot 2.5$ $H_2O$. *See e.g.*, ZYDSACVAL0001085 at 184.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |
| molecular mass 957.99 | On information and belief, the compound of claim 1 in Zydus's ANDA Products is characterized by a molecular mass of 957.99.  Novartis will supplement this response as Novartis reviews with its experts Zydus's | |

| | ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
|---|---|
| crystal colour colourless | On information and belief, the compound of claim 1 in Zydus's ANDA Products has a colourless crystal colour.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| crystal shape tabular: hexagonal | On information and belief, the compound of claim 1 in Zydus's ANDA Products has a tabular: hexagonal crystal shape.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| crystal system monoclinic | On information and belief, the compound of claim 1 in Zydus's ANDA Products has a monoclinic crystal system.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| space group P2$_1$ | On information and belief, the compound of claim 1 in Zydus's ANDA Products has a P2$_1$ space group.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |

| | |
|---|---|
| Cell parameters<br>a = 20.344 Å<br>b = 42.018 Å<br>c = 20.374 Å<br>α = 90°<br>β = 119.29°<br>γ = 90° | On information and belief, the compound of claim 1 in Zydus's ANDA Products has cell parameters<br>a = 20.344 Å<br>b = 42.018 Å<br>c = 20.374 Å<br>α = 90°<br>β = 119.29°<br>γ = 90°.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| volume of unit cell 15190.03 Å$^3$ | On information and belief, the compound of claim 1 in Zydus's ANDA Products has a unit cell volume of 15190.03 Å$^3$.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| Z (the number of asymmetric units in the unit cell) 2 | On information and belief, the compound of claim 1 in Zydus's ANDA Products has two asymmetric units in the unit cell.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| calculated density 1.26845 g/cm$^3$. | On information and belief, the compound of claim 1 in Zydus's ANDA Products has a calculated density 1.26845 g/cm$^3$.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and |

| | research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
|---|---|---|
| 11. A pharmaceutical composition comprising | Zydus's ANDA Products are pharmaceutical compositions. *See e.g.*, ZYDSACVAL0000402 at 406-09; ZYDSACVAL0030623 at 627-29, 636-37; ZYDSACVAL0031095 at 102-05. | § 271 (a), (e)(2)(A)<br><br>(literal and/or DOE) |
| an effective amount of the compound of claim 1 and | *See* above response to claim 1.  Zydus's ANDA Products comprise an effective amount of the compound of claim 1.  *See e.g.*, ZYDSACVAL0000402 at 413-14, 428; ZYDSACVAL0030623 at 627-29, 636-46. | |
| at least one pharmaceutically acceptable additive. | Zydus's ANDA Products comprise at least one pharmaceutically acceptable additive.  *See e.g.*, ZYDSACVAL0000402 at 406-09; ZYDSACVAL0030623 at 627-28, 636; ZYDSACVAL0031095 at 102-05. | |

| United States Patent No. 9,388,134 | | |
|---|---|---|
| **Claim** | **Basis for Infringement** | **Section** |
| 1. A method for treatment of a cardiovascular condition or disease, wherein the cardiovascular condition or disease is heart failure or hypertension, | █████████████████████████████<br>█████████████████████████<br>███████████████████████████<br>█████████████████████████████<br>██████████████████████████████<br>██████████████████████ | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal) |
| in a patient in need thereof comprising | If approved, Zydus's ANDA Products will be administered to a patient in need of treatment of heart failure. *See e.g.*, ZYDSACVAL0000402 at 413-14, 428; ZYDSACVAL0030623 at 627, 637-46, 648-50. | |
| administering to the patient | Zydus's ANDA Products, if approved, will be administered to patients. *See e.g.*, ZYDSACVAL0030623 at 627-28, 636, 646, 648-50. | |
| a therapeutically effective amount of trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipenta hydrate. | On information and belief, Zydus's ANDA Products comprise a therapeutically effective amount of trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyepropionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate. *See e.g.*, ZYDSACVAL0000402 at 406-07; ZYDSACVAL0001085 at 184; ZYDSACVAL0030623 at 624, 627-28, 636-46, 648-50; ZYDSACVAL0031095 at 102-03. Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of, on information and belief, trisodium[3-((1S,3R)-1- | |

biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure in a patient in need thereof comprising administering to the patient a therapeutically effective amount of trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 1.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

| | | |
|---|---|---|
| | Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method. *See e.g.*, ZYDSACVAL0030623 at 648-50.<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 2. The method according to claim 1, wherein the heart failure is<br><br>chronic heart failure. | *See* above response to claim 1.<br><br>████████████████████████████<br>██████████████████████████<br>██████████████████████████<br>████████████████████████████<br>████████████████████████████<br>████████████<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal) |

for treatment of chronic heart failure.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 2.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.

| | | |
|---|---|---|
| | If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 4. The method according to claim 1, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is administered<br><br>in the form of a pharmaceutical composition. | *See* above response to claim 1.<br><br><br><br><br><br>Zydus's ANDA Products are in the form of a pharmaceutical composition. *See e.g.*, ZYDSACVAL0000402 at 406-09; ZYDSACVAL0030623 at 627-29, 636-37, 646, 648-50; ZYDSACVAL0031095 at 102-05.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is administered in the form of a pharmaceutical composition.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50. | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal) |

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 4.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.

| | If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
|---|---|---|
| 5. The method according to claim 1, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3–ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is<br><br>in the crystalline form. | *See* above response to claim 1.<br><br><br><br><br><br>The trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products is in crystalline form. *See e.g.*, ZYDSACVAL0001085 at 184.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is in crystalline form. *See e.g.*, | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal) |

ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 5.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of, on information and belief, a therapeutically effective amount of trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbamoyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.

| | | |
|---|---|---|
| | If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 6. The method according to claim 5, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is characterized by<br><br>an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers (cm$^{-1}$)($\pm$2 cm$^{-1}$): 1711 (st), 1637 (st), 1597 (st) and 1401 (st). | *See* above response to claim 5.<br><br><br><br><br><br>On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products exhibits an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers (cm$^{-1}$)($\pm$2 cm$^{-1}$): 1711 (st), 1637 (st), 1597 (st) and 1401 (st).  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1- | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |

butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is characterized by an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers (cm$^{-1}$)($\pm$2 cm$^{-1}$): 1711 (st), 1637 (st), 1597 (st) and 1401 (st). *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 6.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method. *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

| | | |
|---|---|---|
| | Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method. *See e.g.*, ZYDSACVAL0030623 at 648-50.<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 7. The method according to claim 5, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate is characterized by | *See* above response to claim 5. | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |
| an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers (cm$^{-1}$)(±2 cm$^{-1}$): 2956 (w), 1711 (st), 1637 (st), 1597 (st), 1488 (w), 1459 (m), 1401 (st), 1357 (w), | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products exhibits an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers (cm$^{-1}$)(±2 cm$^{-1}$): 2956 (w), 1711 (st), 1637 (st), 1597 (st), 1488 (w), 1459 (m), 1401 (st), 1357 (w), 1295 (m), 1266 (m), | |

1295 (m), 1266 (m), 1176 (w), 1085 (m), 1010 (w), 942(w), 907 (w), 862 (w), 763 (st), 742 (m), 698 (m), 533 (st).

1176 (w), 1085 (m), 1010 (w), 942 (w), 907 (w), 862 (w), 763 (st), 742 (m), 698 (m), 533 (st). Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.

Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is characterized by an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers $(cm^{-1})(\pm 2\ cm^{-1})$: 2956 (w), 1711 (st), 1637 (st), 1597 (st), 1488 (w), 1459 (m), 1401 (st), 1357 (w), 1295 (m), 1266 (m), 1176 (w), 1085 (m), 1010 (w), 942(w), 907 (w), 862 (w), 763 (st), 742 (m), 698 (m), 533 (st). *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 7. *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed

| | package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.

If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
|---|---|---|
| 8. The method according to claim 5, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1- | *See* above response to claim 5. | § 271 (a), (b), (c), (e)(2)(A) |

| | | |
|---|---|---|
| butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is characterized by | | (literal and/or DOE) |
| an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: d in [Å] (±0.1 Å): 21.2(s), 17.0(w), 7.1(s), 5.2(w), 4.7(w), 4.6(w), 4.2(w), 3.5(w), 3.3(w). | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products exhibits an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: d in [Å] (±0.1 Å): 21.2(s), 17.0(w), 7.1(s), 5.2(w), 4.7(w), 4.6(w), 4.2(w), 3.5(w), 3.3(w).  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.

Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is characterized by an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: d in [Å] (±0.1 Å): 21.2(s), 17.0(w), 7.1(s), 5.2(w), 4.7(w), 4.6(w), 4.2(w), 3.5(w), | |

3.3(w).  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 8.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.

| | If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
|---|---|---|
| 9. The method according to claim 5, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is characterized by<br><br>an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals, 2θ in [°]) (±0.2°) 4.5, 5.5, 5.6, 9.9, 12.8, 15.7, 17.0, 17.1, 17.2, 18.3, 18.5, 19.8, 21.5, 21.7, 23.2, 23.3, 24.9, 25.3, 27.4, 27.9, 28.0, 30.2. | *See* above response to claim 5.<br><br><br><br><br><br>On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products exhibits an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: 2θ in [°] 4.5, 5.5, 5.6, 9.9, 12.8, 15.7, 17.0, 17.1, 17.2, 18.3, 18.5, 19.8, 21.5, 21.7, 23.2, 23.3, 24.9, 25.3, 27.4, 27.9, 28.0, 30.2. Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |

belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is characterized by an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals, 2θ in [°]) (±0.2°) 4.5, 5.5, 5.6, 9.9, 12.8, 15.7, 17.0, 17.1, 17.2, 18.3, 18.5, 19.8, 21.5, 21.7, 23.2, 23.3, 24.9, 25.3, 27.4, 27.9, 28.0, 30.2.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 9.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of

41

|  |  |  |
|---|---|---|
|  | administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.<br><br>Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. |  |
| 10. The method according to claim 5, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is | *See* above response to claim 5. | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |
| in the form of a monoclinic unit cell, wherein its cell content comprises | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products is in the form of a monoclinic unit cell.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research |  |

| | |
|---|---|
| | and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| twelve formula units of $C_{48}H_{55}N_6O_8Na_3 \bullet 2.5\ H_2O$. | On information and belief, the monoclinic unit cell of the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products comprises twelve formula units of $C_{48}H_{55}N_6O_8Na_3 \bullet 2.5\ H_2O$.  Novartis will supplement reviews this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| | Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is in the form of a monoclinic unit cell, wherein its cell content comprises twelve formula units of $C_{48}H_{55}N_6O_8Na_3 \bullet 2.5\ H_2O$.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50. |
| | Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'- |

ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 10.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, will, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.

If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use.

| | | |
|---|---|---|
| 11. The method according to claim 10, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is | *See* above response to claim 10. | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |
| in the form of a monoclinic unit cell, wherein the cell content of the monoclinic unit cell comprises | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products is in the form of a monoclinic unit cell.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| two asymmetric units on two-fold positions. | On information and belief, the monoclinic unit cell of the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products comprises two asymmetric units on two-fold positions. Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the | |

administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is in the form of a monoclinic unit cell, wherein the cell content of the monoclinic unit cell comprises two asymmetric units on two-fold positions. *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 11. *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients. In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of

| | administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.<br><br>Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
|---|---|---|
| 12. The method according to claim 10, wherein the monoclinic unit cell has<br><br>a P2$_1$ space group. | *See* above response to claim 10.<br><br><br>On information and belief, the monoclinic unit cell of the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has a P2$_1$ space group.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |

administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is in the form of a monoclinic unit cell with a P2₁ space group. *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 12. *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients. In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method. *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

| | | |
|---|---|---|
| | Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method. *See e.g.*, ZYDSACVAL0030623 at 648-50<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 13. The method according to claim 5, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipenta hydrate is characterized by<br><br>sum formula $C_{48}H_{55}N_6O_8Na_3 \cdot 2.5$ $H_2O$ | *See* above response to claim 5.<br><br><br><br><br><br><br><br>On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products is characterized by the sum formula $C_{48}H_{55}N_6O_8Na_3 \cdot 2.5 H_2O$. *See e.g.*, ZYDSACVAL0001085 at 184.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |

| | |
|---|---|
| | related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| molecular mass 957.99 | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products is characterized by a molecular mass of 957.99.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| crystal colour colourless | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has a colourless crystal colour.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| crystal shape tabular: hexagonal | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has a tabular: hexagonal crystal shape.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |

| | |
|---|---|
| crystal system monoclinic | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has a monoclinic crystal system.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| space group P2$_1$ | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has a P2$_1$ space group.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. |
| Cell parameters<br>a=20.344 Å<br>b=42.018 Å<br>c=20.374 Å<br>α=90 0<br>β=119.29<br>γ=90 o | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has cell parameters<br>a = 20.344 Å<br>b = 42.018 Å<br>c = 20.374 Å<br>α = 90°<br>β = 119.29°<br>γ = 90°.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, |

| | and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
|---|---|---|
| volume of unit cell 15190.03 Å3 | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has a unit cell volume of 15190.03 Å$^3$.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| Z (the number of asymmetric units in the unit cell) 2 | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has two asymmetric units in the unit cell.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| calculated density 1.26845 g/cm3. | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has a calculated density 1.26845 g/cm$^3$.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |

Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is characterized by:

sum formula $C_{48}H_{55}N_6O_8Na_3 \bullet 2.5\ H_2O$

molecular mass 957.99

crystal colour colourless

crystal shape tabular: hexagonal

crystal system monoclinic

space group $P2_1$

Cell parameters

a=20.344 Å

b=42.018 Å

c=20.374 Å

$\alpha$=90°

$\beta$=119.29°

$\gamma$=90°

volume of unit cell 15190.03 $Å^3$

Z (the number of asymmetric units in the unit cell) 2

calculated density 1.26845 $g/cm^3$. *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of

53

| | |
|---|---|
| | claim 13.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50. |

Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.

If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. |

| 14. The method according to claim 5, wherein the compound | *See* above response to claim 5. | § 271 (a), (b), (c), (e)(2)(A) |

54

| | | |
|---|---|---|
| trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate has | | (literal and/or DOE) |
| the sum formula $C_{48}H_{55}N_6O_8Na_3 \cdot$ 2.5 $H_2O$ and is | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products has the sum formula $C_{48}H_{55}N_6O_8Na_3 \cdot$ 2.5 $H_2O$.  *See e.g.,* ZYDSACVAL0001085 at 184.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for its active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| in the form of an asymmetric unit comprising | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products is in the form of an asymmetric unit.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients. | |
| six $C_{48}H_{55}N_6O_8Na_3 \cdot$ 2.5 $H_2O$ formula units. | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products is | |

in the form of an asymmetric unit comprising six $C_{48}H_{55}N_6O_8Na_3 \cdot 2.5\ H_2O$ formula units.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.

Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate has the sum formula $C_{48}H_{55}N_6O_8Na_3 \cdot 2.5\ H_2O$ and is in the form of an asymmetric unit comprising six $C_{48}H_{55}N_6O_8Na_3 \cdot 2.5\ H_2O$ formula units.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50.

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 14.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-

56

| | | |
|---|---|---|
| | ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.<br><br>Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50<br><br>If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
| 15. The method according to claim 5, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′- | *See* above response to claim 5. | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |

| | |
|---|---|
| ylmethyl}amino)butyrate]hemipenta hydrate is characterized by<br><br>an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals, 2e in [°]) (±0.2°) 4.5, 5.6, 12.8, 17.0, 17.2, 19.8, 21.5, 27.4. | On information and belief, the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate in Zydus's ANDA Products exhibits an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals: 2θ in [°] (±0.2°) 4.5, 5.6, 12.8, 17.0, 17.2, 19.8, 21.5, 27.4.  Novartis will supplement this response as Novartis reviews with its experts Zydus's ANDA and research and development documents, the DMF for Zydus's active ingredient, and any related third-party discovery, and, if necessary, conducts appropriate testing on samples of Zydus's ANDA Products and/or their ingredients.<br><br>Upon approval, Zydus will knowingly induce infringement with knowledge of the '134 patent because its proposed package insert directs the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in a method for treatment of heart failure wherein trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate is characterized by an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals, 2θ in [°]) (±0.2°) 4.5, 5.6, 12.8, 17.0, 17.2, 19.8, 21.5, 27.4.  *See e.g.*, ZYDSACVAL0000093 at 93; ZYDSACVAL0030623 at 627-29, 636-46, 648-50. | |

Physicians will implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to the method of claim 15.  *See e.g.*, ZYDSACVAL0030623 at 627-29, 646, 648-50. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in said method by their respective patients.  In accordance with said direction, control and causation, said patients, as agents of said physicians, will, individually, self-administer a therapeutically effective amount of, on information and belief, said trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate and receive the benefit of administration in said method.  *See e.g.*, ZYDSACVAL0030623 at 646, 648-50.

Patients will also implement the instructions in Zydus's proposed package insert, and will administer a therapeutically effective amount of, on information and belief, trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate according to said method.  *See e.g.*, ZYDSACVAL0030623 at 648-50.

If approved, Zydus will sell within, offer to sell within, and/or import into the United States its ANDA Products, with the knowledge that its ANDA

| | Products are, on information and belief, made and/or adapted especially for use in said method and are not a staple article or commodity of commerce suitable for substantial noninfringing use. | |
|---|---|---|

## NOVARTIS'S FIRST SUPPLEMENTAL INFRINGEMENT CONTENTIONS AGAINST ZYDUS

Novartis served its Initial Infringement Chart Against Zydus on October 20, 2020, which Novartis incorporates here in its

entirety.  Novartis supplements its Initial Infringement Chart as follows:

| United States Patent No. 8,101,659 | | |
|---|---|---|
| **Claim** | **Basis for Infringement** | **Section** |
| 1. A pharmaceutical composition comprising: | ███████████████████████████████ ███████████████████████████ ████████████████████ ████████████████████████████████ ██████████████████████████████ ███████████████████████ | § 271 (a), (b), (c), (e)(2)(A) (literal and/or DOE) |
| (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof; | Oral suspensions of Zydus's ANDA Products prepared according to said instructions comprise the AT 1-antagonist valsartan or a pharmaceutically accept salt thereof.  *See e.g.*, ZYDSACVAL0000340-370 at 341-43, 357; ZYDSACVAL0000402-556 at 406-07; ZYDSACVAL0001068 at 1068; ZYDSACVAL0030793-814 at 796-98; ZYDSACVAL0031095-110 at 102-03; ZYDSACVAL0031870-898 at 873-874, 883; ZYDSACVAL0032043-046 at 2044; ZYDSACVAL0032047-056 at 2051. | |
| (ii) the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester or (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or a pharmaceutically acceptable salt thereof; and | Oral suspensions of Zydus's ANDA Products prepared according to said instructions comprise the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester, referred to as sacubitril, or a pharmaceutically acceptable salt thereof.  *See e.g.*, ZYDSACVAL0000340-370 at 341-43, 357; ZYDSACVAL0000402-556 at 406-07; ZYDSACVAL0001068 at 1068; ZYDSACVAL0030793-814 at 796-98; ZYDSACVAL0031095-110 at 102-03; | |

| | |
|---|---|
| | ZYDSACVAL0031870-898 at 873-874, 883; ZYDSACVAL0032043-046 at 2044; ZYDSACVAL0032047-056 at 2051. |
| (iii) a pharmaceutically acceptable carrier; | Oral suspensions of Zydus's ANDA Products prepared according to said instructions comprise a pharmaceutically acceptable carrier.  *See e.g.*, ZYDSACVAL0000402-556 at 406-09; ZYDSACVAL0030793-814 at 796-98; ZYDSACVAL0031095-110 at 102-05; ZYDSACVAL0031870-898 at 873-875, 883, 893; NPC-VS-016427696-713 at 702-03. |
| wherein said (i) AT 1-antagonist valsartan or pharmaceutically acceptable salt thereof and said (ii) NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester or (2R,4S)-5-biphenyl-4-yl-4(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or pharmaceutically acceptable salt thereof, are administered in combination | Oral suspensions of Zydus's ANDA Products prepared according to said instructions comprise (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof for administration in combination.  *See e.g.*, ZYDSACVAL0000340-370 at 341-43, 357; ZYDSACVAL0000402-556 at 406-07, 428; ZYDSACVAL0001068 at 1068; ZYDSACVAL0030793-814 at 796-98; ZYDSACVAL0031095-110 at 102-03; ZYDSACVAL0031870-898 at 873-874, 883; ZYDSACVAL0032043-046 at 2044; ZYDSACVAL0032047-056 at 2051. |
| in about a 1:1 ratio. | The combination of the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in oral suspensions of Zydus's ANDA Products prepared according to said instructions is in about a 1:1 ratio.  *See e.g.*, ZYDSACVAL0000340-370 at 341, 357; ZYDSACVAL0000402-556 at 406-07; ZYDSACVAL0030793-814 at 796-98; ZYDSACVAL0031095-110 at 102-03; ZYDSACVAL0031870-898 at 873-874, 883; ZYDSACVAL0032043-046 at 2044; ZYDSACVAL0032047-056 at 2051.<br><br>Upon approval, Zydus will knowingly actively encourage, recommend, or |

promote infringement with knowledge of the '659 patent and with knowledge and intent that its acts will induce infringement of the '659 patent, because its proposed package insert will direct the preparation and administration of a pharmaceutical composition in the form of an aqueous oral suspension comprising (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof, (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof, and (iii) a pharmaceutically acceptable carrier, wherein said (i) AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof are administered in combination in about a 1:1 ratio.  *See e.g.*, ZYDSACVAL0000340-370 at 341-43, 357; ZYDSACVAL0000402-556 at 406-09, 428; ZYDSACVAL0001068 at 1068; ZYDSACVAL0030793-814 at 796-98; ZYDSACVAL0031095-110 at 102-05; ZYDSACVAL0032043-046 at 2044; ZYDSACVAL0032047-056 at 2051; ZYDSACVAL0031870-898 at 873-875, 883-88, 893-98; NPC-VS-016427696-713 at 702-03. Upon approval, physicians, medical professionals, pharmacists, caregivers and/or patients following the instructions in Zydus's proposed package insert will directly infringe the '659 patent.

Physicians will implement the instructions in Zydus's proposed package insert and will administer said pharmaceutical composition.  Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the preparation of said pharmaceutical composition by pharmacists. In accordance with said direction, control and causation, said pharmacists, as agents of said physicians, will individually prepare said pharmaceutical composition. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of said pharmaceutical composition by their respective patients and caregivers of said patients including medical professionals.  In accordance with said direction, control and causation, said patients and said caregivers, as agents of said physicians, will individually self-administer or administer said

<table>
<tr>
<td></td>
<td>pharmaceutical composition and said patients will receive the benefit of administration of said composition.

Patients and caregivers of said patients including medical professionals will also implement the instructions in Zydus's proposed package insert and will self-administer or administer said pharmaceutical composition.

Pharmacists will also implement the instructions in Zydus's proposed package insert and will prepare said pharmaceutical composition. Pharmacists will also implement the instructions in Zydus's proposed package insert and will administer said pharmaceutical composition.

If its ANDA Products are approved, Zydus will knowingly contributorily infringe the '659 patent with knowledge of the '659 patent because Zydus will commercially manufacture within, sell within, offer to sell within, and/or import into the United States its ANDA Products, specifically labeled with the instructions in Zydus's proposed package insert for preparing said pharmaceutical composition in the form of an oral suspension from Zydus's ANDA Products, with the knowledge that its ANDA Products are made and/or adapted especially for use in said pharmaceutical composition and are not a staple article or commodity of commerce suitable for substantial noninfringing use.

Novartis reserves the right to supplement this contention and to conduct and rely on testing by its experts, if needed, to show that oral suspensions prepared from Zydus's ANDA Products will infringe the '659 patent, claim 1.</td>
<td></td>
</tr>
<tr>
<td>2. The pharmaceutical composition of claim 1,

wherein said (i) AT 1-antagonist valsartan or a pharmaceutically</td>
<td>*See* above response to claim 1.

Oral suspensions of Zydus's ANDA Products prepared according to said instructions comprise (i) the AT 1-antagonist valsartan or a</td>
<td>§ 271 (a), (b), (c), (e)(2)(A)

(literal and/or DOE)</td>
</tr>
</table>

| | |
|---|---|
| acceptable salt thereof and said (ii) NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester or (2R,4S)-5-biphenyl-4-yl-4(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or pharmaceutically acceptable salt thereof are administered | pharmaceutically acceptable salt thereof and (ii) the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester, referred to as sacubitril, or a pharmaceutically acceptable salt thereof for administration.  *See e.g.*, ZYDSACVAL0000340-370 at 341-43, 357; ZYDSACVAL0000402-556 at 406-07; ZYDSACVAL0001068 at 1068; ZYDSACVAL0030793-814 at 796-98; ZYDSACVAL0031095-110 at 102-03; ZYDSACVAL0031870-898 at 873-874, 883, 893; ZYDSACVAL0032043-046 at 2044; ZYDSACVAL0032047-056 at 2051. |
| in amounts effective to treat hypertension or heart failure. | Oral suspensions of Zydus's ANDA Products prepared according to said instructions comprise the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof in amounts effective to treat heart failure.  *See e.g.*, ZYDSACVAL0000340-370 at 341-43, 357; ZYDSACVAL0000402-556 at 406-07, 413-14, 428; ZYDSACVAL0001068 at 1068; ZYDSACVAL0030793-814 at 796-98; ZYDSACVAL0031095-110 at 102-03; ZYDSACVAL0031870-898 at 873-875, 883-93; ZYDSACVAL0032043-046 at 2044; ZYDSACVAL0032047-056 at 2051.<br><br>Upon approval, Zydus will knowingly actively encourage, recommend, or promote  infringement with knowledge of the '659 patent and with knowledge and intent that its acts will induce infringement of the '659 patent, because its proposed package insert directs the preparation and administration of a pharmaceutical composition comprising (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof, (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof, and (iii) a pharmaceutically acceptable carrier, wherein said (i) AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof are administered in combination in about a 1:1 ratio in amounts effective to treat heart failure.  *See e.g.*, ZYDSACVAL0000340-370 at 341-43, 357; |

ZYDSACVAL0000402-556 at 406-09, 428; ZYDSACVAL0001068 at 1068; ZYDSACVAL0030793-814 at 796-98; ZYDSACVAL0031095-110 at 102-05; ZYDSACVAL0032043-046 at 2044; ZYDSACVAL0032047-056 at 2051; ZYDSACVAL0031870-898 at 873-875, 883-88, 893-98; NPC-VS-016427696-713 at 702-03.  Upon approval, physicians, medical professionals, pharmacists, caregivers and/or patients following the instructions in Zydus's proposed package insert will directly infringe the '659 patent.

Physicians will implement the instructions in Zydus's proposed package insert and will administer said pharmaceutical composition.  Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the preparation of said pharmaceutical composition by pharmacists. In accordance with said direction, control and causation, said pharmacists, as agents of said physicians, will individually prepare said pharmaceutical composition. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of said pharmaceutical composition by their respective patients and caregivers of said patients including medical professionals.  In accordance with said direction, control and causation, said patients and said caregivers, as agents of said physicians, will individually self-administer or administer said pharmaceutical composition and said patients will receive the benefit of administration of said composition.

Patients and caregivers of said patients including medical professionals will also implement the instructions in Zydus's proposed package insert and will self-administer or administer said pharmaceutical composition.

Pharmacists will also implement the instructions in Zydus's proposed package insert and will prepare said pharmaceutical composition. Pharmacists will also implement the instructions in Zydus's proposed package insert and will administer said pharmaceutical composition.

| | | |
|---|---|---|
| | If its ANDA Products are approved, Zydus will knowingly contributorily infringe the '659 patent with knowledge of the '659 patent because Zydus will commercially manufacture within, sell within, offer to sell within, and/or import into the United States its ANDA Products, specifically labeled with the instructions in Zydus's proposed package insert for preparing said pharmaceutical composition in the form of an oral suspension from Zydus's ANDA Products, with the knowledge that its ANDA Products are made and/or adapted especially for use in said pharmaceutical composition and are not a staple article or commodity of commerce suitable for substantial noninfringing use.<br><br>Novartis reserves the right to supplement this contention and to conduct and rely on testing by its experts, if needed, to show that oral suspensions prepared from Zydus's ANDA Products will infringe the '659 patent, claim 2. | |
| 3. The pharmaceutical composition of claim 1<br><br>wherein (ii) said NEP inhibitor is N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester. | *See* above response to claim 1.<br><br>Oral suspensions of Zydus's ANDA Products prepared according to said instructions comprise the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester, referred to as sacubitril.  *See e.g.*, ZYDSACVAL0000340-370 at 341-43, 357; ZYDSACVAL0000402-556 at 406; ZYDSACVAL0001068 at 1068; ZYDSACVAL0030793-814 at 796-98; ZYDSACVAL0031095-110 at 102-03; ZYDSACVAL0031870-898 at 873-874, 883; ZYDSACVAL0032043-046 at 2044; ZYDSACVAL0032047-056 at 2051.<br><br>Upon approval, Zydus will knowingly actively encourage, recommend, or promote infringement with knowledge of the '659 patent and with knowledge and intent that its acts will induce infringement of the '659 patent, because its proposed package insert directs the preparation and | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |

administration of a pharmaceutical composition comprising (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof, (ii) the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof, and (iii) a pharmaceutically acceptable carrier, wherein said (i) AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and (ii) NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof are administered in combination in about a 1:1 ratio.  *See e.g.*, ZYDSACVAL0000340-370 at 341-43, 357; ZYDSACVAL0000402-556 at 406-09, 428; ZYDSACVAL0001068 at 1068; ZYDSACVAL0030793-814 at 796-98; ZYDSACVAL0031095-110 at 102-05; ZYDSACVAL0032043-046 at 2044; ZYDSACVAL0032047-056 at 2051; ZYDSACVAL0031870-898 at 873-875, 883-88, 893-98; NPC-VS-016427696-713 at 702-03.  Upon approval, physicians, medical professionals, pharmacists, caregivers and/or patients following the instructions in Zydus's proposed package insert will directly infringe the '659 patent.

Physicians will implement the instructions in Zydus's proposed package insert and will administer said pharmaceutical composition.  Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the preparation of said pharmaceutical composition by pharmacists. In accordance with said direction, control and causation, said pharmacists, as agents of said physicians, will individually prepare said pharmaceutical composition. Physicians will also implement the instructions in Zydus's proposed package insert by directing, controlling, and causing the administration of said pharmaceutical composition by their respective patients and caregivers of said patients including medical professionals.  In accordance with said direction, control and causation, said patients and said caregivers, as agents of said physicians, will individually self-administer or administer said pharmaceutical composition and said patients will receive the benefit of administration of said composition.

Patients and caregivers of said patients including medical professionals will

| | | |
|---|---|---|
| | also implement the instructions in Zydus's proposed package insert and will self-administer or administer said pharmaceutical composition.<br><br>Pharmacists will also implement the instructions in Zydus's proposed package insert and will prepare said pharmaceutical composition. Pharmacists will also implement the instructions in Zydus's proposed package insert and will administer said pharmaceutical composition.<br><br>If its ANDA Products are approved, Zydus will knowingly contributorily infringe the '659 patent with knowledge of the '659 patent because Zydus will commercially manufacture within, sell within, offer to sell within, and/or import into the United States its ANDA Products, specifically labeled with the instructions in Zydus's proposed package insert for preparing said pharmaceutical composition in the form of an oral suspension from Zydus's ANDA Products, with the knowledge that its ANDA Products are made and/or adapted especially for use in said pharmaceutical composition and are not a staple article or commodity of commerce suitable for substantial noninfringing use.<br><br>Novartis reserves the right to supplement this contention and to conduct and rely on testing by its experts, if needed, to show that oral suspensions prepared from Zydus's ANDA Products will infringe the '659 patent, claim 3. | |

I. **'659 And '331 Patents**

    a. **"(i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof; (ii) the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester or (2R,4S)-5-biphenyl-4-yl-4(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or a pharmaceutically acceptable salt thereof"**

If approved by the FDA, Zydus's ANDA Products will infringe the '659 patent claims 1-4 and an aqueous oral suspension prepared from its ANDA Products will infringe the '659 patent claims 1-3 during the extension of patent term pursuant to 35 U.S.C. § 156 because Zydus's ANDA Products and an aqueous oral suspension prepared from its ANDA Products meet each of the elements of claim 1 and comprise the NEP inhibitor sacubitril or a pharmaceutically acceptable salt thereof and the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof, which are the same "product[s]" under § 156 as contained in Novartis's Entresto® (sacubitril and valsartan) tablets, and Zydus seeks approval of its ANDA Products and an aqueous oral suspension prepared from its ANDA Products for a use approved for Entresto®. *See e.g.*, ZYDSACVAL0000117-118 at 117-18; ZYDSACVAL0000340-370 at 341-42, 357; ZYDSACVAL0000402-556 at 406-07; ZYDSACVAL0001068 at 1068; ZYDSACVAL0031095-110 at 102-03; ZYDSACVAL0031870-898 at 883; ZYDSACVAL0032043-046 at 2044; ZYDSACVAL0032047-056 at 2051; NPC-VS-016692712-732 at 719-20; NPC-VS-016692733-750 at 740-41.  *See also Pfizer Inc. v. Dr. Reddy's Labs., Ltd.*, 359 F.3d 1361, 1366 (Fed. Cir. 2004) (holding that 35 U.S.C. § 156 "extended the term of the patent for the registered uses of the drug product including its salt esters [*sic*]."); 35 U.S.C. § 156(f) (defining "drug product" as "the active ingredient of a new drug … including any salt or ester of the active ingredient …"); 21 C.F.R. § 60.3(b)(10), (14) (same); 21 U.S.C. § 355(j)(2)(A)(ii) (An ANDA shall contain "information to show that the active ingredients of the new drug are the same as those of the listed drug."); 21 C.F.R. § 314.94(a)(5) (same); *Food and*

*Drug Administration*, "Determining Whether to Submit an ANDA or a 505(b)(2) Application: Guidance for Industry" (May 2019) at 7-8 ("[S]ection 505(j) of the FD&C Act generally requires that a proposed generic drug product demonstrate that it is the same as the RLD with respect to active ingredient(s).  If the active ingredient in an applicant's proposed drug product cannot be demonstrated to be the same as the active ingredient in the RLD . . . , the drug product should not be submitted for approval in an ANDA.").

> **b.  "wherein said (i) . . . and said (ii) . . . are administered in combination"/ "administering . . . the combination of: (i) . . . ; (ii) . . . ; and wherein said components (i) and (ii) are administered in one unit dose form or in two separate unit dose forms"**

The Court has construed the claim term "wherein said (i) . . . and said (ii) . . . are administered in combination" in the '659 patent, claim 1 as "wherein said (i) . . . and said (ii) . . . are administered in combination," and the claim term "administering . . . the combination of: (i) . . . ; (ii) . . . ; and wherein said components (i) and (ii) are administered in one unit dose form or in two separate unit dose forms" in the '331 patent, claim 1 as "administering . . . the combination of: (i) . . . ; (ii) . . . ; and wherein said components (i) and (ii) are administered in one unit dose form or in two separate unit dose forms."  C.A. No. 20-md-2930-LPS, D.I. 295 at 1.  In doing so, the Court rejected Defendants' proposed construction that limited the claims "to the active agents valsartan and sacubitril 'as two separate components'" finding that "a [POSA] would not read the claims as so limited."  C.A. No. 20-md-2930-LPS, D.I. 294 at 5-7.  The Court further acknowledged that "[i]n seeking and obtaining the patent term extension, Novartis represented to the Patent Office that the '659 and '331 patents cover Entresto, a drug consisting solely of non-separate, complexed valsartan and sacubitril."  *Id.* at 6.  "The Court believes that a POSA would give this evidence some weight in understanding how the patentee is using the

claim term in the context of the patent and would find it to support Plaintiff's construction."  *Id.*
at 6-7.

Like the drug substance in Entresto®, ██████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████ because the Court has

held that the claims of the '659 and '331 patents are not limited to "two separate components."

C.A. No. 20-md-2930-LPS, D.I. 294 at 5-6.  As set forth in Novartis's Initial Infringement Chart,

Zydus's ANDA Products thus literally contain "(i) the AT 1-antagonist valsartan or a

pharmaceutically acceptable salt thereof" and "(ii) the NEP inhibitor [sacubitril] . . . or a

pharmaceutically acceptable salt thereof," "wherein said (i) . . . and said (ii) . . . are administered

in combination" as recited in the '659 patent, claim 1, and literally contain "the combination of:

(i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof; (ii) the NEP

inhibitor [sacubitril] . . . or a pharmaceutically acceptable salt thereof; and wherein said

components (i) and (ii) are administered in one unit dose form or in two separate unit dose forms" as recited in the '331 patent, claim 1.  2020-10-20 Initial Infringement Chart at 3-4, 6-8.

To the extent Zydus argues that its ANDA Products do not contain "(i) valsartan or a pharmaceutically acceptable salt thereof" and "(ii) [sacubitril] . . . or a pharmaceutically acceptable salt thereof" in "combination" ███████████████████████████

████████████████████████████████████████████████████████

███ that argument is contrary to the Court's claim construction.  C.A. No. 20-md-2930-LPS, D.I. 294 at 5-7.

Furthermore, ████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████

**c.  "about a 1:1 ratio"**

As explained in Novartis's First Supplemental Response to Defendants' Interrogatory No. 3, "about a 1:1 ratio" recited in claim 1 of the '659 patent refers to a weight ratio.  Zydus's ANDA Products, as well as Novartis's Entresto® products, meet the "about a 1:1 ratio" claim limitation of the '659 patent literally, or if not literally, under the doctrine of equivalents ("DOE"), because each of those products at each of their three dosage strengths (24/26 mg, 49/51 mg and 97/103 mg) contains the claimed active ingredients of valsartan disodium to sacubitril sodium in a weight ratio of 1:0.9, which weight ratio is, and/or is equivalent to, about a 1:1 weight ratio.

73

### i. Literal Infringement

As explained at length in Novartis's First Supplemental Response to Defendants' Interrogatory No. 3, the specification and prosecution history of the '659 patent are clear that the claim limitation "about a 1:1 ratio" refers to a weight ratio, rather than a molar ratio.  The inclusion of the term "about" in "about a 1:1 ratio," moreover, avoids any strict numerical boundary.  *See Cohesive Techs., Inc. v. Waters Corp.*, 543 F.3d 1351, 1368 (Fed. Cir. 2008) ("When 'about' is used as part of a numeric range, the use of the word 'about,' avoids a strict numerical boundary to the specified parameter.  Its range must be interpreted in its technologic and stylistic context."); *Roche Diagnostics Operations, Inc. v. Abbott Diabetes Care*, 667 F.Supp. 2d 429, 441 (D. Del. 2009) (construing "about" according to its ordinary and accepted meaning of "approximately").  During claim construction proceedings in this case, Defendants did not identify "about a 1:1 ratio" as a claim element requiring construction, let alone advocate a strict numerical construction of that claim element.  Nothing in the specification or prosecution history of the '659 patent warrants limiting the claim element "about a 1:1 ratio" to a strict numerical boundary, either.  Given the clear purpose of the subject matter claimed by the '659 patent—providing a pharmaceutical composition of the combination of valsartan (or a pharmaceutically acceptable salt thereof) and sacubitril (or a pharmaceutically acceptable salt thereof) for therapeutic use—the literal scope of "about a 1:1 ratio" includes numerical variation.

The numerical variation permitted by the literal scope of "about a 1:1 ratio" encompasses at least those values included by rounding up or down to the significant figures used in the claims, *i.e.*, 1:0.5 to 1:1.4, even if the word "about" were not present.  *See Allergan, Inc. v. Teva Pharms. USA, Inc.*, No. 15-1455, 2016 U.S. Dist. LEXIS 171886, at *54 (E.D. Tex. Dec. 13, 2016) (construing the claimed numeric values 0.05% and 1.25% to encompass, respectively, 0.045% to 0.054% and 1.245% to 1.254%, given the number of significant figures used in the

74

claims, and "even without the need to add an additional range to account for the term 'about.'").

*See also San Huan New Materials High Tech., Inc. v. Int'l Trade Comm'n*, 161 F.3d 1347, 1361

(Fed. Cir. 1998) ("It was not shown to be error, legal or scientific, for the Commission to

recognize these limits of accuracy, and to round the measured weight percentages to the nearest

integer."); *U.S. Phillips Corp. v. Iwasaki Elec. Co.*, 505 F.3d 1371, 1377-78 (Fed. Cir. 2007)

(Where a claim recited "'1' with no decimal point …, the claim language provide[d] no basis for

inferring any level of precision beyond the single digit '1,'" *i.e.*, a recited amount of "1" was not

limited to "1.0."); *Rsch. Found. State Univ. N.Y. v. Mylan Pharms., Inc.*, 809 F. Supp. 2d 296,

331 (D. Del. 2011), *aff'd in relevant part*, 531 F. App'x 1008, 1011 (Fed. Cir. 2013) (finding

literal infringement based in part on the observation that, "after rounding, three of the 31 patients

in the pivotal PK study had measured concentrations of between [the claimed range of] 0.3 and

0.8 µg/ml at all measured times").

The numerical variation permitted by the literal scope of "about a 1:1 ratio" also

encompasses ratios of valsartan and sacubitril in both their free acid and pharmaceutically

acceptable salt forms, because the claims of the '659 patent expressly recite both forms, and

because the claims of the '659 patent cover Entresto®, which comprises the combination of the

salts valsartan disodium and sacubitril sodium.  *See, e.g.*, NPC-VS-016692712-732 at 720

(Entresto® February 2021 package insert depicting a compound in the form of a complex

comprising a valsartan anion, sacubitril anion and sodium cations in a 1:1:3 molar ratio); NPC-

VS-016692733-750 at 741 (Entresto® October 2019 packing insert depicting same compound).

In that connection, the Court in its July 8, 2021 Markman decision acknowledged and construed

the claims of the '659 patent consistently with Novartis's representation in its application for

patent term extension ("PTE") that the claims of the '659 patent cover Entresto®.  C.A. No. 20-

md-2930-LPS, D.I. 294 at 6.  Entresto® includes as its active ingredient LCZ696, a compound

wherein valsartan disodium and sacubitril sodium are present in a 1:1 molar ratio.  The molecular

weight of valsartan disodium is 479.5 g/mol.; the molecular weight of sacubitril sodium is 433.5

g/mol; LCZ696 thus contains valsartan disodium and sacubitril sodium in a 1:0.9 weight ratio.

Novartis's PTE representation that the claims of the '659 patent cover Entresto® thus makes clear

that the literal scope of "about a 1:1 ratio" encompasses at least a 1:0.9 weight ratio of valsartan

disodium to sacubitril sodium, as is present in Entresto®.



Like Entresto®, ███████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

████████████████████████████████████"

████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

████████████████████████████████████████████ This is because the

claims of the '659 patent are directed to pharmaceutical compositions, and pharmaceutical

compositions by nature display some degree of non-uniformity in terms of the amount of active

ingredients they contain.  *See, e.g.*, *Allergan, Inc.*, 2016 U.S. Dist. LEXIS 171886, at *55-56

("Extrinsic evidence offered in this case indicates that a person of skill in the pharmaceutical arts

would understand that generally accepted standards for the manufacture and sale of drugs

tolerate small degrees of variations or ranges in component concentrations and small amounts of

impurities, while regarding the drugs as still being the same product."). ██████



██ *Sunovion Pharms., Inc. v. Teva Pharms. USA, Inc.*, 731 F.3d 1271, 1278 (Fed. Cir. 2013)

("[I]f a product that an ANDA applicant is asking the FDA to approve for sale falls within the

scope of an issued patent, a judgment of infringement must necessarily ensue.").

    Entresto® Oral Suspension is prepared from Entresto® tablets and contains the same ratio

of valsartan disodium to sacubitril sodium as Entresto® tablets.  *See, e.g.*, NPC-VS-016692712-

732 at 713-14; NPC-VS-016692733-750 at 734-35.  Likewise ██████████

### ii. Infringement Under Doctrine Of Equivalents

    Even if a ratio of 1:0.9 is not literally "about a 1:1 ratio," a ratio of 1:0.9 still meets the

claim limitation "about a 1:1 ratio" under the DOE.

    A DOE analysis is performed on a claim element-by-claim element basis.  *Warner-

Jenkinson Co. v. Hilton Davis Chem. Co.*, 520 U.S. 17, 40 (1997).  Infringement under the DOE

occurs when an element of the accused product, although not literally the same as a claimed

element, (i) is insubstantially different from the claimed element (the "insubstantial differences

test"; or (ii) performs substantially the same function in substantially the same way to obtain the

same result as the claimed element (the "FWR test").  *Mylan Institutional LLC v. Aurobindo*

*Pharma Ltd.*, 857 F.3d 858, 866-67 (Fed. Cir. 2017).  The insubstantial differences test may be more suitable than the FWR test for determining equivalence in the chemical arts.  *Id.* at 869.

Under either the insubstantial differences test or the FWR test, a ratio of 1:0.9 meets the "about a 1:1 ratio" limitation under the DOE.

### 1.  Insubstantial Differences Test

The specific claim element to which DOE should be applied is "about a 1:1 ratio." Zydus's ANDA Products, and Entresto®, contain a 1:0.9 ratio of valsartan disodium to sacubitril sodium.

A POSA would understand that the claim element "about a 1:1 weight ratio" includes approximately equal doses of valsartan and sacubitril, as are present in Entresto®.  Because the pharmaceutically acceptable salts of valsartan and sacubitril weigh more than valsartan and sacubitril in their free acid form, the weight ratios of the salts will differ from the weight ratios of the free acids, even when both the salts and the free acids provide the same doses of valsartan and sacubitril.  For example, ███████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

███████████████▌ ██████████████████████████████████

| | | | | |
|---|---|---|---|---|
| ████ | ████ | ████ | ████ | ████ |
| ███████████ | ███ | ███ | ████ | █████ |
| ██████ | | █████ | ████ | ██████ |
| █████ | | █████ | ██████ | ██████ |
| █████ | | ██████ | | █████ |

Regardless of whether the free acids or the salts are used, the weight ratio of valsartan to sacubitril moieties in the resulting pharmaceutical compositions is 1:0.94, which is "about a 1:1 ratio."  The presence of the two sodium cations in valsartan disodium and one sodium cation in sacubitril sodium shifts the weight ratio to 1:0.9.  But a 1:0.9 ratio of valsartan disodium to

sacubitril sodium corresponding to the 24/26 mg, 49/51 mg, and 97/103 mg doses, if not literally "about a 1:1 ratio," is insubstantially different from "about a 1:1 ratio" of valsartan free acid to sacubitril free acid corresponding to those doses, because it contains the same number of valsartan to sacubitril moieties as "about a 1:1 ratio" of valsartan free acid to sacubitril free acid. The difference between the two weight ratios is due simply to the different number of sodium cations associated with valsartan and sacubitril.



## 2. FWR Test

The FWR test is less well suited to determining equivalence in the chemical arts, because function, way and result with respect to chemical compounds can be difficult to define, and because parts of the test can overlap. *See Mylan Institutional LLC*, 857 F.3d at 869. That is true here. The function of the "about a 1:1 ratio" claim element is to provide valsartan and sacubitril in approximately equal doses; the way in which that function is accomplished is by incorporating approximately equal amounts of valsartan (or a pharmaceutically acceptable salt thereof) and sacubitril (or a pharmaceutically acceptable salt thereof) in the claimed pharmaceutical composition. As shown by Zydus's proposed package inserts and the Entresto® package insert, Zydus's ANDA Products and Entresto® perform that function in that way: Zydus's ANDA Products and Entresto® provide valsartan and sacubitril in approximately equal doses (24/26 mg, 49/51 mg, and 97/103 mg) by incorporating valsartan disodium and sacubitril sodium in a weight ratio of 1:0.9 in the claimed pharmaceutical composition. *See, e.g.*, ZYDSACVAL0031870-898 at 875, 883, 893; NPC-VS-016692712-732 at 714, 719-20, 729; NPC-VS-016692733-750 at 735, 740-41, 748.

Moreover, with respect to the results and way portions of the FWR test, the 1:0.9 ratio of valsartan disodium to sacubitril sodium in Zydus's ANDA Products and in Entresto® produces the same results in the same way as an exact 1:1 ratio of valsartan disodium to sacubitril sodium, as discussed above in connection with the "insubstantial differences" test. ██████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████

████████████████████████

### 3. Prosecution History Estoppel Does Not Foreclose Application Of DOE To "About A 1:1 Ratio"

Nothing in the prosecution of the '659 patent forecloses application of the DOE to the "about a 1:1 ratio" claim element. Any amendment or argument made during prosecution concerning the "about a 1:1 ratio" claim element was merely tangential to the patentability of the claims of the '659 patent and to the asserted equivalent here, *i.e.*, a weight ratio of 1:0.9.

The '659 patent claims recite pharmaceutical compositions comprising valsartan (or a pharmaceutically acceptable salt thereof) and sacubitril (or a pharmaceutically acceptable salt thereof). During prosecution, the Examiner rejected the claims as obvious, *inter alia*, over U.S. Patent No. 5,217,996 ("Ksander"). As the '659 patent applicants argued during prosecution, Ksander does not disclose valsartan or a pharmaceutically acceptable salt thereof. That omission in Ksander alone would have foreclosed a finding of obviousness, with or without any further limitation on the ratio of valsartan to sacubitril. *See, e.g.*, *Bio-Rad Labs., Inc. v. 10X Genomics Inc.*, 967 F.3d 1353, 1364-66 (Fed. Cir. 2020) (affirming district court's refusal to apply prosecution history estoppel where the applicants' reason for amending the claims to recite "non-flourinated microchannels" was to distinguish prior art requiring functional amounts of fluorine in microchannels, and thus was tangential to the asserted equivalent, *i.e.*, microchannels including a negligible, non-functional amount of fluorine).

## II.    '938 And '134 Patents

### a.  "trisodium [sacubitril-valsartan] hemipentahydrate"

#### i.  Literal Infringement

As explained in Novartis's First Supplemental Response to Defendants' Interrogatory No. 3, claim 1 of the '938 patent and claim 1 of the '134 patent recite the compound trisodium [sacubitril-valsartan] hemipentahydrate, and a method of treatment using that compound.  These claims, however, do not expressly recite a polymorph of that compound, *i.e.*, a particular crystalline form resulting from one of at least two different arrangements of the molecules of the compound.[1]  Thus, claim 1 of the '938 patent encompasses any polymorph of the compound trisodium [sacubitril-valsartan] hemipentahydrate in crystalline form.  And claim 1 of the '134 patent encompasses any form of the compound trisodium [sacubitril-valsartan] hemipentahydrate.  Dependent claims 2–9 and 11 of the '938 patent and dependent claims 2–12 and 14–15 of the '134 patent further recite certain characterization data for that compound and compositions containing that compound; these claims, however, are not limited to a single polymorph of the compound trisodium [sacubitril-valsartan] hemipentahydrate.



Thus, Zydus's ANDA Products contain the compound

---

[1] During claim construction, Defendants did not propose a claim construction that limits, nor does the Court's claim construction limit, the claim term "trisodium [sacubitril-valsartan] hemipentahydrate" to a single polymorph.

trisodium [sacubitril-valsartan] in crystalline form.  Novartis therefore contends that Zydus's ANDA Products contain trisodium [sacubitril-valsartan] hemipentahydrate in crystalline form and literally infringe at least claims 1 and 11 of the '938 patent and the use of Zydus's ANDA Products literally infringes at least claims 1, 2, 4, and 5 of the '134 patent, as will be further explained and demonstrated during expert discovery.  Novartis refers to its Initial Infringement Chart Against Zydus dated October 20, 2020, to describe how the other elements of those claims are met by Zydus's ANDA Products.

### ii.  Infringement Under Doctrine Of Equivalents

Even if claims 1 and 11 of the '938 patent and claims 1, 2, 4, and 5 of the '134 patent are limited to a single crystalline polymorph of the compound trisodium [sacubitril-valsartan] hemipentahydrate represented by the single crystal structure reported in the '938 and '134 patent specification, the trisodium [sacubitril-valsartan] hemipentahydrate in Zydus's ANDA Products would meet the claim limitation "trisodium [sacubitril-valsartan] hemipentahydrate" under the DOE.

A DOE analysis is performed on a claim element-by-claim element basis.  *Warner-Jenkinson Co. v. Hilton Davis Chem. Co.*, 520 U.S. 17, 40 (1997).  Infringement under the DOE occurs when an element of the accused product, although not literally the same as a claimed element, (i) is insubstantially different from the claimed element (the "insubstantial differences test"); or (ii) performs substantially the same function in substantially the same way to obtain the same result as the claimed element (the "FWR test").  *Mylan Institutional LLC v. Aurobindo*

*Pharma Ltd.*, 857 F.3d 858, 866-67 (Fed. Cir. 2017).  The insubstantial differences test may be more suitable than the FWR test for determining equivalence in the chemical arts.  *Id.* at 869.

Under either the insubstantial differences test or the FWR test, the trisodium [sacubitril-valsartan] hemipentahydrate in Zydus's ANDA Products meets the "trisodium [sacubitril-valsartan] hemipentahydrate" limitation under DOE.

### 1.  <u>Insubstantial Differences Test</u>

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████

A POSA would understand that the purpose of the recited "trisodium [sacubitril-valsartan] hemipentahydrate" is to provide a dual-acting compound containing the neutral endopeptidase ("NEP") inhibitor sacubitril and angiotensin receptor blocker ("ARB") valsartan linked via non-covalent bonding, which "form[s] a unique molecular entity for the treatment of patients" with hypertension or heart failure and is useful for manufacturing applications.  '938 patent, col. 1, ll. 18-32, col. 5, ll. 22-29, col. 16, l. 65-col. 17, l. 3.  A POSA would further understand that the recited dual-acting compound "trisodium [sacubitril-valsartan] hemipentahydrate" contains sacubitril in anionic form, valsartan in anionic form, sodium cations, and water molecules in a 1:1:3:2.5 molar ratio.  *See, e.g.*, '938 patent, col. 15, l. 61-col. 16, l. 45.

████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████

█████████████████████████████████████████████████████

██████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████

█████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████

---

[2] Entresto® tablets contain a combination in the form of "a complex comprised of anionic forms of sacubitril and valsartan, sodium cations, and water molecules in the molar ratio of 1:1:3:2.5, respectively," referred to herein as LCZ696, and thus contains "trisodium [sacubitril-valsartan] hemipentahydrate" as recited in the claims of the '938 and '134 patents.  *See, e.g.*, NPC-VS-016692712-732 at 719-20; NPC-VS-016692733-750 at 740-41; *see also* NPC-VS-001702613-674 at 618-22, 642-43; NPC-VS-011927080-102 at 7084, 7095-99 (providing IR, TGA, and single crystal data for LCZ696 corresponding to data disclosed in the'938 patent specification at columns 18-19 and 29-30).

## 2. **FWR Test**

The FWR test is less well suited to determining equivalence in the chemical arts, because function, way and result with respect to chemical compounds can be difficult to define, and because parts of the test can overlap. *See Mylan Institutional LLC*, 857 F.3d at 869.  That is true here.  The function of the "trisodium [sacubitril-valsartan] hemipentahydrate" claim element is to provide a dual-acting compound containing the neutral endopeptidase NEP inhibitor sacubitril and ARB valsartan. '938 patent, col. 1, ll. 18-32, col. 5, ll. 22-29.  The way in which that function is accomplished is by providing a dual-acting compound containing sacubitril and valsartan linked via non-covalent bonding.  '938 patent, col. 1, ll. 18-32, col. 16, l. 65-col. 17, l. 3.  And the result is a dual-acting compound that "can form a unique molecular entity [comprising sacubitril and valsartan] for the treatment of patients" with hypertension or heart failure and that is useful for manufacturing applications.  '938 patent, col. 1, ll. 18-32, col. 5, ll. 22-29, col. 16, l. 65-col. 17, l. 3.

██████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████



### 3. Prosecution History Estoppel Does Not Foreclose Application Of DOE To "Trisodium [Sacubitril-Valsartan] Hemipentahydrate"

Nothing in the prosecution of the '938 or '134 patent forecloses application of the DOE to other polymorphs of the recited "trisodium [sacubitril-valsartan] hemipentahydrate."  During prosecution, Novartis did not amend claim 1 of the '938 patent or claim 1 of the '134 limiting "trisodium [sacubitril-valsartan] hemipentahydrate" to a single polymorph.  Nor did Novartis argue that "trisodium [sacubitril-valsartan] hemipentahydrate" was limited to a single polymorph to overcome an examiner rejection.

### b. Claims 2 And 5-10 Of The '938 Patent And Claims 8-15 Of The '134 Patent

Novartis hereby withdraws its infringement contentions against Zydus with respect to claims 2 and 5-10 of the '938 patent and claims 8-15 of the '134 patent.  For the avoidance of doubt, the withdrawal of those particular infringement contentions in no way impacts Novartis's assertions that Zydus infringes claims 1-4 of the '659 patent, claims 1, 2, and 5-8 of the '331 patent, claims 1, 3, 4, and 11 of the '938 patent, and claims 1, 2 and 4-7 of the '134 patent, as set forth in Novartis's Initial Infringement Chart Against Zydus, dated October 20, 2020, and as further supplemented above.

**NOVARTIS'S SECOND SUPPLEMENTAL**
**INFRINGEMENT CONTENTIONS AGAINST ZYDUS**

Novartis served its Initial Infringement Chart Against Zydus on October 20, 2020, and its First Supplemental Infringement Contentions Against Zydus on August 30, 2021, which Novartis incorporates here in their entirety. Novartis supplements its Initial Infringement Chart and First Supplemental Infringement Contentions as follows:

**I.    '938 And '134 Patents**

The Court construed "trisodium [sacubitril-valsartan] hemipentahydrate in crystalline form" recited in claim 1 of the '938 patent and "trisodium [sacubitril-valsartan] hemipentahydrate" recited in claims 5-11 and 13-15 of the '134 patent as "substantially pure trisodium [sacubitril-valsartan] hemipentahydrate in crystalline form." C.A. No. 20-md-2930-LPS, D.I. 295 at 2. However, "trisodium [sacubitril-valsartan] hemipentahydrate" recited in claims 1 and 4 of the '134 patent is not limited to "substantially pure" or crystalline trisodium [sacubitril-valsartan] hemipentahydrate. *Id.* As explained in Novartis's First Supplemental Response to Defendants' Interrogatory No. 3 dated August 26, 2021, "substantially pure" refers to at least 90% chemical purity. *See also* '938 patent, col. 6, ll. 15-18.

Zydus's ANDA Products contain "substantially pure" trisodium [sacubitril-valsartan] hemipentahydrate for the following reasons. As explained in Novartis's First Supplemental Infringement Contentions, the trisodium [sacubitril-valsartan] in Zydus's ANDA Products contains 2.5 water molecules—*i.e.*, it is a hemipentahydrate—and is in crystalline form. Defendants admit that "crystalline material is, by definition, substantially pure." C.A. No. 20-md-2930-LPS, D.I. 253 at 66, 80. Thus, the trisodium [sacubitril-valsartan] hemipentahydrate in crystalline form in Zydus's ANDA Products is substantially pure.

Zydus's ANDA specifications further require that there be less than 10% by weight of chemical impurities of trisodium [sacubitril-valsartan] hemipentahydrate in Zydus's drug substance and ANDA Products.  *See, e.g.*, ZYDSACVAL0000340-370 at 356-58, 361-66; ZYDSACVAL0000402-556 at 418-19, 505-13; ZYDSACVAL0031557-564 at 560-64; ZYDSACVAL0032043-046 at 2044-46; ZYDSACVAL0032047-056 at 2050-51, 2053-54; ZYDSACVAL0032177-179 at 177-79; ZYDSACVAL0032180-181 at 180-81; ZYDSACVAL0032182-190 at 184-85, 187-90; ZYDSACVAL0032201-204 at 201-03; ZYDSACVAL0032339-342 at 341-42.  Thus, Zydus's ANDA requires that its ANDA Products contain substantially pure trisodium [sacubitril-valsartan] hemipentahydrate.  *See Sunovion Pharms., Inc. v. Teva Pharms. USA, Inc.*, 731 F.3d 1271, 1278 (Fed. Cir. 2013) ("[I]f a product that an ANDA applicant is asking the FDA to approve for sale falls within the scope of an issued patent, a judgment of infringement must necessarily ensue.").

Novartis disagrees with Defendants that "substantially pure" may refer to polymorphic purity, isomeric purity, or some combination of chemical, polymorphic, and/or isomeric purity.  *See* Novartis's Second Supplemental Responses to Defendants' First Set of Interrogatories at 202-03 (citing 2020-12-04 Joint Invalidity Contentions at 239).  However, even if "substantially pure" refers to polymorphic purity, isomeric purity, or some combination of chemical, polymorphic, and/or isomeric purity, Zydus's ANDA Products also contain trisodium [sacubitril-valsartan] hemipentahydrate that is substantially polymorphically pure, substantially isomerically pure, and a combination of substantially chemically, polymorphically, and isomerically pure.  The trisodium [sacubitril-valsartan] hemipentahydrate in crystalline form in Zydus's ANDA Products is substantially polymorphically pure.  Zydus's ANDA specifications also require that there be less than 10% by weight of chemical impurities, including isomeric impurities, of

90

trisodium [sacubitril-valsartan] hemipentahydrate in Zydus's drug substance and ANDA Products. *See, e.g.*, ZYDSACVAL0000340-370 at 356-58, 361-66; ZYDSACVAL0000402-556 at 418-19, 505-13; ZYDSACVAL0031557-564 at 560-64; ZYDSACVAL0032043-046 at 2044-46; ZYDSACVAL0032047-056 at 2050-51, 2053-54; ZYDSACVAL0032177-179 at 177-79; ZYDSACVAL0032180-181 at 180-81; ZYDSACVAL0032182-190 at 184-85, 187-90; ZYDSACVAL0032201-204 at 201-03; ZYDSACVAL0032339-342 at 341-42. Thus, Zydus's ANDA Products contain "substantially pure" trisodium [sacubitril-valsartan] hemipentahydrate in crystalline form, regardless of whether "substantially pure" refers to chemical purity, polymorphic purity, isomeric purity, or some combination of chemical, polymorphic, and/or isomeric purity.

For these reasons and the reasons set forth in Novartis's Initial Infringement Chart and First Supplemental Infringement Contentions, Zydus infringes claims 1, 3, 4, and 11 of the '938 patent and claims 1, 2, and 4-7 of the '134 patent.

<div align="center">*     *     *</div>

Novartis reserves the right to supplement its contentions as discovery proceeds, as Zydus develops and discloses its non-infringement case, and as additional facts are ascertained. Novartis further reserves the right to rely on expert testing, which will be disclosed during expert discovery according to the schedule entered by the Court.

VENABLE LLP

Dated: September 17, 2021_____          /s/ Jared L. Stringham_____
                                        Christopher E. Loh
                                        Jared L. Stringham
                                        Gregory J. Manas
                                        1290 Avenue of the Americas
                                        New York, New York 10104
                                        (212) 218-2100
                                        cloh@venable.com
                                        jlstringham@venable.com
                                        gjmanas@venable.com

                                        Daniel M. Silver (#4758)
                                        Alexandra M. Joyce (#6423)
                                        MCCARTER & ENGLISH, LLP
                                        Renaissance Centre
                                        405 N. King Street, 8th Floor
                                        Wilmington, Delaware 19801
                                        (302) 984-6300
                                        dsilver@mccarter.com
                                        ajoyce@mccarter.com

                                        *Attorneys for Plaintiff Novartis*
                                        *Pharmaceuticals Corporation*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true copy of Plaintiff's Second Supplemental

Infringement Contentions Against Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Ltd.

were caused to be served by email this 17th day of September 2021, upon the following:

> Adam Wyatt Poff
> Beth A. Swadley
> YOUNG, CONAWAY, STARGATT & TAYLOR LLP
> Rodney Square
> 1000 North King Street
> Wilmington, DE 19801
> (302) 571-6600
> apoff@ycst.com
> bswadley@ycst.com
>
> Of Counsel:
>
> Michael J. Gaertner
> James T. Peterka
> Nina Vachhani
> LOCKE LORD LLP
> 111 South Wacker Drive
> Chicago, IL 60606
> (312) 443-0700
> mgaertner@lockelord.com
> jpeterka@lockelord.com
> nvachhani@lockelord.com
>
> Zhibin Li
> LOCKE LORD LLP
> Brookfield Place, 200 Vesey Street
> New York, NY 10281
> (646) 217-7897
> zhibin.li@lockelord.com
>
> *Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Ltd.*

/s/ Jared L. Stringham
Jared L. Stringham

# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | MDL No. 20-2930-LPS<br><br>**HIGHLY CONFIDENTIAL —<br>ATTORNEYS' EYES ONLY** |
| NOVARTIS PHARMACEUTICALS<br>CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC., DR.<br>REDDY'S LABORATORIES, LTD., HETERO USA<br>INC., HETERO LABS LIMITED, HETERO LABS<br>LIMITED UNIT III, MSN PHARMACEUTICALS<br>INC., MSN LABORATORIES PRIVATE LIMITED,<br>MSN LIFE SCIENCES PRIVATE LIMITED,<br>NOVUGEN PHARMA (MALAYSIA) SDN. BHD.,<br>ZYDUS PHARMACEUTICALS (USA) INC.,<br>CADILA HEALTHCARE LTD.,<br><br>Defendants. | C.A. No. 19-2053-LPS<br><br>**HIGHLY CONFIDENTIAL —<br>ATTORNEYS' EYES ONLY** |

**ZYDUS PHARMACEUTICALS (USA) INC. AND CADILA HEALTHCARE LIMITED'S
SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO NOVARTIS'S
SECOND SET OF INTERROGATORIES (NOS. 3-5)**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Zydus

Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited (collectively, "Zydus") provide their

second supplemental objections and responses to Novartis Pharmaceuticals Corporation's

("Novartis") Second Set of Interrogatories (Nos. 3-5) ("Interrogatories") as follows:

## PRELIMINARY STATEMENT

Zydus hereby incorporates the Preliminary Statement set forth in Zydus's Objections and Responses to Novartis's First Set of Interrogatories (Nos. 1-2), served on October 22, 2020, as if fully set forth herein.

## GENERAL OBJECTIONS

Zydus hereby incorporates the General Objections set forth in Zydus's Objections and Responses to Novartis's First Set of Interrogatories (Nos. 1-2), served on October 22, 2020, as if fully set forth herein.

## OBJECTIONS TO DEFINITIONS

Zydus hereby incorporates Zydus's Objections to Definitions set forth in Zydus's Objections and Responses to Novartis's First Set of Requests for the Production of Documents and Things (Nos. 1-14), served on September 28, 2020, and Zydus's Objections to Definitions set forth in Zydus's Objections and Responses to Novartis's Second and Third Sets of Requests for the Production of Documents and Things (Nos. 15-61 and Nos. 62-74, respectively), served on October 2, 2020, as if fully set forth herein.

## OBJECTIONS TO INSTRUCTIONS

Zydus hereby incorporates the Objections to Instructions set forth in Zydus's Objections and Responses to Novartis's First Set of Interrogatories (Nos. 1-2), served on October 22, 2020, as if fully set forth herein.

## OBJECTIONS AND RESPONSES TO INTERROGATORIES

Zydus incorporates its Preliminary Statement, General Objections, Objections to Definitions, and Objections to Instructions into its Responses to each and every one of the Interrogatories.  Zydus's Responses to each and every Interrogatory are subject to, and not a

waiver of Zydus's Preliminary Statement, General Objections, Objections to Definitions, and

Objections to Instructions.

## INTERROGATORY NO. 3

State in detail all bases for Zydus's contentions, on a claim-by-claim, element-by-element basis, that the manufacture, use (by Zydus or others, including physicians and/or patients), sale, or offer for sale in the United States or importation into the United States of Zydus's ANDA Products will not infringe the Asserted Claims, including but not limited to those contentions stated in Zydus's Notice Letter and/or Zydus's Answer, including but not limited to identifying all documents, witnesses and other information on which Zydus will rely to support those contentions, and identifying the individuals knowledgeable about the bases for those contentions.

## RESPONSE:

Zydus objects to this Interrogatory as seeking information regarding multiple, discrete

subparts in a single interrogatory.  Zydus further objects to this Interrogatory as overly broad,

unduly burdensome, and seeking information that is neither relevant to any party's claims or

defenses nor proportional to the needs of this case, at least with respect to "[s]tate in detail all

bases for Zydus's contentions, on a claim-by-claim, element-by-element basis, that the

manufacture, use (by Zydus or others, including physicians and/or patients), sale, or offer for sale

in the United States or importation into the United States of Zydus's ANDA Products will not

infringe the Asserted Claims" and "including but not limited to identifying all documents,

witnesses and other information on which Zydus will rely to support those contentions, and

identifying the individuals knowledgeable about the bases for those contentions."  Zydus further

objects to this Interrogatory as vague, ambiguous, and failing to identify the information

requested with reasonable particularity, at least with respect to "[s]tate in detail all bases for

Zydus's contentions, on a claim-by-claim, element-by-element basis, that the manufacture, use

(by Zydus or others, including physicians and/or patients), sale, or offer for sale in the United

States or importation into the United States of Zydus's ANDA Products will not infringe the

Asserted Claims" and "including but not limited to identifying all documents, witnesses and

other information on which Zydus will rely to support those contentions, and identifying the individuals knowledgeable about the bases for those contentions." Zydus further objects to this Interrogatory to the extent that it seeks information protected from discovery by the attorney-client privilege, the work-product doctrine, and/or any other privilege or immunity. Zydus further objects to this Interrogatory to the extent that it seeks information regarding expert discovery in advance of dates provided in the Court's Scheduling Order (D.I. 102). Zydus further objects to this Interrogatory to the extent it seeks information that is already in Novartis's possession, custody, or control or has already been provided to Novartis. Zydus further objects to this Interrogatory as seeking information unreasonably cumulative or duplicative or obtainable from some other source that is more convenient, less burdensome, or less expensive. Zydus further objects to this Interrogatory to the extent it seeks Zydus's bases for noninfringement under the doctrine of equivalents as Novartis has not articulated any substantive theory of infringement under the doctrine of equivalents. Zydus further objects to this Interrogatory to the extent it seeks information related to infringement contentions that failed to identify specifically where each limitation of each asserted claim is found within each accused product. *See Tech. Props. Ltd., LLC v. Samsung Elecs*. Co., Ltd., 114 F. Supp. 3d 842, 852 (N.D. Cal. 2015); *see also Wi-Lan Inc. v. Vizio, Inc.*, Nos. 1:15-cv-0379-LPS, 1:15-cv-00788-LPS (ntl), 2018 WL 669730 at *1 (D. Del. Jan. 26, 2018) (stating that while "Plaintiff need not in its contentions actually prove its infringement case," "[i]nfringement contentions must serve the purpose of providing notice to Defendants of Plaintiff's infringement theories beyond that which is provided by the mere language of the patent.").

Subject to and without waiving any of its general and specific objections, Zydus responds: Zydus hereby incorporates by reference ████████████████████

███ Zydus's investigation regarding this matter is ongoing and reserves its rights to supplement its response to this Interrogatory.

**FIRST SUPPLEMENTAL RESPONSE:**

Zydus incorporates its responses and objections to Interrogatory No. 3 above.

Subject to and without waiving any of its general or specific objections, Zydus further responds as follows: Zydus hereby provides its initial noninfringement claim charts below. Zydus's investigation regarding this matter is ongoing and Zydus reserves its rights to supplement its response to this Interrogatory. Zydus will provide expert reports consistent with the Court's Scheduling Order.

As set forth below in Zydus's initial noninfringement claim charts, Zydus's sacubitril/valsartan tablets, 24 mg/26 mg, 49 mg/51 mg, and 97 mg/103 mg, which are the subject of ANDA No. 213719 ("Zydus's proposed ANDA product") will not infringe, directly or indirectly, any asserted claim of the '659, '331, '938, and '134 patents, either literally or under the doctrine of equivalents.

Zydus maintains that all of the asserted claims of the patents-in-suit are invalid, and thus not infringed because a party cannot be liable for infringement of an invalid claim.

As the patentee, Novartis has the burden of proof to establish that Zydus's proposed ANDA product meets each and every limitation of the asserted claims, either literally or under the doctrine of equivalents. Novartis has not and cannot meet that burden. Zydus does not admit to infringement of any claim.

As further set forth below, Zydus's proposed ANDA product does not literally infringe the asserted claims of the '659, '331, '938, and '134 patents because Zydus's proposed ANDA product does not meet one or more of the limitations of the asserted claims. Zydus's proposed ANDA product also does not infringe the asserted claims of the '659, '331, '938, and '134

patents under the doctrine of equivalents due to one or more of the limitations of this doctrine,

including, but not limited to: (1) the all-elements rule; (2) the doctrine of claim vitiation; (3) the

disclosure-dedication rule; (4) doctrine of prosecution history estoppel; (5) the insubstantial

differences and/or function-way-result tests; and (6) the encompassing prior art rule.

Furthermore, Zydus does not directly infringe the asserted method claims of the '331 and

'134 patents because Zydus does not treat any condition or disease or administer any

pharmaceutical compound or composition.  Zydus does not indirectly infringe the asserted

method claims of the '331 and '134 patents because Zydus does not induce or contribute to

infringement of the asserted claims.  As set forth below, no actor will practice all steps of the

claimed methods in the asserted claims, and there can be no indirect infringement in the absence

of direct infringement.

**A. Zydus's initial noninfringement claim chart for the '659 patent**

| | Claim limitations | Non-Infringement Position |
|---|---|---|
| 1. | A pharmaceutical composition comprising: | |
| | (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof; | |
| | (ii) the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester or (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or a pharmaceutically acceptable salt thereof; and | |
| | (iii) a pharmaceutically acceptable carrier; | |
| | wherein said (i) AT 1-antagonist valsartan or pharmaceutically acceptable salt thereof and said (ii) NEP inhibitor N-(3-carboxy-1- | ██████████████████████ |

| Claim limitations | Non-Infringement Position |
|---|---|
| oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester or (2R,4S)-5-biphenyl-4-yl-4(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or pharmaceutically acceptable salt thereof, are administered in combination in about a 1:1 ratio. |  |
| 2. | The pharmaceutical composition of claim 1, wherein said (i) AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and said (ii) NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino- | |

| Claim limitations | Non-Infringement Position |
|---|---|
| 2R-methylbutanoic acid ethyl ester or (2R,4S)-5-biphenyl-4-yl-4(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or pharmaceutically acceptable salt thereof are administered in amounts effective to treat hypertension or heart failure. | ████████████████████████ ████████████ |
| 3. The pharmaceutical composition of claim 1 wherein (ii) said NEP inhibitor is N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester. | ██████████ ██████████████████████ |
| 4. The pharmaceutical composition of claim 3 in the form of a capsule or tablet. | ██████████████ ██████████████████████ |

**B. Zydus's initial noninfringement claim chart for the '331 patent**

| Claim limitations | Non-Infringement Position |
|---|---|
| 1. A method for the treatment of a condition or disease selected from the group consisting of hypertension and heart failure, | ████████████████████████ ██████████████ |

| Claim limitations | Non-Infringement Position |
|---|---|
| | █████████████████ |
| | ████████████████████████████ |
| comprising administering to a patient in need thereof a therapeutically effective amount of the combination of:<br><br>(i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof;<br><br>(ii) the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester or a pharmaceutically acceptable salt thereof, or (2R,4S)-5-biphenyl-4-yl-4(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or a pharmaceutically acceptable salt thereof; and<br><br>wherein said components (i) and (ii) are administered in one unit dose form or in two separate unit dose forms. | ████████████████████████████ |

| Claim limitations | Non-Infringement Position |
|---|---|
| | |
| 2. The method of claim 1 wherein components (i) and (ii) are administered in one unit dose form. | |
| 5. The method of claim 1 wherein the condition or disease is heart failure. | |
| 6. The method of claim 2, wherein the one unit dosage form is for oral administration. | |
| 7. The method of claim 2, wherein the one unit dosage form is a tablet or capsule. | |

10

| Claim limitations | Non-Infringement Position |
|---|---|
| | ███████████████<br>███████████ |
| 8. | The method of claim 7, wherein the tablet is a coated tablet. | ██████████<br><br>███████████████████ |

**C.  Zydus's initial noninfringement claim chart for the '938 patent**



| Claim limitations | Non-Infringement Position |
|---|---|
| 1. | Trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate] hemipentahydrate in crystalline form. | ███████████████████████ |

| Claim limitations | Non-Infringement Position |
|---|---|
| | ████████████████████ |
| **2.** The compound of claim 1 | ████ |
| | ████████████████ |
| having the sum formula $C_{48}H_{55}N_6O_8Na_3 \bullet 2.5\ H_2O$ and being | ████████████ |


| Claim limitations | Non-Infringement Position |
|---|---|
| in the form of an asymmetric unit comprising six $C_{48}H_{55}N_6O_8Na_3$ ● 2.5 $H_2O$ formula units. | |
| | |
| | |
| | |
| 3. | The compound of claim 1 | |

| Claim limitations | Non-Infringement Position |
|---|---|
| characterized by an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers $(cm^{-1})(\pm 2\ cm^{-1})$:<br><br>1711 (st), 1637 (st), 1597 (st) and 1401 (st). | |
| 4. | The compound of claim 3 | |

| Claim limitations | Non-Infringement Position |
|---|---|
| | ████████████████████████ |
| characterized by an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers $(cm^{-1})(\pm 2\ cm^{-1})$:<br><br>2956 (w), 1711 (st), 1637 (st), 1597 (st), 1488 (w), 1459 (m), 1401 (st), 1357 (w), 1295 (m), 1266 (m), 1176 (w), 1085 (m), 1010 (w), 942 (w), 907 (w), 862 (w), 763 (st), 742 (m), 698 (m), 533 (st). | ████████████████████████ |

| Claim limitations | Non-Infringement Position |
|---|---|
| | ███ |
| 5. The compound of claim 1 | ████████ |
| characterized by an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals:<br><br>d in [Å] (±0.1 Å): 21.2(s), 17.0(w), 7.1(s), 5.2(w), 4.7(w), 4.6(w), 4.2(w), 3.5(w), 3.3(w). | ████████ |

| Claim limitations | Non-Infringement Position |
|---|---|
| | ██████████████████████████ ████████ |
| 6. The compound of claim 1 | ████████████ |
| | ████████████████████████████████ ████████████████████████████████ ██████████████████████████ ██████████████████████████████ |
| characterized by an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals:<br><br>2θ in [°] 4.5, 5.5, 5.6, 9.9, 12.8, 15.7, 17.0, 17.1, 17.2, 18.3, 18.5, 19.8, 21.5, 21.7, 23.2, 23.3, 24.9, 25.3, 27.4, 27.9, 28.0, 30.2. | ██████████████████████████████ ████████████████████████████ ██████████████████████████ ██████████████████████ |
| | ██████████████████████████████ ████████████████████████████ ██████████████████████████████ ████████████████████████████ █████████████████████████ |
| | ████████████████████████████ ██████████████████████████████ ████████████████████████████ |

| | Claim limitations | Non-Infringement Position |
|---|---|---|
| | | ██████████████████████ ███████ |
| 7. | The compound of claim 1 | ████████████ |
| | | ██████████████████████ ██████████████████████ ██████████████████████ ██████████████████████ ██████████████████████ |
| | in the form of a monoclinic unit cell, wherein its cell content comprises twelve formula units of $C_{48}H_{55}N_6O_8Na_3 \bullet 2.5\ H_2O$. | ██████████████████████ ██████████████████████ ██████████████████████ ██████████████████████ ██████████████████████ ██████████████████████ ██████████████████████ ██████████████████████ ██████████████████████ ██████████████████████ ██████████████████████ ██████████████████████ ██████████████████████ |

| Claim limitations | Non-Infringement Position |
|---|---|
| | ██████ |
| | ████████████████████████ |
| 8. The compound of claim 7 | ████████████ |
| | ███████████████████████ |
| in the form of a monoclinic unit cell, wherein the cell content of the monoclinic unit cell comprises two asymmetric units on two-fold positions. | ███████████████████████ |
| | ███████████████████████ |
| | ███████████████████████ |

| Claim limitations | Non-Infringement Position |
|---|---|
| | ██████ |
| 9. The compound of claim 7 | ████████████ ████████████████████████ |
| wherein the monoclinic unit cell has a P2i space group. | ████████████████████████ ████████████████████████ ████████████████████████ |
| 10. The compound of claim 1 | ██████████ ████████████████████████ ████████████████████████ |

| Claim limitations | Non-Infringement Position |
|---|---|
| **characterized by** | |



sum formula     $C_{48}H_{51}N_6O_8Na_3 \cdot 2.5H_2O$
molecular mass     957.99
crystal colour     colourless
crystal shape     tabular, hexagonal
crystal system     monoclinic
space group     $P2_1$
Cell parameters     $a = 20.344$ Å
    $b = 42.018$ Å
    $c = 20.374$ Å
    $\alpha = 90°$
    $\beta = 119.29°$
    $\gamma = 90°$
volume of unit cell     15190.03 Å³
Z (the number of asymmetric units in the unit cell)     2
calculated density     1.26845 g/cm3.

sum formula     $C_{48}H_{51}N_6O_8Na_3 \cdot 2.5H_2O$
molecular mass     957.99
crystal colour     colourless
crystal shape     tabular, hexagonal
crystal system     monoclinic
space group     $P2_1$
Cell parameters     $a = 20.344$ Å
    $b = 42.018$ Å
    $c = 20.374$ Å
    $\alpha = 90°$
    $\beta = 119.29°$
    $\gamma = 90°$
volume of unit cell     15190.03 Å³
Z (the number of asymmetric units in the unit cell)     2
calculated density     1.26845 g/cm3.

| Claim limitations | Non-Infringement Position |
|---|---|
| |  |
| 11. A pharmaceutical composition comprising an effective amount of the compound of claim 1 and at least one pharmaceutically acceptable additive. | |

**D. Zydus's initial noninfringement claim chart for the '134 patent**

| Claim limitations | Non-Infringement Position |
|---|---|
| 1. A method for treatment of a cardiovascular condition or disease, wherein the cardiovascular condition or disease is heart failure or hypertension, in a patient in need thereof comprising administering to the patient a therapeutically effective amount of trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate. |  |

| Claim limitations | | Non-Infringement Position |
|---|---|---|
| | |  |

| Claim limitations | Non-Infringement Position |
|---|---|
| | ■■■■■■■■■ |
| 2. The method according to claim 1, wherein the heart failure is chronic heart failure. | ■■■■■■■■■ |
| 4. The method according to claim 1, | ■■■■■■■■■ |
| wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is administered in the form of a pharmaceutical composition. | ■■■■■■■■■ |

24

| Claim limitations | Non-Infringement Position |
|---|---|



| Claim limitations | Non-Infringement Position |
|---|---|
| 5. The method according to claim 1, | ███████████ |
| | ██████████████████████████ |
| wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is in the crystalline form. | ██████████████████████████ |

| Claim limitations | Non-Infringement Position |
|---|---|
| | ███████████████████<br>███████████<br><br>███████████████████<br>████████<br><br>██████████████████<br>██████<br><br>███████████████████<br>███████████████████<br>█████ |
| 6. The method according to claim 5, | ██████<br><br>███████████████████<br>███████████<br><br>█████ |
| wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is characterized by an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) | ████████████████<br>██████<br><br>█████ |

| Claim limitations | Non-Infringement Position |
|---|---|
| spectrum having the following absorption bands expressed in reciprocal wave numbers (cm−1)(±2 cm−1): 1711 (st), 1637 (st), 1597 (st) and 1401 (st). | |



| Claim limitations | Non-Infringement Position |
|---|---|
| | |
| 7. The method according to claim 5, | |
| wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is characterized by an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers (cm−1)(±2 cm−1): 2956 (w), 1711 (st), 1637 (st), 1597 (st), 1488 (w), 1459 (m), 1401 (st), 1357 (w), 1295 (m), 1266 (m), 1176 (w), 1085 (m), 1010 (w), 942(w), 907 (w), 862 (w), 763 (st), 742 (m), 698 (m), 533 (st). | |

| Claim limitations | Non-Infringement Position |
|---|---|
| |  |

| Claim limitations | Non-Infringement Position |
|---|---|
| | ████████████████████ |
| **8.** The method according to claim 5, | ████████████████ |
| wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is characterized by an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals:<br><br>d in [Å] (±0.1 Å): 21.2(s), 17.0(w), 7.1(s), 5.2(w), 4.7(w), 4.6(w), 4.2(w), 3.5(w), 3.3(w). | ████████████████ |

| Claim limitations | Non-Infringement Position |
|---|---|



| Claim limitations | | Non-Infringement Position |
|---|---|---|
| | | ████████████████████ |
| 9. | The method according to claim 5, | ████████ |
| | | ███████████████████████ |
| | wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is characterized by an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals, 2θ in [°]) (±0.2°) 4.5, 5.5, 5.6, 9.9, 12.8, 15.7, 17.0, 17.1, 17.2, 18.3, 18.5, 19.8, 21.5, 21.7, 23.2, 23.3, 24.9, 25.3, 27.4, 27.9, 28.0, 30.2. | ████████████████████████ |
| | | ████████████████████████ |

| Claim limitations | Non-Infringement Position |
|---|---|
| | |
| 10. | The method according to claim 5, |

| Claim limitations | Non-Infringement Position |
|---|---|
| |  |
| wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is in the form of a monoclinic unit cell, wherein its cell content comprises twelve formula units of C48H55N6O8Na3.2.5H2O. | |

| Claim limitations | Non-Infringement Position |
|---|---|
|  |  |
| 11. | The method according to claim 10, |  |



| Claim limitations | Non-Infringement Position |
|---|---|
| wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is in the form of a monoclinic unit cell, wherein the cell content of the monoclinic unit cell comprises two asymmetric units on two-fold positions. | |

| Claim limitations | Non-Infringement Position |
|---|---|
| | ███████████ |
| **12.** The method according to claim 10, | ███████████ |

| Claim limitations | Non-Infringement Position |
|---|---|
| wherein the monoclinic unit cell has a P21 space group. | ███████████████████ |
| 13. | The method according to claim 5, | ████████ |

| Claim limitations | Non-Infringement Position |
|---|---|
| wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is characterized by sum formula C48H55N6O8Na3.2.5H2O molecular mass 957.99 crystal colour colourless crystal shape tabular: hexagonal crystal system monoclinic space group P21 Cell parameters a=20.344 Å b=42.018 Å c=20.374 Å α=90 0 β=119.29 γ=90 o volume of unit cell 15190.03 Å3 Z (the number of asymmetric units in the unit cell) 2 calculated density 1.26845 g/cm3. |  |

| | Claim limitations | Non-Infringement Position |
|---|---|---|
| | | ███████ |
| 14. | The method according to claim 5, | ███████ |

| Claim limitations | Non-Infringement Position |
|---|---|
| | ■■■■■■■ |
| wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate has the sum formula $C_{48}H_{55}N_6O_8Na_3.2.5H_2O$ and is in the form of an asymmetric unit comprising six $C_{48}H_{55}N_6O_8Na_3.2.5H_2O$ formula units. | ■■■■■■■ |

| Claim limitations | Non-Infringement Position |
|---|---|
| | ██████████████ |
| 15. | The method according to claim 5, |

| Claim limitations | Non-Infringement Position |
|---|---|
| |  |
| wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is characterized by an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer comprising the following interlattice plane intervals, 2e in [° ]) (±0.2°) 4.5, 5.6, 12.8, 17.0, 17.2, 19.8, 21.5, 27.4. | |

| Claim limitations | | Non-Infringement Position |
|---|---|---|
| | |  |

**SECOND SUPPLEMENTAL RESPONSE:**

Zydus incorporates its original and first supplemental objections and responses to Interrogatory No. 3 above.

Subject to and without waiving any of its general or specific objections, Zydus further responds as follows:  Zydus hereby provides its second amended noninfringement claim charts below, and Zydus incorporates the claim charts in its first supplemental objections and responses

to Interrogatory No. 3 above.  Zydus incorporates by reference all objections and responses to noninfringement contention interrogatories served upon Novartis involving the '659, '331, '938, and/or '134 patents.  Zydus further incorporates by reference its objections and responses to Novartis's first set of requests for admission (Nos. 1-50) dated October 20, 2021.  Zydus's investigation regarding this matter is ongoing and Zydus reserves its rights to supplement its response to this Interrogatory.  Zydus will provide expert reports consistent with the Court's Scheduling Order.

### A. Zydus's second supplemental noninfringement claim chart for the '659 patent

| Claim limitations | Non-Infringement Position |
|---|---|
| 1. A pharmaceutical composition comprising: | |
| (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof; | |

| Claim limitations | Non-Infringement Position |
|---|---|
| | ██████████████████████████ ████████████████████████ ██████████████████████████████ ████████████████████████████ ██████████ ████████████████████████████████ ████████████████████████████ █████████████████████████████ ██████████████████████████████ ███████████████████ ██████████ |
| (ii) the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester or (2R,4S)-5-biphenyl-4-yl-4(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or a pharmaceutically acceptable salt thereof; and | ████████████████████████████ ██████████ - - - ██ █ ██████████████ █ ████ ██████████ ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████ ████████████████ ████████████████████████████ ██████████████████████████████ █████████████████ ████████████ ████████████████████████ |

| Claim limitations | Non-Infringement Position |
|---|---|
|  | ███████████████████ |
|  | █████████████████████████ |
| (iii) a pharmaceutically acceptable carrier; |  |
| wherein said (i) AT 1-antagonist valsartan or pharmaceutically acceptable salt thereof and said (ii) NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester or (2R,4S)-5-biphenyl-4-yl-4(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or pharmaceutically acceptable salt thereof, are administered in combination in about a 1:1 ratio. | ███████████████████████████ |

| Claim limitations | Non-Infringement Position |
|---|---|
|  | |

| Claim limitations | Non-Infringement Position |
|---|---|
| | ███████████<br>███████████████████████████<br>███████████████████████████<br>███████████████████████████<br>███████████████████████████<br>███████████████████████████<br>███████████████████████████<br>███████████████████████████<br>███████████████████████████ |
| 2. The pharmaceutical composition of claim 1, wherein said (i) AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof and said (ii) NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester or (2R,4S)-5-biphenyl-4-yl-4(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or pharmaceutically acceptable salt thereof are administered in amounts effective to treat hypertension or heart failure. | ██████████<br>████████████████████████<br>████████████████████████<br>████████████████████████<br>████████████████████████<br>████████████████ |
| 3. The pharmaceutical composition of claim 1 wherein (ii) said NEP inhibitor is N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester. | █████████<br>███████████████████████<br>███████████████████████<br>███████████████████████<br>███████████████████████ |
| 4. The pharmaceutical composition of claim 3 in the form of a capsule or tablet. | ████████████<br>█████████████████████ |

| Claim limitations | Non-Infringement Position |
|---|---|
|  |  |

**B. Zydus's second supplemental noninfringement claim chart for the '331 patent**

| | Claim limitations | Non-Infringement Position |
|---|---|---|
| 1. | A method for the treatment of a condition or disease selected from the group consisting of hypertension and heart failure, | |
| | comprising administering to a patient in need thereof a therapeutically effective amount of the combination of: (i) the AT 1-antagonist valsartan or a pharmaceutically acceptable salt thereof; (ii) the NEP inhibitor N-(3-carboxy-1-oxopropyl)-(4S)-(p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester or a | |

| Claim limitations | Non-Infringement Position |
|---|---|
| pharmaceutically acceptable salt thereof, or (2R,4S)-5-biphenyl-4-yl-4(3-carboxy-propionyl amino)-2-methyl-pentanoic acid or a pharmaceutically acceptable salt thereof; and<br><br>wherein said components (i) and (ii) are administered in one unit dose form or in two separate unit dose forms. |  |

| Claim limitations | Non-Infringement Position |
|---|---|
| |  |

| Claim limitations | Non-Infringement Position |
|---|---|
| | ███████████████████████ |
| 2. The method of claim 1 wherein components (i) and (ii) are administered in one unit dose form. | ██████████████████████████████ |
| 5. The method of claim 1  wherein the condition or disease is heart failure. | ██████████████████████████████ |
| 6. The method of claim 2, wherein the one unit dosage form is for oral administration. | ██████████████████████████████ |
| 7. The method of claim 2, wherein the one unit dosage form is a tablet or capsule. | ██████████████████████████████ |

| Claim limitations | Non-Infringement Position |
|---|---|
| |  |
| 8. The method of claim 7, wherein the tablet is a coated tablet. | |

C. **Zydus's second supplemental noninfringement claim chart for the '938 patent**

| Claim limitations | Non-Infringement Position |
|---|---|
| 1. Trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate] hemipentahydrate in crystalline form. | |

| Claim limitations | Non-Infringement Position |
|---|---|
| |  |

| Claim limitations | Non-Infringement Position |
|---|---|
| |  |

| Claim limitations | Non-Infringement Position |
|---|---|
| | ███████████████████ |
| **3.** The compound of claim 1 | ███████ |

| Claim limitations | Non-Infringement Position |
|---|---|
| characterized by an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers $(cm^{-1})(\pm 2\ cm^{-1})$:<br><br>1711 (st), 1637 (st), 1597 (st) and 1401 (st). | |
| 4. | The compound of claim 3 |

| Claim limitations | Non-Infringement Position |
|---|---|
| |  |
| characterized by an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers $(cm^{-1})(\pm 2 \ cm^{-1})$:<br><br>2956 (w), 1711 (st), 1637 (st), 1597 (st), 1488 (w), 1459 (m), 1401 (st), 1357 (w), 1295 (m), 1266 (m), 1176 (w), 1085 (m), 1010 (w), 942 (w), 907 (w), 862 (w), 763 (st), 742 (m), 698 (m), 533 (st). |  |

| Claim limitations | Non-Infringement Position |
|---|---|
| |  |
| 11. A pharmaceutical composition comprising an effective amount of the compound of claim 1 and at least one pharmaceutically acceptable additive. | |

**D. Zydus's second supplemental noninfringement claim chart for the '134 patent**

| Claim limitations | Non-Infringement Position |
|---|---|
| 1. A method for treatment of a cardiovascular condition or disease, wherein the cardiovascular condition or disease is heart failure or hypertension, in a patient in need thereof comprising administering to the patient a therapeutically effective amount of trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate. | |

| Claim limitations | Non-Infringement Position |
|---|---|
|  | |

| Claim limitations | Non-Infringement Position |
|---|---|
| | ████████████████████████ |
| | ████████████████████████ |
| | ████████████████████████ |
| | ████████████████████████ |

| Claim limitations | Non-Infringement Position |
|---|---|
| | ███████████████████████ |

| Claim limitations | Non-Infringement Position |
|---|---|
|  |  |
| 2. The method according to claim 1, wherein the heart failure is chronic heart failure. |  |
| 4. The method according to claim 1, |  |
| wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is administered in the form of a pharmaceutical composition. |  |

| Claim limitations | Non-Infringement Position |
|---|---|
| | ██████████ |
| | ████████████████ |
| 5. The method according to claim 1, | ████████ |

| Claim limitations | Non-Infringement Position |
|---|---|
| | ████████████████████████ |
| wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is in the crystalline form. | ████████████████████████ |

| | Claim limitations | Non-Infringement Position |
|---|---|---|
| | | ███████████ |
| 6. | The method according to claim 5, | ███████████ |
| | wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is characterized by an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in | ███████████ |

| Claim limitations | Non-Infringement Position |
|---|---|
| reciprocal wave numbers (cm−1)(±2 cm−1): 1711 (st), 1637 (st), 1597 (st) and 1401 (st). |  |

| Claim limitations | Non-Infringement Position |
|---|---|
| | ███████████████ |
| 7. | The method according to claim 5, |
| wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipenta hydrate is characterized by an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in reciprocal wave numbers (cm−1)(±2 cm−1): 2956 (w), 1711 (st), 1637 (st), 1597 (st), 1488 (w), 1459 (m), 1401 (st), 1357 (w), 1295 (m), 1266 (m), 1176 (w), 1085 (m), 1010 (w), 942(w), 907 (w), 862 (w), 763 (st), 742 (m), 698 (m), 533 (st). | |

| Claim limitations | Non-Infringement Position |
|---|---|
| |  |

| Claim limitations | Non-Infringement Position |
|---|---|
| | ██████████████████████████ |
| | ████████████████████████████████ |

## INTERROGATORY NO. 4

State in detail all bases for Zydus's contentions, on a claim-by-claim, element-by-element basis, that upon approval, Zydus will not induce the infringement of the Asserted Method Claims by manufacturing, selling, or offering for sale in the United States or importing into the United States Zydus's ANDA Products, including but not limited to those contentions stated in Zydus's Notice Letter and/or Zydus's Answer, including but not limited to identifying all documents, witnesses and other information on which Zydus will rely to support those contentions, and identifying the individuals knowledgeable about the bases for those contentions.

## RESPONSE:

Zydus objects to this Interrogatory as seeking information regarding multiple, discrete subparts in a single interrogatory.  Zydus further objects to this Interrogatory as overly broad, unduly burdensome, and seeking information that is neither relevant to any party's claims or defenses nor proportional to the needs of this case, at least with respect to "[s]tate in detail all bases for Zydus's contentions, on a claim-by-claim, element-by-element basis, that upon approval, Zydus will not induce the infringement of the Asserted Method Claims by manufacturing, selling, or offering for sale in the United States or importing into the United States Zydus's ANDA Products" and "including but not limited to identifying all documents, witnesses and other information on which Zydus will rely to support those contentions, and identifying the individuals knowledgeable about the bases for those contentions."  Zydus further objects to this Interrogatory as vague, ambiguous, and failing to identify the information

72

requested with reasonable particularity, at least with respect to "[s]tate in detail all bases for Zydus's contentions, on a claim-by-claim, element-by-element basis," "upon approval," "induce the infringement of the Asserted Method Claims by manufacturing, selling, or offering for sale in the United States or importing into the United States Zydus's ANDA Products" and "including but not limited to identifying all documents, witnesses and other information on which Zydus will rely to support those contentions, and identifying the individuals knowledgeable about the bases for those contentions."  Zydus further objects to this Interrogatory to the extent that it seeks information protected from discovery by the attorney-client privilege, the work-product doctrine, and/or any other privilege or immunity.  Zydus further objects to this Interrogatory to the extent that it seeks information regarding expert discovery in advance of dates provided in the Court's Scheduling Order (D.I. 102).  Zydus further objects to this Interrogatory to the extent it seeks information that is already in Novartis's possession, custody, or control or has already been provided to Novartis.  Zydus further objects to this Interrogatory as seeking information unreasonably cumulative or duplicative or obtainable from some other source that is more convenient, less burdensome, or less expensive.  Zydus further objects to this Interrogatory to the extent it seeks Zydus's bases for noninfringement under the doctrine of equivalents as Novartis has not articulated any substantive theory of infringement under the doctrine of equivalents. Zydus further objects to this Interrogatory to the extent it seeks information related to infringement contentions that failed to identify specifically where each limitation of each asserted claim is found within each accused product.  *See Tech. Props. Ltd., LLC v. Samsung Elecs*. Co., Ltd., 114 F. Supp. 3d 842, 852 (N.D. Cal. 2015); *see also Wi-Lan Inc. v. Vizio, Inc.*, Nos. 1:15-cv-0379-LPS, 1:15-cv-00788-LPS (ntl), 2018 WL 669730 at *1 (D. Del. Jan. 26, 2018) (stating that while "Plaintiff need not in its contentions actually prove its infringement

case," "[i]nfringement contentions must serve the purpose of providing notice to Defendants of

Plaintiff's infringement theories beyond that which is provided by the mere language of the

patent."). Zydus further objects to this Interrogatory as duplicative of Interrogatory No. 3.

Subject to and without waiving any of its general and specific objections, Zydus

responds: Zydus hereby incorporates by reference ████████████████████████

████ Zydus's investigation regarding this matter is ongoing and reserves its rights to

supplement its response to this Interrogatory.

**FIRST SUPPLEMENTAL RESPONSE:**

Zydus incorporates its responses and objections to Interrogatory No. 4 above.

Subject to and without waiving any of its general or specific objections, Zydus further

responds as follows:  Zydus hereby incorporates Zydus's responses to Novartis's Interrogatory

No. 3.  Zydus's investigation regarding this matter is ongoing and reserves its rights to

supplement its response to this Interrogatory.  Zydus will provide expert reports consistent with

the Court's Scheduling Order.

**INTERROGATORY NO. 5**

State in detail all bases for Zydus's contentions, on a claim-by-claim, element-by-element
basis, that upon approval, Zydus will not contributorily infringe the Asserted Method Claims by
offering to sell or selling within the United State or importing into the United States Zydus's
ANDA Products, including but not limited to those contentions stated in Zydus's Notice Letter
and/or Zydus's Answer, including but not limited to identifying all documents, witnesses and
other information on which Zydus will rely to support those contentions, and identifying the
individuals knowledgeable about the bases for those contentions.

**RESPONSE:**

Zydus objects to this Interrogatory as seeking information regarding multiple, discrete

subparts in a single interrogatory.  Zydus further objects to this Interrogatory as overly broad,

unduly burdensome, and seeking information that is neither relevant to any party's claims or

defenses nor proportional to the needs of this case, at least with respect to "[s]tate in detail all

bases for Zydus's contentions, on a claim-by-claim, element-by-element basis, that upon approval, Zydus will not contributorily infringe the Asserted Method Claims by offering to sell or selling within the United State or importing into the United States Zydus's ANDA Products" and "including but not limited to identifying all documents, witnesses and other information on which Zydus will rely to support those contentions, and identifying the individuals knowledgeable about the bases for those contentions."  Zydus further objects to this Interrogatory as vague, ambiguous, and failing to identify the information requested with reasonable particularity, at least with respect to "[s]tate in detail all bases for Zydus's contentions, on a claim-by-claim, element-by-element basis," "upon approval," "contributorily infringe the Asserted Method Claims by offering to sell or selling within the United State or importing into the United States Zydus's ANDA Products" and "including but not limited to identifying all documents, witnesses and other information on which Zydus will rely to support those contentions, and identifying the individuals knowledgeable about the bases for those contentions."  Zydus further objects to this Interrogatory to the extent that it seeks information protected from discovery by the attorney-client privilege, the work-product doctrine, and/or any other privilege or immunity.  Zydus further objects to this Interrogatory to the extent that it seeks information regarding expert discovery in advance of dates provided in the Court's Scheduling Order (D.I. 102).  Zydus further objects to this Interrogatory to the extent it seeks information that is already in Novartis's possession, custody, or control or has already been provided to Novartis.  Zydus further objects to this Interrogatory as seeking information unreasonably cumulative or duplicative or obtainable from some other source that is more convenient, less burdensome, or less expensive.  Zydus further objects to this Interrogatory to the extent it seeks Zydus's bases for noninfringement under the doctrine of equivalents as Novartis has not

articulated any substantive theory of infringement under the doctrine of equivalents.  Zydus further objects to this Interrogatory to the extent it seeks information related to infringement contentions that failed to identify specifically where each limitation of each asserted claim is found within each accused product.  *See Tech. Props. Ltd., LLC v. Samsung Elecs*. Co., Ltd., 114 F. Supp. 3d 842, 852 (N.D. Cal. 2015); *see also Wi-Lan Inc. v. Vizio, Inc.*, Nos. 1:15-cv-0379-LPS, 1:15-cv-00788-LPS (ntl), 2018 WL 669730 at *1 (D. Del. Jan. 26, 2018) (stating that while "Plaintiff need not in its contentions actually prove its infringement case," "[i]nfringement contentions must serve the purpose of providing notice to Defendants of Plaintiff's infringement theories beyond that which is provided by the mere language of the patent.").  Zydus further objects to this Interrogatory as duplicative of Interrogatory No. 3.

Subject to and without waiving any of its general and specific objections, Zydus responds: Zydus hereby incorporates by reference ███████████████████████ ████  Zydus's investigation regarding this matter is ongoing and reserves its rights to supplement its response to this Interrogatory.

**FIRST SUPPLEMENTAL RESPONSE:**

Zydus incorporates its responses and objections to Interrogatory No. 5 above.

Subject to and without waiving any of its general or specific objections, Zydus further responds as follows:  Zydus hereby incorporates Zydus's responses to Novartis's Interrogatory No. 3.  Zydus's investigation regarding this matter is ongoing and reserves its rights to supplement its response to this Interrogatory.  Zydus will provide expert reports consistent with the Court's Scheduling Order.

Dated:  October 20, 2021

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Beth A. Swadley*
Adam W. Poff (#3990)
Beth A. Swadley (#6331)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
bswadley@ycst.com

*Of counsel*
Michael J. Gaertner
James T. Peterka
Nina Vachhani
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700

Zhibin Li
LOCKE LORD LLP
Brookfield Place, 200 Vesey Street
New York, New York 10281
646-217-7897

*Attorneys for Zydus Pharmaceuticals (USA)*
*Inc. and Cadila Healthcare Limited*

## **CERTIFICATE OF SERVICE**

I, Beth A. Swadley, Esquire, hereby certify that on October 20, 2021, I caused a true and correct copy of the foregoing document to be served on the following counsel of record in the manner indicated:

**BY EMAIL:**

>Daniel M. Silver
>Alexandra M. Joyce
>MCCARTER & ENGLISH, LLP
>Renaissance Centre
>405 N King Street, 8ᵗʰ Floor
>Wilmington, DE 19801
>dsilver@mccarter.com
>ajoyce@mccarter.com
>
> Jared L. Stringham
>Gregory J. Manas
>VENABLE LLP
>1290 Avenue of the Americas
>New York, New York 10104
>jlstringham@venable.com
>gjmanas@venable.com
>
>*Attorneys for Plaintiff*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Beth A. Swadley*
Adam W. Poff (No. 3990)
Beth A. Swadley (No. 6331)
Rodney Square
1000 N. King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
bswadley@ycst.com

*Attorneys for Zydus Pharmaceuticals (USA) Inc.*
*and Cadila Healthcare Limited*

Dated: October 20, 2021

# EXHIBIT 6



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE ENTRESTO (SACUBITRIL/VALSARTAN) PATENT LITIGATION | ) ) ) ) ) | MDL No. 20-2930-LPS **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, NOVUGEN PHARMA (MALAYSIA) SDN. BHD., ZYDUS PHARMACEUTICALS (USA) INC., CADILA HEALTHCARE LTD., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-2053-LPS **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |
| Defendants. | ) ) |


**SUPPLEMENTAL OPENING EXPERT REPORT**
**OF ADAM J. MATZGER, PH.D. AGAINST ZYDUS**
**PHARMACEUTICALS (USA) INC. AND CADILA HEALTHCARE LTD.**

## <u>TABLE OF CONTENTS</u>

I.     INTRODUCTION AND BACKGROUND ..................................................... 1

II.    EXPERIENCE AND QUALIFICATIONS ................................................... 2

III.   THE ASSERTED PATENTS AND CLAIMS .............................................. 4
      A.    The '938 Patent Claims ................................................................ 7
      B.    The '134 Patent Claims ................................................................ 7

IV.   LEGAL STANDARDS .............................................................................. 8

V.    CLAIM CONSTRUCTION ...................................................................... 10

VI.   THE PERSON OF ORDINARY SKILL IN THE ART ............................ 12

VII.  SUMMARY OF OPINIONS .................................................................... 14

VIII. BACKGROUND OF RELEVANT TECHNOLOGY ............................... 15
      A.    Solid-State Forms ....................................................................... 15
      B.    X-ray Diffraction ....................................................................... 16
      C.    Infrared Spectroscopy ............................................................... 17
      D.    Thermogravimetric Analysis .................................................... 18

      E.

## I.   INTRODUCTION AND BACKGROUND

1.      I, Adam J. Matzger, Ph.D., have been retained as an expert witness in this case on behalf of plaintiff Novartis Pharmaceuticals Corporation ("Novartis").

2.      I understand that Defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Ltd. (collectively, "Zydus") submitted Abbreviated New Drug Application No. 213719 ("Zydus's ANDA") to the United States Food and Drug Administration ("FDA") seeking approval to market a generic version of Novartis's Entresto® (sacubitril/valsartan) products (24/26 mg, 49/51 mg, and 97/103 mg tablets) ("Entresto® Products").  In this report, I refer to these proposed generic products as "Zydus's ANDA Products."

3.      I also understand that Zydus's ANDA Products will include a package insert containing information and instructions for physicians, caregivers, and/or patients.  Counsel for Novartis has informed me that Zydus's currently proposed label is ZYDSACVAL0031870-98 ("Zydus's Label"), revised 4/2020.

4.      I understand that Novartis has sued Zydus in the United States District Court for the District of Delaware for infringement of United States Patent No. 8,877,938 ("the '938 patent") and United States Patent No. 9,388,134 ("the '134 patent").

5.      ███████████████████████████████████████████ ███████████████████████████████████████████ ███████████████████████████████████████████ ████████████████████████████████████████ ██████

6.      I have been asked by counsel for Novartis to determine whether Zydus has

infringed[1] or will infringe ████████████████████████████████

████████████████████████████████████████

7.      If asked to testify at trial as an expert witness, I expect to testify regarding the

matters described in this report and any related issues.  I may also provide testimony rebutting

any opinions on these matters expressed by experts retained on behalf of Zydus.

8.      For my time spent on this matter, I am being compensated at my customary rate

of $800 per hour.  My compensation is in no way contingent upon the opinions I provide or the

outcome of this litigation.

## II.    **EXPERIENCE AND QUALIFICATIONS**

9.      Attached as Exhibit A is my curriculum vitae which summarizes my education,

experience, and expertise.

10.      I am currently the Charles G. Overberger Collegiate Professor of Chemistry in the

College of Literature, Science and the Arts and a Professor of Macromolecular Science and

Engineering in the College of Engineering, both at the University of Michigan, where I have held

the title of Professor since 2009.  At the University of Michigan, I teach courses at the

undergraduate level in the area of organic chemistry and at the graduate level teach classes about

spectroscopic characterization of organic molecules, polymer chemistry, and also a course on

solid-state chemistry with a large component on structure and X-ray diffraction analysis.

11.      I am also President and CEO of ChemXLerate LLC, a company that provides

analytical services primarily in the area of pharmaceutical solid forms.  My work with

ChemXLerate encompasses polymorph, hydrate, and salt form production as well as

---

[1] Counsel for Novartis has informed me that it is an act of infringement to file an ANDA seeking
FDA approval to market a drug or for use of that drug that is covered by a patent.

2

characterization by techniques including X-ray diffraction (*e.g.*, X-ray powder diffraction (XRPD)), thermal analysis (*e.g.*, thermogravimetric analysis (TGA)), and vibrational spectroscopy (*e.g.*, infrared (IR) spectroscopy).

12.     I obtained my B.A. in Chemistry from Oberlin College in 1992 and obtained my Ph.D. in Chemistry from the University of California at Berkeley in 1997.  My doctoral thesis encompasses synthetic, theoretical, and structural studies on dehydrobenzoanulenes and phenylenes, and included extensive analytical work using different techniques such as X-ray diffraction, vibrational spectroscopy, thermal analysis, nuclear magnetic resonance spectroscopy, and electron microscopy.

13.     After obtaining my Ph.D. in 1997, I conducted postdoctoral research at the California Institute of Technology (Caltech), involving fundamental studies of crystallization with a strong emphasis on multicomponent crystallization.  I then joined the University of Michigan in 2000 as Assistant Professor of Chemistry and of Macromolecular Science and Engineering.

14.     I have published over 200 papers in peer reviewed journals.  The vast majority of my publications relate to polymorphism, crystal structure, or solvates/cocrystals and the characterization of those compounds by techniques including X-ray diffraction, thermal analysis, and vibrational spectroscopy.  My work has garnered over 19,000 citations from other researchers around the world.  As part of my current research, and dating back to the start of graduate school, I have been involved in the synthesis of organic molecules, including using novel synthetic approaches to assemble complex products.  This work has frequently involved using techniques that are used in attempting to form pharmaceutical salts, including purification

3

and crystallization.  Solid form characterization, in particular of pharmaceutical solids, is the longest running theme in my research program at the University of Michigan.

15.     I have received various awards and honors related to my work in solid-state chemistry, including the ACS Akron Section Award, Imes and Moore Faculty Award, American Association for the Advancement of Science Fellow, and Alfred P. Sloan Foundation Research Fellow.  I have also served as an associate editor for the journal *Crystal Growth and Design* of the American Chemical Society and as a member of the Editorial Advisory Board of the *Journal of Pharmaceutical Sciences*.  I have also been awarded numerous patents by the U.S. Patent and Trademark Office, including several directed to crystalline materials.

16.     A list of the matters in which I have testified as an expert at trial or at deposition in the past four years is attached to this report as Exhibit B.

17.     ███████████████████████████████████████████
███████████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████████
██████████████

## III.   THE ASSERTED PATENTS AND CLAIMS

18.     ████████████████████████████████████████
█████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████

19.     The specification for the '938 and '134 patents discloses, among other things, the novel compound trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate (referred to herein as "trisodium [sacubitril-valsartan] hemipentahydrate").  '938 patent at 16:7-12.  The chemical name "3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate" refers to sacubitril in anionic form, meaning sacubitril has a negative charge, and the chemical name "(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate" refers to valsartan in dianionic form, meaning valsartan has two negative charges.  The terms "trisodium" and "hemipentahydrate" refer to the ratios of sodium cations (three) and water molecules (two and a half), respectively, relative to the sacubitril and valsartan anions.  Thus, the compound trisodium [sacubitril-valsartan] hemipentahydrate comprises sacubitril in anionic form, valsartan in dianionic form, sodium cations, and water molecules in a 1:1:3:2.5 molar ratio.

20.     A POSA would understand that the term "hemipentahydrate" or 2.5 water molecules in the compound trisodium [sacubitril-valsartan] hemipentahydrate in crystalline form refers to the relative molar ratio of water molecules to other components in the compound. However, water molecules exist in whole numbers; as a result, a POSA would understand that the term "hemipentahydrate" indicates that a ratio of five water molecules to two trisodium [sacubitril-valsartan] is present, with one or more water molecules being shared between two trisodium [sacubitril-valsartan].  Similarly, a ratio of 10 water molecules to four trisodium [sacubitril-valsartan] may be present or a ratio of 15 water molecules to six trisodium [sacubitril-valsartan] may be present.

21.     A simplified structure of trisodium [sacubitril-valsartan] hemipentahydrate is set forth below.  '938 patent at 16:13-45.



22.     The specification of the '938 and '134 patents explains that "[f]or the purpose of the present invention, the term 'compound' is intended to describe a chemical substance comprising covalent bonds within the two pharmaceutically active agents, the ARB [valsartan] and the NEPi [sacubitril] molecular moieties, and non-covalent interactions between these two pharmaceutically active agents, the ARB and the NEPi molecular moieties."  '938 patent at 6:30-35.  The non-covalent interactions include hydrogen bonding between the valsartan and sacubitril molecular moieties and ionic bonds between the sodium cations and one or both of the valsartan and sacubitril molecular moieties.  '938 patent at 6:36-40.

23.     The specification for the '938 and '134 patents further explains that trisodium [sacubitril-valsartan] hemipentahydrate may be a "supramolecular complex," which describes "an interaction between the two pharmaceutically active agents, the cations and any other entity

6

present such as a solvent, in particular water, by means of noncovalent, intermolecular bonding between them." '938 patent at 6:62-67.





## IV.   **LEGAL STANDARDS**

31.     Counsel for Novartis has informed me of the following legal principles relating to patent infringement that I have applied in forming my opinions.

32.     I have been informed that infringement must be shown by a preponderance of the evidence (*i.e.*, more likely than not).  I have further been informed that a patent infringement analysis is a two-step process.  First, the meaning of the claims is construed to determine the scope of the claims asserted to be infringed.  Second, the properly construed claims are compared to the accused product or accused method, here, to the defendant's ANDA product and the instructions for use and information set forth in the proposed prescribing information included with that ANDA product.

33.     Counsel for Novartis has informed me that patent claim terms are construed from the point of view of a person of ordinary skill in the art ("POSA") as of the priority date of the patent.  Here, I have been asked by counsel for Novartis to use April 4, 2006 and August 11, 2006 as the priority date.  My conclusions are the same regardless of which 2006 date is used and I will use "2006 priority date" to refer to both of these dates.  I further understand that patent claim terms should be considered in the context of the entire patent in which they appear, including the claims and the specification, as well as the prosecution history of the patent at issue

(collectively, the "intrinsic evidence"), and read as a whole rather than in isolation and/or out of context.

34.     Counsel for Novartis has informed me that for literal infringement Novartis must show that every element of the '938 patent claims is present in the defendant's ANDA product.  I further understand that there can be infringement where the specifications for an ANDA product cover embodiments that fall within the scope of a claim.

35.     Counsel for Novartis has informed me that Novartis must show that the use of the defendant's ANDA product, if approved by the FDA, will meet each of the elements of the asserted method of treatment claim in the '134 patent.  This, I understand is referred to as direct infringement.

36.     Counsel for Novartis has informed me that a defendant is liable for induced infringement if that defendant, through the instructions and information in its label, intentionally encourages, recommends, or promotes physicians, caregivers, and/or patients to perform all of the elements of method of treatment claims.  I understand that induced infringement is predicated on direct infringement by another party (such as a physician, caregiver, and/or patient), and that statements in the label of a drug product for which a defendant is seeking FDA approval that encourage, recommend, or promote an infringing use are sufficient to show an intention to induce direct infringement.

37.     Counsel for Novartis has informed me that a defendant is liable for contributory infringement of the asserted method claim of the '134 patent if the defendant sells, offers to sell, and/or imports its ANDA product in or into the United States and the ANDA product is especially made or especially adapted for use in infringement of the claimed method and is not suitable for any substantial non-infringing use.  I understand that any non-infringing use must be

9

in accordance with the use for which the defendant's ANDA product will be indicated and not an off-label use.  I understand that, as with induced infringement, contributory infringement is predicated on direct infringement by another party (*e.g.*, physicians, caregivers, and/or patients).

## V.   <u>CLAIM CONSTRUCTION</u>

38.     I understand that the Court has previously construed, *i.e.*, defined or determined the meaning of, several terms appearing in the claims of the asserted patents.

39.     I have considered the Court's Order regarding claim construction dated July 8, 2021 (referred to hereafter as "the Court's Claim Construction Order") and the Court's Memorandum Opinion addressing claim construction dated July 8, 2021 (referred to hereafter as "the Court's Claim Construction Decision") in forming my opinions contained in this report.

40.     I understand that the Court has construed the term "trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate in crystalline form" ██████████████ and "trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate" ██████████ ████ to mean "substantially pure trisodium [sacubitril-valsartan] hemipentahydrate in crystalline form."

41.     While the Court's claim construction does not further define the term "substantially pure," a POSA would understand that "substantially pure" in the context of the '938 and '134 patents refers to at least 90% chemical purity.

42.     The specification for the '938 and '134 patents defines "substantially pure" as "at least 90%, more preferably at least 95% and most preferably at least 98% purity."  '938 patent at 6:15-18.  The specification of the '938 and '134 patents uses the term "substantially pure" when

discussing "the linked pro-drug" created by linking two active agents with a linking moiety. '938 patent at 6:4-22.  In this context, a POSA as of the 2006 priority date would understand that "substantially pure" refers to the absence of chemical compounds other than the linked pro-drug (*i.e.*, chemical purity), not the absence of certain solid forms of the linked pro-drug, because the linked pro-drugs of the invention were not limited to any specific solid form. '938 patent at 16:60-64.  Additionally, the '938 patent mentions purity in the context of "purification of free compounds" and "pure molecules." '938 patent at 9:7-10, 19:38-40.  A POSA would have understood those passages to refer to the absence of chemical impurities (*i.e.*, other compounds or molecules), not to the absence of polymorphic forms of the compounds or molecules, *i.e.*, polymorphic purity, or to the absence solely of other isomers of the compounds or molecules, *i.e.*, isomeric purity.

43.      That "substantially pure" refers to chemical purity is further supported by the claim language of the '938 and '134 patents. ████████████████████████████ ████ are not limited to a single polymorphic form of trisodium [sacubitril-valsartan] hemipentahydrate.  Rather, those claims cover trisodium [sacubitril-valsartan] hemipentahydrate in crystalline form without further limitation.  Thus, chemical purity, as opposed to "isomeric" or "polymorphic" purity, is consistent with the claim language.

44.      The prosecution history for the '938 patent further indicates that "substantially pure" refers to chemical purity.  During prosecution, Novartis submitted an application claim reciting "[s]ubstantially pure trisodium [sacubitril-valsartan] hemipentahydrate."  '938 File History, 2010/9/9 Amendment at 4.  In response to the Examiner's position that the level of purity required by "substantially pure" was not indicated, Novartis told the Examiner "that 'substantially pure' is defined on page 8 of the [application] specification [which corresponds to

'938 patent at 6:15-18] to be at least 90% purity." '938 File History, 2010/4/7 Non-Final

Rejection at 6; 2010/9/9 Remarks at 6 (citing 11/722,360 application specification at 8); *see also*

2010/1/28 Remarks at 11 (same).  As I explained above, this definition of "substantially pure" in

context refers to chemical purity.

45.     Novartis also submitted a declaration by Dr. Piotr Karpinski, one of the inventors

of the '938 and '134 patents, describing the challenges "experienced in attempting to prepare,

purify, and characterize" "substantially pure trisodium [sacubitril-valsartan] hemipentahydrate."

'938 File History, 2010/9/9 Amendment at 3-4, 7-8, Karpinksi Decl. ¶¶ 3-4.  A POSA would

understand "substantially pure" in Dr. Karpinski's declaration referred to chemical purity

(compounds other than trisodium [sacubitril-valsartan] hemipentahydrate).

46.     The Examiner and Novartis later agreed during an interview that the application

claim that issued as '938 patent claim 1 "should be amended to require a substantially pure

compound."  '938 File History, 2014/03/14 Interview Summary at 2.  The Examiner concluded

that "the recited trisodium hemipentahydrate crystalline compound is construed to also be

'substantially pure', as discussed in [Dr. Karpinski's] declaration," which as I explained above,

used "substantially pure" to mean chemical purity. '938 File History, 2014/3/14 Notice of

Allowance at 3-4 (referencing the Declaration of Piotr H. Karpinski, Ph.D. dated 9/7/2010).

47.     I further understand that the parties have agreed, and the Court has ordered, that

the term "effective amount" in claim 11 of the '938 patent means "amount sufficient to have a

therapeutic effect" and the term "therapeutically effective amount" in claim 1 of the '134 patent

means "amount sufficient to treat heart failure …."

## VI.     THE PERSON OF ORDINARY SKILL IN THE ART

48.     I understand from counsel for Novartis that the "person of ordinary skill in the

art" or "POSA" is a legal construct employed in patent law.  It is a hypothetical person of

ordinary creativity who is presumed to have knowledge of all of the relevant prior art at the time

of the invention.  Counsel for Novartis further informed me that the POSA is influenced by

factors such as (i) the education level of those working in the field, including the inventor(s) of

the patent in suit; (ii) the sophistication of the technology; (iii) the types of problems encountered

in the art; (iv) the prior art solutions to those problems; and (v) the speed at which innovations

are made, and these factors help establish the level of ordinary skill in the art.

49.     As discussed in paragraphs 19-30 above, the '938 and '134 patents pertain to the

discovery of, among other things, the novel compound trisodium [sacubitril-valsartan]

hemipentahydrate, and methods for using the same for the treatment of heart failure.

50.     I understand that Novartis has defined a POSA as follows:

A POSA as of 2006 would have had an advanced degree (a Ph.D. or master's
degree) in chemistry or a related field with two or more years of pharmaceutical
chemistry experience, or a bachelor's degree in chemistry or a related field with
four or more years of such experience.  Alternatively, a POSA would have had an
M.D. with two years of specific training, research, or experience studying and/or
treating heart failure and/or hypertension, and/or pharmacotherapies therefor.  A
POSA could have collaborated with others of ordinary skill having experience in
medicine, pharmacology, biology, biochemistry, medicinal chemistry, or a related
field with specific training, research, or experience studying and/or treating heart
failure and/or hypertension and/or pharmacotherapies therefor.

51.     I agree with this definition and have applied this definition in my analysis.

52.     I understand that the defendants in this case, including Zydus, have proposed a

different definition for a POSA.  In particular, they have defined a POSA as set forth below:

A POSA with respect to the '134 and '938 patents would have had (1) a Ph.D. in
chemistry or a related field, and (2) two or more years of experience synthesizing,
crystallizing, and characterizing solid forms of molecular pharmaceutical
compounds, including experience in small-molecule X-ray crystallography.
Alternatively, a POSA could have had a less advanced degree in chemistry or a
related field, with concomitantly more hands-on years of experience making and
characterizing solid state pharmaceutical compounds. Furthermore, a POSA may
have consulted with individuals having specialized expertise, for example, a

clinician or practitioner with experience in the administration, dosing, and efficacy of medications for the treatment of hypertensive vascular diseases.

My opinions would not change based on which of the two definitions is applied, Novartis's or defendants'.

53.     As of the 2006 priority date of the '938 and '134 patents, I met and in fact exceeded the skill level of both Novartis's and the defendants' POSA definitions and I am familiar with the level of ordinary skill in the art at that time.

## VII.     <u>SUMMARY OF OPINIONS</u>



57.     I reserve the right to supplement and/or amend this report, and/or consider additional information, if additional information is provided to me or if needed to rebut any opinions presented on behalf of Zydus.

## VIII.    BACKGROUND OF RELEVANT TECHNOLOGY

58.     I have included below a brief tutorial of the relevant principles of solid-state chemistry and testing techniques that I relied on in forming my conclusions contained in this report.  I reserve the right to provide tutorials as part of my testimony such as on the underlying principles of chemistry, crystallization, and solid-state analytical techniques discussed in my report as well as on the background of the '938 and '134 patents.

### A.    Solid-State Forms

59.     The specification of the '938 and '134 patents discloses that trisodium [sacubitril-valsartan] hemipentahydrate "can be in the crystalline, partially crystalline, amorphous, or polymorphous form, preferably in the crystalline form."  '938 patent at 16:60-64.  As noted above, ███████████████████████████████████ are limited to trisodium [sacubitril-valsartan] hemipentahydrate in crystalline form.  Crystalline materials are solids in which the atoms or molecules are arranged in a periodic repeating pattern that extends in three dimensions and have long-range order.  Heinz et al., *Analysis of solid-state transformations of pharmaceutical compounds using vibrational spectroscopy*, 61 J. PHARMACY & PHARMACOLOGY 971, 971 (2009) ("Heinz 2009").  Solids that do not exhibit long-range order are said to be amorphous.  *Id.*

60.     When in crystalline form, the internal structure (called the crystal structure) of a compound is determined by the position of the atoms (or molecules) relative to each other and the arrangement extends in three dimensions.  *Id.*

61.     The crystalline structure may also contain a solvent, such as water, that is part of the molecular packing or three-dimensional structure of the compound, referred to as a hydrate.  '938 patent at 15:1-49; Heinz 2009 at 971.  A POSA would understand that in the context of the '938 and '134 patents, only water participating in the complex structure would be considered

when determining the hydration status of a complex. '938 patent at 15:1-49; *see also* Ahlneck & Zografi, *The molecular basis of moisture effects on the physical and chemical stability of drugs in the solid state*, 62 INT'L J. PHARMACEUTICS 87, 87 (1990) ("Ahlneck 1990"); Heinz 2009 at 971, 973. This hydrate water in the complex can be referred to as "bound water." Additional water may be found in a sample, for example water adsorbed onto the surface of the sample. Ahlneck 1990 at 87-88. This "unbound water," also referred to as "surface water" or "adventitious water," would not be considered when determining the hydrate status of a complex. Haines, *Thermogravimetry* in THERMAL METHODS OF ANALYSIS (1995) at 23, 58-59 ("Haines 1995").

62.     It is possible for a given compound to have the ability to exist in more than one distinct crystal structure. Heinz 2009 at 971-72. This ability is called polymorphism, and each distinct crystal structure is called a polymorph. *Id.* Different polymorphs of the same compound have the same chemical formula, including the same number of bound water molecules. *Id.*

### B.     X-ray Diffraction

63.     Crystalline forms can be characterized by a method known as X-ray diffraction. '938 patent at 17:11-40; PRINCIPLES OF INSTRUMENTAL ANALYSIS 325-26 (Douglas A. Skoog et al., eds., 6th ed. 2007) ("Skoog 2007"). One type of X-ray diffraction is known as X-ray powder diffraction ("XRPD" or "PXRD"). Skoog 2007 at 326. The XRPD method involves exposing a sample packed into a holder (often a flat plate or capillary) to X-rays. *Id.* In most cases, the array of crystalline particles in the powder sample, randomly arranged, reflect X-rays at certain angles characteristic of the periodicity within the crystal lattice. *Id.* In XRPD, a device called a diffractometer collects and plots the positions (in the form of "2θ" peaks) and intensities of the diffracted X-rays at various angles of the incident X-rays to generate an X-ray diffraction pattern. *Id.* at 312, 326.

64.     When analyzed by XRPD, crystalline materials produce well-defined diffraction peaks in an XRPD pattern, whereas amorphous materials produce a broad halo in an XRPD pattern. *Id.* at 327. The X-ray pattern (particularly the location of the 2θ peaks on the x-axis) acts as a "fingerprint" for a given crystal form of a particular compound, and a selection of one or more peaks from an XRPD pattern (*i.e.*, its "characteristic peaks") can be used to identify a compound and its crystal form. *Id.* at 326-27.

### C.     Infrared Spectroscopy

65.     Trisodium [sacubitril-valsartan] hemipentahydrate can also be characterized by infrared spectroscopy ("IR"). '938 patent at 19:66-20:12. The technique involves the use of infrared light to examine the vibrational frequencies found in molecular structures to identify chemical structures or functional groups. Heinz 2009 at 973-74 (Table 2); Hsu, *Infrared Spectroscopy*, *in* HANDBOOK OF INSTRUMENTAL TECHNIQUES FOR ANALYTICAL CHEMISTRY 249-52, 265-66 (Frank Settle ed. 1997) ("Hsu 1997").

66.     A plot of absorption (on the y-axis) against different frequencies of infrared light (on the x-axis) is called an infrared spectrum. Hsu 1997 at 249-50. The infrared spectrum of a chemical sample is generated by passing a beam of infrared radiation through the sample and measuring how much energy is absorbed by the sample at a range of wavelengths. *Id.* at 254-55. The amount of energy that a sample absorbs at a particular wavelength can be correlated to specific chemical groups within the compounds in the sample. *Id.* at 265-70. This information is displayed in the form of absorption bands in the infrared spectrum although the infrared spectrum is often plotted in terms of light transmission instead of absorption; the two representations are interconvertible mathematically and so the presentation is determined by user preference. *Id.* at 249-50. Chemical compounds have unique infrared spectra such that if the

spectra of two samples are the same, then the chemical composition of the samples can be considered the same. *Id.* at 265-70; Heinz 2009 at 972-73, 975.

### D. Thermogravimetric Analysis

67.     Trisodium [sacubitril-valsartan] hemipentahydrate can also be characterized by thermogravimetric analysis (TGA). '938 patent at 30:50-60. TGA is a technique that analyzes the change in mass of a sample over time at a given temperature or over time as the temperature changes. Haines 1995 at 23.

68.     TGA can be used to examine a sample's hydration state, *i.e.*, the ratio of water molecules relative to the compound. Haines 1995 at 58-59. When a sample is heated at increasing temperatures in a TGA experiment, water will evaporate from the sample, resulting in a mass loss. Haines 1995 at 23. By examining the change in mass at increasing temperatures, one can calculate the total amount of water that is contained in a sample, as well as the amounts of different types of water molecules that are present (*e.g.*, surface water and different bound waters). Haines 1995 at 23, 58-59; Barnes et al., *A Review of the Applications of Thermal Methods Within the Pharmaceutical Industry*, 40 J. THERMAL ANALYSIS 499, 507-08 (1993) ("Barnes 1993").

69.     In a sample of a crystalline compound containing water, different types of water molecules will be lost at different temperatures during TGA, allowing TGA to distinguish between water that is bound to the complex structure, and water that is only on the surface of the sample. Haines 1995 at 58-59; Barnes 1993 at 507.

70.     During TGA, the initial weight loss upon heating corresponds to the loss of surface water, *i.e.*, water that merely adheres to the surface of particles in a sample and is not part of a supramolecular structure of the compound, because surface water simply adheres to the surface of particles in the material; whereas hydrate water (or bound water), *i.e.*, water that is

part of a supramolecular structure of a compound, is lost at higher temperatures because hydrate

water is more tightly held by its interaction with the supramolecular structure of the compound.

Haines 1995 at 58-59; Barnes 1993 at 507-08.

71.     TGA may be conducted by heating a sample at a constant rate (*e.g.*, 1 °C or 10 °C

per minute).  Haines 1995 at 56.  However, a constant heating rate may cause the water loss

events due to surface water and bound water in the compound to overlap as demonstrated in

Figure 1 below, where the transition from loss of free or surface water overlaps with the loss of

bound water between 25 °C and 75 °C.  TA Instruments, *Thermal Solutions: Separation of Free*

*and Bound Water in Pharmaceuticals* at 1 (1997), *available at*

http://www.tainstruments.com/pdf/literature/TS17.pdf ("TA Thermal Solutions 1997"); *see also*

Haines 1995 at 56, 58-59; Barnes 1993 at 507.



72.     To further differentiate between a transition from loss of surface water to loss of hydrate water or loss of one hydrate water to another loss of hydrate water, high resolution TGA may be used.  Haines 1995 at 58-59; Barnes 1993 at 507-08.  With high resolution TGA, the heating rate is dynamically modified in response to the rate of weight loss.  Haines 1995 at 56; Barnes 1993 at 507-08; TA Thermal Solutions 1997 at 1; TA Instruments, *High Resolution Thermogravimetric Analysis – A New Technique for Obtaining Superior Analytical Results* at 2-4 (1997), *available at* http://www.tainstruments.com/pdf/literature/TA023.pdf ("TA High Resolution TGA 1997").  As weight of the sample decreases due to water loss, the heating rate slows down until the water weight loss event is over; then the heating rate increases again.  Haines 1995 at 56; Barnes 1993 at 507.  As shown in Figure 2 below, by using high resolution TGA, the losses of free or surface water and bound water can be differentiated, where such transitions overlapped using conventional TGA (*see* Figure 1 above).  TA Thermal Solutions 1997 at 1-2; *see also* Haines 1995 at 58-59; Barnes 1993 at 507-08.



## IX.   ZYDUS'S ANDA PRODUCTS

73.





77.     In drawing my conclusions, I performed various tests on Zydus's ANDA Products and API samples.  The Appendices attached at the end of my report set forth the samples I received (Appendix A), the protocols and experimental data on which I relied to reach my conclusions (Appendices B-C), and the protocols and experimental data demonstrating Zydus's samples are within Zydus's ANDA specifications (Appendix D).



████████████████

    **a.** **"Trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate] hemipentahydrate"**

██ ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████

██ ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████

██ ████████████████████████████████████████

████████████████████████████████████████

██ ██████████████████████████████

████████████████████████████

██ ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████





████████████████████████████
████████████████████████████████

| ██████████████ | ██ | ████ |
|---|---|---|
| █████████████ | ████ | ████ |
| | ███████ | ████ |

██  ██████████████████████████

████████████████████████████████
██████████████████████████████
███████████████████████████
██████████████████████████

██

██  ████████████████████████████
███████████████████████████
█████████████████████████████
████████████████████████████████
██████████████████████████
███████████████████████████
████████████████████████████████
███████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████████

────────────────

█████████████████████████████
███████████████████████████
███████████████████████



**b.   "in crystalline form"**



**c.   substantially pure**

██████████████████████████████████████████

███████████████████████████████████████████

███████████████

████████████████████████████████████████

███████████

        ███████████████████████

        █████████████████████████

        ████████████████████████

        **a.** **"A pharmaceutical composition comprising"**

███████████████████████████████████████████

████████████████████████████████████████████

█████████████████████████

████████████████████████████████████████

█████████████████████████████████████

████████████████████████████████████

█████████████████████████████████████████████

███████████████████████████████████████████

████████████████████

█████████████████████████████████████████████

████████████████████████████████████████

████████████████████████

████████████████████████████████████████

███████████████████████████████████████

██████████

34

b.  "an effective amount of the compound of claim 1 and"

████████████████████████████████████████████████████████

███████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████

c.  "at least one pharmaceutically acceptable additive"

█████████████████████████████████████████████████████████████

████████████

████████████████████████████████████████████████

████████████████████████████████████████████





118.

E.

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████

████████████████████

█████████████████████████

████████████████████████████████████

██████████████████████████████████████

████████████████████████████████

████████████████

    a.   **"A method for treatment of a cardiovascular condition or disease, wherein the cardiovascular condition or disease is heart failure …, in a patient in need thereof comprising"**

████████████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████

    b.   **"administering to the patient"**

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████

### c.   "a therapeutically effective amount of"

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

### d.   "trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate]hemipentahydrate"

129.    As explained in paragraphs 78-104 above, Zydus's ANDA Products contain trisodium [sacubitril-valsartan] hemipentahydrate.

████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████

██████

January____14____, 2022

_____
            Adam J. Matzger, Ph.D.

■

**APPENDIX A**







**APPENDIX B**















**APPENDIX C**

















**APPENDIX D**

**TESTING COMPARISON TO REFERENCE STANDARDS**













# <u>Exhibit A</u>

# Adam J. Matzger

Department of Chemistry                                          2240 Belmont Rd
University of Michigan                                           Ann Arbor, MI 48104
Ann Arbor, MI 48109-1055                                        (734) 677-6070
Tel. (734) 615-6627   Fax (734) 615-8553
matzger@umich.edu
Research Group: http://www.umich.edu/~ajmgroup/

## Education

**University of California at Berkeley**                          Ph.D.   1997
Thesis Advisor: Professor K. Peter C. Vollhardt
Thesis Title:  *Synthetic, Theoretical, and Structural Studies on
Dehydrobenzoannulenes and Phenylenes*

**Oberlin College**                                              B.A.    1992
Research Advisor:  Professor Martin N. Ackermann

## Positions

**University of Michigan, Ann Arbor, MI**                         2013-present
Charles G. Overberger Collegiate Professor of Chemistry

**University of Michigan Energy Institute**
**University of Michigan, Ann Arbor, MI**                         2010-2013
Associate Director for Science and Technology

**University of Michigan, Ann Arbor, MI**                         2009-present
Professor of Chemistry
Professor of Macromolecular Science and Engineering

**University of Michigan, Ann Arbor, MI**                         2006-2009
Associate Professor of Chemistry
Associate Professor of Macromolecular Science and Engineering

**University of Michigan, Ann Arbor, MI**                         2000-2006
Assistant Professor of Chemistry
Assistant Professor of Macromolecular Science and Engineering

## Research Experience

California Institute of Technology                                1997-2000
Postdoctoral Research
Professors Robert H. Grubbs and Nathan S. Lewis

University of California at Berkeley                              1992-1997
Graduate Research
Professor K. Peter C. Vollhardt

Oberlin College                                                  1991-1992
Undergraduate Research
Professor Martin N. Ackermann

Adam J. Matzger

### *Awards and Honors*

| | |
|---|---|
| ADVANCE Distinguished Lecture Kansas State University | 2021 |
| Rackham Distinguished Graduate Mentoring Award | 2019 |
| ACS Akron Section Award | 2015 |
| Charles G. Overberger Collegiate Professor of Chemistry | 2013- |
| Imes and Moore Faculty Award | 2012 |
| Associate Editor, Crystal Growth and Design, American Chemical Society | 2011-2017 |
| American Association for the Advancement of Science Fellow | 2010 |
| Member Editorial Advisory Board of Journal of Pharmaceutical Sciences | 2008-2010 |
| Alfred P. Sloan Foundation Research Fellow | 2005-2007 |
| 3M Untenured Faculty Award | 2003-2004 |
| Beckman Foundation Young Investigator | 2003-2005 |
| Ralph E. Powe Junior Faculty Enhancement Award | 2002 |
| 3M Untenured Faculty Award | 2002-2003 |
| Synthesis/Synlett Journals Award | 2000 |
| ACS Division of Organic Chemistry Fellowship (stipend) | 1995-1996 |
| Syntex Fellowship in Chemistry (stipend) | 1994-1995 |
| Dow Scholarship in Chemistry (for academic achievement) | 1990-1992 |
| Jewett Award (for academic achievement) | 1991 |

### *Publications*

Boese, R.; Matzger, A. J.; Mohler, D. L.; Vollhardt, K. P. C., "$C_3$-Symmetric Hexakis(trimethylsilyl)[7]-phenylene ["Tris(biphenylenocyclobutadieno)cyclohexatriene"], a Polycyclic Benzenoid Hydrocarbon with Slightly Curved Topology" *Angew. Chem., Int. Ed. Engl.* **1995**, *34*, 1478-1481.

Baldwin, K. P.; Matzger, A. J.; Scheiman, D. A.; Tessier, C. A.; Vollhardt, K. P. C.; Youngs, W. J., "Synthesis, Crystal Structure, and Polymerization of 1,2:5,6:9,10-Tribenzo-3,7,11,13-tetradehydro[14]annulene" *Synlett* **1995**, *12*, 1215-1218.

Ackermann, M. N.; Mikulec, F. V.; Matzger, A. J.; Antonio, B. J.; Barron, M. C.; Todd, M. J.; Meeker, K.; Chupa, A. L.; Woods, C., "Reactions of Iron Dicarbonyl Phosphine Complexes of 2-(Phenylazo)pyridines with Dimethyl Acetylenedicarboxylate.  Synthesis and Crystal Structure of a 2,3,1-Diazaferrole Complex" *J. Organomet. Chem.* **1996**, *522*, 105-115.

Cammack, J. K.; Jalisatgi, S.; Matzger, A. J.; Negrón, A.; Vollhardt, K. P. C., "Room Temperature CpCo-Mediated Cyclization of $\alpha$, $\delta$, $\omega$-Enediynes to Rearranging Strained Tricyclic Dienes: Some Observations of Kinetic versus Thermodynamic Control" *J. Org. Chem.* **1996**, *61*, 4798-4800.

Boese, R.; Matzger, A. J.; Vollhardt, K. P. C., "Synthesis, Crystal Structure, and Explosive Decomposition of 1,2:5,6:11,12:15,16-Tetrabenzo-3,7,9,13,17,19-hexahydro[20]annulene: Formation of Onion- and Tube-like Closed-Shell Carbon Particles" *J. Am. Chem. Soc.* **1997**, *119*, 2052-2053. (Featured in Chemical and Engineering News)

Boese, R.; Cammack, J. K.; Matzger, A. J.; Pflug, K.; Tolman, W. B.; Vollhardt, K. P. C.; Weidman, T. W., "The Photochemistry of (Fulvalene)diruthenium(tetracarbonyl) and Its Derivatives: Efficient Light Energy Storage Devices" *J. Am. Chem. Soc.* **1997**, *119*, 6757-6773.

Matzger, A. J.; Vollhardt, K. P. C., "From Phenylenes to Acenes: Flash Vacuum Pyrolytic Isomerization of Angular [3]Phenylene to Benzo[*ghi*]fluoranthene" *Chem. Commun.* **1997**, 1415-1416.

Eickmeier, C.; Junga, H.; Matzger, A. J.; Scherhag, F.; Shim, M.; Vollhardt, K. P. C., "5,6,11,12,17,18-Hexahydro-1,4,7,10,13,16-hexaethynyltribenzo[*a,e,i*]cyclododecene:    Synthesis

Adam J. Matzger

and CpCo-catalyzed Cycloisomerization to the First Superdelocalized Oligophenylenes" *Angew. Chem., Int. Ed. Eng.* **1998**, *36*, 2103-2108.

Diercks, R.; Eaton, B. E.; Gurtzgen, S.; Jalisatgi, S.; Matzger, A. J.; Radde, R. H.; Vollhardt, K. P. C., "The First Metallacyclopentadiene(alkyne) Complexes and Their Discrete Isomerization to $\eta^4$-Bound Arenes:  The Missing Link in the Prevalent Mechanism of Transition Metal Catalyzed Alkyne Cyclotrimerizations as Exemplified by Cyclopentadienylcobalt" *J. Am. Chem. Soc.* **1998**, *120*, 8247-8248.

Matzger, A. J.; Vollhardt, K. P. C., "Benzocyclynes Adhere to Hückel's Rule by the Ring Current Criterion in Experiment ($^1$H NMR) and Theory (NICS)" *Tetrahedron Lett.* **1998**, *39*, 6791-6794.

Eickmeier, C.; Holmes, D.; Junga, H.; Matzger, A. J.; Scherhag, F.; Shim, M.; Vollhardt, K. P. C., "A Novel Phenylene Topology: Total Syntheses of Zigzag[4]- and -[5]Phenylene" *Angew. Chem. Int. Ed.* **1999**, *38*, 800-804.

Vollhardt, K. P. C.; Cammack J. K.; Matzger A. J.; Bauer A.; Capps K. B.; Hoff C. D., "Thermodynamic and Kinetic Study of Oxidative Addition/Reductive Elimination of $H_2$ and $D_2$ to FulvaleneCr$_2$(CO)$_6$: First Evidence for Relatively Strong Metal-Metal Bonds in Fulvalenedimetals" *Inorg. Chem.* **1999**, *38*, 2624-2631.

Matzger, A. J.; Shim, M.; Vollhardt, K. P. C., "The Crystal Structure of 5,6,11,12,17,18-Hexadehydro-1,4,7,10,13,16-hexaethynyltribenzo[*a,e,i*]cyclododecene Tetrahydrofuran Solvate: a Case of High Organization Enforced by Chelating Alkyne C-H···O Hydrogen Bonding" *Chem. Commun.* **1999**, 1871-1872.

Holmes, D.; Kumaraswamy, S.; Matzger, A. J.; Vollhardt, K. P. C., "On the Nature of Nonplanarity in the [N]Phenylenes" *Chem. Eur. J.* **1999**, *5*, 3399-3412.

Claypool, C. L.; Faglioni, F.; Matzger, A. J.; Goddard, W. A., III; Lewis, N. S., "Effects of Molecular Geometry on the STM Image Contrast of Alkanes and Alkanols on Graphite" *J. Phys. Chem. B* **1999**, *103*, 9690-9699.

Matzger, A. J.; Lawrence, C. E.; Grubbs, R. H.; Lewis, N. S., "Combinatorial Approaches to the Synthesis of Vapor Detector Arrays for Use in an Electronic Nose" *J. Comb. Chem.* **2000**, *2*, 301-304.

Beckhaus, H.-D.; Faust, R.; Matzger, A. J.; Mohler, D. L.; Rogers, D. W.; Rüchardt, C.; Sawhney, A. K.; Verevkin, S. P.; Vollhardt, K. P. C.; Wolff, S., "The Heat of Hydrogenation of (a) Cyclohexatriene" *J. Am .Chem. Soc.* **2000**, *122*, 7819-7820.

Bell, M. L.; Chiechi, R. C.; Kimball, D. B.; Johnson, C. A.; Matzger, A. J.; Wan, W. B; Weakley, T. J. R.; Haley, M. M., "A Versatile Synthetic Route to Dehydrobenzoannulenes via in situ Generation of Reactive Alkynes" *Tetrahedron* **2001**, *57*, 3507-3520.

Bong, D. T. Y., Gentric L., Holmes D., Matzger A. J., Scherhag F., Vollhardt K. P. C., "Synthesis of bent [4]phenylene (cyclobuta[1,2-*a*: 3,4-b']bisbiphenylene) and structure of a bis(trimethylsilyl) derivative: the last [4] phenylene isomer" *Chem. Commun.* **2002**, 278-279.

Lang, M.; Kampf, J. W.; Matzger, A. J., "Form IV of Carbamazepine" *J. Pharm. Sci.* **2002**, *91*, 1186-1190.

Kim, K.; Matzger, A. J., "Inequivalent Molecules in a Two-Dimensional Crystal" *J. Am. Chem. Soc.* **2002**, *124*, 8772-8773. (Featured in the Veeco Metrolgy 2003 calendar as May)

Price, C. P.; Grzesiak, A. L.; Lang, M; Matzger, A. J., "Polymorphism of Nabumetone" *Cryst. Growth Des.* **2002**, *2*, 501-503.

Matzger, A. J.; Lewis, K. D.; Nathan, C. E.; Peebles, S. A.; Peebles, R. A.; Kuczkowski, R. L.; Stanton, J. F.; Oh, J. J., "The Structures of Diethynyl Sulfide and Bis(phenylethynyl) Sulfide" *J. Phys. Chem. A*. **2002**, *106*, 12110-12116.

Lang, M.; Grzesiak, A. L.; Matzger, A. J., "The Use of Polymer Heteronuclei for Crystalline Polymorph Selection" *J. Am. Chem. Soc.* **2002**, *124*, 14834-14835. (Featured in Science News)

Lewis, K. D.; Wenzler, D. L.; Matzger, A. J., "Photochemistry of Diethynyl Sulfides:   A Cycloaromatization for the Formation of Five-Membered Rings" *Org. Lett.* **2003**, *5*, 2195-2197.

Vodak, D. R.; Kim, K.; Iordanidis, L.; Rasmussen, P. G.; Matzger, A. J.; Yaghi, O. M., "Molecular Structure of $N(C_3N_3)_3Cl_6$ and its Role in the Reevaluation of Aromatic $C_3N_4$ Networks" *Chem. Eur. J.* **2003**, *9*, 4197-4201.

Kim, K.; Plass K. E.; Matzger, A. J., "Kinetic and Thermodynamic Forms of a Two-Dimensional Crystal" *Langmuir* **2003** *19*, 7149-7152. (Featured on the cover)

Grzesiak, A. L.; Lang, M.; Kim, K.; Matzger, A. J., "Comparison of the Four Anhydrous Polymorphs of Carbamazepine and the Crystal Structure of Form I" *J. Pharm. Sci.* **2003**, *92*, 2260-2271.

Price, C. P.; Grzesiak, A. J.; Matzger, A. J., "Maize 1: A Trimorphic Azo Pigment" *Cryst. Growth Des.* **2003**, *3*, 1021-1025. (Special issue on crystal polymorphism)

Zhang, X.; Matzger, A. J., "Effect of Ring Fusion on the Electronic Absorption and Emission Properties of Oligothiophenes" *J. Org. Chem.* **2003**, *68*, 9813-9815.

Johnson, J. P.; Bringley, D. A.; Wilson, E. E.; Lewis, K. D.; Beck, L. W.; Matzger, A. J., "Comparison of 'Polynaphthalenes' Prepared by Two Mechanistically Distinct Routes" *J. Am. Chem. Soc.* **2003**, *125*, 14708-14709.

Rodríguez-Spong, B.; Price, C. P.; Jayasankar, A.; Matzger, A. J.; Rodríguez-Hornedo N.,  "General Principles of Pharmaceutical Solid Polymorphism: A Supramolecular Perspective" Adv. Drug Deliv. Rev. **2004**, 56, 241-274. (Featured on the cover)

Chae, H. K.; Siberio-Perez, D. Y.; Kim, J.; Go, Y-B; Eddaoudi, M.; Matzger, A. J.; O'Keeffe, M.; Yaghi, O. M., "A Route to High Surface Area, Porosity and Inclusion of Large Molecules  in Crystals" *Nature* **2004**, 427, 523-527. (Highlighted in "This Week" in Nature.   Featured in Chemical and Engineering News, New York Times, Materials Today, Science Now, New Scientist Magazine, and BBC radio)

Bong, D. T. Y.; Chan, E. W. L.; Diercks, R.; Dosa, P. I.; Haley, M. M.; Matzger, A. J.; Miljanić, O. Š.; Vollhardt, K. P. C.; Bond, A. D.; Teat, S. J.; Stanger, A." Syntheses of Syn and Anti Doublebent [5]Phenylene, " *Org. Lett.* **2004**, *6*, 2249-2252.

Kumaraswamy, S.; Jalsatgi, S. S.; Matzger, A. J.; Miljanić, O. Š.; Vollhardt, K. P. C., "Anatomy of a Cyclohexatriene: Chemical Dissection of the $\pi$ and $\sigma$ Frame of Angular [3]Phenylene, "*Angew. Chem. Int. Ed.*, **2004**, *43*, 3711-3715.

Plass, K. E.; Kim, K.; Matzger, A. J., "Two-Dimensional Crystallization: Self-Assembly, Pseudopolymorphism, and Symmetry-Independent Molecules" *J. Am. Chem. Soc.* **2004**, *126*, 9042-9053.

Adam J. Matzger

Lewis, K. D.; Rowe, M. P.; Matzger, A. J., "Ethynyl Sulfides as Participants in Cascade Cycloaromatizations" *Tetrahedron* **2004**, *60*, 7191-7196. (Special issue honoring Robert Grubbs)

Zhang, X.; Köhler, M.; Matzger, A. J., "Alkyl-Substituted Thieno[3,2-*b*]thiophene Polymers and Their Dimeric Subunits" *Macromolecules* **2004**, *37*, 6306-6315.

Rowe, M. P.; Plass, K. E.; Kim, K.; Kurdak, C; Zellers, E. T.; Matzger, A. J., "Single-Phase Synthesis of Functionalized Gold Nanoparticles" *Chem. Mater.* **2004**, *16*, 3513-3517.

Price, C. P.; Matzger, A. J., "Crystal Chemistry of VAPOL" *J. Org. Chem.* **2005**, *70*, 1-6. (Featured on the cover)

Kim, K.; Plass K. E.; Matzger, A. J., "Conformational Pseudopolymorphism and Orientational Disorder in Two-Dimensional Alkyl Carbamate Crystals" *Langmuir* **2005**, *21*, 647-655.

Kurdak, C; Kim, J.; Kuo, A.; Lucido, J. J.; Farina, L. A.; Bai, X.; Rowe, M. P.; Matzger, A. J., "1/f Noise in Gold Nanoparticle Chemosensors, " *Appl. Phys. Lett.* **2005**, *86*, 073506.

Kim, K.; Plass, K. E.; Matzger, A. J., "Structure of and Competitive Adsorption in Alkyl Dicarbamate Two-Dimensional Crystals" *J. Am. Chem. Soc.* **2005**, *127*, 4879-4887.

Price, C. P.; Grzesiak, A. L.; Matzger, A. J., "Crystalline Polymorph Selection and Discovery with Polymer Heteronuclei" *J. Am. Chem. Soc.* **2005**, *127*, 5512-5517. (Featured in Chemical and Engineering News as News of the Week for April 11, 2005 and in Science News)

Centrone, A.; Siberio-Pérez, D. Y.; Millward, A. R.; Yaghi, O. M.; Matzger, A. J.; Zerbi, G., "Raman Spectra of Hydrogen and Deuterium Adsorbed on a Metal-Organic Framework" *Chem. Phys. Lett.* **2005**, *411*, 516-519.

Lewis, K. D.; Matzger, A. J., "Bergman Cyclization of Sterically Hindered Substrates and Observation of Phenyl-Shifted Products" *J. Am. Chem. Soc.* **2005**, *127*, 9968-9969.

Zhang, X.; Côté, A. P.; Matzger, A. J., "Synthesis and Structure of Fused $\alpha$-Oligothiophenes with up to Seven Rings" *J. Am. Chem. Soc.* **2005**, *127*, 10502-10503. (Featured in Chemical and Engineering News as a Science & Technology Concentrate for July 25, 2005)

Côté, A. P.; Benin, A. I.; Ockwig, N. W.; O'Keeffe, M; Matzger, A. J., Yaghi, O. M., "Porous, Crystalline, Covalent Organic Frameworks" *Science* **2005**, *310*, 1166-1170.

Price, C. P.; Glick, G. D.; Matzger, A. J., "Dissecting the Behavior of a Promiscuous Solvate Former" *Angew. Chem. Int. Ed.* **2006**, *45*, 2062-2066.

Wong-Foy, A. G.; Matzger, A. J.; Yaghi, O. M., "Exceptional $H_2$ Saturation Uptake in Microporous Metal-Organic Frameworks" *J. Am. Chem. Soc.* **2006**, *128*, 3494-3495.

Grzesiak, A. L.; Uribe, F. J.; Ockwig, N. W.; Yaghi, O. M.; Matzger, A. J., "Polymer-Induced Heteronucleation for the Discovery of New Extended Solids" *Angew. Chem. Int. Ed.* **2006**, *45*, 2553-2556. (Highlighted as an Editors' Choice in the March 31, 2006 issue of Science Magazine)

Osuna, R. M.; Zhang, X.; Matzger, A. J.; Hernandez, V.; Lopez-Navarrete, J. T., "Combined Quantum Chemical Density Functional Theory and Spectroscopic Raman and UV-vis-NIR Study of Oligothienoacenes with Five and Seven Rings" *J. Phys. Chem. A.* **2006,** *15*, 5058-5065.

Adam J. Matzger

Plass, K. E.; Engle, K. M.; Cychosz, K. A.; Matzger, A. J., "Large-periodicity Two-Dimensional Crystals by Cocrystallization" *Nano Lett.* **2006**, *6*, 1178-1183. (Featured in the Veeco Metrolgy 2007 calendar as November)

Zhang, X.; Johnson, J. P.; Kampf, J. W.; Matzger, A. J., "Ring Fusion Effects on the Solid-State Properties of α-Oligothiophenes" *Chem. Mater.*, **2006**, *18*, 3470-3476.

Plass, K. E.; Matzger. A. J., "Spatial and Temporal Control Over Adsorption from Multicomponent Solutions" *Chem. Commun.*, **2006**, *33*, 3486-3488.  (Featured on the inside cover)

Grzesiak, A. L.; Matzger, A. J., "Selection and Discovery of Polymorphs of Platinum Complexes Facilitated by Polymer-Induced Heteronucleation" *Inorg. Chem.*, **2007**, *46*, 453-457.

Plass, K. E.; Grzesiak, A. L., Matzger, A. J., "Molecular Packing and Symmetry of Two-Dimensional Crystals" *Acc. Chem. Res.* **2007**, *40*, 287-293.

San Miguel, L.; Porter III, W. W.; Matzger A. J., "Planar β-Linked Oligothiophenes Based on Thieno[*3,2-b*]thiophene and Dithieno[*3,2-b*:2',3'-*d*]thiophene Fused Units" *Org. Lett.* **2007**, *9*, 1005-1008.

Siberio-Pérez, D. Y.; Wong-Foy, A. G.; Yaghi, O. M.; Matzger, A. J., "Raman Spectroscopic Investigation of $CH_4$ and $N_2$ Adsorption in Metal-Organic Frameworks" *Chem. Mater.* **2007**, *19*, 3681-3685.

Kim, E. G.; Coropceanu, V.; Gruhn, N. E.; Sanchez-Carrera, R. S.; Snoeberger, R.; Matzger, A. J.; Bredas, J. L., "Charge Transport Parameters of the Pentathienoacene Crystal" *J. Am. Chem. Soc.* **2007** *129*, 13072-13081.

Grzesiak, A. L.; Matzger, A. J., "New Form Discovery for the Analgesics Flurbiprofen and Sulindac Facilitated by Polymer-Induced Heteronucleation" *J. Pharm. Sci.*, **2007**, 2978-2986.

Plass, K. E.; Engle, K. M.; Matzger, A. J., "Contrasting Two- and Three-Dimensional Crystal Properties of Isomeric Dialkyl Phthalates" *J. Am. Chem. Soc.* **2007**, *129*, 15211-15217.

San Miguel, L.; Matzger A. J., "Dialkyl-substituted thieno[*3,2-b*]thiophene based polymers containing 2,2-bithiophene, thieno[*3,2-b*]thiophene, and ethynylene spacers" *Macromolecules*, **2007**, *40*, 9233-9237.

Wong-Foy, A. G., Lebel, O., Matzger, A. J., "Porous Crystal Derived from a Tricarboxylate Linker with Two Distinct Binding Motifs" *J. Am. Chem. Soc.*, **2007**, *129*, 15740-15741.

Matzger, A. J., "Editorial: Facets of Polymorphism in Crystals" *Cryst. Growth Des.*, **2008**, *8*, 2.

Porter III, W. W.; Elie, S. C.; Matzger, A. J., "Polymorphism in Carbamazepine Cocrystals" *Cryst. Growth Des.*, **2008**, *8*, 14-16.

Lutker, K. M., Tolstyka, Z. P.; Matzger, A. J., "Investigation of a Privileged Polymorphic Motif: A Dimeric ROY Derivative" *Cryst. Growth Des.*, **2008**, *8*, 136-139. (Featured on the cover of the January 2008 issue)

Grzesiak, A. L.; Matzger, A. J., "Selection of Protein Crystal Forms Facilitated by Polymer-Induced Heteronucleation" *Cryst. Growth Des.*, **2008**, *8*, 347-350.

Koh, K.; Wong-Foy, A. G.; Matzger A. J., "A Crystalline Mesoporous Coordination Polymer with High Microporosity" *Angew. Chem Int. Ed. Engl.*, **2008**, *47*, 677-680. (Featured in Chemical and Engineering News as News of the Week for Dec 24, 2007)

Mitchell-Koch, K; Matzger, A. J., "Evaluating Computational Predictions of the Relative Stabilities of Polymorphic Pharmaceuticals" *J. Pharm. Sci.*, **2008**, *97*, 2121-2129.

Cychosz, K. A.; Wong-Foy, A. G.; Matzger, A. J., "Liquid Phase Adsorption by Microporous Coordination Polymers: Removal of Organosulfur Compounds" *J. Am. Chem. Soc.*, **2008**, *130*, 6928-6939.

Caskey, S. R.; Wong-Foy, A. G.; Matzger, A. J., "Dramatic Tuning of Carbon Dioxide Uptake via Metal Substitution in a Coordination Polymer with Cylindrical Pores" *J. Am. Chem. Soc.* **2008**, *130*, 6938-6939.

Caskey, S. R.; Wong-Foy, A. G.; Matzger, A. J., "Phase Selection and Discovery among Five Assembly Modes in a Coordination Polymerization" *Inorg. Chem.* **2008**, *47*, 7751-7756.

Caskey, S. R.; Matzger, A. J., "Selective Metal Substitution for the Preparation of Heterobimetallic Microporous Coordination Polymers" *Inorg. Chem.* **2008**, *47*, 7942-7944.

San Miguel, L.; Matzger, A. J., "Regiochemical Effects of Sulfur Oxidation on the Electronic and Solid-State Properties of Planarized Oligothiophenes Containing Thieno[3,2-*b*]thiophene Units" *J. Org. Chem.* **2008**, *73*, 7882-7888.

Kinnibrugh, T.L.; Salman, S.; Getmanenko, Y.A.; Coropceanu, V.; Porter, W.W.; Timofeeva, T.V.; Matzger, A.J.; Bredas, J.L.; Marder, S.R.; Barlow, S., "Dipolar Second-Order Nonlinear Optical Chromophores Containing Ferrocene, Octamethylferrocene, and Ruthenocene Donors and Strong π-Acceptors: Crystal Structures and Comparison of π-Donor Strengths" *Organometallics* **2009**, *28,* 1350-1357.

Koh, K.; Wong-Foy, A. G.; Matzger A. J., "A Porous Coordination Copolymer with over 5000 m$^2$/g BET Surface Area" *J. Am. Chem. Soc.* **2009**, *131*, 4184-4185. (Featured in Chemical and Engineering News as a Science Concentrate for Mar 24, 2009)

López-Mejías, V.; Kampf, J. W.; Matzger, A. J., "Polymer-Induced Heteronucleation of Tolfenamic Acid: Structural Investigation of a Pentamorph" *J. Am. Chem. Soc.* **2009**, *131*, 4554-4555.

Ahn, S.; Morrison, C. N.; Matzger, A. J., "Highly Symmetric 2D Rhombic Nanoporous Networks from Low Symmetry Amphiphiles" *J. Am. Chem. Soc.* **2009**, *131*, 7946-7947.

Henssler, J. T.; Matzger, A. J. "Facile and Scalable Synthetic Approach to the Fused-Ring Heterocycles Thieno[3,2-*b*]thiophene and Thieno[3,2-*b*]furan," *Org. Lett.* **2009**, *11*, 3144-3147.

Navarro-Fuster, V.; Calzado E. M.; Ramirez, M. G.; Boj, P. G.; Henssler, J. T.; Matzger, A. J.; Hernández, V.; López Navarrete, J. T.; Díaz-García, M. A. "Effect of ring fusion on the amplified spontaneous emission properties of oligothiophenes," *J. Mater. Chem.* **2009**, *19*, 6556-6567.

Osuna, R. M.; Ruiz Delgado, M. C.; Hernández, V.; López Navarrete, J. T.; Vercelli, B.; Zotti, G.; Suzuki, Y.; Yamaguchi, S.; Henssler, J. T.; and Matzger, A. J. "Oxidation of End-Capped Pentathienoacenes and Characterization of Their Radical Cations," *Chem. Eur. J.* **2009**, *15*, 12346-12361.

Adam J. Matzger

Osuna, R. M.; Hernández, V.; López Navarrete, J. T.; Aragó, J.; Viruela, P. M.; Ortí, E.; Suzuki, Y.; Yamaguchi, S.; Henssler, J. T.; Matzger, A. J. "FT Raman and DFT Study on a Series of *All-Anti* Oligothienoacenes End-Capped with Triisopropylsilyl Groups," *ChemPhysChem* **2009**, *10*, 3069-3076.

Porter III, W. W.; Wong-Foy, A. G.; Matzger, A. J., "Beryllium benzene dicarboxylate: the first beryllium microporous coordination polymer" *J. Mater. Chem.* **2009***, 19*, 6489-6491.

Ahmad, R.; Wong-Foy, A. G.; Matzger, A. J., "Microporous Coordination Polymers as Selective Sorbents for Liquid Chromatography" *Langmuir*, **2009**, *25*, 11977–11979.

Ahn, S.; Matzger, A. J., "Anatomy of One-Dimensional Cocrystals: Randomness into Order" *J. Am. Chem. Soc.*, **2009**, *131*, 13826-13832.

Roy, S.; Matzger, A. J., "Unmasking a Third Polymorph of a Benchmark Crystal Structure Prediction Compound" *Angew. Chem Int. Ed. Engl.*, **2009**, *48*, 8505-8508. (Featured in Chemical and Engineering News as a Science Concentrate for Oct 5, 2009; highlighted in the Jan 2010 editorial in Organic Process Research & Development).

Koh, K.; Wong-Foy, A. J.; Matzger, A. J., "MOF@MOF: Microporous Core-Shell Architectures" *Chem. Commun.*, **2009**, 6162-6164.

Cychosz, K. A.; Wong-Foy, A. G.; Matzger, A. J., "Enabling Cleaner Fuels: Desulfurization by Adsorption to Microporous Coordination Polymers" *J. Am Chem. Soc.,* **2009**, *131*, 14538–14543.

McClelland, A. A.; Ahn, S.; Matzger, A. J.; Chen, Z., "Deducing 2D Crystal Structure at the Liquid/Solid Interface with Atomic Resolution: a Combined STM and SFG Study" *Langmuir,* **2009**, *25*, 11977-11979.

Henssler, J. T.; Zhang, X.; Matzger, A. J., "Thiophene/Thieno[3,2-b]thiophene Co-oligomers: Fused-Ring Analogs of Sexithiophene" *J. Org. Chem.* **2009**, *74*, 9112-9119.

Schnobrich, J. K.; Koh, K.; Sura, K. N., Matzger, A. J., "A Framework for Predicting Surface Areas in Microporous Coordination Polymers" *Langmuir* **2009**, *26*, 5808-5814.

Liu, M.; Wong-Foy, A. G.; Vallery, R. S.; Frieze, W. E.; Schnobrich, J. K.; Gidley, D. W.; Matzger, A. J., "Evolution of Nanoscale Pore Structure in Coordination Polymers During Thermal and Chemical Exposure Revealed by Positron Annihilation" *Adv. Materials* **2010**, *14*, 1598-1601. (Featured in Chemical and Engineering News as a Science Concentrate for Jan 18, 2010)

Lutker, K.; Matzger, A. J., "Crystal Polymorphism in a Carbamazepine Derivative: Oxcarbazepine" *J. Pharm. Sci.* **2010**, *99*, 794-803.

Shaibat, M. A.; Casabianca, L. B.; Siberio-Perez, D. Y.; Matzger, A. J.; Ishii, Y., "Distinguishing Polymorphs of the Semiconducting Pigment Copper Phthalocyanine by Solid-State NMR and Raman Spectroscopy" *J. Phys. Chem. B* **2010**, *114*, 4400-4406.

Lim, C.-S.; Schnobrich, J. K.; Wong-Foy, A. G.; Matzger, A. J., "Metal-Dependent Phase Selection in Coordination Polymers Derived from a $C_{2v}$-Symmetric Tricarboxylate" *Inorg. Chem.* **2010**, *49*, 5171-5275.

Ahn, S.; Matzger, A. J., "Six Different Assemblies from One Building Block: Two-Dimensional Crystallization of an Amide Amphiphile" *J. Am. Chem. Soc.*, **2010**, *132*, 11364-11371.

Cychosz, K. A.; Ahmad, R.; Matzger, A. J., "Liquid phase separations by crystalline microporous coordination polymers" *Chem. Sci.*, **2010**, 293-302.

Kim, Y.; Koh, K.; Roll, M. F.; Laine, R. M.; Matzger, A. J., "Porous Networks Assembled from Octaphenylsilsesquioxane Building Blocks" *Macromolecules*, **2010**, *43*, 6995-7000.

Schnobrich, J. K.; Lebel, O.; Cychosz, K. A.; Dailly, A.; Wong-Foy, A. G.; Matzger A. J., "Linker-Directed Vertex Desymmetrization for the Production of Coordination Polymers with High Porosity" *J. Am. Chem. Soc.*, **2010**, *132*, 13941-13948.

Cychosz, K. A.; Matzger A. J., "Water Stability of Microporous Coordination Polymers and the Adsorption of Pharmaceuticals from Water" *Langmuir*, **2010**, *26*, 17198–17202.

Koh, K.; Wong-Foy, A. G.; Matzger, A. J., "Coordination Copolymerization Mediated by $Zn_4O(CO_2R)_6$ Metal Clusters: a Balancing Act between Statistics and Geometry" *J. Am. Chem. Soc.* **2010**, *132*, 15005-15010.

Landenberger, K. B.; Matzger, A. J., "Cocrystal Engineering of a Prototype Energetic Material: Supramolecular Chemistry of 2,4,6-Trinitrotoluene" *Cryst. Growth Des.*, **2010**, *10*, 5341-5347. (Featured on the cover of the December 2010 issue)

Park, T.-H.; Cychosz, K. A.; Wong-Foy, A. G.; Dailly, A.; Matzger, A. J., "Gas and Liquid Phase Adsorption in Isostructural $Cu_3$[biaryltricarboxylate]$_2$ Microporous Coordination Polymers" *Chem. Commun.*, **2011**, *47*, 1452-1454.

Bolton, O.; Matzger, A.J., "Improved Stability and Smart-Material Functionality Realized in an Energetic Cocrystal" *Angew. Chem. Int. Ed. Engl.*, **2011**, *50*, 8960-8963. Highlighted in RSC Chemistry World (Sep 6, 2011) and ScienceNews.org (Oct 22, 2011).

Lutker, K. M.; Quiñones, R.; Xu, J.; Ramamoorthy, A.; Matzger, A. J., "Polymorphs and Hydrates of Acyclovir" *J. Pharm Sci.,* **2011***, 27*, 949-963.

Morrison, C. N.; Ahn, S.; Schnobrich, J. K.; Matzger, A. J., "Two-Dimensional Crystallization of Carboxylated Benzene Oligomers" *Langmuir*, **2011**, *27*, 936-942.

McClelland, A. A.; López-Mejías, V.; Matzger, A. J.; Chen, Z., "Peering at a Buried Polymer-Crystal Interface: Probing Heterogeneous Nucleation by Sum Frequency Generation Vibrational Spectroscopy" *Langmuir*, **2011**, *27,* 2162-2165.

Foroughi, L. M.; Kang, Y.-N.; Matzger, A. J., "Polymer-Induced Heteronucleation for Protein Single Crystal Growth: Structural Elucidation of Bovine Liver Catalase and Concanavalin A Forms" *Cryst. Growth Des.,* **2011**, *11*, 1294-1298.

Kizzie, A. C.; Wong-Foy, A. G.; Matzger, A. J., "Effect of Humidity on the Performance of Microporous Coordination Polymers as Adsorbents for $CO_2$ Capture" *Langmuir*, **2011**, *27*, 6368-6373.

Park, T.-H.; Koh, K.; Wong-Foy, A. G.; Matzger, A. J., "Non-linear Properties in Coordination Copolymers Derived from Randomly Mixed Ligands" *Cryst. Growth Des.,* **2011**, *11*, 2059-2063.

López-Mejías, V.; Knight, J. L.; Brooks, C. L Matzger, A. J., "On the Mechanism of Crystalline Polymorph Selection by Polymer Heteronuclei" *Langmuir*, **2011**, *27*, 7575-7579.

Foroughi, L. M.; Matzger A. J., "Two Dimensional Chirality: Intelligent Design" *Nat Chem.* **2011**, *3*, 663-665.

Foroughi, L. M.; Kang, Y.-N.; Matzger A. J., "Sixty years from discovery to solution: crystal structure of bovine liver catalase form III" *Acta Cryst.* **2011**, *D67*, 756-762.

Ahn,S.; Henssler, J. T.; Matzger, A. J., "Conglomerate with periodic enantiomer inclusion: A mechanism for homochirality erosion" *Chem. Commun.*, **2011**, *47*, 11432-11434.

Feldblyum, J. I.; Liu, M.; Gidley, D. W.; Matzger, A. J., "Reconciling the Discrepancies between Crystallographic Porosity and Guest Access As Exemplified by Zn-HKUST-1" *J. Am. Chem. Soc.*, **2011**, *133*, 18257-18263.

Park, T.-H.; Hickman, A. J.; Koh, K.; Martin, S.; Wong-Foy, A. G.; Sanford, M. S.; Matzger, A. J., "Highly Dispersed Palladium(II) in a Defective Metal-Organic Framework: Application to C-H Activation and Functionalization" *J. Am. Chem. Soc.*, **2011**, *133*, 20138-20141.

Feldblyum, J. I.; Keenan, E. A.; Matzger, A. J.; Maldonado, S., "Photoresponse Characteristics of Archetypal Metal-Organic Frameworks" *J. Phys. Chem. C*, **2012**, *116*, 3112-3121.

Roy, S.; Quiñone, R.; Matzger, A. J., "Structural and Physicochemical Aspects of Dasatinib Hydrate and Anhydrate Phases" *Cryst. Growth Des.*, **2012**, *12*, 2122-2126.

Ahn, S.; Matzger A. J., "Additive Perturbed Molecular Assembly in Two-Dimensional Crystals: Differentiating Kinetic and Thermodynamic Pathways" *J. Am. Chem. Soc.* **2012**, *134*, 3208-3214.

Liao, Y.; Yang, S. Y.; Koh, K.; Matzger, A. J.; Biteen, J. S., "Heterogeneous Single-Molecule Diffusion in One-, Two-, and Three-Dimensional Microporous Coordination Polymers: Directional, Trapped, and Immobile Guests" *Nano Lett.*, **2012**, *12*. 3080-3085.

López-Mejías, V.; Kampf, J. W.; Matzger, A. J., "Nonamorphism in Flufenamic Acid and a New Record for a Polymorphic Compound with Solved Structures" *J. Am. Chem. Soc.* **2012**, *134*, 9872-9875.

Landenberger, K. B.; Matzger, A. J., "Cocrystals of 1,3,5,7-Tetranitro-1,3,5,7-tetrazacyclooctane (HMX)" *Cryst. Growth Des.*, **2012**, *12*, 3603-3609.

Koh, K.; Van Oosterhout, J. D.; Roy, S.; Wong-Foy, A. G.; Matzger, A. J., "Exceptional surface area from coordination copolymers derived from two linear linkers of differing lengths" *Chem. Sci.*, **2012**, *3*, 2429-2431. Featured in Chemical and Engineering News (June 4, 2012).

Feldblyum, J. I.; Wong-Foy, A. G..; Matzger, A. J., "Non-interpenetrated IRMOF-8: synthesis, activation, and gas sorption" *Chem. Commun.* **2012**, *48*, 9828-9830.

Bolton, O.; Simke, L. R.; Pagoria, P. F.; Matzger, A. J., "High Power Explosive with Good Sensitivity: A 2:1 Cocrystal of CL-20:HMX" *Cryst. Growth Des.* **2012**, *12*, 4311-4314. Highlighted in Featured in Chemical and Engineering News (Sep 10, 2012), the Economist (Sep 15, 2012), and Popular Mechanics (Sep 14, 2012).

Changi, S.; Matzger, A. J.; Savage, P. E., "Kinetics and pathways for an algal phospholipid (1,2-dioleoyl-sn-glycero-3-phosphocholine) in high-temperature (175-350 °C) water" *Green Chem*, **2012**, *14*, 2856.

Henssler, J. T.; Matzger A. J., "Regiochemical Effects of Furan Substitution on the Electronic Properties and Solid-State Structure of Partial Fused-Ring Oligothiophenes" *J. Org. Chem.,* **2012**, 77, 9298-9303.

Liu, B.; Wong-Foy, A. G.; Matzger, A. J., "Rapid and enhanced activation of microporous coordination polymers by flowing supercritical $CO_2$" *Chem. Commun.*, **2013**, *49*, 1419-1421.

Shaw, C. M.; Zhang, X.; San Miguel, L.; Matzger, A. J.; Martin, D. C., "Synthesis and structure of alpha-substituted pentathienoacenes" *J. Mat. Chem. C*, **2013**, *1*, 3686-3694.

Dutta, D.; Feldblyum, J. I.; Gidley, D. W.; Imirzian, J.; Liu, M.; Matzger, A. J.; Vallery, R. S.; Wong-Foy, A. W. "Evidence of Positronium Bloch States in Porous Crystals of $Zn_4O$ coordination polymers." *Phys. Rev. Lett.* **2013**, *110*, 197403.

Landenberger, K. B.; Bolton, O.; Matzger, A. J. "Two Isostructural Explosive Cocrystals with Significantly Different Thermodynamic Stabilities" *Angew. Chem Int. Ed.*, **2013**, *52*, 6468-6471.

Feldblyum, J. I.; Dutta, D.; Wong-Foy, A. G.; Dailly, A.; Imirzian, J; Gidley, D. W.; Matzger, A. J. "Interpenetration, Porosity, and High-Pressure Gas Adsorption in $Zn_4O(2,6\text{-naphthalene dicarboxylate})_3$." *Langmuir*, **2013**, *29*, 8146-8153.

Roy, S.; Chamberlin, B.; Matzger, A. J., "Polymorph Discrimination using Low Wavenumber Raman Spectroscopy" *Org. Process Res. Dev.*, **2013**, *17*, 976-980.

Genna, D. T.; Wong-Foy, A. G.; Matzger, A. J.; Sanford M. S., "Heterogenization of Homogeneous Catalysts in Metal Organic Frameworks via Cation Exchange" *J. Am. Chem. Soc.*, **2013**, *135*, 10586-10589.

Guo, P.; Wong-Foy, A. G.; Matzger, A. J., "Microporous Coordination Polymers as Efficient Sorbents for Air Dehumidification" *Langmuir*, **2014**, *30*, 1921-1925.

Crivelli, P.; Cooke, D.; Barbiellini, F.; Brown, B. L.; Feldblyum, J. I.;Guo, P; Gidley, D. W.; Gerchow, L.; Matzger, A. J., "Positronium emission spectra from self-assembled metal-organic frameworks" *Phys. Rev. B*, **89**, 241103.

Barnard, R. A.; Matzger, A. J., "Functional Group Effects on the Enthalpy of Adsorption for Self-Assembly at the Solution/Graphite Interface" *Langmuir*, **2014**, *30*, 7388-7394.

Pfund, L. Y.; Matzger, A. J., "Towards Exhaustive and Automated High Throughput Screening for Crystalline Polymorph" *ACS Comb. Sci.*, **2014**, *16*, 309-313.

Dutta, A.; Wong-Foy, A. G.; Matzger, A. J., "Coordination Copolymerization of Three Carboxylate Linkers into a Pillared Layer Framework" *Chem. Sci.*, **2014**, *5*, 3729-3734.

McDonald, K. A.; Feldblyum, J. I.; Koh, K.; Wong-Foy, A. G.; Matzger, A. J., "Polymer@MOF@MOF: "grafting from" atom transfer radical polymerization for the synthesis of hybrid porous solids" *Chem. Commun.*, **2015**, *51*, 11994-11996.

Dutta, A.; Ma, J.; Wong-Foy, A. G.; Matzger, A. J., "A non-regular layer arrangement of a pillared-layer coordination polymer: avoiding interpenetration via symmetry breaking at nodes" *Chem. Commun.*, **2015**, *51*, 13611-13614.

Pfund, L. Y,; Price, C. P.; Frick, J. J; Matzger, A. J. "Controlling Pharmaceutical Crystallization with Designed Polymeric Heteronuclei" *J. Am. Chem. Soc.*, **2015**, *137*, 781-875.

Tran, L. D.; Feldblyum, J. I.; Wong-Foy, A. G.; Matzger, A. J., "Filling Pore Space in a Microporous Coordination Polymer to Improve Methane Storage Performance" *Langmuir*, **2015**, *31*, 2211-2217.

Guo, P.; Dutta, D.; Wong-Foy, A .G.; Gidley, D. W.; Matzger, A. J., "Water Sensitivity in $Zn_4O$-Based MOFs is Structure and History Dependent" *J. Am. Chem. Soc.*, **2015**, *137*, 2651-2657.

Adam J. Matzger

Barnard, R. A.; Dutta, A.; Schnobrich, J. K.; Morrison, C. N.; Ahn, S.; Matzger, A. J., "Two-Dimensional Crystals from Reduced Symmetry Analogues of Trimesic Acid" *Chem. Eur. J.*, **2015**, *21*, 5954–5961.

Dutta, A.; Koh, K.; Wong-Foy, A. G.; Matzger, A. J., "Porous Solids Arising from Synergistic and Competing Modes of Assembly: Combining Coordination Chemistry and Covalent Bond Formation" *Angew. Chem Int. Ed.,* **2015**, *54*, 3983-3987.

Pfund, L. Y; Chamberlin, B. L.; Matzger, A. J., "The Bioenhancer Piperine is at Least Trimorphic" *Cryst. Growth Des.,* **2015**, *15*, 2047-2051.

Landenberger, K. B.; Bolton, O.; Matzger, A. J. " Energetic–Energetic Cocrystals of Diacetone Diperoxide (DADP): Dramatic and Divergent Sensitivity Modifications via Cocrystallization" *J. Am. Chem. Soc.*, **2015**, *137*, 5074–5079.

Bennion, J. C.; McBain, A.; Son, S. F.; Matzger, A. J., "Design and Synthesis of a Series of Nitrogen-Rich Energetic Cocrystals of 5,5'-Dinitro-2H,2H'-3,3'-bi-1,2,4-triazole (DNBT)" *Cryst. Growth Des.,* **2015**, *15*, 2545-2549.

Chung, K.; Kwon, M. S.; Leung, B. M.; Wong-Foy, A. G.; Kim, M. S.; Kim, J.; Takayama, S.; Gierschner, J.; Matzger, A. J.; Kim, J. "Shear-triggered Crystallization and Light Emission of a Thermally Stable Organic Supercooled Liquid" *ACS Cent. Sci.*, **2015**, *1*, 94-102.

Ma, J.; Wong-Foy, A. G.; Matzger, A. J., "The Role of Modulators in Controlling Layer Spacings in a Tritopic Linker Based Zirconium 2D Microporous Coordination Polymer" *Inorg. Chem.,* **2015**, *54*, 4591-4593.

López-Mejías, V.; Matzger, A. J., "Structure–Polymorphism Study of Fenamates: Toward Developing an Understanding of the Polymorphophore" *Cryst. Growth Des.,* **2015**, *15*, 3955-3962.

Wo, Y.; Li, Z.; Brisbois, E. J.; Colletta, A.; Wu. J. F.; Major, T. C.; Xi, C. W.; Bartlett, R. H.; Matzger, A. J.; Meyerhoff, M. E., "Origin of Long-Term Storage Stability and Nitric Oxide Release Behavior of CarboSil Polymer Doped with S-Nitroso-N-acetyl-D-penicillamine" *ACS Appl. Mater. Interfaces*, **2015**, *7*, 22218-22227.

McDonald, K. A.; Seth, S.; Matzger, A. J., "Coordination Polymers with High Energy Density: An Emerging Class of Explosives" *Cryst. Growth Des.,* **2015**, *15*, 5963-5972.

Goud, R. J.; Bolton, O.; Burgess, E. C.; Matzger, A. J., "Unprecedented Size of the σ-Holes on 1,3,5-Triiodo-2,4,6-trinitrobenzene Begets Unprecedented Intermolecular Interactions" *Cryst. Growth Des.,* **2016**, *16*, 1765-1771.

Li, Z.; Matzger, A. J., "Influence of Coformer Stoichiometric Ratio on Pharmaceutical Cocrystal Dissolution: Three Cocrystals of Carbamazepine/4-Aminobenzoic Acid" *Mol. Pharm.*, **2016**, *13*, 990-995.

Tran, L. D.; Ma, J.; Wong-Foy, A. G.; Matzger, A. J., "A Perylene-Based Microporous Coordination Polymer Interacts Selectively with Electron-Poor Aromatics" *Chem. Eur. J.,* **2016**, *22*, 5509-5513.

Roy, S.; Goud, R. G.; Matzger A. J., "Polymorphism in Phenobarbital: Discovery of a New Polymorph and Crystal Structure of Elusive Form V" *Chem. Commun.*, **2016**, *52*, 4389-4392.

Kersten, K. M.; Matzger A. J., "Improved Pharmacokinetics of Mercaptopurine Afforded by a Thermally Robust Hemihydrate" *Chem. Commun.*, **2016**, *52,* 5281-4.

Adam J. Matzger

Genna, D. T., Pfund, L. Y.; Samblanet, D. C.; Wong-Foy, A. G.; Matzger, A. J.; Sanford, M. S., "Rhodium Hydrogenation Catalysts Supported in Metal Organic Frameworks: Influence of the Framework on Catalytic Activity and Selectivity" *ACS Catal.*, **2016**, *6*, 3569-3574.

Ma, J.; Tran, L. D..; Matzger, A. J., "Toward Topology Prediction in Zr-Based Microporous Coordination Polymers: The Role of Linker Geometry and Flexibility" *Cryst. Growth Des.*, **2016**, *16*, 4148-4153.

Gamage, N. H.; McDonald, K. A.; Matzger, A. J., "MOF-5-Polystyrene: Direct Production from Monomer, Improved Hydrolytic Stability, and Unique Guest Adsorption" *Angew. Chem.* **2016**, *55*, 12099-103.

McDonald, K. A.; Bennion, J. C.; Leone, A. K.; Matzger, A. J., "Rendering non-energetic microporous coordination polymers explosive", *Chem. Commun.*, **2016**, *52*, 10862-10865.

Boissonnault, J. A.; Wong-Foy, A. G.; Matzger, A. J., "Purification of Chloromethane by Selective Adsorption of Dimethyl Ether on Microporous Coordination Polymers" Langmuir, **2016,** *32*, 9743-9747.

Bennion, J. C.; Vogt, L.; Tuckerman, M. E.; Matzger, A. J., "Isostructural Cocrystals of 1,3,5-Trinitrobenzene Assembled by Halogen Bonding" *Cryst. Growth Des.*, **2016**, *16*, 4688-4693.

Cook, A. K.; Schimler, S. D.; Matzger, A. J.; Sanford, M.S., "Catalyst-controlled selectivity in the C-H borylation of methane and ethane", *Science*, **2016**, *351*, 1421-1424.

Bennion, J. C.; Chowdhury, N.; Kampf, J. W.; Matzger, A. J., "Hydrogen Peroxide Solvates of 2,4,6,8,10,12-Hexanitro-2,4,6,8,10,12-hexaazaisowurtzitane", *Angew. Chem. Int. Ed.*, **2016**, *55*, 13118-13121.

Seth, S.; Matzger, A. J., "Coordination Polymerization of 5,5 '-Dinitro-2H,2H '-3,3 '-bi-1,2,4-triazole Leads to a Dense Explosive with High Thermal Stability", *Inorg. Chem.*, **2017**, *56*, 561-565.

Goud, N. R.; Matzger, A. J., "Impact of Hydrogen and Halogen Bonding Interactions on the Packing and Ionicity of Charge-Transfer Cocrystals", *Cryst. Growth Des.*, **2017**, *17*, 328-336.

Wiscons, R. A.; Matzger, A. J., "Evaluation of the Appropriate Use of Characterization Methods for Differentiation between Cocrystals and Physical Mixtures in the Context of Energetic Materials", *Cryst. Growth Des.*, **2017**, *17*, 901-906.

Zhang, C,; Matzger, A. J, "A Newly Discovered Racemic Compound of Pioglitazone Hydrochloride Is More Stable than the Commercial Conglomerate" *Cryst. Growth Des.*, **2017**, *17*, 414-417.

Wo, Y.; Brisbois, E. J.; Wu, J.; Li, Z.; Major, T. C.; Mohammed, A.; Wang, X.; Colletta, A.; Bull, J. L.; Matzger, A. J.; Xi, C.; Bartlett, R. H.; Meyerhoff, M. E., "Reduction of Thrombosis and Bacterial Infection via Controlled Nitric Oxide (NO) Release from S-Nitroso-N-acetylpenicillamine (SNAP) Impregnated CarboSil Intravascular Catheters" *ACS Biomater. Sci. Eng.*, **2017**, *3*, 349-359.

Wo, Y.; Li, Z.; Colletta, A.; Wu, J.; Xi, C.; Matzger, A. J.; Brisbois, E. J.; Bartlett, R. H.; Meyerhoff, M. E.  "Study of crystal formation and nitric oxide (NO) release mechanism from S-nitroso-N-acetylpenicillamine (SNAP)-doped CarboSil polymer composites for potential antimicrobial applications" *Composites Part B*, **2017**, *121*, 23-33.

Bennion, J. C.; Siddiqi, Z. R.; Matzger, A. J., "A Melt Castable Energetic Cocrystal" *Chem. Commun.*, **2017**, *53*, 6065-6068. (Featured on the cover)

Adam J. Matzger

Seth, S.; Matzger A. J., "Metal-Organic Frameworks: Examples, Counterexamples, and an Actionable Definition" *Cryst. Growth. Des.*, **2017**, *17*, 4043-4048.

Frank, D. S.; Matzger, A. J. "Influence of Chemical Functionality on the Rate of Polymer-Induced Heteronucleation" *Cryst. Growth. Des.*, **2017**, *17*, 4056-4059.

Seth, S.; McDonald, K. A.; Matzger, A. J., "Metal Effects on the Sensitivity of Isostructural Metal–Organic Frameworks Based on 5-Amino-3-nitro-1H-1,2,4-triazole", *Inorg. Chem.,* **2017**, *56*, 10151-10154.

Behera, R. K.; Goud, N. R.; Matzger, A. J.; Brédas, J. L.; Coropceanu, V. "Electronic Properties of 1,5-Diaminonaphthalene:Tetrahalo-1,4-benzoquinone Donor–Acceptor Cocrystals" *J. Phys. Chem. C*, **2017**, *121*, 23633–23641

Kaur, R.; Cavanagh, K. L.; Rodríguez-Hornedo, N.; Matzger, A. J. "Multidrug Cocrystal of Anticonvulsants: Influence of Strong Intermolecular Interactions on Physiochemical Properties" *Cryst. Growth. Des.*, **2017**, *17*, 4012-5016.

Wo, Y.; Xu, L. C.; Li, Z.; Matzger, A. J.; Meyerhoff, M. E.; Siedlecki, C. A. "Antimicrobial Nitric Oxide Releasing Surfaces Based on S-Nitroso-N-Acetylpenicillamine Impregnated Polymers Combined with Submicron-Textured Surface Topography" *Biomater. Sci.*, **2017**, *5*, 1265-1278.

McDonald, K. A.; Ko, N.; Noh, K.; Bennion, J. C.; Kim, J.; Matzger, A. J., "Thermal Decomposition Pathways of Nitro-functionalized Metal-Organic Frameworks," *Chem. Commun.*, **2017**, *53*, 7808-7811

Damron, J. T.; Kersten, K. M.; Pandey, M. K.; Mroue, K. H.; Yarava, J. R.; Nishiyama, Y.; Matzger, A. J.; Ramamoorthy, A. "Electrostatic Constraints Assessed by H-1 MAS NMR Illuminate Differences in Crystalline Polymorphs" *J. Phys. Chem. Lett.*, **2017**, *8*, 4253-4257.

Wo, Y.; Brisbois, E. J.; Wu, J.; Li, Z.; Major, T. C.;l Mohammed, A.; Wang, X.; Colletta, A.; Bull, J. L.; Matzger, A. J.; Xi, C.;  Bartlett, R. H.; Meyerhoff, M. E., "Reduction of Thrombosis and Bacterial Infection via Controlled Nitric Oxide (NO) Release from S-Nitroso-N-acetylpenicillamine (SNAP) Impregnated CarboSil Intravascular Catheters" *ACS Biomater. Sci. Eng.*, **2017**, *3*, 349–359

Boissonnault, J. A.; Wong-Foy, A. G.; Matzger, A. J., "Core–Shell Structures Arise Naturally During Ligand Exchange in Metal–Organic Frameworks" *J. Am. Chem. Soc.*,  **2017**, *139*, 14841-14844.

Ma, J.; Kalenak, A. P.; Wong-Foy, A. G.; Matzger, A. J., "Rapid Guest Exchange and Ultra-Low Surface Tension Solvents Optimize Metal–Organic Framework Activation" *Angew. Chem.* **2017**, *56*, 14618-14621.

Ahmed, A.; Liu, Y.; Purewal, J.; Tran, L. D.; Wong-Foy, A. G.; Veenstra, M.; Matzger, A. J.; Siegel, D. J., "Balancing gravimetric and volumetric hydrogen density in MOFs" *Energy Environ. Sci.*, **2017**, *10*, 2459–2471.

Kersten, K. M.; Kaur, R.; Matzger, A. J., "Survey and Analysis of Crystal Polymorphism in Organic Structures" *IUCrJ* **2018**, *5*, 124-129.

Kent, R. V.; Wiscons, R. A.; Sharon, P.; Grinstein, D.; Frimer, A. A.; Matzger, A. J., "Cocrystal Engineering of a High Nitrogen Energetic Material" *Cryst. Growth. Des.*, **2018**, *18*, 219-224.

James, B. R.; Boissonnault, J. A.; Wong-Foy, A. G.; Matzger, A. J.; Sanford, M. S., "Structure activity relationships in metal-organic framework catalysts for the continuous flow synthesis of propylene carbonate from CO2 and propylene oxide" *RSC Advances*, **2018**, *8*, 2132-2137.

14

Adam J. Matzger

Goud, N. R.; Zhang, X.; Bredas, J.-L.; Coropceanu, V.; Matzger, A. J., "Discovery of Non-linear Optical Materials by Function-Based Screening of Multi-component Solids" *Chem*, **2018**, *4*, 150-161.

Frank, D. S.; Matzger, A. J., "Probing the Interplay between Amorphous Solid Dispersion Stability and Polymer Functionality" *Mol. Pharm.*, **2018**, *15*, 2714-2720.

Damron, J. T.; Ma, J. Kurz, R.; Saalwaechter, K,; Matzger, A. J.; Ramamoorthy, A., "The Influence of Chemical Modification on Linker Rotational Dynamics in Metal-Organic Frameworks." *Angew. Chem.* **2018**, *57*, 8678-8681.

Wiscons, R. A.; Goud, N. R.; Damron, J. T.; Matzger, A. J., "Room-Temperature Ferroelectricity in an Organic Cocrystal" *Angew. Chem.* **2018**, *57*, 9044-9047.

Kersten, K. M.; Breen, M. E.; Mapp, A. K.; Matzger, A. J., "Pharmaceutical solvate formation for the incorporation of the antimicrobial agent hydrogen peroxide" *Chem. Commun.*, **2018**, *54*, 9286-9289.

Dodson, R. A..; Wong-Foy, A. G.; Matzger, A. J., "The Metal-Organic Framework Collapse Continuum: Insights from Two-Dimensional Powder X-ray Diffraction" *Chem. Mater.,* **2018**, *30*, 6559-6565.

Zhang, C.; Kersten, K. M.; Kampf, J. W.; Matzger, A. J., "Solid-State Insight Into the Action of a Pharmaceutical Solvate: Structural, Thermal, and Dissolution Analysis of Indinavir Sulfate Ethanolate" *J. Pharm. Sci.*, **2018**, *107*, 2731-2734.

Wiscons, R. A.; Bellas, M. K.; Bennions, J. C.; Matzger, A. J., "Detonation Performance of Ten Forms of 5,5'-Dinitro-2H,2H'-3,3'-bi-1,2,4-triazole (DNBT)" *Cryst. Growth Des.*, **2018**, *18*, 7701-7707.

Frank, D. S.; Matzger, A. J., "Effect of Polymer Hydrophobicity on the Stability of Amorphous Solid Dispersions and Supersaturated Solutions of a Hydrophobic Pharmaceutical" *Mol. Pharm.*, **2019**, *16*, 682-688.

Nguyen-Sorenson, A. H. T.; Anderson, C. M.; Balijepalli, S. K.; McDonald, K. M.; Matzger, A. J.; Stowers, K. J., "Highly active copper catalyst obtained through rapid MOF decomposition" *Inorg. Chem. Front.*, **2019**, *6*, 521-526.

Vuppuluri, V. S.; Bennion, J. C.; Wiscons, R. A.; Gunduz, I. E.; Matzger, A. J.; Son, S. F., "Detonation Velocity Measurement of a Hydrogen Peroxide Solvate of CL-20" *Propellants Explos. Pyrotech*, **2019**, 313-318.

Kent, R. V.; Vaid, T. P.; Boissonnault, J. A.; Matzger, A. J., "Adsorption of tetranitromethane in zeolitic imidazolate frameworks yields energetic materials" *Dalton Trans.*, **2019**, *48*, 7509-7513.

Dodson, R. A.; Matzger, A. J., "Resolvation-Based Damage to Metal–Organic Frameworks and Approaches to Mitigation" *ACS Materials Lett.*, **2019**, *1*, 344-349.

Ahmed, A.; Seth, S.; Purewal, J.; Wong-Foy, A. G.; Veenstra, M.; Matzger, A. J.; Siegel, D. J., "Exceptional Hydrogen Storage Achieved by Screening Nearly Half a Million Metal-Organic Frameworks." Nat. Commun., **2019**, *10*, 1568.

Suresh, K.; Ashe, J. S.; Matzger A. J., "Far-Infrared Spectroscopy as a Probe for Polymorph Discrimination" *J. Pharm. Sci.*, **2019**, *108*, 1915-1920.

Purewal, J.; Veenstra, M.; Tamburello, D.; Ahmed, A.; Matzger, A. J.; Wong-Foy, A. G.; Seth, S.; Liu, Y. Y.; Siegel, D. J. "Estimation of system-level hydrogen storage for metal-organic frameworks with high volumetric storage density". *Int. J. Hydrogen Energy*, **2019**, *44*, 15135-15145.

Kent, R. V.; Vaid, T. P.; Boissonnault, J. A.; Matzger, A. J., "Adsorption of tetranitromethane in zeolitic imidazolate frameworks yields energetic materials" *Dalton Trans.*, **2019**, *48*, 7509-7513.

Frank, D. S.; Zhu, Q.; Matzger, A. J., "Inhibiting or Accelerating Crystallization of Pharmaceuticals by Manipulating Polymer Solubility" *Mol. Pharm.*, **2019**, *16*, 3720-3725.

Wiscons, R. A.; Coropceanu, V.; Matzger, A. J., "Quaternary Charge-Transfer Solid Solutions: Electronic Tunability through Stoichiometry" *Chem. Mater.*, **2019**, *31*, 6598-6604.

Seth, S.; Vaid, T. P.; Boissonnault, J. A.; Matzger, A. J., "Salt loading in MOFs: solvent-free and solvent-assisted loading of $NH_4NO_3$ and $LiNO_3$ in UiO-66" *Dalton Trans.*, **2019**, *48*, 13483-14490.

Frank, D. S.; Aldoukhi, A. H; Roberts, W. W.; Ghani, K. R.; Matzger, A. J., "Polymer-Mineral Composites Mimic Human Kidney Stones in Laser Lithotripsy Experiments" A*CS Biomater. Sci. Eng.*, **2019**, *5*, 4970-4975.

Dasari, R. R.; Wang, X.; Wiscons, R. A.; Haneef, H. F.; Ashokan, A.; Zhang, Y. D.; Fonari, M. S.; Barlow, S.; Coropceanu, V.; Tomofeeva, T. V.; Jurchescu, O. D.; Bredas, J.-L.; Matzger, A. J.; Marder, S. R., "Charge-Transport Properties of $F_6$TNAP-Based Charge-Transfer Cocrystals" *Adv. Funct. Mater.*, **2019**, *29*, 1904858.

Suresh, K.; Matzger, A. J., "Enhanced Drug Delivery by Dissolution of Amorphous Drug Encapsulated in a Water Unstable Metal-Organic Framework (MOF)" *Angew. Chem. Int. Ed.*, **2019**, *58*, 16790-16794.

Bellas, M. K.; Matzger, A. J., "Achieving Balanced Energetics Through Cocrystallization" *Angew. Chem. Int. Ed.*, **2019**, *58*, 17185-17188.

Foroughi, L. M.; Wiscons, R. A.; Du Bois, Derek R.; Matzger, A. J., "Improving stability of the metal-free primary energetic cyanuric triazide (CTA) through cocrystallization" *Chem. Commun.*, **2020**, *56*, 2111-2114.

Wiscons, R. A.; Matzger, A. J., "Utilizing plane group symmetry to favor noncentrosymmetry in three-dimensional crystals" *Can. J. Chem.*, **2020**, *98*, 327-331. Special issue in honor of James Wuest.

Shalini, S.; Vaid, T. P.; Matzger, A. J., "Salt nanoconfinement in zirconium-based metal-organic frameworks leads to pore-size and loading-dependent ionic conductivity enhancement" *Chem. Commun.*, **2020**, *56*, 7245-7248.

Nguyen Sorenson, A. H. T.; Wu, Y.; Orcutt, E. K.; Kent, R. V.; Anderson, H. C.; Matzger, A. J.; Stowers, K. J., "Energetic decomposition yields efficient bimetallic Cu MOF-derived catalyst" *J. Mat. Chem.* A, **2020**, *8*, 15066-15073.

Shalini, S.; Frank, D. S.; Aldoukhi, A. H.; Majdalany, S. E.; Roberts, W. W.; Ghani, K. R.; Matzger, A. J., "Assessing the Role of Light Absorption in Laser Lithotripsy by Isotopic Substitution of Kidney Stone Materials" *ACS Biomater. Sci. Eng.*, **2020**, *6*, 5274-5280.

Dodson, R. A.; Kalenak, A. P.; Du Bois, D. R.; Gill-Ljunghammer, S. L.; Matzger, A. J., "N,N-Diethyl-3-methylbenzamide (DEET) acts as a metal–organic framework synthesis solvent with phase-directing capabilities" *Chem. Commun.*, **2020**, *56*, 9966-9969.

Suresh, K.; López-Mejías, V.; Roy, S.; Camacho, D. F.; Matzger, A. J., "Leveraging Framework Instability: A Journey from Energy Storage to Drug Delivery" *Synlett*, **2020**, *31*, 1573-1580.

Adam J. Matzger

Song, H.; Vogt-Maranto, L.; Wiscons, R. A.; Matzger, A. J.; Tuckerman, M. E., "Generating Cocrystal Polymorphs with Information Entropy Driven by Molecular Dynamics-Based Enhanced Sampling" *J. Phys. Chem. Lett.*, **2020**, *11*, 9751-9758.

Dodson R. A., Kalenak, A. P., Matzger A. J., "Solvent Choice in Metal-Organic Framework Linker Exchange Permits Microstructural Control" *J. Am. Chem. Soc.*, **2020**, *142*, 20806-20813.

Du Bois, D. R.; Matzger A. J., "Reagent Reactivity and Solvent Choice Determine Metal–Organic Framework Microstructure during Postsynthetic Modification" *J. Am. Chem. Soc.*, **2021**, *143*, 671–674.

### Selected Patents

Lewis, N. S.; Severin, E. J.; Freund, M.; Matzger, A.J., "Use of an Array of Polymeric Sensors of Varying Thickness for Detecting Analytes in Fluids" U.S. Patent 6,387,329 (**2002**).

Lewis, N. S.; Severin, E. J.; Freund, M.; Matzger, A.J., "Use of an Array of Polymeric Sensors of Varying Thickness for Detecting Analytes in Fluids" U.S. Patent 6,610,367 (**2003**).

Grubbs, R. H.; Lewis, N. S.; Matzger, A. J., "Polymer/Plasticizer Based Sensors" U.S. Patent 6,752,964 (**2004**).

Lewis, N. S.; Severin, E. J.; Freund, M.; Matzger, A.J., "Use of an Array of Polymeric Sensors of Varying Thickness for Detecting Analytes in Fluids" U.S. Patent 6,759,010 (**2004**).

Lewis, N. S.; Severin, E. J.; Freund, M.; Matzger, A.J., "Use of an Array of Polymeric Sensors of Varying Thickness for Detecting Analytes in Fluids" U.S. Patent 7,144,553 (**2006**).

Matzger, A. J.; Lang, M.; Kim, K., "Systems and Methods for the Generation of Crystalline Polymorphs" U.S. Patent 7,429,238 (**2008**).

Yaghi, O. M.; Matzger, A. J.; Benin, Annabelle, "Covalently Linked Organic Frameworks and Polyhedra" (20060154807) U.S. Patent 7,582,798 (**2009**)

Yaghi, O. M.; Matzger, A. J.; Rowsell, J. L., "Implementation of a Strategy for Achieving Extraordinary Levels of Surface Area and Porosity in Crystals" U.S. Patent 7,652,132 (**2010**).

Glick, G. D.; Matzger, A. J., "Unsolvated Benzodiazepine Compositions and Methods" U.S. Patent 8,425,659 (**2011**)

Matzger, A. J.; Wong-Foy, A. G.; Koh, K. "Porous Coordination Copolymers and Methods for Their Production" U.S. Patent 8,222,179 (**2012**).

Koh, K.; Wong-Foy, A.G.; Matzger, A. J.; Benin, A. I; Willis, R. R., "Block coordination copolymers" U. S. Patent 8,324,323 (**2012**).

Matzger, A. J.; Wong-Foy, A. G.; Caskey, S., "Microporous coordination polymers as novel sorbents for gas separation" U. S. Patent 8,425,659 (**2013**).

Matzger, A. J.; Wong-Foy, A. G.; Lebel, O. "Novel Strategies, Linkers and Coordination Polymers for High-Performance Sorbents" U.S. Patent 9,132,411 (**2015**).

Matzger A. J.; Bolton, O. J. "Crystalline Explosive Material" (pending) U. S. Patent  9,096,530 (**2015**).

Adam J. Matzger

Matzger, A. J.; Koh, K. "Microporous coordination complex and method of making the same" U.S. Patent 9,353,129 (**2016**)

Matzger, A. J; Liu B.; Wong-Foy, A. G. "Rapid and enhanced activation of microporous coordination polymers by flowing supercritical $CO_2$" U. S. Patent 9,393,548 (**2016**)

Matzger, A. J.; McDonald, K. A., "Explosive microporous coordination polymers" U.S. Pat. Appl. Publ. (**2017**), US 20170369387.

Matzger, A. J.; Kersten, K., "Mercaptopurine Hemihydrate" U.S. Pat. Appl. Publ. (**2018**), US 62290093.

Safir, A.; Matzger, A. J.; Leithead, S.; Ma, J.; Peterson, G. A., "Metal-organic framework materials" U.S. Pat. Appl. Publ. (**2019**), US 62533617.

Matzger, A. J.; Bennion, J. C., "hydrogen peroxide solvates of energetic materials" U.S. Pat. Appl. Publ. (**2019**), US 62527617.

Adam J. Matzger

*Selected Current and Past Research Support*

**Department of Energy**
"Optimized Hydrogen Adsorbents via Machine Learning and Crystal Engineering"
9/1/2010-8/31/2022
$900,000 (~1/3 to Matzger lab)

**Department of Energy (Basic Energy Sciences)**
"Dynamic Properties of Nanostructured Porous Materials"
9/1/2019-8/31/2022
$811,616

**Army Research Office**
"Improved Performance of Energetic Materials Through the Formation of Hydrogen Peroxide Solvates"
2/12/2019-2/11/2022
$525,000

**Office of Naval Research**
"Ammonium Dinitramide Cocrystals for Improved Performance and Environmental Stability"
2/1/2019-1/31/2019
$320,000

**Boston Scientific**
"Optimal laser settings study"
11/19/2018-11/18/2020
$702,409 (~40% to Matzger lab)

**Army Research Office**
"Discovery and Design of Organic Ferroelectrics"
10/1/2018-9/31/2021
$405,000

**Kellogg Company**
"Crystal Growth of Sucrose in the Presence of Maltodextrin"
9/1/2018-2/28/2019
$75,000

**Department of Energy**
"Joint Center for Energy Storage Research (JCESR) 2.0"
7/1/2018-6/30/2023
$175,000/yr to Matzger Lab ($7,058,998 total funds)

**Kellogg Company**
"Morphology and Polymorphism of Sucrose on Edible Substrates"
9/1/2017-4/30/2018
$100,000

**Department of Energy**
"Optimized Hydrogen Adsorbents via Machine Learning and Crystal Engineering"
9/1/2017-8/31/2018
$249,998 (~1/3 to Matzger lab)

**Department of Defense (DURIP)**
"Acquisition of a Multipurpose X-Ray Diffractometer to Advance Studies of Cocrystallization and

19

Adam J. Matzger

Polymorphism"
05/15/2017 to 05/14/2018
$349,681

**Department of Energy (Basic Energy Sciences)**
"Dynamic Properties of Nanostructured Porous Materials"
9/1/2016-8/31/2019
$792,000

**National Institutes of Health**
"Improving drug bioavailability through solid form discovery SUPPLEMENT"
8/29/2015-8/31/2016
$145,000

**Zymergen Inc. (DARPA subcontract)**
"The Factory: Any Microbe. Any Molecule"
9/23/2015-5/22/2017
$112,744

**Defense Threat Reduction Agency**
"Towards Development of Tailored Explosives Based on Coordination Chemistry for C-WMD"
12/05/2014-12/04/2017
$450,000

**Department of Defense-Army Research Labs**
"Solid-Form Screening to Produce Novel Energetics"
9/29/2014-9/28/2019
$150,000

**Government of Israel**
"The Development of New Energetic Materials Through Cocrystallization"
7/30/2014-8/18/2015
$150,000

**Department of Defense-Army Research Office**
"Theory and Experiment of Cocrystals: Principles, Synthesis and Properties"
9/1/2013 - 8/31/2018
$6,250,000 ($1,375,000 to PI Matzger)

**Department of Energy (Basic Energy Sciences)**
"Symmetry Breaking for the Synthesis of Nanostructured Porous Materials"
9/1/2013-8/31/2016
$732,000

**National Institutes of Health**
"Improving drug bioavailability through solid form discovery"
9/30/2013-8/31/2017
$1,026,470

**Dow Corning**
"Adsorptive Separation of Dimethyl Ether from Methyl Chloride"
1/15/2014-7/31/14
$101,756

**Department of Defense-Defense Threat Reduction Agency**

Adam J. Matzger

"Cocrystal Engineering of Energetic Materials"
4/10/2013 - 4/09/2014
$150,000

**Department of Defense-Defense Threat Reduction Agency**
"Cocrystal Engineering of Energetic Materials"
4/10/2012 - 4/09/2013
$150,000

**National Science Foundation**
"Engineering Two-Dimensional Crystals"
9/1/2010-8/31/2013
$360,000

**Department of Energy (Basic Energy Sciences)**
"Symmetry Breaking for the Synthesis of Nanostructured Porous Materials"
9/1/2010-8/31/2013
$736,607

**General Motors**
"Room Temperature Hydrogen Sorbents"
7/1/2010 - 7/31/2011
$150,000

**UOP (Honeywell)**
"$CO_2$ Removal from Flue Gas Using Microporous Metal Organic Frameworks"
05/31/2010 - 07/31/2010
$32,598

**National Institutes of Health**
"Polymer-Based Approaches for Exploring Polymorph Space"
09/30/2009 – 05/31/2010
$30,000

**National Science Foundation**
"Structural Evolution of Porous Coordination Polymers upon Chemical Exposure"
06/15/2009 – 05/31/2013
$510,000 (50% to co-PI)

**Department of Defense-Defense Threat Reduction Agency**
"Cocrystal Engineering of Energetic Materials"
4/10/2009 - 4/09/2012
$450,000

**General Motors**
"High Capacity Hydrogen Sorbents"
5/1/2008 - 4/30/2010
$300,000

**National Science Foundation**
"EFRI-HyBi: The Science and Engineering of Microalgae Hydrothermal Processing"
Collaborative with several investigators (P. Savage, PI)
09/01/2009 – 08/31/2013
$2,201,165 ($400,000 to Matzger)

Adam J. Matzger

**Mitsubishi**
"Kinetics Investigation of p-Xylene Oxidation"
Collaborative with P. Savage, PI
03/02/2009 - 02/28/2010
$81,052 (~1/4 to Matzger)

**General Motors**
"High Capacity Hydrogen Sorbents"
5/1/2008 - 4/30/2010
$300,000

**Department of Energy (UOP subcontract)**
"Synthesis and Characterization of Microporous Coordination Polymers (MCPs) with Ultrahigh Affinity for $CO_2$ and Other Gases"
3/1/2008 - 2/28/2010
$350,000

**Office of Naval Research**
"Crystallization and Polymorphism Studies on Alane"
02/11/2008 to 06/30/2009
$99,983

**Thermo Fisher Scientific**
"Polymeric Heteronuclei Arrays to Facilitate Protein Single Crystal Growth"
2/1/2008 - 1/31/2009
$55,724

**National Institutes of Health**
"Polymer-Based Approaches for Exploring Polymorph Space" (supplement)
7/1/2007 - 6/30/2009
$114,228

**National Science Foundation**
"Upgrade of a 600 MHz NMR Spectrometer"
Collaborative with several investigators (C. Fierke, PI)
05/01/2007 - 04/30/2010
$499,700

**National Institutes of Health**
"Purchase of a 500 MHz Solid-State NMR Spectrometer"
Collaborative with several investigators (A. Ramamoorthy, PI)
1/15/2007 - 1/14/2009
$500,000

**Department of Army (T/J Technologies, Inc. subcontract)**
"Metal Organic Framework Supported Early Transition Metal Carbide Adsorbents"
Collaborative with Levi Thompson
12/1/2006 -10/31/08
$186,164 (Matzger share)

**Michigan Economic Development Corporation**
"Advanced Adsorbents for Sulfur Removal Based on Ultra-High Surface Area Microporous Coordination Polymers"
11/1/2006-10/31/2009
$899,713 (2/3 to Matzger)

Adam J. Matzger

**Department of Energy (UOP subcontract)**
"Metal-Organic Frameworks (MOFs) for Carbon Dioxide Adsorption"
8/1/2006 - 2/1/2008
$223,000

**National Science Foundation**
"Engineering Two-Dimensional Crystals"
11/1/2006 - 10/31/2009
$329,200

**National Institutes of Health**
"Polymer-Based Approaches to Exploring Polymorph Space"
7/1/2006 - 5/31/2011
$1,143,237

**Sloan Foundation**
"Recruitment and Retention of Minority Students in Chemistry"
2/16/2006 - 9/1/2009
$2,000

**Office of Naval Research**
"Controlling Crystal Polymorphism of Energetic Materials"
2/1/2006 - 1/31/2009
$210,000

**Department of Energy**
"Second Generation MOFs for Hydrogen Storage"
Collaborative with O. M. Yaghi
5/1/05 - 4/30/08
Matzger share $400,000

**Sloan Foundation**
"Crystallization in Two and Three Dimensions"
9/2005 - 9/2007
$45,000

**Flint Ink Corporation**
"Crystals Polymorphism in Pigments"
1//2005 - 12/2006
$40,000

**Department of Energy Grand Challenge in Hydrogen Storage Category II**
"New concepts for optimized hydrogen storage in MOFs"
Collaborative with O. Yaghi, R. Snurr (Northwestern), J. Hupp (Northwestern), and J. Eckert (UCSB)
1/2005 - 12/2005
Matzger share $37,500

**Department of Energy Grand Challenge in Hydrogen Storage Category I**
"Examination of the physical aspects of hydrogen storage in MOFs"
Collaborative with four national labs, Air Products, and seven universities
1/2005 - 12/2005
Matzger share $37,500

**Sloan Foundation**

Adam J. Matzger

"Recruitment and Retention of Minority Students in Chemistry"
9/1/2004 - 12/31/2005
$8,000

**Department of Energy (UOP subcontract)**
"Carbon Dioxide Separation with Novel Microporous Metal Organic Frameworks"
Collaborative with O. Yaghi
6/2004 - 12/2005
Matzger share $70,000

**Sloan Foundation**
"Recruitment and Retention of Minority Students in Chemistry"
1/1/2004 - 12/31/2005
$10,000

**Flint Ink Corporation**
"Crystals Polymorphism in Pigments"
1//2004 - 12/2005
$40,000

**National Science Foundation (CHE)**
"Engineering Two-Dimensional Crystals"
11/2003 - 11/2006
$317,400

**SSCI Inc.**
"Crystal Heteronuclei Design"
9/2003 - 8/2004
$69,000

**Beckman Foundation**
"Controlling Crystal Polymorphism"
10/2003 - 9/2006
$240,000

**3M Corporation**
"Studies on Physisorbed Monolayers"
05/03 - 05/04
$15,000

**Flint Ink Corporation**
"Crystals Polymorphism in Pigments"
1//2003 - 12/2004
$40,500

**Petroleum Research Fund**
"A New Cycloaromatization Reaction"
7/2002 - 6/2004
$35,000

**Ralph E. Powe Junior Faculty Enhancement Award**
"Approaches to New Conjugated Materials by Cascade Radical Cyclizations"
6/02 - 6/03
$10,000

Adam J. Matzger

**3M Corporation**
Studies on Physisorbed Monolayers
4/2002 - 4/2003
$15,000

**Horace H. Rackham Graduate School, University of Michigan**
"Studies on Physisorbed Monolayers"
1/02 - 12/02
$15,000

Adam J. Matzger

***Seminars***

Ludwig-Maximilians-Universitaet-Muenchen (scheduled, 6/17/2021)

University of Virginia, Chemical Engineering (online, 4/22/2021)

ADVANCE Distinguished Lecture Kansas State University (online, 3/11/2021)

American Chemical Society, California Section (online, 2/3/2021)

StoneLab Scientific Symposium (Linthicum, MD, 12/6/2019)

National Renewable Energy Laboratory (Golden, CO, 11/12/2019)

23rd Larson Workshop, Association for Crystallization Technology (Chicago, IL, 10/1/2019)

Advanced Energetic Materials Tri-Service 6.1 Program Review (Arlington, VA, 8/23/2019)

Bar Ilan University (Ramat Gan, Israel, 7/16/2019)

Army Research Office Chemistry Division PI meeting (Durham, NC, 6/25/2019)

Georgia Tech (5/13/19)

ONR Advanced Energetic Materials Program Collaboration Workshop (Santa Barbara, 4/16/19)

Texas Tech (10/17/18)

22nd Larson Workshop, Cambridge MA (Association of Crystallization Technology, 10/1/18)

3rd International Symposium on Halogen Bonding (Greenville, SC, 6/12/18)

Georgetown University (4/19/18)

Oakland University (11/15/17)

University of Delaware (3/8/17)

Youngstown State University (2/3/2017)

First Middle-Eastern Materials Science Conference, NYU Abu Dhabi (3/24/16)

University of South Carolina (3/18/2016)

University of Chicago (2/22/2016)

Pacifichem (Honolulu, HI 12/16/2015)

Akron ACS section (11/17/2015)

University of Akron (11/17/2015)

MURI Program Review (Arlington, VA 10/19/2015)

Marshall University (10/2/2015)

Adam J. Matzger

OSD MURI Program Review (Arlington, VA, 8/3/2015)

American Crystallographic Association (Philadelphia, 7/27/2015)

Bar Ilan University (Ramat Gan, Israel, 6/29/2015)

Materials Research Society (Spring meeting 2015, 4/8/2015)

Army Research Labs-Aberdeen Proving Grounds (3/30/2015)

Gordon Research Conference on Energetic Materials, (6/17/2014)

Materials Research Society (Spring meeting 2014, 4/23/2014)

ACS National Meeting (Dallas, TX, 3/20/2014)

Bowling Green State University (10/30/13)

DTRA Basic Research Technical Review (7/25/2013)

ACS National Meeting (New Orleans, LA) 4/10/13

Indiana University (2/26/13)

University of South Florida (11/29/12)

Ohio State University (8/28/12)

DTRA Basic Research Technical Review (7/26/2012)

DOE BES Materials Chemistry PI Meeting (7/17/2012)

University of California, San Diego (5/25/12)

University of California, Riverside (5/24/12)

ACS National Meeting (Denver, CO) 8/30/2011

ISACS 4 - Challenges in Renewable Energy (7/7/2011)
Massachusetts Institute of Technology (Plenary Lecture)

Pacifichem, Plenary Lecture (12/15/2010)

Texas A&M (11/17/2010)

Virginia Commonwealth University (10/14/2010)

Defense Threat Reduction Agency (8/18/2010)

Lehigh University (10/27/2010)

American Crystallographic Association (7/28/2010), Chicago

Yale-Rigaku Symposium (6/18/2010)

Crystal Engineering Gordon Conference Speaker (6/8/2010)

Adam J. Matzger

EMPA St. Gallen, Switzerland (5/20/2010)

University of Zurich (5/18/2010)

Dow Chemical, Midland (11/19/2009)

Andrews University (10/15/2009)

DARPA Defense Sciences Office Annual Off-Site Meeting (representing chemistry)
Baltimore, MD (4/28/2009)

Kenyon College
Gambier, OH  (3/31/2009)

University of Michigan
Ann Arbor, MI (10/27/2008)

Hope College
Holland, MI (10/17/2008)

Colorado State Univerity
Fort Collins, CO (10/6/2008)

4th Advanced Energetics Technical Exchange
Fort Belvoir, VA (1/23/2008)

University of North Carolina
Chapel Hill, NC (9/12/2008)

Advances Materials and Technologies in Energy Conversion (AM-TEC 2008)
Villars, Switzerland (8/11/2008)

Gordon Research Conference on Energetic Materials
Tilton, NH (6/18/2008)

UOP LLC, Des Plaines, IL (6/3/2008)

4th Advanced Energetics Technical Exchange
Fort Belvoir, VA (1/23/2008)

BASF, Ludwigshafen, Germany (12/5/2007)

University of Toledo (11/7/2007)

Georgia Tech (11/1/2007)

New York University (10/12/2007)

BASF Research Seminar "Topics in Modern Chemistry"
St. Martin, Germany (10/10/2007)

Université Pierre et Marie Curie
Paris, France (10/4/2007)

University of Nebraska (8/31/2007)

Adam J. Matzger

Johns Hopkins (4/10/2007)

Center for Structural Biology Seminar
University of Michigan Life Science Institute (2/23/2007)

Preparing Future Faculty in the Sciences
University of Michigan (2/21/2007)

Energetics Program Review
Arlington, VA (2/16/2007)

Mesilla Chemistry Conference
Las Cruces, NM (2/5/2007)

DARPA/MTO 3D Design of Organic Semiconductors Workshop
New Orleans, LA (1/23/2007)

Emory University (10/25/2006)

NOBCChE Midwest Regional Meeting,
Ann Arbor, MI (10/11/2006)

31st International Technical Conference on Coal Utilization & Fuel Systems
Clearwater, FL (5/23/2006)

Stanford University (2/21/2006)

Cornell University (11/3/2005)

University of Wisconsin, Madison (10/18/2005)

Université de Montréal (10/7/2005)

Gordon Research Conference on Thin Film & Crystal Growth
South Hadley, MA (6/28/2005)

Caltech (6/8/2005)

Bowling Green State University (4/27/2005)

University of California at Berkeley (4/12/2005)

Michigan State University, Science at the Edge (3/25/2005)

Columbia University, NSEC (3/23/2005)

VI Congreso Internacional de Quimica
Monterrey, Mexico (2/25/2005)
Keynote speaker

University of Michigan, Materials Science and Engineering (1/21/2005)

Marshall University (10/19/2004)

ACS National Meeting (Philadelphia, PA), August 2004 (two talks)

Adam J. Matzger

NSF Organic Dynamics Workshop
Green Lake, WI (6/29/2004)

University of Chicago, MRSEC (5/17/2004)

ACS National meeting (Anaheim, CA), March 2004

College of William and Mary (10/31/2003)

Florida State University (10/23/2003)

Oberlin College (10/1/2003)

ACS National Meeting (New York, NY), Sept 2003 (two talks)

3M, St. Paul, MN (4/29/2003)

Flint Ink Corporation, Ann Arbor, MI (3/10/2003)

University of Puerto Rico, Rio Piedras (2/19/2003)

Michigan State University, Chemistry Departmental Colloquium (2/13/2003)

University of Michigan, Complex Fluids Seminar (2/5/2003)

Oakland University (1/22/2003)

ACS National Meeting (Boston, MA), August 2002

Great Lakes Regional ACS meeting (Minneapolis, MN), June 2002

ACS National Meeting (Orlando, FL), April 2002

SSCI Inc, West Lafayette, IN (10/18/2002)

Beckman Frontiers in Science
Irvine, CA (10/11/2002)

NSF Materials Workshop
Madison, WI (10/2001)

# **<u>Exhibit B</u>**

## EXHIBIT B

## Adam J. Matzger, Ph.D. – Prior Testimony During the Previous 4 Years

*Mylan Pharms. Inc. v. Merck Sharp & Dohme Corp.*, IPR2020-00040 (P.T.A.B.) – testified by deposition on behalf of patent owner

*United Therapeutics Corp. v. Actavis Laboratories FL, Inc.*; C.A. No. 16-01816-PGS-LHG (D.N.J.) – testified by deposition on behalf of plaintiff