# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ENTRESTO (SACUBITRIL/VALSARTAN) PATENT LITIGATION | ) ) ) ) ) | MDL No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ALKEM LABORATORIES LTD., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-1979-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ALEMBIC PHARMACEUTICALS LTD., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-2021-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-2053-RGA |

ME1 41457655v.1

|  |  |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) C.A. No. 20-445-RGA |
| v. | ) ) |
| MYLAN PHARMACEUTICALS, INC., | ) ) |
| Defendant. | ) ) ) |

**JOINT INTERIM STATUS REPORT**

Pursuant to the Court's Scheduling Order entered in the above-captioned multidistrict litigation (20-md-2930, D.I. 102), Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendants Alkem Laboratories Ltd. ("Alkem"); Aurobindo Pharma USA Inc. and Aurobindo Pharma Ltd. (collectively "Aurobindo"); Biocon Pharma Limited, Biocon Limited, and Biocon Pharma, Inc. (collectively, "Biocon"); Crystal Pharmaceutical (Suzhou) Co., Ltd. ("Crystal Pharma"); Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. (collectively, "Dr. Reddy's"); Hetero USA Inc., Hetero Labs Limited, and Hetero Labs Limited Unit III (collectively, "Hetero"); Laurus Labs Limited and Laurus Generics Inc. (collectively, "Laurus"); Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc. (collectively, "Macleods"); MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited (collectively, "MSN"); Mylan Pharmaceuticals, Inc. ("Mylan"); Teva Pharmaceuticals USA, Inc. ("Teva"); Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd. (collectively, "Torrent"); and Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited (collectively, "Zydus,") jointly submit this status report.

2

The above-captioned actions concern the following four patents: United States Patent Nos. 8,101,659 ("the '659 patent"), 8,796,331 ("the '331 patent"), 8,877,938 ("the '938 patent"), and 9,388,134 ("the '134 patent").

I.  SCHEDULED PRETRIAL ACTIVITIES REMAINING

Pursuant to the Scheduling Order (20-md-2930, D.I. 102), as modified by D.I. 477, 480, and 628, the following pretrial activities remain to be completed and have the following dates.

| Pretrial Activity | Date |
| --- | --- |
| Plaintiff's Motion to Strike Certain Deposition Exhibits and Related Deposition Testimony by Dr. Friscic | July 11, 2022 |
| Defendants' Response to Plaintiff's Motion to Strike Certain Deposition Exhibits and Related Deposition Testimony by Dr. Friscic | TBD |
| Hearing on Plaintiff's Motion to Strike Certain Deposition Exhibits and Related Deposition Testimony by Dr. Friscic | TBD |
| Defendants' Opposition to Plaintiff's Daubert Motion concerning Dr. Fintel | July 15, 2022 |
| Plaintiff's Reply in Support of Its Daubert Motion concerning Dr. Fintel | July 22, 2022 |
| Motions in Limine and Opening Briefs in Support Thereof | August 11, 2022 |
| Briefs Responding to Opposing Party's Motions in Limine | August 18, 2022 |
| Pretrial Order | August 19, 2022 |
| Pretrial Conference | August 26, 2022, 9:00 a.m. |

| | |
|---|---|
| Validity Trial ('659, '331, '938, '134 patents) (proposed dates offered by the Court) | Subject to agreement by the parties:<br><br>• September 6-7 and 9, 2022 or<br><br>• September 12-14, 2022 |
| Infringement Trials ('938 and '134 patents) (proposed dates offered by the Court) | Subject to agreement by the parties:<br><br>• October 6-7, 2022;<br><br>• October 13-14, 2022;<br><br>• November 15-16, 2022;<br><br>• December 27-28, 2022; and/or<br><br>• January 26-27, 2023 |
| Infringement Trials ('659 and '331 patents) | TBD |

## II. OTHER OUTSTANDING MATTERS REQUIRING THE COURT'S ATTENTION

### A. Trial Schedule

The Court on July 12, 2022 offered the above-mentioned dates for the parties' validity and infringement trials. The parties will meet and confer shortly to select trial dates and will advise the Court of their selections. Novartis, Teva, Crystal and Zydus require infringement trials for the '938 and '134 patents. Additionally, Zydus, Biocon, Hetero, Macleods, Laurus and Torrent continue to request an infringement trial for the '659 and '331 patents.

As indicated above, the pretrial conference is scheduled for August 26, 2022, at 9:00 am. The parties request clarification whether this conference will address all trials (for validity and infringement) or only the validity trial.

### B. Remand of Mylan to West Virginia

The Scheduling Order requires this Interim Status Report to contain Plaintiff Novartis's

4

and Defendant Mylan's position(s) as to the MDL for C.A. No. 20-445-RGA in accordance with 28 U.S.C. § 1407(a). Novartis does not object to the Mylan case being remanded to West Virginia for trial at the conclusion of pretrial proceedings. Novartis and Mylan intend to meet and confer about jointly seeking remand back to West Virginia, pursuant to 28 U.S.C. § 1407(a), upon completion of common discovery and other coordinated pretrial proceedings directly involving Mylan, **[Novartis's position:** including Novartis's *Daubert* motion, any motions *in limine* involving validity issues or Mylan's infringement, and the above-referenced motion to preclude certain deposition exhibits and related deposition testimony by Dr. Friscic.**] [Mylan's position:** including determining which remaining pretrial proceedings require Mylan. Mylan reserves the right to unilaterally seek remand at the appropriate time after meeting and conferring with Novartis should Novartis object to the timing of Mylan's transfer.**]**

Dated: July 14, 2022

| MCCARTER & ENGLISH, LLP | SHAW KELLER LLP |
|---|---|
| */s/ Daniel M. Silver* | /s/ *Nathan R. Hoeschen* |
| Daniel M. Silver (#4758) | John W. Shaw (# 3362) |
| Alexandra M. Joyce (#6423) | Karen E. Keller (# 4489) |
| 405 N. King Street, 8th Floor | Nathan R. Hoeschen (# 6232) |
| Wilmington, DE 19801 | I.M. Pei Building |
| (302) 984-6300 | 1105 North Market Street, 12th Floor |
| dsilver@mccarter.com | Wilmington, DE 19801 |
| ajoyce@mccarter.com | (302) 298-0700 |
| | jshaw@shawkeller.com |
| Nicholas N. Kallas | kkeller@shawkeller.com |
| Christina Schwarz | nhoeschen@shawkeller.com |
| Jared L. Stringham | |
| VENABLE LLP | Mark C. McLennan |
| 1290 Avenue of the Americas | Alina Afinogenova |
| New York, New York 10104 | Jeanna M. Wacker |
| (212) 218-2100 | KIRKLAND & ELLIS LLP |
| nkallas@venable.com | 601 Lexington Avenue |
| cschwarz@venable.com | New York, NY 10022 |

jlstringham@venable.com

*Attorneys for Plaintiff
Novartis Pharmaceuticals Corporation*

HEYMAN ENERIO GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7311
dgattuso@hegh.law

Scott A. Cunning, II
Elizabeth M. Crompton
PARKER POE ADAMS & BERNSTEIN, LLP
1400 K St., NW, Suite 1000
Washington, DC 20005
(202) 434-9100
scottcunning@parkerpoe.com
elizabethcrompton@parkerpoe.com

C. Kyle Musgrove
PARKER POE ADAMS & BERNSTEIN, LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202
(704) 372-9000
kylemusgrove@parkerpoe.com

*Attorneys for Defendant Crystal Pharmaceutical (Suzhou) Co., Ltd.*

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
STAMOULIS & WEINBLATT LLC
800 N West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

(212) 446-4800

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

POTTER ANDERSON & CORROON, LLP

*/s/ David E. Moore*
David Ellis Moore (#3983)
Bindu Ann George Palapura (#5370)
1313 N. Market St., Hercules Plaza, 6th Flr.
Wilmington, DE 19899-0951
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

Robert L. Florence
Crystal Regan
PARKER POE ADAMS & BERNSTEIN LLP
1075 Peachtree Street, N.E., Suite 1500
Atlanta, GA 30309
(678) 690-5704
robertflorence@parkerpoe.com
crystalregan@parkerpoe.com

Tasneem A. Dharamsi
PARKER POE ADAMS & BERNSTEIN LLP
110 East Court Street
Suite 200
Greenville, SC 29601
(864) 577-6370
tasneemdharamsi@parkerpoe.com

*Attorneys for Defendant Mylan Pharmaceuticals Inc.*

STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540

weinblatt@swdelaw.com

Ronald M. Daignault
Richard Juang
rdaignault@daignaultiyer.com
rjuang@daignaultiyer.com
DAIGNAULT IYER LLP
8200 Greensboro Drive, Suite 900
Mclean, VA 22102

*Attorneys for Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

Michael J. Gaertner
James T. Peterka
Nina Vachhani
Jacob C. Britz
LOCKE LORD LLP
11 South Wacker Dr.
Chicago, IL 60606
(312) 443-0700
mgaertner@lockelord.com
jpeterka@lockelord.com
nvachhani@lockelord.com
jacob.britz@lockelord.com

Zhibin Li
LOCKE LORD LLP
Brookfield Place, 200 Vesey Street
New York, New York 10281
(646) 217-7897
zhibin.li@lockelord.com

stamoulis@swdelaw.com
weinblatt@swdelaw.com

Autumn Nero
PERKINS COIE LLP
33 East Main Street, Ste. 201
Madison, WI 53703-3095
(608) 663-7460
anero@perkinscoie.com

Bryan D. Beel
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209
(503) 727-2000
bbeel@perkinscoie.com

Christopher D. Jones
PERKINS COIE LLP
700 Thirteenth Street, NW, Ste. 600
Washington, DC 20005
(202) 654-6200
cdjones@perkinscoie.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

Nirav N. Desai
Dennies Varughese
Joseph H. Kim

7

*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*

MORRIS JAMES LLP

*/s/ Kenneth Laurence Dorsney*
Kenneth Laurence Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
(302) 888- 6855
kdorsney@morrisjames.com
chitch@morrisjames.com

Steve J. Moore
James E. Nealon
WITHER BERGMAN LLP
1700 East Putnam Avenue, Ste. 400
Greenwich, CT 06870
(203) 302-4100
Steven.moore@witherworlwide.com
James.nealon@withersworldwide.com

*Attorneys for Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc.*

MORRIS JAMES LLP

*/s/ Kenneth Laurence Dorsney*
Kenneth Laurence Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306 (302) 888-6855
kdorsney@morrisjames.com

Stephen R. Auten
Richard T. Ruzich
Roshan P. Shrestha
Philip Y. Kouyoumdjian
Jane S. Berman
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
(312) 527-4000
sauten@taftlaw.com

STERNE, KESSLER, GOLDSTEIN & FOX, PLLC
1100 New York Ave., NW, Suite 600
Washington, DC 20005
(202) 371-2600
ndesai@sternekessler.com
dvarughese@sternekessler.com
josephk@sternekessler.com

*Attorneys for Defendants Laurus Labs Limited and Laurus Generics Inc.*

MORRIS JAMES LLP

*/s/ Kenneth Laurence Dorsney*
Kenneth Laurence Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
(302) 888- 6855
kdorsney@morrisjames.com
chitch@morrisjames.com

Jitendra Malik
KATTEN MUCHIN ROSENMAN LLP
505 South Tryon St., Ste. 2900
Charlotte, NC 28202
jitty.malik@katten.com

Matthew M. Holub
Jillian M. Schurr
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe St.
Chicago, IL 60661
matthew.holub@katten.com
jillian.schurr@katten.com

Christopher B. Ferenc
KATTEN MUCHIN ROSENMAN LLP
2900 K. Street NW
North Tower-Suite 200
Washington, DC 20007
(202) 625-3647
Christopher.ference@katten.com

*Attorneys for Defendants Biocon Limited,*

8

ME1 41457655v.1

rruzich@taftlaw.com
rshrestha@taftlaw.com
pkouyoumdjian@taftlaw.com
jberman@taftlaw.com

*Attorneys for Defendant Alkem Laboratories Ltd.*

ABRAMS & BAYLISS LLP

*/s/ April M. Ferraro*
John M. Seaman (#3868)
April M. Ferraro (#6152)
20 Montchanin Road
Suite 200
Wilmington, DE 19807
(302) 778-1000
seaman@abramsbayliss.com
ferraro@abramsbayliss.com

A. Neal Seth
Corey Weinstein
WILEY
1776 K St., NW
Washington, D.C. 20036
(202) 719-7000
nseth@wiley.law
cweinstein@wiley.law

*Attorneys for Defendants Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc.*

*Biocon Pharma Limited, and Biocon Pharma, Inc.*

SMITH, KATZENSTEIN & JENKINS LLP

/s/ *Eve H. Ormerod*
Neal C. Belgam (#2721)
Eve H. Ormerod (#5369)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com

Dmitry V. Shelhoff
Kenneth S. Canfield
Edward D. Pergament
PERGAMENT & CEPEDA LLP
25A Hanover Road, Suite 104
Florham Park, NJ 07932
(973) 998-7722
dshelhoff@pergamentcepeda.com
kcanfield@pergamentcepeda.com
epergament@pergamentcepeda.com

*Attorneys for Defendants Hetero USA Inc., Hetero Labs Limited, Hetero Labs Limited Unit III, Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.*