# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., BIOCON PHARMA LIMITED, BIOCON LIMITED, BIOCON PHARMA, INC., CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., LAURUS LABS LIMITED, LAURUS GENERICS INC., LUPIN ATLANTIS HOLDINGS, S.A., LUPIN LIMITED, LUPIN INC., LUPIN PHARMACEUTICALS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD., Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-1979-RGA |

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, NOVUGEN PHARMA (MALAYSIA) SDN. BHD., ZYDUS PHARMACEUTICALS (USA) INC., ZYDUS LIFESCIENCES LIMITED, | ) C.A. No. 19-2053-RGA ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) C.A. No. 20-445-RGA |
| v. | ) ) ) |
| MYLAN PHARMACEUTICALS, INC., Defendant. | ) ) ) ) |

**STIPULATION REGARDING SUPPLEMENTAL EXPERT REPORTS OF DR. FRISCIC AND DR. ROGERS**

**WHEREAS** Novartis Pharmaceuticals Corporation ("Novartis") has served infringement expert reports by Dr. Robin Rogers against Defendants Crystal Pharmaceutical (Suzhou) Co., Ltd. ("Crystal"), Mylan Pharmaceuticals, Inc. ("Mylan"), Zydus Pharmaceuticals (USA) Inc., and Zydus Lifesciences Limited's ("Zydus") in the above-captioned actions;

2

**WHEREAS** Defendants Crystal, Mylan, and Zydus share the same non-infringement expert, Dr. Tomislav Friscic, in the above-captioned actions, and served non-infringement expert reports by Dr. Friscic in response to Dr. Rogers's reports;

**WHEREAS** Defendants Crystal, Mylan, and Zydus took Dr. Rogers's deposition on June 21, 2022;

**WHEREAS** Novartis took Dr. Friscic's deposition on June 28, 2022, and at the conclusion of Dr. Friscic's deposition, upon redirect, counsel for Defendant Crystal introduced five new exhibits ("Exhibits 37-41") and elicited testimony from Dr. Friscic about those new exhibits;

**WHEREAS** Novartis filed a Motion to Strike Exhibits 37-41 and Related Testimony Introduced by Defendants During the June 28, 2022 Deposition Redirect of Dr. Tomislav Friscic ("Motion to Strike") (D.I. 675) on July 11, 2022;

**WHEREAS** Defendants Crystal, Mylan, and Zydus further served a Supplemental Expert Report of Dr. Tomislav Friscic on July 14, 2022;

**WHEREAS** Novartis and Defendants Crystal, Mylan, and Zydus seek to resolve their dispute without further burdening the Court;

**NOW THEREFORE** Novartis and Defendants Crystal, Mylan, and Zydus by and through their respective undersigned counsel in the Actions, and subject to the approval of the Court, stipulate and agree as follows:

1. Novartis withdraws its Motion to Strike (D.I. 675);

2. Novartis will be permitted to serve a supplemental expert report by Dr. Rogers. The subject matter of Dr. Rogers's supplemental report will be limited to responding to Dr. Friscic's testimony during the redirect portion of his June 28, 2022 deposition, Exhibits 37-

3

41 introduced during the redirect portion of Dr. Friscic's June 28, 2022 deposition, and Dr. Friscic's opinions in his July 14, 2022 Supplemental Report.  Novartis will serve the supplemental report of Dr. Rogers by July 22, 2022;

   3.  Novartis will not take any further deposition of Dr. Friscic;

   4.  Defendants Crystal, Mylan, and Zydus will not take any further deposition of Dr. Rogers provided that Dr. Rogers's supplemental report is limited in scope as stated in this stipulation.  Notwithstanding Paragraph 7 below, if Dr. Rogers's supplemental report exceeds the scope permitted by this stipulation, Defendants Crystal, Mylan, and Zydus reserve the right to seek appropriate relief from the Court;

   5.  Dr. Rogers will be permitted to testify at trial regarding the subject matter of his supplemental report in accordance with the Federal Rules of Civil Procedure, Federal Rules of Evidence, and Court's Local Rules, and the laws of this District;

   6.  Dr. Friscic will be permitted to testify at trial regarding the subject matter of his July 14, 2022 supplemental report and the opinions expressed during the redirect portion of his June 28, 2022 deposition in accordance with the Federal Rules of Civil Procedure, Federal Rules of Evidence, this Court's Local Rules, and the laws of this District;

   7.  Novartis and Defendants Crystal, Mylan, and Zydus will not serve any further expert reports related to infringement of U.S. Patent Nos. 8,877,938 and 9,388,134 in the above-captioned cases beyond what is set forth in this stipulation.

/s/ Alexandra M. Joyce
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

Nicholas N. Kallas
Christina Schwarz
Jared L. Stringham
VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100
nkallas@venable.com
cschwarz@venable.com
jlstringham@venable.com

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*

/s/ David E. Moore
David Ellis Moore (#3983)
Bindu Ann George Palapura (#5370)
POTTER ANDERSON & CORROON LLP
1313 N. Market Street,
Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

/s/ Dominick T. Gattuso
Dominick T. Gattuso (#3630)
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7311
dgattuso@hegh.law

Scott A. Cunning, II
Elizabeth M. Crompton
PARKER POE ADAMS & BERNSTEIN, LLP
1400 K Street, NW
Suite 1000
Washington, DC 20005
(202) 434-9100
scottcunning@parkerpoe.com
elizabethcrompton@parkerpoe.com

C. Kyle Musgrove
PARKER POE ADAMS & BERNSTEIN, LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202
(704) 372-9000
kylemusgrove@parkerpoe.com

*Attorneys for Defendant Crystal Pharmaceutical (Suzhou) Co., Ltd.*

/s/ Adam W. Poff
Adam W. Poff (#3990)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

| | |
|---|---|
| Robert L. Florence<br>PARKER POE ADAMS & BERNSTEIN LLP<br>1075 Peachtree Street, N.E.<br>Suite 1800<br>Atlanta, Georgia 30309<br>(678) 690-5750<br>robertflorence@parkerpoe.com<br><br>Tasneem A. Dharamsi<br>PARKER POE ADAMS & BERNSTEIN LLP<br>110 East Court Street<br>Suite 200<br>Greenville, South Carolina 29601<br>(864) 577-6370<br>tasneemdharamsi@parkerpoe.com<br><br>*Attorneys for Defendant Mylan Pharmaceuticals, Inc.* | Michael J. Gaertner<br>James T. Peterka<br>Nina Vachhani<br>Jacob C. Britz<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>(312) 443-0700<br>mgaertner@lockelord.com<br>jpeterka@lockelord.com<br>nvachhani@lockelord.com<br>jacob.britz@lockelord.com<br><br>Zhibin Li<br>LOCKE LORD LLP<br>Brookfield Place, 200 Vesey Street<br>New York, New York 10281<br>(646) 217-7897<br>zhibin.li@lockelord.com<br><br>*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Ltd.* |

SO ORDERED this __21st__ day of __July__, 2022.

    /s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE