# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., BIOCON PHARMA LIMITED, BIOCON LIMITED, BIOCON PHARMA, INC., CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., LAURUS LABS LIMITED, LAURUS GENERICS INC., LUPIN ATLANTIS HOLDINGS, S.A., LUPIN LIMITED, LUPIN INC., LUPIN PHARMACEUTICALS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-1979-RGA |

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC PHARMACEUTICALS, INC., MACLEODS PHARMACEUTICALS LTD., MACLEODS PHARMA USA, INC., | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, NOVUGEN PHARMA (MALAYSIA) SDN. BHD., ZYDUS PHARMACEUTICALS (USA) INC., ZYDUS LIFESCIENCES LIMITED, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

C.A. No. 19-2021-RGA (first case)
C.A. No. 19-2053-RGA (second case)

|  |  |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 20-445-RGA ) |
| MYLAN PHARMACEUTICALS, INC., | ) ) ) |
| Defendant. | ) ) |

**DECLARATION OF SHANNON K. CLARK, ESQ.
IN SUPPORT OF NOVARTIS'S REPLY BRIEF IN FURTHER SUPPORT
OF ITS MOTION TO PRECLUDE DEFENDANTS' EXPERT DR. FINTEL
FROM OFFERING OPINIONS ON TOPICS OUTSIDE HIS EXPERTISE**

I, Shannon K. Clark, Esq. declare as follows:

1. I am a member of the bar of the state of New York and commonwealth of Virginia, admitted to practice before the United States Court of Appeals for the Federal Circuit and United States Patent and Trademark Office, and a partner at the law firm of Venable LLP, counsel for Novartis Pharmaceuticals Corporation ("Novartis").

2. I submit this declaration in support of Novartis's reply brief in further support of its Motion to Preclude Defendants' Expert Dr. Fintel from Offering Opinions on Topics Outside His Expertise, served concurrently with this declaration.

3. Attached hereto as **Exhibit I** is a true and correct copy of "Dicarboxylic Acid Dipeptide Neutral Endopeptidase Inhibitors," by Gary M. Ksander *et al.*, published in 1995 in volume 38 and at pages 1689-1700 of the *Journal of Medicinal Chemistry*, and bearing production numbers DEF-SACVAL0000378-389.

4. Attached hereto as **Exhibit J** is a true and correct copy of excerpts of the transcript of the June 10, 2022 deposition of Dr. Francis G. Spinale.

5. Attached hereto as **Exhibit K** is a true and correct copy of excerpts of the December 14, 2021 Opening Expert Report of Dan Fintel, M.D. on the Invalidity of the '659 and '331 Patents.

6. Attached hereto as **Exhibit L** is a true and correct copy of excerpts of the February 6, 2022 Responsive Expert Report of Francis G. Spinale, M.D., Ph.D. Regarding Validity of the '659 and '331 Patents.

7. Attached hereto as **Exhibit M** is a true and correct copy of excerpts of the transcript of the December 11, 2015 hearing in *Evonik Degussa GmbH v. Materia, Inc.*, C.A. No. 1:09-cv-00636-NLH-JS (District of Delaware) (D.I. 647).

I declare under penalty of perjury that the foregoing is true and correct.


Dated: July 22, 2022                /s/ Shannon K. Clark
                                    Shannon K. Clark, Esq.

ME1 41621041v.1