## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE ENTRESTO (SACUBITRIL/VALSARTAN) PATENT LITIGATION | ) ) ) ) ) ) | MDL No. 20-2930-RGA |

|  |  |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | PUBLIC VERSION FILED: July 26, 2022 |
| Plaintiff, | |
| v. | |
| ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., BIOCON PHARMA LIMITED, BIOCON LIMITED, BIOCON PHARMA, INC., CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., LAURUS LABS LIMITED, LAURUS GENERICS INC., LUPIN ATLANTIS HOLDINGS, S.A., LUPIN LIMITED, LUPIN INC., LUPIN PHARMACEUTICALS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD., | C.A. No. 19-1979-RGA |
| Defendants. | |



| NOVARTIS PHARMACEUTICALS CORPORATION, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, NOVUGEN PHARMA (MALAYSIA) SDN. BHD., ZYDUS PHARMACEUTICALS (USA) INC., ZYDUS LIFESCIENCES LIMITED, | ) | C.A. No. 19-2053-RGA |
| Defendants. | ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) | |
| Plaintiff, | ) | C.A. No. 20-445-RGA |
| v. | ) | |
| MYLAN PHARMACEUTICALS, INC., | ) | |
| Defendant. | ) | |

**DECLARATION OF JARED L. STRINGHAM, ESQ. IN SUPPORT OF NOVARTIS PHARMACEUTICALS CORPORATION'S MOTION TO STRIKE EXHIBITS 37-41 AND RELATED TESTIMONY INTRODUCED BY DEFENDANTS DURING THE JUNE 28, 2022 DEPOSITION REDIRECT OF DR. TOMISLAV FRISCIC**

I, Jared L. Stringham, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am a partner at Venable LLP, counsel of record for Plaintiff Novartis

Pharmaceuticals Corporation ("Novartis") in the above captioned actions ("Actions").  I am a

ME1 41400047v.1

member of the bar of the State of New York and admitted to practice before the United States

Court of Appeals for the Federal Circuit, United States District Court for the Southern District of

New York, and United States District Court for the Eastern District of New York.

2.　　I submit this declaration in support of Novartis's Motion to Strike Exhibits 37-41

and Related Testimony Introduced by Defendants During the June 28, 2022 Deposition Redirect

of Dr. Tomislav Friscic, filed concurrently with this declaration.

3.　　I have personal knowledge of the facts stated in this declaration based on my first-

hand participation or observation and/or my review of documents related to this matter.

4.　　Attached hereto as **Exhibit 1** is a true and correct copy of the June 28, 2022

deposition transcript of Dr. Tomislav Friscic, the non-infringement expert witness for Crystal

Pharmaceutical (Suzhou) Co., Ltd. ("Crystal"), Mylan Pharmaceuticals, Inc. ("Mylan"), and

Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited (collectively, "Zydus").

5.　　Attached hereto as **Exhibit 2** is a true and correct copy of the February 10, 2022

Rebuttal Expert Report of Dr. Tomislav Friscic.

6.　　Attached hereto as **Exhibit 3** is a true and correct copy of the April 6, 2022 Reply

Expert Report of Robin D. Rogers, Ph.D. Against Crystal, Mylan, and Zydus.

7.　　Attached hereto as **Exhibit 4** is a true and correct copy of the May 13, 2022 Sur-

Reply Expert Report of Dr. Tomislav Friscic.

8.　　Attached hereto as **Exhibit 5** is a true and correct copy of the June 2, 2022 Sur-

Sur-Reply Expert Report of Robin D. Rogers, Ph.D. Against Crystal, Mylan, and Zydus.

9.　　Attached hereto as **Exhibit 6** is a true and correct copy of the transcript of the

June 30, 2022 hearing regarding Crystal, Mylan, and Zydus's Motion to Strike the Reply and

Sur-Sur-Reply Expert Reports of Robin D. Rogers, Ph.D.

ME1 41400047v.1

10.     Attached hereto as **Exhibit 7** is a true and correct copy of, *inter alia*, a May 17, 2022 email from counsel for Novartis to counsel for Crystal regarding Novartis's intent to submit a response by Dr. Rogers to address the new arguments raised in Dr. Friscic's Sur-Reply Expert Report.

11.     Attached hereto as **Exhibit 8** is a true and correct copy of a June 27, 2022 email from counsel for Crystal to counsel for Novartis regarding Crystal, Mylan, and Zydus's new document production.

12.     Attached hereto as **Exhibit 9** is a true and correct copy of June 29, 2022 email exchanges between counsel for Novartis and counsel for Crystal regarding Crystal, Mylan, and Zydus's improper redirect of Dr. Friscic.


I declare under the penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2022.                         /s/ Jared L. Stringham
                                                    Jared L. Stringham

4

# EXHIBIT 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1

2              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE

3
In Re Entresto                      C.A. No. 20-2930-RGA
4  (Sacubitril/Valsartan)
Patent Litigation
5  _____

6  NOVARTIS PHARMACEUTICALS CORPORATION,

7                       Plaintiff,

8  -vs-
                                    C.A. No. 19-1979-RGA
9  ALKEM LABORATORIES LTD.,
AUROBINDO PHARMA USA INC.,
10  AUROBINDO PHARMA LTD.,
BIOCON PHARMA LIMITED,
11  BIOCON LIMITED, BIOCON
PHARMA INC., CRYSTAL
12  PHARMACEUTICAL (SUZHOU) CO.,
LTD., LAURUS LABS LIMITED,
13  LAURUS GENERICS INC., LUPIN
ATLANTIS HOLDINGS, S.A.,
14  LUPIN LIMITED, LUPIN
PHARMACEUTICALS, INC.,
15  NANJING NORATECH PHARMACEUTICAL
CO., LIMITED, TEVA
16  PHARMACEUTICALS USA INC.,
TORRENT PHARMA INC.,
17  TORRENT PHARMACEUTICALS LTD.,

18                      Defendants.
_____

19  (caption continued on next page)

20

21     *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

22         Deposition of Tomislav Friščic, Ph.D.

23              June 28, 2022

24  Reported By: Amanda McCredo

25  JOB NO. 213357

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 2

```
 1
 2
 3   _____
 4   NOVARTIS PHARMACEUTICALS
     CORPORATION,
 5                              C.A. No. 19-2021-RGA
                   Plaintiff,
 6
     -vs-
 7
     ALEMBIC PHARMACEUTICALS LIMITED,
 8   ALEMBIC PHARMACEUTICALS INC.,
     MACLEODS PHARMACEUTICALS LTD.,
 9   MACLEODS PHARMA USA, INC.,
10                   Defendants.

11
     NOVARTIS PHARMACEUTICALS
12   CORPORATION,
                   Plaintiff,
13                              C.A. No. 19-2053-RGA
     -vs-
14
     DR. REDDY'S LABORATORIES, INC.,
15   DR. REDDY'S LABORATORIES, LTD.,
     HETERO USA INC., HETERO LABS
16   LIMITED, HETERO LABS LIMITED
     UNIT III, MSN PHARMACEUTICALS
17   INC., MSN LABORATORIES PRIVATE
     LIMITED, MSN LIFE SCIENCES
18   PRIVATE LIMITED, NOVUGEN PHARMA
     (MALAYSIA) SDN, BHD., ZYDUS
19   PHARMACEUTICALS (USA) INC.,
     CADILA HEALTHCARE LTD.,
20
                   Defendants.
21   _____
22   (caption continued on next page)
23
24   *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***
25          Deposition of Tomislav Friščic, Ph.D.
```

Page 3

```
 1
 2
 3   Reported By: Amanda McCredo
 4   _____
 5   NOVARTIS PHARMACEUTICALS
     CORPORATION,
 6
                         Plaintiff,
 7
     -vs-                        C.A. No. 20-445-RGA
 8
     MYLAN PHARMACEUTICALS, INC.,
 9
                         Defendant.
10   _____
11
12   *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***
13
14
15          Remote, videotaped deposition of TOMISLAV FRISCIC,
16   Ph.D., taken pursuant to Notice, was held via
17   videoconference, commencing June 28, 2022, at 9:15 a.m., on
18   the above date, before Amanda McCredo, a Court Reporter and
19   Notary Public in the State of New York.
20
21
22
23
24
25
```

Page 4

```
 1
 2   A P P E A R A N C E S:
 3   Appearing on behalf of the Plaintiff:
 4   JARED STRINGHAM, ESQ.
     GREGORY MANAS, ESQ.
 5   CHRISTOPHER LOH, ESQ.
     Venable LLP
 6   1290 Avenue of the Americas
     New York, New York 10104
 7
 8
 9
10   Appearing on behalf of Zydus Pharmceuticals (USA) Inc.:
11   JAMES PETERKA, ESQ.
     ZHIBIN LI, Ph.D.
12   Locke Lord LLP
     111 South Wacker Drive
13   Chicago, Illinois 60606
14
15
16   Appearing on behalf of Mylan Pharmaceuticals, Inc.:
17   SCOTT CUNNING, III, ESQ.
     ROBERT FLORENCE, ESQ.
18   Parker Poe Adams & Bernstein LLP
     1440 K Street NW
19   Washington, DC 20005
20
21
22   ALSO PRESENT:
23   Robin D. Rogers, Ph.D.
24   Brian Robinson - Novartis
25   Scott Duncan - videographer
```

Page 5

```
 1                           I N D E X
 2
 3   WITNESS                 EXAMINATION BY      PAGE
 4   Tomislav Friščic, Ph.D.   Mr. Stringham       9
 5                             Mr. Cunning       258
 6                         EXHIBITS
 7   EXHIBIT                                       PAGE
 8   Exhibit 1    Rebuttal Report of Dr. Tomislav   14
                  Friščic
 9
10   Exhibit 2    Sur-Reply Expert Report of Dr.   14
                  Tomislav Friščic
11   Exhibit 3    McGill Chemistry Characterization 22
                  Facility website screenshot
12
     Exhibit 4    McGill Chemistry Characterization 27
13                Facility website screenshot
14   Exhibit 5    McGill Chemistry Characterization 28
                  Facility website screenshot
15
16   Exhibit 6    CRYSAVA029527 through 742         61
17   Exhibit 7    NPC-VS-016656679 through 714      81
18   Exhibit 8    CRYSAVA153822A through 839A      102
19   Exhibit 9    CRYSAVA157959 through 972        103
20   Exhibit 10   CRYSAVA156064 through 100        123
21   Exhibit 11   Declaration of Dr. Hatem Titi    141
22   Exhibit 12   TF-CMZ-00000156 through 174      170
23   Exhibit 13   TF-CMZ-00000842 through 854      231
24   Exhibit 14   TF-CMZ-00000855 through 881      253
25   Exhibit 15   AJM-CRYS0000027                  258
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 6

| 1 | | | |
|---|---|---|---|
| 2 | Exhibit 16 | AJM-CRYS0000028 | 261 |
| 3 | Exhibit 17 | AJM-CRYS0000039 | 262 |
| 4 | Exhibit 18 | AJM-CRYS0000047 | 265 |
| 5 | Exhibit 19 | AJM-CRYS0000050 | 266 |
| 6 | Exhibit 20 | AJM-CRYS0000051 | 267 |
| 7 | Exhibit 21 | AJM-CRYS0000052 | 269 |
| 8 | Exhibit 22 | AJM-MYL0000011 | 270 |
| 9 | Exhibit 23 | AJM-MYL0000020 | 271 |
| 10 | Exhibit 24 | AJM-MYL0000025 | 272 |
| 11 | Exhibit 25 | AJM-MYL0000036 | 273 |
| 12 | Exhibit 26 | AJM-MYL0000039 | 274 |
| 13 | Exhibit 27 | AJM-MYL0000040 | 275 |
| 14 | Exhibit 28 | AJM-MYL0000041 | 276 |
| 15 | Exhibit 29 | AJM-ZYD0000017 | 276 |
| 16 | Exhibit 30 | AJM-ZYD0000018 | 277 |
| 17 | Exhibit 31 | AJM-ZYD0000019 | 278 |
| 18 | Exhibit 32 | AJM-ZYD0000026 | 279 |
| 19 | Exhibit 33 | AJM-ZYD0000037 | 280 |
| 20 | Exhibit 34 | AJM-ZYD0000040 | 281 |
| 21 | Exhibit 35 | AJM-ZYD0000041 | 282 |
| 22 | Exhibit 36 | AJM-ZYD0000042 | 283 |
| 23 | Exhibit 37 | TF-CMZ-00000983.lst | 287 |
| 24 | Exhibit 38 | TF-CMZ-00000984.lst | 287 |
| 25 | Exhibit 39 | TF-CMZ-00000985.cif | 287 |

Page 7

| 1 | | | |
|---|---|---|---|
| 2 | Exhibit 40 | TF-CMZ-00000986.ins | 287 |
| 3 | Exhibit 41 | TF-CMZ-00000987.res | 287 |
| 4 | Exhibit 42 | Sur-Sur-Reply Expert Report of | 307 |
| | | Robin D. Rogers, Ph.D. | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

Page 8

T. Friščic, Ph.D.

1
2       THE VIDEOGRAPHER:  Good morning.  We are
3   now on record at 9:15 a.m. Eastern Time.
4       My name is Scott Duncan.  I'm a legal
5   videographer in association with TSG Reporting,
6   Inc., 228 East 45th Street, New York City.
7       Because this is a remote deposition, I will
8   not be in the same room with the witness.
9   Instead, I will record this video deposition
10  remotely.
11      Today's court reporter, Amanda McCredo,
12  also with TSG, will not be in the same room and
13  will swear the witness remotely.
14      Do all parties stipulate to the validity of
15  this video recording and remote swearing and
16  that it will be admissible in the courtroom as
17  if it had been taken following Rule 30 of the
18  federal rules of civil procedures and the
19  state's rules where this case is pending?
20      MR. STRINGHAM:  On behalf of the plaintiff
21  Novartis, yes.
22      MR. CUNNING:  For defendant Crystal
23  Pharmaceutical, yes.
24      MR. PETERKA:  For defendant Zydus, yes.
25      MR. FLORENCE:  For defendant Mylan

Page 9

T. Friščic, Ph.D.

1
2   Pharmaceutical Inc., yes.
3       THE VIDEOGRAPHER:  Thank you.
4       This is the start of Media Unit No. 1 in
5   the deposition of Dr. Tomislav Friščic.  This
6   matter is for the district of Delaware, In Re
7   Entresto Patent Litigation, MDL number
8   20-2930-RGA.
9       Counsel's appearances will be reflected on
10  the stenographic record.
11      Will the court reporter please swear in the
12  witness.
13  TOMISLAV FRIščCIC, PH.D., the witness herein, after
14      having been first duly sworn by a Notary
15      Public of the State of New York, was
16      examined and testified as follows:
17  EXAMINATION BY
18  MR. STRINGHAM:
19      Q   Good morning, Dr. Friščic.  My name is
20  Jared Stringham from the law firm Venable LLP, and I
21  represent the plaintiff Novartis in this litigation
22  and I'll be asking you questions today.
23      Now, because we're in a remote setting, if
24  at any point you can't hear me, will you please let
25  me know?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 10

T. Friščic, Ph.D.

1
2     A     Yes.  Nice to meet you.
3     Q     You too.  Thank you for your time today.
4           Will you please state your full name for
5   the record?
6     A     My full name is Tomislav Friščic.
7     Q     Have you been deposed before?
8     A     No.
9     Q     You've never been deposed as either a fact
10  witness or an expert witness?
11    A     No.  I have never been deposed.
12    Q     Have you ever testified at a trial?
13    A     I have never testified at a trial.
14    Q     Do you understand that today we have a
15  court reporter that's typing everything that either
16  I say or you say or anyone else for that matter?
17    A     I understand that.
18    Q     Because we have a court reporter, it's
19  important that you give an audible answer to each of
20  my questions.
21          Will you do that?
22    A     I will do that, yes.
23    Q     Also, for the benefit of the court
24  reporter, it's important that we don't speak over
25  each other.  So when I ask a question, I ask that

Page 11

T. Friščic, Ph.D.

1   you wait until I finish my question before you
2   answering -- before you answer.  And when you
3   answer, I'll try to wait until your answer is over
4   until I ask my next question.
5           Is that fair?
6     A     That is fair, yes.
7     Q     If you don't understand a question that I
8   ask today, will you please let me know?
9     A     I will let you know if I don't understand a
10  question.
11    Q     If you do not ask for clarification, I will
12  assume that you understand my question.
13          Is that okay?
14    A     That is okay.
15    Q     Defendants' attorneys may make objections
16  during the deposition today to certain questions
17  that I ask.
18          Unless the defendants' attorneys instruct
19  you not to answer a particular question, you'll
20  still need to answer each of the questions that I
21  ask, even if they've made an objection.
22          Do you understand that?
23    A     I understand that.
24    Q     Now, is there anyone in the room with you

Page 12

T. Friščic, Ph.D.

1   today?
2     A     Yes.
3     Q     Who's in the room with you?
4     A     Right now in the room, there is Scott
5   Cunning, James Peterka, and Rob Florence.
6     Q     Is there anyone else in the room with you?
7     A     There is nobody else in the room with us.
8     Q     Do you understand that you are testifying
9   under an oath to tell the truth today?
10    A     I do.
11    Q     Is there any reason you cannot testify
12  truthfully today?
13    A     I cannot think of any reason not to testify
14  truthfully.
15    Q     Did you meet with any attorneys for
16  Crystal, Mylan, or Zydus to prepare for your
17  deposition?
18    A     Yes, I have.
19    Q     Who did you meet with?
20    A     I met with the team in the room; so James
21  Peterka, Robert Florence, and Scott Cunning, and, I
22  believe, Elizabeth -- I can't remember the name
23  right now.
24    Q     Elizabeth Crompton?

Page 13

T. Friščic, Ph.D.

1     A     Crompton, yes, thank you.
2     Q     You're welcome.
3           In addition to those attorneys that you met
4   with, did you speak with any attorneys on the phone
5   in preparing for your deposition?
6     A     I have discussed the deposition with the
7   people I mentioned, but, also, I believe, Zhibin Li
8   has been involved, yes.
9     Q     And how --
10    A     Yes.
11    Q     How much time did you meet with attorneys
12  for Crystal, Mylan, and Zydus to prepare for your
13  deposition?
14    A     It's probably between total 10 or 15 hours.
15  Probably around 10, I would say.
16    Q     In preparing for your deposition, did you
17  speak with any employees of Crystal Pharmaceutical?
18    A     Not that I can recall.
19    Q     In preparing for your deposition, did you
20  speak with any employees of Mylan Pharmaceutical?
21    A     Not that I can remember.
22    Q     In preparing for your deposition, did you
23  speak with any employees of Zydus Pharmaceuticals?
24    A     Not that I can remember -- most like -- no,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 14

T. Friščic, Ph.D.

1
2    no.
3        Q    I'm going to mark as Exhibit 1 the rebuttal
4    expert report of Tomislav Friščic.  And for the
5    record, I will place that exhibit in the zoom chat,
6    as well.
7                    (Rebuttal Report of Dr. Tomislav
8                     Friščic was marked as Exhibit 1
9                     for identification, as of this
10                    date.)
11        MR. STRINGHAM:  I'm also going to mark as
12       Exhibit 2, the sur-reply expert report of
13       Dr. Tomislav Friščic, which I also placed into
14       the Zoom chat.
15                    (Sur-Reply Expert Report of
16                     Dr. Tomislav Friščic was marked
17                     as Exhibit 2 for identification,
18                     as of this date.)
19   BY MR. STRINGHAM:
20        Q    Dr. Friščic, do you have Exhibits 1 and 2
21   in front of you?
22        A    I do.
23        Q    Can you confirm that Exhibit 1 is a copy of
24   your rebuttal report submitted in this case?
25        A    I confirm, yes, it is.

Page 15

T. Friščic, Ph.D.

1
2        Q    Can you confirm that Exhibit 2 is a copy of
3    the sur-reply report that you submitted in this
4    case?
5        A    Yes, I confirm, it is.
6        Q    Thank you.
7             So let's start with Exhibit 1, your
8    rebuttal report.
9             And can you please turn to the CV that's at
10   the -- towards the end of Exhibit 1.
11        A    I have it in front of me.
12        Q    And the CV that's included in Exhibit 1, is
13   this an accurate reflection of your professional and
14   academic experience?
15        A    It is a little bit outdated by a few
16   months, but, otherwise, yes, it is.
17        Q    Since you submitted your rebuttal report,
18   there's been a few additional publications; is that
19   correct?
20        A    A few additional publications, increasing
21   citations, additional conference presentations, such
22   things.
23        Q    Are there any other changes to your CV
24   since -- since you submitted your rebuttal report?
25        A    Not that I can think of right now.  Maybe

Page 16

T. Friščic, Ph.D.

1
2    potentially a highlight in a newspaper or something,
3    or an interview, something along those lines.
4        Q    Okay.
5             Now, you obtained a bachelor of science
6    degree in chemistry in 2001, correct?
7        A    That is correct, yes.
8        Q    You submitted a thesis as part of that
9    bachelor's degree?
10       A    No, I did not.
11       Q    I'm looking at -- on the first page of your
12   CV, there's an entry for your bachelor's degree.
13            Do you see that?
14       A    Yes, I do.
15       Q    And there is a thesis listed there.
16            Do you see that?
17       A    Yes, yes.
18       Q    Is this a thesis that you submitted in
19   connection with your bachelor's degree?
20       A    It is a little bit complicated, but here is
21   the best way to describe it.
22            Because I was actually allowed to obtain my
23   bachelor's degree without submitting a formal
24   thesis, having in mind that I have published
25   research articles as an undergraduate.  So this is a

Page 17

T. Friščic, Ph.D.

1
2    special honor and a privilege that's given to
3    students who are able to publish research articles
4    while undergraduates.
5             Despite that, this thesis title exists as
6    the title of my presentation during the bachelor's
7    degree defense.
8        Q    The description in your CV for your
9    bachelor's degree, is this a description of the work
10   that you were doing during your bachelor's degree?
11       A    What's listed under "thesis title."
12       Q    When working on your bachelor's degree,
13   were you studying pharmaceutical compounds?
14       A    Among other things, yes.
15            My bachelor's degree was chemistry.
16       Q    And the work that's described under your
17   thesis, under the thesis title, is that a
18   pharmaceutical compound?
19       A    The content of my bachelor's degree defense
20   was around -- between 30 and 40 compounds, some of
21   which were pharmaceutical.
22       Q    You obtained your Ph.D. in 2006, correct?
23       A    That is correct, yes.
24       Q    And you submitted a thesis in connection
25   with your Ph.D.; is that correct?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 18

T. Friščic, Ph.D.

1
2     A    Yes, that is correct.
3     Q    What was the subject of your Ph.D. thesis?
4     A    The subject of my Ph.D. thesis is listed
5  here in my CV as linear templates and hydrogen
6  bonding as general tools to control the reactivity
7  in molecular co-crystals.
8     Q    The subject of your Ph.D. thesis was not
9  focused on pharmaceutical compounds, was it?
10    A    The subject of my thesis was looking at
11 co-crystals, polymorphs, and transformations of
12 organic solids, including pharmaceutical compounds.
13    Q    You're currently -- you're currently a full
14 professor at McGill University in the department of
15 chemistry, correct?
16    A    That is correct, yes.
17    Q    Does the -- does the chemistry department
18 at McGill have a chemistry characterization
19 facility?
20    A    The chemistry department at McGill has a
21 characterization facility for molecules and
22 materials that's called MC2.  And I can't remember
23 what the abbreviation MC2 stands for.
24    Q    Had you conducted ATR-FTIR testing for your
25 rebuttal report, correct?

Page 19

T. Friščic, Ph.D.

1
2     A    Yes, that is correct.
3     Q    Did you conduct the ATR-FTIR testing at
4  MC2?
5     A    Yes, I conducted the testing on an
6  instrument that's a part of the MC2 facility.
7     Q    The McGill MC2 facility has X-ray
8  diffraction equipment, as well, correct?
9     A    Yes, it does.
10    Q    And in your rebuttal report, you rely on
11 certain PXRD testing by Dr. Titi, correct?
12    A    Yes, that is so.
13    Q    And powder X-ray diffraction -- by "PXRD,"
14 do you understand I'm referring to powder X-ray
15 diffraction?
16    A    I do.  That is -- that is a very common
17 abbreviation.
18    Q    PXRD could also be referred to as XRPD?
19    A    In that case, it stands for X-ray powder
20 diffraction, but it is essentially the same, yes.
21    Q    So today I'll try to use "PXRD" in my
22 questions.  But if I use "XRPD," will you understand
23 that I'm referring to the same technique?
24    A    Yes, I will.
25    Q    Did Dr. Titi conduct his PXRD testing at

Page 20

T. Friščic, Ph.D.

1  the McGill MC2 facility?
2
3     A    I believe so, yes.
4     Q    Did you observe Dr. Titi perform his PXRD
5  testing that you've cited in your rebuttal report?
6     A    I did not.
7     Q    You don't know how long it took Dr. Titi to
8  prepare the samples that you used for testing; is
9  that correct?
10    A    I do not know.
11    Q    You don't know how long the samples that
12 Dr. Titi tested were exposed to conditions in your
13 lab, correct, or in the MC2 facility, correct?
14    A    To be honest, I'm not sure if that may be
15 information that Dr. Titi provided in his report.  I
16 can't recall right now.  So I don't know right now,
17 but we can maybe look at his report.  I'm not sure.
18    Q    Okay.
19       The McGill MC2 facility has a single
20 crystal X-ray diffractometer; is that correct?
21    A    That is correct, yes.
22    Q    The single crystal X-ray diffractometer at
23 McGill MC2 facility is the Bruker D8 Venture,
24 correct?
25    A    It is a Bruker D8, and I always get

Page 21

T. Friščic, Ph.D.

1
2  confused about these -- Venture or not -- so I'm not
3  sure about that.  But it's a D8 instrument, and
4  there's only one.
5     Q    Dr. Titi used the single crystal X-ray
6  diffractometer at McGill for his PXRD testing,
7  correct?
8     A    I believe so, yes.
9     Q    You also have access to the single crystal
10 X-ray diffractometer at McGill; is that right?
11    A    Yes, I do.
12    Q    Dr. Titi's the facility manager for the
13 single crystal X-ray diffractometer at McGill,
14 correct?
15    A    Yes, he is.
16    Q    You could conduct testing on the single
17 crystal X-ray diffractometer at McGill for this
18 litigation if you wanted to, right?
19    A    Well, if I wanted to, and if I was given
20 enough time to brush up on the technique.
21    Q    The Bruker D8 Venture single crystal X-ray
22 diffractometer at McGill is a top-of-the-line
23 instrument that can be used for crystal indexing or
24 structure solution, correct?
25    A    It is -- it is a very good machine, I

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 22

T. Friščic, Ph.D.

1  believe.  It has been some time, I also believe,

2  since it's been purchased, so I'm not sure it's top

3  of the line.  It's appropriate.

4        But it can be used, I believe, as you said,

5  for crystal indexing and structure solution, yes.

6     Q    Let's take out the document in folder 15.

7     A    Folder 15.

8     Q    It's in the box of exhibits that we sent.

9        MR. CUNNING:  This is going to be 3, Jared?

10        MR. STRINGHAM:  No, it's going to be in

11     folder 15.

12        MR. CUNNING:  You intend to mark it as

13     Exhibit 3?

14        MR. STRINGHAM:  Yes, that's correct.

15     Exhibit 3.

16     A    I have it in front of me.

17            (McGill Chemistry

18             Characterization Facility

19             website screenshot was marked as

20             Exhibit 3 for identification, as

21             of this date.)

22        MR. STRINGHAM:  For the record, I also put

23     Friščic Exhibit 3 into the Zoom chat.

24        And Friščic Exhibit 3 is a screenshot of

---

Page 23

T. Friščic, Ph.D.

1  the website for the McGill Chemistry

2  Characterization Facility for the -- and

3  specifically the page for single crystal X-ray

4  diffractometer.

5  BY MR. STRINGHAM:

6     Q    Dr. Friščic, do you recognize Exhibit 3?

7     A    Well, I hear what you said that it

8  represents, and it looks like that to me.  To be

9  honest, I really don't spend any time on these

10  pages, so I cannot really recognize it.

11     Q    Do you have any responsibility for the

12  maintenance of the McGill Chemistry Characterization

13  Facility website?

14     A    Well, I am involved in the operations of

15  MC2 and I have also been involved some years ago in

16  setting up the ability to perform diffraction

17  experiments at McGill University MC2.

18        In terms of responsibility for maintenance,

19  I don't have any other responsibility except when my

20  group members use the instrument, I pay for the

21  usage.

22     Q    Do you have any reason to believe that the

23  website for MC2 is inaccurate?

24     A    I don't have a reason to believe so, but I

---

Page 24

T. Friščic, Ph.D.

1  open -- I'm open to the possibility that it may have

2  not been properly updated at any point in time.

3     Q    Earlier you indicated that you -- that

4  you -- that MC2 had a Bruker D8 single X-ray

5  diffractometer, but you didn't recall if it was the

6  Venture.

7        Does Exhibit 3 refresh your recollection as

8  to what particular single crystal X-ray

9  diffractometer MC2 has?

10     A    Well, using this web page -- which I

11  believe represents the instrumentation MC2 -- it

12  tells me that the instrument is Bruker D8 Venture.

13     Q    You have no reason to doubt that MC2 has a

14  Bruker D8 Venture single crystal X-ray

15  diffractometer, correct?

16     A    I'm sorry, can you repeat that?  I do

17  apologize.

18     Q    You have no reason to doubt that the MC2

19  facility has a Bruker D8 Venture single crystal

20  X-ray diffractometer, correct?

21     A    To be honest, I have no reason to doubt.

22  And I'm not really sure what the statement "Venture"

23  means or not.  It's a model.  I'm not sure exactly

24  what it means.  So no, I don't.

---

Page 25

T. Friščic, Ph.D.

1     Q    Let's look at the heading "Application."

2        Do you see that?

3     A    Heading "Application," yes.

4     Q    According to the MC2 facility website, the

5  Bruker D8 Venture single crystal X-ray

6  diffractometer is a top-of-the-line instrument that

7  can be used for crystal indexing and structure

8  solution, correct?

9     A    Well, it says "or structure solution," but

10  in principle, yes.

11     Q    You're not an expert in single crystal

12  solution, are you?

13     A    I consider myself an expert in single

14  crystal X-ray structure solution.

15     Q    How many single crystal structures have you

16  solved?

17     A    Hundreds.  I can try to point the number of

18  maybe three, four hundred, but I really can't be

19  sure.  I have been doing this since approximately

20  1995.

21     Q    So you have over 25 years of experience

22  determining single crystal structures; is that

23  correct?

24     A    That is correct, yes.

Page 26

T. Friščic, Ph.D.

2    Q    And you've solved hundreds of single
3 crystal structures, correct?
4    A    That is correct.
5    Q    The McGill MC2 facility has multiple TGA
6 instruments, correct?
7    A    Yes, that is correct.
8    Q    And when I say "TGA," do you understand
9 that I'm referring to thermogravimetric analysis?
10    A    I had assumed that is so, yes.
11    Q    Just to make sure that we are on the same
12 page.
13         Throughout the deposition, is it okay if I
14 refer to the thermogravimetric analysis as "TGA"?
15    A    Actually, TGA is my preferred abbreviation
16 for the method.
17    Q    Sounds good.
18         McGill -- strike that.
19         The McGill MC2 facility has a Q50 TGA
20 instrument from TA Instruments; is that correct?
21    A    I believe so, yes. Again, I'm not involved
22 in that facility much, but I know they have
23 instruments from the TA Instruments company.
24         I believe that is a Q50, yeah.
25    Q    Well, this is not a memory test.  So maybe

Page 27

T. Friščic, Ph.D.

1 I'll just show you a document that will help you
2 know.
4         MR. STRINGHAM:  Can we take out from the
5    box the document in folder 17, and this will be
6    Exhibit 4.
7              (McGill Chemistry
8              Characterization Facility
9              website screenshot was marked as
10             Exhibit 4 for identification, as
11             of this date.)
12    A    I have the document in front of me.
13         MR. STRINGHAM:  And for the record, I've
14    uploaded what's been marked as Friščic
15    Exhibit 4 to the Zoom chat.
16         And Exhibit 4 is a screenshot from the
17    McGill Chemistry Characterization Facility
18    website for a thermogravimetric analysis Q50
19    from TA Instruments.
20 BY MR. STRINGHAM:
21    Q    Dr. Friščic, looking at Exhibit 4, does
22 this indicate that the facility -- the MC2 facility
23 has a Q50 TGA instrument from TA Instruments?
24    A    That indicates so, yes, I believe so.
25    Q    McGill also has a Discovery 5500 from TA

Page 28

T. Friščic, Ph.D.

1                    T. Friščic, Ph.D.
2 Instruments; is that correct?
3    A    I don't really know unless it's listed
4 here.
5    Q    Let's look at the -- let's pull out the
6 document from folder 16 from the box, and this will
7 be marked as Exhibit 5.
8              (McGill Chemistry
9              Characterization Facility
10             website screenshot was marked as
11             Exhibit 5 for identification, as
12             of this date.)
13    A    I have that document in front of me now.
14         MR. STRINGHAM:  For the record, I've
15    uploaded Friščic Exhibit 5 to the Zoom chat,
16    which is a screenshot from the McGill chemistry
17    facilities -- or McGill Chemistry
18    Characterization Facility website, specifically
19    the web page for a Discovery 5500 TGA
20    instrument from TA Instruments.
21 BY MR. STRINGHAM:
22    Q    Dr. Friščic, looking at Exhibit 5, do you
23 agree that McGill MC2 facility has a Discovery 5500
24 TGA instrument?
25    A    Yes, I would agree, unless the web page is

Page 29

T. Friščic, Ph.D.

1                    T. Friščic, Ph.D.
2 not accurate or the instrument is broken or --
3 generally, yes, I would agree.
4    Q    You could conduct testing on the Q50 and
5 Discovery 5500 TGA instruments at the McGill MC2
6 facility for this litigation if you had wanted to,
7 correct?
8    A    If the instruments are available, I would
9 be able to perform the experiments, yes.
10    Q    Looking at Exhibit 5, do you see there is a
11 list of features for the Discovery 5500 TGA
12 instrument?
13    A    I do.
14    Q    According to Exhibit 5, McGill reports to
15 the public that the Discovery 5500 TGA instrument
16 has a high-res TGA mode.
17         Do you see that?
18    A    I see that, yes.
19    Q    Do you agree that high-res TGA is a known
20 mode for conducting TGA?
21    A    Yes, I would agree with that.
22    Q    High-res TGA is a well-known mode for
23 conducting TGA among solid state chemists?
24    A    It is.  I myself had not seen it used very
25 often, but it is an accepted mode, I would say so,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 30

T. Friščic, Ph.D.

1  yeah.
2
3     Q    You're not familiar -- you're not very
4  familiar with high-res TGA?
5     A    I have never had a need to perform high-res
6  TGA experiments.
7     Q    So as of today, you have never conducted a
8  high-res TGA experiment?
9     A    I'm trying to think.  Not as far as I can
10  recall, but I'm not 100 percent sure.  I've been
11  doing TGAs for a long time now.
12     Q    According to Exhibit 5, McGill reports that
13  the typical sample weight when using the
14  Discovery 5500 TGA instrument is 5 to 10 milligrams,
15  right?
16     A    That appears to be recommended by the
17  facility, yes.
18     Q    The Q50 and Discovery 5500 TGA instruments
19  available to you at the McGill MC2 facility are the
20  same TGA instruments that Dr. Matzger used for his
21  analysis, correct?
22     A    I don't think they're the same instruments.
23  They could be the same model of an instrument.
24     Q    Sorry, yeah, my question probably wasn't as
25  precise as it should be.

Page 31

T. Friščic, Ph.D.

1
2     The Q50 and Discovery 5500 TGA instruments
3  that are available to you at McGill MC2 facility are
4  the same models of TGA instruments that Dr. Matzger
5  used for his analysis, correct?
6     A    I seem to recall that Dr. Matzger used a
7  Q50.
8     I'm not 100 percent sure if it was
9  Discovery 5500 that Dr. Matzger used, but I can
10  check that in probably his or mine report.
11     Q    We can come back to that.
12     Dr. Friščic, you're not an expert in TGA,
13  are you?
14     A    I do consider myself an expert in TGA.
15     Q    How many years of experience do you have
16  with TGA?
17     A    I believe that I have run my first TGA and
18  DSC experiments -- DSC being differential scanning
19  calorimetry -- probably around 1994 or so.
20     Q    So is it fair to say that you have over 25
21  years of experience conducting TGA experiments?
22     A    Yes, that is so.
23     Q    Do you -- do you personally conduct TGA
24  experiments currently?
25     A    I could.  I haven't run a TGA experiment

Page 32

T. Friščic, Ph.D.

1  for a while now, but I could.
2
3     Q    When's the last time you ran a TGA
4  experiment yourself?
5     A    I believe it was probably January or
6  February -- earlier -- after December 2021, for
7  sure.  I can't really remember right now.
8     Q    So in January or February of this year,
9  that was the last time you ran a TGA experiment; is
10  that correct?
11     A    It may actually have been -- it may
12  actually have been March.  I'm trying to recall it
13  exactly.  So within the last, I guess, probably four
14  months or so.  I can't recall right now, I'm sorry.
15     Q    That's fine.
16     Within the last four months you've
17  conducted a TGA experiment; is that fair?
18     A    Yes, that is -- that is fair, yes.
19     Q    And you can conduct a TGA experiment today
20  if you needed to; is that correct?
21     A    Again, I hope this is not an annoying
22  answer, but if the instrument is available and
23  everything is outlined there -- the materials, the
24  consumables -- I believe I would be able to -- to do
25  so, yes.

Page 33

T. Friščic, Ph.D.

1
2     It also depends on the type of TGA
3  experiment we are looking at.  So there is simple
4  and less simple TGA experiments.
5     Q    In TGA experiments, the parameters can be
6  different from one experiment to another, correct?
7     A    That is correct, yes.
8     Q    You're not an expert in high-resolution
9  TGA, are you?
10     A    I have -- I really don't recall using it
11  much, so I would say I'm not a particular expert for
12  that particular technique.
13     Q    Does the McGill MC2 facility have any DVS
14  instruments?
15     A    DVS being dynamic vapor sorption?
16     Q    Yes.  So when I refer to DVS today, do you
17  understand that I'm referring to dynamic vapor
18  sorption?  Is that okay?
19     A    That is okay, yes.
20     Q    Does the McGill MC2 facility have any DVS
21  instruments?
22     A    It actually does.
23     Q    Is Dr. Titi the facility manager for the
24  DVS instruments at the MC2?
25     A    Dr. Titi is the person responsible for

Page 34

T. Friščic, Ph.D.

1              T. Friščic, Ph.D.
2  operating that instrument, yes.
3     Q    You or Dr. Titi could have conducted
4  testing on the DVS instrument at the MC2 facility
5  for this litigation if you had wanted to, correct?
6     A    I believe so, yes.
7     Q    You're not an expert in DVS, are you?
8     A    I'm familiar with the technique.
9     Q    But you're not an expert in DVS; is that
10  correct?
11    A    Well, I'm having a bit of a problem on what
12  an expert is.
13         Somebody who understands the principles of
14  the instrument, somebody who understands experiment
15  design, somebody who has been responsible for
16  purchasing and selecting which equipment is needed,
17  and designing experiments.  That's the level of
18  expertise I have just like pretty much we mentioned
19  different aspects of thermal analysis.
20         So I would say in that constellation, I am
21  an expert.
22    Q    Do you have experience conducting DVS
23  experiments?
24    A    Yes, I do.
25    Q    How many years of experience do you have in

Page 35

1              T. Friščic, Ph.D.
2  conducting DVS experiments?
3     A    Probably around -- around five years.
4     Q    How many times would you say that you have
5  conducted a DVS experiment?
6     A    Probably around three or four times.
7     Q    Let's turn to paragraph 14 of your rebuttal
8  report.
9     A    I have it open in front of me.
10    Q    Can you just read paragraph 14 to yourself.
11    A    (Perusing document.)
12         Yes.  "In forming my opinions, I have
13  relied" --
14    Q    Sorry, sorry.  Just read it to yourself.
15  You don't have to read it out loud.
16    A    Sorry, I apologize.
17         (Perusing document.)
18         I have read it.
19    Q    According to your rebuttal report, in
20  forming your opinions for your rebuttal report, you
21  conducted various experiments analyzing sample
22  materials provided by Novartis, Crystal, Mylan, and
23  Zydus, correct?
24    A    That is correct.
25    Q    And what various experiments did you

Page 36

1              T. Friščic, Ph.D.
2  conduct in preparing your rebuttal report?
3     A    Well, essentially I conducted an infrared
4  spectroscopy analysis of one of these samples,
5  actually.
6     Q    Which sample -- sorry, strike that.
7         When you say "infrared analysis," are you
8  referring to IR?
9     A    Yes.  I'm referring to an infrared IR metal
10  which is called Fourier-transform infrared
11  attenuated total reflection; FTIR ATR, to be
12  precise.
13    Q    Just to simplify our conversation today,
14  can we refer to the attenuated total --
15    A    Total reflection.
16    Q    Total reflection Fourier-transform infrared
17  as "ATR-FTIR"?
18    A    Yes.
19    Q    So you conducted ATR-FTIR on a sample of
20  materials; is that correct?
21    A    Yes, I have, that is correct.
22    Q    And that ATR-FTIR was conducted on a sample
23  of Crystal's drug substance; is that correct?
24    A    That is correct, yes, Crystal.
25    Q    Did you conduct ATR-FTIR on a sample of

Page 37

1              T. Friščic, Ph.D.
2  Mylan or Zydus's drug substance?
3     A    I have not.
4     Q    What Novartis samples did you receive?
5     A    I believe there was a Novartis sample -- I
6  believe it's a material of the so-called
7  hemipentahydrate.  I'm not too sure.  I'm trying to
8  recall now.
9     Q    So you may have received a sample of
10  Novartis's hemipentahydrate drug substance; is that
11  correct?
12    A    That is so, yes.  I believe that could be
13  so, yes.
14    Q    What experiments did you conduct on
15  Novartis's hemipentahydrate drug substance?
16    A    I did not conduct any experiments on that
17  material.
18    Q    So in your report where it says that "I
19  additionally conducted various experiments analyzing
20  several materials provided by Novartis," is that
21  statement incorrect?
22    A    Yeah, I have not done any experiments on
23  that or Mylan or Zydus.
24    Q    Did anyone else in your lab conduct
25  experiments on samples provided by Novartis, Mylan,

Page 38

T. Friščic, Ph.D.

1    or Zydus?
2        A    Not that I can recall.
3        Q    I guess I'm trying to understand why it
4    says --
5        A    Well --
6        Q    Go ahead.
7        A    Well, actually, Dr. Titi is working with my
8    group.  So he did -- he did obviously perform some
9    analysis.
10       Q    And the work that you're referring to from
11   Dr. Titi, is that the PXRD testing that's referenced
12   in your rebuttal report?
13       A    Yes.
14       Q    Did Dr. Titi perform any experiments other
15   than PXRD on the samples received from Novartis,
16   Crystal, Mylan, or Zydus?
17       A    Not that I know of.
18       Q    So when you said in your rebuttal report
19   that you conducted various experiments, what various
20   experiments were you referring to other than the
21   single ATR-FTIR experiment that you already
22   mentioned?
23       A    I believe I have essentially had in mind
24   looking at the data relevant to the samples.  And I

Page 39

T. Friščic, Ph.D.

1    believe I have phrased this wrongly in this case.
2        A    I have looked at data regarding powder
3    diffraction, I have looked at structural data, and
4    this is essentially what I had in mind.
5        Q    So you did not conduct various experiments
6    on samples --
7        A    I --
8        Q    -- of Crystal, Mylan, or Zydus's drug
9    substances?
10       A    I did not perform any experiments that
11   would involve handling samples, physical samples.
12       Q    Did you receive any samples of Crystal's
13   ANDA products?
14       A    This would be the actual formulated drugs?
15       Q    Yes.  When I'm referring to the ANDA drugs,
16   I'm referring to the formulated drug.
17       A    No, not that I recall, not that I know of.
18       Q    Did you receive any samples of Mylan's ANDA
19   products?
20       A    No, no, I have not.  Not that I recall, I
21   don't, no.
22       Q    Did you receive any samples of Zydus's ANDA
23   products?
24       A    Not that I recall.

Page 40

T. Friščic, Ph.D.

1        Q    Let's turn to Appendix 1 of your rebuttal
2    report.
3        A    It's in front of me.
4        Q    In Appendix 1 of your rebuttal report, you
5    listed samples that you received from Crystal,
6    Mylan, and Zydus, correct?
7        A    The samples have been received by Dr. Titi.
8        Q    Once -- yeah, I'll get to that in a moment.
9            But I just want to establish a few things
10   first.  The -- you note, in this one, two batches of
11   drug substance from Crystal, correct?
12       A    That's what I see here in Appendix 1, yes.
13       Q    If I refer to the drug substance as API, is
14   that okay with you?
15       A    That is fine with me, yes.
16

███████████████████
███████████████

17       Q    And you indicated a moment ago that
18   Dr. Titi received the samples listed in Appendix 1;
19   is that right?
20       A    Yes.
21       Q    What was done with the Crystal API samples
22   after Dr. Titi received them?

Page 41

T. Friščic, Ph.D.

1        A    Well, I believe Dr. Titi stored them and
2    eventually I analyzed one of those samples using
3    infrared spectroscopy, and then it was placed back
4    in storage.
5            After that, I'm not familiar with what
6    happened.
7        Q    Was Dr. Titi in charge of receiving and
8    storing the Crystal API samples?
9        A    Yes.
10       Q    You're not -- you're not the one that's
11   responsible for storing the Crystal API samples; is
12   that correct?
13       A    They are being stored in Dr. Titi's
14   laboratory in MC2, so I'm not really involved in
15   that.
16       Q    Do you know under what conditions the
17   Crystal API samples were stored?
18       A    I understand that the Crystal API samples
19   were stored in the box that they were received until
20   they had been used.  And, after that, they had been
21   stored back in the box and the packaging that they
22   received.  As far as I know.
23           Again, I haven't looked at these samples
24   since when I did the infrared.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 42

T. Friščic, Ph.D.

2  Q   And Dr. Titi would have been the one who
3  would have been managing the storage of the Crystal
4  API samples, right?
5  A   That is correct.
6  Q   Do you know at what temperature the Crystal
7  API samples were stored?
8  A   I believe the samples were stored along
9  with a thermometer and a humidity meter.  So they
10 were stored at the local laboratory temperature.
11 Q   The samples also would have been -- the
12 Crystal API samples also would have been stored at
13 the local laboratory at a relative humidity, right?
14 A   Well, I believe so, yes.  Again, I'm not
15 sure.  Looking at what the packaging of the sample
16 is and how the sample is stored, whether humidity is
17 different in it than it is in laboratory.
18 Q   You don't know what the relative humidity
19 inside the package or container was that contains
20 Crystal's API; is that correct?
21 A   Inside the container?  Well, I don't think
22 that's something that can be easily measured.  But,
23 yeah, I guess that's open to guessing.
24     You mean the sample as it is in the vial?
25 Q   Yeah.  In what type of container did

Page 43

T. Friščic, Ph.D.

1  Crystal provide you samples of Crystal's API?
3  A   I'm trying to recollect now.  I believe it
4  was a glass vial with a, I believe, a plastic cap on
5  it.  But this is really drawing on recollection from
6  maybe six months ago or something.
7  Q   You don't know what the relative humidity
8  is inside the glass vial that contains the
9  samples of Crystal's API, correct?
10 A   I don't know what the humidity is inside
11 the glass vial.
12 Q   The samples -- strike that.
13     Do you understand that the samples of
14 Crystal's API were taken from a larger batch of API?
15 A   I didn't know that, but I believe that, it
16 makes sense.
17 Q   Let's look at Appendix 1.  And under -- do
18 you see that there's the table on page 1 of
19 Appendix 1 in your rebuttal report and, after that,
20 there's a sentence that begins "drug substance
21 batch."
22     Do you see that?
23 A   Yes.
24 Q   Do you understand -- do you understand that
25 the API that you received from Crystal was taken

Page 44

T. Friščic, Ph.D.

1  from a larger batch of API that was used to
3  manufacture Crystal's ANDA products?
4  A   I can understand that.  I'm just not
5  familiar with what necessarily the batch size would
6  be to this point.
7  Q   For Crystal to send you some API, they
8  would have had to take API out of this larger batch
9  and put it into a smaller container to ship to you,
10 correct?
11 A   That makes sense, yes.
12 Q   Do you know what conditions Crystal's API
13 was exposed to when the API was removed from a
14 larger container to be placed in the containers that
15 were sent to you?
16 A   That is not something that I recall seeing,
17 and maybe that should best be the question directed
18 to personnel at Crystal who prepared the sample.
19 Q   Who has access to the Crystal API samples
20 that you received -- from the time that they were
21 received until now?
22     MR. CUNNING:  Objection; lacks foundation.
23     MR. PETERKA:  For the record, Zydus's
24     defense will be joining in the objections
25     today.

Page 45

T. Friščic, Ph.D.

2     MR. FLORENCE:  And Mylan's defendants, too.
3  A   The only person who would have direct
4  access to the samples would be Dr. Titi.
5  BY MR. STRINGHAM:
6  Q   Do you have direct access to the samples of
7  Crystal's API that were sent to you?
8  A   Dr. Titi permits me access to those
9  samples.
10 Q   How much -- so I understand that the
11 samples were sent -- or the samples of Crystal's API
12 were received by Dr. Titi, correct?
13 A   Yes, that is correct.
14 Q   And how much of Crystal's API was sent to
15 you?
16 A   Well, I'm not honestly quite sure how to
17 understand.  I'm not aware that a sample was sent to
18 me.  It was received by Dr. Titi who then -- who
19 then stored it.
20 Q   How much of Crystal's API did Dr. Titi
21 receive?
22 A   Honestly, I can't recall now.  I'm trying
23 to remember whether this was -- how large the vial
24 was, and I honestly cannot recall.
25 Q   Do you know how much of Crystal's API is

Page 46

T. Friščic, Ph.D.

1
2 still left?
3    A    Again, I do not know, no.
4    Q    Would there be at least 1 gram of Crystal's
5 API left?
6    A    I really don't know even if 1 gram was
7 sent. I can't recall. So I can't answer that
8 question.
9    Q    Turning back to Appendix 1 in your rebuttal
10 report, you also received -- or Dr. Titi received
11 two batches of drug substance from Mylan, correct?
12    A    Yes. I read that in the appendix.
13 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14 ▮▮▮▮▮▮▮▮▮▮▮▮▮
15    Q    How much of Mylan's API was received by
16 Dr. Titi?
17    A    I -- I haven't handled the samples, so I
18 can't recall. And I can't recall ever discussing
19 this with Dr. Titi, either. So I honestly -- I
20 don't know.
21    Q    Did Dr. Titi receive any samples from Mylan
22 other than the two API samples listed on Appendix 1?
23    A    I wouldn't know, I wouldn't know.
24    Q    What was done with Mylan's API samples
25 after they were received?

Page 47

T. Friščic, Ph.D.

1
2    A    I understand that they were received by
3 Dr. Titi who then stored them. And I believe he
4 used some of that sample to perform X-ray
5 diffraction experiments, after which he continued to
6 store them.
7    Q    Under what conditions were the Mylan API
8 samples stored?
9    A    I'm not familiar with that because, again,
10 Dr. Titi has been responsible for storing them.
11    Q    Do you know what the humidity is inside the
12 containers of Mylan's API that were received by
13 Dr. Titi?
14    A    No, I would not -- I do not know what the
15 humidity is inside the sample container.
16    Q    Like the Crystal API samples that Dr. Titi
17 received, do you understand that the samples of
18 Mylan's API that were received were taken from a
19 larger batch of API?
20    A    Based on the discussion we had here on the
21 Crystal sample, I understand that, yes.
22    Q    In fact, if you look on the last paragraph
23 on page 1 of Appendix 1 --
24    A    Yes.
25    Q    -- do you understand that the Mylan API

Page 48

T. Friščic, Ph.D.

1
2 that Dr. Titi received came from batches that were
3 used to manufacture Mylan's ANDA products?
4    A    Yes, I do.
5    Q    Do you understand what conditions Mylan's
6 API was exposed to when the API was removed from the
7 larger container of API to be placed in the
8 containers that were sent to Dr. Titi?
9    A    Can you say that again?
10    Q    Do you know what conditions Mylan's API was
11 exposed to when the API was removed from the larger
12 container by Mylan to be placed in the smaller
13 containers that were sent to Dr. Titi?
14    A    I do not know. Again, this is something
15 that probably should be directed to the personnel at
16 Mylan who were preparing the samples.
17    Q    Who has had access to Mylan's API samples
18 from the time they were received until now?
19    A    Dr. Titi had access to those samples.
20    Q    Did anyone other than Dr. Titi have access
21 to the Mylan API samples from the time they were
22 received until now?
23    A    Not to my knowledge.
24    Q    Was Dr. Titi in charge of storing the Mylan
25 API samples that are listed in Appendix 1 of your

Page 49

T. Friščic, Ph.D.

1
2 rebuttal report?
3    A    So Dr. Titi was responsible for storing the
4 samples.
5    Q    How much of Mylan's API did Dr. Titi
6 receive?
7    A    I do not know. I have not seen a sample
8 and I don't recall ever discussing it with Dr. Titi.
9    Q    So you don't know how much of Mylan's API
10 sample is left as of today, either, correct?
11    A    That is correct. I do not know.
12    Q    Let's look at page 2 of Appendix 1 to your
13 rebuttal report.
14      Did you receive -- strike that.
15      Dr. Titi received samples from two batches
16 of Zydus's API, correct?
17    A    That's what it says here, yes.
18 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21    Q ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22 ▮▮▮▮▮▮▮▮▮▮▮▮
23 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24 ▮▮▮▮▮▮▮▮▮▮
25 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 50

1                    T. Frišcic, Ph.D.

8       A    Yes, I understand that.
9       Q    How much of Zydus's API did Dr. Titi
10   receive?
11      A    To be honest, I can't recall off the bat.
12   But I see in the appendix here that Dr. Titi
13   received 5 grams of the, of the -- of the Zydus
14   samples.
15      Q    When it says -- in your Appendix 1, when it
16   says Dr. Titi received 5 grams of each of the above
17   batches, is that just a reference to the Zydus
18   samples or is that a reference to all of the API
19   samples that were received?
20      A    Well, it is each of the above batches, so I
21   would assume it is the Zydus samples.
22      Q    So -- and this is your report, right,
23   Dr. Frišcic?
24      A    Yes, it is.
25      Q    And Appendix 1 is part of your report,

Page 51

1                    T. Frišcic, Ph.D.
2    correct?
3       A    Yes, correct.
4       Q    So do you understand what was put into
5    Appendix 1 of your report?
6       A    Yes.
7       Q    Did you review Appendix 1 before signing
8    your report?
9       A    Yes.
10      Q    So looking at page 2 of Appendix 1 of your
11   rebuttal report, do you understand whether 5 grams
12   of each sample of API received from Crystal, Mylan,
13   and Zydus was received?
14      A    Well, I understand that this refers to the
15   above batches in two bottles.  So, yes -- yeah.
16      Q    So yes, there are 5 grams of API received
17   from each of Crystal, Mylan, and Zydus; is that
18   correct?
19      A    I believe that only the first refers to
20   Zydus.
21      Q    You don't know how much API was received
22   from Crystal or Mylan, correct?
23      A    I cannot -- I cannot recall that right now.
24      Q    Did you receive any samples from Zydus
25   other than the two API samples listed in Appendix 1

Page 52

1                    T. Frišcic, Ph.D.
2    of your rebuttal report?
3       A    I definitely have not received any Zydus
4    samples.  Dr. Titi had received these samples, as
5    far as I know.  I don't know if he received anything
6    else.
7       Q    You don't know whether Dr. Titi received
8    any samples other than the two API samples from
9    Zydus listed in Appendix 1, correct?
10      A    I do not know if he received any other
11   samples from Zydus.
12      Q    What was done with the Zydus API samples
13   after they were received?
14      A    Well, they were essentially stored by
15   Dr. Titi and he then used some of that sample for
16   part of X-ray diffraction analysis after which the
17   samples were stored by Dr. Titi.
18      Q    You don't know under what conditions
19   Dr. Titi stored the Zydus API samples, correct?
20      A    Again, I believe he stored them in
21   conditions of original packaging, but I don't know
22   exactly what conditions are in there.
23      Q    You don't know what the humidity inside the
24   containers of Zydus's API would be, correct?
25      A    I would not know, no.

Page 53

1                    T. Frišcic, Ph.D.
2       Q    You don't know at what temperature Zydus's
3    API samples would have been stored, correct?
4       A    I believe the temperature would have been
5    what the laboratory temperature is, but I don't know
6    what it exactly is.
7       Q    You don't know in what relative humidity
8    the Zydus API samples would have been stored,
9    correct?
10      A    I believe it would have been the ambient
11   humidity in the laboratory.  But, again, how much it
12   is, I do not know.
13      Q    Like the Crystal and Mylan API samples, do
14   you understand that the samples of Zydus's API that
15   Dr. Titi received were taken from a larger batch of
16   API?
17      A    I understand that, yes, based on what we
18   discussed.
19      Q    And that's confirmed on page 2 of your
20   appendix where it states that the drug substance
21   batches from Zydus were used in the manufacture of
22   the exhibit batches of Zydus's ANDA products; is
23   that right?
24      A    That is what I understand, yes.
25      Q    Do you know what conditions Zydus's API was

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 54

T. Friščic, Ph.D.

1  T. Friščic, Ph.D.
2  exposed to when the API was removed from a larger
3  container to be placed in containers that were sent
4  to Dr. Titi?
5      A    Again, like in the case of Mylan and
6  Crystal, this is something I'm not familiar with and
7  this is something that I believe personnel with
8  Zydus would be able to answer.
9      Q    Who has had access to the Zydus API samples
10  from the time they were received until now?
11     A    Dr. Titi had access.
12     Q    Did anyone other than Dr. Titi and you have
13  access to the Zydus API samples since they were
14  received?
15     A    Well, it is really Dr. Titi who has access
16  and it is me who has access to the samples through
17  Dr. Titi.  And nobody else, as far as I know.
18     Q    You indicated earlier that you believe
19  Dr. Titi received 5 grams of API from Zydus; is that
20  correct?
21     A    Yes.
22     Q    How much of Zydus's API is there left in
23  the containers?
24     A    Because Dr. Titi has used some for his
25  diffraction experiments, I believe if there really

Page 55

T. Friščic, Ph.D.

1  T. Friščic, Ph.D.
2  was 5 grams, then there should be around 5 grams or
3  so left; four and a half, maybe.
4      Q    PXRD does not require very much API; is
5  that right?
6      A    No, it -- well, it basically requires
7  anything between approximately, you know, 5 to
8  50 milligrams of a sample.
9      Q    How much sample does ATR-FTIR require?
10     A    Well, to perform an ATR-FTIR sample, it's
11  typically -- the amount of sample is typically in
12  the range of -- I will eyeball this -- 1 to
13  2 milligrams.
14     A    So if Dr. Titi had received 2 milligrams,
15  for example, of Crystal's API, there would still be
16  close to about 2 milligrams left after conducting
17  PXRD and ATR-FTIR on --
18     A    Excuse me -- excuse me.  I just -- we don't
19  understand the beginning of your sentence.
20          Could you please repeat?
21     Q    Sorry, my question may have been -- I may
22  have misspoken in my question.
23          If Dr. Titi had received 2 grams, for
24  example, of Crystal's API, there would still be just
25  a little less than 2 grams left after he conducted

Page 56

T. Friščic, Ph.D.

1  T. Friščic, Ph.D.
2  PXRD and after you conducted ATR-FTIR on Crystal's
3  API?
4      A    Yes, I would probably expect a few hundred
5  milligrams may have been used, at most.  That's my
6  assessment.
7      Q    And for the Mylan API that Dr. Titi
8  received, if PXRD was conducted on that API and
9  there were, for example, 2 grams initially received,
10  there would still be just a little less than 2 grams
11  of Mylan's API left over; is that correct?
12     A    I believe so, yes.
13     Q    And for Zydus's API, if 5 grams of API were
14  initially received, after conducting PXRD, there
15  would still be a little less than 5 grams of Zydus's
16  API left, correct?
17     A    That would be my expectation.
18     Q    Let's look at Appendix 2 of your rebuttal
19  report.
20     A    It's in front of me.
21     Q    In Appendix 2 of your rebuttal report, you
22  describe ATR-FTIR testing that you conducted on
23  Crystal's API, correct?
24     A    Yes, correct.
25     Q    Did you conduct the ATR-FTIR testing on

Page 57

T. Friščic, Ph.D.

1  T. Friščic, Ph.D.
2  Crystal's API yourself?
3      A    Yes, I have.
4      Q    You didn't have someone else run the
5  ATR-FTIR testing on Crystal's API for you; is that
6  fair?
7      A    That is correct, yes.
8      Q    Did you conduct ATR-FTIR testing on Mylan's
9  API?
10     A    If I have correct -- you asked me if I
11  conducted ATR-FTIR testing of Mylan's API?
12     Q    Yes, that was my question.
13     A    No, I have not.
14     Q    Did you conduct ATR-FTIR testing on Zydus's
15  API?
16     A    No, I have not.
17     Q    In your rebuttal report, you did not
18  describe any other testing that you conducted on
19  Crystal's API other than ATR-FTIR, correct?
20     A    That is correct, yes.
21     Q    In your rebuttal report, you did not
22  describe any testing that you conducted on Mylan's
23  API, correct?
24     A    That is correct.
25     Q    In your rebuttal report, you did not

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 58

T. Friščic, Ph.D.

1
2  describe any testing that you conducted on Zydus's
3  API, correct?
4      A    That is correct.  I have not conducted any
5  testing on either Mylan or Zydus samples.
6      Q    You did not conduct any TGA testing on
7  Crystal's API?
8      A    No, I have not.
9      Q    You did not conduct any TGA testing on
10 Mylan's API?
11     A    I did not.
12     Q    You did not conduct any TGA testing on
13 Zydus's API?
14     A    No, I did not.
15     Q    You did not conduct any DVS testing on
16 Crystal's API?
17     A    I have not.
18     Q    You did not conduct any DVS testing on
19 Mylan's API?
20     A    I have not.
21     Q    You did not conduct any DVS testing on
22 Zydus's API?
23     A    No, I did not.
24     Q    You did not attempt to grow a single
25 crystal of Crystal's API?

Page 59

T. Friščic, Ph.D.

1
2      A    I did not.
3      Q    You did not attempt to grow a single
4  crystal of Mylan's API?
5      A    No, I did not.
6      Q    You did not attempt to grow a single
7  crystal of Zydus's API?
8      A    No, I did not.
9      Q    You did not attempt to collect single
10 crystal data for Crystal's API?
11     A    I did not.
12     Q    You did not attempt to collect single
13 crystal data from Mylan's API?
14     A    I did not.
15     Q    You did not attempt to collect single
16 crystal data for Zydus's API, correct?
17     A    That is correct, I did not.
18     Q    In your rebuttal report, you did not
19 describe any testing on Crystal's, Mylan's, or
20 Zydus ANDA products, correct?
21     A    Can you please say that again?  I do
22 apologize.
23     Q    In your rebuttal report, you did not
24 describe any testing on Crystal's, Mylan's, or
25 Zydus ANDA products, correct?

Page 60

T. Friščic, Ph.D.

1
2      A    That is correct.  None of those products
3  I'm aware that either Dr. Titi or I have received.
4          MR. STRINGHAM:  Let's take a break here.
5          THE VIDEOGRAPHER:  We're pausing the
6      recording at the end of the first media.
7          Going off record at 10:40 a.m.
8               (Recess taken.)
9          THE VIDEOGRAPHER:  We are back on the
10     record at 10:53 a.m., beginning the second
11     media unit in the deposition of Dr. Friščic.
12         MR. STRINGHAM:  I would like to next turn
13     to the document that's in folder 6 of the box,
14     and this will be marked as Friščic Exhibit --
15     sorry, in folder 7.  The document in folder 7,
16     if you can pull that out of the box --
17     Dr. Friščic or Scott -- and this will be marked
18     as Friščic Exhibit 6.
19         And for the record, Friščic Exhibit 6 has
20     been uploaded to the Zoom chat.

Page 61

T. Friščic, Ph.D.

1
4          MR. CUNNING:  Can we have the transcript
5      marked highly confidential, attorneys' eyes
6      only, pursuant to the protective order.
7          MR. STRINGHAM:  No objection.
8  BY MR. STRINGHAM:
9      Q    Dr. Friščic, do you have Exhibit 6 in front
10 of you?
11     A    Yes, I do.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 62

T. Friščic, Ph.D.

1
2
3      Q    Let's turn to Bates -- sorry, Dr. Friščic,
4  are you familiar with Bates numbers?
5      A    Bates?
6      Q    If I referred you --
7      A    You mean the little number on the bottom?
8      Q    Yes.  If I refer to those Bates numbers,
9  will you understand what page I'm talking about?
10     A    I will be able to follow and find it, I
11 believe so, yes.
12     Q    So let's turn to Bates page number 29536.
13     A    I have it in front of me.
14
15
16
17
18
19
20
21
22
23

Page 63

Page 64

1                    T. Friščic, Ph.D.

Page 65

1                    T. Friščic, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 66

1          T. Friščic, Ph.D.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 74

1          T. Friščic, Ph.D.



18     A     Page 77?
19     Q     Paragraph 77.
20     A     Yes.  I have it in front of me.
21

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

Page 78
1              T. Frišcic, Ph.D.

Page 79
1              T. Frišcic, Ph.D.

Page 80
1              T. Frišcic, Ph.D.

9    Q    Let's turn to paragraph 86 of your rebuttal
10   report.
11   A    Paragraph 86, you said?
12   Q    Yes.
13   A    Yes, I have it.

Page 81
1              T. Frišcic, Ph.D.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 86

1                    T. Friščic, Ph.D.



Page 87

1                    T. Friščic, Ph.D.

Page 88

1                    T. Friščic, Ph.D.

Page 89

1                    T. Friščic, Ph.D.
2      Q    Let's turn back to paragraph 92 of your
3   rebuttal report.  Earlier you mentioned a single
4   crystal structure by Novartis.
5           Do you recall that?
6      A    Yes, I do recall mentioning it, yes.
7      Q    Do you understand that Novartis resolved
8   the single crystal structure for LCZ696?
9      A    I understand that, yes.
10     Q    Based on the single crystal structure,
11  Novartis determined that LCZ696 is a
12  hemipentahydrate, correct?
13     A    That is what I understand, yes.
14     Q    In your rebuttal report, you did not
15  dispute that Novartis's determination based on the
16  single crystal structure demonstrated that LCZ696 is
17  a hemipentahydrate, correct?
18     A    Could you please say that again?  I
19  apologize.
20     Q    You do not dispute that Novartis's
21  determination based on the single crystal structure
22  demonstrates that LCZ696 is a hemipentahydrate,
23  correct?
24     A    Correct.
25     Q    Is it your opinion that single crystal

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 90

1              T. Friščic, Ph.D.
2   analysis is the gold standard for determining the
3   structure of a crystalline solid including in the
4   amount of solvent within the material?
5       A    Yes, that is my opinion.
6       Q    Single crystal analysis is also the gold
7   standard for determining the structure of a
8   crystalline solid including the amount of hydrate
9   water in that material?
10      A    Yes, indeed.
11      Q    If a single crystal analysis shows two and
12  a half bound waters in the crystal lattice, that is
13  the best evidence of the number of water molecules
14  within the hydrate, correct?
15      A    That is indeed the best evidence for the
16  number of water molecules in the formula unit of the
17  hydrate.
18      Q    Let's turn to paragraph 34 of your rebuttal
19  report -- I meant page 34, paragraph 97.
20      A    I have it in front of me.
21
22
23
24
25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 94

T. Friščic, Ph.D.

1
2



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Page 98

1          T. Friščic, Ph.D.

16    Q   When were you retained as an expert for
17  this litigation?
18    A   I believe that was in March 2020.
19

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 102

```
1                    T. Friščic, Ph.D.
2    Q   That's fine.
3        MR. STRINGHAM:  So we've been going a
4    little bit over an hour.  Doctor, would you
5    like to continue or would you like to take a
6    break?
7        THE WITNESS:  I'm fine.
8        MR. STRINGHAM:  Okay.  We can go for a
9    little while longer.  Just let me know if at
10   any point you need a break.
11       THE WITNESS:  Okay.
12       MR. STRINGHAM:  Scott, can we take out the
13   document from folder 4.  And this will be
14   Exhibit Number 8.
15
20                   (CRYSAVA153822A through 839A was
21                   marked as Exhibit 8 for
22                   identification, as of this
23                   date.)
24   BY MR. STRINGHAM:
25   Q   Dr. Friščic, do you recognize Exhibit 8?
```

Page 103

```
1                    T. Friščic, Ph.D.
2
```

Page 104

```
1                    T. Friščic, Ph.D.
2
23   Q   DVS can be used to estimate the relative
24   amounts of bound water -- bound water and surface
25   water, correct?
```



Page 106

1          T. Frišcic, Ph.D.

2     A    Well, one can attempt to use DVS to do

3 that, yes.

4     Q    Can you look at paragraph 96 of your

5 rebuttal report.

6     A    I have it open.

7

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 110

1          T. Friščic, Ph.D.
2



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 118

T. Friščic, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Page 122

1          T. Friščic, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 126

1          T. Friščic, Ph.D.



21          MR. STRINGHAM:  Let's stop there so we
22     don't run out of tape.
23          THE VIDEOGRAPHER:  We are pausing the
24     recording at the end of the second media.
25     Going off the record at 12:46 p.m.

Page 128

1          T. Friščic, Ph.D.
2          (Recess taken.)
3          THE VIDEOGRAPHER:  We are back on record at
4     1:21 p.m., beginning the third media in the
5     deposition of Dr. Friščic.
6     BY MR. STRINGHAM:
7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 130

1                    T. Frišcic, Ph.D.



```
 8     Q    Let's turn to paragraph 58 of your rebuttal
 9  report.
10          MR. CUNNING:  What paragraph, Jared?
11          MR. STRINGHAM:  Fifty-eight, 5-8.
12     A    Paragraph 58.
13  BY MR. STRINGHAM:
14     Q    Dr. Frišcic, can you just read that
15  paragraph to yourself.
16     A    (Perusing document.)
17          I read that.
18     Q    In paragraph 58 of your rebuttal report,
19  you acknowledge the phenomenon called "preferred
20  orientation," correct?
21     A    Yes, that is so.
22     Q    Due to preferred orientation, intensity
23  observed in a given PXRD pattern vary somewhat from
24  sample to sample due to noncrystalline -- or
25  nonrandom crystalline orientations, correct?
```

Page 133

```
 1                    T. Frišcic, Ph.D.
 2     A    They can vary, yes, from sample to sample,
 3  and depending on the type of experiment.
 4     Q    Will variations in intensities observed in
 5  a random PXRD pattern lead to variations in what a
 6  crystallographer considers the most important
 7  reflections in that pattern?
 8     A    That really depends on which reflections
 9  those are and on the actual shape of the
10  crystallites.  I'm not really sure how to understand
11  what would be the most important reflections.
12          For me, the crystallographer -- most
13  reflections are very important unless they're really
14  high -- so maybe you can just clarify this a bit,
15  please.
16     Q    Based on the preferred orientation, the
17  most intense peaks could vary from one PXRD pattern
18  to another; is that true?
19     A    They could, they could.  But not
20  necessarily.
21     Q    Let's turn to paragraph 59 of your rebuttal
22  report.
23          Can you tell --
24     A    I'm reading, yeah (perusing document).
25          I read it.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 134

T. Friščic, Ph.D.

1
2    Q    Do you agree that a calculated PXRD pattern
3    from a single crystal structure does not suffer from
4    the preferred orientation issue?
5    A    Generally, it does not.  But maybe it can
6    have it here that one can actually perform a
7    calculation that will include preferred orientation
8    effects, if needed.
9    Q    Generally -- generally a calculated PXRD
10   pattern from a single crystal structure will not
11   suffer from preferred orientation; is that true?
12   A    Generally, if somebody showed me a
13   calculated peak pattern for a single crystal
14   structure, I would assume they have not included any
15   preferred orientation in it, so that's correct.
16   Q    Do you agree that because of preferred
17   orientation, the two data values, rather than the
18   intensities, are the most reliable part of a
19   calculated pattern, correct?
20   A    That is correct, yes.
21   Q    And a person of ordinary skill would have
22   known that the two data values of a calculated PXRD
23   pattern are more reliable than the experimentally
24   measured two data values of a PXRD pattern, correct?
25   A    Can you repeat?  I do apologize.

Page 135

T. Friščic, Ph.D.

1
2    Q    A person of ordinary skill in the art would
3    know that the two data values for a -- from a
4    calculated PXRD pattern are more reliable than
5    experimentally measured two data values in a PXRD
6    pattern, correct?
7        MR. CUNNING:  Objection to the form of the
8        question.  Incomplete hypothetical.
9    A    Well, I have a problem answering that
10   because reliable means with respect to what?
11       So, for example, a calculated powder
12   diffraction is what it is.  It's not going to vary
13   if you calculate the crystal structure again --
14   sorry, if you calculate it from the same structure
15   and so on and so on.
16       But if we measure powder diffraction,
17   things will vary, intensities will vary.  So I'm not
18   sure what's reliable here is the right word.
19       The other potential issue is that a powder
20   diffraction pattern, positions of reflections depend
21   on experimental conditions and the same is true also
22   for the other patterns calculated from the crystal
23   structure.  That is also going to depend on the
24   conditions under which the crystal structure has
25   been -- the data has been collected to solve the

Page 136

T. Friščic, Ph.D.

1
2    structure.
3    BY MR. STRINGHAM:
4    Q    Understood.
5        Let's turn to paragraph 147 of your
6    rebuttal report.
7    A    Paragraph 147.  Yes, I'm reading it.
8    Q    Just let me know when you're finished
9    reading that paragraph.
10   A    I finished reading it.
11   Q    In paragraph 147 in your rebuttal report,
12   you provided an overlay of Dr. Matzger's PXRD data
13   on samples ███████████████████████████████████
█████████████████████████████
15   A    That is correct, yes.
16   Q    Let's look at paragraph 149 of your
17   rebuttal report.
18   A    I'm reading it (perusing document).
19       I have read it, yes.
20   ████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████
24   A    That is correct.
25   Q    ███████████████████████████████████████

Page 137

T. Friščic, Ph.D.

1
2    ████████████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████████
█████████████
████████████████████████████████████
█████
████████████████████████████████████
███████████████████████████████████████
████████████████████████████████████████████
████████████████████████████
█████████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 138

```
1                    T. Friščic, Ph.D.
```

[text redacted]

Page 141

```
1                    T. Friščic, Ph.D.
2    be marked as Exhibit 11.
3            MR. STRINGHAM:  So I've placed in the Zoom
4        chat Friščic Exhibit 11, which is a copy of the
5        declaration by Dr. Hatem Titi.
6                    (Declaration of Dr. Hatem Titi
7                     was marked as Exhibit 11 for
8                     identification, as of this
9                     date.)
10   Q    Do you have that exhibit?
11   A    Excuse me?
12   Q    Do you have a copy of Dr. Titi's
13   declaration in front of you?
14   A    I have it.
15   Q    Thank you.
```

[text redacted]

```
20   Q    Did you review Dr. Titi's declaration
21   before submitting your rebuttal report?
22   A    I have.
23   Q    Let's turn to -- let's turn to page 4 of
24   Dr. Titi's declaration.
25   A    I have it in front of me.
```

```
22   Q    We can look at it.  Take out the document
23   from folder 3.
24       Dr. Friščic, before I ask any questions,
25   let me put that in the Zoom chat.  This is going to
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 142

T. Friščic, Ph.D.

```
1                    T. Friščic, Ph.D.
2    Q     Looking at -- do you see figure 3 --
3          MR. CUNNING:  You're cutting out, Jared.
4          MR. STRINGHAM:  Sorry, can you hear me now?
5          MR. CUNNING:  Yup.
6    BY MR. STRINGHAM:
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 146

1                    T. Friščic, Ph.D.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 150

1                    T. Friščic, Ph.D.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 154

1                           T. Friščic, Ph.D.

[redacted]

10      Q     Let's turn to paragraph 194 of your
11   rebuttal report.
12      A     I'm looking at it now.
13      Q     Just let me know when you're done.
14      A     I read it.
15      Q     In paragraph 194 of your rebuttal report,
16   you referenced a tilorone salt hydrate, right?
17      A     Yes, a tilorone dihydrochloride hydrate and
18   anhydrous forms, yes.
19      Q     And the tilorone dihydrochloride salt
20   hydrate does not contain sodium cations, correct?
21      A     Honestly, I could probably refresh my
22   memory by looking at the paper, but I don't believe
23   it contains sodium.
24      Q     The tilorone dihydrochloride salt hydrate
25   would not be a sodium ion coordinated hydrate,

Page 158

T. Friščic, Ph.D.

1  correct?
2      A    If it doesn't contain sodium, it's -- yeah,
3  it's correct.
4      Q    In paragraph 194 of your rebuttal report,
5  you cited the tilorone dihydrochloride salt hydrate
6  because it lost bound water below 30 percent
7  relative humidity, correct?
8      A    That is what I stated here, yes.
9      Q    Let's look at paragraph 195 of your
10  rebuttal report.
11      A    I read it.
12      Q    In paragraph 195 of your rebuttal report,
13  you referenced acetaminophen trihydrate and caffeine
14  hydrate, correct?
15      A    Yes.
16      Q    Acetaminophen trihydrate is not a sodium
17  ion coordinated hydrate, correct?
18      A    That is correct.
19      Q    Acetaminophen trihydrate was only stable at
20  zero degrees Celsius?
21      A    Yes.  This is an example of a hydrate that
22  loses water very, very readily.
23      Q    Acetaminophen trihydrate was not stable at
24  22 degrees Celsius, correct?

Page 159

T. Friščic, Ph.D.

1      A    Based on the citation here, the material is
2  quickly dehydrated at 22 Centigrade.
3      Q    Caffeine hydrate is not a sodium
4  ion-coordinated hydrate, correct?
5      A    That is correct.
6      Q    And the dehydration of the caffeine hydrate
7  took 72 hours at room temperature, correct?
8      A    Well, this is what is stated in the chapter
9  here.
10      I feel like I need to highlight here that
11  how and under what conditions and how quickly the
12  material will be dehydrated really depends on the
13  environment it's placed on, on what kind of
14  experiment one is performing, on properties of the
15  material, and so on.  So I would just simply say
16  here that it has been observed by other authors and
17  cited in this book chapter that caffeine hydrate
18  took 72 hours to dehydrate completely at room
19  temperature.  That is as much as I can say.
20      Q    Just because one hydrate dehydrates under
21  certain conditions does not mean that all hydrates
22  will dehydrate under those conditions, correct?
23      A    My view would be different hydrated
24  materials will lose their water under myriad diverse

Page 160

T. Friščic, Ph.D.

1  conditions depending on the material.  This is one
2  of the things I would put in the box labeled
3  unpredictable.
4      Q    Let's look at paragraph 196 of your
5  rebuttal report.
6      A    I read it.
7      Q    In paragraph 196 you referenced the
8  tilorone dihydrochloride that you also referenced in
9  paragraph 194, correct?
10      A    That's the reference we call "Chernyshev,"
11  correct.
12      Q    Let's look at paragraph 197 of your
13  rebuttal report.
14      A    I'm reading it.  I read it.
15      Q    In paragraph 197 of your rebuttal report,
16  you referenced a dihydrate form of a diclofenac
17  salt, right?
18      A    Diclofenac, yes.
19      Q    And the diclofenac hydrate was stored with
20  a silica gel desiccant?
21      A    I could probably be more specific if I had
22  the paper; but as I'm reading this now, it is the
23  dihydrate of a salt of diclofenac and
24  N-(2-hydroxyethyl) pyrrolidine.  Samples of that

Page 161

T. Friščic, Ph.D.

1  salt lose -- transform to a nonhydrous form with
2  silica gel.
3      Q    And a silica gel desiccant is intended to
4  remove water from its surroundings; is that correct?
5      A    Silica gel is a material that is often used
6  to control humidity in an environment that I can
7  generally say that, yes.
8      Q    Would you put --
9      A    It's --
10      Q    Do you have more to say?
11      A    I thought maybe -- maybe to add that silica
12  gel is not what one would consider a particularly
13  strong desiccant.

Page 162

T. Friščic, Ph.D.

2    Q    And the dihydrate form composed of the
3  diclofenac and N-(2-hydroxyethyl) pyrrolidine is not
4  a sodium ion-coordinated hydrate, correct?
5    A    That's correct.  That material does not
6  contain sodium.
7    Q    Let's turn to paragraph 198 of your
8  rebuttal report.
9    A    I read it.
10    Q    In paragraph 198 of your rebuttal report,
11  you referenced paracetamol trihydrate?
12    A    Yes, I have.
13    Q    Paracetamol trihydrate is not a sodium
14  ion-coordinated trihydrate, correct?
15    A    That is correct, yes.
16    Q    Let's look at paragraph 199 of your
17  rebuttal report.
18    A    I'm reading it (perusing document).
19        I've read it.
20    Q    In paragraph 199 of your rebuttal report,
21  you reference theophylline monohydrate and the
22  cycloserine monohydrate, correct?
23    A    Yes, that's correct.
24    Q    Theophylline monohydrate is not a sodium
25  ion-coordinated hydrate, correct?

Page 163

T. Friščic, Ph.D.

2    A    That is correct.
3    Q    Cycloserine monohydrate is not a sodium
4  ion-coordinated hydrate, correct?
5    A    Cycloserine does not contain sodium,
6  correct.
7    Q    Let's turn to paragraph 200 of your
8  rebuttal report.
9    A    I'm reading it (perusing document).
10        Yes, I read it.
11    Q    In paragraph 200 of your rebuttal report,
12  you referenced inosine dihydrate, correct?
13    A    That is correct, yes.
14    Q    Inosine dihydrate is not a sodium
15  ion-coordinated hydrate, correct?
16    A    Honestly, at this point, I can't exactly
17  remember what inosine dihydrate looks like, but I do
18  not believe it contains sodium.
19    Q    Let's look at paragraph 201 of your
20  rebuttal report.
21    A    I'm reading it (perusing document).
22        I've read it.
23    Q    In paragraph 201 of your rebuttal report,
24  you referenced a cyclohexadiene, alanine hydrate,
25  and a caffeine hydrate, right?

Page 164

T. Friščic, Ph.D.

2    A    Yes, I have provided studies of hydrates
3  that have been looked at in literature.
4    Q    And we talked about caffeine hydrate a few
5  minutes ago, correct?
6    A    Yes, caffeine hydrate is such a popular
7  model for a hydrate.
8    Q    The cyclohexadiene-1-alanine hydrate that
9  you cited in paragraph 201 of your rebuttal report
10  is not a sodium ion-coordinated hydrate, correct?
11    A    It is not.  This is an organic molecule.
12    Q    Let's look at paragraph 201 -- sorry, 202
13  of your rebuttal report.
14    A    I'm looking at it (perusing document).
15        I've read it.
16    Q    In paragraph 202 of your rebuttal report,
17  you referenced a sodium trihydrate compound from
18  Vogt 2006, correct?
19    A    Yes, that's correct.
20    Q    You relied on the sodium trihydrate
21  compound from Vogt 2006 because bound water was
22  replaced at approximately 75 percent relative
23  humidity?
24    A    This is a -- I listed a sample and --
25  sorry.

Page 165

T. Friščic, Ph.D.

2        I provided this literature citation because
3  it demonstrates that even at high humidities, there
4  can be removal of water from the body of the
5  material from the crystal structure.
6    Q    And the sodium trihydrate compound from
7  Vogt 2006 that you cited, the bound water was
8  replaced, not eliminated altogether; is that
9  correct?
10    A    It has been replaced by isotopic labeled
11  water, yes.
12    Q    So at 75 percent relative humidity, there
13  was still a water or water equivalent molecule in
14  the crystal structure, correct?
15    A    Yes.  This work is actually a really good
16  reference because it demonstrates that molecules of
17  water can come in and out of the crystal structure
18  even if they're what we call bound even at very high
19  humidities.
20    Q    And the high humidity at which Vogt 2006
21  observed this exchange of water molecules was
22  75 percent relative humidity, correct?
23    A    Well, again, I recall this paper fairly
24  well.  I'm not sure if they have done any other
25  experiments with other humidities, so I'm going to

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 166

T. Friščic, Ph.D.

1  rely upon here what's in the report.  But they may
2  have done other humidities.  I would need to look at
3  the paper.
4      Q    The study that you relied on in your report
5  was the exchange of water molecules in this
6  trihydrate compound at 75 percent humidity, correct?
7      A    That -- that was the experiment that was a
8  part of this paper because this paper, I remember,
9  contained a number of other characterizations.  And,
10 again, it was not just that.  There is a number of
11 things.  I'm just, I'm just -- I just want to make
12 that clear because it's not a single experiment
13 paper.
14     Q    I just want to confirm that the experiment
15 in 202 of your rebuttal report that you're relying
16 on is the experiment where there was an exchange of
17 water molecules at 75 percent relative humidity,
18 correct?
19     A    That is correct.  Exchange of water
20 molecules and, to be more precise, water and
21 17 oxygen-labeled water.
22     Q    In paragraph 203 of your rebuttal report,
23 you also referenced a DVS isotherm from Vogt 2006,
24 correct?

Page 167

T. Friščic, Ph.D.

1      A    Yes, indeed.
2      Q    And you cited the DVS isotherm for this
3  sodium trihydrate from Vogt 2006 because bound water
4  was lost below 20 percent relative humidity?
5      A    There appears to be a lot of bound water
6  lost below 20 percent relative humidity, which is
7  consistent with bound water being already highly
8  mobile at higher humidity levels.
9      Q    And that bound water was lost at 10 percent
10 or 5 percent relative humidity in the sodium
11 trihydrate in Vogt 2006?
12     A    Well, I'm looking at the graph here.  I
13 don't want to take this data out of context.
14     The first adsorption -- in the first
15 adsorption -- so, it appears that if one looks on
16 the y-axis to the left of the graph, that the amount
17 of water that corresponds to trihydrate is
18 already -- that the actual water content here is
19 below that already at maybe 30, 40 percent of the
20 humidity.
21     And then this loss of bound water becomes
22 even more pronounced below 20 percent relative
23 humidity.  It may be 19, it may be 18, but we don't
24 have those datapoints.

Page 168

T. Friščic, Ph.D.

1      I hope this answers the question.
2      Q    Yeah.  Just maybe to make sure I
3  understand.
4      You're saying that from about 40 percent
5  relative humidity down to 5 percent relative
6  humidity, the sodium trihydrate compound in Vogt
7  2006 is losing bound water; is that correct?
8      A    Well, what I'm saying is that the water
9  content for that material is measured by the DVS
10 here already below 40 percent humidity.  Seems to be
11 could be lower than required for a trihydrate
12 composition.
13     Q    From --
14     A    To me that would -- to me that would
15 suggest it's losing at least some of the bound
16 water.
17     But I also want to state, again, these are
18 not -- DVS is not a very high precision measurement,
19 so I would be very careful here on making, you know,
20 very direct interpretations.
21     Q    You would agree that the DVS in Vogt 2006
22 shows that at least from 20 percent relative
23 humidity down to 5 percent relative humidity the
24 sodium trihydrate is losing bound water, right?

Page 169

T. Friščic, Ph.D.

1      A    Down to 10 percent, actually, I would even
2  say.
3      Q    So, from 20 percent relative humidity down
4  to 10 percent relative humidity and down to
5  5 percent relative humidity, the sodium trihydrate
6  in Vogt 2006 is losing bound water, correct?
7      A    I think that's a reasonable conclusion
8  looking at this data, yes.
9      Q    Let's look at paragraph 205 of your
10 rebuttal report.
11     A    I'm looking at it right now.
12     I read it.
13     Q    In paragraph 205 of your rebuttal report,
14 you referenced a hemipentahydrate and variable
15 hydrate of risedronate from Redman-Furey 2005,
16 correct?
17     A    Yes.  Yes, that is so, yes.
18     Risedronate, I'm actually not sure if that
19 contains sodium or not, if that's relevant.
20     Q    That was my question.
21     Does risedronate -- is risedronate
22 hemipentahydrate or risedronate variable hydrate a
23 sodium ion-coordinated hydrate?
24     A    I would suggest that we maybe look at the

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 170

T. Friščic, Ph.D.

1
2    actual literature report.
3          Risedronate is, I believe, a drug that's
4    been used to treat osteoporoses.  I'm not sure.
5          But is this a form of sodium salt or not, I
6    can't recall right now.
7          So, maybe -- is there any way that we can
8    look at it?
9          I think it could be a sodium salt, but I
10   don't want to just come up and make up things.
11   Q    Give me just a second.
12   A    Thank you very much.
13   Q    Dr. Friščic, I'm going to add to the Zoom
14   chat Friščic Exhibit 12.
15                     (TF-CMZ-00000156 through 174 was
16                     marked as Exhibit 12 for
17                     identification, as of this
18                     date.)
19   Q    Are you able to open that exhibit on your
20   computer?
21   A    I will download it now.  And as soon as I
22   download it, I will open it.
23          Do you want me to share the screen or
24   something like that?
25   Q    What I'll do is share my screen.

Page 171

T. Friščic, Ph.D.

1
2    A    Thank you.
3    Q    And you can either look at it on my screen,
4    or you can look at it on your screen.
5    A    I'll look at on your screen, if that's
6    okay.
7    Q    All right.  Do you see it now?
8    A    Yes, I do.
9          Could you please go down in the --
10   Q    Tell me -- so, just before we do that, just
11   so that the record is clear, let me introduce the
12   exhibit.
13          So, Friščic Exhibit 11 -- Friščic
14   Exhibit 12 is a copy of an article by Redman-Furey,
15   et al., titled "Structural and Analytical
16   Characterization of Three Hydrates and an Anhydrate
17   Form of Risedronate."
18          All right.  And --
19   A    And I can see immediately that it's sodium
20   salt.  So --
21   Q    It's a -- risedronate is a monosodium salt,
22   correct?
23   A    Yes.  That's what it says in third and the
24   fourth row of the right-hand column in text, yes.
25   Q    Okay.

Page 172

T. Friščic, Ph.D.

1
2          So, let's -- I think that was all I wanted
3    to confirm with that reference.
4          So, let's look at paragraph 207 of your
5    rebuttal report.
6    A    I'm reading it now.
7          I read it.
8    Q    In paragraph 207 of your rebuttal report,
9    you again referenced caffeine hydrate, correct?
10   A    Yes, I do, that's correct.
11   Q    So, we've looked at paragraphs 194 to 207
12   of your rebuttal report at the different hydrate
13   examples that you provided in those paragraphs,
14   correct?
15   A    That is correct.
16   Q    In paragraphs 194 to 207 of your rebuttal
17   report, the only sodium ion-coordinated hydrates
18   that you identified were from Vogt 2006 and from
19   Redman-Furey 2005, correct?
20   A    That is correct, yes.
21   Q    You cited these hydrates in paragraphs 194
22   to 207 in your rebuttal report as examples of
23   hydrates that could lose bound water at low
24   temperatures or at low relative humidity, correct?
25   A    Is that stated?

Page 173

T. Friščic, Ph.D.

1
2          Show me where that's written so I'll just
3    confirm, please.
4    Q    If you look at paragraph 194.
5    A    Yes.
6    Q    Can you read that to yourself and let me
7    know when you're done.
8    A    Yes, I've read it.
9    Q    Was the purpose of citing these examples of
10   hydrates in paragraphs 194 to 207 of your rebuttal
11   report to provide examples of hydrates that may lose
12   bound water at low temperatures or low relative
13   humidities?
14   A    That was generally my intention.  I just
15   wasn't sure that I had actually written it out.  So,
16   that's why I was asking to double-check.
17   ████████████████████████████████████
18   ████████████████████████████████████████
19   █████████████████████████████████████████████
20   ██████████████████████████████████████
21   ██████████████████████████
22          And I thought it was relevant to show that
23   hydrate materials can lose bound water under a wide
24   range of conditions sounded very, very mild.
25   Q    In paragraphs 194 to 207 of your rebuttal

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 174

T. Friščic, Ph.D.

1       report that we've looked at just now, you did not
2       identify any hydrates that were studied using a
3       pinhole pan, correct?
4           A    That is a difficult question to answer.
5       Again, we are talking about, what, five, six, or so
6       papers here.
7           I can identify a few, but I'm pretty
8       certain -- for example, obviously, I relied on
9       optical microscopy monitoring, like the 1979 Lin
10      paper, I believe.
11          But for the others, you know, some of them
12      used, you know, exposing a sample to -- in a -- to a
13      humidity chamber.
14          But honestly, to answer the question, I
15      would probably have to go through each one of the
16      papers again and either confirm or deny.
17          Q    In preparing your rebuttal report, you
18      didn't look into whether these papers cited in
19      paragraphs 194 to 207 used a pinhole pan; is that
20      fair?
21          A    I may have seen that information, but at
22      this point, I cannot remember it.  I probably should
23      have noted it.
24          Q    In your report, you didn't note whether or

Page 175

T. Friščic, Ph.D.

1       not a pinhole pan was used in any of these papers
2       cited in paragraphs 194 to 207, correct?
3           A    In the paragraphs that we just went
4       through, there was no mention of a pinhole pan.
5           MR. STRINGHAM:  Let's take a break here.
6           MR. CUNNING:  How long have we been on the
7       record?
8           THE VIDEOGRAPHER:  We are pausing recording
9       at the end of the third media.
10          Going off the record at 2:43 p.m.
11              (Recess taken.)
12          THE VIDEOGRAPHER:  We are back on record at
13      2:58 p.m.
14          Beginning the fourth media in the
15      deposition of Dr. Friščic.
16      BY MR. STRINGHAM:
17          Q    Dr. Friščic, could you please turn to
18      paragraph 43 of your rebuttal report.
19          A    Yes, I have it open.
20          Q    Just read that to yourself.
21          A    I've read it.
22          Q    In paragraph 43 of your rebuttal report,
23      you referenced FDA guidelines for identifying
24      polymorphs, correct?

Page 176

T. Friščic, Ph.D.

1           A    That is correct.
2           Q    The FDA uses the term "polymorph" more
3       broadly than how the scientific community
4       understands the term "polymorph"?
5           A    Yes, the understanding of, broadly
6       speaking, crystallographers and crystal engineers is
7       a bit different than what is defined by the FDA in
8       this 2007 document.
9           Q    The FDA considers different hydrates of the
10      same compound to be polymorphs, correct?
11          A    FDA indeed does, while crystallographers
12      and crystal engineers would maybe term them as
13      "pseudopolymorphs."
14          My personal view would be simply to call
15      them hydrates or solvates.
16          Q    Typically among crystallographers or
17      crystal engineers, a polymorph would refer to a
18      different crystalline form of the same chemical
19      composition, including the same hydrate status,
20      correct?
21          A    Exactly.
22          In context of crystallography and crystal
23      engineering, scientifically speaking, polymorphs
24      should exhibit exactly the same chemical

Page 177

T. Friščic, Ph.D.

1       composition.
2           Q    And the exact same chemical composition
3       would include the same number of hydrate water
4       molecules in the crystal lattice per formula unit,
5       correct?
6           A    Indeed.  In that context, a hydrate would
7       have a polymorph which is also a hydrate at the same
8       level of hydration.
9           Q    Going back to the FDA guidelines, in
10      paragraph 43 of your rebuttal report, you quoted
11      from the FDA guidelines that "single crystal X-ray
12      diffraction is currently recorded as the definitive
13      evidence of polymorphism."
14          Correct?
15          A    Yes.  The statement is that the
16      recommendation is that demonstration of a
17      non-equivalent structure by single crystal X-ray
18      diffraction is currently regarded as the definitive
19      evidence of polymorphism.
20          Q    And you also quoted from the FDA guidelines
21      that "X-ray powder diffraction can be used to
22      provide unequivocal proof of polymorphism"?
23          A    So, in addition to the X-ray diffraction, I
24      put FDA also states -- I'm quoting here from the



Page 178

```
T. Friščic, Ph.D.
1
2   report -- that "other methods, including thermal
3   gravimetric analysis and infrared spectroscopy
4   are" -- quotation from FDA -- "helpful to further
5   characterize polymorphic forms."
6       Q    So, TGA -- the FDA considers TGA to be
7   helpful to characterize polymorphic forms, correct?
8       A    Well, I would maybe stick to what FDA
9   explicitly says, "to further characterize," which I
10  believe it means that some characterization, maybe
11  by single crystal diffraction, has already been
12  done, and other methods may be helpful on top of
13  that.
14          That's how I would understand this.
15      Q    And a few lines before that, you quote from
16  the FDA guidelines that "X-ray powder diffraction
17  can also be used to provide unequivocal proof of
18  polymorphism."
19          Do you see that?
20      A    I do see that.  It can be used, hopefully
21  successfully.
```

Page 179

```
1                    T. Friščic, Ph.D.
```

Page 182
1                    T. Friščic, Ph.D.

Page 183
1                    T. Friščic, Ph.D.

Page 184
1                    T. Friščic, Ph.D.

4      Q    Let's turn to paragraph 62 of your rebuttal
5  report.
6      A    Sixty-two, you said?
7      Q    Yeah, 62.
8      A    Sixty-two.
9           I'm looking at it now.
10     Q    Okay.
11     A    Yes, I read it.
12     Q    In paragraph 62 of your rebuttal report,
13  you discussed the use of an electron density map and
14  single crystal X-ray analysis, correct?
15     A    I do mention those terms, yes.
16     Q    The electron density map is used to help
17  establish the structure of a crystalline material,
18  correct?
19     A    I believe it's fine to say that the
20  electron density map is a key component in crystal
21  structure thermal gravimetric analysis using X-ray
22  diffraction.
23     Q    When the electron density map is not of
24  sufficient quality, external information is needed
25  to determine the structure, correct?

Page 185
1                    T. Friščic, Ph.D.
2      A    That is what I stated here in the
3  paragraph, yes.
4      Q    Poor quality of the electron density map
5  can be caused by flexible carbon chains, correct?
6      A    It could be related to that, yes.
7      Q    Form II contains a hydrocarbon chain,
8  correct?
9      A    Indeed, Form II and its individual
10  components like sacubitril and valsartan, they
11  contain flexible hydrocarbon chains.
12     Q    Hydrocarbon chains are neutral, meaning
13  that they don't carry a charge, correct?
14     A    That is -- that question needs to be
15  answered very, very carefully.
16          If one -- they don't carry what you call an
17  isolated charge, but pretty much like the surface of
18  most molecular structures, if you look at the
19  surface of the unit, you can observe that it is a
20  region of higher and lower charge, so-called partial
21  charge, which is sometimes expressed as
22  electrostatic surface potential.  So, there is going
23  to be some charge effect.
24          So, I just want to be very precise here.
25     Q    Hydrocarbon chains are generally considered

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 186

T. Frišcic, Ph.D.

2  to be hydrophobic, meaning that they repel water,
3  correct?
4      A    Well, "hydrophobic" essentially means that
5  they do not mix well with water, but that cannot be
6  an absolute statement.
7           "Hydrophobic" essentially means that the
8  interactions between water molecules tend to be
9  stronger than interactions between water molecules
10  and hydrocarbon chains.
11          I wouldn't call that they repel it.
12     Q    You agree, though, that hydrocarbon chains
13  are considered hydrophobic, right?
14     A    When we teach organic chemistry to
15  undergraduate students, we like to say this is
16  hydrophobic.
17          But we know that once you get to higher
18  levels, there is always a level of degree
19  everywhere.
20          Maybe I'm being too much of a nitpicker.  I
21  do apologize.
22     Q    Would you expect a butyl hydrocarbon chain
23  to interact with water molecules?
24     A    I would.  I would definitely expect it to
25  interact with water molecules.

Page 187

T. Frišcic, Ph.D.



Page 188

T. Frišcic, Ph.D.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 190

1          T. Friščic, Ph.D.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 194

T. Friščić, Ph.D.

Page 198

1                    T. Friščic, Ph.D.



HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

Page 202

1                    T. Friščic, Ph.D.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Page 206

1                    T. Frišcic, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 210

1                T. Friščic, Ph.D.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



1                T. Friščić, Ph.D.                    Page 214

1                T. Friščić, Ph.D.                    Page 215

1                T. Friščić, Ph.D.                    Page 216

1                T. Friščić, Ph.D.                    Page 217

10      Q     Let's turn to Exhibit 4 at the end of your
11   sur-reply report.
12      A     Exhibit 4.
13            I'm at Exhibit 4.
14      Q     In Exhibit 4 of your sur-reply report, you
15   provided search results from the ICSD of sodium
16   oxygen distances, correct?
17      A     So, I performed a search of the inorganic
18   crystal structure database web edition, and I looked
19   at structures that have certain range of sodium
20   oxygen distances in combination with, for example,
21   having a certain range of hydrogen-to-oxygen
22   distances.
23      Q     The ICSD refers to the inorganic crystal
24   structure database, correct?
25      A     Yes, it does.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 318

T. Friščic, Ph.D.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 222

1                    T. Friščic, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 230

1                    T. Frišcic, Ph.D.

9          MR. STRINGHAM:  We've been going for a
10     while.  Let's take a break.
11          THE VIDEOGRAPHER:  We are pausing the
12     recording at the end of the fourth media.
13          Going off the record at 4:33 p.m.
14                    (Recess taken.)
15          THE VIDEOGRAPHER:  We are back on record at
16     4:44 p.m.
17          We are beginning the fifth medium in the
18     deposition of Dr. Frišcic.
19     BY MR. STRINGHAM:
20     Q    So, I've uploaded a document to the Zoom
21     chat, which is Frišcic Exhibit 13.  This is a copy
22     of chapter 4 from a book titled "Crystallography for
23     Chemists, by Phillip E. Fanwick."
24                    (TF-CMZ-00000842 through 854 was
25                    marked as Exhibit 13 for

Page 231

1                    T. Frišcic, Ph.D.
2                    identification, as of this
3                    date.)
4     BY MR. STRINGHAM:
5     Q    Dr. Frišcic, do you recognize Exhibit 13?
6     A    Yes, I have seen it before.
7     Q    Can we refer to Exhibit 13 as "Fanwick
8     2019"?
9     A    That is fine with me, yes.
10    Q    Let's look at pages 35 to 36 of Fanwick
11    2019.
12    A    Thirty-five and 36, you said?
13    Q    Yes.
14    A    Yes, I see it.
15    Q    Pages 35 to 36 of Fanwick 2019 provides an
16    example of comparing bond lengths to determine
17    whether they are statistically different.
18         Do you see that?
19    A    I do.
20    Q    And to compare two bond lengths, only three
21    standard deviations of one bond length are
22    considered, correct?
23    A    Sorry.  So, there are, here, given five
24    bond lengths.  Each one has a standard deviation
25    given as three on the third decimal site.

Page 232

1                    T. Frišcic, Ph.D.
2     Q    Correct.
3          And if you look on page 36 in the second
4     full paragraph that begins "the value."
5     A    Yes.
6     Q    And when Fanwick 2019 was determining
7     whether the bond lengths were statistically
8     different or not, he based it on three standard
9     deviations, correct?
10    A    I'm going through this right now.
11         Yes, he used the three standard deviations,
12    plus/minus, criterion.
13    Q    So, when -- if you want to compare or
14    determine whether two bond lengths are different,
15    you don't look at the upper of three standard
16    deviations for the shorter bond length compared to
17    the lower end of three standard deviations for the
18    longer bond length, correct?
19    A    One actually looks at whether these values
20    overlap within the three standard deviations of
21    each.
22    Q    When Fanwick compared the bond distances,
23    he only used the standard deviation for one bond
24    length, not the standard deviation for both bond
25    lengths, correct?

Page 233

1                    T. Frišcic, Ph.D.
2     A    I am not entirely sure that the order here
3     is demonstrating the analytical method.
4          I believe what the author is saying here is
5     that no matter what the three sigma -- sorry -- the
6     three standard deviations separation is here, it's
7     still well below the actual difference of the mean
8     value.
9     Q    If you look in paragraph -- in the
10    paragraph that begins "The value of the C1-C6 bond
11    length."
12         Do you see that?
13    A    Yes.
14    Q    When he -- Fanwick 2019 compared the C1-C6
15    bond length to the C1-C2 bond length, correct?
16    A    Yes.
17    Q    And he concluded that -- because the bond
18    length was greater than three times the standard
19    deviation, it could be concluded that the bonds have
20    different lengths, correct?
21    A    He -- I believe he's providing this as an
22    illustration of the relative values of the
23    difference between the main -- between the mean
24    value and the standard deviation.
25         One should think about this, again, maybe

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 234

T. Friščic, Ph.D.

1                    T. Friščic, Ph.D.
2  in a graphical sense.  If one plots each of these
3  values next to each other as a distribution centered
4  around the mean for each, then there will be -- if
5  they're not indistinguishable to an extent, they'll
6  be in an area where the values overlap, if we take
7  one of them plus three standard deviations and the
8  other one minus three standard deviations.
9        I believe that standard here is providing
10  an illustration of -- that the distance between the
11  mean values is actually significantly higher than
12  the 3 sigma value in any case.
13     Q    If you look at the end of the paragraph,
14  Fanwick 2019 states that "If the numbers to be
15  compared have different standard deviations, then
16  the largest standard deviation value should be
17  used."
18        Correct?
19     A    That is exactly what it states here.
20     Q    So, it's not that you use three standard
21  deviation for one value and three standard
22  deviations from another value and compare those; you
23  just pick one standard deviation and use that to see
24  if there's an overlap; is that correct?
25     A    The standard deviation, plus/minus three

Page 235

1                    T. Friščic, Ph.D.
2  sigma criterion, defines the range in which we can
3  find the value.  And if the ranges in which we can
4  find the certain value parameter overlap, then
5  they're not distinguishable.
6     Q    When you're doing that comparison to see if
7  there's an overlap, you only use the standard -- you
8  only use three standard deviations for one value,
9  not three standard deviations for both values,
10  correct?
11     A    You would use both.
12     Q    So, are you saying Fanwick -- when Fanwick
13  did his analysis, he only used three standard
14  deviations for one value, correct?
15     A    Indeed.
16        I understand what is written here, but,
17  again, if one thinks about the model I just
18  presented, each value has a range.  And if those
19  ranges overlap, it is not -- it is not overlapping a
20  mean value for one parameter with another one, given
21  its range.
22     Q    Do you disagree with Fanwick 2019's
23  analysis of comparing whether there's a statistical
24  difference between two bond lengths?
25     A    I would disagree, yes.

Page 236

1                    T. Friščic, Ph.D.
2     Q    You relied on Fanwick 2019 in your report,
3  correct?
4     A    I believe at some point, yes.
5     Q    You didn't have a problem with Fanwick 2019
6  when you relied on it in your report, correct?
7     A    Again, I would like to exactly see where I
8  relied on this literature.
9     Q    We can come back to that.
10        Let's look at pages 39 to 40 of Fanwick
11  2019.
12     A    Yes.
13     Q    On pages 39 to 40, Fanwick talks about
14  being able to conduct a search of the CSD similar to
15  what you did for looking at bond distances, correct?
16     A    I'm reading this right now.
17        So, the search here has been done for
18  carbon-oxygen bond distances for a terminal iron
19  carbonyl compound as an example.  Sub-structure was
20  entered consisting of an iron atom bound by single
21  bond to a carbon.  They used bond type "any" for
22  carbon and oxygen.  And the carbon-oxygen distance
23  was defined as a 3D parameter.  Search run.  Search
24  returned 45,975 C-O bonds.  The results were passed
25  to MERCURY, and basic statistics were calculated.

Page 237

1                    T. Friščic, Ph.D.
2        Yes, I believe this is very similar to the
3  kind of search I performed.
4     Q    And according to Fanwick 2019, after
5  conducting a search of bond distances in the CSD,
6  the search results can be passed through MERCURY to
7  calculate basic statistics, correct?
8     A    Yes, it can be, yes.
9     Q    You have access to the MERCURY software,
10  correct?
11     A    I do have access to MERCURY CSD, yes.
12     Q    The reported statistics of a CSD search by
13  MERCURY include a mean standard deviation and
14  medium -- or median, correct?
15     A    In the case outlined here in chapter 4 of
16  Fanwick, yes.
17     Q    MERCURY also can report the number of bond
18  distances that are either low outliers or high
19  outliers in a CSD search, correct?
20     A    I am -- I'm not sure about that, but I
21  can -- I believe that.
22     Q    Based on --
23     A    In my -- I mean, in my case, I performed a
24  search and then looked at the range.
25     Q    Based on Fanwick 2019, the MERCURY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 238

T. Frišcic, Ph.D.

1    statistics include identification of low outliers
2    and high outliers, correct?
3    A    Yes, indeed.
4         And I would also like -- a piece of
5    information here that may be needed is which version
6    of MERCURY was used.
7         This book, I understand, has been, I think,
8    in print or published in 2019.  I'm not sure at
9    which point that the author or somebody else
10   performed this search using which version of
11   MERCURY.
12        The software is continuously updated, and a
13   full version of MERCURY, which is MERCURY CSD,
14   rather than shareware, which is MERCURY, has
15   different capabilities.
16        So, I think there's a bit of lack of
17   product here.
18   Q    So, are you suggesting that the full
19   version of MERCURY that you have access to today
20   does not calculate the low outliers and high
21   outliers?
22   A    I would need to check that.

Page 239

T. Frišcic, Ph.D.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 242

1                    T. Frišcic, Ph.D.

Page 245

1                    T. Frišcic, Ph.D.
2    test showing that either the structure is right or
3    the structure is wrong, correct?
4        A    CheckCIF is a set of tests that are meant
5    to indicate if there are any problems with either
6    the structure or the data or the relationship.
7        Q    If the CheckCIF identifies potential
8    problems, according to Fanwick 2019, it's important
9    to understand the problem causing the alert reported
10   by the CheckCIF, correct?
11       A    It is indeed important to understand the
12   problem and also attempt to resolve it.
13       Q    And just because there's an alert in a
14   CheckCIF does not mean that the structure should be
15   thrown out; is that correct?
16       A    The alert in a CheckCIF is a call to take
17   another look at the structure, take another look at
18   the underlying data, and try to see if there are any
19   modifications that are needed to be done to improve
20   the structure.
21       Q    Let's look at page 43, the first full
22   paragraph in Fanwick 2019.
23       A    The one that starts with "The CIF"?
24       Q    Yes, "The CIF system."
25       A    Yes.

8        Q    One way to evaluate crystal structures is
9    to use CheckCIF, correct?
10       A    Yes, that is one way to evaluate the
11   potential problems in the structure of the data.
12       Q    Let's look at paragraph 43 of Fanwick 2019.
13       A    That's the next page, yeah?
14       Q    Yes.
15       A    Uh-huh.
16       Q    And let's look at the paragraph at the
17   bottom of page 43 of Fanwick 2019.
18       A    The one starting with "Many chemists"?
19       Q    Yes.  Can you just read that to yourself.
20       A    I see it.
21            Sorry?
22       Q    Can you just read that to yourself.
23       A    Yup, reading it.
24            I read it.
25       Q    You agree that the CheckCIF is not a binary

Page 246

T. Friščic, Ph.D.

1
2     Q    And according to Fanwick 2019, "While
3  CheckCIF is very good at evaluating errors, it will
4  not always be correct."
5          Right?
6     A    I'm not -- I'm not quite sure what this
7  means.  A CheckCIF -- tests within the CheckCIF are
8  meant to highlight problems, and I don't see how a
9  problem that has been identified or highlighted
10  could be incorrect.  It could potentially be not
11  significant, it could potentially resolvable, it
12  could potentially explainable, but if it was
13  identified it essentially implies that the CheckCIF
14  procedure works with errors, provides errors.
15          I don't think I can agree with that
16  statement.
17     Q    Let's look at page 44 of Fanwick 2019.  I
18  want to look at section 4.3.2.
19          Do you see that?
20     A    Yes, I do.
21     Q    According to Fanwick 2019, "Evaluating the
22  thermal ellipsoids can provide additional
23  information about the structure."
24          Is that fair?
25     A    Could you maybe say that again?  I

Page 247

T. Friščic, Ph.D.

1
2  apologize.
3     Q    Do you agree that evaluating -- the thermal
4  ellipsoids can be used to evaluate potential
5  problems in a structure?
6     A    I agree, yes.
7     Q    And looking at section 4.3.2 in Fanwick
8  2019, he indicates that the thermal ellipsoids
9  should be evaluated for their overall size, correct?
10     A    Yes.
11     Q    And Fanwick 2019 also indicates that
12  thermal ellipsoids should be evaluated to determine
13  whether they are too large or too small, as compared
14  to other atoms in the structure, correct?
15     A    Indeed.
16
17     Q    And Fanwick in 2019 indicates that, "In
18  evaluating a structure, a crystallographer should
19  consider the direction of the long axis of the
20  ellipsoid that may indicate a potential problem."
21          Correct?
22     A    Yes, correct.
23     Q    Last, Fanwick 2019 indicates that "The
24  overall shape of a thermal ellipsoid should be
25  evaluated because the shape could indicate a

Page 248

T. Friščic, Ph.D.

1
2  problem."
3          Correct?
4     A    Indeed.  Correct.
5     Q    Do you agree that thermal ellipsoids should
6  be smaller for crystal data collected at lower
7  temperatures?
8     A    If we are comparing a crystal structure
9  collected at a higher temperature and a lower
10  temperature, I would generally expect the thermal
11  ellipsoids to be smaller for the one at a lower
12  temperature.
13     Q    Let's turn to page 45 of Fanwick 2019.
14     A    Yes.
15     Q    Let's look at the first full paragraph in
16  Fanwick 2019 on page 45.
17          Do you see that?
18     A    The one, "The relative sizes"?
19     Q    Yes, correct.
20          According to Fanwick 2019, "The relative
21  size of the thermal ellipsoids should be carefully
22  studied."
23          Correct?
24     A    Correct.  I have -- I read it, yes.
25     Q    Yes.

Page 249

T. Friščic, Ph.D.

1
2          And also Fanwick indicates that, "For long
3  organic chains, the thermal parameters for the atoms
4  in the chain should become larger the further the
5  anchor point."
6          Do you see that?
7     A    I see that, yes.
8          This is not necessarily something I would
9  agree with, because it sounds like a very general
10  statement.
11     Q    Let's look at page 46 of Fanwick 2019.
12     A    I'm looking at it.
13     Q    Let's look at section 4.4.
14     A    "Incorrect Structures"?
15     Q    Yes.
16     A    I see it.
17     Q    Do you agree with Fanwick 2019 that not all
18  published structures are correct?
19     A    I believe there are definitely structures
20  that have errors associated with them.
21     Q    According to Fanwick 2019, this is why
22  every structure needs to be evaluated as to its
23  correctness?  Do you agree?
24     A    I would agree, yes.
25     Q    Let's look at page 47 of Fanwick 2019.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 250

T. Friščic, Ph.D.

1
2    A    Yes.
3    Q    I'd like to look at the first full
4  paragraph on page 47 of Fanwick 2019.
5    A    The one starting with "One thing" or "The
6  development"?
7    Q    Development -- yes, "The development."
8         According to Fanwick 2019, he classifies
9  incorrect structures into four categories.
10        Do you see that?
11   A    Yes.
12   Q    And the first category of incorrect
13 structures that Dr.-- that Fanwick 2019 identifies
14 are structures that are unlikely given the
15 chemistry.
16        Do you see that?
17   A    Yes.  This is an example of a structure
18 where chemistry corrects crystallography, because
19 the crystallographer -- well, the crystals were
20 actually grown from a non-acidic medium.
21   Q    Do you agree that when a crystallographer
22 is evaluating a structure, the crystallographer
23 should consider whether the structure is unlikely
24 given the chemistry?
25   A    I actually believe that at the beginning of

Page 251

T. Friščic, Ph.D.

1
2  this session, I have it stated that a
3  crystallographer -- a professional crystallographer
4  collecting data asks for such external information,
5  such as the -- what was in the system that was
6  growing crystals?  What was the solvent?  What were
7  the molecules.
8         So, yes.
9    Q    I guess I'm just not sure if you're
10 answering my question or saying something different.
11        So, when a crystallographer is analyzing a
12 single crystal structure, do you agree that the
13 single crystal -- or that the crystallographer
14 should consider whether the chemistry of the
15 structure is reasonable?
16   A    Yes.  The crystallographer should consider
17 whether chemistry based on the experiment that
18 produced a single crystal is reasonable.  That I
19 believe is the summary of this section 4.4.1.  And I
20 completely agree with that.
21   Q    According to Fanwick 2019, a
22 crystallographer should also consider whether there
23 are crystallographic problems such as disorder which
24 led either to incorrect refinement or
25 interpretation.

Page 252

T. Friščic, Ph.D.

1
2         Do you see that?
3    A    Can you maybe point me where that is,
4  please?
5    Q    So, in the same paragraph on page 47, the
6  sentence that begins "Third."
7    A    Oh, "Third."  Yes, I have seen that.
8    Q    So, do you agree that, according to Fanwick
9  2019, a crystallographer analyzing a single crystal
10 structure should consider whether there are
11 crystallographic problems such as disorder which led
12 to either incorrect refinement or interpretation?
13   A    I very much understand what the author is
14 here saying and understand they're citing somebody
15 called Richard Harlow in stating that.
16        I would not necessarily say disorder is a
17 problem.  It is a challenge.
18        And I feel a bit uncomfortable with this
19 sentence because it states that -- in a way, it
20 implies -- the way I'm reading it -- that disorder
21 will lead to incorrect refinement or interpretation.
22        Disorder may lead to insufficient
23 refinement or incorrect refinement, but not
24 necessarily.
25   Q    That's when a --

Page 253

T. Friščic, Ph.D.

1
2    A    I can elaborate, if needed.
3    Q    When a crystallographer is reviewing or
4  analyzing a single crystal structure, the
5  crystallographer should consider whether there's
6  disorder and what impact that disorder may have on
7  the correctness of the refinement; is that fair?
8    A    That is fair.
9         And if I may add, the crystallographer --
10 excuse me -- the crystallographer should also
11 consider whether that disorder is -- can be --
12 excuse me -- can be -- what is the best way of
13 modeling it, if modeling it at all.  That's a
14 judgment call that needs to be made.
15   Q    Let's take a look at another exhibit.
16        Can we pull out the documents from folder
17 28.  This is going to be Exhibit 14.
18             (TF-CMZ-00000855 through 881 was
19             marked as Exhibit 14 for
20             identification, as of this
21             date.)
22   A    I have it in front of me.
23 BY MR. STRINGHAM:
24   Q    For the record, I loaded Friščic Exhibit 14
25 into the Zoom chat.  Friščic Exhibit 14 is an

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 254

```
                    T. Friščic, Ph.D.
1
2   article by Peter Müller titled "Practical
3   suggestions for better crystal structures."
4        A    I see it, yes.
5        Q    Dr. Friščic, do you recognize this article
6   by Peter Müller?
7        A    I believe that this is the article I have
8   cited myself.
9        Q    Can we refer to Exhibit 14 as "Müller
10  2009"?
11       A    That is fine with me, yes.
12       Q    Let's look at the abstract from Müller
13  2009.  Can you just read that to yourself.
14       A    I read it, yes.
15       Q    And according to Müller 2009, some crystal
16  structures are very easy to determine; is that fair?
17       A    Müller states that "It is evident semi" --
18  in parenthesis -- "automated structure determination
19  works only for routine structures.  In more complex
20  cases, such as" -- several examples -- "refinement
21  skills and experience are still vital for obtaining
22  high-quality, publication-grade crystal structures."
23            I believe that corresponds to what you --
24  what you said.
```

Page 255

```
11       Q    Let's look at page 58 of Müller 2009.
12       A    Fifty-eight, I have it open.
13       Q    I want to look at the last paragraph of the
14  introduction, that begins "This article."
15            Do you see that?
16       A    Yes, I see it.
17       Q    According to Müller 2009 in the
18  introduction, Müller 2009 is meant to give some
19  practical advice mostly about structure refinement.
20            Do you agree?
21       A    This is what -- this is what Professor
22  Müller is stating, yes.
23       Q    Do you agree that Müller 2009 provides
24  practical advice about crystal structure refinement?
25       A    Looking at the document here, it appears it
```

Page 256

```
                    T. Friščic, Ph.D.
1
2   does.  He provides examples dealing with disorder
3   and such cases.  So, I believe so, yes.
4        Q    Let's turn to page 70 of Müller 2009.
5        A    I am on page 70.
6        Q    In the second full paragraph on page 70
7   that begins "Always."
8             Do you see that?
9        A    "Always," yes.
10       Q    According to Müller 2009, the practical
11  advice that he gives for crystal structure
12  refinement is to look at the thermal ellipsoids.
13            Do you agree?
14       A    I agree it's a very important indicator for
15  potential problems.
16       Q    Let's look at the prior paragraph in Müller
17  2009, that begins with "Check bond lengths."
18            Do you see that?
19       A    Yes, I do.
20       Q    Would -- Müller 2009 provides the practical
21  advice of checking bond lengths and angles for
22  sensibility in a single crystal structure, correct?
23       A    Correct.
24            MR. STRINGHAM:  Can we take just a short
25      break?
```

Page 257

```
                    T. Friščic, Ph.D.
1
2            MR. CUNNING:  Yup.
3            THE VIDEOGRAPHER:  We're pausing the
4       recording in the fifth media.
5            Going off record at 5:28 p.m.
6              (Recess taken.)
7            THE VIDEOGRAPHER:  We are back on record in
8       the fifth media at 5:34 p.m.
9   BY MR. STRINGHAM:
10       Q    Dr. Friščic, I understand that you
11  submitted your reports in this case on behalf of
12  each of Crystal, Mylan, and Zydus; is that correct?
13       A    That is correct, yes.
14       Q    Do your opinions today that you've given
15  apply equally to Crystal, Mylan, and Zydus?
16       A    Yes, they do.
17       Q    We've taken various breaks throughout the
18  day, Dr. Friščic.
19            And during those breaks, have you discussed
20  the substance of your deposition with attorneys for
21  Crystal, Mylan, and Zydus?
22       A    No, I have not.
23            MR. STRINGHAM:  Thank you.
24            At this time, I have no further questions,
25      but I reserve the right to ask additional
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 258

                    T. Friščic, Ph.D.
1
2    questions if there is any redirect.
3        MR. CUNNING:  All right.  I did not realize
4    you were going to be wrapping, Jared.  We're
5    going to take another brief break.
6        THE VIDEOGRAPHER:  We are pausing the
7    recording -- we are pausing the recording in
8    the fifth media at -- going off record at
9    5:36 p.m.
10              (Recess taken)
11       THE VIDEOGRAPHER:  We are back on record in
12   the fifth media at 5:49 p.m.
13   EXAMINATION BY
14   MR. CUNNING:
15       Q    All right.  Dr. Friščic, I'm going to drop
16   into the chat an exhibit, if I could figure out how
17   to do this.
18       Does that work?
19                  (AJM-CRYS0000027 was marked as
20                  Exhibit 15 for identification,
21                  as of this date.)
22   BY MR. CUNNING:
23       Q    All right.  Do you have what's been marked
24   as Friščic Exhibit 15?
25       A    I see it, and I'm downloading it now.

Page 259

                    T. Friščic, Ph.D.
1
2        MR. STRINGHAM:  I object to the
3    introduction of a new exhibit.  This is
4    improper redirect.  You can't go outside the
5    scope of the cross-examination with new
6    exhibits.
7        MR. CUNNING:  Your objection is noted.
8        MR. STRINGHAM:  You're going -- are you
9    going to start questioning Dr. Friščic on new
10   exhibits?
11       MR. CUNNING:  I'm going to conduct an
12   examination.  You can make an objection, and we
13   can deal with it.
14       MR. STRINGHAM:  This is ridiculous.
15       Let me open this before you continue.
16   BY MR. CUNNING:
17       Q    Let me know when you have the document,
18   Dr. Friščic.
19       A    I have the document.
20       MR. STRINGHAM:  And plaintiff's counsel has
21   to open it, as well.
22       A    And I'm going to open it on my laptop.
23       I have it open.  Should I --
24   BY MR. CUNNING:
25       Q    Do you see the file name AJM-CRYS, series

Page 260

                    T. Friščic, Ph.D.
1
2    of leading zeroes, 27?
3        A    Yes, I see the name.
4        Q    Is this an Excel export that you created of
5    a native document that Dr. Matzger produced with
6    that file name?
7        MR. STRINGHAM:  Objection.
8        A    I believe so, yes.
9        MR. STRINGHAM:  Objection.
10       Dr. Friščic, please let me make my
11   objections to these questions.
12       I object to the question as outside the
13   scope of the cross-examination.  Any testimony
14   about a new exhibit is improper, and we will
15   move to strike this exhibit as well as
16   testimony related to this exhibit.
17       MR. CUNNING:  These are just going to be a
18   series of exhibits with similar questions.
19       You want to just put them all in and note
20   your objection to all of these on the record?
21       MR. STRINGHAM:  I would like to object to
22   every question and answer that you put in the
23   record that's inappropriate.
24       So, I don't know -- I don't.  You told me
25   you're going to do a series of exhibits?

Page 261

                    T. Friščic, Ph.D.
1
2    That's ridiculous, to do a series of new
3    exhibits on redirect.
4        It's clearly improper.  We have no idea
5    what you're going to be putting -- what you're
6    proposing to put in now.  We have no idea where
7    it came from, who said what about it.
8        MR. CUNNING:  You'll find out, if you'd
9    stop talking.  This objection is going on way
10   too long.  You made your objection.
11       MR. STRINGHAM:  No.  The redirect is
12   inappropriate.
13       MR. CUNNING:  That's fine, Jared.  I
14   understand.  You made your objection.
15       MR. STRINGHAM:  Do you agree that the
16   redirect introducing new exhibits is
17   inappropriate?
18       MR. CUNNING:  I disagree.  You've made your
19   objection.
20                  (AJM-CRYS0000028 was marked as
21                  Exhibit 16 for identification,
22                  as of this date.)
23   BY MR. CUNNING:
24       Q    Dr. Friščic, do you have Exhibit 16?
25       A    I do not yet.  I will soon.  Give me a

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 262

T. Friščic, Ph.D.

1    moment.
2         I'm downloading it now.  It's been
3    downloaded.
4    Q    Dr. Friščic, is Exhibit 16 an Excel export
5    that you prepared from the file AJM-CRYS 28 that
6    Dr. Matzger produced with his report?
7         MR. STRINGHAM:  Objection.
8         Outside the scope of Dr. Friščic's
9    examination.  Improper leading question.
10   Please do not ask leading questions during
11   redirect.
12   A    I believe it is.
13        MR. STRINGHAM:  Move to strike the answer.
14   BY MR. CUNNING:
15   Q    Do you have Exhibit 17?
16        (AJM-CRYS0000039 was marked as
17              Exhibit 17 for identification,
18              as of this date.)
19        MR. STRINGHAM:  Sorry, hold on.  You're
20   putting a new exhibit in?
21        MR. CUNNING:  Yes.
22        MR. STRINGHAM:  Which exhibit is it?
23        MR. CUNNING:  Seventeen.
24   A    It's being downloaded.  It's a large file.

Page 263

T. Friščic, Ph.D.

1         MR. STRINGHAM:  Just so I'm clear,
2    you're -- I don't know.  There was a 15.
3    There's also -- I don't know -- I didn't hear
4    any questions -- I'm very confused as to what
5    exhibits you've put in.
6         MR. CUNNING:  There's only been two, 15 and
7    16.  I've just introduced a third.
8         MR. STRINGHAM:  Okay.
9         MR. CUNNING:  Waiting on the witness to
10   download it.
11        MR. STRINGHAM:  So, 16 is the second
12   exhibit you're introducing?
13        MR. CUNNING:  Sixteen was the second
14   exhibit that was introduced.  We are now on 17.
15        MR. STRINGHAM:  All right.  Well, I move to
16   strike all these exhibits as improper, outside
17   the scope of the cross-examination.
18        MR. CUNNING:  You know, you don't need to
19   move to strike the exhibits during a
20   deposition.
21   A    I'm done.  It's been downloaded.  And I'm
22   opening it now.
23   BY MR. CUNNING:
24   Q    What is Friščic Exhibit 17?

Page 264

T. Friščic, Ph.D.

1         MR. STRINGHAM:  Object to the form of the
2    question.  This is improper redirect.  It's
3    outside the scope of the cross-examination.
4    We'll move to strike testimony based on Friščic
5    Exhibit 17.
6    A    Exhibit 17 is an Excel file that I believe
7    I have created from the file provided by Dr. Matzger
8    named AJM-CRYS five zeroes and then 39.
9         MR. STRINGHAM:  Move to strike the answer.
10        MR. CUNNING:  Jared, I mean, you can keep
11   doing that.  You're wasting time.  There is no
12   judge here.  You've objected to the exhibit.
13   You noted your objection for the record.  You
14   don't need to move to strike answers to the
15   question.
16        I will state on the record that any motion
17   you want to make to strike is preserved.
18   BY MR. CUNNING:
19   Q    Dr. Friščic, I've introduced Friščic
20   Exhibit 18 in the chat.
21        Do you have that?
22   A    I am downloading it now.
23        MR. STRINGHAM:  I object to the
24   introduction of Exhibit 18 as improper.  It's

Page 265

T. Friščic, Ph.D.

1    outside the scope of cross-examination, and
2    we'll move to strike this exhibit.
3    A    Do you want me to keep these open or not?
4    BY MR. CUNNING:
5    Q    You do not need to keep them open.  Let me
6    know when you have Exhibit 18 ready.
7         (AJM-CRYS0000047 was marked as
8              Exhibit 18 for identification,
9              as of this date.)
10   A    I have downloaded it and I'm opening it
11   now.
12   BY MR. CUNNING:
13   Q    What is Friščic Exhibit 18?
14        MR. STRINGHAM:  Objection to the form of
15   the question.  Outside the scope of
16   Dr. Friščic's cross-examination.  This is
17   improper redirect, and we will move to strike
18   this document.
19   A    This is an Excel file which I believe I
20   have created from a data file provided by
21   Dr. Matzger called AJM-CRYS five zeroes 47.
22        MR. STRINGHAM:  We'll move to strike the
23   answer.
24        MR. CUNNING:  I'm going to introduce into

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 266

                    T. Friščic, Ph.D.
1
2    the chat Friščic Exhibit 19.
3        MR. STRINGHAM:  I object to the
4    introduction of Exhibit 19.  It's outside the
5    scope of Dr. Friščic's cross-examination.
6                  (AJM-CRYS0000050 was marked as
7                  Exhibit 19 for identification,
8                  as of this date.)
9    A    I'm downloading it now.
10       I have downloaded it and I'm opening it
11   now.
12   BY MR. CUNNING:
13   Q    What is Friščic Exhibit 19?
14       MR. STRINGHAM:  I object to the question.
15   It's outside the scope of Dr. Friščic's
16   cross-examination.  This is improper redirect,
17   and we'll move to strike any evidence related
18   to this.
19   A    I see this is an Excel file which I have
20   created based on a data file provided by
21   Dr. Matzger, with a code AJM-CRYS five zeroes 50.
22   BY MR. CUNNING:
23   Q    You can put that aside.
24       MR. STRINGHAM:  I move to strike the
25   answer.

Page 267

                    T. Friščic, Ph.D.
1
2    BY MR. CUNNING:
3    Q    I'm introducing into the chat a document
4    that's been marked as Friščic Exhibit 20.  Please
5    let me know once you have that.
6                  (AJM-CRYS0000051 was marked as
7                  Exhibit 20 for identification,
8                  as of this date.)
9    A    I see it here and I'm downloading it now.
10       MR. STRINGHAM:  We'll move to exclude or
11   strike Exhibit 20.  This is improper redirect.
12   It's outside the scope of Dr. Friščic's
13   cross-examination.
14       MR. CUNNING:  To speed this along, while
15   you're waiting on one exhibit to download, I'm
16   going to go ahead and introduce the next
17   exhibit into the chat.
18   BY MR. CUNNING:
19   Q    Just let me know when you have Exhibit 20
20   available.
21   A    I see it.
22   Q    What is Friščic Exhibit 20?
23   A    Can I download it?
24       I see 21.
25       MR. STRINGHAM:  Objection to the form of

Page 268

                    T. Friščic, Ph.D.
1
2    the question.  Outside the scope of
3    Dr. Friščic's cross-examination, and we'll move
4    to strike testimony related to this exhibit.
5    A    I have downloaded 20, and I will open it
6    now.
7    BY MR. CUNNING:
8    Q    The question that was pending is:  What is
9    Friščic Exhibit 20?
10       MR. STRINGHAM:  Same objections.  We'll
11   move to strike testimony related to Exhibit 20
12   as being improper redirect outside the scope of
13   cross-examination.
14   A    I see the file.  It's an Excel file, and it
15   appears to be a file I have created by -- by
16   exporting the data from Dr. Matzger with a code
17   AJM-CRYS five zeroes and then 51.
18   BY MR. CUNNING:
19   Q    Thank you.  You can close that.
20       MR. STRINGHAM:  Move to strike -- I move to
21   strike the answer as outside the scope of the
22   cross-examination.
23       MR. CUNNING:  I know this probably won't
24   work, but if you're going to move to strike all
25   of these, can you just do it at the end instead

Page 269

                    T. Friščic, Ph.D.
1
2    of saying you're going to do it before he
3    answers and then repeating the fact that you're
4    moving to strike after the answers?
5        MR. STRINGHAM:  I'll continue to make my
6    objections.
7    A    I have downloaded Exhibit 21.
8                  (AJM-CRYS0000052 was marked as
9                  Exhibit 21 for identification,
10                 as of this date.)
11   BY MR. CUNNING:
12   Q    What is Friščic Exhibit 21?
13       MR. STRINGHAM:  Objection to the question.
14   This is improper redirect outside the scope of
15   cross-examination.
16       We'll move to strike testimony related to
17   this document.
18   A    It is a -- it's an Excel file, and I
19   believe it's a file that I have created by exporting
20   the data provided by Dr. Matzger with a code
21   AJM-CRYS five zeroes 52.
22   BY MR. CUNNING:
23   Q    You can close that.
24       MR. STRINGHAM:  I move to strike the
25   testimony related to Exhibit 21.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 270

T. Frišcic, Ph.D.

1
2      MR. CUNNING:  I've exported -- or I've
3   loaded into the chat Frišcic Exhibit 22.
4   BY MR. CUNNING:
5      Q    Please let me know once you have that.
6      A    Which I have downloaded, and I'm opening it
7   now.
8                    (AJM-MYL0000011 was marked as
9                    Exhibit 22 for identification,
10                   as of this date.)
11     MR. STRINGHAM:  While that's downloading,
12   I'll object to Exhibit 22 as improper, outside
13   the scope of the redirect, and we'll move to
14   strike this exhibit and testimony related to
15   it.
16     A    I've opened the file.
17  BY MR. CUNNING:
18     Q    What is Frišcic Exhibit 22?
19     A    The exhibit is an Excel file which I have
20  created from data provided by Dr. Matzger with the
21  code AJM-MYL five zeroes 11.
22     Q    You can close that.
23     MR. STRINGHAM:  Move to strike the
24   testimony related to Exhibit 22.
25

Page 271

T. Frišcic, Ph.D.

1
2   BY MR. CUNNING:
3      Q    I've loaded into the chat Exhibit 23.
4                    (AJM-MYL0000020 was marked as
5                    Exhibit 23 for identification,
6                    as of this date.)
7   BY MR. CUNNING:
8      Q    Please let me know once you've downloaded
9   it.
10     A    It's being downloaded.
11     MR. STRINGHAM:  Object to the introduction
12   of Exhibit 23 as improper for being outside the
13   scope of the cross-examination.
14     A    I have downloaded it and I'm opening it.
15  BY MR. CUNNING:
16     Q    What is Frišcic Exhibit 23?
17     MR. STRINGHAM:  Objection to the question
18   for being outside the scope of the
19   cross-examination.
20     A    It is an Excel file which I have created by
21  exporting data received from Dr. Matzger with the
22  code AJM-MYL five zeroes 20.
23     MR. CUNNING:  I've loaded Exhibit 24 into
24   the chat.
25                   (AJM-MYL0000025 was marked as

Page 272

T. Frišcic, Ph.D.

1
2                    Exhibit 24 for identification,
3                    as of this date.)
4      MR. STRINGHAM:  Hold on.  I move to strike
5   Exhibit 23.
6   BY MR. CUNNING:
7      Q    I've loaded Exhibit 24 into the chat.
8   Please let me know once you've downloaded it.
9      A    It's being downloaded.
10     MR. STRINGHAM:  We will move to strike
11   Exhibit 24 as -- or 23, whatever one we're on,
12   as being improper for outside the scope of the
13   cross-examination.
14     A    I have downloaded 24.
15  BY MR. CUNNING:
16     Q    What is Frišcic Exhibit 24?
17     MR. STRINGHAM:  I object to the question
18   for being outside the scope of the
19   cross-examination.
20     A    Exhibit 24 is an Excel file which I believe
21  I have created from the data provided by Dr. Matzger
22  with the code AJM-MYL five zeroes 25.
23     MR. STRINGHAM:  We'll strike -- we'll move
24   to strike testimony related to Exhibit 24.
25

Page 273

T. Frišcic, Ph.D.

1
2   BY MR. CUNNING:
3      Q    I've introduced Frišcic Exhibit 25 into the
4   chat.  Please let me know once you have it download.
5      A    I have downloaded it, and I'm opening it
6   now.
7                    (AJM-MYL0000036 was marked as
8                    Exhibit 25 for identification,
9                    as of this date.)
10  BY MR. CUNNING:
11     Q    What is Frišcic Exhibit 25?
12     A    It is --
13     MR. STRINGHAM:  Objection to the form of
14   the question.  Exhibit 25 is outside the scope
15   of the cross-examination.  We'll move to strike
16   Exhibit 25.
17     A    It is Excel file which I believe I have
18  created from data provided by Dr. Matzger with the
19  code AJM-MYL 00000 -- five zeroes 36.
20     MR. STRINGHAM:  We'll move to strike
21   testimony related to Exhibit 25.
22  BY MR. CUNNING:
23     Q    I've loaded into the chat Frišcic
24  Exhibit 26.  Let me know when you've downloaded
25  that.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 274

T. Friščic, Ph.D.

2         (AJM-MYL0000039 was marked as
3         Exhibit 26 for identification,
4         as of this date.)
5    A    It is being downloaded.
6         MR. STRINGHAM:  We'll object to the
7    introduction of Exhibit 26 as improper, beyond
8    the scope of the cross-examination.
9    A    I have downloaded file 26 -- Exhibit 26.
10   BY MR. CUNNING:
11   Q    What is Friščic Exhibit 26?
12        MR. STRINGHAM:  Objection; outside the
13   scope of the cross-examination.
14   A    It is an Excel file, and I believe it's an
15   Excel file that I have created by exporting data
16   provided by Dr. Matzger with the code AJM-MYL five
17   zeroes 39.
18        MR. STRINGHAM:  We'll object to -- or move
19   to strike testimony related to Exhibit 26.
20   BY MR. CUNNING:
21   Q    I have loaded into the chat Friščic
22   Exhibit 27.  Please let me know once you've
23   downloaded it.
24        (AJM-MYL0000040 was marked as
25        Exhibit 27 for identification,

Page 275

T. Friščic, Ph.D.

2         as of this date.)
3    A    It's being downloaded right now.
4         MR. STRINGHAM:  We object to Exhibit 27 as
5    being outside the scope of the
6    cross-examination.  We'll move to strike
7    Exhibit 27.
8    A    I'm downloading it now.
9         I have downloaded it.
10   BY MR. CUNNING:
11   Q    What is Friščic Exhibit 27?
12        MR. STRINGHAM:  Objection; outside the
13   scope of the cross-examination.
14   A    It is an Excel file which I believe I have
15   created from data provided by Dr. Matzger with a
16   code AJM-MYL five zeroes 40.
17        MR. STRINGHAM:  We'll move to strike
18   testimony related to Exhibit 27.
19   BY MR. CUNNING:
20   Q    I've loaded into the chat Friščic
21   Exhibit 28.  Please let me know once you've
22   downloaded it.
23   A    It is being downloaded now.
24        (AJM-MYL0000041 was marked as
25        Exhibit 28 for identification,

Page 276

T. Friščic, Ph.D.

2         as of this date.)
3    A    I have downloaded it, and I am opening it.
4    BY MR. CUNNING:
5    Q    What is Friščic Exhibit 28?
6         MR. STRINGHAM:  Objection to the form.  We
7    object to Exhibit 28 as being outside the scope
8    of cross-examination.
9    A    I'm looking at the file now.  It is -- it
10   is an Excel file which I believe I have created from
11   a data file provided by Dr. Matzger with the code
12   AJM-MYL five zeroes 41.
13        MR. STRINGHAM:  We'll move to strike
14   testimony related to Exhibit 28.
15   BY MR. CUNNING:
16   Q    I introduced Exhibit 29 into the chat.
17   Please let me know once you've downloaded it.
18        (AJM-ZYD0000017 was marked as
19        Exhibit 29 for identification,
20        as of this date.)
21   A    It has been downloaded, and I'm opening it
22   now.
23        MR. STRINGHAM:  I object to the
24   introduction of Exhibit 29 for being outside
25   the scope of the cross-examination.

Page 277

T. Friščic, Ph.D.

2    A    I have opened Exhibit 29.
3    BY MR. CUNNING:
4    Q    What is Friščic Exhibit 29?
5    A    It is --
6         MR. STRINGHAM:  Objection.
7    A    -- an Excel file --
8         MR. STRINGHAM:  Dr. Friščic --
9         THE WITNESS:  I apologize.
10        MR. STRINGHAM:  Objection; Exhibit 29 is
11   outside the scope of the cross-examination.
12   A    I'm looking at the file.  It's an Excel
13   file which I have created from Dr. Matzger's data
14   provided under the code AJM-ZYD five zeroes 17.
15   BY MR. CUNNING:
16   Q    I'm going to introduce Friščic Exhibit 30
17   into the chat.  Please let me know once you've
18   downloaded it.
19   A    I've downloaded it.
20        (AJM-ZYD0000018 was marked as
21        Exhibit 30 for identification,
22        as of this date.)
23        MR. STRINGHAM:  We move to strike testimony
24   related to Exhibit 29.
25        We also object to the introduction of

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 278

1                    T. Friščic, Ph.D.
2       Exhibit 30, which is outside the scope of the
3       cross-examination.  We'll move to strike
4       Exhibit 30.
5  BY MR. CUNNING:
6       Q    What is Friščic Exhibit 30?
7       A    It is an Excel file which I believe I have
8  created from data provided by Dr. Matzger with the
9  code AJM-Z -- AJM-ZYD five zeroes 18.
10           MR. STRINGHAM:  Object to the testimony and
11      questions regarding Exhibit 30, which we will
12      move to strike.
13  BY MR. CUNNING:
14      Q    I've loaded Friščic Exhibit 31 into the
15  chat.  Please let me know once you've downloaded it.
16                    (AJM-ZYD0000019 was marked as
17                    Exhibit 31 for identification,
18                    as of this date.)
19           MR. STRINGHAM:  Object to the introduction
20      of Exhibit 31, which is outside the scope of
21      the cross-examination.
22      A    It has been downloaded, and I'm opening it.
23  BY MR. CUNNING:
24      Q    What is Friščic Exhibit 31?
25           MR. STRINGHAM:  Objection; outside the

Page 279

1                    T. Friščic, Ph.D.
2       scope of the cross-examination.
3       A    It is an Excel file which I believe I have
4  created from the data provided by Dr. Matzger with
5  the code AJM-ZYD five zeroes 19.
6           MR. STRINGHAM:  We object to the
7      Exhibit 31, and we'll move to strike testimony
8      related to Exhibit 31.
9  BY MR. CUNNING:
10      Q    I've loaded Friščic Exhibit 32 into the
11  chat.  Please let me know once you've downloaded it.
12           MR. STRINGHAM:  We object to the
13      introduction of Exhibit 32 as outside the scope
14      of the cross-examination.
15      A    It's being downloaded.
16                    (AJM-ZYD0000026 was marked as
17                    Exhibit 32 for identification,
18                    as of this date.)
19      A    I've downloaded Exhibit 32, and I'm opening
20  it.
21  BY MR. CUNNING:
22      Q    What is Exhibit 32?
23           MR. STRINGHAM:  Objection to the question.
24      Outside the scope of cross-examination.
25      A    It is an Excel file which I believe I have

Page 280

1                    T. Friščic, Ph.D.
2  obtained by exporting data provided by Dr. Matzger
3  with the code AJM-ZYD five zeroes 26.
4           MR. STRINGHAM:  We'll object to Exhibit 32
5      and the testimony related to it as being
6      outside the scope of cross-examination.
7  BY MR. CUNNING:
8       Q    I've loaded Exhibit 33 into the chat.  Let
9  me know once you've downloaded it.
10           MR. STRINGHAM:  We object to the
11      introduction of Exhibit 33, which is beyond the
12      scope of cross-examination.
13                    (AJM-ZYD0000037 was marked as
14                    Exhibit 33 for identification,
15                    as of this date.)
16      A    I have downloaded it, and I'm opening it.
17  BY MR. CUNNING:
18      Q    What is Friščic Exhibit 33?
19      A    I --
20           MR. STRINGHAM:  Objection; beyond the scope
21      of cross-examination.
22      A    Exhibit 33 is an Excel file which I believe
23  I have created from data provided by Dr. Matzger
24  with the code AJM-ZYD five zeroes 37.
25           MR. STRINGHAM:  Object -- we'll move to

Page 281

1                    T. Friščic, Ph.D.
2       strike testimony related to Exhibit 33.
3  BY MR. CUNNING:
4       Q    I've loaded Friščic Exhibit 34 into the
5  chat.  Please let me know once you've downloaded it.
6           MR. STRINGHAM:  We object to the
7      introduction of Exhibit 34 as outside the scope
8      of cross-examination.
9                    (AJM-ZYD0000040 was marked as
10                    Exhibit 34 for identification,
11                    as of this date.)
12      A    I have downloaded it, and I'm opening it.
13  BY MR. CUNNING:
14      Q    What is Friščic Exhibit 34?
15           MR. STRINGHAM:  Objection; outside the
16      scope of the cross-examination.
17      A    It is an Excel file which I believe I have
18  created from data provided by Dr. Matzger with a
19  code AJM-ZYD five zeroes 40.
20           MR. STRINGHAM:  We will move to strike
21      testimony related to Exhibit 34 for being
22      outside the scope of cross-examination.
23  BY MR. CUNNING:
24      Q    I've loaded Exhibit 35 into the chat.
25  Please let me know once you've downloaded it.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 282

T. Frišcic, Ph.D.

1
2          (AJM-ZYD0000041 was marked as
3          Exhibit 35 for identification,
4          as of this date.)
5      MR. STRINGHAM:  We object to the
6  introduction of Exhibit 35 as being outside the
7  scope of the cross-examination.
8      A    I have downloaded it, and I'm opening it.
9  Now I've opened Exhibit 35.
10 BY MR. CUNNING:
11     Q    What is Frišcic Exhibit 35?
12     MR. STRINGHAM:  Objection; outside the
13 scope of the cross-examination.
14     A    It is an Excel file which I believe I have
15 created from data provided by Dr. Matzger with a
16 code AJM-ZYD five zeroes 41.
17     MR. STRINGHAM:  We will move to strike
18 testimony related to Exhibit 35.
19 BY MR. CUNNING:
20     Q    I've loaded Frišcic Exhibit 36 into the
21 chat.  Please let me know once you've downloaded
22 that.
23     MR. STRINGHAM:  We object to the
24 introduction of Exhibit 36 for being outside
25 the scope of the cross-examination.

Page 283

T. Frišcic, Ph.D.

1
2      A    I have downloaded it, and I'm opening it
3  right now.
4          (AJM-ZYD0000042 was marked as
5          Exhibit 36 for identification,
6          as of this date.)
7      A    It's open.
8  BY MR. CUNNING:
9      Q    What is Frišcic Exhibit 36?
10     MR. STRINGHAM:  Objection; outside the
11 scope of cross-examination.
12     A    It's an Excel file, Exhibit 36, that I
13 believe I had created from the data provided by
14 Dr. Matzger with the code AJM-ZYD 00 -- five zeroes
15 42.
16     MR. STRINGHAM:  We will strike -- we will
17 move to strike testimony related to Exhibit 36
18 for being outside the scope of
19 cross-examination.
20 BY MR. CUNNING:
21     Q    What type of data is included in
22 Exhibits 15 through 36?
23     MR. STRINGHAM:  Objection; outside the
24 scope of the cross-examination.
25     A    Exhibit 15 is data that -- I believe it is

Page 284

T. Frišcic, Ph.D.

1
2  TGA data.
3      MR. STRINGHAM:  We'll move to strike
4  testimony regarding Exhibit 15.
5  BY MR. CUNNING:
6      Q    Dr. Frišcic, if you're able to answer
7  generally whether there are analytical techniques
8  that apply to all of the exhibits, that's -- my
9  question is:  Can you answer generally what type of
10 data is contained within Exhibits 15 to 36?
11     MR. STRINGHAM:  Objection; outside the
12 scope of the cross-examination.  Objection to
13 the form.
14     A    I have looked at all these files as I was
15 downloading and opening them.  They all appear to me
16 to be either TGA or DVS data.
17 BY MR. CUNNING:
18     Q    Did you have to use a special software
19 application in order to access the data from the
20 files as they were produced by Dr. Matzger?
21     MR. STRINGHAM:  Objection to the form of
22 the question.  Outside the scope of the
23 cross-examination.  Leading.
24     A    I had to use a software that has been
25 provided -- made by TA Instruments company, I

Page 285

T. Frišcic, Ph.D.

1
2  believe.
3  BY MR. CUNNING:
4      Q    What is that software application?
5      MR. STRINGHAM:  Outside the scope of
6  cross-examination.
7      A    One of the software versions was, I
8  believe, TA Universal Analysis, I believe.  It has a
9  long name, so I'm not 100 percent sure exactly.
10         But the other data has been opened using
11 different versions of the TRIOS software by TA
12 Instruments.
13     MR. STRINGHAM:  Objection.
14         Move to strike the testimony that's outside
15 the scope of the cross-examination.
16 BY MR. CUNNING:
17     Q    Are those software applications generally
18 available on a typical PC?
19     MR. STRINGHAM:  Objection to the form of
20 the question.  It's an improper leading
21 question.
22         We move to strike this testimony that's
23 outside the scope of the cross-examination.
24     A    No, they're not.
25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 286

1          T. Friščic, Ph.D.
2    BY MR. CUNNING:
3      Q   Is the data that's included within Exhibits
4    15 to 36 identical to the data that would be
5    included within the corresponding files produced by
6    Dr. Matzger with the same production number?
7          MR. STRINGHAM: Objection to the question.
8          Scott, you keep asking leading questions.
9      It's improper on indirect.
10         MR. CUNNING: Jared, I don't think you know
11     what a leading question is. So, just state
12     your objections, and then we can get through
13     this.
14         MR. STRINGHAM: We object to this as
15     improper, and it is outside the scope of the
16     cross-examination.
17     A    The data in those Excel files is -- I
18   believe it is identical to the data provided by
19   Dr. Matzger but in a different format.
20         MR. CUNNING: I'm going to introduce into
21     the chat five exhibits that I'd like you to
22     download at the same time. They are going to
23     be marked as Friščic Exhibit 37, 38, 39, 40,
24     and 41.
25             (TF-CMZ-00000983.1st was marked

Page 287

1          T. Friščic, Ph.D.
2      as Exhibit 37 for
3      identification, as of this
4      date.)
5          (TF-CMZ-00000984.1st was marked
6      as Exhibit 38 for
7      identification, as of this
8      date.)
9          (TF-CMZ-00000985.cif was marked
10     as Exhibit 39 for
11     identification, as of this
12     date.)
13         (TF-CMZ-00000986.ins was marked
14     as Exhibit 40 for
15     identification, as of this
16     date.)
17         (TF-CMZ-00000987.res was marked
18     as Exhibit 41 for
19     identification, as of this
20     date.)
21         MR. STRINGHAM: We object to the
22   introduction of Exhibits 37, 38, 39, 40, and 41
23   for being outside the scope of the
24   cross-examination.
25         MR. CUNNING: How do you know they're

Page 288

1          T. Friščic, Ph.D.
2      outside the scope of the examination?
3          MR. STRINGHAM: Because these are exhibits
4      that were not introduced during the
5      cross-examination.
6      A    I have downloaded all those files now, I
7    believe. Yes.
8    BY MR. CUNNING:

Page 289

1          T. Friščic, Ph.D.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 330

1                    T. Friscic, Ph.D.

Page 331

1                    T. Friscic, Ph.D.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 394

1          T. Friščic, Ph.D.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Page 298

T. Friščic, Ph.D.



Page 302

1                    T. Friščic, Ph.D.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 306

1        T. Friščic, Ph.D.

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

Page 310

1          T. Friščic, Ph.D.

16          MR. CUNNING:  I don't have any further
17     questions.
18          MR. STRINGHAM:  Take a break.
19          THE VIDEOGRAPHER:  We are pausing the
20     recording -- we are pausing the recording in
21     the fifth media.
22          Going off record at 7:04 p.m.
23              (Recess taken.)
24          THE VIDEOGRAPHER:  We are back on record in
25     the fifth media at 7:20 p.m.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 314

1              T. Friščic, Ph.D.

2      MR. STRINGHAM:  The plaintiff Novartis

3  plans to move to strike Dr. Friščic's improper

4  redirect testimony for being outside the scope

5  of the cross-examination -- the scope of the

6  cross-examination.

7      We consider the behavior by defendants

8  during this deposition to be unprofessional,

9  and we may consider moving for sanctions based

10 on defendants' conduct.

11     And we consider this deposition open until

12 the issue with respect to the motion -- or with

13 respect to the redirect is resolved.

14     I have nothing further.

15     MR. CUNNING:  All right.  We disagree with

16 your comments.  And we consider the deposition

17 closed.

18     MR. STRINGHAM:  I disagree that it's closed

19 until this issue is resolved.

20     MR. CUNNING:  All right.  We don't need to

21 go back and forth.

22     We can go off the record.  Thank you.

23     THE VIDEOGRAPHER:  We have concluded

24 today's deposition of Dr. Friščic.

25     We're going off record in the fifth media

Page 315

1              T. Friščic, Ph.D.

2  at 7:21 p.m.

3          (Time adjourned: 7:21 p.m.)

4      MR. CUNNING:  Yes.  I would like a rough

5  draft for Crystal Pharmaceutical.

6      MR. PETERKA:  Same for Zydus.

Page 316

1

2        C E R T I F I C A T E

3

4      I, AMANDA McCREDO, a Shorthand Reporter

5  and Notary Public of the State of New York, do

6  hereby certify:

7  That the witness whose examination is

8  hereinbefore set forth was duly sworn, and that

9  such examination is a true record of the

10 testimony given by such witness.

11 I further certify that I am not related to any

12 of the parties to this action by blood or

13 marriage, and that I am in no way interested in

14 the outcome of this matter.

15 Dated, July 6, 2022

16

17

18        AMANDA McCREDO

19

20

21

22

23

24

25

Page 317

1              ERRATA SHEET

2  Case Name:

3  Deposition Date:

4  Deponent:

5  Pg.  No. Now Reads     Should Read  Reason

6  ___  ___ _____    _____   _____

7  ___  ___ _____    _____   _____

8  ___  ___ _____    _____   _____

9  ___  ___ _____    _____   _____

10 ___  ___ _____    _____   _____

11 ___  ___ _____    _____   _____

12 ___  ___ _____    _____   _____

13 ___  ___ _____    _____   _____

14 ___  ___ _____    _____   _____

15 ___  ___ _____    _____   _____

16 ___  ___ _____    _____   _____

17 ___  ___ _____    _____   _____

18 ___  ___ _____    _____   _____

19 ___  ___ _____    _____   _____

20            _____

                         Signature of Deponent

21

22 SUBSCRIBED AND SWORN BEFORE ME

23 THIS _____ DAY OF _____, 2022.

24            _____

25 (Notary Public)   MY COMMISSION EXPIRES:_____

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 318

```
 1
 2
                    ACKNOWLEDGMENT OF DEPONENT
 3
            I,                          , do hereby
 4
 5          certify that I have read the foregoing
 6          pages, and that the same is a correct
 7          transcription of the answers given by me
 8          to the questions therein propounded,
 9          except for the corrections or changes in
10          form or substance, if any, noted in the
11          attached Errata Sheet.
12
13
14          _____
                TOMISLAV FRIŠCIC, PH.D.
15
16 Subscribed and sworn to
17 before me on this_____ day
18 of _____, _____.
19 _____
20 Notary Public
21
22
23
24
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

58:2,13,22 59:7,16,
20,25 76:24 77:12,14
156:13,15,17,18,25
157:4

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-LPS |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., BIOCON PHARMA LIMITED, BIOCON LIMITED, BIOCON PHARMA, INC., CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., LAURUS LABS LIMITED, LAURUS GENERICS INC., LUPIN ATLANTIS HOLDINGS, S.A., LUPIN LIMITED, LUPIN INC., LUPIN PHARMACEUTICALS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD.,<br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-1979-LPS |

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, NOVUGEN PHARMA (MALAYSIA) SDN. BHD., ZYDUS PHARMACEUTICALS (USA) INC., CADILA HEALTHCARE LTD.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 19-2053-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MYLAN PHARMACEUTICALS, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 20-445-LPS<br>)<br>)<br>)<br>)<br>) |

## REBUTTAL EXPERT REPORT OF DR. TOMISLAV FRISCIC

## HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# TABLE OF CONTENTS

I.      Introduction ............................................................................................................ 1

II.     Qualifications ......................................................................................................... 1

III.    Assignment and Scope of My Opinion .................................................................. 4

IV.     Summary of Opinions ............................................................................................ 6

V.      Legal Framework for My Opinion ......................................................................... 6

        A.      Claim Construction ..................................................................................... 6

        B.      Infringement ............................................................................................... 7

VI.     Level of Ordinary Skill in the Art ......................................................................... 9

VII.    Background .......................................................................................................... 10

        A.      Technology Tutorial ................................................................................. 10

                1.      Crystalline Solids ......................................................................... 10

                2.      Techniques for the Characterization of Solid-State Materials ................. 13

                3.      Pharmaceutical Hydrates and Solvates ....................................... 14

                4.      Powder X-ray Diffraction (PXRD) .............................................. 16

                5.      Single Crystal X-ray Diffraction .................................................. 20

                6.      Raman Spectroscopy .................................................................... 22

                7.      Infrared (IR) Spectroscopy and Fourier-Transform Infrared (FT-IR) Spectroscopy ............................................................................... 23

                8.      Differential Scanning Calorimetry (DSC) ................................... 24

                9.      Thermogravimetric Analysis (TGA) ............................................ 25

        B.      The Patents-in-Suit .................................................................................. 27

                1.      U.S. Patent No. 8,877,938 ........................................................... 27

                2.      U.S. Patent No. 9,388,134 ........................................................... 28

VIII.   Novartis's Development and Characterization of LCZ696 ................................. 30

IX.     Crystal's ANDA Product ..................................................................................... 34

        A.      Development of the API ............................................................................ 34

        B.      Crystal's ANDA Product ......................................................................... 40

X.      Mylan's ANDA Product ...................................................................................... 47

XI.     Zydus's ANDA Product ....................................................................................... 53

XII.    Dr. Matzger Has Not Established That Defendants Infringe The Asserted Claims of the '938 Patent and '134 Patent ............................................................................... 57

        A.      ███████████████████ ............................................................. 57

i

B.      Defendants' ANDA Products Do Not Contain "Trisodium [Sacubitril-Valsartan] Hemipentahydrate" ................................................................. 69

C.      Dr. Matzger Does Not Assert that Defendants' APIs Are the Trisodium Sacubitril-Valsartan Hemipentahydrate Disclosed in the '938 and '134 Patents ................. 71

D.      █████████████████████████████████████████████████████ ████████████████████████████ ................................... 75

E.      █████████████████████████████████████████████████ ███████████████ .................................................................... 76

F.      ██████████████████████████████████████████████████ ..... 95

G.      Dr. Matzger Failed to Establish that Defendants' Drug Substances Contain "*Substantially Pure* Trisodium [Sacubitril-Valsartan] Hemipentahydrate in Crystalline Form"................................................................. 97

H.      Defendants Do Not Directly or Indirectly Infringe Claims 1, 3 or 11 of the '938 Patent and Claims 5 or 6 of the '134 Patent........................................ 100

XIII.   Crystal's ANDA product does not infringe claim 3 of the '938 patent or claim 6 of the '134 patent .................................................................................. 101

XIV.    Supplementation .......................................................................... 104

## I.  INTRODUCTION

1.  Defendants Crystal Pharmaceutical (Suzhou) Co., Ltd. ("Crystal"); Mylan Pharmaceuticals Inc. ("Mylan"); and Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited ("Zydus") (collectively, "Defendants") have retained me as an expert in the above-referenced consolidated action brought by Novartis Pharmaceuticals Corporation ("Novartis") to provide my opinions related to noninfringement of certain claims of U.S. Patent Nos. 8,877,938 ("the '938 patent") and 9,388,134 ("the '134 patent").

2.  At the request of counsel for Defendants, I hereby submit the following report pursuant to Federal Rule of Civil Procedure 26(a)(2)(B). This report summarizes the subject matter and opinions about which I intend to testify in this case.

## II.  QUALIFICATIONS

3.  Attached as Exhibit 1 is my curriculum vitae which summarizes my education, experience, and expertise.

4.  I am currently the Tier-1 Canada Research Chair (CRC) in Mechanochemistry and Solid-State Chemistry, as well as Full Professor of Chemistry at the Department of Chemistry or McGill University. I have held the title of CRC since 2021 and have been Full Professor since 2018.

5.  At McGill University, I have taught and coordinated, among other courses, undergraduate (B.Sc.) and graduate-level (M.Sc. and Ph.D.) courses relevant to the fundamental principles of chemistry (CHEM110 "General Chemistry"), interactions between molecules (CHEM582 "Supramolecular Chemistry"), as well as structure and properties of materials (CHEM334 "Advanced Materials," CHEM634 "Advanced Materials Seminars"). In the latter, I teach the fundamentals of single crystal and X-ray powder diffraction, as well as infrared spectroscopy, terahertz spectroscopy, solid-state nuclear magnetic resonance, and thermal

1

analysis and thermal microscopy, all as pertinent to analysis of organic solids and pharmaceuticals. I also conduct and hold lectures and practical exercises on pharmaceutical materials analysis by X-ray diffraction and thermal analysis methods in the scope of the undergraduate Physical Chemistry Laboratory (CHEM283) class.

6.      I am also a co-founder and co-owner of Acsynam, Inc, a company that is developing the synthesis of new crystalline solid-state materials such as metal-organic frameworks.

7.      I obtained my B.Sc. in Chemistry from the University of Zagreb, Croatia, with research training in single crystal X-ray diffraction and chemical crystallography under the supervision of Prof. B. Kaitner (2002). I obtained my Ph.D. in Chemistry from the University of Iowa in 2006, with my doctoral thesis encompassing the synthesis of organic molecules, the design and synthesis of organic hydrogen-bonded cocrystals, and investigations of solid-state transformations of cocrystals. This work, just like my B.Sc. research, involved extensive and hands-on use of single crystal X-ray diffraction, powder X-ray diffraction, thermal analysis, infrared spectroscopy and also other techniques (e.g., solution NMR spectroscopy).

8.      I conducted postdoctoral research at the University of Cambridge (UK) from 2006-2008, as a member of the Pfizer Institute for Pharmaceutical Materials Science (PIPMS), under the supervision of Prof. W. Jones. This work included the development and understanding of methods for the design and screening for cocrystals and other types of pharmaceutical solid forms, such as solvates. Following this appointment I remained at the Department of Chemistry, University of Cambridge as a Herchel Smith Research Fellow in Pharmaceutical Materials Science from 2008-2011, developing an independent research program on interactions of metal-containing substances and active pharmaceutical ingredients ("APIs"), as well as mechanically-

2

driven chemistry ("mechanochemistry"). I subsequently joined McGill University as an Assistant Professor in 2011.

9.      I have published over 250 papers in peer-reviewed journals, with most of them focusing on the reactivity and stability of organic and metal-organic solids, including crystals, framework materials, cocrystals, as well as salts, solvates, coordination complexes and inclusion compounds. A large fraction of my work relies on the use of methods for characterization of solids, such as powder and single crystal X-ray diffraction, solid-state infrared, Raman, and NMR spectroscopy, as well as thermal analysis by TGA, DSC and hot-stage microscopy. I am also pursuing a research program in modelling and understanding the stability of organic and metal-organic materials, including polymorphs and cocrystals. Based on a Google Scholar search, my work has so far garnered >21,000 citations. In the course of my research I have also developed novel, now internationally-adopted, techniques for understanding reactions of organic and metal-organic solids, such as real-time synchrotron X-ray diffraction monitoring of ball milling and mechanically-induced processes. These methods are now employed at synchrotron centers in the UK, Europe and Canada.

10.     My work in solid-state and materials chemistry has been honored by numerous awards in Canada and internationally, including: Royal Society of Chemistry (RSC) Harrison-Meldola Memorial Prize (2011), elected Fellow of the RSC (2013), RSC ChemComm Emerging Investigator Award (2014), McGill University Dawson Research Scholar (2015-2020), McGill University Principal's Award for Outstanding Emerging Researchers (2016), NSERC Discovery Accelerator Award (2018), NSERC E. W. R. Steacie Memorial Fellowship (2017), Royal Society of Canada Rutherford Memorial Medal (2018), National Research Council Steacie Prize for Natural Sciences (2018), and Award for Research Excellence in Materials Chemistry (2019).

I have also served as an Associate Editor for the journal *Molecular Crystals & Liquid Crystals*, a Member of the Editorial Board of the journal *CrystEngComm*, and a Topic Editor of the journal *Crystal Growth & Design*. I was the Canadian Representative at the Council of the American Crystallographic Association (ACA), and am currently the Chair of the Canadian National Committee for Crystallography (CNCC).

11.     I have not offered testimony at trial or deposition as an expert in the last four years.  I consider myself an expert in the field of chemistry, including solid state chemistry and crystallography.

## III.     ASSIGNMENT AND SCOPE OF MY OPINION

12.     I have been asked to provide my expert opinion regarding whether Crystal's, Mylan's, or Zydus's Abbreviated New Drug Application ("ANDA") Products would infringe certain claims of the '938 patent or the '134 patent if made, used, sold, offered for sale, or imported into the United States.  I have reviewed the Opening Expert Reports of Adam J. Matzger, Ph.D. against each of Crystal ("Crystal Matzger Rpt."), Mylan ("Mylan Matzger Rpt."), and Zydus ("Zydus Matzger Rpt.")  .  This report details my opinions in response to Dr. Matzger.

13.     I am being compensated at a rate of $400 per hour for my work on this matter. My compensation does not depend in any way on the opinions I give or the outcome of this litigation and has no effect on the substance of my opinions, the analyses set forth in this report, or any future testimony.

14.     In forming my opinions, I have relied upon my education and experience in chemistry and related fields.  In addition, I reviewed and considered, among other things, the

---

  I have also reviewed the Supplemental Opening Expert Reports of Adam J. Matzger, Ph.D. against Zydus and my opinions herein are in response to both reports.

materials referenced and cited in this report, the '938 and '134 patents and their file histories, as well as deposition testimony and various documents produced in this case. I additionally conducted various experiments analyzing sample materials provided by Novartis, Crystal, Mylan, and Zydus. A list of the materials I considered or relied upon in coming to my opinions is attached as Exhibit 2.

15.    Dr. Matzger opines that the Defendants infringe the following claims of the '938 and '134 patents:

| Defendant | '938 patent | '134 patent |
|---|---|---|
| Crystal | Claims 1, 3, and 11 | Claims 5 and 6 |
| Mylan | Claims 1 and 11 | Claim 5 |
| Zydus | Claims 1 and 11 | Claim 5 |

I have been asked to provide my opinions concerning infringement of only these claims.

16.    This report is based on information currently available to me. I reserve the right to continue my investigation and study, including by analyzing any information provided or adduced in this action, including at trial. I expressly reserve the right to expand or modify my opinions as my investigation and study continues, and to supplement my opinions in response to any additional information that becomes available to me, including any matters raised by Novartis, opinions provided by experts on behalf of Novartis, or any other new testimony or other materials generated in further discovery proceedings or presented at any hearing or at trial. I further reserve the right to rely on any documents used by Novartis's experts. I may rely on demonstrative or graphical exhibits to aid in presenting my testimony, and will disclose such exhibits at the appropriate time. Finally, I reserve the right to present the Court with a tutorial consistent with the subject matter of my opinions.

## IV.    SUMMARY OF OPINIONS

17.    ███████████████████████████████████████████████████████

███████████████████████████ Accordingly, it is my opinion that neither the API

nor the ANDA Products of each Defendant would infringe any asserted claim of the '938 patent

or the '134 patent ███████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████

18.    It is my opinion that Dr. Matzger has not established that the Defendants' ANDA

Products would directly infringe claims 1, 3, or 11 of the '938 patent.

19.    It is my opinion that Dr. Matzger has not established that Defendants or any

individual administering Defendants' ANDA Products would directly infringe claims 5 or 6 of

the '134 patent.  It is therefore my opinion that Dr. Matzger has not established and cannot

establish that Defendants will indirectly infringe claims 5 or 6 of the '134 patent, because I

understand from counsel that Defendants cannot be liable for indirect infringement unless there

is a finding of direct infringement.

## V.    LEGAL FRAMEWORK FOR MY OPINION

### A.    Claim Construction

20.    I have been informed by counsel that unless construed otherwise by the Court,

patent claims are given their plain and ordinary meaning, as they would be understood by a

person of ordinary skill in the art ("POSA") as of the priority date of the '938 and '134 patents in

the context of the patent specifications and prosecution histories.

───────────────────────────

███████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

██████████████████████████████████████████

21.     I understand that the Court previously issued a written opinion and order construing certain terms in the asserted claims of the '938 and '134 patents, and adopting certain agreed-upon constructions, as follows:

| Term | Construction |
|---|---|
| "Trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate] hemipentahydrate in crystalline form" ('938 patent, claim 1; '134 patent, claim 5) | substantially pure trisodium [sacubitril-valsartan] hemipentahydrate in crystalline form |
| "therapeutically effective amount" ('134 patent, claim 1) | amount sufficient to treat heart failure or hypertension |
| "effective amount" ('938 patent, claim 11) | amount sufficient to have a therapeutic effect |

22.     I have applied the Court's constructions set forth above in my analysis. I have interpreted any terms not expressly construed by the Court as I believe they would have been interpreted by POSA as of the priority date of the '938 and '134 patents, in the context of the patent specifications and prosecution histories.

**B.     Infringement**

23.     For the purposes of forming my opinions, I have been informed by counsel of the legal framework applicable to patent infringement. Counsel has informed me that the standard for proving that a patent claim is infringed is a preponderance of the evidence in favor of infringement.

24.     I understand from counsel that a party infringes a United States patent if, without authority, it makes, uses, offers to sell, or sells any patented invention within the United States or imports into the United States any patented invention during the term of the patent.

25.     I understand from counsel that an infringement analysis takes place in two parts. First, to determine whether a claim covers an accused product or process, one must ascertain the meaning of the words in the claims, as discussed above in the Claim Construction section of this report.

26.     I understand from counsel that the second step in an infringement analysis is to compare a claim to the accused product or process to determine whether the accused product or process includes each and every limitation in the patent claim.

27.     Literal infringement must be determined with respect to each patent claim individually by comparing the accused product to the invention described in each patent claim it is alleged to infringe. If a single claim element is missing, the accused product or process does not infringe the claim.

28.     Further, it is my understanding from counsel that dependent claims in a patent incorporate all of the elements of the independent claims from which they depend.  Accordingly, if an accused product or method does not infringe an independent claim, it cannot infringe the claims that depend from that claim.

29.     I understand from counsel that an accused product or process may also infringe the asserted claim under what is called the "doctrine of equivalents" even if it does not literally infringe. Under the doctrine of equivalents, the accused product infringes an asserted patent claim if it includes elements that are equivalent to those requirement(s) of the claim that are not literally present in the product. I understand that the doctrine of equivalents is determined on an element-by-element basis, such that each individual requirement of the asserted patent claim must be evaluated to determine whether the product has an equivalent element to that individual claim requirement(s) that are not literally present in the product. Again, if a single element is

missing, the claim is not infringed.  Dr. Matzger does not opine that Crystal's, Mylan's, or

Zydus's ANDA Products infringe the asserted claims under the doctrine of equivalents, so I do

not address it here.  I reserve the right to opine on whether Crystal, Mylan, or Zydus infringes

under the doctrine of equivalents if Novartis asserts such infringement.

30.     I am informed by counsel that a party can be found to infringe a patent claim

indirectly by actively inducing or contributing to infringement by another. A party cannot be

liable for inducement of infringement or contributory infringement unless there is direct

infringement. To find induced infringement, the alleged indirect infringer must (1) have

knowledge of the patent such that it knowingly induces infringement; (2) possess specific intent

to encourage another's direct infringement; and (3) take action to induce that direct infringement.

The action taken to induce direct infringement must encourage, recommend, or promote

infringement.

31.     To find contributory infringement, the alleged contributory infringer must sell a

component that is used as a material part in practicing a claimed method, knowing that the

component is especially made or adapted for the infringing use.  I also understand that if this

component has substantial noninfringing uses, then there is no contributory infringement.

## VI.     LEVEL OF ORDINARY SKILL IN THE ART

32.     I have been advised that a POSA is a hypothetical person having an ordinary level

of skill in the art to which the claimed invention pertains, and who is presumed to have

knowledge of all prior art pertinent to the claimed invention.

33.     I understand from counsel that Defendants have proposed that a POSA with

respect to the '938 and '134 patents would have a Ph.D. or equivalent degree in chemistry or a

related field and at least two years of experience with solid forms of molecular pharmaceutical

compounds, including synthesis, crystallization, and characterization. Such a person having

ordinary skill in the art could alternatively have less education and relatively more experience in the relevant areas. In addition, a person having ordinary skill in the art would have consulted with others having specialized knowledge, such as, for example, clinicians or medical doctors having experience administering, dosing, and evaluating the efficacy of medications for treating cardiovascular disease.  I agree with this definition and have applied it in my analysis.

34.     I understand that Novartis has defined a POSA with respect to the '938 and '134 patents as follows, and that Dr. Matzger has adopted this definition:

> A POSA as of 2006 would have had an advanced degree (a Ph.D. or master's degree) in chemistry or a related field with two or more years of pharmaceutical chemistry experience, or a bachelor's degree in chemistry or a related field with four or more years of such experience. Alternatively, a POSA would have had an M.D. with two years of specific training, research, or experience studying and/or treating heart failure and/or hypertension, and/or pharmacotherapies therefor. A POSA could have collaborated with others of ordinary skill having experience in medicine, pharmacology, biology, biochemistry, medicinal chemistry, or a related field with specific training, research, or experience studying and/or treating heart failure and/or hypertension and/or pharmacotherapies therefor.

Crystal Matzger Rpt. at ¶¶ 52-53; Mylan Matzger Rpt.at ¶¶ 50-51; Zydus Matzger Rpt. at ¶¶ 50-51.

35.     Regardless of which definition applies, it would not affect my opinions in this report.  Moreover, I am a person having at least the level of skill of a POSA.

## VII.   BACKGROUND

### A.    Technology Tutorial

36.     In connection with my testimony at trial, I may offer a technology tutorial consistent with the subject matter of my opinions set forth herein.

#### 1.     Crystalline Solids

37.      A crystal or crystalline solid is a solid material whose constituents (such as atoms or molecules) are arranged in a highly ordered microscopic structure, forming a crystal lattice

that extends in all directions.  The smallest repeating unit in such a crystalline structure is the "unit cell," which is the fundamental building block of that crystalline material. *See Chemistry*, 3rd ed., S.S. Zumdahl (ed.), D. C. Heath and Company, Lexington, MA, pp. 390-393 (1986) ("Zumdahl") at pp. 390-393.  The unit cell is essentially a box with a specific size and shape that contains a particular number of molecules or ions in a well-defined arrangement.  Therefore, the unit cell, as well as the arrangement of atoms within it, is the defining characteristic of a given crystalline form.  When the orientations of the unit cells in a given particle are essentially uniform throughout the particle, that particle is called a single crystal.

     38.    There are several major symmetry classes of unit cells for crystals including: triclinic, monoclinic, orthorhombic, tetragonal, hexagonal, trigonal (or rhombohedral), and cubic. Some of the most common unit cells for crystals of drugs are illustrated below.



**FIGURE 8.1**  The most common unit cells for crystals of drugs.

*Solid-State Properties of Pharmaceutical Materials*, 1st ed., S.R. Byrn et al. (eds.), Wiley (2017) ("Byrn 2017") at pp. 99-100, Fig. 8.1.

     39.    The unit cell dimensions for a particular crystal form can usually be obtained through solid-state analytical techniques such as X-ray diffraction.  The dimensions of a unit cell are described by three axes: *a*, *b*, *c* and the angles between them α, β, and γ.  In contrast, an

amorphous solid form has considerable disorder in its structure and lacks the periodic long-range order of a crystalline material.

40.      More than one crystalline form of a chemical compound may exist.  Different crystal forms with the same chemical composition are referred to as "polymorphs," and such compounds are said to exhibit polymorphism.  Each polymorphic form will have a unique unit cell that differs from all other polymorphic forms of the same compound.  The arrangement of atoms or molecules within the unit cell of each different polymorphic form will also be unique.

41.      Crystalline forms of a given compound may also include molecules of solvent at regular intervals within the three-dimensional structure.  These forms are called "solvates." When the solvent is water, the crystalline form is called a "hydrate."

42.      Solvates and hydrates occur commonly for a large number of pharmaceutical materials. Solvates are formed when solvent molecules are incorporated into the crystal lattice of a compound and are considered as molecular complexes between host and solvent molecules.  A solvate displays unique unit cell content, dimension, molecular packing, and molecular interactions. This phenomenon is analogous to polymorphism.  Consequently, the formation of crystal solid adducts with solvents is often termed pseudopolymorphism, whereas a group of solvates with different stoichiometries of the same solvent and compound are often called "pseudopolymorphs."  Byrn 2017 at p. 38.

43.      FDA specifies the term polymorphic forms more broadly, and considers crystalline and amorphous forms, including solvates and hydrates, to be polymorphic forms of a substance.  FDA further recommends that "[t]here are a number of methods that can be used to characterize polymorphs of a drug substance" but "[d]emonstration of a nonequivalent structure by single crystal X-ray diffraction is currently regarded as the definitive evidence of

polymorphism." *Guidance for Industry, ANDAs: Pharmaceutical Solid Polymorphism, Chemistry, Manufacturing, and Controls Information*, by: U.S. Department of Health and Human Services, Food and Drug Administration, Center for Drug Evaluation and Research (CDER) (July 2007) ("FDA Guidance") at pp. 2-3. Also, "X-ray powder diffraction can also be used to provide unequivocal proof of polymorphism." *Id.* at p. 3. In addition to these X-ray diffraction methods that can provide unequivocal proofs of polymorphism, i.e., the presence of a particular solid form of a substance, FDA also states that other methods, including thermal gravimetric analysis and infrared spectroscopy are "helpful to further characterize polymorphic forms." *Id*. This means that identification of a solid form should primarily be based on single crystal or powder X-ray diffraction, with TGA and IR spectroscopy being helpful tools to validate the outcomes of X-ray diffraction-based analysis. This is markedly different from the approach taken by Dr. Matzger, where form identification is done solely on the basis of TGA and not PXRD data, although it was available and does not correspond to that outlined for the hemipentahydrate.

## 2. Techniques for the Characterization of Solid-State Materials

44. Characterization of solid forms of organic and/or metal-organic substances, more specifically pharmaceuticals, requires the implementation of complementary analytical techniques. This is because no single method alone can provide sufficient information to establish the crystal structure and chemical composition of a material. In order for a pharmaceutical solid form to be characterized, it is important to know both the composition (i.e., information on the material at the level of individual atoms, molecules or ions), as well as the crystal structure of the material (i.e., information on the extended three-dimensional arrangement of atoms, molecules or ions in a material).

13

45.     Knowing only the composition of a material is not sufficient to consider that material as unambiguously characterized, for example because of the phenomenon of polymorphism. Polymorphism is the appearance of polymorphs: solid materials which exhibit a different long-range structure (also known as crystal structure, in case of crystalline substances) but the same chemical composition, as outlined above (*see* ¶¶ 40-42). As the ordering and/or conformation of building blocks in the crystal structures of different polymorphs is different, this means that each polymorph is effectively a different substance, and will also exhibit different material properties, some of which are of importance in the context of pharmaceutical materials science, such as melting point, tabletability, and more. Polymorphs often can be distinguished through direct determination of structure by single crystal X-ray diffraction and X-ray crystallography, or through fingerprinting by techniques that are sensitive to the crystal structure of a material, such as powder X-ray diffraction ("PXRD," see below). Polymorphs, however, cannot be reliably distinguished through conventional methods used to establish the composition of a material. Such methods include thermogravimetric analysis ("TGA") or solution  H NMR spectroscopy.

46.     Below I outline the general properties of hydrates, as solid forms most relevant to this report, and also the solid-state materials analytical techniques that are relevant for this report and their limitations in materials characterization.

### 3.     Pharmaceutical Hydrates and Solvates

47.     As explained above, solvates and hydrates occur commonly for a large number of pharmaceutical materials and are formed when solvent molecules are incorporated into the crystal lattice of a compound.  A solvate displays unique unit cell content, dimension, molecular packing, and molecular interactions. Hydrates are a special case of solvates, where the solvent is water.

48.     The incorporation of water into a crystal lattice leads to changes in unit cell dimension, content, and intermolecular interactions. A hydrate of a pharmaceutical material, therefore, displays different physical, chemical, and mechanical properties than its anhydrous polymorph and may also display different properties as compared to hydrates of varying stoichiometry. It is clear that a change in the hydration state of a pharmaceutical material can significantly impact its stability, solubility, performance, and appearance.

49.     Changes in the hydration state of crystals can be induced by environmental factors such as water activity and temperature. For some hydrates, the onset of dehydration occurs at relatively low temperatures, where dehydration may be a continuous process or occur in a stepwise manner over a broad temperature range. This is because the water molecules in different environments of the lattice have different energies.  Byrn 2017 at p. 45.  The physical stability of crystalline hydrates is dependent on temperature as well as water vapor pressure. *See* Krzyzaniak et al., *Identification of Phase Boundaries in Anhydrate/Hydrate Systems*, 96(5) Journal of Pharmaceutical Sciences 1270 (2007) ("Krzyzaniak 2007") at 1271.  Under isothermal conditions, hydrates may convert to higher hydrated states with an increase in relative humidity or convert to lower hydrated states with a decrease in relative humidity.  *See id*.

50.     There are numerous analytical techniques for studying and characterizing solid forms, including hydrates.  Such analytical techniques include, but are not limited to, X- ray diffraction, infrared and Raman spectroscopy, thermal analytical methods (e.g., thermogravimetric analysis and differential scanning calorimetry) and solid state nuclear magnetic resonance.  For example, characterization methods identified in the '938 and '134 patents include powder X-ray diffraction ("PXRD" or "XRPD"), single crystal X-ray analysis, elemental analysis, infrared spectroscopy, Raman spectroscopy, differential scanning calorimetry

15

("DSC"), and thermogravimetric analysis ("TGA").  More than one technique is required to fully resolve and characterize a solid crystalline form, and FDA considers X-ray diffraction methods to be those that unequivocally characterize a polymorphic form, including solvates and hydrates. Importantly, rather than relying on a single technique, knowledge about a particular hydrate or a solvate crystalline form is collected through a comprehensive characterization protocol using various techniques and carefully analyzing the resulting data.  A brief description of some of these analytical techniques is provided below.

**4.  Powder X-ray Diffraction (PXRD)**

51.  X-ray diffraction is a common analytical technique that relies on the use of X-rays and the scattering patterns of these rays caused by different objects exposed to them.  The pattern of scattered radiation (known as a diffraction pattern) is unique to each different crystal structure. When an X-ray beam interacts with an atom, the radiation is absorbed and then re-emitted, which produces scattering in all directions by the atoms.  The scattered radiation from different atoms in a constrained crystalline environment can interfere either constructively or destructively, due to the wave character of the X-rays, making the scattered waves to be either in phase or out of phase with each other.

52.  Destructive interference occurs in almost all directions.  That is, the combining waves are out of phase, and no signal can be observed by a detector at that orientation. However, because the atoms in a crystal structure are arranged in a regular, repeating pattern, there are a certain number of directions in which constructive interference results when X-rays are diffracted, as illustrated below.



53.     Thus, for a crystalline material exposed to monochromatic X-rays (i.e., X-rays of a single wavelength), diffraction will be observable for certain values of the angle of incidence (given as theta or θ).  This relationship is described by Bragg's law and is illustrated below.



$$n\lambda = 2d \sin \theta$$

Byrn 2017 at p. 108, Fig. 9.1.

54.     The instrument or equipment used for X-ray diffraction is called an X-ray diffractometer, which consists of three basic elements: an X-ray tube, a sample holder and an X-ray detector. The sample being investigated is placed under an intense beam of X-rays, usually of a single wavelength (monochromatic X-rays), and gives a detectable X-ray diffraction pattern.

Specifically, by changing the geometry of the incident X-rays, the orientation of the sample, and of the detector, one may survey a range of possible diffraction directions of the crystal. Each positioning produces a different X-ray diffraction intensity.



55.     PXRD does not require large single crystals but instead can be applied to powdered samples.  This technique is widely used because solid materials are often not single crystals and are instead composed of small crystallites (or microcrystals).  When a powder with randomly oriented crystals is placed in an X-ray beam, the diffracted X-rays are recorded to produce a diffraction pattern.  The resulting X-ray diffraction pattern is a plot of the diffraction intensities (i.e., intensity of the diffracted X-ray beam) as a function of 2 theta (i.e., $2\theta$) values (or equivalently, d- spacings) and may be considered a "fingerprint" of the structure of the particular crystalline material being examined.  This allows differentiation between solid forms regardless of their composition, including polymorphs, solvates, hydrates, salts and more.

56.     Because the PXRD pattern is determined by the three-dimensional, repeating structure of the sample, this is one of the most powerful techniques for distinguishing and identifying polymorphs.  Individual polymorphs, solvates, and hydrates of the same chemical substance may exhibit unique patterns having characteristic peaks not seen in other forms.  For a diffraction pattern collected using X-rays of a given wavelength, the angular positions of peaks

18

in the diffractogram (2θ values) are determined by the interplanar spacings (d-spacings) defined by the size and shape of the unit cell. The intensities of these peaks are determined by the content and arrangement of atoms within these planes, as well as by dynamic processes. When the wavelength is known, one can use Bragg's law to interconvert 2θ values and d-spacings. *See, e.g., United States Pharmacopeia and National Formulary 23* <941> X-Ray Diffraction>, pp. 1843-1844 (1995) ("USP 23") at p. 1843.

57.     The resulting PXRD pattern for a crystalline material has a number of sharp peaks. In contrast, an amorphous material may have either no discernible peaks or a small number of peaks that may be quite broad. PXRD, therefore, is quite useful for distinguishing between crystalline and amorphous forms.

58.     In the powder X-ray diffractogram of a crystalline material, each of the peaks corresponds to a family of atomic planes (also known as crystal planes), each with its own d-spacing. To give a diffraction signal, the 2θ value for a given atomic plane must fulfill the conditions of Bragg's law for the corresponding d-spacing. To ensure that the crystallites are oriented randomly throughout the sample, the polycrystalline sample should contain a multitude of crystallites to ensure that the crystallites are oriented randomly throughout the sample. Otherwise, the intensities of various peaks can be skewed from their idealized values. The intensities observed in a given PXRD pattern vary somewhat from sample to sample due to non-random crystallite orientations. This phenomenon, which is termed "preferred orientation" can be minimized by careful grinding and packing of the sample, and also by actively rotating the sample during measurement.

59.     A calculated PXRD pattern from the crystal structure generally assumes a completely random orientation of the crystallites. Such theoretical patterns do not suffer from

19

the preferred orientation issue.  Because of this and certain types of disorder within the structure, the angular positions (2θ values and d-spacings) are the most reliable part of a calculated pattern, whereas the intensities derived from such a calculation are treated as idealized values that can otherwise vary from sample to sample.

60.     For a crystalline solid, the d-spacings reflected in the form's PXRD pattern are an intrinsic property of that crystalline form at a particular temperature and can be used to distinguish between different crystal forms.  That said, two different polymorphs can, and often do, share a number of peaks in their PXRD patterns.  The number of PXRD peaks that are required to uniquely identify a single polymorphic form can vary depending on the particular sample tested.  Different crystal forms are distinguished by examining the complete PXRD pattern of each form.[3]  Accordingly, different crystalline forms may be distinguished by comparing their diffraction patterns.

### 5.     Single Crystal X-ray Diffraction

61.     Single crystal X-ray diffraction is another diffraction technique which provides detailed information about the internal lattice of crystalline substances, including unit cell dimensions, bond-lengths, bond-angles, and details of site-ordering.  Single crystal X-ray diffraction is the most popular, readily accessible method for determining the crystal structure of a substance, and subsequently can also be used to help establish the composition of a material. In single crystal X-ray diffraction, a single crystal sample of typical size in tens or hundreds of micrometers is placed in the path of a collimated beam of X-ray radiation. Passing of the X-rays through the crystal results in the diffraction process, which takes place because of the ordered periodic structure of the crystal in combination with the fact that the wavelength of the X-ray

---

[3] *See* USP 23 at 1843 ("Every crystal form of a compound produces its own characteristic X-ray diffraction pattern").

20

radiation is of a similar order of magnitude as interatomic and intermolecular distances in the crystal. The diffraction process produces a large number of diffracted X-ray beams, also known as "reflections," emanating in different directions from the incident X-ray beam, with the difference in the direction typically expressed as the diffraction angle "$2\theta$."

62.     Measuring of the $2\theta$ angle, as well as the intensity for each reflection is then used to calculate the distribution of electron density, a so-called electron density map, throughout the volume of the unit cell of the single crystal. Interpretation of this electron density map, which is facilitated by and sometimes necessitates some level of prior knowledge on the composition of the material, then permits establishing the structure of the crystal. In particular, external information on the composition of the material is needed in cases where the single crystal X-ray diffraction experiment does not lead to an electron density map of sufficient quality, for example where there is disorder or mobility of molecules or molecular fragments in the crystal. This can be the case with structures containing molecules that are flexible due to the presence of hydrocarbon residues, or structures containing loosely bound solvent or water molecules.

63.     However, the results of single crystal X-ray crystal structure determination are not sufficient for characterization of the corresponding bulk material, as they reflect only the composition and the structure of the particular single crystal on which the X-ray diffraction experiment was performed. In order to associate the result of single crystal X-ray structure analysis to a bulk material, additional information on a larger sample of the bulk material should be performed using a different technique. One such technique is PXRD, in which a larger amount of a powdered material is exposed to a collimated monochromatic X-ray beam. In such an experiment the X-ray diffraction process happens simultaneously on a large number of differently oriented small crystals that constitute the bulk powder, producing a PXRD pattern (an

X-ray diffractogram). The quality of such powder X-ray diffraction data is in many cases insufficient for structure determination, but permits validating the structure of bulk powder against that of a single crystal with known structure. This is typically done by comparing the measured PXRD pattern with one that can be theoretically calculated from the previously determined structure of a single crystal. Such comparison can often be done qualitatively by visual inspection and comparing the 2θ angles for corresponding reflections in the simulated and measured PXRD pattern. A more quantitative analysis can also be done through Pawley or Rietveld analysis.

### 6.    Raman Spectroscopy

64.    Raman spectroscopy is another vibration technique where scattered light is used to measure the vibrational energy modes of a sample.  Raman spectroscopy can provide chemical and structural information through the detection of Raman scattering from the sample.

65.    Scattering occurs when monochromatic light shines on a sample and polarizes the molecule's cloud of electrons forming a short lived "virtual state."  The virtual state is unstable and photons are scattered with the majority scattering occurring at the same wavelength of the incident light (called Rayleigh scattering).  A very small proportions of the photons, however, scatter at a shifted wavelength in either direction.  This scattering with a shifted wavelength is called Raman scattering and is directly related to the frequency of molecular vibrations.

66.    Raman scattering is designated as either Stokes or anti-Stokes.  For Stokes, a photon with less energy and a longer wavelength is released.  For anti-Stokes, the scattered photon has higher energy and a shorter wavelength than the incoming photon.  The wavelength difference between the emitted photon and the incoming photon is called a Raman shift and Raman spectroscopy usually measures Stokes shifts, covering an energy level range of 200-4000

22

cm . Raman spectra are presented as Raman intensity versus the Raman shift given at a particular wavelength.

### 7. Infrared (IR) Spectroscopy and Fourier-Transform Infrared (FT-IR) Spectroscopy

67.     When characterizing solid forms, vibration spectroscopy provides additional confirmation after primary characterization by other techniques such as powder X-ray diffraction and thermal analysis. The underlying principle involves the interaction of electromagnetic waves with the material being studied, which leads to various transitions between quantized vibrational energy states of molecules. Vibrational spectroscopy is therefore widely used in pharmaceutical material analysis.

68.     The atoms in any given molecule are constantly vibrating, and there are different modes of molecular vibration that are determined by composition, structure, and intermolecular interactions. The types of molecular vibrations include stretching, bending, rocking, wagging, and twisting, and the types of vibrations a molecule can assume is dependent on the number of atoms and the molecular structure.

69.     One common vibrational spectroscopy technique is infrared ("IR") spectroscopy, which analyzes the interaction of molecules with the infrared portion (having a longer wavelength and a lower frequency than visible light) of the electromagnetic spectrum. Because the information available when molecules are exposed to IR energy has been well characterized, the pattern of absorption of IR energy waves can provide structural information about molecules. Absorption, emission, and reflection can all be measured, to determine the functional groups that are present in the molecule and how the atoms are bonded together. The resulting IR spectrum (i.e., graph) is a plot of the percentage of transmittance (or absorbance) of the radiation through the molecule versus the wave number (i.e., energy) of the radiation. Although the resulting IR

spectrum can be useful for identifying solid forms, it often cannot be used to distinguish between crystalline forms and is generally considered as a method for analysis of molecular structures, not supramolecular structures that constitute a crystal structure.  Dunitz, *Phase Transitions in Molecular Crystals From a Chemical Viewpoint*, 63(2) Pure & Appl. Chem. 177 (1991).

70.     Individual IR spectroscopy techniques are applicable to different ranges of vibrational energy.  For example, Fourier transformed infrared (FT-IR) spectroscopy probes the middle of the IR range, which is 400 to 4000 cm$^{-1}$.  Because a pharmaceutical material usually contains various functional groups, the spectrum of the material reflects a combination of various stretching and vibration bands of those functional groups.  Even simple molecules can provide a complicated FT-IR spectrum due to the stretching and vibrational bands.  No two molecular structures give the exact same FT-IR spectrum, making FT-IR useful for compound identification for a known or unknown material.

### 8.     Differential Scanning Calorimetry (DSC)

71.     Thermal analysis is another useful analytical tool for studying the properties of materials as temperature is changed.  Two of the most widely used thermal analysis techniques in characterizing crystalline and amorphous pharmaceutical materials are differential scanning calorimetry ("DSC") and thermogravimetric analysis ("TGA").

72.     DSC measures thermal transitions associated with a material when it is heated or cooled in a controlled manner.  The thermal transitions reflect physical and/or chemical processes that are associated with the release or absorption of heat.  The thermal transition may be the result of a physical transformation, such as melting, crystallization, polymorph conversion, desolvation, and/or dehydration.  Physical transformations are always associated with a change in enthalpy, which is detected by the instrument as heat-absorbed (an endothermic thermal event) or heat-released (an exothermic thermal event).  Because thermal events

associated with melting, dehydration, or desolvation are directly related to the crystal structure of a material, they provide fundamental information related to the material's crystal structure.

73.     Data obtained by DSC is usually plotted as heat flow versus temperature, which plot is referred to as a thermogram.  In such a plot the direction of an exo- or endo-thermic process should be indicated.  An example of a thermogram of amorphous carbamazepine is reproduced below.



**FIGURE 10.1**   DSC thermogram of amorphous carbamazepine.

Byrn 2017, p. 125, Fig. 10.1.

### 9.     Thermogravimetric Analysis (TGA)

74.     Thermogravimetric analysis ("TGA") is a technique in which the weight of a substance is monitored as a function of temperature or time as the sample specimen is subjected to a controlled temperature program in a controlled atmosphere.

75.     TGA is carried out with a thermogravimetric analyzer that consists of an electronic microbalance surrounded by a furnace.  The microbalance records any weight change as the temperature of the sample is increased or kept at constant temperature.  The weight of the sample is plotted against time for isothermal studies, or as a function of temperature for experiments carried out at a constant heating rate.  A TGA instrument consists of a sample pan linked to a precision balance.  The change in the weight of the sample is continuously recorded

25

during the experiment, with the sample atmosphere being controlled by purging with a dry gas, such as nitrogen.

76.     TGA is a popular approach for the analysis of composition of solid materials, based on recording changes in weight of a sample caused by exposure to different temperature conditions. Specifically, a material that contains a volatile component, such as water (in case of a hydrate) or another solvent (in the more general case of a solvate) will release such a component upon heating or under isothermal conditions in some instances, leaving behind the non-volatile component. Only if the atomic or molecular weight of the volatile and non-volatile components are known, the recorded weight loss can be used to determine the composition, i.e., the relative amounts of the volatile and non-volatile components. If the atomic or molecular weight of either the volatile component or the non-volatile component (or both) is not known, then it is not possible to use TGA for analysis of composition.

77.     If the material being analyzed is a solid hydrate of a pharmaceutical compound, TGA can be used to establish the relative amounts of water and of the compound that are bound together to constitute the hydrate, as well as to monitor the dehydration process occurring in a continuous or stepwise manner over a broad temperature range. The reliability of such analysis depends, however, on a number of factors. For example, the presence of surface adsorbed water may interfere with measuring the loss of weight caused by release of water constituting the hydrate material.  There are well-known examples of solid hydrates (paracetamol hydrate, caffeine hydrate) where the water bound in the composition of the solid hydrate is lost by simply exposing the material to low humidity at room temperature.  Byrn 2017 at "SOLVATES AND HYDRATES" (Chapter 3).  *See also* Section XII.E, below.

26

78.     A sample purge gas controls the sample environment when conducting TGA.  The gas may be inert or a reactive gas that flows over the sample and exits through an exhaust.  A common gas that is used is nitrogen, which is chemically inert.  Accordingly, the relative humidity is typically low, approaching 0%.  This affects the kinetics of removing water or other volatile components from the sample.  The kinetics of removing surface water is relatively fast and may occur at the equilibration stage of the TGA experiments in which the TGA balance is still settling mechanically and/or in which the sample is adopting the temperature of the environment within the balance     these are the processes that take place immediately when a sample is inserted into the TGA analyzer, before the TGA starts recording the experimental data; without additional data, treating all the water from TGA as hydrate water is scientifically justified, at least because there are different types of hydrates, and the water for some hydrates could be lost more easily than other hydrates.

### B.     The Patents-in-Suit

#### 1.     U.S. Patent No. 8,877,938

79.     The '938 patent is titled "Compounds containing S-N-valeryl-N-{[2'-(1H-tetrazole-5-yl)-biphenyl-4-yl]-methyl}-valine and (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester moieties and cations."  It issued on November 4, 2014, from U.S. Patent Application No. 11/722,360 ("the '360 application"), which was filed on November 8, 2006 as the national stage entry of PCT/US2006/043710.  The '360 application claims priority to provisional Application No. 60/735,093, filed on November 9, 2005, U.S. provisional Application No. 60/735,541, filed on November 10, 2005, U.S. provisional Application No. 60/789,332, filed on April 4, 2006, and U.S. provisional Application No. 60/822,086, filed on August 11, 2006. In addition, and based on the above filing dates, I

understand that Novartis has asserted that the earliest priority date to which the asserted claims

of the '938 patent is entitled is either April 4, 2006 or August 11, 2006.

80.     The '938 patent lists Lili Feng, Sven Erik Godtfredsen, Bin Hu, Yugang Liu, Piotr

Karpinski, Paul Allen Sutton, Mahavir Prashad, Michael J. Girgis and Thomas J. Blacklock as

the inventors.  The assignee listed on the face of the '938 patent is Novartis Pharmaceuticals

Corporation.

81.     The '938 patent contains 14 claims.  Claim 1 is the only independent claim;

asserted claims 3 and 11 depend from claim 1.  The asserted claims of the '938 patent state:

1.     Trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-
       butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-
       ylate)biphenyl-4'-ylmethyl}amino)butyrate] hemipentahydrate in crystalline
       form.

3.     The compound of claim 1 characterized by an Attenuated Total Reflection
       Fourier Transform Infrared (ATR-FTIR) spectrum having the following
       absorption bands expressed in reciprocal wave numbers      (cm  )( 2 cm
        ):
       1711 (st), 1637 (st), 1597 (st) and 1401 (st).

11.    A pharmaceutical composition comprising an effective amount of the
       compound of claim 1 and at least one pharmaceutically acceptable additive.

### 2.     U.S. Patent No. 9,388,134

82.     The '134 patent is titled "Compounds containing S-N-valeryl-N-{[2'-(1H-

tetrazole-5-yl)-biphenyl-4-yl)-methyl)-valine and (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-

propionylamino)-2-methyl-pentanoic acid ethyl ester moieties and cations."  It issued on July 12,

2016, from U.S. Patent Application No. 14/311,788 ("the '788 application"), which was filed on

June 23, 2014.  The '788 application is a divisional of the '360 application (now the '938 patent)

and claims priority to U.S. provisional Application No. 60/822,086, filed on August 11, 2006,

U.S. provisional Application No. 60/789,332, filed on April 4, 2006, U.S. provisional

Application No. 60/735,541, filed on November 10, 2005, and U.S. provisional Application No.

60/735,093, filed on November 9, 2005.  In addition, and based on the above filing dates, I understand that Novartis has asserted that the earliest priority date to which the asserted claims of the '134 patent is entitled is either April 4, 2006 or August 11, 2006.

83.     The '134 patent lists Lili Feng, Sven Erik Godtfredsen, Paul Allen Sutton, Mahavir Prashad, Michael J. Girgis, Bin Hu, Yugang Liu, Thomas J. Blacklock and Piotr Henryk Karpinski as the inventors.  The assignee listed on the face of the '134 patent is Novartis AG, and counsel has informed me that the '134 patent has been assigned to Novartis Pharmaceuticals Corporation.

84.     The '134 patent contains 15 claims.  Claim 1 is the only independent claim, and states:

1.     A method for treatment of a cardiovascular condition or disease, wherein the cardiovascular condition or disease is heart failure or hypertension, in a patient in need thereof comprising administering to the patient a therapeutically effective amount of trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5-ylate)biphenyl-4′-ylmethyl}amino)butyrate]hemipentahydrate.[4]

Asserted claims 6 and 7 depend from claim 5, which depends from claim 1.  The asserted claims of the '134 patent state:

5.     The method according to claim 1, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate] hemipentahydrate is in the crystalline form.

6.     The method according to claim 5, wherein the compound trisodium[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate] hemipentahydrate is characterized by an Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrum having the following absorption bands expressed in

---

[4] I understand that claim 1 is not an asserted claim but that asserted claims 5 and 6 depend from claim 1 and therefore incorporate the limitations of claim 1.

reciprocal wave numbers (cm⁻¹)(± 2 cm⁻¹): 1711 (st), 1637 (st), 1597 (st) and 1401 (st).

85.     The specification of the '134 patent is substantially the same as the specification of the '938 patent.  For ease of reference, I cite to the specification of the '938 patent in this report.

## VIII.   NOVARTIS'S DEVELOPMENT AND CHARACTERIZATION OF LCZ696

86.     I have reviewed a number of Novartis documents and provide a short summary of Novartis's own efforts to characterize its valsartan-sacubitril co-crystal, LCZ696.



████   ████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████

███████████████████████████████████████

████   ████████████████████████████████

████████████████████████ In U.S. provisional Application No. 60/789,332 ("the '332 provisional"), filed on April 4, 2006, Novartis disclosed and claimed the trihydrate in at least a number of the dependent claims. NPC-VS-016682298-336 at NPC-VS-016682298, NPC-VS-016682329   NPC-VS-016682332. According to the provisional application, the invention was directed to a supramolecular complex of two active agents, which complex may contain a solvent, preferably water. *Id.* at NPC-VS-016682314. The specification of the '332 provisional further states that "[p]referably 1, 2, 3 or 4, **more preferably 3**, molecules of solvent, ***such as water***, can be present per molecule of active agent." *Id.* (emphasis added). The two examples in the '332 provisional are both directed to a trihydrate:



**Example 1**

**Preparation of the Complex [valsartan ((2*R*,4*S*)-5-biphenyl4-yl-5-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester]Na₃ • 3 H₂O**

**Example 2**

**Alternative Preparation of the Complex [valsartan ((2R,4S)-5-biphenyl4-yl-5-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester]Na₃ • 3 H₂O**

*Id.* at NPC-VS-016682322-23.  Novartis additionally drafted claims directed to a trihydrate, specifically claims 19-21, reproduced below.[5]

19.    The complex according of any claims 8 to 18 having the sum formula [ARB(NEPi)]Na$_{1-3}$ • xH$_2$O, wherein x is 0, 1, 2 or 3, such as 3.

20.    The complex according of any claims 8 to 19 having the sum formula [valsartan ((2R,4S)-5-biphenyl4-yl-5-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester]Na$_3$ • x H$_2$O, wherein x is 0, 1, 2 or 3.

21.    The complex according to claim 20, wherein x is 3.

---

[5] See also claims 36-38.

32







## IX.   CRYSTAL'S ANDA PRODUCT

### A.   Development of the API









38



39















X.    **MYLAN'S ANDA PRODUCT**













## XI.    ZYDUS'S ANDA PRODUCT







██████████████████

██   ████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████

████████

**XII.   DR. MATZGER HAS NOT ESTABLISHED THAT DEFENDANTS INFRINGE THE ASSERTED CLAIMS OF THE '938 PATENT AND '134 PATENT**

**A.**   ████████████████████

██   ██████████████████████████████

██   ████████████████████████████████

███████████████████████████████████████

████████████████████████████████

██████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████

██   ████████████████████████████████

█████████████████████████████████████████

███████████████████████████████████

██████████████████████   ████   ██████████████

████████████   █████   █████

██   ███████████████████████████████

█████████████████████████████████████████





59





















**B.**   **Defendants' ANDA Products Do Not Contain "Trisodium [Sacubitril-Valsartan] Hemipentahydrate"**























**G.    Dr. Matzger Failed to Establish that Defendants' Drug Substances Contain "*Substantially Pure* Trisodium [Sacubitril-Valsartan] Hemipentahydrate in Crystalline Form"**







**H.**     **Defendants Do Not Directly or Indirectly Infringe Claims 1, 3 or 11 of the '938 Patent and Claims 5 or 6 of the '134 Patent**

**XIII.   CRYSTAL'S ANDA PRODUCT DOES NOT INFRINGE CLAIM 3 OF THE '938
PATENT OR CLAIM 6 OF THE '134 PATENT**





## XIV.   SUPPLEMENTATION

252.   I may use the documents cited and/or listed herein, or portions of those documents, as exhibits at any hearing or trial in this litigation.  I may further prepare and use exhibits that summarize portions of my testimony or key terms or concepts presented therein, or other demonstrative exhibits, at any hearing or trial in this litigation.

253.   I reserve my right to supplement my testimony and this report in response to any judicial determinations, in response to the opinions expressed by Novartis's experts in this litigation and/or in light of additional evidence or testimony brought forth at trial or otherwise brought to my attention after the date of my signature below.

Dated: 10 FEBRUARY 2022   By: _____
(T. FRISCIC)

**APPENDIX 1**

**CUSTODY AND STORAGE CONDITIONS**

**I.**     **SAMPLES RECEIVED**

████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████

| ████ | | ███████ | |
|---|---|---|---|
| ██████████████████████ | | ███████ | |
| ██████████████████████ | | ███████ | |

███████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████

███████████████████████████████████████

████████████████████████████████

| ████ | | ████████ | |
|---|---|---|---|
| ██████████████ | | ████ | |
| ██████████████ | | ████ | |

███████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████



**APPENDIX 2**





# EXHIBIT 1

Tomislav Friščić, Prof.

## Curriculum Vitae

Professor Tomislav Friščić



| | |
|---|---|
| **Languages:** | Croatian (native) |
| | English (fluent) |
| | German (fluent) |
| | French (basic) |

**Group web:**   https://friscic.research.mcgill.ca/
**H-index:**   75 (21,586 citations for 252 publications, Google Scholar search, 7 February 2022)

## Education

**2002-2006**   Ph.D. in Chemistry with Prof. L. R. MacGillivray (February 2006), University of Iowa, USA. Thesis title: *Linear templates and hydrogen bonding as general tools to control reactivity in molecular co-crystals*

**1997-2001**   B. Sc. in Chemistry with Prof. B. Kaitner (October 2001), University of Zagreb, Croatia. Thesis title: *Molecular and Crystal Structures of Schiff Bases Derived from Non-branched Aliphatic α,ω-Diamines and Their Metal Complexes*

## 1. Professional Positions

| | |
|---|---|
| **2021-2028** | Tier-1 Canada Research Chair (most senior Research Chair in Canada) |
| **2019-** | Full Professor, Department of Chemistry, McGill University (youngest Full Professor in the Department) |
| **2016-2019** | Associate Professor, Department of Chemistry, McGill University (Early Tenure promotion) |
| **2018-** | Affiliate Associate Professor, Department of Chemistry & Biochemistry, Concordia University |
| **2016-** | Adjunct Researcher, Institute Ruđer Bošković, Zagreb, Croatia |
| **2011-2016** | Assistant Professor, Department of Chemistry, McGill University |
| **2008-2011** | Herchel Smith Research Fellow in Pharmaceutical Materials Science and Fellow of Sidney Sussex College, Department of Chemistry, University of Cambridge |
| **2006-2008** | Postdoctoral researcher, University of Cambridge Chemistry Department and Pfizer Institute for Pharmaceutical Materials Science with Prof. W. Jones |
| **2003-2006** | Research Assistant, University of Iowa, Iowa, USA |
| **2002-2003** | Teaching Assistant, University of Iowa, USA |
| **2001-2002** | Teaching Assistant, Laboratory for General and Inorganic Chemistry, University of Zagreb |

## 2. Honors, Fellowships and Awards

| | |
|---|---|
| **2022** | NSERC John C. Polany Award ($250,000) |
| **2021** | Tier-1 Canada Research Chair in "Mechanochemistry and Chemistry of Solids" ($1.4M over 7 years) |
| **2021** | "Spiridion Brusina" Medal of the Croatian Society for Natural Sciences (annual award to an outstanding scientist who has supported science in Croatia) |
| **2019** | Visiting Lecturer, Department of Chemistry "Giacomo Ciamician", Universita di Bologna, Bologna, Italy (8-14 Dec 2019) ("Department of Excellence Program") |
| **2019** | Visiting Professor, Université Toulouse III – Paul Sabatier, Toulouse, France (2-29 May 2019) |
| **2019** | Award for Research Excellence in Materials Chemistry, Canadian Society for Chemistry |
| **2018** | National Research Council Steacie Prize for Natural Sciences |
| **2018** | Elected Member of the College of New Scholars, Artists and Scientists of the Royal Society of Canada (junior class of the national academy in Canada) |
| **2018** | Royal Society of Canada Rutherford Memorial Medal in Chemistry |
| **2018** | Elected Member of 2018-2019 Young Scientists cohort of the World Economic Forum |
| **2017-2019** | NSERC E. W. R. Steacie Memorial Fellowship ($250,000 and teaching release over 2 years) |
| **2018-2021** | NSERC Discovery Accelerator ($120,000 over 3 years) |
| **2016** | McGill University Principal's Award for Outstanding Emerging Researchers ($5,000) |
| **2015-2019** | McGill University Dawson Research Scholar (Tier 2 Canada Research Chair equivalent, $125,000 over 5 years) |
| **2015-2017** | McGill University Tomlinson Scientist Award ($50,000 over 3 years) |
| **2014** | RSC ChemComm Emerging Investigator Award and Lectureship 2014 for *Organic Chemistry* (£1500, and 3 lectures: University of Ottawa, University College London and ICCOSS, Japan) |
| **2013** | Fellow of the Royal Society of Chemistry |

Tomislav Friščić, Prof.

| | |
|---|---|
| **2012** | Recognition Letter from the Ministry of Science, Education and Sports of Republic of Croatia for Scientific Contributions |
| **2011** | RSC Harrison-Meldola Memorial Prize and Lectureship ((£3000 & three lectures) for "*developing solid-state methodologies which explore and combine new types of molecular self-assembly*" |
| **2008-2011** | Herchel Smith Research Fellow and Fellow of Sidney Sussex College, Department of Chemistry, University of Cambridge |
| **2010** | Best poster award at the 2010 Winter School on Chemistry and Physics of Materials, Bangalore, India |
| **2008** | Invited young scientist at the Set for Britain exhibition, House of Commons, London, UK |
| **2005** | Research internship in microbial biotechnology in the research group of Glenn R. Johnson, Air Force Research Laboratory, Tyndall Air Force Base, Florida, U.S. |
| **2004** | NSF Workshop on 'Models of Thought Processes: Insights toward Chemical Systems' Arlington, Virginia, USA |
| | University of Iowa Graduate College 3rd Place Award for the Top Presentation in Mathematical & Physical Sciences & Engineering at the James F. Jakobsen Graduate Forum |
| **2003-2006** | Center for Biocatalysis and Bioprocessing Doctoral Fellowship |
| **2002-2003** | Graduate Tuition Scholarship, University of Iowa |
| **2001** | University of Zagreb Faculty of Science Award for Outstanding Achievements |
| **1999-2002** | Head of Croatian Chemical Society Student Division |
| **1999-2001** | Student representative at the University of Zagreb Student Senate |
| **1998** | University of Zagreb Dean's Award for undergraduate research |

## 3. Research Grants and Research Agreements

**Summary:** over $21M in research funding, supporting investigator lead awards, collaborative programs, industry-focused programs, infrastructure, and personnel within the Friščić group.

| Year | Source | Amount | Role |
|---|---|---|---|
| 2021-2024 | NSERC Alliance (industry partner Royal Canadian Mint) | $2,375k | co-PI (with Mauzeroll, Lumb) |
| 2021-2022 | Research contract, Royal Canadian Mint | $150k | co-PI (with Mauzeroll, Lumb) |
| 2021-2028 | Tier-1 Canada Research Chair | $200k/yr x 7yrs | PI |
| 2020-2022 | New Frontiers in Research Fund Exploration Grant | $100k/yr x 2yrs | co-PI (PI Preston) |
| 2019-2021 | GenenTech Collaborative Grant | $230k (USD) | PI |
| 2019-2021 | McGill Wares Science Innovation Prospectors fund grant | $50k | co-PI (PI Preston) |
| 2019-2020 | FRQNT regroupement strategique Centre Quebecois sur les Materiaux fonctionnels (CQMF) Collaborative Grant | $20k | PI (co-PI Wuest) |
| 2019-2020 | McGill Sustainability Systems Initiative (MSSI) Innovation Grant | $75k | co-PI (PI Damha) |
| 2019 | NSERC ENGAGE Grant (Industry partner: Pfizer Montreal) | | PI |
| | Operational funds: | $25k | |
| | Materials and in-kind: | $23.5k | |
| 2018-2023 | Canada Foundation for Innovation (CFI): Innovation Fund 2017 (large infrastructure grant) | total $11.9M | Co-PI (PI Ghoshal with 9 others) |
| 2018-2021 | NSERC Strategic Research Grant (industry partner Ballard) | $193k/year x 3yrs | Co-PI (PI Sun) |
| 2018-2021 | FRQNT Projet de recherche en équipe | | PI (Co-PIs Moores, Auclair, Yaylayan) |
| | Operational funds: | $69k/year x 3yrs | |
| | Equipment: | $31k | |
| 2018-2021 | McGill Sustainability Systems Initiative (MSSI) co-Investigator grant | $360k/year × 3 yrs | co-PI (with 11 others) |
| 2018-2019 | McGill Sustainability Systems Initiative (MSSI) Innovation Grant | $75k | co-PI (PI Auclair) |
| 2018-2019 | IHC4 Green Centre Canada Award | $50k | co-PI (with Auclair) |
| 2017-2020 | NSERC Discovery Accelerator | $40k/year × 3 yrs | PI |
| 2017-2018 | NSERC Idea-to-Innovation (I2I) grant | $125k | PI (co-PI Auclair) |
| 2017-2022 | NSERC Discovery Grant | $106k/year × 5 yrs | PI |
| 2017 | NSERC ENGAGE Grant (Industry partner PROTO) | $25k | PI |
| | Operational funds: | $76k | |
| | Instrument donations | | |

Tomislav Friščić, Prof.

| 2017-2019 | NSERC E. W. R Steacie Memorial Fellowship | $125k/year × 2 yrs | PI |
|---|---|---|---|
| 2016-2017 | Research Contract, Exxon-Mobil | $30k | PI |
| 2015-2018 | FRQNT Projet de recherche en équipe<br>Operational funds:<br>Equipment: | <br>$60k/year x 3yrs<br>$40k | Co-PI (PI Barrett) |
| 2015-2016 | NSERC Idea to Innovation (I2I) grant | $125k | PI (co-PI Li) |
| 2015 | Research Contract, Le Groupe Ultragen Ltee. | $26k | PI |
| 2015-2019,<br>2020-2025 | McGill William Dawson Scholar (Tier-2 Canada Research Chair equivalent) | $25k/year x 5yrs | PI |
| 2015-2017 | McGill University Tomlinson Research Award | $16.7k/year x 3yrs | PI |
| 2014-2017 | NSERC Strategic Research Grant (industry partners: Canetique, Ballard) | $187k/year x 3yrs | PI (with Gostick, Vidal, Sun) |
| 2014-2015 | NSERC ENGAGE Grant (Industry partner IMERYS)<br>Operational funds:<br>in-kind: | <br>$42k<br>$11.5k | PI |
| 2014-2015 | Research Agreement, NESTLE | $324k | PI (co-PI Yaylayan) |
| 2014 | McGill Tomlinson Research in Teaching Grant | $12k | PI (student project) |
| 2013-2014 | McGill Tomlinson Research in Teaching Award | $4k | PI (student project) |
| 2012-2014 | ACS Petroleum Research Fund | $50k/year x 2 yrs | PI (Co-PI Cosa) |
| 2012-2014 | FRQNT Établissement de nouveaux chercheurs<br>Operational funds:<br>Equipment: | <br>$20k/year x 2 yrs<br>$43k | PI |
| 2012-2015 | FRQNT Projet de recherche en équipe<br>Operational funds:<br>Equipment: | <br>$49k/year x 3yrs<br>$12.5k | Co-PI (PI Moores, Co-PIs Li, Braidy) |
| 2012-2017 | NSERC Discovery Grant | $40k/year x 5yrs | PI |
| 2012-2017 | NSERC CREATE in Green Chemistry | $300k/yr x 5yrs ($21k/year to Friščić) | co-applicant (PI: Li, and 9 applicants) |
| 2012 | Canada CFI Leaders Opportunity Fund | $475k | PI |
| 2012 | McGill Sustainability Fund | $52k | PI (with J.-P. Lumb) |
| 2012-2016 | EPSRC RC Grant "Directed Covalent Assembly in the Solid State: towards Predictable Solvent-free Synthesis" | £150k (£20k for TF) | PI: J. K. M. Sanders |
| 2011 | McGill Start-up fund | $150k | PI |
| 2010 | UKF (World Bank) | £133k ($6.7k transferred to McGill) | Co-PI (PI: M. Eckert-Maksić) |
| 2010 | Royal Society equipment grant | £11k | PI |
| 2010 | British Council | £2k | PI |
| 2010 | NanoDTC midiproject | £1.3k | PI |
| 2010 | Departmental Summer Research Studentship | £2k | PI |
| 2009 | NanoDTC miniproject | £800 | PI |
| 2009 | Astra-Zeneca Summer Research Studentship | £2k | PI |
| 2008 | Herchel Smith Research Fellowship in Pharmaceutical Materials Science | £30k | PI |

## 4. Professional Service outside McGill (Editorial roles, Committee membership)

| | |
|---|---|
| **2020** - current | • Chair of the Canadian National Committee for Crystallography (CNCC)<br>• Lead Investigator, NSF Center for the Mechanical Control of Chemistry (CMCC, along with Batteas, Martini, Braunschweig, Carpick, Felts, Freedman, Rappe) |
| **2019**- current | • Selection panel (Bio/Eco/Chem), College of New Scholars, Artists & Scientists of the Royal Society of Canada |
| **2017** - current | • Member, Chemistry Committee of the Croatian Academy of Arts & Sciences |
| **2011** - current | • International Advisory Board of the International Mechanochemical Association (IMA) |
| **2018 - 2020** | • Topic Editor, ACS journal *Crystal Growth & Design*<br>• Early Career Board Member, ACS journal *ACS Sustainable Chemistry & Engineering* |
| **2019 - 2020** | • Guest Editor (with A. J. Cruz-Cabeza, A. Lemmerer, M. D. Ward), Special Issue of ACS journal *Cryst. Growth Des.* in memory of Prof. J. Bernstein |
| **2017 - 2020** | • Canadian Representative in the American Crystallographic Association (ACA) |
| **2016 - 2020** | • Vice-Chair of the Canadian National Committee for Crystallography (CNCC, 2016-) |

Tomislav Friščić, Prof.

| 2013 - 2019 | • Editorial Board member, RSC journal *CrystEngComm* (2013-2016; 2016-2019) |
| 2018 - 2019 | • Guest Editor (with D.-K. Bučar), Special Issue of ACS journal *Cryst. Growth Des.* honoring Prof. W. Jones and his contributions to organic solid-state chemistry (Editorial: *Cryst. Growth Des.* **2019**, *19*, 1479-1487) |
| 2016 | • Guest Editor (with R. Banerjee, G. M. Day and H. Zhang) for the *2016 New Talent* Special Issue of the RSC journal *CrystEngComm* (Editorial: *CrystEngComm* **2016**, *18*, 3963.) (2016) |
| 2015 - 2020 | • Social Media Editor, Crystal Growth & Design (American Chemical Society journal) |
| 2015 - 2017 | • Associate Editor, *Molecular Crystals & Liquid Crystals* (Taylor & Francis journal) (2015-2017) |
| 2014 | • Guest Editor (with C. B. Aakeröy) for the *North America 2014 IYCr Celebration*-themed issue of the RSC journal *CrystEngComm* (Editorial: *CrystEngComm* **2014**, *16*, 7160.) (2014) |
| | • Executive Committee, *Canadian Thermal Analysis Society (CTAS*, 2014-2016*)* |
| 2013 | • Guest Editor (with S. L. James), Special Issue of *Chemical Communications* on "Mechanochemistry: fundamentals and applications in synthesis" (Editorial: *Chem. Commun.* **2013**, *49*, 5349.) (2013) |
| | • Guest Editor (with S. L. James), Special Issue of *Chemical Society Reviews* on "Mechanochemistry" (Editorial: *Chem. Soc. Rev.* **2013**, *42*, 7494.) (2013) |
| 2011 | • Guest Editor (with G. M. Day) for the Special Issue of the RSC journal *CrystEngComm* on "Dynamic behaviour in the solid state" (Editorial: *CrystEngComm* **2011**, *13*, 4303.) (2011) |
| 2008-11 | • Sidney Sussex College Environmental Committee, organizer of the seminar series (2008-2011) |
| | • Student admissions interviewer for Natural Sciences students, Sidney Sussex College (2008-2011) |

## 5. Teaching Experience (not including guest lectures)

| 2021 | • *Advanced Materials Seminars* (F CHEM634, 12 students, 36 lecture hrs, **6 lecture hrs given**) |
| | • *Supramolecular Chemistry* (F CHEM582, 13 students, with Prof. Sleiman, 36 lecture hrs, **18 lecture hours goven**) |
| | • *Advanced Materials Seminars* (W CHEM634, 9 students, with Prof. Harrington, 36 lecture hrs) |
| 2020 | • *Methods in Chemical Biology* (F CHEM520, 24 students, **6 lecture hrs given)** |
| 2016-2017 | • *Advanced Materials Seminars* (CHEM634, 15 students, 36 lecture hrs, **6 lecture hrs given)** |
| | • Coordinator, *Integrated Chemistry Laboratory* (F&W CHEM 392, 40-50 students, 0.5 credits/term) |
| | • *Advanced Materials* (CHEM334, 51 students, 3 credits, 36 lecture hrs, **30 lecture hrs given**) |
| | • *General Chemistry (*CHEM110, 1100 students, together with Profs. Pavelka, Barrett, 3 credits, 36 lecture hrs × 2 sections, **24 lecture hrs given**) |
| 2015-2016 | • Coordinator, *Integrated Chemistry Laboratory* (F&W CHEM 392, 40-50 students, 0.5 credits/term) |
| | • *Advanced Materials* (CHEM334, 44 students, 3 credits, 36 lecture hrs, **30 lecture hrs given**) |
| | • *General Chemistry (*CHEM110, 1100 students, together with Profs. Pavelka, Barrett, 3 credits, 36 lecture hrs × 2 sections, **18 lecture hrs given**) |
| | • *Graduate Student Seminar* (F&W CHEM 650/651, reviewing and grading student notes) |
| 2014-2015 | • *Advanced Materials Seminars* (CHEM634, 6 students, 36 lecture hrs, **6 lecture hrs given)** |
| | • Coordinator, *Integrated Chemistry Laboratory* (F&W CHEM 392, 40-50 students, 0.5 credits/term) |
| | • *Advanced Materials* (CHEM334, 43 students, 3 credits, 36 lecture hrs, **30 lecture hrs given**) |
| | • *General Chemistry (*CHEM110, 1000-1200 students, together with Profs. Pavelka, Kakkar, 3 credits, 36 lecture hrs × 2 sections, **24 lecture hrs given**) |
| | • *Graduate Student Seminar* (F&W CHEM 650, reviewing and grading student lecture notes) |
| 2013-2014 | • Coordinator, *Integrated Chemistry Laboratory* (F&W CHEM 392, 40-50 students, 0.5 credits/term) |
| | • *Advanced Materials* (CHEM334, 35 students, 3 credits, 36 lecture hrs, **32 lecture hrs given**) |

4

Tomislav Friščić, Prof.

| | |
|---|---|
| 2012-2013 | • *General Chemistry* (CHEM110, 1000-1200 students, together with Profs Bohle, Kakkar, 3 credits, 36 lecture hours × 2 sections, **24 lecture hours given**)<br>• *Graduate Student Seminar* (F&W CHEM 650, reviewing and grading student lecture notes)<br>• Coordinator, *Integrated Chemistry Laboratory* (F&W CHEM 392, 40-50 students, 0.5 credits/term)<br>• *Advanced Materials* (CHEM334, 32 students, 3 credits, 36 lecture hrs, **32 lecture hrs given**) |
| 2011-2012 | • *General Chemistry* (CHEM110, 1000-1200 students, together with Profs Bohle, Fenster, Kakkar, 3 credits, 36 lecture hours × 2 sections, **24 lecture hrs given**)<br>• Coordinator, *Integrated Chemistry Laboratory* (F&W CHEM 392, 40-50 students, 0.5 credits/term)<br>• *Advanced Materials* (CHEM334A, 20-30 students, with Prof. Theodorus van de Ven, 3 credits, 36 lecture hours, **18 lecture hours given**) |
| 2010-2011 | • Director of Supervision, Sidney Sussex College, University of Cambridge<br>• Lecturer for the course *Chemistry of Materials*, University of Cambridge |
| 2006-2011 | • Supervision of undergraduate and M. Sc. students at the University of Cambridge:<br>(1st year - part IA): *Shapes and Structures of Molecules; Energetics and Equilibria; Chemical Kinetics; Chemistry of the Elements*<br>(2nd year - part IB): *Coordination Chemistry; Inorganic Rings; Organometallic Chemistry*<br>(3rd year - part II): *Chemistry of Materials*<br>(4th year - part III M.Sc. students): *Organic Solids (co-authored a tutorial with Prof. W. Jones)* |
| 2002-2006 | • Lecturer and demonstrator at 'University of Iowa Working Weekends' workshops for college professors and students, subjects:<br>*X-ray crystallography (co-authored a tutorial with Prof. Leonard R. MacGillivray)*<br>*NMR spectroscopy* |
| 2002-2003 | • Teaching Assistant at the University of Iowa Chemistry Department:<br>*Organic Chemistry Laboratory, Principles of Chemistry* |
| 2001-2002 | • Teaching Assistant at the University of Zagreb, Chemistry Department:<br>G*eneral Chemistry Laboratory (co-authored a tutorial with Dr N. Judaš)* |
| 1997-2001 | • Supervision of undergraduate (2 students) and high school students (1 student) |

## 6. Guest course lectures

| | |
|---|---|
| 2019-2020 | • *Green Chemistry and Catalysis* (Fall, CHEM 462, 1.5 hours)<br>• *Structural Organic Chemistry* (Fall, CHEM 532, 1.5 hours) |
| 2018-2019 | • *Advanced Materials Seminar/QCAM Seminar* (Winter, CHEM 634, 1.5 hours)<br>• *Green Chemistry and Catalysis* (Fall, CHEM 462, 1.5 hours) |
| 2017-2018 | • *Physical Chemistry Laboratory 2* (Winter, CHEM 283, 3 week laboratory on diffraction and structure of solids, with R. S. Stein)<br>• *Advanced Materials Seminar* (Winter, CHEM 634, 1.5 hours)<br>• *Fundamentals of Spectroscopy* (Winter, CHEM 603, 1.5 hours)<br>• *Green Chemistry and Catalysis* (Fall, CHEM 462, 1.5 hours) |
| 2016-2017 | • *Physical Chemistry Laboratory 2* (Winter, CHEM 283, 3 week laboratory on diffraction and structure of solids, with R. S. Stein)<br>• *Why Chemistry?* (Fall, CHEM199, 1.5 hours) |
| 2015-2016 | • *Why Chemistry?* (Fall, CHEM199, 1.5 hours)<br>• *Green Chemistry and Catalysis* (Fall, CHEM 462, 1.5 hours) |
| 2014-2015 | • *Why Chemistry?* (Fall, CHEM199, 1.5 hours)<br>• *Polymer Chemistry* (Fall, CHEM 574, 1 hour) |
| 2013-2014 | • *Advanced Materials Seminars* (Fall, CHEM 634, 3 hours)<br>• *Small Molecule Crystallography* (Winter 2014 CHEM 533, 3 hours)<br>• *Polymer Chemistry* (Fall, CHEM 574, 1.5 hours)<br>• *Green Chemistry and Catalysis* (Fall, CHEM 462, 1.5 hours)<br>• *Why Chemistry?* (Fall CHEM199, 1.5 hours) |
| 2012-2013 | • *Supramolecular Chemistry* (Winter 2013, CHEM 582, 2 hours) |

5

Tomislav Friščić, Prof.

| 2011-2012 | • *Polymer Chemistry* (Fall 2012, CHEM 574, 1.5 hours)<br>• *Green Chemistry and Catalysis* (Fall 2012, CHEM 462, 1.5 hours)<br>• *Seminars in Advanced Materials* (Fall 2011, CHEM 634, 3 hours)<br>• *Structural Organic Chemistry* (Fall 2011, CHEM 352, 1 hour)<br>• *Inorganic Chemistry 1* (Fall 2011,CHEM 281, 1 hour)<br>• *Small Molecule Crystallography* (Winter 2012 CHEM 533, 1.5 hours) |
|---|---|

## 7. Departmental Service

- Chair, Departmental Awards Committee (2019-current )
- Director of the newly established X-ray diffraction facility, Department of Chemistry (2018-current)
- Green/Polymer Chemistry Position Search Committee (2019/2020)
- Theory Position Search Committee (2017/2018)
- Materials Position Search Committee (2016/2017)
- Green Chemistry Position Search Committee (2016/2017)
- Theoretical/Modeling Position Search Committee (2014/2015)
- U3 Student Advisor (2015)
- U2 Student Advisor (2013, 2014)
- U1 Student Advisor (2012)
- President of the McGill Chemical Society (2013-2016)
- Chair, Endowed Lectureships Committee (2013-2016)
- Evaluation of General Chemistry (CHEM110) Placement Exams (2014, 2015)
- Scholarships Committee (2013)
- Curriculum Committee, Department of Chemistry, McGill University (2012, 2013)
- NMR/EPR Users Group, Department of Chemistry, McGill University (2012-2014)
- X-ray Users Group, Department of Chemistry, McGill University (2012-2017)
- Graduate Admissions Committee, Department of Chemistry, McGill University (2011-2017)
- Executive Committee of the NSERC Create (PI: C. J. Li; $1.5M over 5 years, (2012-2017)
- Presenter at the "*What's hot in science*" undergraduate student event, Department of Chemistry (2012,2013)

## 8. University Service

| 2021 | • McGill University NSERC M.Sc. Scholarships Review Committee |
|---|---|
| 2020 | • Presenter at "*Sun and Science*" online event, McGill University (05/06/2020)<br>• Presenter at "*Soup and Science*" event, Redpath Museum, McGill University (13/1/2020)<br>• McGill University NSERC M.Sc. Scholarships Review Committee<br>• University Tenure Committee (Faculty of Agricultural and Environmental Sciences)<br>• Selection committee for the Principal's Prize for Outstanding Emerging Researchers |
| 2019 | • McGill University NSERC M.Sc. Scholarships Review Committee<br>• University Tenure Committee (Faculty of Agricultural and Environmental Sciences)<br>• Selection committee for the Principal's Prize for Outstanding Emerging Researchers |
| 2018 | • University Tenure Committee (Medicine)<br>• McGill University NSERC M.Sc. Scholarships Review Committee<br>• McGill Sustainability Systems Initiative co-PI (2018-) |
| 2017 | • University NSERC Doctoral Scholarships Review Committee<br>• Pro-Dean, Doctoral Thesis defense, Junie S. Carriere, McGill University (02/11/2017)<br>• Faculty Marshal, McGill University Science Convocation (31/10/2017)<br>• Green Process Engineering Position Search Committee, External Member, Department of Chemical Engineering, McGill University (2017)<br>• Faculty Marshal, McGill University Science Convocation (05/06/2017)<br>• Pro-Dean, Doctoral Thesis defense, Saloumeh Ghasemian, McGill University (27/04/2017)<br>• Presenter at the Strategic Partnership - Project grant workshop (24/04/2017)<br>• Selection committee for the Principal's Prize for Outstanding Emerging Researchers<br>• Departmental Tenure Committee<br>• Presenter at "*Soup and Science*" event, Redpath Museum, McGill University (17/1/2017) |

Tomislav Friščić, Prof.

| | |
|---|---|
| **2016** | • McGill Sustainability Sciences and Technologies Lightning Talk " Chemistry 2.0 or a new system of chemical synthesis" (21/11/2016) |
| | • Pro-Dean, Doctoral Thesis defense, Omid Makhmali, McGill University (23/11/2016) |
| **2015** | • Pro-Dean, Doctoral Thesis defense, Rochelle Herrington, McGill University (14/10/2015) |
| | • Faculty Marshal, McGill University Science Convocation (02/06/2015) |
| **2014** | • Pro-Dean, Doctoral Thesis defense, Mona Aflaki, McGill University (11/12/2014) |
| | • Chair of the Evaluation Committee for Physical Sciences and Poster Judge, McGill University Undergraduate Research Conference (2/10/2014) |
| | • Presenter at "*Soup and Science*" event, Redpath Museum, McGill University (10/9/2014) |
| | • Organizer and presenter at Chemistry Department presentation to visiting students from Leys School, Cambridge, UK (11/7/2014) |
| | • McGill University Delegate (with Prof. L. Pavelka) *15th Annual Southern Ontario Graduate Information Session* (GIS, McMaster University, ON, 18/1/2014) |
| **2013** | • Freshmen Interest Group (FIG) leader, McGill University, five 1-hour sessions Sep 2013- Dec 2013 |
| | • Poster Judge, McGill University Undergraduate Research Conference (10/10/2013) |
| | • Pro-Dean, Doctoral Thesis defense, Yu Ping Zhang, McGill University (13/2/2013) |
| | • Pro-Dean, Doctoral Thesis defense, Yasmin D'Souza, McGill University (18/3/2013) |
| **2012** | • Freshmen Interest Group (FIG) leader, McGill University, altogether five 1-hour sessions Sep-Dec 2012 |
| **2011** | • Presenter at "*Soup and Science*" event, Redpath Museum, McGill University (16/9/2011) |

## 9. Thesis Evaluation

| | |
|---|---|
| **2021** | • Internal examiner, Ph.D. Thesis, Jianbin Li (Prof. C.-J. Li), McGill University (9/11/2021) |
| | • External examiner, Ph.D. Thesis, Duane Hean (Prof. M. Wolf), University of British Columbia (29/10/2021) |
| | • External examiner, Ph.D. Thesis, Mahmoud Bassad Rammal (Prof. S. Omanovich), McGill University (24/08/2021) |
| | • Examiner, Ph.D. Thesis, William Odette (Prof. J. Mauzeroll), McGill University (20/07/2021); *first in-person defense in the Chemistry Department after the COVID-19 pandemic.* |
| **2020** | • External examiner, Doctoral Thesis, Artiom Skripka (Prof. F. Vetrone), INRS (15/10/2020) |
| | • Examiner, Ph.D. Thesis, Huseyin Erguven (Prof. B. A. Arndtsen), McGill University (19/02/2020) |
| | • Examiner, Ph.D. Thesis, Ghada Ayoub (Prof. T. Friščić), McGill University (5/02/2020) |
| **2019** | • Examiner, Ph.D. Thesis, Ivana Brekalo (Profs. K.T. Holman and T. Friščić), McGill University, (19/12/2019) |
| | • Examiner, Ph.D. Thesis, Patrick A. Julien (Prof. T. Friščić), McGill University, (16/12/2019) |
| | • Examiner, Ph.D. Thesis, Igor Huskić (Prof. T. Friščić), McGill University, (16/07/2019) |
| | • Examiner, Ph.D., A. G. Vidales (Prof. S. Omanovich), McGill University (01/02/2019) |
| | • Examiner, Doctoral Thesis, Luzia S. Germann (Prof. R. Dinnebier), University of Stuttgart (25/01/2019) |
| **2018** | • External examiner, Doctoral Thesis, Yufeng Zhou (Prof. F. Rosei), INRS (14/11/2018) |
| **2017** | • Examiner, Ph.D. Thesis, Zhaomin Liu (Prof. N. Moitessier), McGill University (7/11/2017) |
| | • Deputy Chair, Ph.D. Thesis, Jevgenijs Tjutrins (Prof. B. A. Arndtsen), McGill University (3/8/2017) |
| | • Examiner, Ph.D. Thesis, Mingxin Liu (Prof. C.-J. Li), McGill University (15/6/2017) |
| | • Examiner, Ph.D. Thesis, Davin Tan (Prof. T. Friščić), McGill University, (29/03/2017) |
| | • External Examiner, Ph.D. Thesis, John Thompson (Profs. D. B. Leznoff, V. E. Williams, Simon Fraser University, (7/03/2017) |
| | • Examiner, Ph.D. Thesis, Simon Girard (Prof. C.-J. Li), McGill University, (23/02/2017) |
| | • External Examiner, Ph.D. Thesis, Yue Huang (Profs. F. Vetrone, F. Rosei, INRS Varennes, (21/02/2017) |
| **2016** | • External Examiner, Ph.D. Thesis, Edwin S. Tjandra (Profs. C. L. Raston, S. Dunlop, The University of Western Australia, (10/06/2016) |
| | • Internal Examiner, Ph.D. Thesis, Oleksandr S. Bushuyev (Prof. C. J. Barrett) McGill University, (06/04/2016) |
| | • Examiner, Ph.D. Thesis, Cristina Mottillo (Prof. T. Friščić), McGill University, (31/03/2016) |
| **2015** | • Examiner, Ph.D. Thesis, Wei C. Chen (Prof. T. van De Ven) McGill University, (09/12/2015) |
| | • Examiner, Ph.D. Thesis, Mohamed A. Mezour (Prof. A. Kakkar) McGill University, (27/11/2015) |
| | • External Examiner, Ph.D. Thesis, Paolo Marques de Oliveira, Ecole des Mines d'Albi (Prof. M. Baron), Albi, France (30/10/2015) |
| | • External Examiner, Ph.D. Thesis, Yue Hu, University of Western Ontario (Prof. Y. Huang), London, ON (20/08/2015) |
| | • Examiner, Ph.D. Thesis, Tina Lam (Prof. A. Kakkar) McGill University, (07/08/2015) |

7

Tomislav Friščić, Prof.

• Examiner, Ph.D. Thesis, Timothy Morse (Prof. M. Andrews) McGill University, (04/08/2015)
• Examiner, Ph.D. Thesis, Nils Backeberg (Prof. C. Rowe) McGill University, Department of Earth & Planetary Science  (03/08/2015)

**2014**
• External Examiner, Ph.D. Thesis, Helene Wahl, Stellenbosch University (Profs. T. le Roex, D. A. Haynes), South Africa (3/10/2014)
• Examiner, M.Sc. Thesis, Laura Brothers (Prof. D. S. Bohle), McGill University (17/10/2014)
• Examiner, Ph.D. Thesis, Monika J. Rak (Prof. A. H. Moores), McGill University (28/8/2014)

**2013**
• External Examiner, M.Sc. Thesis, Yuancheng Zhang (Prof. S. L. James), Queen's University Belfast, Belfast, UK (21/11/2013)
• External Examiner, M.Sc. Thesis, Yue Zhang (Prof. S. L. James), Queen's University Belfast, Belfast, UK (21/11/2013)
• External Examiner, M.Sc. Thesis, Aurélie Regnaud (Profs. A. Kakkar & C.-J. Li), McGill University (30/10/2013)
• Examiner, Ph.D. Thesis, Reuben H. Hudson (Prof. A. H. Moores), McGill University (11/10/2013)
• Examiner, Ph.D. Thesis, Anjali Sharma (Prof. A. Kakkar), McGill University (10/10/2013)
• External Examiner, Ph.D. Thesis, Minh-Hao Pham (Prof. T.-O. Do), Université Laval (4/7/2013)

**2012**
• Examiner, Ph.D. Thesis, Erin Dodd (Prof. D. S. Bohle), McGill University (7/6/2012)
• Examiner, Ph.D. Thesis, Kylie Luska (Prof. A. H. Moores), McGill University (25/5/2012)

## 10. Outreach Activities

**2020**
• Co-author on a statement in support of diversity, equity and inclusion in Chemistry: C. A. Urbina-Blanco, S. Z. Jilani, I. R. Speight, M. J. Bojdys, T. Friščić, J. F. Stoddart, T. L. Nelson, J. Mack, R. A. S. Robinson, E. A. Waddell, J. L. Lutkenhaus, M. Godfrey, M. I. Abboud, S. O. Aderinto, D. Aderohunmu, L. Bibič, J. Borges, V. M. Dong, G. Ferrins, F. M. Fung, T. John, F. P. L. Lim, S. L. Masters, D. Mambwe, P. Thordarson, M.-M. Titirici, G. D. Tormet-González, M. M. Unterlass, A. Wadle, V. W.-W. Yam, Y.-W. Yang "A Diverse View of Science to Catalyse Change" *Angew. Chem. Int. Ed.* **2020**; *Nature Chem.* **2020**; *J. Am. Chem. Soc.* **2020**; *Chem. Sci.* **2020**.

**2019**
• TEDxMontreal invited talk on sustainable chemistry and mechanochemistry (Montreal, 9 Feb 2019)

**2014**
• Newswise Live Event of the American Institute of Physics: live discussion with experts panel (Nobel Laureate Shechtman, Zema, Bacchi, Friščić, Garciá-Ruiz (Montreal, 7 Aug 2014)

**2011**
• Presentation at the Marianopolis College CEGEP "*How to be efficient and environmentally-friendly at the same time: solid-state chemistry of materials and molecules*" Montréal, Quebéc, Canada (18 Oct 2011)

**2010**
• Presentation at Denbigh School "*The language of Molecules (Supramolecular Chemistry)*" Milton Keynes, UK (20 May 2010)
• Invited guest lecturer on "*Selected Topics in Chemistry*" at Department of Chemistry, University of Zagreb

**2007**
• Invited lecturer at the Zagreb Summer School of Chemistry, Zagreb, Croatia for the student participants in the International Chemistry Olympiad.

**2000**
• Lecturer in a series of lectures on development and history of chemistry '10 Chemical Experiments'; Technical Museum, Zagreb, Croatia

## 11. Proposal and Institution Reviewer (selection)

**2021**
• Panel member, ERC Advanced Grant program
• ACS-PRF New Direction Grant Reviewer
• NSERC Discovery Grant Reviewer

**2020**
• Panel member, NSF Materials Science grants

**2019**
• Texas A&M NSF Research Center Proposal Reviewer
• NSERC Collaborative Research and Development Grant Reviewer
• NSERC Discovery Grant Reviewer

**2018**
• Swiss National Science Foundation (Switzerland) Grant Reviewer
• EPSRC (UK) Grant Reviewer
• Tier 1 Canada Research Chair Reviewer (University of Windsor)
• European Research Council (ERC) Starting Grants Reviewer

**2016**
• ACS Petroleum Research Fund (USA)
• Mitacs Accelerate Grant (Canada)

Tomislav Friščić, Prof.

|      | |
|------|---|
|      | • EPSRC First Grant (UK) |
|      | • Tianjin University Faculty promotion (China) |
| 2015 | • NSERC Discovery Grant (Canada) |
| 2014 | • The Royal Society, University Research Fellowship (UK) |
|      | • NSERC Discovery Grant (Canada) |
|      | • CFI John R. Evans Leaders Fund (Canada) |
|      | • National Research Foundation (South Africa) |
| 2013 | • NSERC Discovery Grant (Canada) |
| 2012 | • NSERC Industrial Research Chair for Colleges application (IRCC, Canada) |
|      | • Junior Research Fellowship application, Durham University (UK) |
|      | • Institute Ruđer Bošković academic staff promotion (Croatia) |
|      | • Kentucky Science and Engineering Foundation R&D Excellence awards (USA) |
| 2009 | • Leverhulme Trust grant application (UK) |

## 12. Reviewer for journals (around 50 manuscripts per year)

| | |
|---|---|
| **RSC** | Chemical Communications, Chemical Society Reviews, Chemical Science, Journal of Materials Chemistry, Green Chemistry; CrystEngComm, New Journal of Chemistry |
| **ACS** | Journal of the American Chemical Society, Chemistry of Materials; Organic Letters, Crystal Growth and Design, Journal of Organic Chemistry |
| **WILEY** | Angewandte Chemie International Edition, Chemistry - A European Journal, Advanced Functional Materials, ChemCatChem |
| **NPG** | Nature Chemistry, Nature Communications |
| **ELSEVIER** | Journal of Chemical Crystallography, Journal of Coordination Chemistry, Catalysis Letters |
| **OTHER** | Beilstein Journal of Organic Chemistry, Zeitschrift fur Allgemeine und Anorganische Chemie |

## 13. Conference, workshop and symposia organization

| | |
|---|---|
| **2021** | • Organizing Committee Member, 4th Symposium on Supramolecular Chemistry (*SupramolChem2021*) (hybrid meeting, Zagreb, Croatia, 10 Dec 2021). |
|      | • International Scientific Committee Member, 27th Annual Meeting of Croatian Chemists and Chemical Engineers (HSKIKI-27) (Mali Lošinj, Croatia, 4-8 Oct 2021). |
|      | • Planning Committee for the 2026 General Assembly of the International Union for Crystallography (IUCr), to be jointly organized by the Canadian National Committee for Crystallography (CNCC), U.S. National Committee for Crystallography (USNC/Cr) and the American Crystallographic Association (ACA). |
|      | • Co-organizer, *Mechanochemistry and Tribochemistry - New Chemistry for the Future*, Symposium at the joint 51st International Union for Pure and Applied Chemistry (IUPAC) General Assembly, 48th World Chemistry Congress and 104th Canadian Chemistry Conference & Exhibition (with J. Batteas, E. Colacino, 13-20 Aug 2021) |
|      | • Co-organizer, *Mechanochemistry for clean and sustainable synthesis: advances and challenges*, Symposium #133 at the 2021 Pacifichem meeting (with F. Garcia, H. Ito, G.-W. Wang, 16-21 Dec 2021) |
| **2020** | • Organizing Committee Member, 4th Symposium on Supramolecular Chemistry (SupramolChem 4), Department of Chemistry, Faculty of Science, University of Zagreb (Zagreb, Croatia, 11 December 2020 – *postponed to 2021*) |
|      | • Co-organizer, 6.5th Crystal Engineering and Emerging Materials Workshop of Ontario and Quebec, CEMWOQ-6.5 (with A. J. Howarth, L. N. Dawe, N. Vukotic, D. J. Shields, L. S. Germann; online international conference *in lieu* of CEMWOQ-7, 30-31 May 2020) |
|      | • Organizer, *A Mini-Symposium of Opportunity: Advances in Engineering Molecular and Framework Solids* (Department of Chemistry, McGill University, 24 February 2020) |
| **2019** | • Co-organizer, *Implementing Mechanochemistry Processes in Chemical Manufacturing & Research* Symposium at the 23rd Annual Green Chemistry & Engineering Conference and 9th International Conference on Green and Sustainable Chemistry (with A. H. Moores, J. Mack, Reston, VA, USA, 9-11 June 2019) |
|      | • Organizing Committee Member, 6th Crystal Engineering and Emerging Materials Workshop of Ontario and Quebec, CEMWOQ-6 (Concordia University, Montreal, 30 June – 1 July 2019) |
|      | • Co-organizer, *NMR Crystallography,* 2019 Annual Meeting of the American Crystallographic Association (with M. Mehta, Covington, KY, USA, 22 July, 2019) (Symposium #2.1.4) |
| **2018** | • Lecturer, "*Train the Facilitators Workshop*", 5-day intense Green Chemistry course organized by Yale University and UNIDO (Belgrade, Serbia, 26-30 November 2018) |

Tomislav Friščić, Prof.

- Co-organizer, *Mechanochemistry: structure and reaction*, microsymposium MS-37 at the 31st European Crystallographic Meeting (Oviedo, Spain, 25 August 2018)
- Co-organizer, *M-CHEM: A Whole Lot of Shaking Going On*, ORGN mechanochemistry symposium at the 256th ACS National Meeting (Boston, USA, 20 August 2018)
- Organizer, 5th Crystal Engineering and Emerging Materials Workshop of Ontario and Quebec, CEMWOQ-5 (Montreal, 16-19 July 2018)
- Co-organizer, *NMR Crystallography,* 2018 Annual Meeting of the American Crystallographic Association (with M. Mehta, Toronto, 22 July, 2018) (Symposium #2.1.3)

2017
- Discussion Leader, Gordon Conference on Preclinical Form & Formulation for Drug Discovery (Stoweflake, VT, 5-9 June 2017)
- Organizing Committee Member, 4th Crystal Engineering and Emerging Materials Workshop of Ontario and Quebec, CEMWOQ-4 (Waterloo, 26-28 May 2017)
- Co-organizer, *NMR Crystallography,* 67th Annual Meeting of the American Crystallographic Association (with M. Mehta, New Orleans, May 28, 2017) (Symposium #2.1.4)

2016
- Organizing Committee Member, Third Crystal Engineering and Emerging Materials Workshop of Ontario and Quebec, CEMWOQ-3 (Windsor, 13-14 May 2016)

2015
- <u>Co-organizer</u>, *Mechanochemistry and solvent-free chemistry*, Pacifichem 2015 (with E. Juaristi, C. L. Raston (Honolulu, Dec 15-20, 2015) (Symposium #322)
- Organizer, *Crystal Engineering Form & Function*, American Crystallographic Association Annual Meeting (with P. Wood, Philadelphia, Jul 25-29, 2015) (Symposium #2.1.2)
- Organizer, *Growth, Structure and Application of Multi-Component Crystals*, 29th European Crystallographic Meeting, ECM-29 (with C. Frampton, Rovinj, Croatia, Aug 23-28, 2015) (Micro-symposium #34)
- Organizing Committee Member, Second Crystal Engineering and Emerging Materials Workshop of Ontario and Quebec, CEMWOQ-2 (Guelph, 11-12 June 2015)

2014
- <u>Organizer</u>, The First Crystal Engineering and Emerging Materials Workshop of Ontario and Quebec, CEMWOQ-1 (Montreal, 20 May 2014)
- <u>Organizer</u> "How to Publish Your Research in High-Impact Journals" NSERC CREATE Workshop (Montreal, 23 May 2014)
- <u>Organizing Committee Co-Chair,</u> 170th Faraday Discussion (Mechanochemistry)**,** McGill University, Montreal, Canada (May 21-23, 2014, Committee members: S. L. James, J. W. Steed, E. Boldyreva, C. Bolm, J. Mack)

2013
- <u>Co-organizer</u>, International Symposium on Mechanochemistry in Synthesis and Nanoscience (Warsaw-Ossa, Poland, Sep 21-24, 2013) (with J. Lewinski, Warsaw University of Technology and B. A. Grzybowski, Northwestern University)
- <u>Co-organizer</u>, NSERC CREATE in Green Chemistry: *Sustainable Innovation through Green Chemistry Workshop and Case Competition* (McGill University, Sep 13-14, 2013)
- <u>Co-organizer</u>, *Contemporary Crystal Engineering*, ACA Meeting, Honolulu, USA (20-24 July, 2013, with K. T. Holman, Georgetown University)
- <u>Organizer</u>, NSERC CREATE in Green Chemistry Workshop "*Self-assembly in the solid state as a route to greener chemical processes*" (McGill University, May 31, 2013): 50 attendees, 12 posters and 5 speakers
- <u>Co-organizer</u>, *Green Chemistry Symposium* at the 96th Canadian Chemistry Conference and Exhibition, Quebec City (26-30 May 2013) (with A. H. Moores, McGill University and A. Goredema, Xerox Inc.)
- <u>Co-organizer</u>, *Green Chemistry Colloque*, 81e Congrès de l'ACFAS (6-10 May 2013) (with P. McBreen, T.-O. Do, Laval University)

2012
- <u>Organizer</u>, *Mini-Symposium of the Centre for Self-Assembled Chemical Structures*, Montreal (17 July 2012)
- <u>Session Chair</u>, *Symposium on Gas Capture Materials*, 95th Canadian Chemistry Conference and Exhibition, Calgary (26-30 May 2012)
- <u>Session Chair</u>, *Physical Chemistry and Spectroscopy Session*, Eurasia 12 Conference on Chemical Science, Corfu, Greece (16-21 April 2012)

## 14. Membership in professional organizations

FRQNT Centre for Green Chemistry and Catalysis (CGCC); FRQNT Centre for Self-Assembled Structures (CSACS); American Chemical Society; Royal Society of Chemistry, Canadian Chemical Society, Croatian Chemical Society; European Crystallographic Association; American Crystallographic Association; International Mechanochemical Association; Canadian Thermal Analysis Society

## 15. Publication List

Tomislav Friščić, Prof.

**Summary:** 252 published or accepted publications, 20,782 citations (H-index 74, Google Scholar search on 9/11/2021); 17 book chapters; 202 invited or plenary talks; 46 regular conference oral presentations; 39 conference posters; almost 250 conference presentations (oral and poster) by HQP (trainee students and postdoctoral researchers).

The symbol * indicates the corresponding author. Underlined are the Friščić group HQP.

**L**:*letter*, **C**:*communication*, **F**:*full paper*, **R**:*review*, **B**:*book chapter*, **H**:*highlight*, **E**:*editorial/conference report*

## Book chapters

### 1) Book chapters as an Assistant/Associate/Full Professor at McGill

**17.** (**B**) T. Friščić* "Mechanochemistry in cocrystal synthesis" in: Co-crystals – Preparation, Characterization and Applications: Monographs in Supramolecular Chemistry, Editor: C. B. Aakeröy, A. S. Sinha, RSC (2018), 147-193.
**16.** (**B**) D. Tan, T. Friščić* "Mechanochemically-enhanced organic transformations" in: Sustainable Catalysis: Energy efficient reactions and Applications, Editors: F. Lam and R. Luque, John Wiley & Sons, New York (2018), 155-176.
**15.** (**B**) C. Mottillo, T. Friščić* "Supramolecular Mechanochemistry" in: Comprehensive Supramolecular Chemistry II, Editor: L. Barbour, Elsevier (2017), 101-137.
**14.** (**B**) I. Huskić, T. Friščić* "Carbon: Inorganic Chemistry" in: The Encyclopedia of Inorganic and Bioinorganic Chemistry, Editor: R. A. Scott, John Wiley & Sons, New York (2015).
**13.** (**B**) T. Friščić, P. Julien, C. Mottillo "Environmentally-friendly designs and syntheses of metal-organic frameworks (MOFs)", in: *Green Technologies for the Environment*, Eds.: R. Luque & S. O. Obare, ACS Symposium Series (2014)
**12.** (**B**) T. Friščić "Ball milling mechanochemical synthesis of coordination bonds: discrete units, polymers and porous materials", in: *Ball Milling Towards Green Synthesis*, Eds.: A. Stolle & B. Ranu, RSC Publishing (2014)
**11.** (**B**) T. Friščić "Mechanochemical approaches to metal-organic frameworks", in: *Metal-organic framework materia Is* Eds.: C. Lukehart & L. R. MacGillivray and *Encyclopedia of Inorganic and Bioinorganic Chemistry*, Ed. R. A. Scott, John Wiley & Sons (2014)
**10.** (**B**) T. Friščić "Chemistry through ball milling", *McGraw-Hill Yearbook of Science & Technology*", McGraw-Hill (2013)
**9.** (**B**) T. Friščić, D. B. Varshney, E. Elacqua, J. C. Sumrak, A. N. Sokolov, L. R. MacGillivray "Molecular Self-Assemblies in Co-Crystals: Engineering Chemical Reactivity and Organic Semiconductor Materials", in: "Molecular Self-Assembly: Advances and Application" Ed. Alex Li, Pan Stanford Publishing (2012)
**8.** (**B**) D. B. Varshney, J. R. G. Sander, T. Friščić, L. R. MacGillivray "Supramolecular Interactions", in: "Supramolecular Chemistry: From Molecules to Nanomaterials" Eds. Jonathan W. Steed & Philip Gale, Wiley (2012)

### 2) Book chapters as a Research Fellow, University of Cambridge

**7.** (**B**) T. Friščić, W. Jones "Development of liquid-assisted grinding (LAG) for the synthesis of hydrogen-bonded and coordination frameworks", in: "Frontiers in Mechanochemistry and Mechanical Alloying", published by International Mechanochemistry Association and National Metallurgy Laboratory, India (2011)
**6.** (**B**) T. Friščić, W. Jones "Application of mechanochemistry in the synthesis and discovery of new pharmaceutical forms: cocrystals, salts and coordination compounds", in: "Pharmaceutical salts and cocrystals" Eds. Johan Wouters & Luc Quere, RSC (2011)
**5.** (**B**) L. Fábián, T. Friščić "Shape and Polarity in Cocrystal Formation: Database Analysis and Experimental Validation", in: "Pharmaceutical salts and cocrystals" Eds. Johan Wouters & Luc Quere, RSC (2011)
**4.** (**B**) T. Friščić "Towards mechanochemical synthesis of metal-organic frameworks (MOFs): from coordination polymers and lattice inclusion compounds to porous materials", in: "Metal-Organic Frameworks: Design and Application" Ed. Leonard R. MacGillivray, John Wiley & Sons (2010)

### 3) Book chapters as a Post-doctoral researcher and as a graduate student

**3.** (**B**) T. Friščić, L. R. MacGillivray* "Supramolecular approaches to building crystalline solids from crystalline solids" in: "Making crystals by design – from molecules to molecular materials, methods, techniques, applications", Eds. D. Braga and F. Grepioni, Wiley-VCH, Weinheim (2007).
**2.** (**B**) T. Friščić, L. R. MacGillivray* "Template-Controlled Solid-State Synthesis: Towards a General Form of Covalent Capture in Molecular Solids" in: *Frontiers in Crystal Engineering*, E. R. T. Tiekink and J. J. Vittal, Eds., John Wiley & Sons, New York (2006).
**1.** (**B**) T. Friščić, L. R. MacGillivray* "The Inorganic Chemistry of Carbon" in: The Encyclopedia of Inorganic Chemistry, 2nd Edition, Editor: R. B. King, John Wiley & Sons, New York (2005).

## Publications

### Currently submitted/in preparation

**259.** (**C**) L. Gonnet, C. B. Lennox, J.-L. Do, I. Malvestiti, S. G. Koenig*, K. Nagapudi*, T. Friščić* "Metal-Catalyzed Organic Reactions by Resonant Acoustic" (submitted, *ChemRxiv:* doi:10.33774/chemrxiv-2021-gj7tq)
**258.** (**C**) J. M. Marrett, H. M. Titi, T. Friščić* " Wittig olefination "baking powder": a hexameric halogen-bonded phosphonium salt cage for encapsulation and mechanochemical transformation of small-molecule carbonyl compounds" (submitted, *ChemRxiv:* doi:10.33774/chemrxiv-2021-0fg9k)
**257.** (**C**) H. M. Titi, J. M. Marrett, O. Jobin, C. Mottillo, B. G. Fiss, A. H. Moores, É. Robert, R. D. Rogers, T. Friščić* "Metal-organic frameworks induce hypergolic ignition of bulk metals" (submitted, also on *ChemRxiv* doi:10.33774/chemrxiv-2021-f4dh4)

11

Tomislav Friščić, Prof.

**256. (C)** S. Sobczak, A. M. Fidelli, J.-L. Do, G. Demopoulos*, A. Moores*, T. Friščić*, A. Katrusiak* "Toward elusive iodoplumbic acid HPbI₃: high-energy isochoric synthesis of hydronium forms of the PbI₃⁻ anion at elevated temperature and pressure" (posted on *ChemRxiv*) https://doi.org/10.26434/chemrxiv.14369813.v1 (submitted)

**255. (R)** P. A. Julien*, T. Friščić* "Monitoring mechanochemical milling reactions: past and present" (*Chem. Soc. Rev.* proposal accepted, manuscript in preparation)

**254. (F)** O. Jobin*, C. Mottillo, H. M. Titi, R. D. Rogers*, T. Friščić*, B. Elzein* "Theoretical performance of new metal-organic framework-based hypergolic propellants" (submitted)

**253. (F)** H. M. Titi, J. M. Marrett, M. Arhangelskis, A. J. Morris, A. Navrotsky*, R. D. Rogers*, T. Friščić* "Polymorphism and Structure-Stability Relationships of Zeolitic Imidazolate Frameworks: From Fundamentals to New Applications" *Acc. Chem. Res.* (invited, in preparation)

# 1) Publications as an Assistant/Associate/Full Professor at McGill

## 2021

**252. (C)** D. Szczerba, D. Tan, J.-L. Do, H. M. Titi, S. Mouhtadi, D. Chaumont, M. del Carmen Marco de Lucas, N. Geoffroy, M. Meyer, Y. Rousselin, J. M. Hudspeth, V. Schwanen, P. Spoerk-Erdely, A.-C. Dippel, O. Ivashko, O. Gutowski, P. Glaevecke, V. Bazhenov, M. Arhangelskis, I. Halasz, T. Friščić, S. A. J. Kimber* "Real-time observation of 'soft' magic size clusters in the hydrolysis of the metallodrug model bismuth di-salicylate" *J. Am. Chem. Soc.* **2021** https://doi.org/10.1021/jacs.1c07186

**251. (C)** C. B. Lennox, J.-L. Do, J. G. Crew, M. Arhangelskis, H. M. Titi, A. J. Howarth, O. K. Farha, T. Friščić* "Simplifying and expanding the scope of boron imidazolate framework (BIF) synthesis using mechanochemistry" *Chem. Sci.* **2021** https://doi.org/10.1039/D1SC03665C

**250. (C)** T. H. Borchers, F. Topić, J.-C. Christopherson, O. S. Bushuyev, J. Vainauskas, T. Friščić,* C. J. Barrett* "Low-Power Photo-Carving of Dye-Volatile Cocrystals: The Sublime Cutting Edge of Light-Responsive Materials" *Nature Chem.* (accepted)

**249. (C)** F. Topić, J. M. Marrett, H. M. Titi, T. H. Borchers, C. J. Barrett, T. Friščić* "After 200 years: the structure of bleach and characterization of hypohalite ions by single-crystal X-ray diffraction" *Angew. Chem. Int. Ed.* **2021**, https://doi.org/10.1002/anie.202108843 (**hot paper, cover page**)

**248. (R)** F. Effaty, X. Ottenwaelder*, T. Friščić* "Mechanochemistry in transition metal catalyzed reactions" *Curr. Opin. Green Sust. Chem.* **2021**, *32*, 100524 (invited) https://doi.org/10.1016/j.cogsc.2021.100524

**247. (R)** B. G. Fiss, A. J. Richard, G. Douglas, M. Kojic, T. Friščić*, A. Moores* "Mechanochemical methods for the transfer of electrons and exchange of ions: inorganic reactivity from nanoparticles to organometallics" *Chem. Soc. Rev.* **2021**, *50*, 8279-8318. https://doi.org/10.1039/D0CS00918K

**246. (F)** S. Kaabel, J. P. D. Therien, C. E. Deschênes, D. Duncan, T. Friščić*, K. Auclair* "Enzymatic depolymerization of highly crystalline polyethylene terephthalate enabled in moist-solid reaction mixtures" *Proc. Natl. Acad. Sci. U. S. A.* **2021**, *118*, e2026452118. https://doi.org/10.1073/pnas.2026452118

**245. (C)** J.-L. Do, H. M. Titi, L. A. Cuccia*, T. Friščić* "A new class of anionic metallohelicates based on salicylic and terephthalic acid units, accessible in solution and by mechanochemistry" *Chem. Commun.* **2021**, *57*, 5143-5146. https://doi.org/10.1039/D0CC08180A

**244. (F)** S. T. Emmerling, L. S. Germann, P. A. Julien, I. Moudrakovski, M. Etter, T. Friščić, R. E. Dinnebier, B. V. Lötsch* "In Situ Monitoring of Mechanochemical Covalent-Organic Framework Formation Reveals Profound Templating Effect of Liquid Additive" *Chem* **2021**, *7*, 1639-1652. https://doi.org/10.1016/j.chempr.2021.04.012

**243. (F)** L. Yang*, A. Moores, T. Friščić, N. Provatas* "Thermodynamics Model for Mechanochemical Synthesis of Gold Nanoparticles: Implications for Nanoparticle Production" *ACS Appl. Nano Mat.* **2021**, *4*, 1886-1897. https://doi.org/10.1021/acsanm.0c03255

**242. (F)** T. S. Spilfogel, H. M. Titi*, T. Friščić* "Database Investigation of Halogen Bonding and Halogen···Halogen Interactions between Porphyrins: Emergence of Robust Supramolecular Motifs and Frameworks" *Cryst. Growth Des.* **2021**, *21*, 1810-1832. (accepted) https://pubs.acs.org/doi/10.1021/acs.cgd.0c01697

**241. (C)** L. Mertzenich, G. S. Papaefstathiou, T. Friščić, T. D. Hamilton, D.-K. Bučar, D. C. Swenson, L. R. MacGillivray* "Inverted Metal-Organic Frameworks: Isoreticular Decoration with Organic Anions using Principles of Supramolecular Chemistry" *J. Coord. Chem.* **2021**, *74*, 169-177. (accepted, invited) https://doi.org/10.1080/00958972.2021.1880004

**240. (F)** T. Stolar, A. Prašnikar, V. Martinez, B. Karadeniz, A. Bjelić, G. Mali, T. Friščić, B. Likozar*, K. Užarević* "Mechanochemical amorphization of bimetallic MOF-74 catalyst for enhanced and selective hydrogenation of CO₂ to methanol" *ACS Adv. Mat. Int.* **2021**, *13*, 3070-3077. https://doi.org/10.1021/acsami.0c21265

**239. (F)** T. Xie, S. E. Nikitin, A. I. Kolesnikov, E. Mamontov, L. M. Anovitz, G. Ehlers, I. Huskić, T. Friščić, A. Podlesnyak* "Direct determination of the zero-field splitting for Fe³⁺ ion in a synthetic polymorph of the oxalate mineral stepanovite NaMgFe(C₂O₄)₃·9H₂O: a natural MOF" *Phys. Rev. B*, **2021**, *103*, 024402. https://journals.aps.org/prb/abstract/10.1103/PhysRevB.103.024402

**238. (R)** B. G. Fiss, A. Richard, T. Friščić*, A. Moores* "Mechanochemistry for sustainable, efficient dehydrogenation/hydrogenation" *Can. J. Chem.* **2021**, doi: cjc-2020-0408 (invited) https://doi.org/10.1139/cjc-2020-0408

**237. (C)** L. Catalano, L. S. Germann, P. A. Julien, M. Arhangelskis, I. Halasz, K. Uzarević, M. Etter, R. E. Dinnebier, M. Ursini, M. Cametti, J. Martí-Rujas, T. Friščić*, P. Metrangolo*, G. Resnati, G. Terraneo*,"Open vs. Interpenetrated: Switchable Supramolecular Trajectories in Mechanosynthesis of a Halogen-Bonded Borromean Rings Network" *Chem* **2021**, *7*, 146-154. https://doi.org/10.1016/j.chempr.2020.10.022

## 2020

**236. (B)** N. Novendra, J. M. Marrett, A. D. Katsenis, H. M. Titi, M. Arhangelskis, T. Friščić*, A. Navrotsky* "Linker Substituents Control Thermodynamic Stability in Metal-Organic Frameworks" *J. Am. Chem. Soc.* **2020**, *142*, 21720-21729. https://doi.org/10.1021/jacs.0c09284

**235. (F)** O. Abate Fulas, A. Laferriere, G. Ayoub, G. Dayaker, C. Mottillo, H. M. Titi, R. S. Stein, T. Friščić*, T. J. Coderre* "Drug-nutraceutical co-crystal and salts for making new and improved bi-functional analgesics" *Pharmaceutics* **2020**, *12*, 1144. (invited) https://doi.org/10.3390/pharmaceutics12121144

Tomislav Friščić, Prof.

**234. (C)** J. Vainauskas, F. Topić, O. S. Bushuyev, C. J. Barrett*, T. Friščić* "Halogen bonding to the azulene π-system: cocrystal design of pleochroism" *Chem. Commun.* **2020**, *56*, 15145-15148. https://doi.org/10.1039/D0CC04758A

**233. (R)** I. Huskić, C. B. Lennox, T. Friščić* "Accelerated ageing reactions: towards simpler, solvent- and energy-free chemistry" *Green Chem.* **2020**, *22*, 5881-5901. https://doi.org/10.1039/D0GC02264K

**232. (F)** L. S. Germann*, M. Arhangelskis, R. S. Stein, M. Etter, R. E. Dinnebier, T. Friščić* "Challenging the Ostwald rule of stages in mechanochemical cocrystallisation" *Chem. Sci.* **2020**, *11*, 10092-10100. (**cover page**) https://doi.org/10.1039/D0SC03629C

**231. (F)** S. Lukin, T. Stolar, I. Lončarić, I. Milanović, N. Biliškov, M. di Michiel, T. Friščić, I. Halasz* "Mechanochemical metathesis between AgNO₃ and NaX (X = Cl, Br, or I), and Ag₂XNO₃ double salt formation" *Inorg. Chem.* **2020**, *59*, 12200-12208. https://doi.org/10.1021/acs.inorgchem.0c01196

**230. (F)** B. G. Fiss, N. N. Vu, G. Douglas, T.-O. Do, T. Friščić*, A. Moores* "Solvent-free mechanochemical synthesis of ultrasmall nickel phosphide nanoparticles and their application as a catalyst for the hydrogen evolution reaction (HER)" *ACS Sust. Chem. Eng.* **2020** *8*, 12014-12020. https://doi.org/10.1021/acssuschemeng.0c02762

**229. (C)** M. Arhangelskis, F. Topić, P. Hindle, R. Tran, A. J. Morris, D. Cinčić*, Tomislav Friščić* "Understanding reactions of cocrystals: comparing theory with experiment in the making and breaking halogen bonds in the solid state" *Chem. Commun.* **2020**, *56*, 8293-8296. https://doi.org/10.1039/D0CC02935A

**228. (F)** J. P. Darby, M. Arhangelskis, A. D. Katsenis, J. M. Marrett, T. Friščić, A. J. Morris* "*Ab initio* prediction of metal-organic framework structures" *Chem. Mater.* **2020**, *32*, 5835-5844. https://doi.org/10.1021/acs.chemmater.0c01737

**227. (C)** F. Hammerer, S. Ostadjoo, K. Dietrich, M.-J. Dumont, L. F. Del Rio, T. Friščić*, K. Auclair* "Rapid mechano-enzymatic saccharification of lignocellulosic biomass without bulk water or chemical pre-treatment" *Green Chem.* **2020**, *22*, 3877-3884. https://doi.org/10.1039/D0GC00903B

**226. (F)** I. Huskić, M. Arhangelskis, T. Friščić* "Solvent-free ageing reactions of rare earth element oxides: From geomimetic synthesis of new metal-organic materials towards a simple, environmentally-friendly separation of scandium" *Green Chem.* **2020**, *22*, 4364-4375. doi:10.1039/D0GC00454E https://doi.org/10.1039/D0GC00454E

**225. (F)** V. Nemec, T. Piteša, T. Friščić, D. Cinčić* "The morpholinyl oxygen atom as an acceptor site for halogen-bonded cocrystallization of organic and metal–organic Units" *Cryst. Growth Des.* **2020**, *20*, 3617-3624. https://doi.org/10.1021/acs.cgd.0c00520

**224. (C)** D. Gandrath, D. Tan, N. Biggins, A. Shelam, J.-L. Do, A. D. Katsenis, T. Friščić* "Catalytic room-temperature C-N coupling of amides and isocyanates using mechanochemistry" *ChemSusChem* **2020**, *13*, 2966-2972. https://doi.org/10.1002/cssc.201902576

**223. (E)** A. J. Cruz-Cabeza*, M. D. Ward*, A. Lemmerer*, T. Friščić* "A Truly Polymorphic Issue in Honor of Prof Joel Bernstein" *Cryst. Growth Des.* **2020**, *20*, 2819–2823. https://doi.org/10.1021/acs.cgd.0c00340

**222. (F)** C. A. O'Keefe, C. Mottillo, L. Fábián, T. Friščić*, R. W. Schurko* "NMR-Enhanced Crystallography Aids Open Metal-Organic Framework Discovery Using Solvent-Free Accelerated Aging" *Chem. Mater.* **2020**, *32*, 4273–4281 doi:10.1021/acs.chemmater.0c00894

**221. (C)** J. D. Thorpe, D. O'Reilly, T. Friščić*, M. J. Damha* "Mechanochemical synthesis of short DNA fragments" *Chem. Eur. J.* **2020**, *26*, 8857-8861. https://doi.org/10.1002/chem.202001193

**220. (F)** P. F. Rosen, M. S. Dickson, J. J. Calvin, L. Ross, T. Friščić, A. Navrotsky, B. F. Woodfield* "Thermodynamic Evidence of Structural Transformations in CO₂-Loaded Metal–Organic Framework Zn(MeIm)₂ from Heat Capacity Measurements" *J. Am. Chem. Soc.* **2020**, *142*, 4833-4841. https://doi.org/10.1021/jacs.9b13883

**219. (F)** F. Topić, T. Friščić* "No regioselectivity for the steroid α-face in cocrystallization of exemestane with aromatic cocrystal formers based on phenanthrene and pyrene" *Can. J. Chem.* **2020**, *98*, 386-393. (invited) https://doi.org/10.1139/cjc-2020-0073

**218. (C)** H. M. Titi, J.-L. Do, A. J. Howarth, K. Nagapudi, T. Friščić* " Simple, scalable mechanosynthesis of metal–organic frameworks using liquid-assisted resonant acoustic mixing (LA-RAM)" *Chem. Sci.* **2020**, *11*, 7578-7584. (invited, **Pick of the Week, RSC World** highlight) (**cover page**) https://doi.org/10.1039/D0SC00333F

**217. (F)** T. Friščić, E. Elacqua, S. Dutta, S. M. Oburn, L. R. MacGillivray* "Total syntheses supramolecular style: solid-state construction of [2.2]cyclophanes with modular control of stereochemistry" *Cryst. Growth Des.* **2020**, *20*, 2584–2589. https://doi.org/10.1021/acs.cgd.9b01712

**216. (F)** P. A. Julien, L. S. Germann, H.M. Titi, M. Etter, R. E. Dinnebier, L. Sharma, J. Baltrusaitis*, T. Friščić* "*In situ* monitoring of mechanochemical synthesis of calcium urea phosphate fertilizer cocrystal reveals highly effective water-based autocatalysis" *Chem. Sci.* **2020**, *11*, 2350-2355. https://doi.org/10.1039/C9SC06224F (**cover page**)

**215. (F)** I. Brekalo, D. Deliz, C. M. Kane, T. Friščić*, K. T. Holman* "Exploring the scope of potential "shoe-last" templates in the mechanochemical synthesis of RHO topology Zeolitic Imidazolate Frameworks (ZIFs)" *Molecules* **2020**, *25*, 633 (invited) https://doi.org/10.3390/molecules25030633

**214. (F)** I. Huskić, T. Friščić* "From mineralogy to crystal engineering: potential for polymorphism in the metal-organic framework mineral zhemchuzhnikovite and its synthetic analogues" *Cryst. Growth Des.* **2020**, *20*, 525-532. (invited) https://doi.org/10.1021/acs.cgd.9b01641

**213. (C)** I. Brekalo, W. Yuan, C. Mottillo, Y. Lu, K. T. Holman*, S. L. James*, F. Duarte, P. A. Williams, K. D. M. Harris*, T. Friščić* "Manometric real-time studies of the mechanochemical synthesis of zeolitic imidazolate frameworks" *Chem. Sci.* **2020**, *11*, 2141-2147. https://doi.org/10.1039/C9SC05514B

**212. (R)** T. Friščić*, C. Mottillo, H. M. Titi "Mechanochemistry for synthesis" *Angew. Chem. Int. Ed.* **2020**, *59*, 1018-1029 (invited) https://doi.org/10.1002/anie.201906755

**211. (F)** I. R. Speight, I. Huskić, M. Arhangelskis, H. M. Titi, R. S. Stein, T. P. Hanusa*, T. Friščić* "Disappearing polymorphs in metal-organic framework chemistry: unexpected stabilization of a layered polymorph over an interpenetrated 3-dimensional structure in mercury imidazolate" *Chem. Eur. J.* **2020**, *26*, 1811-1818. (**cover page**) https://doi.org/10.1002/chem.201905280

**210. (F)** L. S. Germann*, A. D. Katsenis, I. Huskić, P. A. Julien, K. Užarević, M. Etter, O. K. Farha, T. Friščić*, R. E. Dinnebier* "Real-time in situ monitoring of particle and structure evolution in mechanochemical synthesis of UiO-66 metal-organic frameworks" *Cryst. Growth Des.* **2020**, *20*, 49-54. (invited) https://doi.org/10.1021/acs.cgd.9b01477

**209. (C)** F. Hammerer, S. Ostadjoo, T. Friščić*, K. Auclair* "Controlling the reactivity of enzymes in mechanochemistry: inert surfaces protect β-glucosidase activity during ball milling" *ChemSusChem* **2020**, *13*, 106-110. https://doi.org/10.1002/cssc.201902752

Tomislav Friščić, Prof.

**208.** (C) I. Brekalo, D. Deliz, L. J. Barbour, M. D. Ward, T. Friščić*, K. T. Holman* "Microporosity in a Guanidinium Organodisulfonate Framework" *Angew. Chem. Int. Ed.* **2020**, *59*, 1997-2002. https://doi.org/10.1002/anie.201911861

**207.** (R) S. Kaabel, T. Friščić*, K. Auclair* "Mechanoenzymatic transformations in the absence of bulk water" *ChemBioChem* **2020**, *21*, 742-758. (invited) https://doi.org/10.1002/cbic.201900567

## 2019

**206.** (C) G. Ayoub, M. Arhangelskis, X. Zhang, F. Son, T. Islamoglu, T. Friščić*, O. K. Farha* "Air Oxidation of Sulfur Mustard Gas Simulant Using a Pyrene-Based Metal-Organic Framework Photocatalyst" *Beil. J. Nanotech.* **2019**, *10*, 2422-2427. (invited) https://doi.org/10.3762/bjnano.10.232

**205.** (F) B. Karadeniz, D. Žilić, I. Huskić, L. S. Germann, A. M. Fidelli, S. Muratović, I. Lončarić, M. Etter, R. E. Dinnebier, D. Barišić, N. Cindro, T. Islamoglu, O. K. Farha, T. Friščić, K. Užarević "Controlling the polymorphism and topology transformation in porphyrinic zirconium metal-organic frameworks via mechanochemistry" *J. Am. Chem. Soc.* **2019**, *141*, 19214-19220. https://doi.org/10.1021/jacs.9b10251

**204.** (F) S. Ostadjoo, F. Hammerer, T. Friščić*, K. Auclair* "Efficient enzymatic hydrolysis of biomass hemicellulose in the absence of bulk water" *Molecules* **2019**, *24*, 4206 (invited) https://doi.org/10.3390/molecules24234206

**203.** (C) F. Topić, K. Lisac, M. Arhangelskis, K. Rissanen*, D. Cinčić*, T. Friščić* "Cocrystal trimorphism reveals orthogonality of halogen- and hydrogen-bonds synthons" *Chem. Commun.* **2019**, *55*, 14066-14069. https://doi.org/10.1039/C9CC06735C

**202.** (C) H. M.Titi, M. Arhangelskis, G. P. Rachiero, T. Friščić*, R. D. Rogers* "Hypergolic Triggers as Cocrystal Formers: Cocrystallization for Creating New Hypergolic Materials with Tunable Energy Content" *Angew. Chem. Int. Ed.* **2019**, *58*, 18399-18404. https://onlinelibrary.wiley.com/doi/full/10.1002/anie.201908690

**201.** (C) G. Ayoub, B. Karadeniz, A. J. Howarth, O. K. Farha*, I. Đilović, L. S. Germann, R. E. Dinnebier, K. Užarević*, T. Friščić* "Rational synthesis of microporous mixed-metal metal-organic frameworks with controlled composition using mechanochemistry" *Chem. Mater.* **2019**, *31*, 5494-5501. https://pubs.acs.org/doi/10.1021/acs.chemmater.9b01068

**200.** (F) J. P. D. Therien, F. Hammerer, T. Friščić*, K. Auclair* "Mechanoenzymatic breakdown of chitinous material to N-acetylglucosamine: the benefits of a solvent-less environment" *ChemSusChem* **2019**, *12*, 3481-3490. (cover page) https://onlinelibrary.wiley.com/doi/abs/10.1002/cssc.201901310

**199.** (F) H. M. Titi, M. Arhangelskis, A. D. Katsenis, C. Mottillo, G. Ayoub, J.-L. Do, A. M. Fidelli, R. D. Rogers*, T. Friščić "Metal-organic frameworks (MOFs) as fuels for advanced applications: evaluating and modelling the combustion energy of popular MOFs" *Chem. Mater.* **2019**, *31*, 4882-4888. https://pubs.acs.org/doi/10.1021/acs.chemmater.9b01488

**198.** (C) P. F. Rosen, J. J. Calvin, M. Dickson, A. D. Katsenis, T. Friščić, A. Navrotsky, N. L. Ross, A. I. Kolesnikov, B. F. Woodfield* "Heat capacity and thermodynamic functions of crystalline forms of the metal-organic framework zinc 2-methylimidazolate, Zn(MeIm)₂" *J. Chem. Therm.* **2019**, *136*, 160-169. https://www.sciencedirect.com/science/article/pii/S0021961419301946

**197.** (F) M. Arhangelskis, A. D. Katsenis, N. Novendra, Z. Akimbekov, D. Gandrath, J. M. Marrett, G. Ayoub, A. J. Morris, O. K. Farha, T. Friščić*, A. Navrotsky* "Theoretical Prediction and Experimental Evaluation of Topological Landscape and Thermodynamic Stability of a Fluorinated Zeolitic Imidazolate Framework" *Chem. Mater.* **2019**, *31*, 3777-3783. https://doi.org/10.1021/acs.chemmater.9b00994

**196.** (C) G. Ayoub, T. Islamoglu, S. Goswami, T. Friščić*, O. K. Farha* "Torsion angle effect on the activation of UiO metal-organic frameworks (MOFs)" *ACS Appl. Mat. Int.* **2019**, *11*, 15788-15794. https://pubs.acs.org/doi/10.1021/acsami.9b02764

**195.** (F) I. Huskić, N. Novendra D.-W. Lim, F. Topić, H. Titi, I. Pekov. S. V. Krivovichev, A. Navrotsky*, H. Kitagawa*, T. Friščić* "Functionality in metal–organic framework minerals: proton conductivity, stability and potential for polymorphism" *Chem. Sci.* **2019**, *10*, 4923-4929. https://pubs.rsc.org/en/content/articlelanding/2019/sc/c8sc05088k#!divAbstract

**194.** (F) B. G. Fiss, L. Hatherly, R. S. Stein, T. Friščić*, A. H. Moores* "Mechanochemical Phosphorylation of Polymers and Synthesis of Flame-Retardant Cellulose Nanocrystals" *ACS Sust. Chem. Eng.* **2019**, *7*, 7951-7959. https://pubs.acs.org/doi/10.1021/acssuschemeng.9b00764

**193.** (F) S. Li, I. Huskić, N. Novendra, H. M. Titi, A. Navrotsky*, T. Friščić* "Mechanochemical synthesis, accelerated aging and thermodynamic stability of the organic mineral paceite and its cadmium analogue" *ACS Omega* **2019**, *4*, 5486-5495 (invited)

**192.** (R) I. Huskić, T. Friščić* "Geomimetic approaches in the design and synthesis of metal-organic frameworks: lessons and opportunities for efficient, environmentally-friendly synthesis" *Phil. Trans. Royal Soc. A* **2019**, DOI:10.1098/rsta.2018.0221 (invited)

**191.** (C) H. M. Titi, J. M. Marrett, G. Dayaker, M. Arhangelskis, C. Mottillo, A. J. Morris, G. P. Rachiero, T. Friščić*, R. D. Rogers* "Hypergolic Zeolitic Imidazolate Frameworks (ZIFs) as Next-Generation Solid Fuels: Unlocking the Latent Energetic Behavior of ZIFs" *Sci. Adv.* **2019**, *5*, eaav9044. https://advances.sciencemag.org/content/5/4/eaav9044

**190.** (C) S. Kaabel, R. S. Stein, M. Fomitšenko, I. Järving, T. Friščić*, R. Aav* "Size-control by anion templating in mechanochemical synthesis of hemicucurbiturils in the solid state" *Angew. Chem. Int. Ed.* **2019**, *58*, 6230-6234. (**VIP paper, cover page**) https://onlinelibrary.wiley.com/doi/abs/10.1002/anie.201813431

**189.** (E) D.-K. Bučar*, T. Friščić* "Prof. William Jones and his Materials Chemistry Group: Innovations and Advances in the Chemistry of Solids" *Cryst. Growth Des.* **2019**, *19*, 1479-1487.

**188.** (F) E. Colacino*, G. Dayaker, A. Morère, T. Friščić* "Introducing Students to Mechanochemistry via Environmentally Friendly Organic Synthesis Using a Solvent-Free Mechanochemical Preparation of the Antidiabetic Drug Tolbutamide" *J. Chem. Ed.* **2019**, *96*, 766-771. https://pubs.acs.org/doi/10.1021/acs.jchemed.8b00459

**187.** (C) K. Lisac, F. Topić, M. Arhangelskis, S. Cepić, P. A. Julien, C. W. Nickels, A. J. Morris, T. Friščić, D. Cinčić* "Halogen-bonded cocrystallization with phosphorus, arsenic and antimony acceptors" *Nature Commun.* **2019**, *10*:61 (voted top 10 Quebec discoveries in 2019 by *Quebec Science*). https://www.nature.com/articles/s41467-018-07957-6

## 2018

**186.** (F) V. Glembockyte, M. Frenette, C. Mottillo, A. M. Durantini, J. Gostick, V. Štrukil, T. Friščić*, G. Cosa* "Highly photostable and fluorescent microporous solids prepared via solid-state entrapment of BODIPY dyes in a nascent metal-organic framework" *J. Am. Chem. Soc.* **2018**, *140*, 16882-16887. https://doi.org/10.1021/jacs.8b09608

14

Tomislav Friščić, Prof.

**185. (C)** G. Ayoub, V. Štrukil\*, L. Fábián, C. Mottillo, H. Bao, Y. Murata, A. Moores, D. Margetić, M. Eckert-Maksić, T. Friščić\* "Mechanochemistry vs. solution growth: striking differences in bench stability of a cimetidine salt based on a synthetic method" *CrystEngComm* **2018**, *20*, 7242-7247.
https://pubs.rsc.org/en/content/articlelanding/2018/ce/c8ce01727a#!divAbstract

**184. (R)** I. Huskić, T. Friščić\* "Understanding geology through crystal engineering: coordination complexes, coordination polymers and metal-organic frameworks as minerals" *Acta Crystallogr. B* **2018**, *74*, 539-559. (invited)
scripts.iucr.org/cgi-bin/paper?S2052520618014762

**183. (F)** B. Karadeniz, A. J. Howarth, T. Stolar, T. Islamoglu, I. Dejanović, M. Tireli, S.-Y. Moon, O. K. Farha, T. Friščić, K. Užarević\* "Benign by Design: Green and Scalable Synthesis of Zirconium UiO-Metal-Organic Frameworks by Water-Assisted Mechanochemistry" *ACS Sust. Chem. Eng.* **2018**, *6*, 15841-15849.

**182. (C)** M. Arhangelskis\*, D. B. Jochym, L. Bernasconi, T. Friščić, A. J. Morris\*, W. Jones "Time-Dependent Density-Functional Theory for Modelling Solid-State Fluorescence Emission of Organic Multicomponent Crystals" *J. Phys. Chem. A* **2018**, *122*, 7514-7521.
https://pubs.acs.org/doi/10.1021/acs.jpca.8b03481

**181. (C)** I. Brekalo, C. Kane, A. Ley, J. Ramirez, T. Friščić\*, T. Holman\* "Use of a 'Shoe-Last' Solid-State Template in the Mechanochemical Synthesis of High-Porosity RHO-Zinc Imidazolate" *J. Am. Chem. Soc.* **2018**, *140*, 10104-10108.
https://doi.org/10.1021/jacs.8b05471

**180. (F)** Y. Zhang, B. E. G. Lucier, S. M. McKenzie, M. Arhangelskis, A. J. Morris, T. Friščić, J. Reid, V. V. Terskikh, Y. Huang\* "Welcoming Gallium- and Indium-fumarate MOFs to the Family: Synthesis, Comprehensive Characterization, Observation of Porous Hydrophobicity, and $CO_2$ Dynamics" *ACS Appl. Mat. Int.* **2018**, *10*, 28582-28596.

**179. (C)** A. M. Fidelli, B. Karadeniz, A. J. Howarth, I. Huskić, L. S. Germann, I. Halasz, M. Etter, S.-Y. Moon, R. E. Dinnebier, V. Stilinović, O. K. Farha\*, T. Friščić\*, K. Užarević\* "Green and rapid mechanosynthesis of high-porosity NU- and UiO-type metal–organic frameworks" *Chem. Commun.* **2018**, *54*, 6999-7002.

**178. (F)** N. Bedeković, V. Stilinović\*, T. Friščić, D. Cinčić\* "Comparison of isomeric *meta*- and *para*-diiodotetrafluorobenzene as halogen bond donors in crystal engineering" *New J. Chem.* **2018**, *42*, 10584-10591 (invited)

**177. (F)** S. Mohamed\*, A. A. Alwan, A. J. Morris, T. Friščić, A. J. Morris, M. Arhangelskis "Towards the systematic crystallisation of molecular ionic cocrystals: insights from computed crystal energy landscapes" *Faraday Discussions* **2018**, *211*, 401-424.

**176. (F)** J. M. Marrett, C. Mottillo, S. Girard, J.-L. Do, C. W. Nickels, D. Gandrath, L. S. Germann, R. E. Dinnebier, A. J. Howarth, O. K. Farha, T. Friščić,\* C.-J. Li\* "Supercritical carbon dioxide enables the rapid and scalable conversion of a metal oxide into zeolitic metal–organic framework" *Cryst. Growth Des.* **2018**, *18*, 3222-3228.

**175. (F)** M. Arhangelskis, A. D. Katsenis, A. J. Morris, T. Friščić\*, "Computational evaluation of metal pentazolate frameworks: inorganic analogues of azolate metal-organic frameworks" *Chem. Sci.* **2018**, *9*, 3367-3375. https://doi.org/10.1039/C7SC05020H

**174. (F)** K. Lisac, V. Nemec, F. Topić, M. Arhangelskis, P. Hindle, R. Tran, I. Huskić, T. Friščić\*, D. Cinčić\* "Experimental and theoretical investigation of structures, stoichiometric diversity and bench stability of cocrystals with a volatile halogen bond donor" *Cryst. Growth Des.* **2018**, *18*, 2387-2396. (invited)

**173. (F)** K. Užarević\*, N. Ferdelji, T. Mrla, P. A. Julien, B. Halasz, T. Friščić, I. Halasz\* "Enthalpy vs. Friction: Direct measurement and heat flow modelling of unexpected temperature profiles in mechanochemistry of metal-organic frameworks" *Chem. Sci.* **2018**, *9*, 2525-2532. https://doi.org/10.1039/C7SC05312F

**172. (C)** J.-L. Do, T. Tan, T. Friščić\* "Oxidative mechanochemistry for direct conversion of metallic palladium and gold into soluble salts or coordination complexes" *Angew. Chem. Int. Ed.* **2018**, *57*, 2667-2671 (highlighted in *C&EN*, **2018**, *96*, 8)
https://doi.org/10.1002/anie.201712602

**171. (R)** C. Mottillo\*, T. Friščić "From the benchtop to the pilot plant: making headway in the synthesis of metal-organic frameworks" *Chimica Oggi* **2018**, *36*, 44-46 (accepted, invited)

**170. (C)** F. Hammerer, L.-A. Loots, J.-L. Do, J. P. D. Therien, C. W. Nickels, T. Friščić\*, K. Auclair\* "Solvent-free enzyme activity: quick, high-yielding mechano-enzymatic hydrolysis of cellulose into glucose" *Angew. Chem. Int. Ed.* **2018**, *57*, 2621-2624.
DOI:10.1002/ange.201711643. https://doi.org/10.1002/ange.201711643

**169. (F)** P. A. Julien, J.-C. Christopherson, H. M. Titi, T. D. Rogers, T. Friščić\* "Investigation of BINOL-3,3'-dicarboxylate as a ligand for the formation of extended coordination-based structures" *Supramol. Chem.* **2018**, *30*, 488-503. (invited)

**168. (F)** M. Roohnikan, M. Lindner-D'Addario, V. Toader, A. Rey, D. Tan, T. Friščić, L. Reven\* "Mechanochemical Nanoparticle Functionalization for Liquid Crystal Nanocomposites Based on COOH-Pyridine Heterosynthons" *J. Mat. Chem. C* **2018**, *6*, 1789-1796.

**167. (R)** J.-C. Christopherson, F. Topić, C. J. Barrett\*, T. Friščić\* "Halogen-Bonded Cocrystals as Optical Materials: Next-generation Control over Light-Matter Interactions" *Cryst. Growth Des.* **2018**, *18*, 1245-1259.

**166. (F)** J. J. Calvin, M. Asplund, Z. Akimbekov, G. Ayoub, A. D. Katsenis, A. Navrotsky, T. Friščić, B. F. Woodfield\* "Heat Capacity and Thermodynamic Functions of Crystalline and Amorphous Forms of the Metal Organic Framework Zinc 2-Ethylimidazolate, Zn(**EtIm**)$_2$ " *J. Chem. Thermodynamics* **2018**, *116*, 341-351.

**165. (F)** Ziling, D. Tan, T. Friščić, R. Khaliullin\* "Why pregnenolone and progesterone, two structurally similar steroids, exhibit remarkably different cocrystallization with aromatic molecules" *Phys. Chem. Chem. Phys.* **2018**, *20*, 898-904.
https://pubs.rsc.org/en/content/articlelanding/2018/cp/c7cp06828j/unauth#!divAbstract

**164. (R)** D. Tan, T. Friščić\* "Mechanochemistry for Organic Chemists: An Update" *Eur. J. Org. Chem.* **2018**, 18-33 (invited)

## 2017

**163. (F)** A. Garci, K. J. Castor, J. Fakhoury, J.-L. Do, J. Di Trani, R. S. Stein, A. K. Mittermeier, T. Friščić\*, H. Sleiman\* "Efficient and Rapid Mechanochemical Assembly of Platinum(II) Squares for Guanine Quadruplex Targeting" *J. Am. Chem. Soc.* **2017**, *139*, 16913-16922.

**162. (C)** V. Nemec, L. Fotović, T. Friščić, D. Cinčić\* "A large family of halogen-bonded cocrystals involving metal-organic building blocks with open coordination sites" *Cryst. Growth Des.* **2017**, *17*, 6169-6173 (among top 20 downloads in December)

Tomislav Friščić, Prof.

**161. (F)** P. A. Julien, I. Malvestiti, T. Friščić* "The Effect of Milling Frequency on a Mechanochemical Organic Reaction Monitored by In Situ Raman Spectroscopy" *Beil. J. Org. Chem.* **2017**, *13*, 2160-2168. (invited)

**160. (F)** M. Malca, H. Bao, T. Bastaille, N. K. Saadé, J. M. Kinsella, T. Friščić, A. Moores* "Mechanically activated solvent-free assembly of ultrasmall Bi$_2$S$_3$ nanoparticles: a novel, simple and sustainable means to access chalcogenide nanoparticles" *Chem. Mater.* **2017**, *29*, 7766-7773.

**159. (F)** M. Malca, P.-O. Ferko, T. Friščić, A. Moores* "Solid-state mechanochemical ω-functionalization of poly(ethylene glycol)" *Beil. J. Org. Chem.* **2017**, 13, 1963-1968.

**158. (R)** T. Friščić* "Medicinal Mechanochemistry: from Solid Form Screening to Cleaner and Safer Synthesis of Active Pharmaceutical Ingredients" *Chimica Oggi*, **2017**, *35*, 27-30.  (invited, accepted)

**157. (R)** J.-L. Do, T. Friščić* "Towards Chemistry 2.0: Developing a New, Solvent-free System of Chemical Synthesis Based on Mechanochemistry" *Synlett* **2017**, *28*, 2066-2092.

**156. (F)** S. Lukin, T. Stolar, M. Tireli, M. V. Blanco, D. Babić, T. Friščić, K. Užarević*, I. Halasz* "Tandem *in situ* monitoring for quantitative assessment of mechanochemical reactions involving structurally unknown phases" *Chem. Eur. J.* **2017**, *23*, 13941-13949.

**155. (R)** P. A. Julien*, C. Mottillo, T. Friščić* "Metal-organic frameworks meet scalable and sustainable synthesis" *Green Chem.* **2017**, *19*, 2729-2747. https://doi.org/10.1039/C7GC01078H

**154. (F)** Z. Akimbekov, A. D. Katsenis, G. P. Nagabushana, G. Ayoub, M. Arhangelskis, A. J. Morris, T. Friščić, A. Navrotsky* "Experimental and theoretical evaluation of the stability of true MOF polymorphs explains their mechanochemical interconversions" *J. Am. Chem. Soc.* **2017**, *139*, 7952-7957. https://pubs.acs.org/doi/abs/10.1021/jacs.7b03144

**153. (F)** T. Stolar, S. Batzdorf, S. Lukin, D. Žilić, C. Mottillo, T. Friščić, F. Emmerling*, I. Halasz*, K. Užarević* "*In situ* monitoring of mechanosynthesis of the archetypal metal-organic framework HKUST-1: effect of liquid additives on the milling reactivity" *Inorg. Chem.* **2017**, *56*, 6599-6608.

**152. (F)** J.-C. Christopherson, K. P. Potts, O. S. Bushuyev, F. Topić, I. Huskić, K. Rissanen, C. J. Barrett*, T. Friščić* "Assembly and dichroism of a four-component halogen-bonded metal-organic cocrystal salt solvate involving dicyanoaurate(I) acceptors" *Faraday Discuss.* **2017**, 203, 441-457.

**151. (C)** M. Glavinović, M. Krause, L. Yang, J. A. McLeod, L. Liu, K. M. Baines*, T. Friščić, J.-P. Lumb* "A Chlorine-Free Protocol for Processing Germanium" *Science Adv.* **2017**, *3*, e1700149. https://advances.sciencemag.org/content/3/5/e1700149

**150. (C)** A. Margariti, S. Rapti, A. D. Katsenis, T. Friščić, Y. Georgiou, M. J. Manos*, G. S. Papaefstathiou* "Cu$^{2+}$ sorption from aqueous media by a recyclable Ca$^{2+}$ framework" *Inorg. Chem. Front.* **2017**, *4*, 773-781.

**149. (R)** C. Mottillo*, T. Friščić* "Advances in the solid-state transformations of coordination bonds: from the ball mill to the aging chamber" *Molecules* **2017**, *22*, 144. DOI:10.3390/molecules22010144

**148. (R)** J.-L. Do, T. Friščić* "Mechanochemistry: A Force of Synthesis" *ACS Central Science* **2017**, *3*, 13-19. https://doi.org/10.1021/acscentsci.6b00277

**147. (C)** D. Tan, T. Friščić* "Carbodiimide insertion into sulfonimides: one-step route to azepine derivatives *via* a two-atom saccharin ring expansion" *Chem. Commun.* **2017**, *53*, 901-904. https://doi.org/10.1039/C6CC07331J

## 2016

**146. (C)** Y. X. Shi, K. Xu, J. K. Clegg, R. Ganguly, H. Hirao, T. Friščić, F. García* "The First Synthesis of the Sterically Encumbered Adamantoid Phosphazane P$_4$(N$t$Bu)$_6$: Enabled by Mechanochemistry" *Angew. Chem. Int. Ed.* **2016**, *55*, 12736-12740.

**145. (F)** I. Huskić, I. Pekov, S. Krivovichev*, T. Friščić* "Minerals with Metal-Organic Framework Structures" *Science Advances* **2016**, *2*, e1600621. https://advances.sciencemag.org/content/2/8/e1600621

**144. (R)** M. J. Rak, T. Friščić, A. Moores* "One-step, solvent-free mechanosynthesis of silver nanoparticle-infused lignin composites for use as highly active multidrug resistant antibacterial filters" *RSC Advances* **2016**, 6, 58365-58370.

**143. (R)** O. S. Bushuyev, T. Friščić*, C. J. Barrett* "Photo-induced motion of azo dyes in organized media: from single and liquid crystals, to MOFs and machines" *CrystEngComm* **2016**, *18*, DOI:10.1039/C6CE01128D

**142. (E)** R. Banerjee, G. M. Day, T. Friščić, H. Zhang "2016 New talent: crystal engineering at its biggest and strongest" *CrystEngComm* **2016**, *18*, 3963-3967.

**141. (F)** D. Tan, L. Loots, T. Friščić* "Towards medicinal mechanochemistry: evolution of milling from pharmaceutical solid form screening to the synthesis of active pharmaceutical ingredient (APIs)" *Chem. Commun.* **2016**, *52*, 7760-7781. https://doi.org/10.1039/C6CC02015A

**140. (F)** I. Huskić, J.-C. Christopherson, K. Užarević*, T. Friščić* "*In situ* monitoring of vapour-induced assembly of pharmaceutical cocrystals using a benchtop powder X-ray diffractometer" *Chem. Commun.* **2016**, *52*, 5120-5123. https://doi.org/10.1039/C6CC01583B

**139. (F)** K. Užarević,* V. Štrukil, C. Mottillo, P. A. Julien, A. Puškarić, T. Friščić,* I. Halasz* " Exploring the effect of temperature on a mechanochemical reaction by *in situ* synchrotron powder X-ray diffraction" *Cryst. Growth Des.* **2016**, *16*, 2342-2347.

**138. (C)** P. A. Julien, K. Užarević*, A. D. Katsenis, S. A. J. Kimber, T. Wang, O. K. Farha, Y. Zhang, J. Casaban, L. Germann, M. Etter, R. E. Dinnebier, S. L. James*, I. Halasz*, T. Friščić* "*In situ* monitoring and mechanism of the mechanochemical formation of a microporous MOF-74 framework" *J. Am. Chem. Soc.* **2016**, *138*, 2929-2932. https://doi.org/10.1021/jacs.5b13038

**137. (C)** K. Korpany, C. Mottillo, J. Balchelder, P. Dong, S. Trudel, T. Friščić*, A. S. Blum* "One-step ligand exchange and switching from hydrophobic to water-stable hydrophilic superparamagnetic iron oxide nanoparticles by mechanochemical milling" *Chem. Commun.* **2016**, *52*, 3054-3057.

**136. (C)** O. S. Bushuyev, A. Tomberg, J. R. Vinden, N. Moitessier, C. J. Barrett*, T. Friščić* "Azo···phenyl stacking: a persistent self-assembly motif guides the assembly of fluorinated *cis*-azobenzenes into photo-mechanical needle crystals" *Chem. Commun.* **2016**, *52*, 2103-2106. (invited)

**135. (C)** K. Užarević, T. C. Wang, S.-Y. Moon, A. M. Fidelli, J. T. Hupp, O. K. Farha*, T. Friščić* "Mechanochemical and solvent-free synthesis of zirconium-based metal-organic frameworks", *Chem. Commun.* **2016**, *52*, 2133-2136.

**134. (F)** M. Glavinović, F. Qi, A. D. Katsenis, T. Friščić, J.-P. Lumb* "Redox-promoted associative assembly of metal-organic

16

Tomislav Friščić, Prof.

materials" *Chem. Sci.* **2016**, *7*, 707-712.

**133. (C)** <u>O. S. Bushuyev</u>, C. J. Barrett*, T. Friščić* "Controlling Dichroism of Molecular Crystals by Cocrystallization" *Cryst. Growth Des.* **2016**, *16*, 541-545. https://doi.org/10.1021/acs.cgd.5b01361

## 2015

**132. (R)** <u>K. Užarević</u>, I. Halasz, T. Friščić* "Real-time and *in situ* monitoring of mechanochemical reactions: a new playground for all chemists" *J. Phys. Chem. Lett.* **2015**, *6*, 4129-4140. https://doi.org/10.1021/acs.jpclett.5b01837

**131. (C)** <u>V. Štrukil</u>*, D. Gracin, O. V. Magdysyuk, R. E. Dinnebier, T. Friščić* "Trapping reactive intermediates by mechanochemistry: elusive aryl *N*-thiocarbamoylbenzotriazoles as bench-stable reagents" *Angew. Chem. Int. Ed.* **2015**, *54*, 8440-8443. https://doi.org/10.1002/anie.201502026

**130. (R)** <u>J. G. Hernández</u>, T. Friščić* "Metal-catalyzed organic reactions using mechanochemistry" *Tetrahedron Letters* **2015**, *56*, 4253-4265. https://doi.org/10.1016/j.tetlet.2015.03.135

**129. (C)** <u>C. Mottillo</u>, T. Friščić* "Supramolecular imidazolium frameworks: direct analogues of metal azolate frameworks with a charge-inverted node-and-linker structure" *Chem. Commun.* **2015**, 51, 8924-8927. (back journal cover) https://doi.org/10.1039/C5CC01645B

**128. (E)** T. Friščić*, S. L. James, E. V. Boldyreva, C. Bolm, W. Jones, J. Mack, J. W. Steed, K. S. Suslick "Highlights from Faraday discussion 170: Challenges and opportunities of modern mechanochemistry", Montreal, Canada, 2014" *Chem. Commun.* **2015**, *51*, 6248-6256. https://doi.org/10.1039/C5CC90113H

**127. (C)** <u>A. D. Katsenis</u>, A. Puškarić, <u>V. Štrukil, C. Mottillo, P. A. Julien</u>, K. Užarević, M.-H. Pham, T.-O. Do, S. A. J. Kimber, P. Lazić, O. Magdysyuk, R. E. Dinnebier, I. Halasz,*, T. Friščić* "*In situ* X-ray diffraction monitoring of a mechanochemical reaction reveals a unique-topology metal-organic framework" *Nature Commun.* **2015** 6:6662. https://doi.org/10.1038/ncomms7662

**126. (C)** <u>J.-L. Do, C. Mottillo, D. Tan, V. Štrukil</u>, T. Friščić* "Mechanochemical ruthenium-catalysed olefin metathesis" *J. Am. Chem. Soc.* **2015**, *137*, 2476-2479. https://doi.org/10.1021/jacs.5b00151

**125. (F)** K. J. Ardila-Fierro, V. André, D. Tan, M. T. Duarte, R. W. Lancaster, P. G. Karamertzanis, T. Friščić* "Molecular recognition of steroid hormones in the solid state: stark differences in cocrystallization of β-estradiol and estrone" *Cryst. Growth Des.* **2015**, *15*, 1492-1501. https://doi.org/10.1021/cg501865h

**124. (C)** <u>D. Prochowicz</u>, K. Sokołowski, I. Justyniak, A. Kornowicz, D. Fairen-Jimenez, T. Friščić, J. Lewinski* "A mechanochemical strategy for IRMOFs assembly based on pre-designed oxo-zinc precursors" *Chem. Commun.* **2015**, *51*, 4032-4035. https://doi.org/10.1039/C4CC09917F

**123. (C)** <u>O. S. Bushuyev</u>, <u>D. Tan</u>, C. J. Barrett,* T. Friščić* "Fluorinated azobenzenes with highly strained geometries for halogen bond-driven self-assembly" *CrystEngComm* **2015**, *17*, 73-80. https://doi.org/10.1039/C4CE01216J

## 2014

**122. (C)** D. Cinčić,* T. Friščić "Synthesis of an extended halogen-bonded metal-organic structure in a one-pot mechanochemical reaction that combines covalent, coordination and supramolecular synthesis" *CrystEngComm* **2014**, *16*, 10169-10172. https://doi.org/10.1039/C4CE01815J

**121. (E)** T. Friščić, C. B. Aakeröy "International year of crystallography celebration: North America" *CrystEngComm* **2014**, *16*, 7160-7161. https://doi.org/10.1039/C4CE90100B

**120. (C)** Y. Fang, N. Salamé, S. Woo, D. S. Bohle, T. Friščić*, L. A. Cuccia* "Rapid and facile solvent-free mechanosynthesis in a cell lysis mill: preparation and mechanochemical complexation of aminobenzoquinones" *CrystEngComm* **2014**, *16*, 7180-7185. https://doi.org/10.1039/C4CE00328D

**119. (F)** <u>J. G. Hernández</u>, I. S. Butler*, T. Friščić* "Multi-step and multi-component organometallic synthesis in one pot using orthogonal mechanochemical reactions" *Chem. Sci.* **2014**, *5*, 3576-3582. https://doi.org/10.1039/C4SC01252F

**118. (F)** <u>O. S. Bushuyev</u>, T. C. Corkery, C. J. Barrett*, T. Friščić* "Photo-mechanical azobenzene co-crystals and *in situ* X-ray diffraction study of their optically-induced crystal-to-crystal isomerization" *Chem. Sci.* **2014**, *5*, 3158-3164. (highlighted in an article by Chemistry World: *http://www.rsc.org/chemistryworld/2014/07/x-ray-diffraction-azobenzenes-isomeristion-crystal-bending*) https://doi.org/10.1039/C4SC00987H

**117. (C)** <u>D. Tan</u>, <u>C. Mottillo</u>, <u>A. D. Katsenis</u>, <u>V. Štrukil</u>, T. Friščić* "Development of a New C-N Coupling using Mechanochemistry: Catalytic Coupling of Arylsulfonamides and Carbodiimides" *Angew. Chem. Int. Ed.* **2014**, *53*, 9321-9324. https://doi.org/10.1002/anie.201404120

**116. (C)** <u>C. Mottillo</u>, T. Friščić* "Carbon dioxide sensitivity of zeolitic imidazolate frameworks" *Angew. Chem. Int. Ed.* **2014**, *53*, 7471-7474. https://doi.org/10.1002/anie.201402082

**115. (F)** M. J. Rak, T. Friščić, A. H. Moores* "Mechanochemical synthesis of Au, Pd, Ru and Re nanoparticles with lignin as a bio-based reducing agent and stabilizing matrix" *Faraday Discuss.* **2014**, *170*, 155-167. https://doi.org/10.1039/C4FD00053F

**114. (C)** D. Gracin, V. Štrukil, T. Friščić, I. Halasz*, K. Užarević* "Laboratory real-time and *in situ* monitoring of mechanochemical milling reactions using Raman spectroscopy" *Angew. Chem. Int. Ed.* **2014**, *53*, 6193-6197. https://doi.org/10.1002/anie.201402334

17

Tomislav Friščić, Prof.

**113. (F)** I. Halasz,* T. Friščić*, S. A. J. Kimber, K. Užarević, A. Puškarić, C. Mottillo, P. Julien, V. Štrukil, V. Honkimäki and R. E. Dinnebier "Quantitative in situ and real-time monitoring of mechanochemical reactions" *Faraday Discuss.* **2014**, *170*, 203-221. https://doi.org/10.1039/C4FD00013G

**112. (C)** J. G. Hernández, N. A. J. Macdonald, C. Mottillo, I. S. Butler* and T. Friščić* "A mechanochemical strategy for oxidative addition: remarkable yields and stereoselectivity in the halogenation of organometallic Re(I) complexes" *Green Chem.* **2014**, *16*, 1087-1092. https://doi.org/10.1039/C3GC42104J

**111. (C)** D. Tan, V. Štrukil, C. Mottillo, T. Friščić* "Mechanosynthesis of pharmaceutically relevant sulfonyl-(thio)ureas" *Chem. Commun.* **2014**, 50, 5248-5250. (invited for the 2014 Emerging Investigator theme issue) https://doi.org/10.1039/C3CC47905F

**110. (C)** M. J. Rak, N. K. Saade, T. Friščić and A. Moores* "Mechanosynthesis of Ultra-small Monodisperse Amine-Stabilized Gold Nanoparticles with Controllable Size" *Green Chem.* **2014**, *16*, 86-89. https://doi.org/10.1039/C3GC41827H

**109. (F)** F. Qi, R. Stein, T. Friščić* "Mimicking mineral neogenesis for the clean synthesis of metal-organic materials from mineral feedstocks: coordination polymers, MOFs and metal oxide separation" *Green Chem.* **2014**, *16,* 121-132 (**hot article**) https://doi.org/10.1039/C3GC41370E

## 2013

**108. (C)** O. S. Bushuyev, A. Tomberg, C. J. Barrett*, T. Friščić* "Shaping Crystals with Light: Crystal-to-Crystal *cis-trans* Isomerization and Photomechanical Effect in Fluorinated Azobenzenes" *J. Am. Chem. Soc.* **2013**, *135*, 12556-12559. https://doi.org/10.1021/ja4063019

**107. (F)** M. Sacchi, A. Brewer, S. Jenkins, J. Parker, T. Friščić, S. M. Clarke* "Combined diffraction and DFT calculations of halogen bonded co-crystal monolayers" *Langmuir* **2013**, *29*, 14903-14911.

**106. (C)** I. Halasz, A. Puškarić, S. A. J. Kimber, P. J. Beldon, A. M. Belenguer, F. Adams, V. Honkimäki, R. E. Dinnebier, B. Patel, W. Jones, V. Štrukil, T. Friščić* "Real-time in situ X-ray diffraction monitoring of mechanochemical transformations of pharmaceutical cocrystals" *Angew. Chem. Int. Ed.* **2013**, *52*, 11538-11541 (inside cover).

**105. (E)** S. L. James,* T. Friščić* "Mechanochemistry" *Chem. Soc. Rev.* **2013**, *42*, 7494-7496.

**104. (E)** S. L. James* and T. Friščić* "Mechanochemistry: a web themed issue" *Chem. Commun.* **2013**, *49*, 5349-5350.

**103. (F)** I. Halasz, S. A. J. Kimber, P. J. Beldon, A. M. Belenguer, F. Adams, V. Honkimäki, R. C. Nightingale, R. E. Dinnebier, T. Friščić* "*In situ* and real time monitoring of mechanochemical milling reactions using synchrotron X-ray diffraction" *Nature Protocols* **2013**, 8, 1718-1729 (invited) https://doi.org/10.1038/nprot.2013.100

**102. (F)** C. Mottillo, Y. Lu, M.-H. Pham, M. J. Cliffe, T.-O. Do, T. Friščić* "Mineral neogenesis as an inspiration for mild, solvent-free synthesis of bulk microporous metal–organic frameworks from metal (Zn, Co) oxides" *Green Chem.* **2013**, *15*, 2121-2131. (**hot article**)

**101. (C)** M. Frenette, G. Cosa*, T. Friščić* "Characterization of organic solid forms and real-time *in situ* monitoring of their transformations using solid-state fluorescence" *CrystEngComm* **2013**, *15*, 5100-5106.

**100. (F)** T. Friščić*, I. Halasz, P. J. Beldon, A. M. Belenguer, F. Adams, S. A. J. Kimber, V. Honkimäki, R. E. Dinnebier "Real-time and in situ monitoring of mechanochemical reactions" *Nature Chemistry*, **2013**, *5*, 66-73.
*Highlighted in Chemical & Engineering News: http://cen.acs.org/articles/90/i49/X-Ray-Vision-Mechanochemical-Mills.html; also highlighted by: the UK Science & Technology Facilities Council, European Synchrotron Research Facility; McGill University; Canadian Chemical News and a number of news outlets* https://doi.org/10.1038/nchem.1505

**99. (F)** J. Galcera*, T. Friščić, E. Molins, W. Jones "Isostructurality in three-component crystals achieved by the combination of persistent hydrogen bonding motifs and solvent inclusion" *CrystEngComm*, **2013**, *15*, 1332-1338.

**98. (F)** A. Brewer, T. Friščić, L. M. Overvoorde, J. E. Parker, C. Richardson, S. M. Clarke* "The monolayer structure of 1,2-di(4-pyridyl)ethylene physisorbed on a graphite surface" *Mol.Phys.* **2013**, *111*, 73-79.

## 2012

**97. (C)** M. D. Eddleston, M. Arhangelskis, T. Friščić, W. Jones* "Solid state grinding as a tool to aid enantiomeric resolution by cocrystallisation" *Chem. Commun.* **2012**, 48, 11340-11342.

**96. (C)** V. Štrukil, M. D. Igrc, M. Eckert-Maksić,* T. Friščić* "Desymmetrisation of aromatic diamines and synthesis of non-symmetrical thiourea derivatives by click-mechanochemistry" *Chem. Commun.* **2012**, *48*, 9705-9707. https://doi.org/10.1039/C2CC34013E

**95. (F)** V. Štrukil, M. D. Igrc, L. Fábián, M. Eckert-Maksić,* S. L. Childs, D. G. Reid, M. J. Duer, I. Halasz, C. Mottillo, T. Friščić* "A model for a solvent-free synthetic organic research laboratory: click-mechanosynthesis and structural characterization of thioureas without bulk solvents" *Green Chem.* **2012**, *14*, 2462-2473 (**journal cover**) https://doi.org/10.1039/C2GC35799B

**94. (F)** J. Galcera,* T. Friščić, K. E. Heyczik, L. Fábián, S. M. Clarke, G. M. Day, E. Molins, W. Jones* "Isostructural organic binary-host frameworks with tuneable and diversely decorated inclusion cavities" *CrystEngComm* **2012**, *14*, 7898-7906 (**journal cover**)

**93. (C)** M. J. C. Cliffe, C. Mottillo, R. S. Stein, D.-K. Bučar, T. Friščić* "Accelerated aging: a low energy, solvent-free alternative to solvothermal and mechanochemical synthesis of metal-organic materials" *Chem. Sci.* **2012**, *3*, 2495-2500. (**highlighted on the *RSC Chemical Science Blog* and *www.chemeurope.com*, see: *http://blogs.rsc.org/sc/2012/06/08/accelerated-ageing-to-make-mofs/* and *http://www.chemeurope.com/en/news/138267/organic-accelerated-ageing-to-make-mofs.html*)**

**92. (C)** S. Y. Oh, C. W. Nickels, F. Garcia, W. Jones,* T. Friščić* "Switching between halogen- and hydrogen-bonding in stoichiometric variations of a cocrystal of a phosphine oxide" *CrystEngComm* **2012**, *14*, 6110-6114. (**invited, journal cover, hot article, highlighted on http://blogs.rsc.org/ce/2012/07/08/competing-cocrystals-hydrogen-bonding-vs-halogen-bonding**)

**91. (C)** I. Huskić, I. Halasz,* T. Friščić, H. Vančik "Mechanosynthesis of nitrosobenzenes: a proof-of-principle study in combining solvent-free synthesis with solvent-free separations" *Green Chem.* **2012**,*14*, 1597-1600.

**90. (F)** V. Štrukil, M. D. Igrc, M. Eckert-Maksić,* T. Friščić* "Click mechanochemistry: quantitative synthesis of chiral organocatalysts by efficient two-fold thiourea coupling on vicinal diamines" *Chem. Eur. J.* **2012**, *18*, 8464-8473. (**included in Wiley-VCH Hot Topics selection for Click Chemistry, see: *http://www.wiley-vch.de/util/hottopics/clickchem/*)**

**89. (R)** T. Friščić* "Supramolecular concepts and new techniques in mechanochemistry: cocrystals, cages, rotaxanes, open metal-organic materials" *Chem. Soc. Rev.* **2012**, *41*, 3493-3510 (invited).

Tomislav Friščić, Prof.

**88. (R)** T. Friščić*, I. Halasz, V. Štrukil, M. Eckert-Maksić, R. E. Dinnebier "Clean and efficient synthesis using mechanochemistry: coordination polymers, open metal-organic frameworks and metallodrugs" *Croat. Chem. Acta* **2012**, *85*, 367-378 (invited).

**87. (R)** A. Delori, T. Friščić, W. Jones* "The role of mechanochemistry in the development of pharmaceutical materials based on supramolecular designs" *CrystEngComm* **2012**, *14*, 2350-2362 (**hot article**)

## 2) Publications as a Research Fellow, University of Cambridge

### 2012

**86. (R)** D. Yan, A. Delori, G. O. Lloyd, B. Patel, T. Friščić, G. M. Day, D.-K. Bučar, W. Jones,* J. Lu, M. Wei, D. G. Evans, X. Duan, "Modification of luminescent properties of a coumarin derivative by formation of multi-component crystals" *CrystEngComm* **2012**, *14*, 5121-5123.

**85. (R)** S. L. James, C. J. Adams, C. Bolm, D. Braga, P. Collier, T. Friščić, F. Grepioni, K. D. M. Harris, G. Hyatt, W. Jones, A. Krebs, J. Mack, L. Maini, A. G. Orpen, I. P. Parkin, W. C. Shearouse, J. W. Steed, D. Waddell "Mechanochemistry: opportunities for new and cleaner synthesis" *Chem. Soc. Rev.* **2012**, *41*, 413-447.

**84. (R)** E. Elacqua, T. Friščić, L. R. MacGillivray* "[2.2]Paracyclophane as a Target of the Organic Solid State: Emergent Properties via Supramolecular Construction" *Isr. J. Chem.* **2012**, *52*, 53-59.

### 2011

**83. (C)** D. Yan, A. Delori, G. O. Lloyd, T. Friščić, G. M. Day, W. Jones,* J. Lu, M. Wei, D. G. Evans, X. Duan "A Cocrystal Strategy to Tune the Luminescent Properties of Stilbene-Type Organic Solid-State Materials" *Angew. Chem. Int. Ed.* **2011**, 50, 12483-12486. (**highlighted in Nature Chemistry: J. Wuest,** *Nature Chem.***, 2012, 4, 74-75**)

**82. (F)** T. D. Bennett, S. Cao, J. C. Tan, D. A. Keen, E. G. Bithell, P. J. Beldon, T. Friščić, A. K. Cheetham* "Facile Mechanosynthesis of Amorphous Zeolitic Imidazolate Frameworks" *J. Am. Chem. Soc.* **2011**, *133*, 14546-14549. https://doi.org/10.1021/ja206082s

**81. (E)** T. Friščić*, G. M. Day* "Dynamic behaviour in the solid state" *CrystEngComm* **2011**, *13*, 4303.

**80. (C)** V. M. André, A. Hardeman, I. Halasz, R. S. Stein, G. J. Jackson, D. G. Reid, M. J. Duer, C. Curfs, M. T. Duarte, T. Friščić* "Mechanosynthesis of the Metallodrug Bismuth Subsalicylate from Bi₂O₃ and Structure of a Bismuth Salicylate without Auxiliary Organic Ligands" *Angew. Chem. Int. Ed.* **2011**, *50*, 7858–7861. https://doi.org/10.1002/anie.201103171

**79. (C)** C. Karunatilaka, D.-K. Bučar, L. R. Ditzler, T. Friščić, L. R. MacGillivray,* A. V. Tivanski "Softening and hardening of macro- and nano-sized organic cocrystals in a single-crystal transformation" *Angew. Chem. Int. Ed.* **2011**, *50*, 8642-8646. https://doi.org/10.1002/anie.201102370

**78. (F)** L. R. MacGillivray,* M. B. Atkinson, S. Mariappan, D.-K. Bučar, J. Baltrusaitis, T. Friščić, N. Sinada "Crystal engineering rescues a solution organic synthesis in a cocrystallization confirms the configuration of a molecular ladder" *Proc. Natl. Acad. Sci. USA* **2011**, *108*, 10974-10979. https://doi.org/10.1073/pnas.1104352108

**77. (F)** T. Friščić, D. G. Reid, G. M. Day, M. J. Duer and W. Jones* "Effect of Fluorination on Molecular Conformation in the Solid State: Tuning the Conformation of Cocrystal Formers" *Cryst. Growth Des.* **2011**, *11*, 972-981. **Highlighted on the ACS Crystal Growth and Design network page: https://communities.acs.org/docs/DOC-4847** https://doi.org/10.1021/cg1016388

**76. (C)** T. Friščić*, I. Halasz, F. C. Strobridge, R. E. Dinnebier, R. S. Stein, L. Fábián, C. Curfs "A rational approach to screen for hydrated forms of the pharmaceutical derivative magnesium naproxen using liquid-assisted grinding" *CrystEngComm* **2011**, *13*, 3125-3129. https://doi.org/10.1039/C0CE00894J

**75. (C)** A. M. Belenguer*, T. Friščić*, G. M. Day, J. K. M. Sanders "Solid-state dynamic combinatorial chemistry: reversibility and thermodynamic product selection in covalent mechanosynthesis" *Chem. Sci.* **2011**, *2*, 696-700. https://doi.org/10.1039/C0SC00533A

**74. (C)** S. M. Clarke*, T. Friščić, W. Jones, A. Mandal, C. Sun and J. E. Parker "Observation of a two-dimensional halogen-bonded cocrystal at sub-monolayer coverage using synchrotron X-ray diffraction" *Chem. Commun.* **2011**, *47*, 2526-2528. https://doi.org/10.1039/C0CC04400H

**73. (C)** S. M. Clarke*, T. Friščić, A. Mandal, C. Sun and J. E. Parker "Monolayer structure of 4,4'-bipyridine on graphite at sub-monolayer coverage" *Mol. Phys.* **2011**, *109*, 477-481. https://doi.org/10.1080/00268976.2010.531296

**72. (F)** D. Cinčić, T. Friščić*, W. Jones* "Experimental and database studies of three-centered halogen bonds with bifurcated acceptors present in molecular crystals, cocrystals and salts" *CrystEngComm* **2011**, *13*, 3224-3231 (invited). https://doi.org/10.1039/C0CE00699H

**71. (C)** M. T. Neary, D. G. Reid, M. J. Mason, T. Friščić, M. J Duer,* M. Cusack "Contrasts between organic participation in apatite biomineralization in brachiopod shell and vertebrate bone identified by nuclear magnetic resonance spectroscopy" *J. R. Soc. Interface* **2011**, 8, 282-288. https://doi.org/10.1098/rsif.2010.0238

### 2010

**70. (C)** P. J. Beldon, L. Fábián, R. S. Stein, A. Thirumurugan, A. K. Cheetham, T. Friščić* "Rapid room-temperature synthesis of zeolitic imidazolate frameworks using mechanochemistry" *Angew. Chem. Int. Ed.* **2010**, *49*, 9640-9643. https://doi.org/10.1002/anie.201005547

**69. (R)** A. Blagus, D. Cinčić, T. Friščić, B. Kaitner,* V. Stilinović "Schiff bases derived from hydroxyaryl aldehydes: molecular and crystal structure, tautomerism, quinoid effect, coordination compounds" *Maced. J. Chem. Chem. Eng.* **2010**, *29*, 117-138. http://dx.doi.org/10.20450/mjcce.2010.159

**68. (C)** V. Štrukil, L. Fábián, D. G. Reid, M J Duer, G. J. Jackson, M. Eckert-Maksić,* T. Friščić* "Towards an environmentally-friendly laboratory: dimensionality and reactivity in the mechanosynthesis of metal-organic compounds" *Chem. Commun.* **2010**, *46*, 9191-9193. https://doi.org/10.1039/C0CC03822A

**67. (C)** S. Karki, L. Fábián, T. Friščić and W. Jones* "New solid forms of artemisinin obtained through cocrystallisation" *CrystEngComm* **2010**, *12*, 4038-4041. **Highlighted on the ACS Crystal Growth and Design network page: https://communities.acs.org/docs/DOC-3808** https://doi.org/10.1039/C0CE00428F

19

Tomislav Friščić, Prof.

66. (C) J. Bradley, L. Bridgland, D. Colyer, M. J. Duer,* T. Friščić, J. Gallagher, D. G. Reid, J. Skepper, C. Trasler "NMR of biopolymer-apatite composites: Developing a model of the molecular structure of the mineral-matrix interface in calcium phosphate biomaterials" *Chem. Mater.* 2010, *22*, 6109-6116.

65. (C) <u>E. H. H. Chow</u>, <u>F. C. Strobridge</u>, T. Friščić* "Mechanochemistry of magnesium oxide revisited: facile derivatisation of pharmaceuticals using coordination and supramolecular chemistry" *Chem. Commun.* 2010, *46*, 6368-6370.

64. (H) T. Friščić* "New opportunities for materials synthesis using mechanochemistry" *J. Mat. Chem.* 2010, *20*, 7599-7605.

63. (F) T. Friščić*, R. W. Lancaster, L. Fábián, P. G. Karamertzanis* "Tunable recognition of the steroid α-face by adjacent π-electron density" *Proc. Natl. Acad. Sci. USA* 2010, *107*, 13216-13221.

62. (C) <u>F. C. Strobridge</u>, <u>N. Judaš</u>, T. Friščić* "A stepwise mechanism and the role of the liquid phase in the liquid-assisted grinding synthesis of metal-organic materials" *CrystEngComm* 2010, *12*, 2409-2418 (invited)**.**

61. (R) T. Friščić, W. Jones* "Benefits of cocrystallisation in pharmaceutical materials science: An update" *J. Pharm. Pharmacol.* 2010, *62*, 1547-1559 (invited).

60. (C) <u>G. Lapadula</u>, <u>N. Judaš</u>, T. Friščić*, W. Jones* "A three-component modular strategy to extend and link coordination complexes using halogen bonds to O-, S- and π-acceptors" *Chem. Eur. J.* 2010, *16*, 7400-7403.

59. (C) W. Yuan*, T. Friščić*, D. Apperley, S. L. James* "High reactivity of metal-organic frameworks under grinding conditions - parallels with organic molecular materials" *Angew. Chem. Int. Ed.* 2010, *49*, 3916-3919.

58. (C) A. J. Cruz-Cabeza, S. Karki, L. Fábián, T. Friščić, G. M. Day, W. Jones* "Predicting Stoichiometry and Structure of Solvates" *Chem. Commun.* 2010, *46*, 2224-2226.

57. (C) T. Friščić*, D. G. Reid, I. Halasz, R. S. Stein, R. E. Dinnebier, M. J. Duer "Ion- and liquid-assisted grinding: improved mechanochemical synthesis of metal-organic frameworks reveals salt inclusion and anion templating" *Angew. Chem. Int. Ed.* 2010, *49*, 712-715. **Highlighted as an Angewandte Chemie "Hot Paper"**

## 2009

56. (R) T. Friščić, W. Jones "Three-component molecular assembly using mechanochemical grinding" *Annales de Chimie: Science des Matériaux* 2009, *34*, 415-428 (invited).

55. (F) T. Friščić*, E. Meštrović*, D. Škalec-Šamec, B. Kaitner, L. Fábián " One-pot mechanosynthesis with three levels of molecular self-assembly: coordination bonds, hydrogen bonds and host-guest inclusion" *Chem. Eur. J.* 2009, *15*, 12644-12652.

54. (C) T. Friščić*, L. Fábián "Mechanochemical conversion of a metal oxide into coordination polymers and porous frameworks using liquid-assisted grinding (LAG)" *CrystEngComm* 2009, *11*, 743-745. https://doi.org/10.1039/B822934C

53. (F) T. Friščić*, S. L. Childs*, S. A. A. Rizvi, W. Jones "The role of solvent in mechanochemical and sonochemical cocrystal formation: a solubility-based approach for predicting cocrystallisation outcome" *CrystEngComm* 2009, *11*, 418-426 (invited). https://pubs.rsc.org/en/content/articlehtml/2009/ce/b815174a

## 3) Publications as a post-doctoral researcher, University of Cambridge

### 2009

52. (C) S. Karki, T. Friščić, L. Fábián, P. R. Laity, G. M. Day, W. Jones* "Improving mechanical properties of crystalline solids by cocrystal formation: new compressible forms of paracetamol" *Adv. Mater.* 2009, *21*, 3905-3909. **Invited, highlighted in *Chemistry & Engineering News,* July 27, 2009, p.46.**

51. (C) T. Friščić, L. R. MacGillivray* "Engineering cocrystal and polymorph architecture via pseudoseeding" *Chem. Commun.* 2009, 773-775.

50. (F) E. P. J. Parrott, J. A. Zeitler, T. Friščić, M. Pepper, W. Jones, G. M. Day*, L. F. Gladden* "Testing the sensitivity of terahertz spectroscopy to changes in molecular and supramolecular structure: a study of structurally similar cocrystals" *Cryst. Growth Des.* 2009, *9*, 1452-1460**.**

49. (R) T. Friščić, W. Jones* "Recent advances in understanding the mechanism of cocrystal formation via grinding" *Cryst. Growth Des.* 2009, *9*, 1621-1637 (invited).

48. (F) S. Karki, T. Friščić, W. Jones* "Control and interconversion of cocrystal stoichiometry by grinding: stepwise mechanism for the formation of a hydrogen-bonded cocrystal" *CrystEngComm* 2009, *11*, 470-481 (invited).

47. (F) M. J. Duer*, T. Friščić, R. C. Murray, D. G. Reid and E. R. Wise "The Mineral Phase of Calcified Cartilage: its Molecular Structure and Interface with the Organic Matrix" *Biophysical Journal* 2009, *96*, 3372-3378.

### 2008

46. (C) T. D. Hamilton, G. S. Papaefstathiou, T. Friščić, D.-K. Bučar, L. R. MacGillivray* "Onion-Shell Metal-Organic Polyhedra (MOPs): A General Approach to Decorate the Exteriors of MOPs using Principles of Supramolecular Chemistry" *J. Am. Chem. Soc.* 2008, *130*, 14366-14367.

45. (C) M. B. J. Atkinson, D. K. Bučar, A. N. Sokolov, T. Friščić, C. Robinson, M. Bilal, N. G. Sinada, A. Chevannes, L. R. MacGillivray* "General application of mechanochemistry to templated solid-state reactivity: rapid and solvent-free access to crystalline supermolecules" *Chem. Commun.* 2008, 5713-5715.

44. (F) D. Cinčić, T. Friščić, W. Jones* "Structural Equivalence of Br and I Halogen Bonds: A Route to Isostructural Materials with Controllable Properties" *Chem. Mater.* 2008, *20*, 6623-6626.

43. (F) M. J. Duer*, T. Friščić, D. Proudfoot, D. G. Reid, M. Schoppet, C. M. Shanahan, J. N. Skepper, E. R. Wise "The mineral surface in calcified plaque is like that of bone - Further evidence for regulated mineralization" *Arter. Thromb. Vasc. Biol.* 2008, *28*, 2030-2034.

Tomislav Friščić, Prof.

**42.** (**F**) J. R. Harjani, T. Friščić, L. R. MacGillivray, R. D. Singer* "Removal of Metal Ions from Aqueous Solutions Using Chelating Task-Specific Ionic Liquids" *Dalton Trans.* **2008**, 4595-4601.

**41.** (**F**) D. Cinčić, T. Friščić, W. Jones* "A cocrystallisation-based strategy to construct isostructural solids" *New J. Chem.* **2008**, *32*, 1776-1781.

**40.** (**F**) D. J. Berry, C. C. Seaton, W. Clegg, R. W. Harrington, S. J. Coles, P. N. Horton, M. B. Hursthouse, R. Storey, W. Jones, T. Friščić, N. Blagden* "Applying hot-stage microscopy to co-crystal screening: A study of nicotinamide with seven active pharmaceutical ingredients" *Cryst. Growth Des.* **2008**, *8*, 1697-1712. https://doi.org/10.1021/cg800035w

**39.** (**C**) D. Cinčić, T. Friščić, W. Jones* "Stepwise mechanism for the mechanochemical synthesis of halogen-bonded cocrystal architectures " *J. Am. Chem. Soc.* **2008**, *130*, 7524-7525.

**38.** (**C**) T. Friščić, L. Fábián, J. C. Burley, D. G. Reid, M. J. Duer, W. Jones* "Exploring the relationship between cocrystal stability and symmetry: Is Wallach's rule applicable to multi-component solids?" *Chem. Commun.* **2008**, 1644-1646.

**37.** (**F**) T. Friščić, A. V. Trask, W. Jones,* W. D. S. Motherwell "Guest-directed assembly of caffeine and succinic acid into topologically different heteromolecular host networks upon grinding" *Cryst. Growth Des.* **2008**, *8*, 1605-1609.

**36.** (**R**) L. R. MacGillivray,* G. S. Papaefstathiou, T. Friščić, T. D. Hamilton, D.-K. Bučar, Q. Chu, D. B. Varshney, I. G. Georgiev "Supramolecular control of reactivity in the solid-state: from templates to metal-organic frameworks" *Acc. Chem. Res.* **2008**, *41*, 280-291.

**35.** (**C**) T. Friščić, L. Klasinc,* B. Kovač, L. R. MacGillivray* "HeI photoelectron spectra and gas-phase electronic structures of end-functionalised [3]- and [5]-ladderanes" *J. Phys. Chem. B* **2008**, *112*, 1493-1496.

**34.** (**F**) D. Cinčić, T. Friščić, W. Jones* "Isostructural materials achieved via structurally equivalent donors and acceptors in halogen-bonded cocrystals" *Chem. Eur. J.* **2008**, *14*, 747-753.

## 2007

**33.** (**C**) S. Karki, L Fábián, T. Friščić, W. Jones* "Powder X-ray diffraction: An emerging method to structurally characterize organic solids" *Org. Letters.* **2007**, *9*, 3133-3136**.**

**32.** (**F**) S. Karki, T. Friščić, W. Jones,* W. D. S. Motherwell "Solid-state synthesis of pharmaceutical cocrystals and cocrystal hydrates via neat and liquid-assisted grinding" *Mol. Pharm.* **2007**, *4*, 347-354 (invited).

**31.** (**L**) K. L. Nguyen, T. Friščić, G. M. Day, L. F. Gladden, W. Jones* "Terahertz time-domain spectroscopy and the quantitative monitoring of mechanochemical cocrystal formation" *Nature Materials* **2007**, *6*, 206-209.

**30.** (**F**) T. Friščić, W. Jones* "Cocrystal architecture and properties: design and building of chiral and racemic structures by solid-solid reactions" *Faraday Discussions* **2007**, *136*, 161-172.

**29.** (**C**) J. R. Harjani, T. Friščić, L. R. MacGillivray, R. D. Singer* "Metal chelate formation using a task-specific ionic liquid" *Inorg. Chem.* **2007**, *45* 10025-10027.

## 2006

**28.** (**C**) T. Friščić, L. Fábián, J. C. Burley, W. Jones,* W. D. S. Motherwell "Exploring cocrystal-cocrystal reactivity via liquid-assisted grinding: assembling of racemic and dismantling of enantiomeric cocrystals" *Chem. Commun.* **2006**, 5009-5011.

**27.** (**C**) T. Friščić, A. V. Trask, W. Jones,* W. D. S. Motherwell "Screening for inclusion compounds and systematic construction of three-component solids via liquid-assisted grinding" *Angew. Chem. Int. Ed.* **2006**, *45*, 7546-7550.

## 4) Publications as a Ph.D. student, University of Iowa

### 2006

**26.** (**C**) A. N. Sokolov, T. Friščić, S. Blais, J. A. Ripmeester, L. R. MacGillivray* "Persistent one-dimensional face-to-face π-stacks within organic cocrystals" *Cryst. Growth Des.* **2006**, *6*, 2427-2428.

**25.** (**C**) T. Friščić, L. R. MacGillivray* "First step in the template-controlled solid-state synthesis of a paracyclophane: A single-crystal-to-single-crystal reaction involving a finite supramolecular assembly" *Aust. J. Chem.* **2006**, *59*, 613-616.

**24.** (**R**) T. Friščić, L. R. MacGillivray "Modularity in organic solid-state and supramolecular chemistry" *Croat. Chem. Acta.* **2006**, *79*, 327-333.

**23.** (**C**) A. N. Sokolov, T. Friščić, L. R. MacGillivray* "Enforced face-to-face stacking of organic semiconductor building blocks within hydrogen-bonded molecular co-crystals" *J. Am. Chem. Soc.* **2006**, *128*, 2806-2807.

**22.** (**C**) T. Friščić, L. R. MacGillivray* "Increasing the landscape of structural motifs in co-crystals of resorcinols with ditopic aromatics: a one-dimensional π-stacked hydrogen-bonded polymer involving a phenanthroline" *Mol. Cryst. Liq. Cryst.* **2006**, *456*, 155-162.

**21.** (**C**) D. B. Varshney, X. Gao, T. Friščić, L. R. MacGillivray* "Heteroditopic Rebek's imide directs the reactivity of homoditopic olefins within desolvated quaternary assemblies in the solid-state" *Angew. Chem. Int. Ed.* **2006**, *45*, 646-650.

### 2005

**20.** (**F**) T. Friščić, T. D. Hamilton, G. S. Papaefstathiou, L. R. MacGillivray* "A template-controlled solid-state reaction for the organic chemistry laboratory" *J. Chem. Ed.* **2005**, *82*, 1679-1681.

**19.** (**C**) T. Friščić, L. R. MacGillivray* "Reversing the code of a template-directed solid-state synthesis: A bipyridine template that directs a single-crystal-to-single-crystal [2+2] photodimerization of a dicarboxylic acid" *Chem. Commun.* **2005**, 5748-5750.

**18.** (**C**) G. S. Papaefstathiou, T. Friščić, L. R. MacGillivray* "Design and construction of a 2D metal organic framework with multiple cavities: A nonregular net with a paracyclophane that codes for multiply fused nodes" *J. Am. Chem. Soc.* **2005**, *127*, 14160-14161.

**17.** (**R**) L. R. MacGillivray,* G. S. Papaefstathiou, T. Friščić, D. B. Varshney, T. D. Hamilton "Template-controlled synthesis in the solid state" *Topics Current Chem.* **2005**, *248*, 201-221.

**16.** (**C**) G. S. Papaefstathiou, I. G. Georgiev, T. Friščić, L. R. MacGillivray* "A photoactive one-dimensional ladder-like coordination polymer based on a dinuclear Zn(II) platform" *Chem. Commun.* **2005**, 3974-3975.

Tomislav Friščić, Prof.

**15. (C)** T. N. Sokolov, T. Friščić, L. R. MacGillivray* "Crystal and molecular structure of 9,10-trans,trans-bis(4-pyridylethynyl)anthracene" *J. Struc. Chem.* **2005**, *46*, S171-S174.

**14. (R)** T. Friščić, L. R. MacGillivray* "Single-crystal-to-single-crystal [2+2] photodimerizations: From discovery to design" *Z. Krist.* **2005**, *220*, 351-363.

**13. (F)** T. Friščić, L. R. MacGillivray* "Cyclophanes and ladderanes: Molecular targets for supramolecular chemists" *Supramol. Chem.* **2005**, *17*, 47-51.

## 2004

**12. (C)** G. S. Papaefstathiou, T. Friščić, L. R. MacGillivray* "An infinite hydrogen-bonded molecular assembly based on catechol and a bifunctional olefin" *Trans. Amer. Cryst. Assoc.* **2004**, *39*, 110-113.

**11. (F)** T. Friščić, D. M. Drab, L. R. MacGillivray* "A test for homology: Photoactive crystalline assemblies involving linear templates based on a homologous series of phloroglucinols" *Org. Lett.* **2004**, *6*, 4647-4650.

**10. (C)** G. S. Papaefstathiou, T. D. Hamilton, T. Friščić, L. R. MacGillivray* "Self-assembled metal-organic squares derived from linear templates as exemplified by a polydentate ligand that provides access to both a polygon and polyhedron" *Chem. Commun.* **2004**, 270-271.

**9. (F)** X. Gao, T. Friščić, L. R. MacGillivray* "Supramolecular construction of molecular ladders in the solid state" *Angew. Chem. Int. Ed.* **2004**, *43*, 232-236.

**8. (F)** X. Gao, T. Friščić, G. S. Papaefstathiou, L. R. MacGillivray* "Crystal and molecular structure of Rebek's imide" *J. Chem. Cryst.* **2004**, *34*, 171-174.

## 2003

**7. (F)** G. S. Papaefstathiou, T. Friščić, L. R. MacGillivray* "A regiocontrolled 'head-to-tail' [2+2] photodimerization of a stilbene involving a ternary solid based on catechol" *J. Supra. Chem.* **2003**, *2*, 227-231.

**6. (C)** T. Friščić, L. R. MacGillivray* "Template-switching: a supramolecular strategy for the quantitative, gram-scale construction of a molecular target in the solid state" *Chem. Commun.*, **2003**, 1306-1307.

**5. (F)** T. Friščić, L. R. MacGillivray* "Double inclusion of ferrocene within a doubly interpenetrated three-dimensional framework based on resorcin[4]arene" *J. Organomet. Chem. 666*, **2003**, 43-48.

## 5) Publications as an undergraduate student, University of Zagreb

### 1998-2002

**4. (C)** T. Friščić, A. J. Lough, G. Ferguson,* B. Kaitner* "Enantiomeric bis(μ-N,N'-hexamethylene-disalicylaldiminato)dicopper(II) complexes" *Acta Cryst. C58*, **2002**, m313-m315.

**3. (C)** Pajić, D.; Zadro,* K.; Friščić, T.; Judaš, N.; Meštrović "Magnetic relaxation in Mn₁₂-methanoate molecular magnet" *J. Magn. Magn. Mater. 242* **2002**, 946-948.

**2. (F)** D. Pajić, K. Zadro,* T. Friščić, N. Judaš, E. Meštrović "Thermal relaxation and quantum tunneling of the magnetization in Mn₁₂-acetate" *Fizika A 8*, **1999**, 253-260.

**1. (F)** T. Friščić, B. Kaitner,* E. Meštrović "Synthesis and structure of N,N'-butylene- and N,N'-hexylenebis(2-oxy-1-naphthaldimine)" *Croat. Chem. Acta 71*, **1998**, 87-98.

## 16. Invited, Plenary and Keynote Lectures at Departments, Conferences, Symposia and Industrial Sites

### 2021

**206.** T. Friščić, "Many ways to monitor mechanochemical reactions", Invited Lecture at the Pacifichem 2021 Symposium #294 "The Many Flavors of Mechanochemistry" (held online, 18 December 2021)

**205.** T. Friščić, "Controlling the properties of organic solids through cocrystal formation" Invited Lecture at the Pacifichem 2021 Symposium #367 "Organic Solid-State Chemistry: Advances from Structures to Properties" (held online, 18 December 2021)

**204.** T. Friščić, "Tribochemistry: Cleaner, Faster and easily Scalable Synthesis of Molecules and Materials" Invited Lecture at the Department of Chemistry, University of British Columbia (Vancouver, BC, 29 October 2021)

**203.** T. Friščić, "From Grinding to Ignition: Opportunities of Solid-State Chemistry in Green Chemistry and Materials Science" Invited Lecture at the School of Chemistry, University of St. Andrews (held online, 27 October 2021)

**202.** T. Friščić, "Bleaching the record: the forgotten problems of structural science" Invited Lecture at the Midwest Award Symposium of the 2021 Midwest Regional ACS Meeting (Springfield, MO, USA, 20-22 October 2021)

**201.** T. Friščić, "Energetics and Thermodynamics of Metal-Organic Frameworks: Towards Supramolecular Design of Fuels" Invited Lecture at the Supramolecular Chemistry/Crystal Engineering Symposium of the 2021 Midwest Regional ACS Meeting (Springfield, MO, USA, 20-22 October 2021)

**200.** T. Friščić, Medal "Spiridion Brusina" Award Lecture, presented at the 27th Annual Croatian Meeting of Chemists and Chemical Engineers (HSKIKI-27, Mali Lošinj, Croatia, 4-8 October 2021)

**199.** T. Friščić, "Mechanochemical and Tribochemical Synthesis of Pharmaceutical Molecules and Solid Forms" Invited Lecture at the 11th convention on Crystal Forms (CF@Bo11) (online, Bologna, Italy, 10 September 2021)

**198.** T. Friščić, "Mechanochemistry: a general route for chemical synthesis and discovery without solvents" Invited Lecture at the 48th IUPAC World Chemistry Congress (WCC) and 104th Canadian Chemistry Conference and Exhibition (CCCE) (online, Montreal, Canada, 17 August 2021)

Tomislav Friščić, Prof.

**197.** T. Friščić, "Stability and polymorphism in metal-organic frameworks" Invited Lecture at the 48th IUPAC World Chemistry Congress (WCC) and 104th Canadian Chemistry Conference and Exhibition (CCCE) (online, Montreal, Canada, 16 August 2021)

**196.** T. Friščić, "Metal-organic frameworks: high up in the sky, deep in the ground" Invited Lecture in the Crystal Growth & Design Webinar Series (online, 23 Jun 2021)

**195.** T. Friščić, "Promoting Green Chemistry and Sustainability through the Solid State: Sky is the Limit" Keynote Lecture at the 72nd Irish Chemistry Research Colloquium, University of Limerick and Bernal Institute (online, 17-18 Jun 2021)

**194.** T. Friščić, "Directing the (in)stability of metal-organic frameworks (MOFs)" Plenary Lecture at Progress & Challenges of Modern Day Science (PCDS) Conference, B. Borooah College, India (online, 17-18 Jun 2021)

**193.** T. Friščić, "The Future of Chemistry" McGill University Bicentennial Mini Science 2021 Lecture (online, 10 Jun 2021) https://www.youtube.com/watch?v=R_IpDOF-FTE

**192.** T. Friščić, "It's not easy being green – a survival guide for the aspiring milling mechanochemist" Invited Lecture at the EU COST Action Online Training School "Mechanochemistry: From supramolecular to covalent bonds – synthesis and structural characterization" (webcasted from Lisbon, 22-25 Mar 2021)

**191.** T. Friščić, "Synthesis without bulk solvents: catalytic, greener and more efficient" Invited Lecture at the Solid-state Pharmaceutical Centre (SSPC) Greener Pharmaceutical Manufacturing Event (online, 26 Mar 2021)

**190.** T. Friščić, "Green Chemistry via the Solid State: Sky is the Limit" Invited Lecture at the University of Birmingham School of Chemistry (online, 19 Feb 2021)

**189.** T. Friščić, " Emergence of Medicinal Mechanochemistry: from DNA to Co-Crystals and Back" Invited Lecture at the EU COST Action Workshop "Mechanochemistry Meets Industry" (online, 17-18 Feb 2021)

## 2020

**188.** T. Friščić, "Mechanochemistry: chemical and materials synthesis without bulk solvents" Invited Lecture at the Los Alamos National Laboratory (online, 14 Jan 2021)

**187.** T. Friščić, "Green Chemistry via the Solid State: Sky is the Limit" *Open Science Podcast* (held online, 20 Nov 2020)

**186.** T. Friščić, "Mechanochemistry: a New System of Chemical Synthesis" Invited Talk to Editors of the Nature Publishing Group (online, 29 Oct 2020)

**185.** T. Friščić, "The use of real-time synchrotron diffraction to understand mechanochemical reactions: from molecular to framework materials" Invited Talk at the Soft Matter, Health, and Life Science Petra IV Synergy Workshop of Deutsches Elektronen-Synchrotron (DESY) (online, 29 Oct 2020)

**184.** T. Friščić, "Mechanochemistry: Chemists' Re-discovery of the Book of Stones" Online Invited Lecture by the NSF Center for Mechanical Control of Chemistry (CMCC, 15 Oct 2020) **(Inaugural Lecture)**

**183.** T. Friščić, "Green Chemistry via the Solid State: Sky is the Limit" Invited Talk at the Department of Chemistry, University of Ottawa (held online, 16 Sep 2020)

**182.** T. Friščić, "From Mechanochemistry to MOFs: Understanding the Reactivity of Solids" Invited Talk at the Department of Chemistry and Polymer Science, Stellenbosch University (held online, 10 Jul 2020)

**181.** T. Friščić, "Green Chemistry via the Solid State: Sky is the Limit " Invited Talk at the Annual General Meeting of the Montreal Chapter of the Canadian Institute for Chemistry (held online, 18 Jun 2020)

**180.** T. Friščić, "Re-discovering the Chemistry of Stones: a Cornerstone for New, Cleaner Synthesis of Molecules and Materials" Invited Talk to the German Chemical Society, GDCh (held online, 26 May 2020)

**219.** T. Friščić, "Stability of metal-organic frameworks: from thermodynamics to greener aerospace propulsion", oral presentation at the 103rd Canadian Chemistry Conference and Exhibition (CCCE) (online, Ottawa, Canada, 27 May 2021)

**219.** T. Friščić, "Mechanochemistry in synthesis", oral presentation at the 103rd Canadian Chemistry Conference and Exhibition (CCCE) (online, Ottawa, Canada, 27 May 2021)

**179.** T. Friščić, "Reactivity of Solids as a Cornerstone for New, Cleaner and Materials Science" Invited Talk at the Department of Chemistry, University of Texas, Houston (held online, 21 Apr 2020)

**178.** T. Friščić, "Mechanochemistry for Synthesis" Invited Talk at the Department of Chemistry, York University (Toronto, 13 Feb 2020)

**177.** T. Friščić, "Kemija na suho" ("Dry Chemistry"). Keynote talk at the annual dinner of the AMCA Québec (Montreal, 4 Feb 2020)

## 2019

**176.** T. Friščić, "Reactivity of Solids as a Cornerstone for New, Cleaner Chemistry and Materials Science" Invited Lecture at the Department of Chemistry, University of Bologna (Bologna, Italy, 10 Dec 2019)

**175.** T. Friščić, "Stabilnost koordinacijskih mreža" ("Stability of Coordination Networks), Invited Lecture at *SupraMolChem* 2019 (Zagreb, Croatia, 3 Dec 2019) (in Croatian)

**174.** T. Friščić, "Mechanochemistry for Chemical Synthesis and Solid Form Discovery: From Co-crystals to Catalysis and Back", Invited Lecture at Abbvie, Inc. (Chicago, US, 20 Nov 2019)

**173.** T. Friščić, "Mechanochemistry for synthesis", Invited Lecture at the Frontiers of Organic Synthesis Symposium in Honor of Prof. Margus Lopp (Tallinn, Estonia, 15 Nov 2019)

**172.** T. Friščić, "Materials synthesis and discovery via mechanochemistry and related techniques", Invited Lecture at the 23rd Larson Conference on Crystallization (Chicago, US, 30 Sep-2 Oct 2019)

**171.** T. Friščić, "Making Molecules and Materials by Mechanochemistry", Invited Lecture at the MechanoChemBio 2019 conference: Multiscale Mechanochemistry & Mechanobiology from molecular mechanisms to smart materials (Montreal, Canada, 29 July 2019)

**170.** T. Friščić, I. Huskić "The emergent relationship between solvent-free chemistry, crystal engineering and mineralogy", Invited Talk at the 2019 Annual Meeting of the American Crystallographic Association (Covington, KY, USA, 23 July 2019)

23

Tomislav Friščić, Prof.

**169.** T. Friščić, "Mechanochemistry with additives: From improved synthesis to manufacturing advanced materials from the simplest precursors", Invited Talk at the 23rd Annual Green Chemistry & Engineering Conference and 9th International Conference on Green and Sustainable Chemistry (Reston, VA, USA, 11 June 2019)

**168.** T. Friščić, "Medicinal Mechanochemistry: Developing Cleaner, Safer and More Efficient Routes to API Solids", Invited Talk at the Gordon Research Conference on Preclinical Form and Formulation for Drug Discovery (Waterville Valley, NH, USA, 9-14 June 2019)

**167.** T. Friščić, "Metal-organic frameworks: from mechanochemistry to minerals", Award Lecture at the 102nd Canadian Chemistry Conference and Exhibition (Quebec City, Canada, 5 June 2019)

**166.** T. Friščić, "Mechanochemistry: Tour de Force of Environmentally-Friendly Molecular and Materials Synthesis", Invited Talk at the Ecole des Mines Albi (Albi, France, 29 May 2019)

**165.** T. Friščić, "Chemistry 2.0: Benefits of Making Molecules and Materials via the Solid State", Invited Talk at the Laboratorie de Chimie de Coordination (Toulouse, France, 27 May 2019)

**164.** T. Friščić, "Mechanochemistry: Tour de Force of Molecular and Materials Synthesis", Invited Talk at the Max Planck Institute für Kohlenforschung (Mülheim, Germany, 20 May 2019)

**163.** T. Friščić, "Mechanochemistry Opens the Door to Cleaner, Safer and More Exciting Chemistry *via* Simplicity and Minimalistic Design", Invited Talk at the Department of Chemistry, Montpellier University, (Montpellier, France, 14 May 2019)

**162.** T. Friščić, "Simplicity and Minimalistic Design for Cleaner, Safer and More Exciting Chemistry", Steacie Prize in Natural Science Lecture, (McGill University, Montreal, 24 April 2019)

**161.** T. Friščić, "Mechanochemistry and Green Chemistry – Thinking about Chemistry in a Different Way", Invited Talk at the 26th Annual Meeting of Croatian Chemists and Chemical Engineers, (Šibenik, Croatia, 9-12 April 2019)

**160.** T. Friščić, "Thousand ways of monitoring mechanochemical reactions" Invited Lecture at the ACS Spring 2019 National Meeting, CATL Division, (Orlando, FL, USA, 31 March 2019)

**159.** T. Friščić, "Understanding the thermodynamics and energetic properties of synthetic and natural metal-organic frameworks" Invited Lecture at the ACS Spring 2019 National Meeting, PHYS Division, (Orlando, FL, USA, 1 April 2019)

**158.** T. Friščić, Keynote Lecture at the Bravo 2019 event honoring award recipient at McGill University, (Montreal, 21 March 2019)

**157.** T. Friščić "Metal-Organic Frameworks: Mechanochemistry, Materials and Minerals", Plenary lecture at the 31st German Zeolite Meeting, (Dresden, Germany, 6-8 March 2019)

## 2018

**156.** T. Friščić "Thermodynamics and stability in mechanochemistry and mechanochemically-made materials", Invited Talk at the 2018 Beilstein Organic Chemistry Symposium on "Mechanochemistry: Microscopic and Macroscopic Aspects", (Ruedesheim, Germany, 13-15 November 2018)

**155.** T. Friščić "Chemistry 2.0", Plenary Talk at the 21st Chemistry and Biochemistry Graduate Research Conference (CBGRC), Concordia University (Montreal, QC, 9 November 2018)

**154.** T. Friščić "Green Chemistry", Invited Talk at the 2018 Cells to Society Symposium on "Environment & Health": Sustainable Materials, McGill University (Montreal, QC, 26 October 2018)

**153.** T. Friščić "Understanding of Metal-Organic Frameworks through Mechanochemistry: From Experiment to Theory", Invited Lecture at the 2018 Annual Meeting of the American Crystallographic Association (Toronto, ON, 20-24 July 2018)

**152.** T. Friščić "Dancing in a Chemical Graveyard", Invited Lecture at the 2018 Annual Meeting of the American Crystallographic Association (Toronto, ON, 20-24 July 2018)

**151.** T. Friščić "Metal-organic Frameworks: Efficient Synthesis, Thermodynamic Stability and Structure Prediction", Invited Lecture at the 16th European Powder Diffraction Conference (EPDIC16) (Edinburgh, UK, 1-4 July 2018)

**150.** T. Friščić "Rediscovering the Chemistry of Stones: solid-state chemistry for cleaner, more efficient synthesis of molecules and materials", Invited Guest Lecture at the 2018 Annual Meeting of the British Association for Crystal Growth (BACG, Limerick, Ireland, 20-21 June 2018)

**149.** T. Friščić "Mechanochemistry @MOSSCS: from MOFs to Mechanisms" Plenary Lecture at the 28th Midwest Organic Solid-State Chemistry Symposium (MOSSCS XXVIII) (St. Louis, MO, USA, 8-9 June 2018)

**148.** T. Friščić " Understanding the mechanochemical assembly of cocrystals and metal-organic frameworks", Invited Lecture at the 101st Canadian Chemistry Conference and Exhibition (Edmonton, AB, 27-31 May 2018)

**147.** T. Friščić "Solvent-Free Chemistry or What's a Chemist Without a Beverage?", Pint of Science Lecture Series (Montreal, 14 May 2018)

**146.** T. Friščić "Emergence and Applications of Techniques for Real-Time Monitoring of Mechanochemical Reactions", 255th ACS National Meeting (New Orleans, LA, 18 March 2018)

**145.** T. Friščić "Green Chemistry 2.0", Cutting Edge Lecture in Science Series (Redpath Museum, Montreal, 8 March 2018)

**144.** T. Friščić "Mechanochemistry: chemical and materials synthesis without bulk solvents", Invited Lecture at the University of Ljubljana Doctoral Studies Program (Ljubljana, Slovenia, 30 January 2018)

## 2017

**143.** T. Friščić "Towards Efficient and Sustainable Synthesis through Solid-state Chemistry", Invited Lecture at the 4th Canada-Japan Symposium on Coordination Chemistry (Fukuoka/Miyazaki, Japan, 27-30 November 2017)

**142.** T. Friščić "How I Invented Greener Solvent-free Chemical Reactions", Invited Lecture at the Freaky Fridays Lecture Series, McGill University (Montreal, 24 November 2017)

**141.** T. Friščić "Mechanochemistry, Minerals & Materials", Invited Lecture at the Cambridge Crystal Engineering Symposium, (Cambridge, UK, 29 September 2017)

**140.** T. Friščić "Chemistry 2.0: Developing a Chemical System that Does Not Ignore Caring for the Environment", STARS Lecture Series, McGill University (Montreal, 13 September 2017)

Tomislav Friščić, Prof.

**139.** T. Friščić "Chemistry 2.0: Towards a More Efficient, Cleaner Synthesis of Molecules and Materials via Solvent-free Reactivity", Invited Lecture at the Department of Chemistry, University of Cincinnati (Cincinnati, OH, USA, 6 October 2017)

**138.** T. Friščić "Chemistry 2.0: How Solid-State Chemistry Enables a More Efficient and Environmentally-Friendly System of Synthesis", Invited Lecture at the Department of Chemistry, Clarkson University (Postdam, NY, USA, 15 September 2017)

**137.** T. Friščić "Kemija 2.0: drugačija, čišća i efikasnija sinteza bez otapala", Inaugural lecture of a new chemistry seminar series of the Croatian Academy of Arts and Sciences (Zagreb, Croatia, 8 September 2017)

**136.** T. Friščić "Chemistry 2.0: developing a new, solvent-free system of chemical synthesis based on mechanochemistry", Invited Lecture at the 9th International Conference on Mechanochemistry and Mechanical Alloying (INCOME2017) (Košice, Slovakia, 3-7 September 2017)

**135.** T. Friščić "Mechanochemistry: a re-discovery of solid state in synthetic chemistry", Invited Lecture at the Indian Institute of Chemical Technology Hyderabad (Hyderabad, India, 28 August 2017)

**134.** T. Friščić "Minerals with metal-organic framework structures", Invited Lecture at the 24th Congress and General Assembly of the International Union for Crystallography (Hyderabad, India, 21-28 August 2017)

**133.** T. Friščić "Assembly and dichroism of a four-component halogen-bonded metal-organic cocrystal salt solvate involving dicyanoaurate(I) acceptors", Invited Lecture at the Faraday Discussions meeting on "Halogen Bonding in Supramolecular and Solid-State Chemistry" (University of Ottawa, Ottawa, ON, 10-12 July 2017)

**132.** T. Friščić "The use of halogen bonding in controlling light-matter interactions of crystalline solids", Invited Lecture at the 1st Solid-State Science & Research Conference (University of Zagreb, Zagreb, Croatia, 28 – 30 June 2017)

**131.** T. Friščić "Solid-State Chemistry for Cleaner and More Efficient Materials Synthesis and Discovery", Invited Lecture at the 100th Canadian Chemistry Conference and Exhibition, MT3 Symposium (Toronto, ON, 28 May – 1 June 2017)

**130.** T. Friščić "New Techniques for the Efficient Synthesis and Discovery of Microporous Metal-Organic Frameworks", Invited Lecture at the 100th Canadian Chemistry Conference and Exhibition, MT5 Symposium (Toronto, ON, 28 May – 1 June 2017)

**129.** T. Friščić "New and Versatile Mechanochemical Routes to Materials and Molecules", Invited Lecture at the 100th Canadian Chemistry Conference and Exhibition, IN6 Symposium (Toronto, ON, 28 May – 1 June 2017)

**128.** T. Friščić "Solid-state Chemistry as an Interface between Green Chemistry and Conductive Materials", Invited Lecture at the Core-to-Core Advanced Research Network Workshop on Organic Electronic of Highly Correlated Molecular Systems (McGill University, Montreal, 25-26 May 2017)

**127.** T. Friščić "Discovering and Understanding Mechanochemistry", Invited Lecture at the 23rd International Conference on the Chemistry of the Organic Solid State (ICCOSS-23) (Stellenbosch, South Africa, 3 April 2017)

**126.** T. Friščić "Re-discovery of solid-state reactivity in chemical synthesis and materials science: mechanochemistry and mechanical motion of crystals", Invited Lecture at the Oak Ridge National Laboratory (Oak Ridge, TN, USA, 21 March 2017)

**125.** T. Friščić "Chemistry 2.0: A Different System of Chemical & Materials Synthesis", Invited Lecture at the Department of Chemistry, Simon Fraser University (Burnaby, BC, 7 March 2017)

**124.** T. Friščić "The Ongoing (Re)Discovery of Solid-State Reactivity", Invited Lecture at the Bruker-AXS/MIT Symposium, MIT (Cambridge, MA, USA, 24 February 2017)

**123.** T. Friščić "Towards Chemistry 2.0: Solid State as the enabling Medium for Making Molecules and Materials", Alumni Lecture at the Department of Chemistry, University of Iowa (Iowa City, 17 February 2017)

**122.** T. Friščić "Efficient discovery and synthesis of solid forms through mechanochemistry and accelerated aging", invited Lecture for the Formulations Division at GenenTech headquarters (San Francisco, USA, 13 February 2017)

**121.** T. Friščić "Mechanochemistry: a system of chemical synthesis directed towards efficiency and sustainability", invited Lecture for the Medicinal Chemistry Division at GenenTech headquarters (San Francisco, USA, 13 February 2017)

## 2016

**120.** T. Friščić "Mechanochemistry: Synthesis of Molecules and Materials Re-discovered", invited lecture at the Department of Chemistry, National University of Singapore (Singapore, 12 December 2016)

**119.** T. Friščić "A Rennaissance of Solid-State Chemistry Across Chemical Synthesis" invited lecture at the 2016 Asian Crystallographic Association (AsCA) meeting (Hanoi, Vietnam, 4-7/12/2016)

**118.** T. Friščić "Chemistry of Stones: Development of Solid-state Routes to Molecules and Materials", invited lecture at the Department of Chemistry, Dalhousie University (Halifax, 7 October 2016).

**117.** T. Friščić "The Emergence of Medicinal Mechanochemistry", keynote lecture at the 30th European Crystallographic Meeting, ECM-30 (Basel, Switzerland, 29 August 2016).

**116.** T. Friščić "Kemija zdravog razuma – jednostavniji i odgovorniji pristup sintezi molekula i materijala", invited lecture at the Institute Ruđer Bošković (Zagreb, Croatia, 26 August 2016).

**115.** T. Friščić "The Chemistry of Common Sense", invited lecture at the Department of Chemistry, Laboratory for General and Inorganic Chemistry, University of Zagreb (Zagreb, Croatia, 16 June 2016).

**114.** T. Friščić "New Opportunities for Photo- and Thermo-Mechanical Materials are Crystal Clear", invited lecture at the Telluride Science Research Center Workshop on *Energy and Movement in Coherent Chemical Systems* (Telluride, CO, 4-8 July 2016).

**113.** T. Friščić "A Renaissance of Solid-State Chemistry in Chemical Synthesis", invited lecture at the 4th Gordon Research Conference on Crystal Engineering (Stowe, VT, 26-30 June 2016).

**112.** T. Friščić "Solid-State Assembly of Coordination Bonds", invited lecture at the 99th Canadian Chemistry Conference and Exhibition (Halifax, NS, 5-9 June 2016).

**111.** T. Friščić "Green Chemistry Guide to Selecting the Right Solvent for Your Reaction", lecture at the NSERC CREATE in Green Chemistry Summer School (McGill University, Montreal, 9-11 May 2016).

**110.** T. Friščić, "Rapid Development of Mechanochemical Routes to Materials and Molecules" Invited Lecture at the 3rd Crystal Engineering and Emerging Materials Workshop of Ontario and Quebec (CEMWOQ-3, Windsor, ON, 14-15 May 2016).

Tomislav Friščić, Prof.

**109.** T. Friščić, "New Chemistry on the Rise – Rapid Development of Mechanochemical Routes to Materials and Molecules" Invited Lecture at Department of Chemistry, University of Calgary (Calgary, AB, 15 April 2016).
**108.** T. Friščić, "Rehabilitating the solid state as a reaction medium - towards a new, green system of chemical synthesis" Invited Lecture at Department of Chemistry, Tulane University (Tulane, LA, USA, 4 April 2016).
**107.** T. Friščić, "Towards a new, green and general system of chemical synthesis through innovative solid-state transformations" Invited Lecture at Department of Chemistry, State University of New York at Albany (Albany, NY, USA, 22 March 2016).
**106.** T. Friščić, "Sustainable Science" Invited Lecture to Undergraduates in Green Chemistry and Sustainability, organized by the Office of Environmental Sustainability, State University of New York at Albany (Albany, NY, USA, 22 March 2016).
**105.** T. Friščić, "X-ray diffraction for real-time, in situ monitoring of solid-state transformations: mechanochemistry and photo-mechanical effect" Invited Lecture at the 24th Annual Meeting of the German Crystallographic Society (DGK) (Stuttgart, Germany, 14-17 March 2016).
**104.** T. Friščić, "Breaking the 1000-Year Old Mould: Cleaner and Sustainable Synthesis by Rediscovering the Chemistry of Stones" Invited Lecture at the 2nd United Arab Emirates Conference on Pure and Applied Chemistry (ECPAC16) (Sharjah, UAE, 1-3 March 2016).
**103.** T. Friščić, "Towards a New System of Chemical Synthesis: Solid-State Chemistry for New Materials and Reactivity" Invited Lecture at the Department of Chemistry, University of Texas at Dallas (Dallas, TX, 12 February 2016).
**102.** T. Friščić, "Chemistry of Stones: Using Solid-State Chemistry to Discover New Materials and Reactivity" Invited Lecture at the Department of Chemistry Chemical Society Seminar series, McGill University (Montreal, 11 January 2016).

## 2015

**101.** T. Friščić, "Developing solid-state reactivity for the discovery and clean and high-yielding synthesis of metal-organic frameworks" Invited Lecture at the 2015 Pacifichem Meeting, Symposium #50 on "Metal-Organic Frameworks: Synthesis, Properties and Applications" (Honolulu, HI, USA, 15-20 December 2015).
**100.** T. Friščić, D. Tan, S. A. J. Kimber "Toward understanding and controlling the assembly of bismuth salicylate nanoclusters in solution" Invited Lecture at the 2015 Pacifichem Meeting, Symposium #93 on "Recent Discoveries in the Chemistry of Bismuth and Related Elements: the Green Alternative" (Honolulu, HI, USA, 15-20 December 2015). Presented by T. Friščić.
**99.** T. Friščić, O. S. Bushuyev, C. J. Barrett "*Perfluorinated azobenzenes for the design of new halogen-bonding molecules and photomechanical materials*" Invited Lecture at the 29th European Crystallographic Meeting (Rovinj, Croatia, 23-28 August 2013). Presented by T. Friščić.
**98.** T. Friščić "*Thermal microscopy for discovery of new molecular materials: from pharmaceutical cocrystals to photo/thermo-mechanical solids*" Plenary Lecture at the Meeting of the North American Thermal Analysis Society (NATAS) (McGill University, Montreal, 10-14 August 2015).
**97.** T. Friščić "*Mechanochemistry: Resolving the Challenges of Bulk Synthesis of Metal-Organic Frameworks*", Invited Lecture at the Gordon Research Conference on Nanoporous Materials & Their Applications (Holderness, NH, USA, 9-14 August 2015).
**96.** T. Friščić "*2014 ChemComm Emerging Investigator Lecture: Rehabilitating the solid state as a reaction medium - towards a new, green system of chemical synthesis using mechanochemistry*" Plenary Lecture at the 22nd International Conference on the Chemistry of the Organic Solid State (ICCOSS XX), (Niigata, Japan, 2015).
**95.** T. Friščić "*Synthesis, Reaction Mechanisms and Reaction Discovery Using Mechanochemistry*", Invited Lecture at the Department of Chemistry, University of Western Ontario (London, ON, 20 Aug 2015).
**94.** T. Friščić "*Connections Between Biomineralization and Metal-organic Frameworks (MOFs)*", Invited Lecture at the RSC New Journal of Chemistry Symposium (Department of Chemistry, McGill University, 3 June 2015)
**93.** T. Friščić "*Discovery of New Materials and Reactivity Enabled by Mechanochemistry*" Invited Lecture at the RSC International Symposium on Mechanochemistry, Hefei (Hefei, PRC, 6-7 June 2015).
**92.** T. Friščić "*Engaging the Solid State for New, Clean and Efficient Synthesis of Molecules and Materials*", Invited Lecture at the Green Chemistry Initiative (GCI) Green Chemistry Symposium, (University of Toronto, Toronto, ON, 13-15 May 2015).
**91.** T. Friščić "*Milling: from mechanical processing to clean, environmentally-friendly and economically attractive synthesis*" invited lecture at the Nestec Research Center (Lausanne, Switzerland, 29 Apr 2015).
**90.** T. Friščić "*Outlines of Mechanochemistry: From a New Synthetic Environment to the Discovery of New Materials and Reactivity*" invited lecture at the University College London, Department of Chemistry (part of the *ChemComm Emerging Investigator Award Lecture Series*, London, UK,  17 Apr 2015).
**89.** T. Friščić "*Mechanochemistry: from environmentally-friendly synthesis to the discovery of new materials and reactivity*" invited lecture at the University of Ottawa, Department of Chemistry (part of the *ChemComm Emerging Investigator Award Lecture Series*, Ottawa, ON, 25 Feb 2015).
**88.** T. Friščić "*A (New) Role for Solids in Chemical Synthesis: Mechanochemical and Solvent-free Routes to Molecules and Materials*" invited lecture at the University of Cardiff, School of Chemistry (Cardiff, UK, 20 Jan 2015).

## 2014

**87.** T. Friščić "*Solid-state self-assembly: from minerals to metal-organic frameworks*" invited lecture at the ACS Midwest Regional Meeting, University of Missouri (Columbia, MO, USA, 14 Nov 2014).
**86.** T. Friščić "*Re-discovering the solid state as a versatile medium for rapid, clean and energy-efficient synthesis*" Invited Lecture at the 8th Singapore International Chemistry Conference (SICC-8)  (Singapore, 14-17 Dec 2014).
**85.** T. Friščić "*Transformation of simple inorganic feedstocks into functional metal-organic structures with minimum input of energy and solvent*" invited lecture at the International Symposium on Nanostructured Functional Materials (NanoFunMat), (Warsaw, Poland, 15-18 Jun 2014).
**84.** T. Friščić "*Developing the solid state for rapid, clean and energy-efficient synthesis: from small molecules to extended materials*" invited lecture at the Department of Chemistry, Purdue University (West Lafayette, USA, 2 Dec 2014).
**83.** T. Friščić "*A (new) role for solid-state reactivity in making molecules and materials*" invited lecture at the Department of Chemistry, Vanderbilt University (Nashville, USA, 3 Nov 2014).

26

Tomislav Friščić, Prof.

**82.** T. Friščić "*Solid-State Reactivity for Cleaner and More Efficient Chemical Synthesis: From Pharmaceuticals to Coordination Bonds and Back*" invited lecture at the Department of Chemistry, Simon Fraser University (Vancouver, BC, 15 Oct 2014).

**81.** T. Friščić "*Cleaner and Greener Synthesis of Molecules and Materials Inspired by Concepts of Mechanochemistry and Biogeochemistry*" invited lecture at the Department of Chemistry, University of Victoria (Victoria, BC, 16 Oct 2014).

**80.** T. Friščić "*Solvent-free and low-energy assembly of metal-organic frameworks*" Invited Lecture at the MOF2014 Conference (Kobe, Japan, 28 Sep-1 Oct 2014).

**79.** T. Friščić "*New Role for Solids in Chemical Synthesis: Mechanochemical and Solvent-free Routes to Molecules and Materials*", invited lecture at the Department of Chemistry, University of California, Berkeley (Berkeley, USA, 29 Aug 2014).

**78.** T. Friščić "*Rapid and clean synthesis leads to discovery of new framework structures and assessment of carbon dioxide sensitivity*", Invited Lecture at the international symposium "Supramolecular Coordination Chemistry" at the 97th Canadian Chemistry Conference and Exhibition (Vancouver, BC, 1-5 June 2014).

**77.** T. Friščić "*Solid-state assembly of metal-organic architectures*" Invited Lecture at the 23rd Congress and General Assembly of the International Union of Crystallography (Montreal, 5-12 August 2014). (**highlighted in a news release and live news event by the American Institute of Physics; http://tangerine.newswise.com/articles/solid-state-chemistry**)

**76.** T. Friščić, O. S. Bushuyev, I. Halasz, C. J. Barrett "*The use of X-ray diffraction for real-time and in situ monitoring of solid-state transformations: mechanochemical reactions and photo-mechanical effect*" Invited Lecture at the 2014 American Crystallographic Association Annual Meeting (Albuquerque, NM, USA, 24-28 May 2014).

**75.** T. Friščić "*A New Role for the Solid State in Chemical Synthesis*" Invited Lecture at the Gordon Research Seminar on Crystal Engineering (Waterville, NH, USA, 31 May 2014).

**74.** T. Friščić "*Innovations in solid-state chemistry for new and greener synthesis*" Invited Lecture at the 5th Annual Meeting of the Centre for Green Chemistry and Catalysis (Montreal, QC, 9 May 2014).

**73.** T. Friščić "*Thermal analysis of modern molecular materials: pharmaceutical cocrystals, photo-mechanical and thermosalient (jumping) crystals*" Plenary Lecture at the 24th Canadian Thermal Analysis Society Annual Workshop and Exhibition (Toronto, 6-7 May 2014)

**72.** T. Friščić "*Mechanochemical activity at McGill University*" invited lecture at the IMERYS Centre (Sandersville, GA, USA, 17 April 2014).

**71.** T. Friščić "*Cleaner, faster and more efficient synthesis using solid-state chemistry and mechanochemistry*" invited lecture at the Environmental Chemistry (ENVR) Symposium on "*Green Chemistry and the Environment*", 247th National ACS Meeting (Dallas, TX, USA, 16-20 March 2014).

**70.** T. Friščić "*Mechanochemistry and accelerated aging: Interconversion of inorganic and metal-organic structures with minimum input of energy and solvent*" invited lecture at the Inorganic Chemistry (INOR) Symposium on "*Inorganic Supramolecular Chemistry*", 247th National ACS Meeting (Dallas, TX, USA, 16-20 March 2014).

## 2013

**69.** T. Friščić "*Novi jednostavniji i čišći pristupi kemijskoj sintezi (New simpler and cleaner approaches to chemical synthesis)*" Invited *E-lecture* at the first *E-Symposium* of the Croatian Chemical Society, available at: *http://www.e-kemija.com/* (introduced in Zagreb, Croatia, on 29 October 2013)

**68.** T. Friščić "*Mechanochemistry: from solvent-free, low-energy synthesis to (photo- or thermo-)chemically-driven mechanical motion*" invited lecture at the University of North Dakota Department of Chemistry (Grand Forks, ND, USA, 15 November 2013).

**67.** T. Friščić "*Mechanochemistry: from solvent-free, low-energy synthesis to (photo- or thermo-)chemically-driven mechanical motion*" invited lecture at the North Dakota State University Department of Chemistry and Biochemistry (Fargo, ND, USA, 14 November 2013).

**66.** T. Friščić "*Low-energy and –solvent transformations using milling and aging: mechanisms and opportunities in organic, supramolecular and materials synthesis*" invited lecture at the 2nd Canada-Japan Joint Symposium on Coordination Chemistry (Okinawa, Japan, 1-3 November 2013).

**65.** T. Friščić "*Sensing by and of molecular solids*" Lecture at the CREATE Integrated Sensor Systems Seminar Series, McGill University (Montreal, 23 October 2013).

**64.** T. Friščić "*Mechanochemistry: from solvent-free and low-energy synthesis to photomechanical effect*" invited lecture at the Xerox Research Centre of Canada (XRCC) (Mississauga, ON, 18 October 2013).

**63.** T. Friščić "*Focusing on self-assembly: minimising the input of energy and solvent in the synthesis of metal-organic architectures*" invited lecture at the 14th International Seminar on Inclusion Compounds (ISIC 14), Heriot-Watt University (Edinburgh, UK, 18-23 August 2013).

**62.** T. Friščić "*Solid-state Reactions by Milling and Aging: Diversity of Reactions and Opportunities for Reaction Monitoring*" Keynote Lecture at the 28th European Crystallographic Meeting (ECM 28), WarwickUniversity (Warwick, UK, 25-29 August 2013).

**61.** T. Friščić "*Mechanochemical reactions by milling: an inspiration for studies of solid-state reaction dynamics and development of new low-energy chemistry*" Plenary Lecture at the International Symposium on Mechanochemistry in Synthesis and Nanoscience (ISMech 2013), (Warsaw-Ossa, Poland, 21-24 September 2013).

**60.** T. Friščić "*Solid-state transformations as the foundation for a low-energy and low-solvent system of chemical synthesis*" invited lecture at the Symposium on Recent Developments in Solvent-Free Reactions, 246th National ACS Meeting (Indianapolis, IN, USA, 8-12 September 2013).

**59.** T. Friščić "*Solid-state reactivity as the foundation for a system of cleaner and more efficient synthesis of molecules and materials*" oral presentation at the Inorganic Chemistry Laboratory, Oxford University, personal invitation from A. Goodwin (Oxford, UK, 7 August 2013).

**58.** T. Friščić, "Mechanochemistry for low-solvent and energy-efficient transformations: from supramolecular chemistry to organic synthesis and porous metal-organic frameworks", Invited lecture at *Canetique Electrocatalysis, Inc.*,Varennes, Quebec, Canada (14 May 2013)

**57.** T. Friščić, C. Mottillo, F. Qi, Y. Lu "La chimie pour les paresseux: Comment faire des molecules et matériaux à basse energie et sans solvant", Invited talk at *81e du Congrès de l'Acfas*, Quebec City, Quebec, Canada (6 May 2013)

27

Tomislav Friščić, Prof.

**56.** T. Friščić, " Mechanochemistry and solvent-free synthesis aid and abet supramolecular chemistry - Proširenje supramolekulske kemije uz pomoć mehanokemije i kemije bez otapala", Invited lecture at the XXIII Croatian Meeting of Chemists and Chemical Engineers, Osijek, Croatia (22 April 2013)

**55.** T. Friščić, "Mechanochemistry for low-solvent and energy-efficient transformations: from supramolecular chemistry to organic synthesis and porous metal-organic frameworks", Invited lecture at the Exxon Mobile Corporate Strategic Research centre, Annandale, New Jersey, USA (15 March 2013)

**54.** T. Friščić, "Cleaner Processes through Solvent-free Chemistry and Mechanochemistry", Invited speaker at the CABiomass-I meeting on Catalysis Applied to Biomass, Compiegne, France (12 March 2013)

**53.** T. Friščić, "Mechanochemistry and catalytic solid-state transformations as low-energy and solvent-free routes to chemical and materials synthesis", Invited lecture at the Canadian Light Source, Saskatoon, Canada (20 February 2013)

**52.** T. Friščić, "Accelerating mechanochemical and solid-state reactions: New strategies for efficient, low-energy and solvent-free synthesis of organic molecules and metal-organic materials", Seminar speaker at the Department of Chemistry and Biochemistry, University of Windsor, Windsor, Canada (25 January 2013)

**51.** T. Friščić, "How Solid-State and Supramolecular chemistry Aid and Abet Green Chemistry: Solvent-Free and Low Energy Synthesis of Molecules and Functional Materials", invited seminar speaker at the Department of Chemistry, Universite de Montreal, Montreal, Canada (23 January 2013)

**50.** T. Friščić, "In situ monitoring of mechanochemical syntheses of porous frameworks in a mill", plenary speaker at the SNIC-RSC Joint Symposium on Inorganic Chemistry, organized by the RSC Dalton Division, Singapore (7 January 2013)

## 2012

**49.** T. Friščić, "In situ monitoring of mechanochemical syntheses of porous frameworks in a mill", keynote speaker at the 13th European Powder Diffraction Conference (EPDIC-13), Grenoble, France (30 October 2012)

**48.** T. Friščić, "Self-assembly of metal-organic materials from metal oxides", invited lecture at the Supramolecular Chemistry Symposium, 30º Congreso Latinoamericano de Química (CLAQ 2012), Cancun, Mexico (28 October 2012)

**47.** T. Friščić, "New low-energy and low-solvent approaches to chemical synthesis" invited seminar lecture at Georgetown University, Department of Chemistry, Washington D.C., USA (25 October 2012)

**46.** T. Friščić, "Lazy man's chemistry: non-conventional solid-state synthesis for low-energy and solvent-free synthesis of materials and molecules" plenary lecture at the XXII Midwest Organic Solid-State Chemistry Symposium (MOSSCS XXII), Springfield, MO, USA (1-2 June 2012).

**45.** T. Friščić, I. Halasz, S. A. J. Kimber, V. Honkimäki, R. E. Dinnebier "*Mechanistic studies of mechanochemical reactions*", invited talk at the Eurasia 12 Conference on Chemical Science, Corfu, Greece. (16-21 April 2012)

**44.** T. Friščić "*Milling mechanochemistry and accelerated aging: strategies for low-solvent and low-energy synthesis of metal-organic materials*", plenary lecture at the RSC Dalton 2012 meeting, Warwick University, Department of Chemistry, Warwick, UK. Part of the RSC Harrison Meldola Prize and Lectureship (4 April 2012)

**43.** T. Friščić "*Lazy man's chemistry - low energy approaches to chemical and materials synthesis*", invited lecture at the Queen's University of Belfast, Department of Chemistry, Belfast, UK. Part of the RSC Harrison Meldola Prize and Lectureship (3 April 2012)

**42.** T. Friščić "*Lazy man's chemistry: solvent-free and low-energy routes to metal-organic materials*", invited lecture at the University of Southampton, Department of Chemistry, Southampton, UK. Part of the RSC Harrison Meldola Prize and Lectureship (30 March 2012)

**41.** T. Friščić "*Solid state synthesis of molecular materials*", invited lecture for the CSACS (Centre for Self-Assembled Chemical Structures) mini-symposium, McGill University, Department of Chemistry, Montréal, Quebéc, Canada (14 February 2012)

**40.** T. Friščić "Solid state synthesis of molecular materials", invited 3-hour teaching lecture for the CSACS (Centre for Self-Assembled Chemical Structures) CHEM 634 course, McGill University, Department of Chemistry, Montréal, Quebéc, Canada (13 January 2012)

## 2011

**39.** T. Friščić "*Mechanochemistry: developing rapid and general routes for the green and low-energy synthesis of molecules and materials*", invited lecture at the Concordia University, Department of Chemistry and Biochemistry, Montréal, Quebéc, Canada (28 October 2011)

**38.** T. Friščić "*How to be efficient and environmentally-friendly at the same time: solid-state chemistry of materials and molecules*", invited lecture at the Marianopolis College CEGEP Chemistry Club, Montréal, Quebéc, Canada (18 October 2011)

**37.** T. Friščić "*Supramolecular concepts in mechanochemical synthesis*" invited lecture at the Joint Midwest/Great Lakes Regional ACS Meeting, St. Louis, USA (20 October 2011)

**36.** T. Friščić "*Ion- and liquid-assisted grinding: MOFs, metallodrugs and mechanisms*" invited lecture at the 2nd International Symposium on Mechanochemistry and Solvent-free synthesis, Belfast, UK (18 August 2011)

## 2) Invited Lectures as a Research Fellow, University of Cambridge

## 2011

**35.** T. Friščić "*How to be efficient and environmentally-friendly at the same time: solid-state routes to materials and molecules*" Plenary Lecture at the 20th Croatian-Slovenian Crystallographic Meeting, Baška, Croatia (16 June 2011)

**34.** T. Friščić "*Clean, rapid and energy-efficient synthesis of materials and molecules through mechanochemical transformations*" Invited lecture at the Department of Chemistry, Oregon State University, Corvallis, Oregon, USA (21 February 2011)

**33.** T. Friščić "*Solid-state transformations: An overlooked path to clean and efficient synthesis of materials and molecules*" Invited lecture at the Department of Chemistry and Biochemistry, Utah State University, Logan, Utah, USA (10 February 2011)

**32.** T. Friščić "*Energy- and solvent-efficient synthesis of materials and molecules using solid-state transformations*" Invited lecture at the Max-Planck-Institute for Iron Research GmbH, Duesseldorf, Germany (1 February 2011)

Tomislav Friščić, Prof.

**31.** T. Friščić "*Clean synthesis of materials and molecules through mechanochemical transformations*" Invited lecture at the Max-Planck Institute for Solid State Research, Stuttgart, Germany (18 January 2011)

**30.** T. Friščić "*Solid-state transformations: An overlooked path to clean and efficient synthesis of materials and molecules*" Invited lecture at the Department of Chemistry, McGill University, Montreal, Quebec, Canada (10 January 2011)

## 2010

**29.** T. Friščić "*Solid-state transformations of metal-organic frameworks*" invited lecture at the 1st CCDC Materials Research Forum, Cambridge Crystallographic Data Center, Cambridge, UK (19 October 2010)

**28.** T. Friščić "*Solid-state transformations: An overlooked path to clean and efficient synthesis of materials and molecules*" Invited lecture at the Max-Planck Institute for Solid State Research, Stuttgart, Germany (16 September 2010)

**27.** T. Friščić "*Halogen bonds: mechanosynthesis, unusual acceptors and metal-organic materials*" plenary lecture at the 26th European Crystallographic Meeting, Darmstadt, Germany (1 September 2010)

## 2009

**26.** T. Friščić "*Towards synthetic coordination chemistry that is completely independent of solution and solvents*" plenary lecture at the 1st RSC Symposium on Mechanochemistry and Solvent-free synthesis, Belfast, UK (6 November 2009)

**25.** T. Friščić "*Ion- and liquid-assisted grinding (ILAG): using templating effects to accelerate and direct mechanosynthesis*" lecture at the RSC Macrocycles and Supramolecular Chemistry Symposium, Cambridge, UK (15 December 2009)

**24.** T. Friščić "*Crystal Engineering and Molecular Recognition: New Aspects of Mechanochemistry*" plenary lecture at the Midwest Regional Meeting of the American Chemical Society, Iowa, USA (21-24 October 2009)

**23.** T. Friščić "*Mechanochemical assembly of molecular and metal-organic materials*" invited lecture at the Inorganic seminar series, Michigan State University, East Lansing, Michigan, USA (19 October 2009)

**22.** T. Friščić "*Mechanochemical construction of and inclusion in organic and metal-organic frameworks*" Plenary Lecture at the 4th Bologna convention on crystal forms, Bologna, Italy (4-6 June 2009)

**21.** T. Friščić "*Mechanochemical cocrystallisation: A Primitive but Efficient Way to Screen for Molecular Recognition and Supramolecular Complexity*", invited talk at the Department of Chemistry, Materials, Chemical Engineering "Giulio Natta", Polytechnic of Milan, Milano, Italy (3 June 2009)

**20.** T. Friščić "*Molecular assembly through mechanosynthesis: from cocrystals and inclusion compounds to coordination polymers and frameworks*" plenary lecture at the Control and Prediction of the Organic Solid State (CPOSS) open day meeting, University College London, London, UK (31 March 2009)

**19.** T. Friščić "*Increasing solubility by crystal engineering and co-crystal formulation*", plenary lecture at the APSGB meeting on Poorly Soluble Drugs, Aston University, Birmingham, UK (15 April 2009)

## 2008

**18.** T. Friščić "*What can cocrystals and mechanochemical synthesis teach us on molecular recognition?*" invited lecture at the Rudjer Boskovic Institute, Zagreb, Croatia (August 2008).

**17.** T. Friščić "*Development of Liquid-Assisted Grinding for the Synthesis of Hydrogen-Bonded and Coordination Frameworks*", plenary lecture at the 6th International Conference on Mechanochemistry and Mechanical Alloying (INCOME2008), Jamshedpur, India (December 2008).

## 3) Invited Lectures as a Post-doctoral Researcher, University of Cambridge
## 2008

**16.** T. Friščić, "*Pharmaceutical cocrystals: synthesis and screening through mechanochemistry*", invited lecture at the 5th PhysChem Forum, Stevenage (June 2008)

**15.** T. Friščić "*Mechanosynthesis of multicomponent solids – a means of exploring intermolecular interactions*" invited lecture at the 3rd International workshop *Innovation in Crystal Polymorphism*, Bologna, Italy (February 2008)

## 2006-2007

**14.** T. Friščić "*Exploring the reactivity of cocrystals using liquid-assisted grinding*" invited lecture at the Department of Chemistry, University College London, London, United Kingdom (November 2007)

**13.** T. Friščić "*Cocrystal Design*" plenary lecture at the "Changing the Materials' Landscape" Science Symposium, Sandwich, United Kingdom (November 2007)

**12.** T. Friščić "*Constructing Molecules within Organic Crystals*" invited lecture for the Zagreb Summer School of Chemistry, Zagreb, Croatia (July 2007)

**11.** T. Friščić "*The Golden Apple*", lecture on supramolecular and solid-state chemistry for the Zagreb Summer School of Chemistry, Zagreb, Croatia (July 2007)

**10.** T. Friščić "*Testing pharmaceutical cocrystals via grinding: synthesis, screening, reactivity and issues of design*" lecture at the Pfizer Global R&D, Sandwich, UK (July 2007)

**9.** T. Friščić "*Grinding as a Tool of Supramolecular Synthesis*", invited lecture at the Department of Chemistry, Durham University, Durham, UK (May 2007)

**8.** T. Friščić "*Mechanochemical Synthesis of Pharmaceutical Cocrystals*" invited lecture at the College of Pharmacy, University of Michigan, Ann Arbor, Michigan, USA (March 2007)

**7.** T. Friščić "*Supramolecular Synthesis in the Solid State: Potential and Strategies*" invited lecture at the School of Pharmacy, De Montfort University, Leicester, UK (March 2007)

Tomislav Friščić, Prof.

**6.** Friščić, T.; Jones, W.; Motherwell, W. D. S. "*Screening for three-component inclusion complexes via liquid-assisted grinding*", plenary lecture at the 15th Conference "Physical Methods in Coordination and Supramolecular Chemistry", Chişinău, Moldova (September 2006)

## 4) Invited Lectures as a Graduate Student, University of Iowa
## 2005
**5.** Friščić, T. "*Graduate Studies in the U.S.A.*" oral presentation in the organization of the Student Division of the Croatian Chemical Society, Zagreb, Croatia (September 2005)

## 2004
**4.** Friščić, T.; MacGillivray, Leonard R. "*Template-controlled Reactivity in the Solid State*", invited talk at the Institut für Chemie seminar series at Karl-Franzens Universität, Graz, Austria (November 2004).
**3.** Friščić, T.; MacGillivray, L. R., "*Template-controlled Synthesis of Molecular Targets in Crystals*", invited oral presentation at the Luther College Chemistry Department Chemistry Seminar Series, Decorah, Iowa, USA (November 2004).
**2.** Friščić, T.; MacGillivray, L. R. "*Synthesis of Target Molecules in the Solid State*" invited talk at the Laboratory for Organic Chemistry at the University of Zagreb Faculty of Science Chemistry Department, Zagreb, Croatia (September 2004).
**1.** Friščić, T. "*How to Construct Molecules in Organic Crystals*", invited talk at the Croatian Chemical Society Colloquium Series, Zagreb, Croatia (September 2004).

## 17. Regular oral conference presentations

## 1) Oral Conference Presentations as an Assistant Professor, McGill University

## 2021
**47.** T. Friščić, ""Unreachable" molecules made accessible by solvent-free chemistry", Lecture at the Pacifichem 2021 Symposium #133 "Mechanochemistry for clean and sustainable synthesis: advances and challenges" (held online, 18 December 2021)
## 2020
**46.** T. Friščić, "Supramolecular chemistry and photochemistry of halogen-bonded azobenzene solids" Live Talk at the 4th International Symposium on Halogen Bonding (online, Stellenbosch University, Stellenbosch, South Africa, 2-5 Nov 2020)
## 2016
**45.** T. Friščić, D. Tan, J. G. Hernández, O. S. Bushuyev, C. J. Barrett "Thermal microscopy for discovery of new photo/thermomechanical solids", talk at the CSACS/CQMF Advanced Materials Annual Conference (École de Technologie Supérieure, Montreal, 3-4 May 2016).

## 2015
**44.** T. Friščić, "Mechanochemistry as an excellent and clean approach for chemical synthesis and discovery" Lecture at the 2015 Pacifichem Meeting, Symposium #322 on "Mechanochemistry and Solvent-free Synthesis" (Honolulu, HI, USA, 15-20 December 2015).
## 2013
**43.** T. Friščić "*Understanding mechanochemistry: in situ reaction monitoring, kinetic and thermodynamic control of chemical reactions conducted by mechanical milling* " oral presentation at the 21st International Conference on the Chemistry of the Organic Solid State (St. Catharine's College, Oxford, UK, 4-9 August 2013).
**42.** T. Friščić "*Solid-state reactivity by milling and aging as the basis for a system of cleaner and more efficient synthesis of molecules and materials*" oral presentation at the 2013 Annual Meeting of the American Crystallographic Association (Honolulu, Hawaii, USA, 20-24 July 2013). **Organizer of the microsymposium "Contemporary Crystal Engineering"**
**41.** T. Friščić "*Mechanochemistry: towards a new and solvent-free system of chemical synthesis*" oral presentation at the 96th Canadian Chemistry Conference and Exhibition, (Quebec City, 28 May 2013).
## 2012
**40.** T. Friščić, C. Mottillo, F. Qi "*Direct transformation of metal oxides into metal-organic materials using mechanochemical milling and "accelerated aging" techniques*", oral contribution at the 51st Annual Conference of Metallurgists, Niagara Falls, Canada (Oct 3, 2012)
**39.** T. Friščić "*Solvent-free methodologies for the synthesis of metal-organic materials*", oral contribution at the 244th ACS National Meeting, Philadelphia, Pennsylvania, USA (August 19, 2012)
**38.** T. Friščić, I. Halasz, S. A. J. Kimber, V. Honkimäki, R. E. Dinnebier "*New low-energy and low-solvent approaches to metal-organic materials: new methods and in situ mechanistic studies*" oral contribution at the Challenges in Inorganic and Materials Chemistry symposium (ISACS8), Toronto, Canada (21 July 2012)
**37.** T. Friščić, "Solvent-free and low-energy approaches to functional metal-organic materials", oral contribution at the Gas Capture Materials symposium at the 95th Canadian Chemistry Conference and Exhibition, Calgary, Canada (23 May 2012)

## 2011
**36.** T. Friščić "*Clean, rapid and energy-efficient synthesis of materials and molecules through mechanochemical transformations*" oral presentation at the Euromat 2011, European Congress and Exhibition on Advanced Materials and Processes, Montpellier, France, (12 September 2011).

## 2) Oral Conference Presentations as a Research Fellow, University of Cambridge
## 2011

Tomislav Friščić, Prof.

**35.** T. Friščić "*Mechanochemical synthesis: An overlooked path to clean and efficient synthesis of materials and molecules*" oral presentation at the Spring 2011 ACS National Meeting, Anaheim, California, USA (27 March 2011).

## 2009
**34.** T. Friščić and L. Fábián "*Clean and diversity-oriented synthesis of metal-organic materials by grinding*" oral presentation at the Spring 2009 ACS National Meeting, Salt Lake City, Utah, USA (23 March 2009).

## 3) Oral Conference Contributions as a Post-doctoral Researcher, University of Cambridge

### 2008
**33.** T. Friščić, W. Jones, "*Hydrogen-bonded frameworks: mechanochemical synthesis and templating*", 17th Slovenian-Croatian Crystallographic Meeting, Ptuj, Slovenia (June 2008)
**32.** T. Friščić, D. Cinčić, W. Jones "*Linear and bent halogen-bonded architectures in cocrystals: design, properties and mechanism of formation via grinding*". Oral contribution at the Spring 2008 National ACS Meeting, New Orleans, USA (April 2008)

### 2007
**31.** T. Friščić "*Mechanochemical approaches for the construction and discovery of API cocrystals*" lecture at the 9th International Workshop on Physical Characterisation of Pharmaceutical Solids, Natick, Boston, Massachusetts, USA (June 2007)
**30.** Friščić, T.; Jones, W, "*Construction of solid three-component inclusion complexes of a self-assembled host via grinding*", oral presentation at the 233nd National Meeting of the American Chemical Society, Chicago, Illinois, USA (March 2007)

### 2006
**29.** Friščić, T. "*Liquid-assisted grinding: a general tool to study and conduct supramolecular synthesis in the solid state*" lecture to the Pfizer Institute for Pharmaceutical Materials Science, Cambridge, UK (October 2006)
**28.** Friščić, T. "*Mechanochemical approaches to cocrystals*", lecture at the Pharmaceutical Co-crystals Meeting, Amsterdam, The Netherlands (September 2006)
**27.** Friščić, T.; Jones, W.; Motherwell, W. D. S. "*Construction of solid three-component inclusion complexes of a self-assembled host via grinding*", oral presentation at the 232nd National Meeting of the American Chemical Society, San Francisco, California, USA (September 2006)
**26.** Friščić, T.; Jones, W.; Motherwell, W. D. S. "*Construction of solid three-component inclusion complexes of a self-assembled host via grinding*" 15th Slovenian-Croatian Crystallographic Meeting, Jezersko, Slovenia (June 2006)

## 4) Oral Conference Contributions as a Graduate Student, University of Iowa

### 2005
**25.** Friščić, T.; MacGillivray, L. R. "*Reversing the Code of Template-controlled Solid-state Synthesis: Manipulation of the Reactivity of Carboxylic Acids in the Solid State*" 40th Midwest Regional Meeting of the American Chemical Society, Joplin, Missouri, USA (October 2005)
**24.** Friščić, T.; MacGillivray, L. R., "*Template-controlled Synthesis in the Solid State: Quantitative Synthesis in a Solvent-free Environment*", oral presentation at the 2nd International Conference on Green and Sustainable Chemistry and the 9th Annual Green Chemistry and Engineering Conference, Washington D.C., USA (June 2005).
**23.** Friščić, T.; MacGillivray, L. R., "*Reversing the Code of Template-directed Solid-state Synthesis*", oral presentation at the 14th Croatian-Slovenian Crystallographic Meeting, Vrsar, Croatia (June 2005).
**22.** Friščić, T.; MacGillivray, L. R., "*Reversing the Code of Template-controlled Solid-state Synthesis: Construction of Cyclobutanetetracarboxylic Acid*", oral presentation at the XVIth Midwest Organic Solid-State Chemistry Symposium, Purdue, Indiana, USA (June 2005).
**21.** Friščić, T.; MacGillivray, L. R., "*Supramolecular Construction of a Family of Molecular Targets in Cocrystals Based on Linear Templates*", oral presentation at the 2005 Annual Meeting of the American Crystallographic Association, Orlando, Florida, USA (May 2005).

### 2004
**20.** Friščić, T.; MacGillivray, L. R., "*Unsymmetrical Molecular Ladders*" oral presentation at the 13th Biocatalysis and Bioprocessing Conference in Iowa City, Iowa, USA (October 2004).
**19.** Friščić, T.; Gao, X.; MacGillivray, L. R., "*Synthesis of Molecular Targets in The Solid State Via Template-controlled Reactivity*", oral presentation at the Midwest Regional Meeting of the American Chemical Society, Manhattan, Kansas, USA (October 2004).
**18.** Friščić, T.; Gao, X.; MacGillivray, L. R. "*Template-controlled Construction of Molecular Ladders in the Solid State*" oral presentation at the 228th National Meeting of the American Chemical Society, Philadelphia, Pennsylvania, USA (August 2004).
**17.** Friščić, T.; MacGillivray, L. R., "*Deliberate Construction of a Photostable Polymorph of a Molecular Co-crystal by Pseudoseeding*", oral presentation at the XV. Midwest Organic Solid State Chemistry Symposium in Carbonville, Illinois, USA (2004)
**16.** Friščić, T.; MacGillivray, L. R. "*Synthesis of Molecular Ladders Via Template-directed Solid-state Synthesis*", oral presentation at the University of Iowa Graduate College 6th James F. Jakobsen Graduate Forum, Iowa City, Iowa, USA (March 2004).

### 2003
**15.** Friščić, T.; MacGillivray, L. R., "*Template-directed Synthesis of Molecular Targets in the Solid State*", oral presentation at the 38th ACS Midwest Regional Meeting in Columbia, Missouri, USA (November 2003).

Tomislav Friščić, Prof.

**14.** Drab, D.; Friščić, T.; MacGillivray, L. R., "*A Test for Homology: A Family of Phloroglucinols as Linear Templates for Directing Reactivity in the solid state*", oral presentation at the 38th ACS Midwest Regional Meeting in Columbia, Missouri, USA (November 2003).

**13.** Friščić, T.; MacGillivray, L. R., "*Towards Ladderane Membrane Lipids:Template-directed Synthesis of Unsymmetrical Ladderanes*", oral presentation at the 12th Biocatalysis and Bioprocessing Conference in Iowa City, Iowa, USA (October 2003).

**12.** Friščić, T.; MacGillivray, L. R. "*Synthesis of Targets in the Solid State Using Linear Templates*", oral presentation at the XIVth Midwest Organic Solid State Chemistry Symposium in Minneapolis, Minnesota, USA (June 2003).

**11.** Mattox, A.; Friščić, T.; MacGillivray, L. R., "*Template-Directed Solid-State [2+2] Photodimerization of Electron-Deficient Olefins*", poster presentation at the XIVth Midwest Organic Solid State Chemistry Symposium in Minneapolis, Minnesota, USA (June 2003).

**10.** Friščić, T.; MacGillivray, L. R. " *Shape tolerance in template-directed solid-state synthesis*" oral presentation at 225th ACS National Meeting in New Orleans, Louisiana, USA, (March 2003).

**9.** Friščić, T.; MacGillivray, L. R. "*Shape Control in Template-directed Solid-state Synthesis*", oral presentation at 37th ACS Midwest Regional Meeting in Lawrence, Kansas, USA, (March 2003).

## 2002

**8.** Friščić, T.; MacGillivray, L. R. "*Shape Control in Template-Directed Solid-State Synthesis*", oral presentation at the XIIIth Midwest Organic Solid State Chemistry Symposium in Iowa City, Iowa, USA (June 2002).

## 5) Oral Conference Contributions as Undergraduate Student, University of Zagreb
## 1995-2001

**7.** A. Brkljačić, T. Friščić, G. Gadanji, S. Grubešić and I. Palej, "*Preparation of Nd³⁺ doped CaMoO₄ and CaWO₄ crystals by crystallization from flux*", oral presentation at the XVIIth Croatian Meeting of Chemists and Chemical Engineers, Osijek, Croatia (June 2001).

**6.** T. Friščić and B. Kaitner, "*Replacement of Two Methanol Molecules by a Molecule of 1,4-diaminobutane in Crystals of a Tetranuclear Nickel Complex*", oral presentation at the 10th Croatian-Slovenian Crystallographic Meeting, Lovran, Croatia (June 2001).

**5.** T. Friščić and B. Kaitner, "*Polynuclear Complexes of Nickel(II) with N N'-butylenebissalicylaldimine*", oral presentation at the 9th Slovenian-Croatian Crystallographic Meeting, Gozd Martuljek, Slovenia (June 2000).

**4.** T. Friščić, and B. Kaitner, "*Structure of Dimeric [N,N'-octylenebissalicylaldiminato]copper(II)*", oral presentation at the 8th Croatian-Slovenian Crystallographic Meeting, Rovinj, Croatia (June 1999).

**3.** T. Friščić, E. Meštrović and B. Kaitner, "*Symmetrical Tetradentate Salicylaldimines Containing Even- and Odd-numbered Bridging Aliphatic Chain*", oral presentation at the 7th Slovenian-Croatian Crystallographic Meeting, Radenci, Slovenia (June 1998).

**2.** T. Friščić, E. Meštrović and B. Kaitner, "*The structure of gel grown crystals of 2-bis[(2-hydroxyphenylmethylene)amino]methylphenol*", oral presentation at the 6th Croatian-Slovenian Crystallographic Meeting, Umag, Croatia (June 1997).

**1.** T. Friščić, E. Meštrović and B. Kaitner, "*Butylenebis[(2-oxy)-1-naphthaldimine]*", oral presentation at the 4th Croatian-Slovenian Crystallographic Meeting, Trakošćan, Croatia (September 1995).

## 18. Poster presentations

## 1) Poster Presentations since joining McGill University

## 2019

**39.** A, Novakovic, H. M. Titi, L. Overvoorde, I. R. Baxendale, L. Fábián, R. S. Stein, T. Friščić "Remembering Joel Bernstein: The Archetype of Cocrystal-Mediated Solvent-Free Synthesis", poster contribution at the 24th International Conference on the Chemistry of the Organic Solid State (ICCOSS XXIV, New York, USA, 16-21 June 2019)

**38.** A, Novakovic, H. M. Titi, L. Overvoorde, I. R. Baxendale, L. Fábián, R. S. Stein, T. Friščić "Remembering Joel Bernstein: The Archetype of Cocrystal-Mediated Solvent-Free Synthesis", poster contribution at the 6th Crystal Engineering and Emerging Materials Workshop of Ontario & Quebec (CEMWOQ-6) (Concordia University, Montreal, 29 May – 1 June 2019)

## 2018

**37.** T. Friščić, H. M. Titi, J. M. Marrett, M. Arhangelskis, D. Gandrath, N. Novendra, A. Navrotsky, R. D. Rogers, "Energetska svojstva metal-organskih mreža: od termodinamičke stabilnosti do zelenih goriva" (in Croatian), poster contribution at the 2nd Symposium for Supramolecular Chemistry of the Croatian Academy of Sciences and Arts (Zagreb, Croatia, 12 December 2018)

**36.** T. Friščić, F. Topić, M. Arhangelskis, J. Vainauskas, C. J. Barrett, K. Lisac, D. Cinčić "Halogen-bonded Designs for Organic and Metal-Organic Solids", poster contribution at the 5th Gordon Research Conference on Crystal Engineering, Newry, ME, USA (24-29 June 2018)

## 2012

**35.** T. Friščić "Solvent-free and low-energy assembly of metal-organic materials" poster contribution at the 2nd Gordon Research Conference on Crystal Engineering, Waterville, MA, USA (10-15 June 2012)

## 2) Poster Presentations as a Research Fellow, University of Cambridge

## 2011

Tomislav Friščić, Prof.

**34.** T. Friščić " Rapid, clean and energy-efficient laboratory synthesis of materials and molecules through mechanochemistry" poster contribution at the 15th Annual Green Chemistry & Engineering Conference and 5th International Conference on Green & Sustainable Chemistry, Washington D.C., USA (22 June 2011)

## 2010

**33.** T. Friščić "Solid-state mechanosynthesis: An overlooked path to clean and efficient synthesis of materials and molecules" poster contribution at the 2010 Winter School on Chemistry and Physics of Materials, Bangalore, India (4-11 December 2010)
**32.** T. Friščić "Molecular recognition and catalytic effects in mechanochemistry" poster contribution at the 1st Gordon Research Conference on Crystal Engineering, Waterville, NH, USA (6-11 June 2010)
**31.** T. Friščić and W. Jones "Solid-state mechanochemical assembly of pharmaceutical solid forms" poster contribution at the 1st Gordon Research Conference on Crystal Engineering, Waterville, NH, USA (6-11 June 2010)
**30.** E. H. H. Chow, F. C. Strobridge and T. Friščić "*Magnesium complexes as pharmaceutical forms*" poster contribution at the 2010 PhysChem Forum, Sandwich, UK (24 March 2010)

## 2009

**29.** T. Friščić and N. Judaš "*The stepwise mechanism and templating effects in the mechanosynthesis of coordination polymer inclusion compounds and porous MOFs*", poster contribution at the 42nd IUPAC Congress, Glasgow, UK (4 August 2009)
**28.** T. Friščić and L. Fábián "*Liquid-assisted grinding: one-step room-temperature construction of coordination polymers, soft inclusion materials and porous MOFs*", poster contribution at the 42nd IUPAC Congress, Glasgow, UK (August 2009)
**27.** T. Friščić and N. Judaš "*Solvatochromism in a mechanochemical reaction: synthesis of Cu(II) coordination polymers by liquid-assisted grinding*", poster contribution at the 21st Croatian Meeting of Chemists and Chemical Engineers, Split, Croatia (19-22 April 2009)
**26.** T. Friščić " *From Foundations to Functionality – Constructing Complex Materials from the Most Basic Resources*", invited poster presentation at the SET for BRITAIN exhibition, House of Commons, London, UK (9 March 2009).
**25.** T. Friščić, R. W. Lancaster, D. G. Reid, S. L. Price, M. J. Duer, W. Jones "*Spectroscopic Characterisation of Steroid Cocrystals*" invited poster at the Control and Prediction of the Organic Solid State (CPOSS) open day meeting, University College London, London, UK (March 2009)
**24.** J. Galcera, T. Friščić, E. Molins, W. Jones "*Isostructural organic salt host architecture that allows control over shape and decoration of inclusion cavities*" invited poster at the Control and Prediction of the Organic Solid State (CPOSS) open day meeting, University College London, London, UK (March 2009)

## 2008

**23.** T. Friščić and L. Fábián "*Synthesis and Screening for Coordination Polymers and Metal-Organic Frameworks by Liquid-Assisted Grinding*". Poster contribution at the 2008 SupraNano meeting, University of Birmingham, Birmingham, UK (December 2008).

# 3) Poster Presentations as a Post-doctoral Researcher, University of Cambridge

## 2007

**22.** T. Friščić, D. Cinčić, W. Jones "*Supramolecular synthesis by grinding: molecular inclusion and halogen bonds*". Poster contribution at the UK RSC Macrocyclic and Supramolecular Chemistry Group Meeting, University of Manchester, Manchester, United Kingdom (December 2007)
**21.** T. Friščić, D. Cinčić, W. Jones "*Evolution of supramolecular halogen-bonded structures in cocrystallisation via grinding: from a finite assembly to an infinite chain*", poster contribution at the Faraday Discussions 136: Crystal growth and nucleation, University College London, UK (April 2007)

# 4) Poster Presentations as a Graduate Student, University of Iowa

## 2005

**20.** Friščić, T.; MacGillivray, L. R. "*Control of Reactivity in the Solid State Through Principles of Supramolecular Chemistry*" poster presentation at the 20th Congress of the International Union of Crystallography, Florence, Italy (August 2005).
**19.** Friščić, T.; MacGillivray, L. R., "*Light-driven Molecular Synthesis via Supramolecular Chemistry*", poster presentation at the Optical Science and Technology Center Symposium on Optics, Lasers and Nanoscale Materials in Environmental Science, Iowa City, Iowa, USA (February 2005).

## 2004

**18.** Friščić, T.; Gao, X.; MacGillivray, L. R., "*Synthesis of Molecular Ladders in the Solid State*", poster presentation at the 22nd European Crystallographic Meeting, Budapest, Hungary (August 2004).
**17.** Friščić, T.; MacGillivray, L. R., "*Supramolecular Construction of Molecular Ladders in the Solid State*", poster presentation at the XIII. International Symposium of Supramolecular Chemistry, South Bend, Indiana, USA (July 2004).
**16.** Friščić, T.; MacGillivray, L. R., "*Template-switching: A Tough Way to Write Molecular Information in Crystals*", poster presentation at the Optical Science and Technology Symposium on Opportunities in Optical Science & Technology, Iowa City, Iowa, USA (April 2004).
**15.** Friščić, T.; MacGillivray, L. R., "*Synthesis of Ladderanes Via Template-directed Solid-state [2+2] Photodimerization*", poster presentation at the 15th Winter Conference of the Inter-American Photochemical Society, Tempe, Arizona, USA (January 2004).

## 2003

**14.** Friščić, T.; MacGillivray, L. R., "*Target-Oriented Synthesis in the Solid State Using Linear Templates*", poster presentation at the 39th IUPAC Congress in Ottawa, Canada (August 2003).

Tomislav Friščić, Prof.

## 5) Poster Presentations as an Undergraduate Student, University of Zagreb 1995-2001

**13.** T. Friščić, "*Different Hydrogen Bond Patterns in Some Solvates of a Schiff Base Copper(II) Complex*", poster presentation at the 32nd Course of the International School of Crystallography, Erice, Italy (May 2001).

**12.** J. Alešković, A. Brkljačić, V. Cmrečki, T. Friščić, S. Grubešić, K. A. Kovač, F. Kovačić, K. Kuš, P. Močilac, K. Molčanov and T. Portada, "*Student division of the Croatian Chemical Society*", poster presentation at the XVII[th] Croatian Meeting of Chemists and Chemical Engineers, Osijek, Croatia (June 2001).

**11.** T. Lenac, T. Friščić and E. Meštrović, "*The use of CSD for investigation of crystal structures of solvates*", poster presentation at the XVII[th] Croatian Meeting of Chemists and Chemical Engineers, Osijek, Croatia (June 2001).

**10.** T. Friščić and Branko Kaitner, "*Chloroform adduct of [N,N'-butylenebis(o-hydroxy-acetophenoniminato)]-copper(II)*", poster presentation at the XVII[th] Croatian Meeting of Chemists and Chemical Engineers, Osijek, Croatia (June 2001).

**9.** T. Friščić and Branko Kaitner, "*Structures and properties of two bridged tetradentate o-hydroxy-acetophenonimines*", poster presentation at the XVII[th] Croatian Meeting of Chemists and Chemical Engineers, Osijek, Croatia (June 2001).

**8.** J. Alešković and T. Friščić, "*Design of a computer-operated electronic circuit for control of laboratory oven*", poster presentation at the XVIII[th] Croatian Meeting of Chemists and Chemical Engineers, Osijek, Croatia (June 2001).

**7.** I. Halasz, T. Friščić, D. Turčinović and E. Meštrović, "*Determination of copper(II) ions in aqueous solutions using a thermometer*", poster presentation at the XVI[th] Croatian Meeting of Chemists and Chemical Engineers, Split, Croatia (February 1999).

**6.** E. Meštrović, N. Judaš, D. Mrvoš-Sermek, Z. Bojanić, T. Friščić, M. Močibob, S. Kolarić and M. Knok, "*Internet centre for chemical education*", poster presentation at the XVI[th] Croatian Meeting of Chemists and Chemical Engineers, Split, Croatia (February 1999).

**5.** T. Friščić, E. Meštrović, B. Kaitner, "*Two symmetrical tetradentate Schiff bases derived from 1,7-diaminoheptane*", poster presentation at the XVI[th] Croatian Meeting of Chemists and Chemical Engineers, Split, Croatia (February 1999).

**4.** T. Friščić, B. Kaitner, "*Copper(II) complexes with N,N'-hexylenebissalicylaldimine*", poster presentation at the XVI[th] Croatian Meeting of Chemists and Chemical Engineers, Split, Croatia (February 1999).

**3.** T. Friščić, B. Kaitner and E. Meštrović, "*Stereochemical changes by chelation: N,N'-butylene-bissalicylaldimine and its copper complex*", poster presentation at the XVIII[th] European Crystallographic Meeting, Praha, Czech Republic (August 1998).

**2.** T. Friščić, E. Meštrović, B. Kaitner, "*Gel crystallization and crystallization by temperature-induced convection*", poster presentation at the XV[th] Meeting of Croatian Chemists and Chemical Engineers, Opatija, Croatia (March 1997).

**1.** T. Friščić, E. Meštrović, B. Kaitner, "*N,N'-butylenebis[(2-hydroxy-1-napththyl)methanimine] as potential bridging tetradentate ligand*", poster presentation at the XIV[th] Meeting of Croatian Chemists, Zagreb, Croatia (February 1995).

**Exhibit 2**

**Materials Considered for Rebuttal Expert Report of Dr. Tomislav Friscic**

| Bates Range(s) | Description |
| --- | --- |
| AJM-NPC0000001 – AJM-NPC0000001009 | Ahlneck et al., *The Molecular Basis of Moisture Effects on the Physical and Chemical Stability of Drugs in the Solid State*, 62 International Journal of Pharmaceutics 87 (1990) |
| TF-CMZ-00000122 – TF-CMZ-00000134 | Allan et al., *Relative Humidity-Temperature Transition Boundaries for Anhydrous β-Caffeine and Caffeine Hydrate Crystalline Forms*, 85(6) Journal of Food Science 1815(2020) |
| AJM-NPC0000132 – AJM-NPC0000147 | *Atomic X-ray Spectrometry* in *Principles of Instrumental Analysis*, 6th ed., D.A. Skoog et al. (eds.), pp. 303-329 (2007) |
| TF-CMZ-00000079 – TF-CMZ-00000087 | Azo Materials website, "Dynamic Vapour Sorption for Determination of Hydrate Formation and Loss," available at http://web.archive.org/web/20181112003355/ https://www.azom.com/article.aspx?ArticleID=5182 (April 8, 2015) |
| AJM-NPC0000010 – AJM-NPC0000020 | Barnes et al., *A Review of the Applications of Thermal Methods Within the Pharmaceutical Industry*, 40 Journal of Thermal Analysis 499 (1993) |
| TF-CMZ-00000628 – TF-CMZ-00000644 | Braun et al., *Supramolecular Organization of Nonstoichiometric Drug Hydrates: Dapsone*, 6(31) Frontiers in Chemistry 1 (2018) |
| AJM-NPC0000021 – AJM-NPC0000033 | Brittain, *Foundations of Chemical Microscopy. 1. Solid-State Characterization of 5-Nitrobarbituric Acid (Dilituric Acid) and its Complexes with Group IA and Group IIA Cations*, 15 Journal of Pharmaceutical and Biomedical Analysis 1143 (1997) |
| TF-CMZ-00000645 – TF-CMZ-00000646 | Byrn et al., *The Effect of Crystal Packing and Defects on Desolvation of Hydrate Crystals of Caffeine and L-(–)-1,4-Cyclohexadiene-1-alanine*, 98(13) Journal of the American Chemical Society 4004 (1976) |
| TF-CMZ-00000201 – TF-CMZ-00000206 | *Chemistry*, 3rd ed., S.S. Zumdahl (ed.), D. C. Heath and Company, Lexington, MA, pp. 390-393 (1986) |
| TF-CMZ-00000647 – TF-CMZ-00000654 | Chernyshev et al., *Two Anhydrous and a Trihydrate Form of Tilorone Dihydrochloride: Hydrogen-Bonding Patterns and Reversible Hydration/Dehydration Solid-State Transformation*, 12 Crystal Growth & Design 6118 (2012) |
| ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮ |

| Bates Range(s) | Description |
|---|---|
| ████████ ████████ | ████████████████████ ███████████████ ██████ |
| ████████ | ████████████████ ██████ |
| ████████ | ██████████████████████ █ |
| ████████ | █████████████████ ███ |
| ████████ ████████ ████████ | ████████████████████ ██████████████ ██████████████ |
| ████████ | ██████████████████████ █ |
| ████████ | ████████████████████ █ |
| ████████ | ██████████████ █ |
| ████████ | ████████████████ █ |
| ████████ | ████████████████ █ |
| ████████ | ████████████████ █ |
| ████████ | ██████████ █ |
| ████████ | ████████████████ █ |
| ████████ | ████████████████ █ |
| ████████ | █████████████████ █ |
| ████████ | ███████████████ █ |
| ████████ | █████████████ █ |
| ████████ | ██████████████████ █ |
| ████████ | ████████████████████ █ |

| Bates Range(s) | Description |
|---|---|
| ███████████████ ▬ ████████████ | ████████████████████████ ████████████ |
| ██████████████████ | ████████████████████████████ ██ |
| N/A | ████████████████ |
| TF-CMZ-00000698 – TF-CMZ-00000706 | Dunitz, *Phase Transitions in Molecular Crystals From a Chemical Viewpoint*, 63(2) Pure & Appl. Chem. 177 (1991) |
| ████████████ ████ | ██████████████████████ |
| ████████████ ████ | ████████████████████████ |
| ████████████████ ████ | ████████████████████████ ██ |
| ████████████████ | ████████████████████████ |
| ████████████ ████ | ████████████████████████████ |
| ███████████ ▬ | ████████ |
| NPC-VS-0002610 – NPC-VS-0002611; NPC-VS-0002978 – NPC-VS-0003069 | Excerpts of Prosecution History of U.S. Patent No. 8,877,938 (Appl. No. 11/722,360) – Declaration of Piotr H. Karpinski dated September 7, 2010; Patent Term Extension Application Under 35 U.S.C. § 156 dated September 1, 2015 |
| NPC-VS-0003764 – NPC-VS-0003769 | Prosecution History of U.S. Patent No. 9,388,134 (Appl. No. 14/311,788) – Response to Restriction Requirement dated March 16, 2015 |
| TF-CMZ-00000655 – TF-CMZ-00000665 | Fini et al., *Dehydration and Rehydration of a Hydrate Diclofenac Salt at Room Temperature*, 181 International Journal of Pharmaceutics 11 (1999) |
| TF-CMZ-00000095 – TF-CMZ-00000107 | Frost et al., *The Rate of Dehydration of Copper Sulfate Pentahydrate at Low Pressures of Water Vapor*, 31(2) Canadian Journal of Chemistry 107 (1953) |
| TF-CMZ-00000666 – TF-CMZ-00000672 | Gillon et al., *Solid State Dehydration Processes: Mechanism of Water Loss from Crystalline Inosine Dihydrate*, 109 J. Phys. Chem. B 5341 (2005) |
| TF-CMZ-00000685 - TF-CMZ-00000697 | *Guidance for Industry, ANDAs: Pharmaceutical Solid Polymorphism, Chemistry, Manufacturing, and Controls Information*, by: U.S. Department of Health and Human Services, Food and Drug Administration, Center for Drug Evaluation and Research (CDER) (July 2007) |

| Bates Range(s) | Description |
|---|---|
| AJM-NPC0000034 – AJM-NPC0000074 | Haines, *Thermagravimetry* (Chapter 2) in *Thermal Methods of Analysis*, pp. 22-62 (1995) |
| ████████ | ████████ |
| ████████ | ████████ |
| ████████ | ████████ |
| AJM-NPC0000075 – AJM-NPC0000092 | Heinz et al., *Analysis of Solid-State Transformations of Pharmaceutical Compounds Using Vibrational Spectroscopy*, 61 Journal of Pharmacy and Pharmacology 971 (2009) |
| AJM-NPC0000093 – AJM-NPC0000131 | Hsu, *Infrared Spectroscopy* (Chapter 15) in *Handbook of Instrumental Techniques for Analytical Chemistry*, F.A. Settle (ed.), pp.247-283 (1997) |
| TF-CMZ-00000108 – TF-CMZ-00000121 | Hume et al., *The Dehydration of Copper Sulphate Pentahydrate*, 132 Proc. R. Soc. Lond. A 548 (1931) |
| TF-CMZ-00000135 – TF-CMZ-00000146 | Krzyzaniak et al., *Identification of Phase Boundaries in Anhydrate/Hydrate Systems*, 96(5) Journal of Pharmaceutical Sciences 1270 (2007) |
| AJM-ZYD0000001 | Laboratory Notebook No. II issued to Adam Matzger |
| AJM-MYL0000001 – AJM-MYL0000005 | Laboratory Notebook No. III issued to Adam Matzger |
| AJM-CRYS0000001 – AJM-CRYS0000004 | Laboratory Notebook No. V issued to Adam Matzger |
| ████████ | ████████ |
| TF-CMZ-00000673 – TF-CMZ-00000679 | Lin et al., *Desolvations of Solvated Organic Crystals*, 50 Mol. Cryst. Liq. Cryst. 99 (1979) |
| TF-CMZ-00000147 – TF-CMZ-00000155 | Liu et al., *The Dehydration Behavior and Non-Isothermal Dehydration Kinetics of Donepezil Hydrochloride Monohydrate (Form I)*, 8(1) Front. Chem. Sci. Eng. 55 (2014) |
| ████████ | ████████ |
| ████████ | ████████ |
| ████████ | ████████ |
| ████████ | ████████ |

| Bates Range(s) | Description |
|---|---|
| ███████████████ | ████████████████████████ |
| ███████████████ | ████████████████████████████ |
| ███████████████ | █ |
| ███████████████ | ████████████████████████████ |
| ███████████████ | █ |
| ███████████████ | ████████████████████████████ |
| ███████████████ | █ |
| ██████████████ | █████████████████████████████ |
| ██████████████ | ████████████████████████████ |
| ██████████████ | █ |
| ██████████████ | █████████████████████████████ |
| ██████████████ | █ |
| ██████████████ | ███████████████████████████ |
| ██████████████ | ████████████████████████████ |
| ██████████████ | ███████████████████████████████ |
| ██████████████ | ██████████████████████████████ |
| ██████████████ | ██████████████████████████████ |
| ██████████████ | ████████████████████████████████ |
| ██████████████ | ███████████████████████████ |
| ██████████████ | ████████████████████████████ |
| ██████████████ | ███████████████████████ |
| ██████████████ | ████████████████████████████ |
| ██████████████ | ████████████████████████ |
| ██████████████ | ███████████████████████████ |
| AJM-CRYS0000026 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-CRYS0000026.csv |
| AJM-CRYS0000027 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-CRYS0000027.txt |
| AJM-CRYS0000028 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-CRYS0000028.txt |

| Bates Range(s) | Description |
|---|---|
| AJM-CRYS0000029 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-CRYS0000029.raw |
| AJM-CRYS0000030 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-CRYS0000030.raw |
| AJM-CRYS0000031 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-CRYS0000031.raw |
| AJM-CRYS0000032 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-CRYS0000032.raw |
| AJM-CRYS0000033 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-CRYS0000033.raw |
| AJM-CRYS0000034 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-CRYS0000034.raw |
| AJM-CRYS0000035 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-CRYS0000035.raw |
| AJM-CRYS0000036 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-CRYS0000036.raw |
| AJM-CRYS0000037 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-CRYS0000037.raw |
| AJM-CRYS0000038 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-CRYS0000038.raw |
| AJM-CRYS0000039 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-CRYS0000039.tri |
| AJM-CRYS0000040 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-CRYS0000040.spa |
| AJM-CRYS0000041 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-CRYS0000041.raw |
| AJM-MYL0000010 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-MYL0000010.ttv |
| AJM-MYL0000011 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-MYL0000011.txt |
| AJM-MYL0000012 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-MYL0000012.raw |
| AJM-MYL0000013 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-MYL0000013.raw |
| AJM-MYL0000014 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-MYL0000014.raw |
| AJM-MYL0000015 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-MYL0000015.raw |
| AJM-MYL0000016 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-MYL0000016.raw |
| AJM-MYL0000017 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-MYL0000017.raw |
| AJM-MYL0000018 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-MYL0000018.raw |
| AJM-MYL0000019 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-MYL0000019.raw |

| Bates Range(s) | Description |
|---|---|
| AJM-MYL0000020 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-MYL0000020.txt |
| AJM-MYL0000021 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-MYL0000021.raw |
| AJM-MYL0000022 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-MYL0000022.raw |
| AJM-MYL0000023 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-MYL0000023.raw |
| AJM-MYL0000024 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-MYL0000024.raw |
| AJM-MYL0000025 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-MYL0000025.tri |
| AJM-MYL0000026 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-MYL0000026.spa |
| AJM-MYL0000027 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-MYL0000027.raw |
| AJM-ZYD0000011 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-ZYD0000011.raw |
| AJM-ZYD0000012 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-ZYD0000012.raw |
| AJM-ZYD0000013 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-ZYD0000013.raw |
| AJM-ZYD0000014 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-ZYD0000014.raw |
| AJM-ZYD0000015 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-ZYD0000015.raw |
| AJM-ZYD0000016 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-ZYD0000016.raw |
| AJM-ZYD0000017 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-ZYD0000017.txt |
| AJM-ZYD0000018 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-ZYD0000018.tex |
| AJM-ZYD0000019 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-ZYD0000019.tex |
| AJM-ZYD0000020 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-ZYD0000020.raw |
| AJM-ZYD0000021 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-ZYD0000021.raw |
| AJM-ZYD0000022 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-ZYD0000022.raw |
| AJM-ZYD0000023 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-ZYD0000023.raw |
| AJM-ZYD0000024 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-ZYD0000024.raw |
| AJM-ZYD0000025 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-ZYD0000025.raw |

| Bates Range(s) | Description |
|---|---|
| AJM-ZYD0000026 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-ZYD0000026.tri |
| AJM-ZYD 0000027 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-ZYD0000027.raw |
| AJM-ZYD0000028 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-ZYD0000028.spa |
| AJM-ZYD 0000029 | Native data accompanying Opening Expert Report of Adam J. Matzger, Ph.D. - AJM-ZYD0000029.spa |
| ███████████ | ████████████████████ |
| ███████████ | ████████████████████ |
| ███████████ | ████████████████████ |
| ███████████ | ████████████████████ |
| ███████████ | ████████████████████ |
| ███████████ | ████████████████████ |
| ███████████ | ████████████████████ |
| ███████████ | ████████████████████ |
| ███████████ | ████████████████████ |
| N/A | Opening Expert Report of Adam J. Matzger, Ph.D. Against Crystal Pharmaceutical (Suzhou) Co., Ltd. dated December 14, 2021 and materials cited therein |
| N/A | Opening Expert Report of Adam J. Matzger, Ph.D. Against Mylan Pharmaceuticals, Inc. dated December 14, 2021 and materials cited therein |
| N/A | Opening Expert Report of Adam J. Matzger, Ph.D. Against Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Ltd. dated December 14, 2021 and materials cited therein |
| N/A | Supplemental Expert Report of Adam J. Matzger, Ph.D. Against Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Ltd. dated January 14, 2022 and materials cited therein |

| Bates Range(s) | Description |
|---|---|
| TF-CMZ-00000680 – TF-CMZ-00000684 | Peterson et al., *Crystallization and Transformation of Acetaminophen Trihydrate*, 3(5) Crystal Growth & Design 761 (2003) |
| NPC-VS-0001095 – NPC-VS-0003088 | Prosecution History of U.S. Patent No. 8,877,938 (Appl. No. 11/722,360) |
| NPC-VS-0003089 – NPC-VS-0005174 | Prosecution History of U.S. Patent No. 9,388,134 (Appl. No. 14/311,788) |
| CRYSAVA216421 – CRYSAVA216660 | Prosecution History of U.S. Patent No. 10,508,087 (Appl. No. 15/924,250) |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| TF-CMZ-00000156 – TF-CMZ-00000174 | Redman-Furey et al., *Structural and Analytical Characterization of Three Hydrates and an Anhydrate Form of Risedronate*, 94(4) Journal of Pharmaceutical Sciences 893 (2005) |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| ▮ | ▮ |
| TF-CMZ-00000207 – TF-CMZ-00000623 | *Solid-State Properties of Pharmaceutical Materials*, 1st ed., S.R. Byrn et al. (eds.), Wiley (2017) |

| Bates Range(s) | Description |
|---|---|
| ████████ | ████████████ |
| AJM-NPC0000148 – AJM-NPC0000159 | TA Instruments, *High Resolution Thermogravimetric Analysis – A New Technique for Obtaining Superior Analytical Results* (1997), available at http://www.tainstruments.com/pdf/literature/TA023.pdf |
| AJM-NPC0000160 – AJM-NPC0000161 | TA Instruments, *Thermal Solutions: Separation of Free and Bound Water in Pharmaceuticals* (1997), available at http://www.tainstruments.com/pdf/literature/TS17.pdf |
| TF-CMZ-00000175 – TF-CMZ-00000200 | Threlfall, *Analysis of Organic Polymorphs – A Review*, 120 Analyst 2435 (1995) |
| N/A | Transcript of the October 13, 2021 deposition of Dr. Mahavir Prashad |
| N/A | U.S. Patent No. 8,877,938 |
| N/A | U.S. Patent No. 9,388,134 |
| CRYSAVA216661 – CRYSAVA216686 | U.S. Patent No. 10,508,087 |
| NPC-VS-016682298 – NPC-VS-016682336 | U.S. Provisional Patent Application No. 60/789,332 |
| TF-CMZ-00000624 – TF-CMZ-00000627 | *United States Pharmacopeia and National Formulary 23* <941> X-Ray Diffraction>, pp. 1843-1844 (1995) |
| AJM-MYLA0000028 | *United States Pharmacopeia and National Formulary 28* <197> Spectroscopic Identification Tests, p. 2295 (2005) |
| TF-CMZ-00000019 – TF-CMZ-00000040 | Vogt et al., *Physical, Crystallographic, and Spectroscopic Characterization of a Crystalline Pharmaceutical Hydrate: Understanding the Role of Water*, 6 Crystal Growth & Design 2333 (2006) |
| ████████ | ████████ |
| ████████ | ████████ |
| ████████ | ████████ |
| ████████ | ████████ |
| ████████ | ████████ |
| ████████ | ████████ |
| ████████ | ████████ |
| ████████ | ████████ |
| ████████ | ████████ |

# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE ENTRESTO (SACUBITRIL/VALSARTAN) PATENT LITIGATION | ) ) ) ) ) ) |
| | |

MDL No. 20-2930-RGA

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

NOVARTIS PHARMACEUTICALS
CORPORATION,

     Plaintiff,

     v.

ALKEM LABORATORIES LTD.,
AUROBINDO PHARMA USA INC.,
AUROBINDO PHARMA LTD., BIOCON
PHARMA LIMITED, BIOCON
LIMITED, BIOCON PHARMA, INC.,
CRYSTAL PHARMACEUTICAL
(SUZHOU) CO., LTD., LAURUS LABS
LIMITED, LAURUS GENERICS INC.,
LUPIN ATLANTIS HOLDINGS, S.A.,
LUPIN LIMITED, LUPIN INC., LUPIN
PHARMACEUTICALS, INC., NANJING
NORATECH PHARMACEUTICAL CO.,
LIMITED, TEVA PHARMACEUTICALS
USA, INC., TORRENT PHARMA INC.,
TORRENT PHARMACEUTICALS LTD.,

     Defendants.

C.A. No. 19-1979-RGA

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

|  |  |  |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, NOVUGEN PHARMA (MALAYSIA) SDN. BHD., ZYDUS PHARMACEUTICALS (USA) INC., CADILA HEALTHCARE LTD., | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-2053-RGA **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |
| Defendants. | ) ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) | C.A. No. 20-445-RGA |
| Plaintiff, | ) ) ) | **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |
| v. | ) ) | |
| MYLAN PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) ) | |

**REPLY EXPERT REPORT OF ROBIN D. ROGERS, PH.D. AGAINST CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., ZYDUS PHARMACEUTICALS (USA) INC., CADILA HEALTHCARE LTD., AND MYLAN PHARMACEUTICALS, INC.**

## TABLE OF CONTENTS

1.   Qualifications...................................................................................................... 1

2.   Summary of Opinions........................................................................................ 7

3.   The Person of Ordinary Skill in the Art ........................................................... 9

4.   Technology Background.................................................................................... 11

    A.   Crystalline and Amorphous Solids.......................................................... 11

    B.   Polymorphism ........................................................................................ 17

    C.   Hydrates/Solvates................................................................................... 17

    D.   Characterizing Crystals .......................................................................... 18

    E.   Structure of Water Molecules in a Single Crystal Structure ................... 24

5.   Crystal's Single Crystal Data Does Not Support the Conclusion ▇▇▇▇▇▇
    ▇▇▇▇.................................................................................................... 26

    A.   Crystal's Attempts to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇........................ 26

    B.   Dr. Friscic Failed to Address the Errors in Crystal's ▇▇▇▇▇▇▇▇
    ▇▇▇▇▇▇................................................................................................ 35

    C.   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.................................................... 37

    D.   Crystal's ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
    ▇▇▇▇▇▇▇▇▇▇▇▇▇ Is Unreliable ................................................. 73

i

1.    **Qualifications**

1.      I, Robin D. Rogers, Ph.D., am currently a Professor Emeritus at The University of

Alabama, Tuscaloosa, Alabama, USA and President, Owner, and Founder of 525 Solutions, Inc.,

also in Tuscaloosa, Alabama, USA, a research and development (R&D) company that focuses on

developing proprietary, broad-based ionic liquid technologies applicable in medicinal,

pharmaceutical, and materials fields. I am also co-Founder and co-Owner of Wyonics LLC,

Laramie, WY; CalAgua Innovations Corp., Calgary, AB, Canada; and Adjacency Labs Corp.,

Calgary, AB, Canada. I also am an Adjunct Professor at the University of Wyoming and an

Honorary Professor in the School of Engineering, University of Kwazulu-Natal,

Pietermaritzburg, South Africa. My most recent previous academic appointments included Tage

Erlander Guest Professor at Stockholm University (2019-2020), Canada Excellence Research

Chair in Green Chemistry and Green Chemicals at McGill University (2015-2017), and

Distinguished Research Professor, Robert Ramsay Chair of Chemistry, and Director of the

Center for Green Manufacturing at The University of Alabama (1996-2014).

2.      I received a B.S. in chemistry (*summa cum laude*) in 1978 and a Ph.D. in

chemistry in 1982 from The University of Alabama. During the period 1982-1996, I was

successively an assistant, associate, full, and Presidential Research Professor at Northern Illinois

University. During the period of 1991-1998, I also held a faculty appointment at the Argonne

National Research Laboratory, Argonne, Illinois. In 1996, I became a Professor of Chemistry at

The University of Alabama and, in 1998 I was named Director of The University of Alabama's

Center for Green Manufacturing. I was awarded the titles Distinguished Research Professor in

2004 and Robert Ramsay Chair of Chemistry in 2005. From 2007-2009, I held a joint

appointment as Chair in Green Chemistry in the School of Chemistry & Chemical Engineering

1

and Director of the Queen's University Ionic Liquid Laboratories ("QUILL") at Queen's University of Belfast, Belfast, Northern Ireland, UK.

3.        I am, or have been, a member of various professional societies, including the American Association for the Advancement of Science (Fellow), American Chemical Society (Fellow), American Crystallographic Association, American Institute of Chemical Engineers, Materials Research Society, American Association for Crystal Growth, and Royal Society of Chemistry (Fellow).

4.        In 1989, I joined the Editorial Board of the *Journal of Chemical Crystallography* (then named *Journal of Crystallographic and Spectroscopic Research*). I became Associate Editor of the journal in 1993 and was the Editor from 1996 to 2000. In 1998, I founded the journal *Crystal Engineering* and served as Editor until 1999. In 2000, I was asked by the American Chemical Society ("ACS") to found a new journal called *Crystal Growth & Design*, for which I served as Founding Editor-in-Chief until December 31, 2019. I also have served or currently serve as editor or on the editorial board of the following journals:

- o *Separation Science and Technology, Associate Editor, 1996-1999; Editorial Board, 1999-present;*

- o *Industrial & Engineering Chemistry Research, Editorial Board, 1999-2001;*

- o *Journal of Chromatography B, Guest Editor, Volume 743 (1 + 2), 2000;*

- o *Solvent Extraction and Ion Exchange, Editorial Board, 2002-present;*

- o *Green Chemistry, International Advisory Board, 2002-present;*

- o *Chemical Communications, Editorial Advisory Board, 2005-present;*

- o *Accounts of Chemical Research, Guest Editor (with G. A. Voth), Special Issue on Ionic Liquids, Volume 40(11), 2007;*

o *ChemSusChem, International Advisory Board, 2008-2019;*

o *Chemistry Letters, Advisory Board, 2010-present;*

o *Australian Journal of Chemistry, Guest Editor (with K.R. Seddon), Research Front on Crystal Engineering, Volume 63(4), 2010;*

o *Separation Science & Technology, Guest Editor (with H. Rodriguez and J. Chen), Special Issue on Ionic Liquids, 2012;*

o *Chemical Communications, Guest Editor (with D. MacFarlane and S. Zhang), Special Issue on Ionic Liquids, 2012;*

o *Science China   Chemistry, Guest Editor (with S. Zhang), Special Issue on Ionic Liquids, 2012;*

o *Catalysis Today, Guest Editor (with S. Zhang), Special Issue on Ionic Liquids, 2012;*

o *Green Chemistry and Sustainable Technology, Springer, Heidelberg, Germany, Book Series Editor (with L.-N. He, D. Su, P. Tundo, and Z. C. Zhang), 2013-19;*

o *Chimica Oggi/Chemistry Today, Scientific Advisory Board, 2014-present;*

o *Green Energy & Environment, Advisory Board, 2016-present; and*

o *Journal of Ionic Liquids, Editorial Board, 2021-present.*

5.      In my position as Founding Editor-in-Chief of the American Chemical Society journal *Crystal Growth & Design*, I regularly evaluated and judged suitability for publication of numerous manuscripts which utilize and study crystal engineering, polymorphism, and crystal growth and the characterization of solid-state materials. Accordingly, I am quite familiar with the academic and scientific standards for experimental work in this field of single crystal structures,

3

and I have evaluated countless numbers of single crystal structures, including the data and refinements used to determine such structures

6.      In 2002, the ACS asked me to organize and chair a specialty meeting devoted to the topic of polymorphism (*Polymorphism in Crystals: Fundamentals, Prediction, and Industrial Practice*, Tampa, FL, February 23-27, 2003). I was asked to organize and chair follow-up meetings in 2004 (*Polymorphism in Crystals*, Tampa, FL, February 8-11, 2004), in 2006 (*Process Crystallization in the Pharmaceutical and Chemical Industries*, Philadelphia, PA, April 25-27, 2006), and in 2007 (*Crystallization Process Development: Case Studies and Research*, Boston, MA, February 25-27, 2007).

7.      In 2004, 2005, and 2008, I organized three special issues of *Crystal Growth & Design* dedicated to the phenomenon of polymorphism and in 2009, I organized a special issue dedicated to pharmaceutical co-crystals. Many of these papers addressed pharmaceutical compounds, solid forms, hydration, salt selection, and the use of single crystal and powder X-ray diffraction ("SCXRD" and "PXRD") techniques.

8.      In 2010, I was co-founder, co-organizer, and Vice Chair of the first Gordon Research Conference devoted to the topic of Crystal Engineering (Waterville Valley Resort, NH, June 6-11, 2010). I was the organizer and Chair of the second Gordon Research Conference on Crystal Engineering (Waterville Valley Resort, NH, June 10-15, 2012). The Gordon Research Conference is a non-profit organization that brings together scientists throughout the world to discuss the latest research in their field.

9.      I have published more than 900 articles in refereed journals, edited 14 books, and have been named as an inventor on more than 60 domestic and foreign patents. I have also given over 1,100 presentations before regional, national, and international meetings, and over 250

4

seminars worldwide. In both 2014 and 2015 I was named to the Thomson Reuters Highly Cited

Researchers List, ranking among the top 1% most cited in chemistry and listed in the top 2%

ranking of World Scientist. *See* Ioannidis JPA, Boyack KW, Baas J, *Updated science-wide

author databases of standardized citation indicators*, 18(10) PLoS Biol. e3000918 (2020),

*available at* https://doi.org/10.1371/journal.pbio.3000918; *see also* Baas J, Boyack KW,

Ioannidis JPA, *Data for "Updated science-wide author databases of standardized citation

indicators"* Mendeley Data at Tables S6, S7 (version 2, Aug. 10, 2020) (ranked 2584/186178

World Scientists and 76/111388 in Organic Chemistry), *available at*

https://elsevier.digitalcommonsdata.com/datasets/btchxktzyw/3.

10.     I use and have used over the past 45 years X-ray diffraction techniques, including

single crystal X-ray diffraction ("SCXRD") and powder X-ray diffraction ("PXRD")  and other

techniques including Differential Scanning Calorimetry ("DSC"), and Thermogravimetric

Analysis ("TGA"), among other techniques in my research efforts. I have used these and other

spectroscopic techniques to analyze crystalline and amorphous forms. I am also familiar with and

use spectroscopic techniques in my research efforts. I am familiar with and use crystallization

techniques to create and isolate solid-state forms of compounds in my research efforts. Through

my own research, as well as through my service as an editor or on the editorial board of

numerous scientific journals, I have extensive experience solving and analyzing single crystal

structures of compounds. I have submitted the results of over 1300 SCXRD studies to the

Cambridge Structural Database, the world-leading repository for single crystal structures.

---

Powder X-ray diffraction is also often abbreviated as "XRPD" in the art.

11.     I have collaborated with organic chemists in industry and in academia as part of a team in the discovery and characterization of novel drug compounds. I have also acted as a consultant in industry in the development of pharmaceutical drug compounds. I have also trained students in organic synthesis and supervised their Ph.D. research. Within my research group, I regularly hire and supervise Ph.D. organic chemists and direct their research in the synthesis and characterization of novel forms of active pharmaceutical ingredients.

12.     Since 1996, I have had a leadership role in the development of the field of ionic liquids (pure salts liquid at low temperature); probing their fundamental nature while advancing their technological relevance in areas which include crystallization and novel pharmaceutical forms. These efforts have been recognized with several awards including the 2005 Presidential Green Chemistry Challenge Award, the 2011 American Chemical Society Award in Separations Science and Technology, the 2013 Paul Walden Award in Ionic Liquids, the 2018 Max Bredig Award in Molten Salt and Ionic Liquid Chemistry, the 2018 American Chemical Society/Environmental Protection Agency Green Chemistry Challenge Award Focus Area 2: Greener Reaction Conditions, and in being elected in 2012 as a Fellow of the American Association for the Advancement of Science.

13.     Based on my experience and qualifications, I consider myself an expert in the field of solid-state chemistry including crystal engineering, crystallization, hydration, solvate formation, and polymorphism, including the isolation and characterization of amorphous and crystalline forms of organic compounds, including solvates and hydrates, and their applications in pharmaceutical products. Accordingly, I believe that I am competent to express the opinions set forth below.

14.     Additional details of my education and experience, and a complete list of my publications are set forth in my curriculum vitae, a copy of which is submitted as **Appendix A**.

15.     A list of cases in which I have testified as an expert at trial or by deposition in the previous four years is submitted as **Appendix B**.

16.     For my time spent on this matter, I am being compensated at my customary rate of $700 per hour.  My compensation is in no way contingent upon the opinions I provide or the outcome of this litigation.

**2.     Summary of Opinions**

17.     I have been asked by counsel for Novartis Pharmaceuticals Corporation ("Novartis") to review the Rebuttal Expert Report of Dr. Tomislav Friscic, which I will refer to as "Dr. Friscic's Rebuttal Report" or the "Friscic Rebuttal," and the Declaration of Dr. Hatem Titi, which I will refer to as "Dr. Titi's Declaration" or the "Titi Declaration," both submitted on behalf of Crystal, Mylan, and Zydus.

18.     I understand from Novartis's counsel that Novartis has sued Defendants Crystal Pharmaceutical (Suzhou) Co., Ltd. ("Crystal"), Mylan Pharmaceuticals, Inc. ("Mylan"), and Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Ltd. (collectively, "Zydus") for infringement of United States Patent No. 8,877,938 ("the '938 patent") and United States Patent No. 9,388,134 ("the '134 patent").[2]

19.     I understand from Novartis's counsel that Crystal has submitted Abbreviated New Drug Application No. ███████ ("Crystal's ANDA") to the United States Food and Drug Administration ("FDA") seeking approval to market a generic version of Novartis's Entresto®

---

[2] I understand that Novartis has asserted claims 1, 3, and 11 of the '938 patent and claims 5 and 6 of the '134 patent against Crystal and claims 1 and 11 of the '938 patent and claim 5 of the '134 patent against each of Mylan and Zydus. Friscic Rebuttal ¶ 15.

(sacubitril/valsartan) products (24/26 mg, 49/51 mg, and 97/103 mg tablets) ("Crystal's ANDA Products").

20.     I understand from Novartis's counsel that Mylan submitted Abbreviated New Drug Application No. ▮▮▮ ("Mylan's ANDA") to the FDA seeking approval to market a generic version of Novartis's Entresto® (sacubitril/valsartan) products (24/26 mg, 49/51 mg, and 97/103 mg tablets) ("Mylan's ANDA Products").

21.     I understand from Novartis's counsel that Zydus submitted Abbreviated New Drug Application No. ▮▮▮ ("Zydus's ANDA") to the FDA seeking approval to market a generic version of Novartis's Entresto® (sacubitril/valsartan) products (24/26 mg, 49/51 mg, and 97/103 mg tablets) ("Zydus's ANDA Products").

22.     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

23.     Novartis's counsel has asked me to do the following:

- Review paragraphs 61-63, 97-102, 109, and 228 of Dr. Friscic's Rebuttal Report, the

CRYSAVA217764, CRYSAVA217765, CRYSAVA217766, CRYSAVA217767, CRYSAVA217768;[3]



25.     My opinions set forth in this report are based on the materials that I considered, including Dr. Friscic's Rebuttal Report, the documents cited in paragraphs 61-63, 97-102, 109, and 228 of Dr. Friscic's Rebuttal Report, Dr. Titi]s Declaration, the █████████████ including the underlying data for that report, the other documents cited herein, as well as on my education, knowledge, and experience as outlined above.

**3.     The Person of Ordinary Skill in the Art**

26.     I understand from Novartis's counsel that the asserted claims of the '938 and '134 patents are interpreted from the perspective of the "person of ordinary skill in the art" or "POSA," which is a legal construct employed in patent law.

27.     I understand that Novartis has defined a POSA as follows:

---

[3] As discussed further in paragraph 85 below, ████████████████████

A POSA as of 2006 would have had an advanced degree (a Ph.D. or master's degree) in chemistry or a related field with two or more years of pharmaceutical chemistry experience, or a bachelor's degree in chemistry or a related field with four or more years of such experience.  Alternatively, a POSA would have had an M.D. with two years of specific training, research, or experience studying and/or treating heart failure and/or hypertension, and/or pharmacotherapies therefor.  A POSA could have collaborated with others of ordinary skill having experience in medicine, pharmacology, biology, biochemistry, medicinal chemistry, or a related field with specific training, research, or experience studying and/or treating heart failure and/or hypertension and/or pharmacotherapies therefor.

28.     Dr. Friscic states that the defendants in this case, including Crystal, Mylan, and Zydus, have proposed a different definition for a POSA as set forth below (Friscic Rebuttal ¶ 33):

[A] POSA with respect to the '938 and '134 patents would have a Ph.D. or equivalent degree in chemistry or a related field and at least two years of experience with solid forms of molecular pharmaceutical compounds, including synthesis, crystallization, and characterization. Such a [POSA] having ordinary skill in the art could alternatively have less education and relatively more experience in the relevant areas. In addition, a person having ordinary skill would have consulted with others having specialized knowledge, such as, for example, clinicians or medical doctors having experience administering, dosing, and evaluating the efficacy of medications for treating cardiovascular disease.

29.     My opinions would be the same whether Novartis's or defendants' definition of a POSA is applied.

30.     I understand from Novartis's counsel that Novartis relies on an August 11, 2006 priority date for the '938 and '134 patents. As of that date, I met and in fact exceeded the skill level of both Novartis's and Defendant's POSA definitions and I am familiar with the level of ordinary skill in the art at that time. While I understand that a POSA is defined as of the priority date, I further understand from Novartis's counsel that patent infringement is analyzed at the time of infringement, not at the priority date. Thus, information learned after the priority date may be relevant to infringement.

4.      **Technology Background**

31.      Below I have included a brief tutorial of the relevant principles of solid-state

chemistry and testing techniques that I relied on in forming my conclusions contained in this

report. At trial, I may offer a technology tutorial in connection with testimony based on the

principles of chemistry, crystallization, and solid-state analytical techniques set forth below.

A.      **Crystalline and Amorphous Solids**

32.      Generally speaking, solids can be crystalline, having long range three-

dimensional order, or they can be amorphous, a non-crystalline solid form with molecules

lacking long range three-dimensional order. The Figure below schematically illustrates the

arrangement of molecules in a crystalline form and in an amorphous form:



33.      Crystalline solids, or crystals, are made up of highly organized molecules

arranged in a regularly repeating three-dimensional array. These highly organized arrangements

of regularly repeating molecules form what are known as crystal lattices. The smallest repeating

unit of the crystalline lattice is known as the unit cell.

34.      I will explain these concepts using acetaminophen as an example. A single

molecule of acetaminophen has the following structure:

11



**Acetaminophen Molecule**

35.     When a sample of acetaminophen is crystallized, the molecules in the sample can arrange themselves into a regularly repeating three-dimensional pattern as shown below:



**Regularly Repeating 3-D Array of Acetaminophen Molecules**

36.     This three-dimensional arrangement of molecules is the crystalline lattice, which is like a framework of molecules packed in a regular and repeating manner as shown below.

12



**Crystalline Lattice of Acetaminophen**

37.     The smallest repeating unit of the crystalline lattice is known as the unit cell. The

crystalline lattice of acetaminophen shown above can also be depicted in terms of the unit cell,

shown below.



**Acetaminophen Unit Cell**

38.     The unit cell is a theoretical construct that aids scientists in studying and

characterizing crystals and does not correspond to the shape of the molecules themselves. The

13

ways in which the molecules of the compound (acetaminophen in my example) arrange themselves in space determine the size and shape of the unit cell. Each unit cell is like a brick and the crystalline lattice is like a three-dimensional brick structure. A crystalline solid therefore can be described by the shape and size of a single unit cell because its three-dimensional crystal structure is simply a lattice of those unit cells repeating in all three dimensions.

39.     The unit cell is characterized in terms of three lengths, a, b, and c, and three angles, α, β, and γ. These lengths and angles are known as the unit cell parameters. Different unit cells have different values of a, b, c, α, β, and γ, and thus have different sizes and shapes. The unit cell parameters for the crystalline acetaminophen in my example are shown below.



**Unit Cell Parameters for Acetaminophen**

40.     In a unit cell, the smallest set of atoms that, when repeated by symmetry form the entire crystalline lattice, is called the asymmetric unit. In the example above, one molecule of acetaminophen is the asymmetric unit and when it is repeated by symmetry describes the unit cell contents and the entire crystal structure.

14

41.     In an ideal crystal, every object is regularly repeated in three-dimensional space; *i.e.*, every unit cell has exactly the same orientation with all molecules in the same conformation as in the cells to its left, right, top, bottom, front, and back. K. Hasegawa, *Introduction to Single Crystal X-ray Analysis: VII. Refinement of Disordered Structure*, 31 RIGAKU J. 16, 16 (2016) ("Hasegawa 2016"). However, an ideal crystal does not exist and in most real crystals there are several lattice defects. *Id.* Frequently, parts of molecules (or in some cases whole molecules) are found in more than one crystallographically independent orientation; in other words, the structure is "disordered." *Id.* The most common disorder is positional disorder, where one atom occupies different sites in different asymmetric units within a unit cell. *Id.* at 17.

42.     This concept can be illustrated by considering a group of people lifting weights at the same time in the figure below taken from Hasegawa 2016. If the people are regularly aligned, all of them lifting or lowering the barbells at the same time, they would be an ordered ideal group, corresponding to an ideal ordered single crystal. Now if 20% of the people are resting their weights down while the remaining 80% are lifting you have the situation shown below. Hasegawa 2016 at p. 16, fig. 1.



43.     A crystal structure determination is the refinement of an asymmetric unit which is the average of the atom locations over the entire crystal. Hasegawa 2016 at 16. In the hypothetical weightlifting example, the two positions 80% up (blue below) and 20% down (pink below) will appear in the asymmetric unit as the grey representation below with the two positions overlaid. To properly model this situation, the orientation with arms and barbell up would need to account for 80% of this position (site occupancy 0.8) and the orientation with arms and weights down would need to account for 20% (site occupancy 0.2) of this position.



44.     Thus, in a disordered crystal structure, the location of disordered atoms making up the asymmetric unit may change from one repeated asymmetric unit to another, or the disordered atoms may be present in certain repeated asymmetric units and completely absent from other repeated asymmetric units in the crystal lattice. The frequency at which an atom is present at any particular location within the crystal structure is referred to as the "occupancy." GH Stout & LH Jensen, X-RAY STRUCTURE DETERMINATION: A PRACTICAL GUIDE 375 (2nd ed., 1989) ("Stout 1989"). An atom that is always present in the same location is said to have "full" or 100% occupancy (indicated by 1). An atom that is present in only some repeat units or present in different locations within the crystal is said to have "partial" occupancy, such as half occupancy or 50% occupancy (indicated by 0.5). The stoichiometry of a crystalline structure, *i.e.*, the relative ratio of the molecules in the crystalline structure, is determined from the occupancy of the atoms making up those molecules.

B.   **Polymorphism**

45.    Molecules of a compound in the crystalline state may arrange, or "pack" themselves in more than one way, which can give rise to different crystalline structures or "forms." For compounds that exist in more than one crystal form, each form will have a different crystalline lattice and different unit cell. This phenomenon is termed "polymorphism" and the different crystal forms are called "polymorphs." A classic example is that of carbon, where one crystal form is diamond, and another crystal form of the same substance is graphite.

C.   **Hydrates/Solvates**

46.    In some cases when crystals of a compound are forming (*i.e.*, crystallizing from a solution), solvent molecules may become entrapped or bound within the crystalline lattice. The presence of the entrapped solvent molecules may affect the three-dimensional crystalline lattice that eventually crystallizes. A crystalline solid containing either stoichiometric (*i.e.*, fixed ratios of drug molecules to solvent molecules) or non-stoichiometric (*i.e.*, variable ratios of drug molecules to solvent molecules) amounts of a solvent incorporated within the crystal structure is referred to as a "solvate." If the incorporated solvent is water, the solvates are also commonly known as "hydrates."

47.    The term "monohydrate" is used to describe compounds that contain a stoichiometric amount of 1 water molecule per drug molecule present within the crystalline lattice of the compound. The term "dihydrate" is used to describe compounds that contain a stoichiometric amount of 2 water molecules per drug molecule present within the crystalline lattice of the compound. The term "hemipentahydrate" is used to describe compounds that contain a stoichiometric amount of 2.5 water molecules present per drug molecule present within the crystalline lattice of the compound. The term "trihydrate" is used to describe compounds that contain a stoichiometric amount of 3 water molecules present per drug molecule present within

17

the crystalline lattice of the compound. Such distinct hydrate forms are distinguishable based upon their incorporated water content.

48.     In addition to the interactions of water described above, water molecules can interact with the surface of a crystalline form of a compound. Water molecules that interact with the surface of a crystalline form are referred to as "surface water." Surface water molecules are loosely associated with the exterior surface of a crystal and are present in non-stoichiometric amounts. The presence of surface water is influenced by environmental conditions such as relative humidity ("RH"). The presence and amount of adsorbed surface water on a particular crystalline form can change, *e.g.*, depending upon the environmental conditions. The loss or gain of adsorbed surface water molecules from a crystalline form does not result in a change in its crystal structure or its hydrate stoichiometry.

### D.     Characterizing Crystals

49.     Because each crystal form, or polymorph, has its own unique unit cell and thus three-dimensional lattice, that particular crystal form can be identified by certain characteristics associated with its crystalline lattice (and unit cell). For example, different polymorphs "diffract" (*i.e.*, reflect) X-rays differently. Thus, one technique that can be used to identify the crystal structure of a crystalline compound and to distinguish different polymorphs of the same compound is X-ray diffraction ("XRD"), which when carried out on compounds in powder form is called powder X-ray diffraction ("PXRD").[4] *See, e.g.*, Formica, *X-ray Diffraction*, in HANDBOOK OF INSTRUMENTAL TECHNIQUES FOR ANALYTICAL CHEMISTRY 340, 348-50 (Frank Settle ed. 1997) ("Formica 1997").

---

[4] PXRD can also be referred to as X-ray powder diffraction, or "XRPD."

50.     The molecules within each unit cell of the crystalline lattice will diffract incident radiation, such as X-rays (see Figure below), in a specific pattern due to the orientation of those molecules within the unit cell. Each different crystal form will diffract X-rays at different "scattering angles" (the angle of the incident X-ray beam to the crystal where scattering of the X-rays is observed) and at differing "intensities" (how many X-rays are scattered). The scattering angles are measured and reported as diffraction peaks $2\theta$ ("two theta"), and can also be referred to as the $2\theta$ values or $2\theta$ peaks.



**X-Ray Diffraction**

51.     A given crystalline form of a compound will diffract X-rays at the same scattering angles. By measuring the scattering angles ($2\theta$) and intensities of X-rays diffracted from a given sample of a polymorph, the $2\theta$ values can be plotted against the differing intensities, as "lines" or

19

"peaks," to produce a specific "X-ray diffraction pattern" for each polymorph. An X-ray diffraction pattern, therefore, can act as a fingerprint for that polymorph.

52.     PXRD involves using a sample in the form of a powder comprised of many small crystalline particles, whereas single crystal X-ray diffraction ("SCXRD") involves using a sample which is a single crystal of the compound of sufficiently large size to be analyzed. SCXRD can be used to determine a single crystal structure of the crystalline solid, and the single crystal structure obtained by SCXRD can be used to calculate what the PXRD diffraction pattern will look like.

53.     SCXRD requires building a model of the contents of the unit cell and refining the model against the XRD data. The crystallographer must find the asymmetric unit (*i.e.*, smallest collection of symmetry unique atoms), which is the model which is refined. An asymmetric unit may contain portions of molecules or more than one molecule. As noted in paragraphs 40-44 above, the asymmetric unit may contain disorder, which must be carefully considered. Each asymmetric unit is comprised of atoms that are defined by three positional parameters, x, y, z, which place their location in the unit cell. Each atom is also defined by 1 (isotropic) or 6 (anisotropic) thermal parameters, which define the electron density associated with each position. The positional and thermal parameters of each atom in the asymmetric unit are then refined for the best least-squares fit using the data. Often, this refinement is complicated by the positional disorder I explained above in paragraphs 40-44.

54.     In the example I provided in paragraphs 42-44 above, the crystallographer must account for an 80/20 disorder for a single atomic position (the gray figure below). This would be done by refining the positional parameters (indicated by the coordinates x, y, z) and thermal parameters (designated as $U$ , $U_{22}$, $U_{33}$, $U_2$, $U_3$, $U_{23}$ from which $U_{eq}$ is calculated) for the gray

position with two overlapping atomic positions with different site occupancies for the blue and pink atom positions. One position would be refined with site occupancy of 0.8 (80%, arms and barbell raised) and the alternate position with arms and barbell lowered would be refined with site occupancy of 0.2 (20%). *See* Hasegawa 2016 at p. 16, fig. 2. How the crystallographer builds the disorder model is critically important to the chemical accuracy of the resulting refinement model. Care must be taken that the model chosen by the crystallographer to account for disorder is chemically justifiable. For example, if the crystallographer modeled the disorder such that one position had four arms and one dumbbell and the other had a dumbbell and no arms, that would not make chemical (or in this case, anatomical) sense.



55.     If the crystallographer chooses to not resolve the disorder, the thermal parameters, which represent the electron density at a given position, can be greatly affected resulting in unusual features that are clues to the possibility of disorder. An ORTEP (Oak Ridge Thermal Ellipsoid Plot) plot provides a 3D graphical representation of the refined parameters of each atom, including, for example, the shape, direction, and size of thermal ellipsoids. Anthony L. Spek, *What makes a crystal structure report valid?*, 470 INORGANICA CHIMICA ACTA 232, 233 (2018) ("Spek 2018"). The thermal ellipsoids represent the percent probability of the electrons around the atom being located within them as the atom vibrates. Thermal ellipsoids indicate the magnitude and direction of the thermal vibrations of atoms in a single crystal structure. Extreme disc or cigar shaped ellipsoids, often caused by *disorder*, should be investigated. *Id.*; Stout1989 at 375.

56.     The visualization of positional disorder can be illustrated by the thermal ellipsoid in an ethyl group shown below. Hasegawa 2016 at 17 (Fig. 3); *see also* Stout 1989 at 375 (Disorder "is most easily visualized by plotting the thermal ellipsoids."); Spek 2018 at 233 ("In particular the shape, direction and size of the ellipsoid can visually point to unresolved problems[,]" including disorder.). In the depiction on the left (a), the crystallographer has ignored positional disorder for one of the carbon atoms, which resides in two alternate sites, and instead refined a single carbon atom at 100% occupancy. In this case the thermal ellipsoid is elongated which is an indication of a possible problem with the refinement. Closer examination of the model input to refine the structure would lead one to model the disorder with the carbon atom in two alternate positions (yellow and black lines). In this case the disorder is 50/50 and the position of each carbon atom would be refined with 50% occupancy, leading to more reasonable thermal parameters for the carbon atoms. In the depiction (b) below, only one of the carbon atoms would be present in the repeating unit at a given time; that is, in the crystal structure, half of the molecules would include the carbon atom depicted with a yellow bond and half would include the carbon atom depicted with a black bond. They can never be present together.



57.     When a crystallographer chooses a model to refine against the data, the details of that refinement of a crystal structure are recorded with a CIF (crystallographic information file) file. Spek 2018 at 232. The CIF file is generated from the crystallographer's interpretation and refinement of diffraction data. *Id.* As a result, it is important to consider not only the CIF file, but also the diffraction data and refinement details of that data to understand how the crystallographer arrived at the single crystal structure. *Id.* Review of this data allows "readers to do their own analysis of the experimental data when interpretation questions arise, in particular when unusual results are claimed or spotted by experts." *Id.* at 232-33. "Common problems and pitfalls are miss-assigned atom types, too many or too few hydrogen atoms, *disorder*, missed twinning and missed higher symmetry, all possibly leading into false reported chemistry." *Id.* at 233 (emphasis added).

58.     Refinement details may include constraints or restraints that were placed on the single crystal structure. *Id.* A constraint is a fixed or precise numerical value assigned to the refinement of a parameter (*e.g.*, bond lengths, bond angles, etc.) in a single crystal structure. A restraint is any additional information added to the refinement of structure that limits the possible values for a parameter (*e.g.*, an aromatic ring, which should be essentially flat, may be restrained to lie in one plane). "All non-standard procedures, including the applied refinement constraints and restraints, should be detailed and all non-standard results reported and discussed." *Id.* at 236.

59.     An electron density map is the end result of a single crystal X-ray structure determination that combines the structural model and the experimentally collected data to represent how well the model fits the data. *Id.* at 233. An electron density map is often plotted like a topographical map, where each atom's electron density is represented by a peak. The electron density map is an average of the unit cells over the whole crystal, as opposed to the

23

contents of a single unit cell. As Dr. Friscic acknowledges, an electron density map may not be of sufficient quality where there is disorder due to, for example, the structure containing loosely bound solvent or water molecules. Friscic Rebuttal ¶ 62.

60.    "A structure report should therefor not only include the author's interpretation of the experimental data but also all details of the analysis, including the primary diffraction data. All non-standard procedures, including the applied refinement constraints and restraints, should be detailed and all non-standard results reported and discussed. Only then, proper evaluations by referees, authors and users of the reported science will be meaningful and possible." Spek 2018 at 236.

### E.    Structure of Water Molecules in a Single Crystal Structure

61.    ██████████████████████████████████████████
████████████████████████████████████ I provide here a brief discussion of water molecules. Water is a molecule of formula $H_2O$. The oxygen atom in water is always covalently bonded to two hydrogen atoms and can coordinate with sodium cations through two lone pairs of electrons. Below is a ball and stick representation of the coordinate bonding of water to sodium cations in the single crystal structure of NaCl•$2H_2O$ with Na-O bond distances of 2.381 to 2.458 Å. B. Klewe & B. Pedersen, *The Crystal Structure of Sodium Chloride Dihydrate*, B30 ACTA CRYSTALLOGRAPHICA 2363, 2368 (1974).[5] In this crystal structure, the hydrogen atoms for the water molecules were included in the refinement.

---

[5] I obtained the CIF file for single crystal structure of NaCl•$2H_2O$ from the Cambridge Structure Database (ICSD Entry 2313; Deposition Number 1592220 *available at* https://www.ccdc.cam.ac.uk/structures/Search?Ccdcid_1592220&Compound_sodium%20chloride&DatabaseToSearch_Published) and generated the plot using the publicly available software Mercury (*available at* https://www.ccdc.cam.ac.uk/solutions/csd-core/components/mercury/).



62.    As is apparent from the figure above, the water molecules each coordinate with two sodium cations. Thus, in addition to the two covalent bonds to hydrogen atoms, the two remaining lone pairs of electrons in each oxygen atom of the water molecules coordinate to two different sodium positions giving each water molecule a tetrahedral geometry.

63.    Water molecules may also interact with other oxygen atoms via weaker interactions known as hydrogen bonds where a hydrogen atom covalently bonded to one oxygen atom is attracted to another oxygen atom as depicted below. A typical donor-acceptor (in this case the oxygen atom covalently bonded to a hydrogen atom and the oxygen atom which accepts the hydrogen bond) distance between atoms participating in a hydrogen bond is 2.7-3.3 Å. D. McRee, *Computational Techniques* in PRACTICAL PROTEIN CRYSTALLOGRAPHY 266 (1999) ("McRee 1999"). The coordination ability and geometry of water molecules must be taken into

consideration when developing a chemically reasonable disorder model involving water molecules.



5. **Crystal's Single Crystal Data Does Not Support the Conclusion that** ███████████████

64.     As discussed below, ████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

A. **Crystal's Attempts to** ███████████████████████

██   ██████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████











77.     A set of refinement files for a single crystal structure includes the following file types: HKL, INS, RES, LST, and CIF. The HKL file contains the diffraction data experimentally obtained from the single crystal. The INS (instruction) file contains instructions for carrying out

---

[6] I understand from Novartis's counsel that the highlighted passages in Exhibits 1-3 contain email correspondence between Novartis's counsel and Crystal's counsel regarding the production of ███████████████████████████████████████████████

the least-squares refinement of the crystal structure model. The RES (results) file contains the results from the refinement of the crystal structure model. The CIF (crystallographic information file) file is a standard text file format for representing all of the crystallographic information regarding the data, the structure, and its refinement. In the final refinement of the crystal structure model, the LST (list) file is an output of the final single crystal structure refinement conducted with the INS (instruction) file to arrive at the final RES (results) file and CIF file.

78.







**B.**   **Dr. Friscic Failed to Address the Errors in Crystal's** ███████████

















[redacted]

[redacted]

43























































**D.    Crystal's** ████████████████████ **Is Unreliable**





████  ███████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████

Date: April __6__, 2022

_____

Robin D. Rogers, Ph.D.

**APPENDIX A**

**Dr. Robin D. Rogers**
**President/Owner/Founder, 525 Solutions, Inc., Tuscaloosa, AL, USA**
**Professor Emeritus, The University of Alabama, Tuscaloosa, AL, USA**

525 Solutions, Inc.                          Telephone: +1-205-886-6964
P.O. Box 2206                                Email: Robin.Rogers@525Solutions.com
Tuscaloosa, AL 35403                         URL: http://www.525solutions.com/

████████  ████████
**Schools Attended and Degrees:**
   1975-1978:  The University of Alabama, Tuscaloosa, AL; Chemistry Honors student; B.S. Degree in
               Chemistry (ACS); Summa Cum Laude.
   1978-1982:  The University of Alabama, Tuscaloosa, AL; Ph.D. in Inorganic Chemistry; Research Advisor:
               Professor Jerry L. Atwood.

**Positions:**
*Active*
   2004-:      Founder, President, and Owner, 525 Solutions, Inc., Tuscaloosa, AL, USA
   2017-:      Co-founder and Co-owner, Wyonics LLC, Laramie, WY, USA
   2018-:      Co-founder and Co-owner, CalAgua Innovations Corporation, Calgary, AB, Canada
   2018-:      Co-founder and Co-owner, Adjacency Labs Corporation, Calgary, AB, Canada
   2019-:      Honorary Professor, School of Engineering, University of Kwazulu-Natal,
               Pietermaritzburg, South Africa
   2020-:      Adjunct Professor, University of Wyoming, Laramie, WY, USA
   2021-:      Professor Emeritus, The University of Alabama, Tuscaloosa, AL, USA

*Inactive*
   1982-1996:  Assistant Professor, Associate Professor (1987), Professor (1994), Presidential Research
               Professor (1995), Northern Illinois University, DeKalb, IL, USA
   1996-2014:  Professor, Director of the Center for Green Manufacturing (1998-2014), Distinguished
               Research Professor (2004-2014), Robert Ramsay Chair of Chemistry (2005-2014), The
               University of Alabama, Tuscaloosa, AL, USA
   2007-2009:  Chair of Green Chemistry and Co-Director of the QUILL Research Centre, The Queen's
               University of Belfast, Belfast, Northern Ireland, United Kingdom
   2015-2017:  Canada Excellence Research Chair in Green Chemistry and Green Chemicals, McGill
               University, Montreal, QC, Canada
   2017-2021:  Research Professor, The University of Alabama, Tuscaloosa, AL, USA
   2019-2020:  Board of Directors, Nonexecutive Director, Ross Group, PLC, London, United Kingdom
               (https://ross-group.co.uk/)

**Former Adjunct, Honorary, and Visiting:**
   1982 (summer): Visiting Assistant Professor, The University of Alabama, Tuscaloosa, AL
   1991-1998:  Resident Associate Guest (1991), Visiting Scientist (1992), Faculty Appointee (1993-
               1997), Guest Appointee (1997), Argonne National Laboratory, Argonne, IL, USA
   1995-1996:  Adjunct Professor, The University of Alabama, Tuscaloosa, AL, USA
   1996-1997:  Adjunct Professor, Northern Illinois University, DeKalb, IL, USA
   2000 & 2006: Visiting Professor, Université Louis Pasteur, Strasbourg, France
   2004:       Adjunct Professor, Polymer and Fiber Engineering, Auburn University, Auburn, AL, USA
   2004:       Adjunct Professor, Department of Biological Sciences, The University of Alabama,
               Tuscaloosa, AL, USA

| 2009: | Honorary Professor, Institute for Process Engineering, Chinese Academy of Sciences, Beijing, China |
| 2010: | Visiting Professor for Senior International Scientists of the Chinese Academy of Sciences, Institute for Process Engineering, Beijing, China |
| 2014: | Adjunct Professor, McGill University, Montreal, QC, Canada |
| 2015-2017: | Adjunct Professor (2015-2016), Adjunct Faculty (2016-), The University of Alabama, Tuscaloosa, AL, USA |
| 2017-2018: | Adjunct Professor, McGill University, Montreal, QC, Canada |
| 2019-2020: | Tage Erlander Guest Professor, Stockholm University, Stockholm, Sweden |

**Memberships and Offices in Societies:**

- Phi Beta Kappa; Sigma Xi, American Nuclear Society; American Crystallographic Association; American Institute of Chemical Engineers; Materials Research Society; American Association of Crystal Growth; Fellow (2012) of the American Association for the Advancement of Science; Fellow of the Royal Society of Chemistry; Chemical Institute of Canada; National Academy of Inventors.
- Fellow of the American Chemical Society; Rock River Local Section: Chairman Elect (Program Chairman), 1983-84; Chairman, 1984-86; Executive Committee, 1986-87; Secretary-Treasurer, 1988. Separation Science and Technology Subdivision (Industrial and Engineering Chemistry (I&EC)): Program Committee, 1992-2005; Executive Committee, 1993-2006; Vice Chair-Elect, 1993; Chair-Elect, 1994; Chair, 1995; Past-Chair, 1996. Practical Pollution Prevention Subdivision (I&EC): Co-Chair, 1998-99. Green Chemistry & Engineering Subdivision (I&EC): Program Committee, 2000-2006. I&EC Division: Program Committee, 1994-2002; Membership Committee (Academic Chemists Task Force Chair), 1996-2000; Executive Committee, 1995-2006; Program Secretary, 1995-98; Chair-Elect, 1998; Chair, 1999; Past-Chair, 2000; Parliamentarian, 2004-2006; I&EC Fellow, 2012. Committee on Science, 2004-06; Fellow of the American Chemical Society, 2009; Committee on Environmental Improvement, Associate 2010-2011; Member 2011-2017.

**Advisory Boards:**

- Scientific Advisory Board, EIChroM Industries, Inc., Darien, IL, 1995-2000.
- The University of Alabama College of Arts and Sciences Leadership Board, 1997-2002.
- Technology Review Council, Environmental Technology Demonstration and Commercialization Center (ETDCC), Texas City, TX, 1998-2000.
- Scientific Advisory Board, U.S. Department of Energy Joint Bioenergy Institute, Berkeley, CA, 2010-
- Scientific Advisory Board, Alkermes, Inc., Waltham, MA, 2012.
- International Advisory Board, CICECO: Aveiro Institute of Materials, Aveiro, Portugal, 2017-.

**Editorial Boards and Editorships:**

*Active*

- *Separation Science and Technology*: Associate Editor, 1996-99; Editorial Board 1999-
- *Solvent Extraction and Ion Exchange*, Editorial Board, 2002-
- *Green Chemistry*, Advisory Board, 2002-
- *Chemical Communications*, Advisory Board, 2005-
- *Chemistry Letters*, Advisory Board, 2010-
- *Chimica Oggi/Chemistry Today*, Scientific Advisory Board, 2014-
- *Current Opinion in Green and Sustainable Chemistry*, Editorial Board, 2016-
- *Green Energy & Environment*, Advisory Board, 2016-
- *Journal of Ionic Liquids*, Editorial Board, 2021-

*Inactive*
- *Journal of Crystallographic and Spectroscopic Research*: Editorial Board, 1989-93; Associate Editor, 1993
- *Journal of Chemical Crystallography*: Associate Editor, 1994-96; Editor, 1996-2000
- *Crystal Engineering*: Founding Co-Editor, 1998-99
- *Crystal Growth & Design*: Founding Editor-in-Chief, 2000-2019
- *Industrial & Engineering Chemistry Research*: Editorial Board, 1999-2001
- *Journal of Chromatography, B*, Guest Editor, Volume 743 (1 + 2), 2000
- *Accounts of Chemical Research*, Guest Editor (with G. A. Voth), Special Issue on Ionic Liquids, Volume 40(11), 2007
- *Australian Journal of Chemistry*, Guest Editor (with K. R. Seddon), Research Front on Crystal Engineering, Volume 63(4), 2010
- *Separation Science & Technology*, Guest Editor (with H. Rodriguez and J. Chen), Special Issue on Ionic Liquids (2012).
- *Chemical Communications* Guest Editor (with D. MacFarlane and S. Zhang), Special Issue on Ionic Liquids (2012).
- *Science China   Chemistry* Guest Editor (with S. Zhang), Special Issue on Ionic Liquids (2012).
- *Catalysis Today* Guest Editor (with S. Zhang), Special Issue on Ionic Liquids (2012).
- *Green Chemistry and Sustainable Technology*, Springer, Heidelberg, Germany, Book Series Editor (with L.-N. He, D. Su, P. Tundo, and Z. C. Zhang), 2013-2019.
- *ChemSusChem*, International Advisory Board, 2008-2019

**National Academy of Sciences Committees:**
- National Academy of Sciences Board on Radioactive Waste Management Committee on Long Term Research Needs for High-Level Waste at Department of Energy Sites, 1999-2001.
- National Academy of Sciences Board on Radioactive Waste Management Committee on Risk-Based Approaches for Transuranic and High-Level Radioactive Waste, 2003-2005.
- National Academy of Sciences Board on Radioactive Waste Management Committee Development and Implementation of a Cleanup Technology Roadmap, 2007-2009.
- National Academy of Sciences Board on Radioactive Waste Management Committee Independent Assessment of Science and Technology for the Department of Energy's Defense Environmental Cleanup Program, 2017-2019.

**Awards:**
- Northern Illinois University Outstanding Faculty Advisor - 1993
- Northern Illinois University Presidential Research Professor   1995
- American Chemical Society Newsmaker Award   2001 ("ACS Newsmakers honored in Chicago," *Chemical & Engineering News*, September 24, 2001, p 49.)
- The University of Alabama College of Arts & Sciences Leadership Board Fellow   2002-2005
- The University of Alabama Burnum Distinguished Faculty Award   2003.
- The University of Alabama Distinguished Research Professor   2004
- The University of Alabama Robert Ramsay Chair of Chemistry - 2005
- 2005 Presidential Green Chemistry Challenge Award (Academic): "A Platform Strategy Utilizing Ionic Liquids to Dissolve and Process Cellulose for Advanced New Materials,"   2005 (Ritter, S. K. "Green Success," *Chemical & Engineering News*, June 27, 2005, pp 40-43.)
- Fellow of the Royal Society of Chemistry - 2006
- The University of Alabama Frederick Moody Blackmon   Sarah McCorkle Moody Outstanding Professor Award - 2009
- Fellow of the American Chemical Society   2009
- Chinese Academy of Sciences Visiting Senior Scientist, Institute for Process Engineering, Beijing, China - 2010

- American Chemical Society Award in Separations Science and Technology    2011
- Fellow of the American Chemical Society Division of Industrial & Engineering Chemistry - 2012
- Fellow of the American Association for the Advancement of Science    2012
- Paul Walden Award in Ionic Liquids, Presented by the German Science Foundation Priority Program on Ionic Liquids (SPP 1191)    2013
- Thomson Reuters Highly Cited Researchers List 2014, 2015 (ranking among the top 1% most cited in chemistry).
- R&D100 Award for "U Grabber" 2016 (525 Solutions with Oak Ridge National Laboratory).
- Max Bredig Award in Molten Salt and Ionic Liquid Chemistry, Presented by the Physical and Analytical Electrochemistry Division of the Electrochemical Society    2018.
- American Chemical Society/Environmental Protection Agency Green Chemistry Challenge Award Focus Area 2, Greener Reaction Conditions to Mari Signum Mid-Atlantic, LLC for "A Practical Way to Mass Production of Chitin: The Only Facility in the U. S. to Use Ionic Liquid-Based Isolation Process"    2018.
- Tage Erlander Professorship, Swedish Research Council, Stockholm University    2019-2020.
- Listed in the Top 2% Ranking of World Scientist (Ioannidis, J. P. A.; Boyack, K. W.; Baas, J. "Updated science-wide author databases of standardized citation indicators," *PLoS Bioln* **2020**, *18*, e3000918; DOI: 10.1371/journal.pbio.3000918. Ranked 2526/159864 World Scientists and 76/111388 in the category of Organic Chemistry.

**Student Awards:**
- Ann E. Visser: American Institute of Chemical Engineers Separations Division Graduate Student Award in Solvent Extraction    2002
- Richard P. Swatloski: ACS Kenneth G. Hancock Memorial Student Award in Green Chemistry    2003 ("2003 Hancock Award Honors Student Research," *Chemical & Engineering News*, July 7, 2003, pp 67-68.)

**Research Interest:**

**Utilizing Ionic Liquids and Green Chemistry for Sustainable Technology Through Innovation and Translation to Society.** Major thrusts include: **Materials:** Advanced polymeric and composite materials from biorenewables to eliminate synthetic plastics; **Separations**: Novel strategies for separation and purification of value added products from biomass; **Energy:** New lubricant technologies and selective separations; **Medicine/Agrochemicals/Nutraceuticals:** Elimination of waste while delivering improved performance and new applications of pharmaceuticals, agrochemicals, and nutraceuticals.

**Statistics:**
- A. Refereed Publications: > 897
- B. Citations; H-Index; i10 Index: > 71,000; 112; 665
- C. Patents: 33 issued (plus numerous foreign equivalents); 28 submitted; 17 licensed
- D. Books Edited: 14
- E. Non-Refereed Reviews, Reports, and Articles: 89
- F. Meetings (Symposia) Organized: 35 (39)
- G. Presentations (including students and collaborators) before National and International Meetings: 1007
- H. Presentations (including students and collaborators) before Regional Meetings: 126
- I. Seminars: 255
- J. PhD (thesis MS) degrees supervised: 28 (7)

**Financial Disclosure:**

Dr. Robin D. Rogers has majority ownership of and is President of 525 Solutions, Inc. and has partial ownership of 525 SDT LLC, Wyonics LLC, Wyonics-SSG LLC, Consortium for Green Manufacturing LLC, CalAgua Innovations Corp., Adjacency Labs Corp., and ACSYNAM, Inc. in addition to financial interest in patents and patent applications through The University of Alabama and McGill University. 525 Solutions, Inc. is the majority owner of RGP-525, LLC.

**Meetings Organized:**

- Chair, *23rd Great Lakes Regional American Chemical Society Meeting*, DeKalb, IL, 1990.
- Conference Chair, *11th International Conference on Partitioning in Aqueous Two-Phase Systems: The Expanding Boundaries of Aqueous Two-Phase Partitioning: Fundamentals and Applications of Environmentally-Benign Polymers in Biological, Industrial and Environmental Processes*, Gulf Shores, AL June 27-July 2, 1999.
- Co-Director (with K. R. Seddon and S. Volkov), NATO Advanced Research Workshop: *Green Industrial Applications of Ionic Liquids*, Crete, Greece, April 12-16, 2000. (Conference URL: http://bama.ua.edu/~rdrogers/NATO.) (Highlighted in Freemantle, M. "Eyes On Ionic Liquids," *Chemical & Engineering News*, May 15, 2000, pp 37-50.)
- Organizer, *Industries of the Future Alabama Symposium: Sustainable Industry through Green Chemistry and Engineering*, Mobile, AL July 27-28, 2000. (Conference URL: http://bama.ua.edu/~rdrogers/IOF/Mobile.)
- Co-Vice Chair (with J. C. Warner), *Gordon Research Conference on Green Chemistry*, Oxford, United Kingdom, September 8-13, 2002.
- Co-Chair (with A. S. Myerson, S. M. Reutzel-Edens, and R. J. Davey), ACS ProSpectives Series: *Polymorphism in Crystals: Fundamentals, Prediction, and Industrial Practice*, Tampa, FL, February 23-27, 2003.
- Co-Chair (with A. S. Myerson, and S. M. Reutzel-Edens), ACS ProSpectives Series: *Polymorphism in Crystals*, Tampa, FL, February 8-11, 2004.
- Organizer, *Ionic Liquids Workshop: Background, State-of-the-Art, and Academic/Industrial Applications*, Tuscaloosa, AL, March 23-24, 2004 (Workshop URL: http://www.bama.ua.edu/~rdrogers/ILWorkshop04/).
- Co-Chair (with J. C. Warner), *Gordon Research Conference on Green Chemistry*, Bristol, RI, July 4-9, 2004 (Conference URL: http://bama.ua.edu/~rdrogers/GreenChemistryGRC04).
- U.S. Organizer, NSF Joint China-USA Workshop *Determining the Grand Challenges of Green Chemistry Development and Implementation*, Beijing, China, May 27-31, 2005.
- Organizer, EPA/Green Chemistry Institute Workshop *Incorporating Toxicology into the Design Criteria for New Ionic Liquids Synthesis*, Washington, DC, June 9-10, 2005.
- Program Chair, 2nd International Conference on Green and Sustainable Chemistry; 9th Annual Green Chemistry and Engineering Conference: *Taking Measure of Green Progress: Opportunities to Meet Global Challenges*, Washington, DC, June 20-24, 2005.
- Program Chair, *2005 Rare Earth Research Conference*, Keystone, CO, June 26-30, 2005.
- Co-Organizer (with D. A. Dixon), *Alabama Actinide Day*, April 6, 2005, Tuscaloosa, AL.
- Local Organizer, *Air Force Office of Scientific Research Ionic Liquids Research Workshop*, Tuscaloosa, AL, February 7-8, 2006.
- Organizer, *Ionic Liquids Workshop: Background, State-of-the-Art, and Academic/Industrial Applications*, Tuscaloosa, AL, March 23-24, 2006 (Workshop URL: http://www.bama.ua.edu/~rdrogers/ILWorkshop06/).
- Co-Chair (with A. S. Myerson) ACS ProSpectives Series: *Process Crystallization in the Pharmaceutical and Chemical Industries*, Philadelphia, PA, April 25 - 27, 2006.
- Co-Chair (with M. Maase) Intertech Pira Conference *Ionic Liquids: Technical Innovations, Emerging Markets and Applications*, Orlando, FL, December 11-13, 2006.
- Co-Chair (with A. S. Myerson) ACS ProSpectives Series: *Crystallization Process Development: Case Studies & Research*, Boston, MA, February 25-27, 2007.
- Organizing Committee (with K. R. Seddon and J. F. Brennecke), *Biodegradability and Toxicity of Ionic Liquids*, Berlin, Germany, May 6-9, 2007.
- Chair, Intertech Pira Conference *Ionic Liquids: Technical Innovations, Emerging Markets and Applications*, Prague, Czech Republic, October 16-18, 2007.
- Co-Chair (with M. Hong), *5th Chinese National Symposium on Structural Chemistry and Symposium on Chinese Strategy of* Crystal Growth & Design," Fuzhou, China, October 25-31, 2007.
- Conference Chair, *25th Rare Earth Research Conference*, Tuscaloosa, AL, June 22-26, 2008.

- Organizer/Lecturer, *1st Ionic Liquid Workshop Malaysia*, University of Technology PETRONAS, Tronoh, Malaysia, June 30 – July 11, 2008.
- Local Organizing Committee, *15th International Conference on Biopartitioning and Purification*, Brunel University, Uxbridge, UK, June 14-19, 2009.
- Co-Chair (with T. Beyersdorff), Intertech Pira Conference *Ionic Liquids*, Miami Beach, FL, November 18-19, 2009.
- Vice Chair, *Gordon Research Conference on Crystal Engineering*, Waterville Valley, NH, June 6-11, 2010.
- Co-Organizer (with G. Desiraju), *Crystal Growth & Design-India Summit* and *Current Trends in Crystal Engineering Research,* Bangalore, India, December 2-3, 2010.
- Conference Chair, *4th Congress on Ionic Liquids*, Washington, DC, June 15-18, 2011.
- Chair, *Gordon Research Conference on Crystal Engineering*, Waterville Valley, NH, June 10-15, 2012.
- Co-Chair (with S. Zhang*), 3rd Asian-Pacific Conference on Ionic Liquids and Green Processes*, APCIL'12, Beijing, China, September 17-19, 2012.
- Theme Organizer, "Chemistry & Global Stewardship" for the 248th ACS National Meeting (2014), San Francisco, CA, August 10-14 2014.
- Chair, *Gordon Research Conference on Ionic Liquids*, Newry, ME, August 17-22, 2014.
- Organizer/Host, 2015 New Journal of Chemistry Symposium *New Directions in Chemistry*, Montreal, QC Canada, June 3, 2015.

**Symposia Organized:**
- "Aqueous Biphasic Separations: Biomolecules to Metal Ions," (with C. K. Hall) for the 207th ACS National Meeting (1994), San Diego, CA.
- "Lanthanide Coordination Chemistry," for the Rare Earth Research Conference (1996), Duluth, MN.
- "Current Trends in Applied Chemistry: The Industrial/Academic Interface in Separation Science," for the 213th ACS National Meeting (1997), San Francisco, CA.
- "Recent Advances in Metal Ion Separation and Preconcentration," (with M. L. Dietz and A. H. Bond) for the 214th ACS National Meeting (1997), Las Vegas, NV.
- "Crystal Engineering: Functional Solids by Design," (with M. J. Zaworotko) for the Fifth Chemical Congress of North America (1997), Cancún, Mexico.
- "Transactions Symposium: Crystal Engineering," (with M. J. Zaworotko) for the American Crystallographic Association Annual Meeting (1998), Arlington, VA.
- "Nuclear Separations for Radiopharmacy," (with M. L. Dietz and A. H. Bond) for the 216th ACS National Meeting (1998), Boston, MA.
- "Calixarene Molecules for Separations," (with G. Lumetta and A. S. Gopalan) for the 217th ACS National Meeting (1999), Anaheim, CA.
- "Toward Vision 2000: Sustainable Technology for the Future," (with A. Manheim and A. H. Bond) Poster Session for the 217th ACS National Meeting (1999), Anaheim, CA.
- "Synthesis of New Materials by Coordination Chemistry, Self Assembly and Template Formation," (with M. J. Zaworotko) for the 217th ACS National Meeting (1999), Anaheim, CA.
- "Crystal Engineering," Microsymposium 110D (G. R. Desiraju, Chair; M. J. Zaworotko and R. D. Rogers, Co-Chairs) for the XVIIIth International Union of Crystallography Congress and General Assembly (1999), Glasgow, Scotland, UK.
- "Separation Science and Technology Award Honoring E. Philip Horwitz: Solvent Extraction and Ion Exchange in the 21st Century," (with S. Alexandratos) for the 219th ACS National Meeting (2000), San Francisco, CA.
- "Advances in Solvent Selection and Substitution for Extraction," (with M. Overcash) for the 2000 Spring National AIChE Meeting (2000), Atlanta, GA.
- "Crystal Engineering," (with W. T. Pennington) for the 52nd Southeast/56th Southwest Combined Regional Meeting of the ACS (2000), New Orleans, LA.
- "Separation Science: Trends for the New Century," (with S. Alexandratos, A. Jyo, and M. J. Zaworotko) for

the 2000 International Chemical Congress of Pacific Basin Societies, Pacifichem 2000 (2000), Honolulu, HI.

- "Green (or Greener) Industrial Applications of Ionic Liquids," (with K. R. Seddon) for the 221st ACS National Meeting (2001), San Diego, CA (URL: http://bama.ua.edu/~rdrogers/sandiego).
- "Crystal Engineering to Crystal Growth: Design and Function," (with A. S. Myerson and K. R. Seddon) for the 223rd ACS National Meeting (2002), Orlando, FL.
- "Ionic Liquids as Green Solvents: Progress and Prospects," (with K. R. Seddon) for the 224th ACS National Meeting (2002), Boston, MA (URL: http://bama.ua.edu/~rdrogers/Boston).
- "Ionic Liquids III: Fundamentals, Progress, Challenges, and Opportunities," (with K. R. Seddon) for the 226th ACS National Meeting (2003), New York, NY (URL: http://bama.ua.edu/~rdrogers/New York).
- "Ionic Liquids in Polymer Systems," (with C. S. Brazel) for the 227th ACS National Meeting (2004), Anaheim, CA (Highlighted in Freemantle, M. "Designer Liquids in Polymer Systems," *Chemical & Engineering News*, May 3, 2004, pp 26-29.)
- "Polymorphism," Microsymposium MS04 (with E. Vlieg) for the XXth International Union of Crystallography Congress and General Assembly (2005), Florence, Italy.
- "Lanthanide-containing Functional Edifices," (with J.-C. Bunzli, H. Tsukube, and J. Takats) for the 2005 International Chemical Congress of Pacific Basin Societies, Pacifichem 2005 (2005), Honolulu, HI.
- "Ionic Liquids: Perspectives on the Present, Visions for the Future" (with J. Davis, Jr., D. MacFarlane, and H. Ohno) for the 2005 International Chemical Congress of Pacific Basin Societies, Pacifichem 2005 (2005), Honolulu, HI.
- "Organic Reactions in Neoteric Media" (with C.-J. Li, T.-H. Chan, D. H. Busch, S. Kobayashi, and P. Jessop) for the 2005 International Chemical Congress of Pacific Basin Societies, Pacifichem 2005 (2005), Honolulu, HI.
- "Ionic Liquids: Not Just Solvents Anymore OR Ionic Liquids: Parallel Futures," (with J. F. Brennecke and K. R. Seddon) for the 231st ACS National Meeting (2006), Atlanta, GA (URL: http://bama.ua.edu/~rdrogers/Atlanta2006/)
- "Green Chemistry and Engineering" (with M. A. Abraham) within the Joint ACS/AIChE Symposium on "Applied Chemistry and Engineering" for the 233rd ACS National Meeting (2007), Chicago, IL.
- "Award in Separations Science and Technology: Symposium in Honor of Allen S. Myerson," for the 235th ACS National Meeting (2008), New Orleans, LA.
- "Ionic Liquids: From Knowledge to Application," (with J. F. Brennecke and K. R. Seddon) for the 236th ACS National Meeting (2008), Philadelphia, PA (URL: http://bama.ua.edu/~rdrogers/Philadelphia2008/).
- "Green Chemistry for a Sustainable World," for the 239th ACS National Meeting (2010), San Francisco, CA.
- "Symposium in Honor of Allan S. Myerson, I&EC Fellow," for the 239th ACS National Meeting (2010), San Francisco, CA.
- "Ionic Liquids in a Sustainable World (#92)" (with D. MacFarlane and H. Ohno) for the 2010 International Chemical Congress of Pacific Basin Societies, Pacifichem 2010 (2010), Honolulu, HI.
- "Ionic Liquids: Science and Applications" (with A. E. Visser and N. J. Bridges) for the 243[rd] ACS National Meeting (2012), San Diego, CA.
- "Functional Materials and Ionic Liquids (BBB)" (with S. Dai, T. P. Lodge, P. Wasserscheid, and M. Watanabe) for the 2012 Materials Research Society Spring Meeting (2012), San Francisco, CA.
- "Uranium from Seawater" (with S. Dai and B. Hay) for the 244th ACS National Meeting (2012), Philadelphia, PA.
- "Materials Applications of Ionic Liquids (VV)" (with R. E. Del Sesto, S. Dai, and Y. Yoshida) for the 2013 Materials Research Society Spring Meeting (2013), San Francisco, CA.
- "Uranium from Seawater" (with P. F. Britt) for the 249th ACS National Meeting (2015), Denver, CO.
- "Transactions Symposium: Crystallography for Sustainability," (with C. Lind-Kovacs) for the American Crystallographic Association Annual Meeting (2015), Philadelphia, PA.

- "Connecting Ionic Liquids to Societal Issues: Materials, Medicines, Energy, and Water (#113)" (with D. MacFarlane and H. Ohno) for the 2015 International Chemical Congress of Pacific Basin Societies, Pacifichem 2015 (Dec. 14-21, 2015), Honolulu, HI.
- "Pharmaceutical Ionic Liquids: Understanding, Design, and Utilization," for the Molecules, Materials, Medicines (M3) Meeting (May 14-17, 2016), Solomons Island, MD.

**Other Professional Activities:**
- International Advisory Board member for the 9th International Conference on Partitioning in Aqueous Two-Phase Systems, Zaragoza, Spain, 1995.
- International Advisory Board member for the 6th Conference on Separation of Ionic Solutes, Piestany Spa, Slovakia, 1995.
- International Scientific Committee member for the 10th International Conference on Partitioning in Aqueous Two-Phase Systems, Reading, United Kingdom, 1997.
- Program Committee for the Tenth Symposium on Separations Science and Technology for Energy Applications, Gatlinburg, TN, 1997.
- Program Committee for the Third Department of Energy/Basic Energy Sciences Separations Research Workshop, Savannah, GA, 1999.
- Program Committee for the Eleventh Symposium on Separations Science and Technology for Energy Applications, Gatlinburg, TN, 1999.
- Steering Committee Member for *Chemistry in the 21st Century*, *ACS-2000*, San Francisco, CA, 2000.
- Program Committee for IUPAC CHEMRAWN XIV World Conference, Toward Environmentally Benign Processes and Products, Boulder, CO, 2001.
- Program Committee for the Twelfth Symposium on Separations Science and Technology for Energy Applications, Gatlinburg, TN, 2001.
- Chair, Scientific Committee for Bio Partitioning & Purification 2003 Conference, Vancouver, BC, Canada, 2003.
- Instructor, NSF/DOE Pan American Advanced Studies Institute (PASI) on Green Chemistry, Montevideo, Uruguay, 2003.
- International Symposium Committee for the First International Symposium on Process Intensification and Miniturisation, Newcastle upon Tyne, United Kingdom, 2003.
- Program Committee for the Thirteenth Symposium on Separations Science and Technology for Energy Applications, Gatlinburg, TN, 2003.
- Scientific Committee for the International Conference on Materials for Advanced Technologies (ICMAT 2003)/International Union of Materials Research Societies International Conference in Asia (ICA 2003), Singapore, Symposium D: New Materials by Crystal Engineering Design.
- Group of Advisors, LICP Discussions No. 1 - Ionic Liquids: Progress and Prospects, Lanzhou China, 2004.
- Organizing and Scientific Advisory Committee, Canada-US Joint Workshop on Innovative Chemistry in Clean Media, Montreal, Quebec, Canada, 2004.
- International Program Committee, EUCHEM 2004 Molten Salts Conference, Piechowice, Poland, 2004.
- Instructor, ACS-PRF Summer School on Green Chemistry, Pittsburgh, PA, 2004.
- International Advisory Board, 1st International Congress on Ionic Liquids (COIL), Salzburg, Austria, 2005.
- Program Committee for the Fourteenth Symposium on Separations Science and Technology for Energy Applications, Gatlinburg, TN, 2005.
- Advisory Board, Second International Symposium on Green/Sustainable Chemistry, Delhi, India, 2006.
- Organizing Committee 10th Annual Green Chemistry and Engineering Conference: Washington, DC, 2006.
- Scientific Committee, EUCHEM Conference on Molten Salts and Ionic Liquids, Hammamet, Tunisia, 2006.
- International Advisory Committee, International Conference and Exhibition on Green Chemistry, Malaysian Chemical Congress (MCC 2006), Kuala Lumpur, Malaysia, 2006.
- Advisory Committee, DAE-BRNS Biennial Symposium on Emerging Trends in Separation Science and Technology, SESTEC-2006, Mumbai, India, 2006.

- Organizing Committee, 11th Annual Green Chemistry and Engineering Conference, Washington, DC, 2007.
- International Organizing Committee, 2nd International Congress on Ionic Liquids (COIL-2), Yokohama, Japan, 2007.
- Organizing Committee, International Solvent Extraction Conference (ISEC 2008) "Solvent Extraction: Fundamentals to Industrial Applications," Tucson, AZ, 2008.
- International Advisory Board, EUCHEM2008 Conference on Molten Salts and Ionic Liquids, Copenhagen, Denmark, 2008.
- Scientific Advisory Board, Taibah International Chemistry Conference 2009 (TICC-2009), Al-Madinah Al-Munawarah, Saudi Arabia, 2009.
- International Advisory Board for the Joint Conference: The 4th International Conference on Green and Sustainable Chemistry (GSC-4) & the 2nd Asian-Oceanian Conference on Green and Sustainable Chemistry (AOC-2), Beijing, China, 2009.
- International Advisory Committee for the 9th International Workshop on the Crystal Growth of Organic Materials (CGOM9), Singapore, 2010.
- International Advisory Committee for Application of Radiotracers in Chemical, Environmental and Biological Sciences (ARCEBS 10), Kolkata, India, 2010.
- Scientific Committee for 2nd Asian Pacific Conference on Ionic Liquids and Green Processes (APCIL-2), Dalian, China, 2010.
- International Advisory Board for the Green Solvents Conference, Berchtesgaden, Germany, 2010.
- Chair The Rare Earth Research Conference Spedding Award Committee, 2011.
- Technical Committee, International Solvent Extraction Conference (ISEC 2011), Santiago, Chile, 2011.
- International Scientific Committee, 1st International Conference on Ionic Liquids in Separation and Purification Technology, Sitges, Spain, 2011.
- International Advisory Board, EUCHEM2012 Conference on Molten Salts and Ionic Liquids, Newport, South Wales, UK, 2012.
- International Advisory Board, Indo-US Workshop on Green Chemistry for Environments and Sustainable Development, Dehradun, India, March 11-13, 2012.
- International Scientific Committee, 3rd Asian-Pacific Conference on Ionic Liquids and Green Processes, APCIL'12, Beijing, China, September 17-19, 2012.
- International Committee, 2nd International Conference on Ionic Liquids in Separation and Purification Technology (ILSEPT), Toronto, Canada, June 29 – July 2, 2014.
- Advisory Board, 7th Green Solvents Conference, Dresden, Germany, October 19-22, 2014.
- International Advisory Board, Collaborative Conference on Crystal Growth, Phuket, Thailand, Nov. 4-7, 2014.
- International Advisory Board, *6th International Congress on Ionic Liquids (COIL-6),* Jeju, Korea, June 16-20, 2015.
- Invited Expert, meeting of the International Council for Science Project "COncepts and termiNology IN Crystal Engineering" (CONvINCE), Como, Italy, August 30, 2015.
- International Advisory Committee, Collaborative Conference on Crystal Growth (3CG 2015), Hong Kong, China, Dec. 14-17, 2015.
- Advisory Board, International Symposium on Ionic Liquids (ISOIL_2016), Mumbai, India, Jan. 21-22, 2016.
- International Advisory Committee, Energy Materials Nanotechnology Meeting on Cellulose (EMN 2016), Taipei, Taiwan, March 8-11, 2016.
- Scientific Advisory Board, 26th EUCHEM Conference on Molten Salts and Ionic Liquids, Vienna, Austria, July 3-8, 2016.
- Organizing Committee, Molecules, Materials, Medicines (M3), Solomons Island, MD, May 14-17, 2016.
- Steering Committee, International Conference on Seawater Uranium Recovery, University of Maryland, College Park, MD, July 19-22, 2016.
- International Steering Committee, 5th Asian-Pacific Conference on Ionic Liquids & Green Processes: Green

Energy, Environment & Materials (APCIL-5, http://www.apcil-5.org/), Hangzhou, China, October 26-29, 2016.

- Advisory Board, International Green Technology Association (IGTA), 2018.
- International Advisory Board and Council of Chairs, 8th International Congress on Ionic Liquids (COIL-8), Beijing, China, May 13-17, 2019.
- International Advisory Board, World Congress on Green Intelligent Manufacturing Technology (GreenWorld2020), Zhengzhou, China, September 24-27, 2020.

**Books Edited:**
1. *Aqueous Biphasic Separations: Biomolecules to Metal Ions*; Rogers, R. D.; Eiteman, M. A., Eds.; Plenum: New York, 1995; 191 pp.
2. *Metal-Ion Separation and Preconcentration, Progress and Opportunities*; Dietz, M. L.; Bond, A. H.; Rogers, R. D., Eds.; ACS Symposium Series 716, American Chemical Society: Washington, DC, 1999; 418 pp.
3. *Crystal Engineering*, Rogers, R. D.; Zaworotko, M. J., Eds.; Transactions of the American Crystallographic Association, Vol. 33; American Crystallographic Association: Buffalo, NY, 1999; 177 pp.
4. *Calixarenes for Separations*; Lumetta, G.; Rogers, R. D.; Gopalan, A. S., Eds.; ACS Symposium Series 757, American Chemical Society: Washington, DC, 2000; 366 pp.
5. *Ionic Liquids; Industrial Applications to Green Chemistry*, Rogers, R. D.; Seddon, K. R. (Eds.); ACS Symposium Series 818; American Chemical Society: Washington, DC, 2002; 474 pp.
6. *Green Industrial Applications of Ionic Liquids*, NATO Science Series II. Mathematics, Physics and Chemistry – Vol. 92, Rogers, R. D.; Seddon, K. R.; Volkov, S. (Eds.); Kluwer: Dordrecht, 2003; 553 pp.
7. *Ionic Liquids as Green Solvents: Progress and Prospects*, Rogers, R. D.; Seddon, K. R. (Eds.); ACS Symposium Series 856; American Chemical Society: Washington, DC, 2003; 599 pp.
8. *Ionic Liquids IIIA: Fundamentals, Progress, Challenges, and Opportunities - Properties and Structure*, Rogers, R. D.; Seddon, K. R. (Eds.); ACS Symposium Series 901; American Chemical Society: Washington, DC, 2005; 334 pp.
9. *Ionic Liquids IIIB: Fundamentals, Progress, Challenges, and Opportunities - Transformations and Processes*, Rogers, R. D.; Seddon, K. R. (Eds.); ACS Symposium Series 902; American Chemical Society: Washington, DC, 2005; 397 pp.
10. *Ionic Liquids in Polymer Systems: Solvents, Additives, and Novel Applications*, Brazel, C. S.; Rogers, R. D. (Eds.); ACS Symposium Series 913; American Chemical Society: Washington, DC, 2005; 206 pp.
11. *Ionic Liquids IV Not Just Solvents Anymore*, Brennecke, J. F.; Rogers, R. D.; Seddon K. R. (Eds.); ACS Symposium Series 975; American Chemical Society: Washington, DC, 2007; 408 pp.
12. *Solvent Extraction: Fundamentals to Industrial Applications - Proceedings of ISEC 2008 International Solvent Extraction Conference, (ISEC 2008)*, Moyer, B. A.; Baron, P.; Chagnes, A.; Cole, P. M.; Cote, G.; Dietz, M. L.; Hatton, T. A.; Horwitz, E. P.; de Ortiz, E. S. P.; Ritcey, G. M.; Robinson, D.; Rogers, R. D.; Sole, K. C.; Tasker, P. A.; Todd, T. A.; Virnig, M. J. (Eds.); Canadian Institute of Mining, Metallurgy and Petroleum: Montréal, 2008; 1661 pp.
13. *Ionic Liquids: From Knowledge to Application*, Plechkova, N. V.; Rogers, R. D.; Seddon K. R. (Eds.); ACS Symposium Series 1030; American Chemical Society: Washington, DC, 2009; 458 pp. ISBN13: 9780841269972; eISBN: 9780841224919; DOI: 10.1021/bk-2009-1030.
14. *Ionic Liquids: Science and Applications*, Visser, A. E.; Bridges, N. J.; Rogers, R. D. (Eds.); ACS Symposium Series 1117; American Chemical Society: Washington, DC, 2012; 313 pp. ISBN 978-0-8412-2763-7; eISBN: 9780841227644; DOI: 10.1021/bk-2012-1117.

**Patents:**
1. Rogers, R. D.; Horwitz, E. P.; Bond, A. H. "Process for Recovering Pertechnetate Ions from an Aqueous Solution also Containing Other Ions," US 5603834 (02/18/97).
2. Rogers, R. D.; Horwitz, E. P.; Bond, A. H. "Recovery and Separation of Chaotropic Anions from Aqueous Solution by Solid/Liquid Process," PCT Int. Appl. WO 96/40396 A1 (12/19/96); "Process for Recovering Chaotropic Ions from an Aqueous Solution also Containing Other Ions," US 5888397 (03/10/99).
3. Rogers, R. D.; Horwitz, E. P.; Bond, A. H. "Separating Anionic Dyes from Aqueous Solution," PCT Int. Appl. WO 96/40397 A1 (12/19/96); "Process for Separating and Recovering an Anionic Dye from an Aqueous Solution," US 5707525 (01/13/98).
4. Mays, J. W.; Bu, L.; Rogers, R. D.; Hong, K.; Zhang, H. "Polymer Formation in Room Temperature Ionic Liquids," PCT Int. Appl. WO 2002079269 A1 (10/10/02); US 6924341 (08/02/05).
5. Wu, B.; Reddy, R. G.; Rogers, R. D. "Production, Refining and Recycling of Lightweight and Reactive Metals in Ionic Liquids," U.S. Appl., US 20020070122 A1 (06/13/02); US 6881321 B2 (04/19/05).

6.  Holbrey, J. D.; Spear, S. K.; Turner, M. B.; Swatloski, R. P.; Rogers, R. D. "Cellulose Matrix Encapsulation and Method," U.S. Appl., US 20040038031 A1 (02/26/04); US 6808557 B2 (10/26/04); ZA 2005/08446 (04/25/07); EA 009256 (09/12/07); SG 115160 (08/31/07); ZL 200480013560.5 (12/02/09); MX 277934 (08/09/10); KR 10-1064345 (09/05/11); CA 2519652 (07/24/12); JP 5213329 (03/08/13).

7.  Swatloski, R. P.; Rogers, R. D.; Holbrey, J. D. "Dissolution and processing of cellulose using ionic liquids," PCT Int. Appl. WO 2003029329 A2 (04/10/03); US 6824599 B2 (11/30/04); ZA 2004/2610 (02/23/05); NZ 5320076 (01/12/06); ID 0 017 226 (05/04/06); AU 2002347788 (10/26/06); EA 008538 (03/20/07); KR 778793 (11/16/07); ZL 02823875.3 (01/30/08); HK 1076120 (11/28/08); JP 4242768 (01/09/09); MX 26627 (05/11/09); CA 2462460 (05/19/09); IL 161124 (06/29/10); EP 1458805 B1 (08/31/11); DE 60240972.1 (08/31/11); PL 206185 (12/14/11); PH 1-2004-500479 (06/29/12); CN ZL200710085298.0 (10/03/12); JP 5148436 (12/07/12); HK1108165 (07/21/13).

8.  Swatloski, R. P.; Rogers, R. D.; Holbrey, J. D. "Dissolution and processing of cellulose using ionic liquids," CN ZL200710085298.0 (10/03/12); JP 5148436 (12/07/12); EP 2325246 (11/27/13).

9.  Wu, B.; Reddy, R. G.; Holbrey, J. D.; Rogers, R. D. "Ionic Liquid Temperature Sensor," PCT Int. Appl. WO 03/058185 A1 (07/17/03); US 6749336 B2 (6/15/04).

10. Holbrey, J. D.; Swatloski, R. P.; Chen, J.; Daly, D. T.; Rogers, R. D. "Polymer Dissolution and Blend Formation In Ionic Liquids." PCT Int. Appl. WO 2005098546 A2 (10/20/05); US 7888412 B2 (02/15/11); SG 126235 (07/31/07); ZA 2006/08882 (06/25/08); MX 276898 (06/25/10); KR 10-1001533 (12/09/10); AU 2005231083 (03/10/11); NZ 550776 (04/05/11); ID P0028151 (05/02/11); PH 1-2006-501906 (07/22/11); CA 2560680 (11/22/11); EP 1733282 (01/04/12); DE 05729932.3 (01/04/12); JP 5203698 (02/22/13); CN ZL200580016490.3 (08/19/15).

11. Daly, D. T.; Rogers, R. D. "Method of Preparing High Orientation Nanoparticle-Containing Sheets or Films Using Ionic Liquids, and the Sheets or Films Produced Thereby," U.S. Pat. Appl. Publ. (2006, US 20060269695 A1 (11/30/06); US 7550520 B2 (06/23/09); ID P0025079 (02/10/10); SG 137607 (06/30/10).

12. Rogers, R. D.; Daly, D. T.; Turner. M. B.; Spear, S. K.; Holbrey, J. D. "Ionic Liquid Reconstituted Cellulose Composites as Solid Support Matrices." PCT Int. Appl. WO 2007005388 A3 (01/11/07); CN 200680031454.9 (12/21/11); US 1907470 (04/10/13).

13. Rogers, R. D.; Daly, D. T.; Swatloski, R. P.; Hough, W. L.; Davis Jr., J. H.; Smiglak, M.; Pernak, J.; Spear, S. K. "Multi-Functional Ionic Liquid Compositions for Overcoming Polymorphism and Imparting Improved Properties for Active Pharmaceutical, Biological, Nutritional, and Energetic Ingredients," PCT Int. Appl. WO 2007044693 A2 (04/19/07); US 8232265 (07/31/12); MX 301158 (07/10/12); CN 200680046195.7 (06/05/13).

14. Rahman, M.; Rodriguez, H.; Sun, N.; Swatloski, R. P.; Daly, D. T.; Rogers, R. D. "Ionic Liquid Systems for the Processing of Biomass, Their Components and/or Derivatives, and Mixtures Thereof," PCT Int. Appl. WO 2009105236 A1 (08/27/09); US 8668807 (03/11/14); EP 2257669 B1 (03-22-17).

15. Rogers, R. D.; Daly, D. T.; Swatloski, R. P.; Hough, W. L.; Davis Jr., J. H.; Smiglak, M.; Pernak, J.; Spear, S. K. "Multi-Functional Ionic Liquid Compositions for Overcoming Polymorphism and Imparting Improved Properties for Active Pharmaceutical, Biological, Nutritional, and Energetic Ingredients," US 8802596 (08/12/14); AU 2012203353 (09/11/14); JP 5713534 (03/20/15).

16. Rogers, R. D.; Myerson, A. S.; Hines, C. C. "Improved Process for the Purification of Aryl Carboxylic Acids," PCT Int. Appl. WO 2008151034 A1 (12/11/08); "Process for purification of aryl carboxylic acids," US 8309760 B2 (11/13/12).

17. Wu, B.; Reddy, R. G.; Rogers, R. D. "Production, Refining and Recycling of Lightweight and Reactive Metals in Ionic Liquids," U.S. Appl. 20020070122 A1 (06/13/02); US 7347920 B2 (3/28/08).

18. Spear, Scott K.; Daly, Daniel T.; Frazier, Rachel M.; Rogers, Robin D.; Haque, A. "Conductive composites prepared using ionic liquids," PCT Int. Appl. WO 2011011322 A1 (01/27/11); U.S. Appl. US 2012/0241680 A1 (09/27/12); US 8784691 (07/22/14).

19. DiSalvo, R.; Dykes, H. W. Jr.; Rogers, R. D.; Shamshina, J.; Smiglak, M. "Ionic Liquid Monopropellant Gas Generator," U.S. Appl. US 20120138859 A1 (06/07/12); US 8636860 (01/28/14).

20. Daly, D. T.; Rogers, R. D. "Cellulosic Biocomposites as Molecular Scaffolds for Nano-Architectures," U.S. Appl. 20120122691 A1 (05/17/12); US 8883193 (11/11/14).

21. Rogers, R. D.; Myerson, A. S.; Hines, C. C. "Process for Purification of Aryl Carboxylic Acids," US

8859806 (10/14/14).

22. Rogers, R. D.; Holbrey, J.; Rodriquez, H. "Process for the preparation of heterocyclic chalcogenones via reaction of elemental sulfur, selenium, or tellurium with heterocyclic cationic species," PCT Int. Appl. WO 2010116166 A2 (10/14/10); "Process for the preparation of chalcogenone compounds," U.S. Appl. US 20120108822 A1 (05/03/12); EP 2417109 B1 (03/12/14).

23. Frazier, R. M.; Daly, D. T.; Spear, S. K.; Rogers, R. D.; Hough, W. "Organic Photovoltaic-Battery Hybrid Device," U.S. Appl. 201203818348 A1 (12/20/12); US 9073937 (07/07/15).

24. Qin, Y.; Rogers, R. D.; Daly, D. T. "Process for forming films, fibers, and beads from chitinous biomass," PCT Int. Appl. WO 2010141470 A2 (12/9/10); US 9096743 B2 (08/04/15).

25. Pernak, J.; Pyrzynski, K.; Rogers, R. D. "Method of preparing hydrophobic quaternary dimethylammonium nitrates (V)," PL 207606 B1 (01/31/11).

26. Rogers, R. D.; Daly, D. T.; MacFarlane, D.; Scott, J. L.; Seddon, K. R.; Gurau, G.; Bica, K.; Turanjanin, J.; Dean, P. M., "Dual Functioning Ionic Liquids and Salts Thereof," PCT Int. Appl. WO 2010/078300 (07/08/10); U.S. Appl. US 2012/0046244 A1 (02/23/12); US 9278134 (03/08/16).

27. Daly, D. T.; Rogers, R. D.; Qin, Y. "Compositions Containing Recylable Ionic Liquids for Use in Biomass Processing," U.S. Appl. US 20120245336 A1 (09/27/12); US 9394375 B2 (07/19/16).

28. Rogers, R. D.; Barber, P. S.; Griggs, C. S.; Gurau, G.; Lu, X; Zhang, S. "Coagulation of Chitin from Solutions of Crustacean Shells in Ionic Liquids using Super-Critical $CO_2$," PCT Int. Appl. WO 2014125438 A1 (08/21/14); "Coagulation of biopolymers from ionic liquid solutions using $CO_2$," U.S. Appl. US 2015/0368371 (12/24/15); US 9663589 (05/30/17).

29. Swatloski, R. P.; Barber, P. S.; Opichka, T.; Bonner, J. R.; Gurau, G.; Griggs, C. S.; Rogers, R. D. "Process for Electrospinning Chitin Fibers from Chitinous Biomass Solution and Fibers and Articles Produced Thereby," PCT Int. Appl. WO 201401856 A1 (01/30/14); "Process for Electrospinning Chitin Fibers from Chitinous Biomass Solution," US 9683309 (06/20/17).

30. McCrary, P. D.; Rogers, R. D. "Hypergolic Salts with Borane Cluster Anions," U.S. Appl. US 20140373984 A1 (12/25/14); US 10099967 (10/16/18).

31. Barber, P. S.; Griggs, C. S.; Rogers, R. D. Shamshina, J. L.; Gurau, G. "Chemical pulping of chitinous biomass for chitin and treatment of biomass composition" U.S. Appl. US 20160060363 A1 (03/03/16); "Chemical pulping of chitinous biomass for chitin," US 10100131 (10/16/18).

32. Rogers, R. D.; Kore, R.; Uppara, P. V. "Methods of Acylation with an Ionic Liquid Catalyzing Medium," U.S. Appl. US 20180170847 A1 (06/21/18); US 10246395 (04/02/19).

33. Rogers, R. D.; Gurau, G.; Kelley, S. P.; Kore, R.; Shamshina, J. "Mixed metal double salt ionic liquids with tunable acidity," U.S. Appl. US 20170209858 A1 (07/27/17); US 10357762 (07/23/19).

34. Rogers, R. D.; Galpothdeniya, W. I. S.; Shamshina, J. L.; Zavgorodnya, O. "Coagulation of chitin from ionic liquid solutions using kosmotropic salts," U.S. Appl. US 20180194864 A1 (07/12/18); US 10927191 (02/23/21).

35. Rogers, R. D.; Zavgorodnya, O.; Shamshina, J. L. "Metal Particle-Chitin Composite Materials and Methods of Making Thereof," U.S. Appl. US 20180273710 A1 (09/27/18); US 10941258 (03/09/21).

**Patent Applications:**

1. Peterson, J. R.; Zjawiony, J. K.; Rogers, R. D. "Synthesis and Optical Resolution of the Taxol Side Chain and Related Compounds," PCT Int. Appl. WO 9310076 A1 (05/27/93).

2. Holbrey, J. B.; Turner, M. B.; Rogers, R. D. "Ionic liquids containing secondary hydroxyl-groups and a method for their preparation," PCT Int. Appl. WO 2005026179 A1 (03/24/05).

3. Daly, D. T.; Spear, S. K.; Frazier, R. M.; Hough-Troutman, W. L.; Rogers, R. D. "Substrates for Delivery of Physiologically Active Agents," PCT Int. Appl. WO 2009131692 A1 (10/29/09).

4. Rahman, M.; Sun, N.; Qin, Y.; Maxim, M. L.; Rogers, R. D. "Ionic Liquid Systems for the Processing of Biomass, Their Components and/or Derivatives, and Mixtures Thereof," PCT Int. Appl. WO 2010056790 A1 (05/20/10).

5. Frazier, R. M.; Daly, D. T.; Spear, S. K.; Rogers, R. D. "Exfoliation of Graphite using Ionic Liquids," PCT Int. Appl. WO 2010065346 A1 (06/10/10); U.S. Appl. US 20110319554 A1 (12/29/11).

6. Rogers, R. D.; Rijksen, C.; Daly, D. T.; Caldwell, K.; Caldwell, G.; Hough-Troutman, W. L.; Bica, K.,

"Compounds Comprising Two or More Biologically Functional Ions and Method of treating Parkinson's Disease," PCT Int. Appl. WO 2010078258 A1 (07/08/10).

7. Pernak, J.; Shamshina, J.; Praczyk, T.; Syguda, A.; Janiszewska, D.; Smiglak, M.; Gurau, G.; Daly, D. T.; Rogers, R. D. "Herbicidal Compositions and Methods of Use," PCT Int. Appl. WO 2012006313 A2 (01/12/12); U.S. Appl. US 20130109572 A1 (05/02/13).

8. Rogers, R. D.; Holbrey, J. "Ionic liquid solvents of perhalide type for metals for extraction of radioactive metals from mineral ores," PCT Int. Appl. WO 2010116167 A1 (10/14/10); U.S. Appl. US 20120090430 A1 (04/19/12).

9. Rogers, R. D.; Holbrey, J.; Rodriquez, H. "Process for removing metals from hydrocarbons," PCT Int. Appl. WO 2010116165 A2 (10/14/10); U.S. Appl. US 20120121485 A1 (05/17/12).

10. Riisager, A.; Fehrmann, R.; Rodriguez, R.; Bica, K.; Rogers, R. D.; Daly, D. T.; Gurau, G. "Biologically Active Compounds Supported on Solid Carrier such as Silica for Controlled Release and Improved Thermal Stability," PCT Int. Appl. WO 2011110662 (09/15/11); U.S. Appl. US 20130203602 A1 (08/08/13).

11. Rogers, R. D.; Daly, D. T.; Gurau, G. "Methods for dissolving polymers using mixtures of different ionic liquids and compositions comprising the mixtures," PCT Int. Appl. WO 2011056924 A2 (05/12/11); U.S. Appl. US 20120216705 A1 (08/30/12); U.S. Appl. US 20190040209 A1 (02/07/19).

12. Rogers, R. D.; Cooke, L. "Fungicidal Compositions and Methods of Use," PCT Int. Appl. WO 2012021825 (02/16/12); U.S. Appl. US 20130217735 A1 (8/22/13).

13. Riisager, A.; Fehrmann, R.; Rogers, R. D.; Gurau, G. "Enhancing the thermal stability of ionic compounds by immobilization on porous solid support," PCT Int. Appl. WO 2013030299 A1 (03/07/13); U.S. Appl. US 20140309419 A1 (10/16/14); "Method for enhancing the thermal stability of ionic compounds," U.S. Appl. US 20140309419 A1 (10/16/14).

14. Rogers, R. D.; Gurau, G.; Shamshina, J.; Daly, D. T. "Chitin and alginate composite fibers for wound dressings," PCT Int. Appl. WO 2014172703 A1 (10/23/14); "Chitin and Alginate Composite Fibers," U.S. Appl. US 20160082141 A1 (03/24/16).

15. Wang, H.-T.; Frazier, R. M.; Guo, L.; Quan, H.; McCrary, P. D.; Rogers, R. D. "Exfoliation of thermoelectric Materials and Transition Metal Dichalcogenides using Ionic Liquids," U.S. Appl. US 20150004733 A1 (01/01/15).

16. Rogers, R. D. "Nucleoside analog salts with improved solubility and methods of forming same," PCT Int. Appl. WO 2014145464 A1 (09/18/14); U.S. Appl. US 20160002240 (01/07/16).

17. Rogers, R. D.; Cojocaru, O. A.; Gurau, G.; Shamshina, J. L.; Pernak, J. "Double salt ionic liquids of herbicides," PCT Int. Appl. WO 2016077290 A1 (05/19/16); U.S. Appl. US 2017/0332633 A1 (11/23/17).

18. Bryant, S.; Stephenson, T.; Rogers, R. D.; Berton, P. "Deconstruction of Oil sand Materials Using Ionic Liquids," U.S. Prov. Appl. 62/454,406 (02/03/17); PCT Int. Appl. WO 2018141067 A1 (08/09/18).

19. Rughani, R.; Moreau, M.; Hitce, J.; Dalko, M.; Cavezza, A.; Blaise, C.; Rogers, R. D.; Rachiero, G. P.; Gurau, G. "Hair care compositions comprising thiolactic acid-based ionic liquids or ionic mixtures," PCT Int. Appl. WO 2018065827 A1 (04/12/18).

20. Rogers, R. D.; Zavgorodnya, O.; Shamshina, J. L.; Gurau, G. "Graphene-Biopolymer Composite Materials and Methods of Making Thereof," U.S. Appl. US 20180273700 A1 (09/27/18); PCT Int. Appl. WO 2018176037 A1 (09/27/18).

21. Baillie, B. W.; Berton, P.; Rogers, R. D.; Bryant, S. L. "Extraction and Recovery of Kerogen from Oil Shale using Ionic Liquids," US Appl. 62/741,199 (10/04/18).

22. Baillie, B. W.; Berton, P.; Rogers, R. D.; Bryant, S. L. "Extraction and Recovery of Organic Matter using Ionic Liquids," PCT Int. Appl. (2020), WO 2020069626 A1 (04/09/20).

23. Rogers, R. D.; Kore, R.; Sawant, A. D.; Uppara, P. V. "Magnetic Particle - Ionic Liquid Composite Materials and Methods of Making and Use Thereof," US 20190060883 A1 (02/28/19).

24. Rogers, R. D.; Zavgorodnya, O.; Shamshina, J. L.; Gurau, G. "Printing of Biopolymers from Ionic Liquid," PCT Int. Appl. WO 2019173689 A1 (09/12/19).

25. Hanik, P.; Hanes, R. H.; Rogers, R. D.; Uppara, P. V.; Gurau, G. "Polymerization Compositions and Methods for Making and Using Same," U.S. Appl. US 20200002443 A1 (01/02/20); PCT Int. Appl. (2020), WO 2020226890 A1 (11/20/20).

26. Friscic, T.; Rogers, R. D.; Arhangelskis, M.; Titi, H.; Gandrath, D.; Marrett, J. M. "Hypergolic metal organic frameworks," Can. Pat. Appl. CA 3055359 A1 (03/13/20); US Patent Appl. 62/730,5909 (09/13/18).

27. Di Bona, K.R.; Hill, C.M.; Gurau, G.; and Rogers, R. D. "Ionic liquid-based processes for the extraction of rare earth elements, critical materials, and other products from rare earth element-containing materials (including: coal, coal by-products, ore, waste), and generation of novel compositions thereof" U.S. Provisional Patent Application No. 62/993,141 (3/23/20).

28. Toledo Hijo, A. A. C.; Meirelles, A. J. A.; Gurau, G.; Rogers, R. D. "Processo de Obtenção de Composições Nutracêuticas e Composições Nutracêuticas Assim Obtidas (Process for Preparation of Nutraceutical Compositions and Nutraceutical Compositions Obtained)," Brazil Patent Application BR 10 2020 026974 7, December 29, 2020.

29. Rogers, R. D.; Friscic, T.; Titi, H. "Preparation of hypergolic co-crystal material for production of hypergol," Can. Pat. Appl. CA 3083478 A1 (12/12/20).

30. Fanai, C; Pugsley, T.; Bogatkov, D.; Qi, Y.; Matuszek, K.; MacFarlane, D. R.; Chafee, A. L.; Berton, P.; Rogers, R. D.; Bryant, S. L. "Upgrading of Heavy Oil or Heavy Oil-Derived Product with Ionic Liquids," Can. Pat. Appl. CA 3,111,226 (03/04/21); U.S. Appl. US 20210277315 A1 (09/09/21).

## A.   Refereed Publications:

1. Atwood, J. L.; Rogers, R. D.; Kutal, C.; Grutsch, P. A. "X-ray Crystallographic Characterization of the Single Hydrogen Bridge Attachment of the Tetrahydroborate Group in Tris(methyldiphenylphosphine)tetrahydroboratecopper," *J. Chem. Soc., Chem. Comm.* **1977**, 593-594. **DOI:** 10.1039/C3977000593B.

2. Atwood, J. L.; Crissinger, K. D.; Rogers, R. D. "The Synthesis of M[Al$_2$(CH$_3$)$_6$NO$_3$] (M$^+$ = K$^+$, Rb$^+$, Cs$^+$, NR$_4$$^+$) and the Crystal Structures of K[Al$_2$(CH$_3$)$_6$NO$_3$] and K[Al(CH$_3$)$_3$NO$_3$]•C$_6$H$_6$," *J. Organomet. Chem.* **1978**, *155*, 1-14.

3. Atwood, J. L.; Hunter, W. E.; Rogers, R. D.; Holton, J.; McMeeking, J.; Pearce, R.; Lappert, M. F. "Neutral and Anionic Silylmethyl Complexes of the Group 3a and Lanthanoid Metals; the X-ray Crystal and Molecular Structure of [Li(thf)$_4$][Yb{CH(SiMe$_3$)$_2$}$_3$Cl] (thf = Tetrahydrofuran)," *J. Chem. Soc., Chem. Comm.* **1978**, 140-142.

4. Atwood, J. L.; Rogers, R. D.; Hunter, W. E.; Bernal, I.; Brunner, H.; Lukas, K.; Schwarz, W. "X-ray Structure of [(η$^5$-C$_5$H$_5$)W(CO)$_2$C$_{15}$H$_{15}$]: a Compound Containing Three Unusually Bonded Five-membered Rings," *J. Chem. Soc., Chem. Comm.* **1978**, 451-452.

5. Guzman, E. C.; Wilkinson, G.; Atwood, J. L.; Rogers, R. D.; Hunter, W. E.; Zaworotko, M. J. "Synthesis and Molecular Structures of Chloro(trimethylphosphine)tris(trimethylsilylmethyl)molybdenum(IV) and Di-μ-Chloro-bis[η$^2$-trimethylsilylmethylcarbonylbis(carbonyl)trimethylphosphinemolybdenum(II)]," *J. Chem. Soc., Chem. Comm.* **1978**, 465-466.

6. Kutal, C.; Grutsch, P.; Atwood, J. L.; Rogers, R. D. "Structural Characterization of the Single Hydrogen Bridge Attachment of the Tetrahydroborate Group in Tris(methyldiphenylphosphine)(tetrahydroborato)copper," *Inorg. Chem.* **1978**, *17*, 3558-3562.

7. Mattia, J.; Humphrey, M. B.; Rogers, R. D.; Atwood, J. L.; Rausch, M. D. "Syntheses and Molecular Structures of Two Metalloindene Complexes: 1,1-Bis(η$^5$-cyclopentadienyl)-2,3-bis(pentafluorophenyl)benzotitanole and 1,1-Bis(η$^5$-cyclopentadienyl)-2-trimethylsilyl-3-phenylbenzotitanole," *Inorg. Chem.* **1978**, *17*, 3257-3264.

8. Rogers, R. D.; Atwood, J. L.; Grüning, R. "The Crystal Structure of *N*-Lithiohexamethyldisilazane, [LiN(SiMe$_3$)$_2$]$_3$," *J. Organomet. Chem.* **1978**, *157*, 229-237. **DOI:** 10.1016/S0022-328X(00)92291-5

9. Rogers, R. D.; Bynum, R. V.; Atwood, J. L. "Crystal and Molecular Structure of Tetra(cyclopentadienyl)zirconium," *J. Am. Chem. Soc.* **1978**, *100*, 5238-5239. **DOI:** 10.1021/ja00484a069.

10. Atwood, J. L.; Hunter, W. E.; Rogers, R. D.; Carmona-Guzman, E.; Wilkinson, G. "The Crystal Structures of MoMe$_2$(η$^6$-C$_6$H$_6$)(PPhMe$_2$)$_2$ and MoMe$_2$(η$^6$-C$_6$H$_5$Me)(PPhMe$_2$)$_2$," *J. Chem. Soc., Dalton Trans.* **1979**, 1519-1523. **DOI:** 10.1039/DT7790001519.

11. Rogers, R. D.; Atwood, J. L. "Interaction of Aromatic Hydrocarbons with Organometallic Compounds of the Main Group Elements: VI. Synthesis and Crystal Structure of Cesium Diododimethylaluminate *p*-Xylene Solvate, Cs[Al(CH$_3$)$_2$I$_2$]•C$_6$H$_4$(CH$_3$)$_2$," *J. Cryst. Mol. Struct.* **1979**, *9*, 45-53. **DOI:** 10.1007/BF01370925

12. Rogers, R. D.; Cook, W. J.; Atwood, J. L. "Ferrocenylalanes. 3. Synthesis and Crystal Structure of (η$^5$-C$_5$H$_5$)Fe[η$^5$-C$_5$H$_4$Al$_2$(CH$_3$)$_4$Cl]," *Inorg. Chem.* **1979**, *18*, 279-282. **DOI:** 10.1021/ic50192a014

13. Sikora, D. J.; Rausch, M. D.; Rogers, R. D.; Atwood, J. L. "Structure and Reactivity of the First Hafnium Carbonyl, (η$^5$-C$_5$H$_5$)$_2$Hf(CO)$_2$," *J. Am. Chem. Soc.* **1979**, *101*, 5079-5081. **DOI:** 10.1021/ja00511a056

14. Atwood, J. D.; Janik, T. S.; Atwood, J. L.; Rogers, R. D. "Synthesis of Bis(benzene)tetracarbonyldivanadium, (C$_6$H$_6$)$_2$V$_2$(CO)$_4$," *Synth. React. Inorg. Met.-Org. Chem.* **1980**, *10*, 397-402. **DOI:** 10.1080/00945718008058251

15. Atwood, J. L.; Rogers, R. D.; Hunter, W. E.; Floriani, C.; Fachinetti, G.; Chiesi-Villa, A. "Crystal and Molecular Structure of Two Early Transition-Metal Dicarbonyldicyclopentadienyl Complexes: (η$^5$-C$_5$H$_5$)$_2$Zr(CO)$_2$ and [(η$^5$-C$_5$H$_5$)V(CO)$_2$][B(C$_6$H$_5$)$_4$]," *Inorg. Chem.* **1980**, *19*, 3812-3817. **DOI:** 10.1021/ic50214a044

16. Bynum, R. V.; Hunter, W. E.; Rogers, R. D.; Atwood, J. L. "Pyrrolyl Complexes of the Early Transition Metals. 1. Synthesis and Crystal Structure of (η$^5$-C$_5$H$_5$)$_2$Ti(η$^1$-NC$_4$H$_4$)$_2$, (η$^5$-C$_5$H$_5$)$_2$Zr(η$^1$-NC$_4$H$_4$)$_2$, and [Na(THF)$_6$]$_2$[Zr(η$^1$-NC$_4$H$_4$)$_6$]," *Inorg. Chem.* **1980**, *19*, 2368-2374. **DOI:** 10.1021/ic50210a039

17. Carmona, E.; González, F.; Poveda, M. L.; Atwood, J. L.; Rogers, R. D. "Alkyl and Acyl Derivatives of Nickel(II) containing Tertiary Phosphine Ligands," *J. Chem. Soc., Dalton Trans.* **1980**, 2108-2116. **DOI:** 10.1039/DT9800002108

18. Çetinkaya, B.; Gümrükçü, I.; Lappert, M. F.; Atwood, J. L.; Rogers, R. D.; Zaworotko, M. J. "Bivalent Germanium, Tin, and Lead 2,6-Di-*tert*-butylphenoxides and the Crystal and Molecular Structures of M(OC$_6$H$_2$Me-4-Bu$^t$$_2$-2,6)$_2$ (M = Ge or Sn)," *J. Am. Chem. Soc.* **1980**, *102*, 2088-2089. **DOI:** 10.1021/ja00526a054

19. Daniels, P. H.; Wong, J. L.; Atwood, J. L.; Canada, L. G.; Rogers, R. D. "Unreactive 1-Azadiene and Reactive 2-Azadiene in Diels-Alder Reaction of Pentachloroazacyclopentadienes," *J. Org. Chem.* **1980**, *45*, 435-440. **DOI:** 10.1021/jo01291a011

20. Guzman, E. C.; Wilkinson, G.; Rogers, R. D.; Hunter, W. E.; Zaworotko, M. J.; Atwood, J. L. "Synthesis and Crystal Structures of Chloro(trimethylphosphine)tris(trimethylsilylmethyl)molybdenum(IV) and Di-μ-chloro-bis[bis(carbonyl)trimethylphosphine(1-2-η-trimethylsilylmethylcarbonyl)molybdenum(II)]," *J. Chem. Soc., Dalton Trans.* **1980**, 229-234. **DOI:** 10.1039/DT9800000229

21. Paulson, J. A.; Krost, D. A.; McPherson, G. L.; Rogers, R. D.; Atwood, J. L. "Structural, Spectroscopic, and Theoretical Studies of an Exchange-Coupled Manganese(II)-Copper(II) Dimer," *Inorg. Chem.* **1980**, *19*, 2519-2525. **DOI:** 10.1021/ic50211a007

22. Rogers, R. D.; Bynum, R. V.; Atwood, J. L. "Synthesis and Structure of (η$^5$-C$_5$H$_5$)$_3$Gd•OC$_4$H$_8$," *J. Organomet. Chem.* **1980**, *192*, 65-73. **DOI:** 10.1016/S0022-328X(00)93331-X

23. Rogers, R. D.; Hunter, W. E.; Atwood, J. L. "Nature of the Novel C$_{15}$H$_{15}$ Ligand in [W(CO)$_2$(η$^5$-C$_5$H$_5$)( η$^3$-C$_{15}$H$_{15}$)]," *J. Chem. Soc., Dalton Trans.* **1980**, 1032-1035. **DOI:** 10.1039/DT9800001032

24. Rogers, R. D.; Stone, L. B.; Atwood, J. L. "Tetramethylammonium Iodotrimethylaluminate [NMe$_4$][AlMe$_3$I]," *Cryst. Struct.*

*Comm.* **1980**, *9*, 143-146.

25. Atwood, J. L.; Hrncir, D. C.; Rogers, R. D.; Howard, J. A. K. "Novel Linear Al-H-Al Electron-Deficient Bond in Na[(CH$_3$)$_3$Al-H-Al(CH$_3$)$_3$]," *J. Am. Chem. Soc.* **1981**, *103*, 6787.

26. Calderazzo, F.; Vitali, D.; Mavani, I. P.; Marchetti, F.; Bernal, I.; Korp, J. D.; Atwood, J. L.; Rogers, R. D.; Dalton, M. S. "Preparation, Properties, and Crystal and Molecular Structures of Bis(dialkylamine) Complexes of Rhenium(I)," *J. Chem. Soc., Dalton Trans.* **1981**, 2523-2528.

27. Calderazzo, F.; Vitali, D.; Poli, R.; Atwood, J. L.; Rogers, R. D.; Cummings, J. M.; Bernal, I. "Studies on Organometallic Hetero-multiple-bridged Molecules. Part 7. Synthesis and Properties of Dichalcogenide-bridged Complexes of Rhenium(I) and the Crystal and Molecular Structures of the Diphenyl Ditelluride-bridged Complex, [Re$_2$Br$_2$(CO)$_6$(Te$_2$Ph$_2$)]," *J. Chem. Soc., Dalton Trans.* **1981**, 1004-1009.

28. Carmona, E.; González, F.; Poveda, M. L.; Atwood, J. L.; Rogers, R. D. "Synthesis and Properties of Dialkyl Complexes of Nickel(II). The Crystal Structure of Bis(pyridine)bis(trimethylsilylmethyl)nickel(II)," *J. Chem. Soc., Dalton Trans.* **1981**, 777-782.

29. Hrncir, D. C.; Rogers, R. D.; Atwood, J. L. "New Bonding Mode for a Bridging Dioxygen Ligand: Crystal and Molecular Structure of [K•dibenzo-18-crown-6][Al$_2$(CH$_3$)$_6$O$_2$]•1.5C$_6$H$_6$," *J. Am. Chem. Soc.* **1981**, *103*, 4277.

30. Liese, W.; Dehnicke, K.; Rogers, R. D.; Shakir, R.; Atwood, J. L. "A Spectroscopic and Crystallographic Study of the [ReNCl$_4$]$^-$ Ion," *J. Chem. Soc., Dalton Trans.* **1981**, 1061-1063.

31. Rogers, R. D.; Atwood, J. L.; Emad, A.; Sikora, D. J.; Rausch, M. D. "The Formation and Molecular Structures of (η$^5$-C$_5$H$_5$)$_3$Y•OC$_4$H$_8$ and (η$^5$-C$_5$H$_5$)$_3$La•OC$_4$H$_8$," *J. Organomet. Chem.* **1981**, *216*, 383-392.

32. Rogers, R. D.; Atwood, J. L.; Foust, D.; Rausch, M. D. "The Crystal Structure of Vanadocene, (η$^5$-C$_5$H$_5$)$_2$V," *J. Cryst. Mol. Struct.* **1981**, *11*, 183-188.

33. Rogers, R. D.; Bynum, R. V.; Atwood, J. L. "First Authentic Example of a Difference in the Structural Organometallic Chemistry of Zirconium and Hafnium: Crystal and Molecular Structure of (η$^5$-C$_5$H$_5$)$_2$Hf(η$^1$-C$_5$H$_5$)$_2$," *J. Am. Chem. Soc.* **1981**, *103*, 692.

34. Rogers, R. D.; Kalyanaraman, B.; Dalton, M. S.; Smith, W.; Kispert, L. D.; Atwood, J. L. "Crystal Structure of Bromoflouroacetic Acid: A Chiral Molecule," *Journal of Crystal and Molecular Stucture* **1981**, *11*, 105-111.

35. Sikora, D. J.; Rausch, M. D.; Rogers, R. D.; Atwood, J. L. "Formation and Molecular Structure of Bis(η$^5$-cyclopentadienyl)bis(triflourophosphine)titanium," *J. Am. Chem. Soc.* **1981**, *103*, 982-984.

36. Sikora, D. J.; Rausch, M. D.; Rogers, R. D.; Atwood, J. L. "New Syntheses and Molecular Structures of the Decamethylmetallocene Dicarbonyls (η$^5$-C$_5$Me$_5$)$_2$M(CO)$_2$ (M = Ti, Zr, Hf)," *J. Am. Chem. Soc.* **1981**, *103*, 1265-1267.

37. Atwood, J. L.; Honan, M. B.; Rogers, R. D. "Crystal and Molecular Structure of (η$^5$-C$_5$H$_5$)Ta(η$^2$-C$_2$H$_4$)Cl$_2$(PMe$_2$Ph)$_2$, a Sterically Crowded Molecule which Exhibits a Distorted η$^5$-Coordination Mode of the Cyclopentadienyl Ligand," *J. Crystallogr. Spectrosc. Res.* **1982**, *12*, 205-221.

38. Atwood, J. L.; Hrncir, D. C.; Shakir, R.; Dalton, M. S.; Priester, R. D.; Rogers, R. D. "Reaction of Trimethylaluminum with Crown Ethers. The Synthesis and Structure of (Dibenzo-18-crown-6)bis(trimethylaluminum) and of (15-Crown-5)tetrakis(trimethylaluminum)," *Organometallics* **1982**, *1*, 1021-1025.

39. Carmona, E.; Marín, J. M.; Poveda, M. L.; Atwood, J. L.; Rogers, R. D.; Wilkinson, G. "Bis(dinitrogen)- and Diethylene-molydenum(0) Complexes," *Angew. Chem. Int. Ed. Engl.* **1982**, *21*, 441-442.

40. Carmona, E.; Marin, J. M.; Poveda, M. L.; Rogers, R. D.; Atwood, J. L. "Preparation and Properties of Dinitrogen Complexes of Molybdenum and Tungsten with Trimethylphosphine as Coligand. III. Synthesis and Properties of *cis*-[W(N$_2$)$_2$(PMe$_3$)$_4$], *trans*-[W(C$_2$H$_4$)$_2$(PMe$_3$)$_4$] and [M(N$_2$)(PMe$_3$)$_5$] (M = Mo, W). The Crystal and Molecular Structure of [Mo(N$_2$)(PMe$_3$)$_5$]," *J. Organomet. Chem.* **1982**, *238*, C63-C66.

41. Foust, D. F.; Rogers, R. D.; Rausch, M. D.; Atwood, J. L. "Photoinduced Reactions of (η$^5$-C$_5$H$_5$)$_2$MH$_3$ and (η$^5$-C$_5$H$_5$)$_2$M(CO)H (M = Nb, Ta) and the Molecular Structure of (η$^5$-C$_5$H$_5$)$_2$Ta(CO)H," *J. Am. Chem. Soc.* **1982**, *104*, 5646-5650.

42. Jones, R. A.; Stuart, A. L.; Atwood, J. L.; Hunter, W. E.; Rogers, R. D. "Steric Effects of Phosphido Ligands. Synthesis and Crystal Structure of Di-*tert*-butylphosphido-Bridged Dinuclear Metal-Metal Bonded Complexes of Fe(II), Co(I, II), and Ni(I)," *Organometallics* **1982**, *1*, 1721–1723.

43. Rausch, M. D.; Edwards, B. H.; Atwood, J. L.; Rogers, R. D. "Formation and Molecular Structure of (η$^4$-Tetraphenylcyclobutadiene)dicarbonylnitrosylmanganese," *Organometallics* **1982**, *1*, 1567-1571.

44. Rogers, R. D.; Atwood, J. L.; Rausch, M. D.; Macomber, D. W.; Hart, W. P. "The Formation and Molecular Structure of Acetylcyclopentadienylsodium•tetrahydrofuranate," *J. Organomet. Chem.* **1982**, *238*, 79-85.

45. Rogers, R. D.; Bynum, R. V.; Atwood, J. L. "Synthesis and Crystal Structure of [(η$^5$-C$_5$H$_5$)$_2$HfCl]$_3$•C$_6$H$_5$Me," *J. Crystallogr. Spectrosc. Res.* **1982**, *12*, 239-244.

46. Zaworotko, M. J.; Rogers, R. D.; Atwood, J. L. "Interaction of Trimethylaluminum and Trimethylgallium with the Acetate Ion. Synthesis and Crystal Structures of [N(CH$_3$)$_4$][Al$_2$(CH$_3$)$_6$CH$_3$COO] and Rb[Ga$_2$(CH$_3$)$_6$CH$_3$COO]," *Organometallics* **1982**, *1*, 1179-1183.

47. Atwood, J. L.; Bernal, I.; Calderazzo, F.; Canada, L. G.; Poli, R.; Rogers, R. D.; Veracini, C. A.; Vitali, D. "Studies on Organometallic Hetero-Multiple-Bridged Molecules. 8. Preparation and Crystal and Molecular Structures of Diphenyl Dichalcogenide Complexes of Manganese(I). Kinetic, Spectroscopic, and Equilibrium Data: A Quantitative Assessment of the Solid-State and Solution Properties within Members of Homogeneous Families of Chalcogenide Low-Valent Metal Complexes," *Inorg. Chem.* **1983**, *22*, 1797-1804.

48. Atwood, J. L.; Hrncir, D. C.; Priester, R. D.; Rogers, R. D. "Decomposition of High-Oxygen Content Organoaluminum Compounds. The Formation and Structure of the [Al$_7$O$_6$Me$_{16}$]$^-$ Anion," *Organometallics* **1983**, *2*, 985-989.

49. Atwood, J. L.; Hrncir, D. C.; Rogers, R. D. "The Use of Crown Ethers to Access New M[Al₂R₆X] Species. Synthesis and Crystal Structure of [K•dibenzo-18-crown-6][Al₂Me₆C₁]•2C₆H₆," *J. Inclusion Phenom.* **1983**, *1*, 199-207.

50. Atwood, J. L.; Priester, R. D.; Rogers, R. D.; Canada, L. G. "Reaction of Trimethylaluminum with Crown Ethers. II. The Synthesis and Crystal Structure of (Dibenzo-18-crown-6)tris(trimethylaluminum) and of (18-Crown-6)tetrakis(trimethylaluminum)," *J. Inclusion Phenom.* **1983**, *1*, 61-69.

51. Carmona, E.; González, F.; Poveda, M. L.; Marin, J. M.; Atwood, J. L.; Rogers, R. D. "Reaction of *cis*-[Mo(N₂)₂(PMe₃)₄] with CO₂. Synthesis and Characterization of Products of Disproportionation and the X-ray Structure of a Tetrametallic Mixed-Valence Moᴵᴵ-Moⱽ Carbonate with a Novel Mode of Carbonate Binding," *J. Am. Chem. Soc.* **1983**, *105*, 3365-3366.

52. Carmona, E.; Marin, J. M.; Poveda, M. L.; Atwood, J. L.; Rogers, R. D. "Preparation and Properties of Dinitrogen Trimethylphosphine Complexes of Molybdenum and Tungsten. 4. Synthesis, Chemical Properties, and X-ray Structure of *cis*-[Mo(N₂)₂(PMe₃)₄]. The Crystal and Molecular Structures of *trans*-[Mo(C₂H₄)₂(PMe₃)₄] and *trans*, *mer*-[Mo(C₂H₄)₂(CO)(PMe₃)₃]," *J. Am. Chem. Soc.* **1983**, *105*, 3014-3022.

53. Carmona, E.; Marín, J. M.; Poveda, M. L.; Atwood, J. L.; Rogers, R. D. "Preparation and Properties of Dinitrogen Trimethylphosphine Complexes of Molybdenum and Tungsten-II. Synthesis and Crystal Structures of [MCl(N₂)(PMe₃)₄](M = Mo, W) and *trans*-[MoCl₂(PMe₃)₄]," *Polyhedron* **1983**, *2*, 185-193.

54. Carmona, E.; Marín, J. M.; Poveda, M. L.; Sánchez, L.; Rogers, R. D.; Atwood, J. L. "Synthesis of Chloro(trimethylphosphine)tris(trimethylsilylmethyl)tungsten(IV); Synthesis and Molecular Structure of Di-μ-chloro-bis[dicarbonyl(trimethylphosphine)(1-2-η-trimethylsilylmethylcarbonyl)tungsten(II)]," *J. Chem. Soc., Dalton Trans.* **1983**, 1003-1005.

55. Carmona, E.; Sánchez, L.; Poveda, M. L.; Marín, J. M.; Atwood, J. L.; Rogers, R. D. "β-C-H Interaction vs. Dihaptoacyl Co-ordination in a Molybdenum Acetyl Complex. X-ray Crystal Structure of [Mo(Ac)(S₂CNMe₂)(CO)(PMe₃)₂]," *J. Chem. Soc., Chem. Comm.* **1983**, 161-162.

56. Edwards, B. H.; Rogers, R. D.; Sikora, D. J.; Atwood, J. L.; Rausch, M. D. "Formation, Reactivities, and Molecular Structures of Phosphine Derivatives of Titanocene. Isolation and Characterization of a Titanium Monoolefin π Complex," *J. Am. Chem. Soc.* **1983**, *105*, 416-426.

57. Herrmann, W. A.; Plank, J.; Hubbard, J. L.; Kriechbaum, G. W.; Kalcher, W.; Koumbouris, B.; Ihl, G.; Schäfer, A.; Ziegler, M. L.; Pfisterer, H.; Pahl, C.; Atwood, J. L.; Rogers, R. D. "Transition Metal Methylene Complexes, LI. Carbocyclic Carbenes, Carbene Bridges, Small Hydrocarbon Ligands, and Metallacycles: Examples of a General Synthetic Concept," *Z. Naturforsch., B: Chem. Sci.* **1983**, *38b*, 1392-1398.

58. Lappert, M. F.; Slade, M. J.; Singh, A.; Atwood, J. L.; Rogers, R. D.; Shakir, R. "Structure and Reactivity of Sterically Hindered Lithium Amides and Their Diethyl Etherates: Crystal and Molecular Structures of [Li{N(SiMe₃)₂}(OEt₂)]₂ and [Li(NCMe₂CH₂CH₂CH₂CMe₂)]₄," *J. Am. Chem. Soc.* **1983**, *105*, 302-304.

59. Rausch, M. D.; Edwards, B. H.; Rogers, R. D.; Atwood, J. L. "Formation of [(Diphenylphosphino)cyclopentadienyl]thallium and Its Utility in the Synthesis of Heterobimetallic Ti-Mn Complexes: The Molecular Structure of (η⁵-Cyclopentadienyl)dicarbonyl{(η⁵- cyclopentadienyl)[η⁵-(diphenylphosphino)cyclopentadienyl]dichlorotitanium-P}manganese]," *J. Am. Chem. Soc.* **1983**, *105*, 3882-3886.

60. Rogers, R. D.; Atwood, J. L. "The Crystal and Molecular Structure of SnBr[N(SiMe₃)₂]₃," *J. Crystallogr. Spectrosc. Res.* **1983**, *13*, 1-7.

61. Atwood, J. L.; McMaster, A. D.; Rogers, R. D.; Stobart, S. R. "Stereochemically Nonrigid Silanes, Germanes, and Stannanes. 12. Crystal and Molecular Structures of Tetrakis(η¹-indenyl) Derivatives of Germanium and Tin: Meso Diastereoisomers with S₄ Symmetry," *Organometallics* **1984**, *3*, 1500-1504.

62. Atwood, J. L.; Rogers, R. D.; Bynum, R. V. "Tris(1,2-dimethoxyethane)lithium μ-Chloro-μ-oxo-bis[chloro(pentamethylcyclopentadienyl)(1-pyrrolyl)zirconate(IV)] Dimethoxyethane Solvate, [Li(C₄H₁₀O₂)₃][Zr₂Cl₃O(C₄H₄N)₂(C₁₀H₁₅)₂]•C₄H₁₀O₂," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1984**, *C40*, 1812-1814.

63. Carmona, E.; Paneque, M.; Poveda, M. L.; Rogers, R. D.; Atwood, J. L. "Further Studies on Organonickel Compounds: The Synthesis of Some New Alkyl-, Acyl- and Cyclopentadienyl- Derivatives and the Crystal Structure of *trans*-[Ni(CH₂SiMe₃)₂(PMe₃)₂]," *Polyhedron* **1984**, *3*, 317-323.

64. Carmona, E.; Sánchez, L.; Marín, J. M.; Poveda, M. L.; Atwood, J. L.; Priester, R. D.; Rogers, R. D. "η²-Acyl Coordination and β-C-H Interaction in Acyl Complexes of Molybdenum. Crystal and Molecular Structures of Mo(η²-COCH₂SiMe₃)Cl(CO)(PMe₃)₃ and Mo(COCH₃)(S₂CNMe₂)(CO)(PMe₃)₂," *J. Am. Chem. Soc.* **1984**, *106*, 3214-3222.

65. Herrmann, W. A.; Plank, J.; Kriechbaum, G. W.; Ziegler, M. L.; Pfisterer, H.; Atwood, J. L.; Rogers, R. D. "Komplexchemie Reaktiver Organischer Verbindungen XLVII. Synthese, Strukturchemie und Druckcarbonylierung von Metallcarben-Komplexen," *J. Organomet. Chem.* **1984**, *264*, 327-352.

66. Rausch, M. D.; Foust, D. F.; Rogers, R. D.; Atwood, J. L. "The Formation and Molecular Structure of Di-η⁵-cyclopentadienyl{2-[(dimethylamino)methyl]phenyl-C,N}yttrium," *J. Organomet. Chem.* **1984**, *265*, 241-248.

67. Rogers, R. D.; Atwood, J. L. "The Crystal and Molecular Structure of [K•DB-18-C- 6][AlMe₃NO₃]•0.5C₆H₆," *J. Crystallogr. Spectrosc. Res.* **1984**, *14*, 1-11.

68. Rogers, R. D.; Atwood, J. L. "Reaction of K₂SO₄ with AlMe₃ and the Crystal Structures of K₂[Al₄Me₁₂SO₄] and K₂[Al₄Me₁₂SO₄]•0.5*p*-xylene," *Organometallics* **1984**, *3*, 271-274.

69. Rogers, R. D.; Atwood, J. L.; Albright, T. A.; Lee, W. A.; Rausch, M. D. "Structure of (Biphenylene)- and (Triphenylene)Cr(CO)₃. An Analysis of the Bonding of Cr(CO)₃ to Bicyclic Polyenes," *Organometallics* **1984**, *3*, 263-270.

70. Rogers, R. D.; Baker, J. C.; Atwood, J. L. "The Crystal Structure of [NBu$^n_4$][AlI$_4$]," *J. Crystallogr. Spectrosc. Res.* **1984**, *14*, 333-339.

71. Rogers, R. D.; Bynum, R. V.; Atwood, J. L. "Synthesis and Structure of ($\eta^5$-C$_5$H$_5$)$_2$Hf($\eta^1$-NC$_4$H$_4$)$_2$," *J. Crystallogr. Spectrosc. Res.* **1984**, *14*, 21-28.

72. Rogers, R. D.; Bynum, R. V.; Atwood, J. L. "The Crystal Structure of LiBr•(CH$_3$OCH$_2$CH$_2$OCH$_3$)$_2$," *J. Crystallogr. Spectrosc. Res.* **1984**, *14*, 29-34.

73. Rogers, R. D.; Carmona, E.; Galindo, A.; Atwood, J. L.; Canada, L. G. "Trimethylphosphine Complexes of Molybdenum and Tungsten. The Synthesis and Chemical Properties of MoCl$_4$(PMe$_3$)$_3$ and the Crystal and Molecular Structures of WCl$_4$(PMe$_3$)$_3$ and MoO(acac)$_2$PMe$_3$," *J. Organomet. Chem.* **1984**, *277*, 403-415.

74. Rogers, R. D.; Hrncir, D. C. "Structure of ($\eta^5$-Cyclopentadienyl)($\eta^6$-tetraphenylborato)iron, [Fe(C$_5$H$_5$){B(C$_6$H$_5$)$_4$}]," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1984**, *C40*, 1160-1161.

75. Rogers, R. D.; Isci, H.; Mason, W. R. "Structure of Tetra(*n*-butyl)ammonium Tetraiodo-μ,μ'-diiododiplatinate(II), [(*n*-C$_4$H$_9$)$_4$N]$_2$[Pt$_2$I$_6$]," *J. Crystallogr. Spectrosc. Res.* **1984**, *14*, 383-392.

76. Samuel; Rogers, R. D.; Atwood, J. L. "Synthesis and Crystal Structure of [($\eta^5$- C$_9$H$_{11}$)TiCl(μ-O)]$_4$," *J. Crystallogr. Spectrosc. Res.* **1984**, *14*, 573-579.

77. Solar, J. M.; Rogers, R. D.; Mason, W. R. "Synthesis of Some Alkyl Phosphite Complexes of Platinum and Their Structural and Spectral Characterization," *Inorg. Chem.* **1984**, *23*, 373-377.

78. Wayda, A. L.; Dye, J. L.; Rogers, R. D. "Divalent Lanthanoid Synthesis in Liquid Ammonia. 1. The Synthesis and X-ray Structure of (C$_5$Me$_5$)$_2$Yb(NH$_3$)(THF)," *Organometallics* **1984**, *3*, 1605-1610.

79. Atwood, J. L.; Hunter, W. E.; Rogers, R. D.; Weeks, J. A. "Behavior of M[Al$_2$Me$_6$N$_3$] (M = K, Rb, Cs) with Aromatic Solvents and the Crystal Structures of Cs[Al$_2$Me$_6$N$_3$] 2*p*-xylene and [K•dibenzo-18-crown-6][Al$_2$Me$_6$N$_3$]•1.5(1-methylnaphthalene)," *J. Inclusion Phenom.* **1985**, *3*, 113-123.

80. Carmona, E.; Galindo, A.; Poveda, M. L.; Rogers, R. D. "Synthesis and Properties of *cis*-Bis(dinitrogen)tetrakis(trimethylphosphine)tungsten(0). Crystal and Molecular Structures of [W(N$_2$)(PMe$_3$)$_5$] and *trans*-[W(C$_2$H$_4$)$_2$(PMe$_3$)$_4$]," *Inorg. Chem.* **1985**, *24*, 4033-4039.

81. Kool, L. B.; Rausch, M. D.; Rogers, R. D. "The Formation, Crystal and Molecular Structure of ($\eta^5$-Pentamethylcyclopentadienyl)($\eta^7$-cycloheptatrienyl)titanium and ($\eta^5$- Pentamethylcyclopentadienyl)($\eta^8$-cyclooctatetraene)titanium," *J. Organomet. Chem.* **1985**, *297*, 289-299.

82. Macomber, D. W.; Rogers, R. D. "Preparation and Reactivity of Mononuclear ($\eta^5$-Cyclopentadienyl)cobalt Carbene Complexes," *Organometallics* **1985**, *4*, 1485-1487.

83. Medley, J. H.; Fronczek, F. R.; Ahmad, N.; Day, M. C.; Rogers, R. D.; Kerr, C. R.; Atwood, J. L. "The Crystal Structures of NaAlR$_4$, R = Methyl, Ethyl, and *n*-Propyl," *J. Crystallogr. Spectrosc. Res.* **1985**, *15*, 99-107.

84. Rogers, R. D.; Benning, M. M.; Kurihara, L. K.; Moriarty, K. J.; Rausch, M. D. "The Formation and Crystal and Molecular Structures of ($\eta^5$-Pentamethylcyclopentadienyl)($\eta^5$- cyclopentadienyl)dichloro-titanium, -zirconium and -hafnium," *J. Organomet. Chem.* **1985**, *293*, 51-60.

85. Vaughn, J. W.; Rogers, R. D. "Structure of *trans*-difluorobis(1,3- propanediamine)chromium(III) perchlorate, *trans*-[Cr(N$_2$C$_3$H$_{10}$)$_2$F$_2$](ClO$_4$)," *J. Crystallogr. Spectrosc. Res.* **1985**, *15*, 281-287.

86. Wayda, A. L.; Rogers, R. D. "Synthesis, X-ray Crystal Structures, and Reaction Chemistry of Homoleptic and Heteroleptic Organolanthanoid Complexes Incorporating the [(Dimethylamino)methyl]phenyl Ligand," *Organometallics* **1985**, *4*, 1440-1444.

87. Macomber, D. W.; Rogers, R. D. "The Formation and Molecular Structure of ($\eta^5$-C$_5$H$_5$)Rh(CO)[C(NMe)CH$_2$CH$_2$(NMe)]," *J. Organomet. Chem.* **1986**, *308*, 353-360.

88. Rogers, R. D.; Green, L. M. "A Reinvestigation of the Crystal and Molecular Structure of (18-Crown-6)•2CH$_3$NO$_2$: D$_{3d}$ Stabilization Via Methyl Hydrogen-Crown Oxygen 'Hydrogen Bonds'," *J. Inclusion Phenom.* **1986**, *4*, 77-84.

89. Rogers, R. D.; Green, L. M.; Benning, M. M. "Crystal and Molecular Structure of a Dinuclear Uranyl(VI) Chloride, [UO$_2$Cl$_2$(THF)$_2$]$_2$," *Lanthanide Actinide Res.* **1986**, *1*, 185-193.

90. Rogers, R. D.; Kurihara, L. K. "f-Element/Crown Ether Complexes. 1. Synthesis and Structure of [Y(OH$_2$)$_8$]Cl$_3$•(15-crown-5)," *Inorg. Chim. Acta* **1986**, *116*, 171-177.

91. Rogers, R. D.; Kurihara, L. K. "Crystal Structures of Dichlorohexaaquayttrium(III) Chloride, [YCl$_2$(OH$_2$)$_6$]Cl, and Dichlorohexaaquaerbium(III) Chloride, [ErCl$_2$(OH$_2$)$_6$]Cl," *Lanthanide Actinide Res.* **1986**, *1*, 295-306.

92. Rogers, R. D.; Kurihara, L. K. "f-Element/Crown Ether Complexes 2. The Synthesis and Crystal Structure of Y(NO$_3$)$_3$(12-Crown-4)," *J. Inclusion Phenom.* **1986**, *4*, 351-358.

93. Singh, Y. P.; Rupani, P.; Singh, A.; Rai, A. K.; Mehrotra, R. C.; Rogers, R. D.; Atwood, J. L. "Synthesis and IR, UV, NMR ($^1$H and $^{11}$B), and Mass Spectral Studies of New β-Ketoamine Complexes of Boron: Crystal and Molecular Structure of OC$_6$H$_4$OBOC(R)CHC(R')NR" (R = *p*-ClC$_6$H$_4$, R' = C$_6$H$_5$, R" = CH$_3$)," *Inorg. Chem.* **1986**, *25*, 3076-3081.

94. Alt, H. G.; Engelhardt, H. E.; Steinlein, E.; Rogers, R. D. "Acetylenliganden als Bausteine für Carben- und Nitrilliganden. Molekulstrukturen von C$_5$H$_4$Me(CO)$_2$Mn[C(Me)NH$_2$], C$_5$Me$_5$(CO)$_2$Mn[C(Me)NH$_2$], C$_5$Me$_5$(CO)$_2$Mn[C(Me)NMe$_2$] und C$_5$Me$_5$(CO)$_2$MnNCMe," *J. Organomet. Chem.* **1987**, *344*, 321-341.

95. Alt, H. G.; Hayen, H. I.; Rogers, R. D. "Preparation and Crystal Structure of the Dinuclear, Asymmetric Dioxo Complex ($\eta^5$-C$_5$Me$_5$)(CO)$_3$W-W(CO)$_2$($\eta^5$-C$_5$Me$_5$)," *J. Chem. Soc., Chem. Comm.* **1987**, 1795-1796.

96. Alt, H. G.; Herrmann, G. S.; Engelhardt, H. E.; Rogers, R. D. "Die Konkurrenz Elecktronischer und Sterischer Substituenteneinflüsse in Metallacyclishen Pentamethylcyclopentadienyl-Alkenylketon-Komplexen des Chroms, Molydäns und

Wolframs. Molekulstruktur von C₅Me₅(CO)₂Cr[HC=CPhC(O)Me]," *J. Organomet. Chem.* **1987**, *331*, 329-339.

97. Hayen, H. I.; Alt, H. G.; Rogers, R. D. "Darstellung, Charakterisierung und Molekulstruktur des η²-Acylkomplexes C₅Me₅(CO)(CF₃COO)₂W[η²-C(O)CH₂CH₂COMe]," *J. Organomet. Chem.* **1987**, *323*, 339-351.

98. Rogers, R. D. "Crystal Structure of Dichlorohexaaquadysprosium(III) Chloride, [DyCl₂(OH₂)₆]Cl," *Lanthanide Actinide Res.* **1987**, *2*, 41-48.

99. Rogers, R. D. "f-Element/Crown Ether Complexes. 13. Direct Coordination of 12-Crown-4 to Hydrated Terbium Chloride. Synthesis and Crystal Structure of [Tb(OH₂)₅(12-crown- 4)]Cl₃•2H₂O," *Inorg. Chim. Acta* **1987**, *133*, 175-180.

100. Rogers, R. D. "f-Element/Crown Ether Complexes. 16. Synthesis, Crystallization and Crystal Structure of [Dy(OH₂)₈]Cl₃•18-crown-6•4H₂O," *Inorg. Chim. Acta* **1987**, *133*, 347-352.

101. Rogers, R. D.; Kurihara, L. K. "f-Element/Crown Ether Complexes. 6. Interaction of Hydrated Lanthanide Chlorides with 15-Crown-5: Crystallization and Structures of [M(OH₂)₈]Cl₃•(15-crown-5) (M = Gd, Lu)," *Inorg. Chim. Acta* **1987**, *130*, 131-137.

102. Rogers, R. D.; Kurihara, L. K. "f-Element/Crown Ether Complexes III: Synthesis and Structural Characterization of [Y(NO₃)₃(OH₂)₅][NO₃]•2(15-*Crown*-5)," *J. Less-Comm. Metals* **1987**, *127*, 199-207.

103. Rogers, R. D.; Kurihara, L. K. "f-Element/Crown Ether Complexes. 7. Low Temperature (-150ºC) Structure of [Y(OH₂)₈]Cl₃•(15-crown-5)," *Inorg. Chim. Acta* **1987**, *129*, 277-282.

104. Rogers, R. D.; Kurihara, L. K. "f-Element/Crown Ether Complexes. 4. Synthesis and Crystal and Molecular Structures of [MCl(OH₂)₂(18-crown-6)]Cl₂•2(H₂O) (M = Sm, Gd, Tb)," *Inorg. Chem.* **1987**, *26*, 1498-1502.

105. Rogers, R. D.; Kurihara, L. K.; Benning, M. M. "f-Element/Crown Ether Complexes, 11. Preparation and Structural Characterization of [UO₂(OH₂)₅][ClO₄]₂•3(15-crown-5)•CH₃CN and [UO₂(OH₂)₅][ClO₄]₂•2(18-crown-6)•2CH₃CN•H₂O," *J. Inclusion Phenom.* **1987**, *5*, 645-658.

106. Rogers, R. D.; Kurihara, L. K.; Benning, M. M. "Structure of Thorium Nitrate-1,4,7,10,13,16-Hexaoxacyclooctadecane-Water (1/1/3), [Th(OH₂)₃(NO₃)₄]•18-Crown-6 at 123 K," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1987**, *C43*, 1056-1058.

107. Rogers, R. D.; Kurihara, L. K.; Benning, M. M. "f-Element/Crown Ether Complexes. 10. Oxidation of UCl₄ to [UO₂Cl₄]²⁻ in the Presence of Crown Ethers: Structural Characterization of Crown Ether Complexed Ammonium Ions [(NH₄)(15-crown-5)₂]₂[UO₂Cl₄]•2CH₃CN, [(NH₄)(benzo-15-crown-5)₂]₂[UCl₆]•4CH₃CN, and [(NH₄)(dibenzo-18-crown-6)]₂[UO₂Cl₄]•2CH₃CN and Synthesis of [Na(12-crown-4)₂]₂[UO₂Cl₄]•2OHMe and [UO₂Cl₂(OH₂)₃]•18-crown-6•H₂O•OHMe," *Inorg. Chem.* **1987**, *26*, 4346-4352.

108. Rogers, R. D.; Kurihara, L. K.; Richards, P. D. "Crystallization and Structural Characterization of Dibenzo-18-crown-6•2(MeCN) and Dibenzo-18-crown-6•2(MeNO₂); Assignment of Specific C-H•••O Interactions," *J. Chem. Soc., Chem. Comm.* **1987**, 604-606.

109. Rogers, R. D.; Kurihara, L. K.; Voss, E. J. "f-Element/Crown Ether Complexes. 5. Structural Changes in Complexes of Lanthanide Chloride Hydrates with 18-Crown-6 Accompanying Decreases in Ln³⁺ Ionic Radii: Synthesis and Structures of [M(OH₂)₇(OHMe)][MCl(OH₂)₂(18-crown-6)]₂Cl₇•2(H₂O) (M = Y, Dy)," *Inorg. Chem.* **1987**, *26*, 2360-2365.

110. Rogers, R. D.; Richards, P. D. "Neutral Solvent/Crown Ether Interactions 3. Reorientation of the Hydrogen Bonds in the Low Temperature (-150ºC) Structure of 18-Crown-6•2(CH₃NO₂)," *J. Inclusion Phenom.* **1987**, *5*, 631-638.

111. Rogers, R. D.; Voss, E. J. "f-Element/Crown Ether Complexes. 14. Synthesis and Crystal Structure of [Lu(OH₂)₈][Na(12-crown-4)₂]Cl₄•2H₂O," *Inorg. Chim. Acta* **1987**, *133*, 181-187.

112. Wayda, A. L.; Mukerji, I.; Dye, J. L.; Rogers, R. D. "Divalent Lanthanoid Synthesis in Liquid Ammonia. 2. The Synthesis and X-ray Crystal Structure of (C₈H₈)Yb(C₅H₅N)₃•1/2C₅H₅N," *Organometallics* **1987**, *6*, 1328-1332.

113. Alt, H. G.; Engelhardt, H. E.; Razavi, A.; Rausch, M. D.; Rogers, R. D. "Pentamethylcyclopentadienyl-, Acetylcyclopentadienyl-, und Indenyl-dicarbonyl-Acetylenkomplexe des Vanadiums. Molekulstruktur von C₉H₇V(CO)₂PhC₂H," *Z. Naturforsch., B: Chem. Sci.* **1988**, *43b*, 438-444.

114. Carmona, E.; Muñoz, M. A.; Rogers, R. D. "Synthesis, Characterization, and Properties of the η²-Acyl Complexes Mo(η²-COCH₂CMe₃)X(PMe₃)₄ (X = Cl, Br)," *Inorg. Chem.* **1988**, *27*, 1598-1601.

115. Macomber, D. W.; Hung, M.-H.; Verma, A. G.; Rogers, R. D. "A New, General Route to (μ-Bis(carbene)ditungsten Complexes: X-ray Crystal Structure of (CO)₅W{C(OCH₃)CH₂[CH(CH₂)₃C(CH₂CH=CH₂)]C(OCH₃)}W(CO)₅," *Organometallics* **1988**, *7*, 2072-2074.

116. Macomber, D. W.; Liang, M.; Rogers, R. D. "Synthesis and Reactivity of Ditungsten μ-Carbene Complexes: X-ray Crystal Structure of W₂(CO)₉[μ-η¹,η³-C(OCH₃)C=CH(CH₂)₃CH₂]," *Organometallics* **1988**, *7*, 416-422.

117. Macomber, D. W.; Verma, A. G.; Rogers, R. D. "Intermolecular [2+2+2] Cycloaddition Reactions of Alkynes and Alkenes Mediated by Cobalt: X-ray Crystal Structures of Two Isomeric (η⁵-Cyclopentadienyl)(η⁴-1,3-cyclohexadiene)cobalt Complexes," *Organometallics* **1988**, *7*, 1241-1253.

118. Paquette, L. A.; DeRussy, D. T.; Rogers, R. D. "On Possible Redirection of the Course of Anionic Oxy-Cope Rearrangements," *Tetrahedron* **1988**, *44*, 3139-3148.

119. Paquette, L. A.; Lau, C. J.; Rogers, R. D. "Uni- and Biparticulate Electrophilic Additions to Conjugated Bis(bicyclo[1.1.0]butanes)," *J. Am. Chem. Soc.* **1988**, *110*, 2592-2600.

120. Peterson, J. R.; Do, H. D.; Rogers, R. D. "Anticancer-Agent Development: X-ray Structure of Dimethyl 2,3,4,5-Tetrahydro-3-(3,4-methylenedioxybenzoyl)-2-oxo-5β-(3,4,5-trimethoxyphenyl)-3α,4α-furandicarboxylate," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1988**, *C44*, 1786-1789.

121. Peterson, J. R.; Rogers, R. D.; Do, H. D. "Structure of Dimethyl 2,3,4,5-Tetrahydro-2-oxo-5α-(3,4,5-trimethoxyphenyl)-3α,4β-furancarboxylate," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1988**, *C44*, 1784-1786.

122. Robinson, G. H.; Sangokoya, S. A.; Rogers, R. D. "Synthesis and Molecular Structure of the Optically Active Organoaluminum Dimer (S)-(-)-(S)-(-)-[(C₆H₅)CH(CH₃)NHAl(CH₃)₂]₂," *Polyhedron* **1988**, *7*, 2727-2730.

123. Rogers, R. D. "f-Element/Crown Ether Complexes. 26. Crystallization of Two Hydrated Forms of Hydrogen Bonded Complexes of NdCl₃•nH₂O and 15-crown-5. Crystal Structures of [Nd(OH₂)₉]Cl₃•15-crown-5•H₂O and [NdCl₂(OH₂)₆]Cl•15-crown-5," *Inorg. Chim. Acta* **1988**, *149*, 307-314.

124. Rogers, R. D. "f-Element/Crown Ether Complexes 15. Synthesis and Crystal Structure of [Lu(OH₂)₈]Cl₃•1.5(12-crown-4)•2H₂O," *J. Coord. Chem.* **1988**, *16*, 415-424.

125. Rogers, R. D. "Neutral Molecule/Crown Ether Interactions 5. Comparison of the C-H Acidic Interactions of Nitromethane and Acetonitrile with 18-crown-6 and Dibenzo-18-crown-6. Crystal Structures of Dibenzo-18-crown-6•2CH₃NO₂ and Dibenzo-18-crown-6•2CH₃CN," *J. Inclusion Phenom.* **1988**, *6*, 629-645.

126. Rogers, R. D. "Structure of Di[bis(1,4,7,10-tetraoxacyclododecane)sodium] Tetrachlorodioxouranate(VI)-Methanol (1/2), [Na(12-crown-4)₂]₂[UO₂Cl₄]•2MeOH," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1988**, *C44*, 638-641.

127. Rogers, R. D.; Benning, M. M. "Synthesis and Structure of Thorium Chloride-1,4,7,10,13-Pentaoxacyclopentadecane-Water-Methanol-Acetonitrile (1/1/2/2/1), [ThCl₄(OHMe)₂(OH₂)₂]•15-Crown-5•CH₃CN," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1988**, *C44*, 641-644.

128. Rogers, R. D.; Benning, M. M. "Preparation and Structure of Bis(1,4,7,10,13,16- hexaoxacyclododecaneammonium) Hexachlorouranate(IV)-Acetonitrile (1/2), [(NH₄)(18-crown-6)]₂[UCl₆]•2CH₃CN," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1988**, *C44*, 1397-1399.

129. Rogers, R. D.; Etzenhouser, R. D. "Structure of [LuCl₃(triethylene glycol)]•OHMe," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1988**, *C44*, 1400-1402.

130. Rogers, R. D.; Etzenhouser, R. D. "Structure of [DyCl₃(triethylene glycol)]•18-crown-6," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1988**, *C44*, 1533-1535.

131. Rogers, R. D.; Kurihara, L. K.; Benning, M. M. "f-Element/Crown Ether Complexes. Part 9. The Role of Solvent Hydrogen Bonding: Synthesis and Crystal Structure of Aquatetrachlorotris(ethanol)thorium(IV)-1,4,7,10,13,16-hexaoxacyclo-octadecane-Water (1/1/1)," *J. Chem. Soc., Dalton Trans.* **1988**, 13-16.

132. Rogers, R. D.; Richards, P. D.; Voss, E. J. "Neutral Solvent/Crown Ether Interactions, 4. Crystallization and Low Temperature (-150 °C) Structural Characterization of 18-crown-6•2(CH₃CN)," *J. Inclusion Phenom.* **1988**, *6*, 65-71.

133. Rogers, R. D.; Rollins, A. N.; Benning, M. M. "f-Element/Crown Ether Complexes. 22. Preparation and Structural Characterization of Lanthanide Chloride Complexes of 12-crown-4," *Inorg. Chem.* **1988**, *27*, 3826-3835.

134. Rogers, R. D.; Shakir, R.; Atwood, J. L.; Macomber, D. W.; Wang, Y.-P.; Rausch, M. D. "The Crystal and Molecular Structures of Formyl-, Cyano-, and Aminocyclopentadienyldicarbonylnitrosylchromium," *J. Crystallogr. Spectrosc. Res.* **1988**, *18*, 767-778.

135. Rogers, R. D.; Teuben, J. H. "The Crystal and Molecular Structures of (η⁵- Pentamethylcyclopentadienyl)(η⁷-Cyclohepatatrienyl)zirconium and -hafnium," *J. Organomet. Chem.* **1988**, *354*, 169-176.

136. Rogers, R. D.; Voss, E. J. "f-Element/Crown Ether Complexes 12. Synthesis and Crystal Structure of [Y(NO₃)₃(OH₂)₂(NCMe)][Y(NO₃)₃(OH₂)₂(OHMe)]•2(benzo-15-crown-5)•OHMe," *J. Coord. Chem.* **1988**, *16*, 405-414.

137. Rogers, R. D.; Voss, E. J.; Etzenhouser, R. D. "f-Element/Crown Ether Complexes. 17. Synthetic and Structural Survey of Lanthanide Chloride Triethylene Glycol Complexes," *Inorg. Chem.* **1988**, *27*, 533-542.

138. Alt, H. G.; Engelhardt, H. E.; Frister, T.; Rogers, R. D. "Darstellung und Charakterisierung der Isonitril-Hydridkomplexe Cp'(CO)₂(CNR)MH (Cp' = η⁵-C₅H₅, η⁵-C₅Me₅; R = Me, ᵗBu; M = Mo, W). Molekülstruktur von C₅Me₅(CO)₂(CNᵗBu)MoH," *J. Organomet. Chem.* **1989**, *366*, 297-304.

139. Alt, H. G.; Engelhardt, H. E.; Hayen, H. I.; Rogers, R. D. "Umsetzungen des Asymmetrischen, Zweikernigen Dioxokomplexes C₅Me₅(CO)₃W-W(O)₂C₅Me₅ mit Cl₂, Br₂, I₂, HCl, CF₃COOH, NOCl, NO und Luft. Molekülstruktur von C₅Me₅W(CO)₂Br₃," *J. Organomet. Chem.* **1989**, *366*, 287-295.

140. Alt, H. G.; Engelhardt, H. E.; Rogers, R. D. "Die Protonierung von Ylidkomplexen des Mangans mit HBF₄. Die Molekülstruktur von [C₅H₅(CO)₂MnCH₂CH(PEt₃)]BF₄," *J. Organomet. Chem.* **1989**, *362*, 117-124.

141. Alt, H. G.; Engelhardt, H. E.; Rogers, R. D.; Abu-Orabi, S. T. "Photoinduzierte Umsetzungen der Komplexe (η⁶-C₆H₃R₃)(CO)₃Cr (R = Me, Et) mit den Acetylenen C₂R'₂ (R' = H, C₃H₇, C(OEt)₂H). Die Molekülstruktur von (C₆H₃Me₃)(CO)Cr(μ-CO){μ-C₂[C(OEt)₂H]₂}Cr(CO)₄," *J. Organomet. Chem.* **1989**, *378*, 33-43.

142. Alt, H. G.; Engelhardt, H. E.; Wrackmeyer, B.; Rogers, R. D. "Die Photoinduzierte Umsetzung der Tricarbonyl-Hydridkomplexe Cp'W(CO)₃H (Cp' = η⁵-C₅H₅, η⁵-C₅Me₅) mit Methylacetylen und Dimethylacetylen zu η³-Allyl- und Metallacyclischen Alkenylketon-Komplexen. Molekülstruktur von C₅Me₅W(CO)₂(η³-C₃H₅)," *J. Organomet. Chem.* **1989**, *379*, 289-301.

143. Beachley, O. T., Jr.; Spiegel, E. F.; Kopasz, J. P.; Rogers, R. D. "Indium(III) Compounds Containing the Neopentyl Substituent, In(CH₂CMe₃)₃, In(CH₂CMe₃)₂Cl, and In(CH₂CMe₃)Cl₂, and In(CH₂CMe₃)₂CH₃. Crystal and Molecular Structure of Dichloroneopentylindium(III), an Inorganic Polymer," *Organometallics* **1989**, *8*, 1915-1921.

144. Burford, N.; Spence, R. E. v. H.; Rogers, R. D. "Preparation, Crystal Structures, and Spectroscopic Characterization of Diaminochalcogenophosphonium Cations," *J. Am. Chem. Soc.* **1989**, *111*, 5006-5008.

145. Hall, T. J.; Bachrach, S. M.; Spangler, C. W.; Sapochak, L. S.; Lin, C. T.; Guan, H. W.; Rogers, R. D. "Structure of All-*trans*-1,6-diphenyl- (*A*) and All-*trans*-1,6-bis(*o*-methoxyphenyl)-1,3,5-hexatriene (*B*)," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1989**, *C45*, 1541-1543.

146. Hall, T. J.; Mertz, C. J.; Bachrach, S. M.; Hipple, W. G.; Rogers, R. D. "The Crystal Structure of UO₂Cl₂(OH₂)(MeCN)₂•2MeCN," *J. Crystallogr. Spectrosc. Res.* **1989**, *19*, 499-505.

147. Heeres, H. J.; Meetsma, A.; Teuben, J. H.; Rogers, R. D. "Mono(pentamethylcyclopentadienyl) Complexes of Cerium(III). Synthesis, Molecular Structure, Thermal Stability, and Reactivity of (C$_5$Me$_5$)CeX$_2$ (X = 2,6-Di-*tert*-butylphenoxo, CH(SiMe$_3$)$_2$, and N(SiMe$_3$)$_2$) Complexes," *Organometallics* **1989**, *8*, 2637-2646.

148. Heeres, H. J.; Teuben, J. H.; Rogers, R. D. "Novel Monopentamethylcyclopentadienyl Alkoxides of La and Ce; X-ray Crystal Structure of (C$_5$Me$_5$Ce(OCMe$_3$)$_2$)$_2$," *J. Organomet. Chem.* **1989**, *364*, 87-96.

149. Jaw, H.-R. C.; Savas, M. M.; Rogers, R. D.; Mason, W. R. "Crystal Structures and Solution Electronic Absorption and MCD Spectra for Perchlorate and Halide Salts of Binuclear Gold(I) Complexes Containing Bridging Me$_2$PCH$_2$PMe$_2$ (dmpm) or Me$_2$PCH$_2$CH$_2$PMe$_2$ (dmpe) Ligands," *Inorg. Chem.* **1989**, *28*, 1028-1037.

150. Kool, L. B.; Ogasa, M.; Rausch, M. D.; Rogers, R. D. "Synthesis of [η$^5$-(Diphenylphosphino)cyclopentadienyl][η$^7$-(diphenylphosphino)cycloheptatrienyl]titanium and Its Utility in the Formation of Heterobimetallic Complexes: The Molecular Structure of Tetracarbonyl{[η$^5$-(diphenylphosphino)cyclopentadienyl][η$^7$- (diphenylphosphino)cycloheptatrienyl]titanium-*P*,*P'*}chromium Hemitoluene Solvate," *Organometallics* **1989**, *8*, 1785-1790.

151. Lin, W. O.; da Costa, J. B. N.; Alt, H. G.; Rogers, R. D. "A New System of Ionophores Derived from *o*,*o'*-Biphenyldiol. X-ray Structure of *o*-Hydroxy-biphenyl-*o'*-oxyacetamide," *Z. Naturforsch., B: Chem. Sci.* **1989**, *44b*, 1331-1332.

152. Macomber, D. W.; Madhukar, P.; Rogers, R. D. "Synthesis of [Alkenyl(dimethylamino)carbene]tungsten Complexes using the Peterson Reaction: X-ray Crystal Structure of (*E*)-(CO)$_5$W[C(NMe$_2$)CH=CH(η-C$_5$H$_4$)Fe(η-C$_5$H$_5$)]," *Organometallics* **1989**, *8*, 1275-1282.

153. Moriarty, K. J.; Rogers, R. D.; Paquette, L. A. "Stereoselective Formation from a (1*S*,5*S*)-(-)-Verbenone-Derived Cyclopentadiene of Dimeric and Mixed Titanium and Zirconium Dichloride Complexes," *Organometallics* **1989**, *8*, 1512-1517.

154. Paquette, L. A.; He, W.; Rogers, R. D. "Comparative Analysis of Molecular-Recognition Levels Attained during Capture of Chiral Cyclopentenyl Organometallics by Conformationally Immobilized Ketonic Systems," *J. Org. Chem.* **1989**, *54*, 2291-2300.

155. Paquette, L. A.; Moriarty, K. J.; McKinney, J. A.; Rogers, R. D. "Analysis of the π-Facial Preference for Complexation of a Camphor-Derived, Enantiomerically Pure Cyclopentadienyl Ligand to CpMCl$_2$ Fragments (M = Ti and Zr)," *Organometallics* **1989**, *8*, 1707-1713.

156. Paquette, L. A.; Moriarty, K. J.; Meunier, P.; Gautheron, B.; Sornay, C.; Rogers, R. D.; Rheingold, A. L. "Stereochemical Course of π-Face Coordination to Isodicyclopentadiene during Formation of Mixed Titanocene and Zirconocene Dichloride Complexes," *Organometallics* **1989**, *8*, 2159-2167.

157. Paquette, L. A.; Moriarty, K. J.; Rogers, R. D. "(1*R*)-(-)-Nopol as the Source of an Optically Pure Fused Cyclopentadienyl Ligand. Stereochemical Course of Complexation to Cyclopentadienyltitanium and -zirconium Dichloride Fragments," *Organometallics* **1989**, *8*, 1506-1511.

158. Paquette, L. A.; O'Doherty, G. A.; Miller, B. L.; Rogers, R. D.; Rheingold, A. L.; Geib, S. L. "Stereochemically Uniform Mode of Iron Carbonyl Complexation to Spirocyclic Isodicyclopentadienes," *Organometallics* **1989**, *8*, 2167-2172.

159. Paquette, L. A.; Vanucci, C.; Rogers, R. D. "Stereochemical Course of Diels-Alder Cycloadditions to Hydroxymethyl-Substituted Plane-Nonsymmetric Cyclopentadienes," *J. Am. Chem. Soc.* **1989**, *111*, 5792-5800.

160. Peterson, J. R.; Do, H. D.; Rogers, R. D. "Platelet Activating Factor Antagonist Design. 2. X-ray Structure of Dimethyl 2,3,4,5-Tetrahydro-5β-(3,4-methylenedioxyphenyl)-2-oxo-3β-(3,4,5-trimethoxybenzoyl)-3α,4α- furandicarboxylate," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1989**, *C45*, 1059-1063.

161. Peterson, J. R.; Do, H. D.; Rogers, R. D. "Anticancer Agent Development. 3. X-ray Structure of Dimethyl 1-Methoxy-6,7-methylenedioxy-4-(3,4,5-trimethoxyphenyl)-*trans*-3,4- dihydronaphthalene-2,3-dicarboxylate," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1989**, *C45*, 1568-1571.

162. Peterson, J. R.; Horsley, D. B.; Brozik, J. A.; Rogers, R. D. "Platelet Activating Factor Antagonist Design. 3. X-ray Crystal Structure and Intermolecular Crystal Lattice Interactions of Methyl *trans*-4-Acetoxymethyl-4,5-dihydro-2,5-bis(3,4-methylenedioxyphenyl)-3- furancarboxylate," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1989**, *C45*, 1164-1167.

163. Peterson, J. R.; Smillie, T. J.; Rogers, R. D. "Platelet Activating Factor Antagonist Design: Structure of Methyl *trans*-5-(3,4-Dimethoxyphenyl)-2,3,4,5-tetrahydro-2-oxo-4-furancarboxylate," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1989**, *C45*, 297-300.

164. Peterson, J. R.; Winter, T. J.; Do, H. D.; Rogers, R. D. "Anticancer Agent Development: X-ray Crystal Structure and Keto-Enol Tautomerism of Dimethyl 1-hydroxy-6,7-methylenedioxy-4- (3',4',5'-trimethoxyphenyl)-*trans*-3,4-dihydronaphthalene-2,3-dicarboxylate," *J. Crystallogr. Spectrosc. Res.* **1989**, *19*, 135-145.

165. Peterson, J. R.; Winter, T. J.; Everson, T. P.; Rogers, R. D. "Novel Manganese(III) Oxidation Chemistry: X-ray Crystal Structure of 5,7,8-Trimethoxy-1-(2,4,5-trimethoxyphenyl)-1,2-dihydropthalene," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1989**, *C45*, 132-134.

166. Rausch, M. D.; Tsai, W.-M.; Chambers, J. W.; Rogers, R. D.; Alt, H. G. "Synthetic and X-ray Structural Studies on Pentabenzylcyclopentadienyl Derivatives of Manganese, Rhenium, and Iron," *Organometallics* **1989**, *8*, 816-821.

167. Robinson, G. H.; Sangokoya, S. A.; Pennington, W. T.; Self, M. F.; Rogers, R. D. "Unexpected Conformation of the Hydrogen Chloride Salt of [14]aneN$_4$: An X-ray Structural Examination of [H$_2$[14]aneN$_4$H$_2$]Cl$_4$ and Its Role in Organaluminum Host-Guest Chemistry," *J. Coord. Chem.* **1989**, *19*, 287-294.

168. Rogers, R. D. "Macrocycle Complexation Chemistry. 31. The Crystal Structure of [ThCl$_2$(OH$_2$)$_7$]Cl$_2$•18-crown-6•2H$_2$O," *Lanthanide Actinide Res.* **1989**, *3*, 71-81.

169. Rogers, R. D. "f-Element/Crown Ether Complexes: 21. Conformational Changes in Metal Complexed versus Hydrogen Bonded Benzo-15-crown-5 in the Structure of [Y(OH$_2$)$_3$(NCMe)(benzo-15-crown-5)][ClO$_4$]$_3$•benzo-15-crown-5•CH$_3$CN," *J. Inclusion Phenom. Mol. Recognit. Chem.* **1989**, *7*, 277-287.

170. Rogers, R. D.; Alt, H. G.; Engelhardt, H. E. "Umsetzungen des Acetylenkomplexes $(C_6H_3Me_3)(CO)_2Cr(C_2H_2)$ mit $PMe_3$ und $HNMe_2$. Festkörperstrukturen von $(C_6H_3Me_3)(CO)_2Cr(PMe_3)$ und $(C_6H_3Me_3)(CO)_2Cr[C(Me)NMe_2]$," *J. Organomet. Chem.* **1989**, *366*, 305-312.

171. Rogers, R. D.; Benning, M. M.; Etzenhouser, R. D.; Rollins, A. N. "Novel Unidentate Co-ordination of a Crown Ether and of a Polyethylene Glycol to Uranium(VI)," *J. Chem. Soc., Chem. Comm.* **1989**, 1586-1588.

172. Rogers, R. D.; Teuben, J. H. "Structure of $(\eta^5\text{-}C_5Me_5)(\eta^8\text{-}C_8H_8)Zr$, an Aromatic Mixed Sandwich Complex of Zirconium(III)," *J. Organomet. Chem.* **1989**, *359*, 41-47.

173. Spangler, B. D.; Vanýsek, P.; Hernandez, I. C.; Rogers, R. D. "Structure of Crystal Violet Tetraphenylborate," *J. Crystallogr. Spectrosc. Res.* **1989**, *19*, 589-596.

174. Spangler, C. W.; Hall, T. J.; Saindon, M. L.; Rogers, R. D.; McCoy, R. K.; Birge, R. R.; Fleitz, P. A.; Zhang, C.-F. "The Relationship between Structure and Nonlinear Optical Properties in Donor-Acceptor Polyenes," *Inst. Phys. Conf. Ser.* **1989**, *103*, 233-238.

175. Alt, H. G.; Palackal, S. J.; Rogers, R. D. "Umsetzungen des 1,2-Bis(3-indenyl)ethan-Dianions mit Photochemisch Aktivierten Carbonylkomplexen des Chroms, Molybdäns und Wolframs. Molekülstruktur von $C_9H_7CH_2CH_2C_9H_7$ und $(\eta^5:\eta^5\text{-}C_9H_6CH_2CH_2C_9H_6)[W(CO)_3Me]_2$," *J. Organomet. Chem.* **1990**, *388*, 105-116.

176. Banks, M. A.; Beachley, O. T., Jr.; Maloney, J. D.; Rogers, R. D. "The Chemistry of Diphenylphosphine Adducts of Tris(neopentyl) and Tris(trimethylsilylmethyl)gallium and -indium Including the Crystal and Molecular Structure of $(Me_3CCH_2)_3Ga\bullet P(H)Ph_2$," *Polyhedron* **1990**, *9*, 335-342.

177. Burford, N.; Royan, B. W.; Spence, R. E. v. H.; Cameron, T. S.; Linden, A.; Rogers, R. D. "Linear Co-ordinative Bonding at Oxygen: A Spectroscopic and Structural Study of Phosphine Oxide-Group 13 Lewis Acid Adducts," *J. Chem. Soc., Dalton Trans.* **1990**, 1521-1528.

178. Burford, N.; Royan, B. W.; Spence, R. E. v. H.; Rogers, R. D. "Nuclear Magnetic Resonance Spectroscopic Characterization and the Crystal and Molecular Structures of $Ph_3PS\bullet AlCl_3$ and $Ph_3PSe\bullet AlCl_3$: A Classification of the Co-ordinative Bonding Modes of the Phosphine Chalcogenides," *J. Chem. Soc., Dalton Trans.* **1990**, 2111-2117.

179. Burford, N.; Royan, B. W.; Whalen, J. M.; Richardson, J. F.; Rogers, R. D. "Co-ordinatively Unsaturated Group 15 Elements: The Isolation and Crystal Structure of a Novel Dimeric Dithiarsolidinium Cation," *J. Chem. Soc., Chem. Comm.* **1990**, 1273-1275.

180. Burford, N.; Spence, R. E. v. H.; Rogers, R. D. "Chemistry of the Diaminochalcogenophosphinic Chloride-Aluminum Trichloride System: Preparation and Crystal Structures of New Chalcogenophosphonium Cations," *J. Chem. Soc., Dalton Trans.* **1990**, 3611-3619.

181. Burford, N.; Spence, R. E. v. H.; Whalan, J. M.; Rogers, R. D.; Richardson, J. F. "Syntheses and Crystal Structures for the First Two Examples of the Four-Membered PNSiS Heterocycle," *Organometallics* **1990**, *9*, 2854-2856.

182. Lee, B.; Pennington, W. T.; Robinson, G. H.; Rogers, R. D. "Organogallium Chemistry of Macrocyclic Amines. Synthesis and Molecular Structure of $[Ga(CH_3)_3]_4[(CH_3)_4[14]aneN_4]$ and $[Ga(CH_3)_2][14]aneN_4[Ga(CH_3)_3]_2$," *J. Organomet. Chem.* **1990**, *396*, 269-278.

183. Murray, C. K.; Warner, B. P.; Dragisich, V.; Wulff, W. D.; Rogers, R. D. "Thermal Reactions of Acyloxy and Alkoxy Carbene Complexes with Imines: Metathesis, Acetate Rearrangements, and a New Route to Imino Carbene Complexes via Peterson Type Eliminations," *Organometallics* **1990**, *9*, 3142-3151.

184. Paquette, L. A.; DeRussy, D. T.; Vandenheste, T.; Rogers, R. D. "Comparative Analysis of Diastereoselection Levels Attainable during Controlled Exo and Endo Addition of Chiral Cyclopentenyl Organometallics to Optically Pure and Racemic 1-Vinylnorbornan-2-ones," *J. Am. Chem. Soc.* **1990**, *112*, 5562-5573.

185. Paquette, L. A.; Kesselmayer, M. A.; Rogers, R. D. "Quantitation of Proximity Effects on Rate. A Case Study Involving Dyotropic Hydrogen Migration within *syn*-Sesquinorbornene Disulfones Carrying Central Substituents Having Different Spatial Demands," *J. Am. Chem. Soc.* **1990**, *112*, 284-291.

186. Paquette, L. A.; Liang, S.; Waykole, L.; DeLucca, G.; Jendralla, H.; Rogers, R. D.; Kratz, D.; Gleiter, R. "[4.4.4]Propellahexaene by Triple Shapiro Degradation. Structural and Electronic Properties of This Maximally Unsaturated Hydrocarbon and Consequences of O-Methylation of Its [4.4.4]Propellatrienetrione Precursors," *J. Org. Chem.* **1990**, *55*, 1598-1611.

187. Paquette, L. A.; Pegg, N. A.; Toops, D.; Maynard, G. D.; Rogers, R. D. "[3.3] Sigmatropy within 1-Vinyl-2-alkenyl-7,7-dimethyl-*exo*-norbornan-2-ols. The First Atropselective Oxyanionic Cope Rearrangement," *J. Am. Chem. Soc.* **1990**, *112*, 277-283.

188. Paquette, L. A.; Teleha, C. A.; Taylor, R. T.; Maynard, G. D.; Rogers, R. D.; Gallucci, J. C.; Springer, J. P. "Boat/Chair Topographic Stereoselection during Anionic Oxy-Cope Rearrangement of 1-Alkenyl-2-cyclopentenyl-*endo*-norbornan-2-ols," *J. Am. Chem. Soc.* **1990**, *112*, 265-277.

189. Peterson, J. R.; Everson, T. P.; Rogers, R. D. "Novel Manganese(III) Oxidation Chemistry: X-ray Crystal Structures of $(1\alpha,2\alpha,4\beta)$-1,2-diacetoxy-4-(4-methoxyphenyl)-6-methoxy-1,2,3,4- tetrahydronaphthalene (Compound A) and $(1\alpha,2\alpha,4\beta)$-1,2-diacetoxy-4-(2-methoxyphenyl)-8-methoxy-1,2,3,4-tetrahydronaphthalene (Compound B)," *J. Crystallogr. Spectrosc. Res.* **1990**, *20*, 37-45.

190. Peterson, J. R.; Horsley, D. B.; Brozik, J. A.; Rogers, R. D. "Anticancer Agent Development. 4. X-ray Crystal Structure and Intermolecular Crystal Lattice Interactions of Methyl *Trans*-4,5-dihydro-4-acetoxymethyl-5-(3,4,5-trimethoxyphenyl)-2-(3,4-methylenedioxyphenyl)-3- furancarboxylate," *J. Crystallogr. Spectrosc. Res.* **1990**, *20*, 47-52.

191. Peterson, J. R.; Horsley, D. B.; Rogers, R. D. "Platelet-Activating-Factor Antagonist Design. 4. Structure and Intermolecular Crystal Lattice Interactions of *cis*-3,4-Dibenzyl-2-oxo-2,3,4,5-tetrahydrofuran," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1990**, *C46*, 872-875.

192. Peterson, J. R.; Peterson, S.; Baker, J. K.; Rogers, R. D. "Anticancer Agent Development. 5. X-ray Structure and [1]H NMR Spectral Analysis of (1α,2α,5α,6α)-2,6-bis(3,4-methylenedioxyphenyl)-3,7-dioxabicyclo[3.3.0]octane-4,8-dione," *J. Crystallogr. Spectrosc. Res.* **1990**, *20*, 327-333.

193. Rausch, M. D.; Spink, W. C.; Conway, B. G.; Rogers, R. D.; Atwood, J. L. "Synthetic and Structural Studies on (η[5]:η[5]-Fulvalene)bimetallic Compounds Derived from (η[5]:η[5]-Fulvalene)dithallium," *J. Organomet. Chem.* **1990**, *383*, 227-252.

194. Rogers, R. D.; Alt, H. G.; Maisel, H. E. "Die Molekülstruktur des Carbenartigen Ylidkomplexes (C₅H₄Me)(CO)₂Mn[CHCH(PEt₃)]," *J. Organomet. Chem.* **1990**, *381*, 233-238.

195. Rogers, R. D.; Atwood, J. L.; Rausch, M. D.; Macomber, D. W. "Crystal Structures of (η[5]-C₅H₄COMe)M(CO)₃Me (M = Mo,W)," *J. Crystallogr. Spectrosc. Res.* **1990**, *20*, 555-560.

196. Rogers, R. D.; Bond, A. H.; Hipple, W. G. "Macrocycle Complexation Chemistry. 33. Preparation of [Ca(12-crown-4)₂][UO₂Cl₄] and [Ca(OH₂)₃(15-crown-5)][UO₂Cl₄]. Structure of [Ca(OH₂)₃(15-crown-5)][UO₂Cl₄]," *J. Crystallogr. Spectrosc. Res.* **1990**, *20*, 611-616.

197. Rogers, R. D.; Nunez, L. "Macrocycle Complexation Chemistry. 29. Synthesis and Crystal Structure of [CuCl(18-thiacrown-6)]ₙ," *J. Coord. Chem.* **1990**, *21*, 111-118.

198. Rogers, R. D.; Nuñez, L. "Macrocycle Complexation Chemistry. 32. Modification of the Lanthanide Ion Coordination Sphere via Electrocrystallization of Hydrated Lanthanide Chloride Complexes of 12-crown-4," *Inorg. Chim. Acta* **1990**, *172*, 173-180.

199. Rogers, R. D.; Park, M.-G.; Kevill, D. N. "Structure of 3-(4-Methoxyphenyl)-4-phenyl-4*H*-1,2,4-triazole," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1990**, *C46*, 2218-2221.

200. Rogers, R. D.; Rollins, A. N. "Macrocycle Complexation Chemistry 30: Comparison of the Crystal Structures of [La(NO₃)₃(15-crown-5)] and [La(NO₃)₃(monoaza-15-crown-5)]," *J. Crystallogr. Spectrosc. Res.* **1990**, *20*, 389-393.

201. Rogers, R. D.; Rollins, A. N.; Etzenhouser, R. D.; Henry, R. F. "f-Element/Crown Ether Complexes. 27. The Synthesis and Crystal Structure of [Ce(NO₃)₃(OH₂)(12-crown-4)]•12-crown-4," *J. Inclusion Phenom. Mol. Recognit. Chem.* **1990**, *8*, 375-382.

202. Rogers, R. D.; Royal, J. D.; Bolton, D. M.; Boeyens, J. C. A.; Allen, C. C. "f-Element/Crown Ether Complexes. 20. Synthesis and Structure of [Y(NO₃)₃(OH₂)₃]•1.5(15-crown-5)•Me₂CO," *J. Crystallogr. Spectrosc. Res.* **1990**, *20*, 525-533.

203. Sivik, M. R.; Rogers, R. D.; Paquette, L. A. "Isodicyclopentadienes and Related Molecules LII. Comparative Analysis of the Solid State Structural Features of Bis(η[5]-(1*R*,8*R*)- and (η[5]-1*R*,8*R*),η[5]-(1*S*,8*S*)-7,7,9,9-tetramethyltricyclo[6.1.1.0[2,6]]deca-3,5-dien-2-yl)dichlorotitanium," *J. Organomet. Chem.* **1990**, *397*, 177-185.

204. Wayda, A. L.; Kaplan, M. L.; Lyons, A. M.; Rogers, R. D. "Mixed-Ligand Imidazole Complexes of Organolanthanides," *Polyhedron* **1990**, *9*, 751-756.

205. Alvarez, R.; Atwood, J. L.; Carmona, E.; Pérez, P. J.; Poveda, M. L.; Rogers, R. D. "Formation of Carbonyl-Carbonate Complexes of Molybdenum by Reductive Disproportionation of Carbon Dioxide. X-ray Structure of Mo₄(μ₄-CO₃)(CO)₂(O)₂(μ₂-O)₂(μ₂-OH)₄(PMe₃)₆," *Inorg. Chem.* **1991**, *30*, 1493-1499.

206. Beachley, O. T., Jr.; Lees, J. F.; Rogers, R. D. "(Tert-butyl)cyclopentadienylindium(I), In(C₅H₄CMe₃): Synthesis, Characterization and X-ray Structural Study," *J. Organomet. Chem.* **1991**, *418*, 165-171.

207. Burford, N.; McInnis, J. D.; Schriver, M. J.; Rogers, R. D. "Structure of Bis[bis(trimethylsilyl)methylene]methoxyphosphorane," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1991**, *C47*, 884-885.

208. Carmona, E.; Contreras, L.; Poveda, M. L.; Sánchez, L. J.; Atwood, J. L.; Rogers, R. D. "η[2]-Acyl and Methyl Complexes of Tungsten. Crystal and Molecular Structures of W(η[2]-C(O)CH₂SiMe₃)Cl(CO)(PMe₃)₃ and W(CH₃)(S₂CNMe₂)(CO)₂(PMe₃)₂," *Organometallics* **1991**, *10*, 61-71.

209. Christie, S.; Dubois, R. H.; Rogers, R. D.; White, P. S.; Zaworotko, M. J. "Air Stable Liquid Clathrates: Solid State Structure and Hydrocarbon Solubility of Organic Cation Triodide Salts," *J. Inclusion Phenom. Mol. Recognit. Chem.* **1991**, *11*, 103-114.

210. Gilbert, T. M.; Rogers, R. D. "Spectroscopic Properties of Conjugated Metal-Carbon Multiple Bonds: Synthesis and Absorption Spectra of the "Dialkylidynes" (RO)₃W/C-C/W(OR)₃ (OR = OCMe₃, OCMe₂CF₃, OCMe₂Et)," *J. Organomet. Chem.* **1991**, *421*, C1-C5.

211. Hufford, C. D.; Badria, F. A.; Abou-Karam, M.; Shier, W. T.; Rogers, R. D. "Preparation, Characterization, and Antiviral Activity of Microbial Metabolites of Stemodin," *J. Nat. Prod.* **1991**, *54*, 1543-1552.

212. Jürgens, A. R.; McChesney, J. D.; Rogers, R. D. "Synthesis of Hydrophenanthrene Natural Products. Structure of a 17-Nordehydropimarane Derived from Dehydroabietic Acid," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1991**, *C47*, 1675-1678.

213. Macomber, D. W.; Hung, M.-H.; Madhukar, P.; Liang, M.; Rogers, R. D. "Synthesis and Structures of (μ-Bis(carbene)dimetal Complexes of Chromium and Tungsten," *Organometallics* **1991**, *10*, 737-746.

214. Macomber, D. W.; Madhukar, P.; Rogers, R. D. "Unusual Rearrangement of [(α-(Silyl)alkyl)alkoxycarbene]tungsten Complexes: X-ray Crystal Structure of (*E*)-(CO)₅W[C(N(CH₃)₂)CH₂CH₂CH=C(OCH₃)Si(CH₃)₃]," *Organometallics* **1991**, *10*, 2121-2126.

215. Negri, J. T.; Rogers, R. D.; Paquette, L. A. "Belted Spirocyclic Tetrahydrofurans: A New Class of Preorganized Ionophoric Polyethers. Molecular Structure, Conformation, and Binding to Alkali-Metal Atoms," *J. Am. Chem. Soc.* **1991**, *113*, 5073-5075.

216. Nuñez, L.; Rogers, R. D.; Crabtree, G. W.; Welp, U.; Vandervoort, K.; Umezawa, A.; Fang, Y. "Magnetic and Structural Properties of Fe in Single Crystals of YBa₂Cu₃₋ₓFeₓO₇₋ₛ," *Phys. Rev. B: Condensed Matter* **1991**, *44*, 4526-4531.

217. Ogasa, M.; Mallin, D. T.; Macomber, D. W.; Rausch, M. D.; Rogers, R. D.; Rollins, A. N. "Synthetic and Structural Studies on New Vinylcyclopentadienyl Derivatives of Titanium, Iron and Thallium," *J. Organomet. Chem.* **1991**, *405*, 41-52.

218. Ogasa, M.; Rausch, M. D.; Rogers, R. D. "New Heterobimetallic Compounds Derived from [η[5]-(Dimethylphosphino)cyclopentadienyl][η[7]-(dimethylphosphino)cycloheptatrienyl]titanium," *J. Organomet. Chem.* **1991**, *403*,

279-291.

219. Paquette, L. A.; Combrink, K. D.; Elmore, S. W.; Rogers, R. D. "Impact of Substituent Modifications on the Atropselectivity Characteristics of an Anionic Oxy-Cope Ring Expansion," *J. Am. Chem. Soc.* **1991**, *113*, 1335-1344.

220. Paquette, L. A.; Friedrich, D.; Rogers, R. D. "Alkylaluminum-Catalyzed Claisen Expansion Reactions. Scope and Stereochemistry," *J. Org. Chem.* **1991**, *56*, 3841-3849.

221. Paquette, L. A.; Moorhoff, C. M.; Maynard, G. D.; Hickey, E. R.; Rogers, R. D. "Stereochemical Course of the Base-Promoted Aldol Self-Coupling of Racemic 5-Norbornen-2-one and 2-Norbornanone," *J. Org. Chem.* **1991**, *56*, 2449-2455.

222. Paquette, L. A.; O'Doherty, G. A.; Rogers, R. D. "Intramolecular Reaction Rate Is Not Determined Exclusively by the Distance Separating Reaction Centers. The Kinetic Consequences of Modulated Ground State Strain on Dyotropic Hydrogen Migration in Systems of Very Similar Geometric Disposition," *J. Am. Chem. Soc.* **1991**, *113*, 7761-7762.

223. Peterson, J. R.; Do, H. D.; Rogers, R. D. "Anticancer Agent Development; 6. Application of the Heterocycle Annulation-Rearrangement Strategy in the Synthesis of a Podophyllotoxin Precursor," *Synthesis* **1991**, 275-277.

224. Peterson, J. R.; Do, H. D.; Rogers, R. D. "X-ray Structure and Crystal Lattice Interactions of the Taxol Side-Chain Methyl Ester," *Pharm. Res.* **1991**, *8*, 908-912.

225. Piatak, D. M.; Tang, P.-F. L.; Franciskovich, J.; Rogers, R. D. "Stereochemistry of Erysulfone," *J. Nat. Prod.* **1991**, *54*, 902-904.

226. Rausch, M. D.; Ogasa, M.; Ayers, M. A.; Rogers, R. D.; Rollins, A. N. "Formation and Molecular Structure of Hydridotricarbonyl{[η⁵-(diphenylphosphino)cyclopentadienyl][η⁷- (diphenylphosphino)cycloheptatrienyl]titanium-*P,P*'}manganese: A New Chelated Titanium-Manganese Heterobimetallic Compound," *Organometallics* **1991**, *10*, 2481-2484.

227. Rausch, M. D.; Ogasa, M.; Rogers, R. D.; Rollins, A. N. "Synthetic and Structural Studies on Carboxy, Carbomethoxy, and Trimethylsilyl Derivatives of (η⁵-Cyclopentadienyl)(η⁷- cycloheptatrienyl)titanium," *Organometallics* **1991**, *10*, 2084-2086.

228. Rogers, R. D.; Benning, M. M. "Macrocycle Complexation Chemistry. 37. The Isolation and Crystallographic Characterization of the U⁴⁺ and UO₂²⁺ Extraction Complexes [(H₅O₂)(dicyclohexano-24-crown-8)]₂[UO₂Cl₄]•MeOH and [(H₅O₂)(dicyclohexano-24-crown- 8)]₂[UCl₆]•MeOH," *J. Inclusion Phenom. Mol. Recognit. Chem.* **1991**, *11*, 121-135.

229. Rogers, R. D.; Bond, A. H.; Henry, R. F. "Structure of Ammonium *p*-Toluenesulfonate," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1991**, *C47*, 168-170.

230. Rogers, R. D.; Bond, A. H.; Hipple, W. G.; Rollins, A. N.; Henry, R. F. "Synthesis and Structural Elucidation of Novel Uranyl-Crown Ether Compounds Isolated from Nitric, Hydrochloric, Sulfuric, and Acetic Acids," *Inorg. Chem.* **1991**, *30*, 2671-2679.

231. Rogers, R. D.; Bond, A. H.; Witt, M. M. "Macrocycle Complexation Chemistry 34. Polyethylene Glycol and Glycolate Complexes of Th⁴⁺. Preparation and Structural Characterization of [ThCl₃(pentaethylene glycol)]Cl•CH₃CN and the (Th⁴⁺)₄ Cluster, [Th₄Cl₈(O)(tetraethylene glycolate)₃]•3CH₃CN," *Inorg. Chim. Acta* **1991**, *182*, 9-17.

232. Rogers, R. D.; Etzenhouser, R. D.; Murdoch, J. S.; Reyes, E. "Macrocycle Complexation Chemistry. 35. Survey of the Complexation of the Open Chain 15-Crown-5 Analogue Tetraethylene Glycol with the Lanthanide Chlorides," *Inorg. Chem.* **1991**, *30*, 1445-1455.

233. Rogers, R. D.; Rollins, A. N.; Henry, R. F.; Murdoch, J. S.; Etzenhouser, R. D.; Huggins, S. E.; Nuñez, L. "Direct Comparison of the Preparation and Structural Features of Crown Ether and Polyethylene Glycol Complexes of NdCl₃•6H₂O," *Inorg. Chem.* **1991**, *30*, 4946-4954.

234. Rogers, R. D.; Weitl, F. L.; Kevill, D. N. "Structure of 1-(1-adamantyl)-5-(α-methylvinyl)tetrazole," *J. Crystallogr. Spectrosc. Res.* **1991**, *21*, 661-665.

235. Zaworotko, M. J.; Sturge, K. C.; Nunez, L.; Rogers, R. D. "Sterically Crowded Organometallics. Influence of Complexation upon the Conformation of Hexakis(phenylethyl)benzene," *Organometallics* **1991**, *10*, 1806-1810.

236. Burford, N.; Mason, S.; Spence, R. E. v. H.; Whalen, J. M.; Richardson, J. F.; Rogers, R. D. ""Genuine Heterocycles" from the Acid-Induced Cyclization of (Silylamino)(imino)(chalcogeno)phosphoranes and as a Result of Chloride Ion Abstraction from Bis[bis(trimethylsilyl)amino]thiophosphoryl Chloride," *Organometallics* **1992**, *11*, 2241-2250.

237. Burford, N.; Spence, R. E. v. H.; Whalen, J. M.; Richardson, J. F.; Rogers, R. D. "Novel Cyclisations of the Chalcogeno-Phosphoryl Unit and the Formation of Genuine Heterocycles," *Phosphorus, Sulfur, and Silicon* **1992**, *64*, 137-144.

238. Gilbert, T. M.; Landes, A. M.; Rogers, R. D. "Synthesis and Electronic Properties of Triply Bonded Hexakis(fluoroalkoxy)dimolybdenum Complexes. Structure of Mo₂[OCMe(CF₃)₂]₆ and Investigation of the Nature of the Frontier Orbitals in Triply Bonded M₂X₆ Compounds," *Inorg. Chem.* **1992**, *31*, 3438-3444.

239. Nuñez, L.; Rogers, R. D. "Crystal Structure of [PrCl₃(15-crown-5)] Prepared via Electrocrystallization," *J. Crystallogr. Spectrosc. Res.* **1992**, *22*, 265-269.

240. Paquette, L. A.; Andrews, J. F. P.; Vanucci, C.; Lawhorn, D. E.; Negri, J. T.; Rogers, R. D. "Regio- and Stereochemical Course of the Ring Expansion of Bridged Bicyclic Ketones to Spirocyclic α-Keto Tetrahydrofurans," *J. Org. Chem.* **1992**, *57*, 3956-3965.

241. Paquette, L. A.; Branan, B. M.; Rogers, R. D. "X-ray Crystallographic Study of α-Brominated Diketo Tetraquinanes. Conformational Effects of the Number of Halogens and their Position on Bond Length and Solid-State Conformation," *Tetrahedron* **1992**, *48*, 297-306.

242. Paquette, L. A.; Elmore, S. W.; Combrink, K. D.; Hickey, E. R.; Rogers, R. D. "134. An Enantioselective Approach to the Taxanes: Direct Access to Functionalized *cis*-Tricyclo[9.3.1.0³⁻⁸]pentadecanes *via* α-Hydroxy Ketone and *Wagner-Meerwein* Rearrangements," *Helv. Chim. Acta* **1992**, *75*, 1755-1771.

243. Paquette, L. A.; Kesselmayer, M. A.; Underiner, G. E.; House, S. D.; Rogers, R. D.; Meerholz, K.; Heinze, J. "Multifaceted Consequences of Holding Two [8] Annulene Rings Face-to-Face. Synthesis, Structural Characteristics, and Reduction Behavior of [2₂](1,5)Cyclooctatetraenophane," *J. Am. Chem. Soc.* **1992**, *114*, 2644-2652.

244. Paquette, L. A.; Negri, J. T.; Rogers, R. D. "Synthesis and Molecular Structure of Belted Spirocyclic Tetrahydrofurans, a New Class of Preorganized Hosts for Cations," *J. Org. Chem.* **1992**, *57*, 3947-3956.

245. Peterson, J. R.; Zjawiony, J. K.; Liu, S.; Hufford, C. D.; Clark, A. M.; Rogers, R. D. "Copyrine Alkaloids: Synthesis, Spectroscopic Characterization, and Antimycotic/Antimycobacterial Activity of A- and B-Ring-Functionalized Sampangines," *J. Med. Chem.* **1992**, *35*, 4069-4077.

246. Rogers, R. D.; Benning, M. M.; Etzenhouser, R. D.; Rollins, A. N. "Synthesis and Structural Characterization of the Monodentate 12-Crown-4 and Hexaethylene Glycol Complexes of Uranium(VI): [UO₂Cl₂(OH₂)₂(12-crown-4)]•12-crown-4 and UO₂Cl₂(OH₂)₂(hexaethylene glycol)," *J. Coord. Chem.* **1992**, *26*, 299-311.

247. Rogers, R. D.; Bond, A. H. "Crown Ether Complexes of Lead(II) Nitrate. Crystal Structures of the 12-Crown-4, 15-Crown-5, Benzo-15-Crown-5, and 18-Crown-6 Complexes," *Inorg. Chim. Acta* **1992**, *192*, 163-171.

248. Rogers, R. D.; Bond, A. H. "Structure of [ThCl(OH)(OH₂)₆]₂Cl₄•18-crown-6•2H₂O," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1992**, *C48*, 1199-1201.

249. Rogers, R. D.; Bond, A. H. "Structure of [Ca(triethylene glycol)₂]Cl₂•4H₂O," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1992**, *C48*, 1782-1785.

250. Rogers, R. D.; Bond, A. H.; Aguinaga, S. "Alcoholysis of Bi(NO₃)₃•5H₂O by Polyethylene Glycols. Comparison with Bismuth(III) Nitrate Crown Ether Complexation," *J. Am. Chem. Soc.* **1992**, *114*, 2960-2967.

251. Rogers, R. D.; Bond, A. H.; Aguinaga, S.; Reyes, A. "Complexation Chemistry of Bismuth(III) Halides with Crown Ethers and Polyethylene Glycols. Structural Manifestations of a Stereochemically Active Lone Pair," *J. Am. Chem. Soc.* **1992**, *114*, 2967-2977.

252. Rogers, R. D.; Bond, A. H.; Hipple, W. G. "Synthesis and Crystal Structure of [UO₂(NO₃)₂(OH₂)₂]•2(benzo-15-crown-5)," *J. Crystallogr. Spectrosc. Res.* **1992**, *22*, 365-369.

253. Rogers, R. D.; Etzenhouser, R. D.; Murdoch, J. S. "Triethylene Glycol Complexes of the Early Lanthanide(III) Chlorides," *Inorg. Chim. Acta* **1992**, *196*, 73-79.

254. Rogers, R. D.; Henry, R. F. "Crystal Structure of [CeCl(OH₂)₃(EG4)]Cl₂•H₂O (EG4 = Tetraglyme)," *J. Crystallogr. Spectrosc. Res.* **1992**, *22*, 361-364.

255. Rogers, R. D.; Henry, R. F. "Structure of [PrCl₃(EO4)]₂," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1992**, *C48*, 1099-1101.

256. Rogers, R. D.; Henry, R. F.; Rollins, A. N. "Macrocycle Complexation Chemistry. 38. Crystallographic and Ultraviolet/Visible Characterization of Nitrobenzo-15-crown-5, Dinitrobenzo-15-crown-5, and Dinitrodibenzo-18-crown-6•2CH₃CN," *J. Inclusion Phenom. Mol. Recognit. Chem.* **1992**, *13*, 219-232.

257. Rogers, R. D.; Huggins, S. E.; Henry, R. F.; Bond, A. H. "Arene-Substituent Effects in Benzo-15-crown-5 Complexes. The Crystal Structures of 4-Aminobenzo-15-crown-5 and [KI(OH₂)(4-nitrobenzo-15-crown-5)]₂," *Supramol. Chem.* **1992**, *1*, 59-63.

258. Alt, H. G.; Han, J. S.; Rogers, R. D. "Darstellung und Charakterisierung von Indenyl- und Fluorenylfunktionalisierten Cyclopentadienylcarbonyl-Methylkomplexen des Molybdäns und Wolframs. Molekülstrukturen von (η⁵-C₅H₄CMe₂C₉H₇)M(CO)₃Me (M = Mo,W), (η⁵-C₅H₄CMe₂C₁₃H₉)M(CO)₃Me und (η⁵:η²-C₅H₄CMe₂C₉H₇)Mo(CO)₂Me," *J. Organomet. Chem.* **1993**, *445*, 115-124.

259. Alt, H. G.; Han, J. S.; Rogers, R. D. "Photoinduzierte Desalkylierungsreaktionen an Indenyl- und Fluorenylfunktionalisierten Cyclopentadienyltricarbonyl-Methylkomplexen des Molybdäns und Wolframs. Molekülstrukturen von (η⁵:η¹-C₅H₄CMe₂C₉H₆)Mo(CO)₃, (η⁵:η¹- C₅H₄CMe₂C₁₃H₈)W(CO)₃, und [(η⁵-C₅H₄(C₂H₃)₂C₁₃H₉)W(CO)₃]₂," *J. Organomet. Chem.* **1993**, *454*, 165-172.

260. Alt, H. G.; Han, J. S.; Rogers, R. D.; Thewalt, U. "Acetylenkomplexe des Wolframs. Molekülstrukturen von (η⁵-C₅H₄CMe₂C₁₃H₉)W(CO)(HC₂Ph)Me, (η⁵:η¹-C₅H₄CMe₂C₁₃H₈)W(CO)(C₂Ph₂) und (η⁵-C₅H₅)Cr(CO)(C₂H₂)NO; ein Vergleich von alkinischen Vier- und Zweielektronenliganden," *J. Organomet. Chem.* **1993**, *459*, 209-217.

261. Beachley, O. T., Jr.; Maloney, J. D.; Rogers, R. D. "Gallium and Indium Compounds Containing Three Different Substituents. Crystal and Molecular Structure of [(Me₃CCH₂)ClGaPPh₂]₃," *J. Organomet. Chem.* **1993**, *449*, 69-75.

262. Beachley, O. T., Jr.; Maloney, J. D.; Rogers, R. D. "Synthesis of [(Me₃CCH₂)Ga(PPh₂)₂] from [(Me₃CCH₂)ClGaPPh₂]₃," *Organometallics* **1993**, *12*, 229-232.

263. Burford, N.; Losier, P.; Mason, S.; Royan, B. W.; Spence, R. E. v. H.; Bakshi, P. K.; Borecka, B.; Cameron, T. S.; Richardson, J. F.; Rogers, R. D. "The Stability of *Carbenic* and *Alkenic* Phosphorus Environments," *Phosphorus, Sulfur Silicon Relat. Elem.* **1993**, *76*, 17-20.

264. Filippou, A. C.; Völkl, C.; Rogers, R. D. "Metal-Centered C-C Coupling of Nitriles with 1- Azaallyl Ligands; Synthesis and Structure of β-Diiminato Complexes of Tungsten," *J. Organomet. Chem.* **1993**, *463*, 135-142.

265. Gilbert, T. M.; Rogers, R. D. "Structure of [W₂(μ-C₂){OC(CH₃)₃}₆]: a Dimetallabutadiyne," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1993**, *C49*, 677-680.

266. Hadley, F. J.; Gilbert, T. M.; Rogers, R. D. "Crystal Structures of (η⁶-C₇H₈)M(CO)₃ (M = Cr, W). Comparisons Among a Homologous Series of Cycloheptatriene Complexes and Experimental Evidence for a Boat Conformation of the Coordinated Ring," *J. Organomet. Chem.* **1993**, *455*, 107-113.

267. Heeres, H. J.; Nijhoff, J.; Teuben, J. H.; Rogers, R. D. "Reversible Carbon-Carbon Bond Formation in Organolanthanide Systems. Preparation and Properties of Lanthanide Acetylides [Cp*₂LnC/CR]ₙ and Their Rearrangement Products [Cp*₂Ln]₂(μ-η²:η²-RC₄R) (Ln = La, Ce, R = alkyl)," *Organometallics* **1993**, *12*, 2609-2617.

268. Horwitz, E. P.; Dietz, M. L.; Diamond, H.; Rogers, R. D.; Leonard, R. A. "Advanced Chemical Separations in Support of the

Clean Option Strategy," In *International Conference and Technology Exhibition on Future Nuclear Systems: Emerging Fuel Cycles and Waste Disposal Options Global '93*, American Nuclear Society, Inc.: La Grange Park, IL, 1993; Vol. 1; pp 39-43.

269. Horwitz, E. P.; Dietz, M. L.; Diamond, H.; Rogers, R. D.; Leonard, R. A. "Combined TRU-Sr Extraction/Recovery Process," In *Solvent Extraction in the Process Industries, Proceedings of ISEC '93*; Logsdail, D. H.; Slater, M. J., Eds.; Elsevier: London, 1993; Vol. 3; pp 1805-1812.

270. Hufford, C. D.; Jia, Y.; Croom, E. M., Jr.; Muhammed, I.; Okunade, A. L.; Clark, A. M.; Rogers, R. D. "Antimicrobial Compounds from *Petalostemum purpureum*," *J. Nat. Prod.* **1993**, *56*, 1878-1889.

271. Nuñez, L.; Rogers, R. D. "Utilization of Crown Ether Chemistry to Prepare Bimetallic Compounds: Preparation and Structural Characterization of [Ba(15-crown-5)$_2$][CuCl$_4$]," *J. Coord. Chem.* **1993**, *28*, 347-354.

272. Rogers, R. D.; Alt, H. G. "Crystal Structure of Cr(CO)$_5$(NHMe$_2$)," *J. Crystallogr. Spectrosc. Res.* **1993**, *23*, 533-535.

273. Rogers, R. D.; Bauer, C. B. "Crystal Structures of [Gd$_6$(O)(OH)$_8$(NO$_3$)$_6$(OH$_2$)$_{12}$][NO$_3$]$_2$•2H$_2$O and [NH$_4$]$_2$[Yb$_6$(O)(OH)$_8$(NO$_3$)$_7$(OH$_2$)$_{10}$][NO$_3$]$_3$•H$_2$O," *J. Crystallogr. Spectrosc. Res.* **1993**, *23*, 537-545.

274. Rogers, R. D.; Bond, A. H.; Aguinaga, S. "Synthesis and Crystallographic Characterization of [Cd(OH$_2$)$_2$(μ-Br)$_4$(Cd(2-hydroxyethyl sulfide)(μ-Br))$_2$]$_n$," *J. Crystallogr. Spectrosc. Res.* **1993**, *23*, 857-862.

275. Rogers, R. D.; Bond, A. H.; Aguinaga, S.; Reyes, A. "Polyethylene Glycol Complexation of Cd$^{2+}$. Structures of Triethylene Glycol Complexes of CdCl$_2$, CdBr$_2$ and CdI$_2$," *Inorg. Chim. Acta* **1993**, *212*, 225-231.

276. Rogers, R. D.; Bond, A. H.; Bauer, C. B. "Aqueous Biphase Systems for Liquid/Liquid Extraction of f-Elements Utilizing Polyethylene Glycols," *Sep. Sci. Technol.* **1993**, *28*, 139-153.

277. Rogers, R. D.; Bond, A. H.; Bauer, C. B. "The Crown Ether Extraction of Group 1 and 2 Cations in Polyethylene Glycol-Based Aqueous Biphasic Systems at High Alkalinity," *Pure Appl. Chem.* **1993**, *65*, 567-572.

278. Rogers, R. D.; Bond, A. H.; Bauer, C. B. "Metal Ion Separations in Polyethylene Glycol-Based Aqueous Biphasic Systems," *Sep. Sci. Technol.* **1993**, *28*, 1091-1126.

279. Rogers, R. D.; Bond, A. H.; Bauer, C. B. "Polyethylene Glycol-Based Aqueous Biphasic Systems for Liquid/Liquid Extraction of Environmentally Toxic Heavy Metals," In *Solvent Extraction in the Process Industries, Proceedings of ISEC '93*; Logsdail, D. H.; Slater, M. J., Eds.; Elsevier: London, 1993; Vol. 3; pp 1641-1648.

280. Rogers, R. D.; Bond, A. H.; Wolff, J. L. "Structural Studies of Polyether Coordination to Mercury(II) Halides: Crown Ether versus Polyethylene Glycol Complexation," *J. Coord. Chem.* **1993**, *29*, 187-207.

281. Rogers, R. D.; Henry, R. F.; Ochrymowycz, L. A.; Toske, S. G. "The Improved Synthesis and Crystal Structure of 20-Thiocrown-4," *J. Inclusion Phenom. Mol. Recognit. Chem.* **1993**, *15*, 145-152.

282. Rogers, R. D.; Macomber, D. W.; Liang, M. "Crystal Structure of a (μ-Bis(carbene)dimetal Complex of Tungsten," *J. Crystallogr. Spectrosc. Res.* **1993**, *23*, 623-628.

283. Rogers, R. D.; Rollins, A. N.; Etzenhouser, R. D.; Voss, E. J.; Bauer, C. B. "Structural Investigation into the Steric Control of Polyether Complexation in the Lanthanide Series: Macrocyclic 18-Crown-6 versus Acyclic Pentaethylene Glycol," *Inorg. Chem.* **1993**, *32*, 3451-3462.

284. Rogers, R. D.; Sivik, M. R.; Paquette, L. A. "Isodicyclopentadienes and Related Molecules LVII. Solid State Structural Studies of the Diastereomeric *exo*- and *endo*-(η$^5$-Cyclopentadienyl)(η$^5$-1S,8R)-9,9-dimethyltricyclo[6.1.1.0$^{2,6}$]deca-2,5-dienyl)dichlorotitaniums and a Stereopure *exo*-(η$^5$-Pentamethyl-cyclopentadienyl) Congener," *J. Organomet. Chem.* **1993**, *450*, 125-135.

285. Sangokoya, S. A.; Pennington, W. T.; Byers-Hill, J.; Robinson, G. H.; Rogers, R. D. "Toward Unusual Al-O Compounds. Synthesis and Molecular Structure of [Al$_4$O(OCH$_2$CF$_3$)$_{11}$]$^-$: Structural Characterization of a Novel Al$_4$O$_{12}$ Cluster," *Organometallics* **1993**, *12*, 2429-2431.

286. Donaldson, W. A.; Shang, L.; Rogers, R. D. "Reactivity of Tricarbonyl(pentadienyl)iron(1+) Cations: Preparation of an Optically Pure Tricarbonyl(diene)iron Complex via Second-Order Asymmetric Transformation," *Organometallics* **1994**, *13*, 6-7.

287. Fierro, R.; Rausch, M. D.; Rogers, R. D.; Herberhold, M. "New Sulfur and Selenium Derivatives of (η$^5$-Cyclopentadienyl)(η$^7$-cycloheptatrienyl)titanium, and Their Application in the Syntheses of Heterobimetallic Compounds," *J. Organomet. Chem.* **1994**, *472*, 87-95.

288. Gilbert, T. M.; Bond, A. H.; Rogers, R. D. "Structures of a Series of [4-R-C$_6$H$_4$-CH(OR')$_2$]Cr(CO)$_3$ Complexes: Evidence Against a Favored Carbonyl Orientation in (*Para*-disubstituted Arene)chromium Tricarbonyl Compounds," *J. Organomet. Chem.* **1994**, *479*, 73-86.

289. Gilbert, T. M.; Hadley, F. J.; Bauer, C. B.; Rogers, R. D. "Organotransition Metal Compounds for Photonics: Syntheses and Structures of a Series of (Nitrostilbene)chromium Tricarbonyl Complexes," *Organometallics* **1994**, *13*, 2024-2034.

290. Gilbert, T. M.; Rogers, R. D. "Structures of Z-(Nitrostilbene)chromium Tricarbonyl Complexes: The Effect of Metal Coordination on the Nonplanarity of the Stilbene System," *J. Chem. Crystallogr.* **1994**, *24*, 315-320.

291. Hasinoff, L.; Takats, J.; Zhang, X. W.; Bond, A. H.; Rogers, R. D. "Application of the Sterically Demanding Hydrotris(3-*tert*-butyl-5-methylpyrazolyl)borate Ligand to Ln(II) Chemistry: Synthesis of a New Class of Mixed-Ligand Yb(II) Complexes," *J. Am. Chem. Soc.* **1994**, *116*, 8833-8834.

292. Ji, Z. P.; Rogers, R. D. "Structure of [La(NO$_3$)$_3$(OH$_2$)$_2$(OHMe)(bipy)]•15-crown-5," *J. Chem. Crystallogr.* **1994**, *24*, 415-419.

293. Ji, Z. P.; Rogers, R. D. "The Synthesis and Crystal Structure of [La(OH$_2$)$_5$(phen)$_2$]Cl$_3$•4H$_2$O•phen," *J. Chem. Crystallogr.* **1994**, *24*, 797-800.

294. Khalifa, S. I.; Baker, J. K.; Rogers, R. D.; El-Feraly, F. S.; Hufford, C. D. "Microbial and Mammalian Metabolism Studies of the Semisynthetic Antimalarial, Anhydrodihydroartemisinin," *Pharm. Res.* **1994**, *11*, 990-994.

295. O'Doherty, G. A.; Rogers, R. D.; Paquette, L. A. "Consequences of Modulated Precompression along Reaction Coordinates.

Synthesis, Crystallographic Structural Studies, and Rate of Intramolecular Dyotropy in an Extended Series of *syn*-Sesquinorbornene Disulfones," *J. Am. Chem. Soc.* **1994**, *116*, 10883-10894.

296. Okunade, A. L.; Liu, S.; Clark, A. M.; Hufford, C. D.; Rogers, R. D. "Sesquiterpene Lactones from *Peucephyllum schottii*," *Phytochemistry* **1994**, *35*, 191-194.

297. Paquette, L. A.; Branan, B. M.; Friedrich, D.; Edmondson, S. D.; Rogers, R. D. "Analysis of the Conformational Nature, Resolvability, and Thermal Racemization of Hetero 2,3-Dispiro Cyclohexanones. The Weighting of Carbonyl/C-X Stabilization Relative to the Electronic Interaction between the Vicinal Electronegative Substituents," *J. Am. Chem. Soc.* **1994**, *116*, 506-513.

298. Rogers, R. D.; Adrowski, M. J.; Bond, A. H. "Crystal Structure of Pt(S$_2$COEt)$_2$," *J. Chem. Crystallogr.* **1994**, *24*, 707-710.

299. Rogers, R. D.; Bauer, C. B. "Structure of Diethylenetriammonium Nitrate," *J. Chem. Crystallogr.* **1994**, *24*, 281-283.

300. Rogers, R. D.; Bauer, C. B. "Crystal Structure of Pyridinium Hydrogen Sulfate, [HC$_5$H$_5$N][HSO$_4$]," *J. Chem. Crystallogr.* **1994**, *24*, 285-287.

301. Rogers, R. D.; Bauer, C. B.; Bond, A. H. "Crown Ethers as Actinide Extractants in Acidic Aqueous Biphasic Systems: Partitioning Behavior in Solution and Crystallographic Analyses of the Solid State," *J. Alloys Compd.* **1994**, *213/214*, 305-312.

302. Rogers, R. D.; Jezl, M. L. "Ammonium Heptachlorooxodiantimonate(III), (NH$_4$)$_3$[Sb$_2$Cl$_7$O]," *Acta Crystallogr., Sect. C. Cryst. Struct. Commun.* **1994**, *C50*, 1527-1529.

303. Rogers, R. D.; Jezl, M. L.; Bauer, C. B. "Effects of Polyethylene Glycol on the Coordination Sphere of Strontium in SrCl$_2$ and Sr(NO$_3$)$_2$ Complexes," *Inorg. Chem.* **1994**, *33*, 5682-5692.

304. Rogers, R. D.; Rollins, A. N. "Primary to Secondary Sphere Coordination of 18-Crown-6 to Lanthanide(III) Nitrates: Structural Analysis of [Pr(NO$_3$)$_3$(18-crown-6)] and [M(NO$_3$)$_3$(OH$_2$)$_3$]•18-crown-6 (M = Y, Eu, Tb-Lu)," *J. Chem. Crystallogr.* **1994**, *24*, 321-329.

305. Rogers, R. D.; Rollins, A. N. "Primary to Secondary Sphere Coordination of 15-Crown-5 to Lanthanide(III) Chlorides: Structural Analysis of [MCl$_3$(15-crown-5)] (M = La, Ce) and [Er(OH$_2$)$_8$]Cl$_3$•15-crown-5," *J. Chem. Crystallogr.* **1994**, *24*, 531-537.

306. Bauer, C. B.; Rogers, R. D.; Nuñez, L.; Ziemer, M. D.; Pleune, T. T.; Vandegrift, G. F.; "Review and Evaluation of Extractants for Strontium Removal Using Magnetically Assisted Chemical Separation," Report ANL-95/26, Argonne National Laboratory: Argonne, IL 1995; 25 pp.

307. Beachley, O. T., Jr.; Maloney, J. D.; Banks, M. A.; Rogers, R. D. "Synthesis and Characterization of a Series of Organoindium Phosphides, Including Molecular Structures of [(Me$_3$CCH$_2$)$_2$InPEt$_2$]$_2$ and [(Me$_3$CCH$_2$)$_2$InP(H)(C$_6$H$_{11}$)]$_3$," *Organometallics* **1995**, *14*, 3448-3454.

308. Black, D. G.; Swenson, D. C.; Jordan, R. F.; Rogers, R. D. "Tetraaza Macrocycles as Ancillary Ligands in Early Metal Alkyl Chemistry. Synthesis and Characterization of Out-of-Plane (Me$_4$taen)ZrX$_2$ (X = Alkyl, Benzyl, NMe$_2$, Cl) and (Me$_4$taen)ZrX$_2$(NHMe$_2$) (X = Cl, CCPh) Complexes," *Organometallics* **1995**, *14*, 3539-3550.

309. Bowen, D. E.; Jordan, R. F.; Rogers, R. D. "Group 4 Metal Mono-Dicarbollide Piano Stool Complexes. Synthesis, Structure, and Reactivity of (η$^5$-C$_2$B$_9$H$_{11}$)M(NR$_2$)$_2$(NHR$_2$) (M = Zr, R = Et; M = Ti, R = Me, Et)," *Organometallics* **1995**, *14*, 3630-3635.

310. Dietz, M. L.; Horwitz, E. P.; Rogers, R. D. "Extraction of Strontium from Acidic Nitrate Media Using a Modified PUREX Solvent," *Solvent Extr. Ion Exch.* **1995**, *13*, 1-17.

311. Feil-Jenkins, J. F.; Nash, K. L.; Rogers, R. D. "Lanthanide Complexes with Tetrahydrofuran-2,3,4,5-tetracarboxylic Acid: The Effect of Ligand Rigidity on Cation Size-Selectivity," *Inorg. Chim. Acta* **1995**, *236*, 67-74.

312. Fu, W.; McDonald, R.; Takats, J.; Bond, A. H.; Rogers, R. D. "Cycloheptatrienyl bridged heterobimetallic complexes: fluxional behavior and X-ray crystal structure of *syn*-(µ$^3$:η$^2$-C$_7$H$_7$)Fe(CO)$_3$Pd(η$^3$-C$_3$H$_5$)," *Inorg. Chim. Acta* **1995**, *229*, 307-313.

313. Galindo, A.; Gutiérrez, E.; Monge, A.; Paneque, M.; Pastor, A.; Pérez, P. J.; Rogers, R. D.; Carmona, E. "Dinitrogen, Butadiene and Related Complexes of Molybdenum. Crystal Structures of Mo(N$_2$)(PMe$_3$)$_5$ and [Mo(η$^3$-CH$_3$CHCHCH$_2$)(η$^4$-C$_4$H$_6$)(PEt$_3$)$_2$][BF$_4$]," *J. Chem. Soc., Dalton Trans.* **1995**, 3801-3808.

314. Horwitz, E. P.; Dietz, M. L.; Diamond, H.; Rogers, R. D.; Leonard, R. A. "Combined TRUEX-SREX Extraction/Recovery Process," In *Chemical Pretreatment of Nuclear Waste for Disposal*; Schulz, W. W.; Horwitz, E. P., Eds.; Plenum: New York, 1995; pp 81-99.

315. Hufford, C. D.; Khalifa, S. I.; Orabi, K. Y.; Wiggers, F. T.; Kumar, R.; Rogers, R. D.; Campana, C. F. "1α-Hydroxyarteether, a New Microbial Transformation Product," *J. Nat. Prod.* **1995**, *58*, 751-755.

316. Paquette, L. A.; Branan, B. M.; Rogers, R. D. "High-Pressure Diels-Alder Reactions of 1-Oxa[4.4.4]propella-5,7-diene Proceed with Framework Isomerization," *J. Org. Chem.* **1995**, *60*, 1852-1855.

317. Paquette, L. A.; Branan, B. M.; Rogers, R. D.; Bond, A. H.; Lange, H.; Gleiter, R. "Heteroatomic Influences on the π-Facial Selectivity of Diels-Alder Cycloadditions to Dispiro[4.0.4.4]tetradeca-11,13-dienes," *J. Am. Chem. Soc.* **1995**, *117*, 5992-6001.

318. Peterson, J. R.; Zjawiony, J. K.; Clark, A. M.; Hufford, C. D.; Rogers, R. D. "Antifungal Copyrine Alkaloids: Crystal Structure of 3-Methylsampangine," *J. Chem. Crystallogr.* **1995**, *25*, 223-226.

319. Rogers, R. D.; Bauer, C. B.; Bond, A. H. "Novel Polyethylene Glycol-Based Aqueous Biphasic Systems for the Extraction of Strontium and Cesium," *Sep. Sci. Technol.* **1995**, *30*, 1203-1217.

320. Rogers, R. D.; Bond, A. H.; Bauer, C. B.; Zhang, J.; Jezl, M. L.; Roden, D. M.; Rein, S. D.; Chomko, R. R. "Metal Ion Separations in Polyethylene Glycol-Based Aqueous Biphasic Systems," In *Aqueous Biphasic Separations: Biomolecules to Metal Ions*; Rogers, R. D.; Eiteman, M. A., Eds.; Plenum: New York, 1995; pp 1-20.

321. Rogers, R. D.; Bond, A. H.; Bauer, C. B.; Zhang, J.; Rein, S. D.; Chomko, R. R.; Roden, D. M. "Partitioning Behavior of $^{99}$Tc and $^{129}$I from Simulated Hanford Tank Wastes Using Polyethylene Glycol-Based Aqueous Biphasic Systems," *Solvent Extr. Ion Exch.* **1995**, *13*, 689-713.

322. Rogers, R. D.; Bond, A. H.; Henry, R. F.; Rollins, A. N. "The Effects of Methylene-Substituents in Crown Ether Backbones.

Crystal Structures of [Na(OH$_2$)(methylene-16-crown-5)]I, [Na(NO$_2$)(methylene-16-crown-5)]•0.5(H$_2$O), 3,16-Dimethylene-26-crown-8, [Na$_4$I$_4$(3,16-dimethylene-26-crown-8)], and [Na$_2$(OH$_2$)$_4$(3,16-dimethylene-26-crown-8)]I$_2$," *Supramol. Chem.* **1995**, *4*, 191-202.

323.Rogers, R. D.; Rollins, A. N. "Mixed Anion Lanthanide(III) Crown Ether Complexes: Crystal Structures of [LaCl$_2$(NO$_3$)(12-crown-4)]$_2$, [La(NO$_3$)(OH$_2$)$_4$(12-crown-4)]Cl$_2$•CH$_3$CN and [LaCl$_2$(NO$_3$)(18-crown-6)]," *Inorg. Chim. Acta* **1995**, *230*, 177-183.

324.Rogers, R. D.; Rollins, A. N.; Gatrone, R. C.; Horwitz, E. P. "Comparison of the Crystal Structure and Molecular Models of N-N-Diisobutyl-2-(octylphenylphosphinyl)acetamide (CMPO)," *J. Chem. Crystallogr.* **1995**, *25*, 43-49.

325.Rogers, R. D.; Song, Y. "Crystal Structure Analyses of Two Crown Ether Complexes of Copper(II) Nitrate: [Cu(NO$_3$)$_2$(12-crown-4)] and [Cu(OH$_2$)$_2$(15-crown-5)][NO$_3$]$_2$," *J. Coord. Chem.* **1995**, *34*, 149-157.

326.Rogers, R. D.; Song, Y. "The Crystal Structure of a Heterobimetallic Crown Ether Complex: [Na(dibenzo-18-crown-6)][FeCl$_4$]," *J. Chem. Crystallogr.* **1995**, *25*, 579-582.

327.Rogers, R. D.; Zhang, J.; Bond, A. H.; Bauer, C. B.; Jezl, M. L.; Roden, D. M. "Selective and Quantitative Partitioning of Pertechnetate in Polyethylene Glycol-Based Aqueous Biphasic Systems," *Solvent Extr. Ion Exch.* **1995**, *13*, 665-688.

328.Whitcomb, D. R.; Rogers, R. D. "The Properties, Crystal, and Molecular Structure of Catena-[(μ-actetato-)(μ-phthalazine)silver(I)dihydrate]: {[Ag(μ-O$_2$CCH$_3$)(μ-PHZ)(H$_2$O)$_2$]$_2$}$_n$," *J. Chem. Crystallogr.* **1995**, *25*, 137-142.

329.Beachley, O. T., Jr.; Banks, M. A.; Kopasz, J. P.; Rogers, R. D. "Main Group Compounds as Amphoteric Ligands to Transition Metals. Synthesis and Molecular Structure of Cr(CO)$_5$[PPhCH$_2$Ga(CH$_2$CMe$_3$)$_2$•NMe$_3$]," *Organometallics* **1996**, *15*, 5170-5174.

330.Blair, J. T.; Patel, R. C.; Rogers, R. D.; Whitcomb, D. W. "The Molecular Structure of [bis-(2- (Tribromomethylsulfonyl-benzothiazole)-silver(I)-tetrafluroborate•(acetone)] [Ag{(C$_7$H$_4$NS)SO$_2$CBr$_3$}$_2$BF$_4$•Me$_2$CO]: A Possible Model for Bromine Elimination of Silver Halide Fog Centers," *J. Imaging Sci. Technol.* **1996**, *40*, 117-122.

331.Brechbiel, M. W.; Gansow, O. A.; Pippin, C. G.; Rogers, R. D.; Planalp, R. P. "Preparation of the Novel Chelating Agent *N*-(2-Aminoethyl)-*trans*-1,2-diaminocyclohexane-*N,N',N''*-pentaacetic Acid (H$_5$CyDTPA), a Preorganized Analogue of Diethylenetriaminepentaacetic Acid (H$_5$DTPA), and the Structures of Bi$^{III}$(CyDTPA)$^{2-}$ and Bi$^{III}$(H$_2$DTPA) Complexes," *Inorg. Chem.* **1996**, *35*, 6343-6348.

332.Brogan, J. B.; Bauer, C. B.; Rogers, R. D.; Zercher, C. K. "Selectivity in the Rearrangements of Oxonium Ylides," *Tetrahedron Lett.* **1996**, *37*, 5053-5056.

333.Chen, M. J.; Nuñez, L.; Rathke, J. W.; Rogers, R. D. "Hydrido(1,4,8,11,15,18,22,25-octa-*n*- pentylphthalocyanato)-rhodium Dimers: Single-Crystal X-ray Structure, and the Isomerization of the Four Isomers," *Organometallics* **1996**, *15*, 2338-2344.

334.Cooke, J.; McClung, R. E. D.; Takats, J.; Rogers, R. D. "Synthesis, Characterization, and Dynamic Behavior of Os$_2$Pt(CO)$_8$(PPh$_3$)$_2$: A Trinuclear Osmium-Platinum Cluster with Flexible Metal Framework," *Organometallics* **1996**, *15*, 4459-4468.

335.Fettinger, J. C.; Mattamana, S. P.; Poli, R.; Rogers, R. D. "Accessibility of 17-Electron Structures for Cyclopentadienylchromium(III) Compounds. 1. Experimental Studies on the Dichloride and Dimethyl Compounds," *Organometallics* **1996**, *15*, 4211-4222.

336.Gilbert, T. M.; Bauer, C. B.; Rogers, R. D. "Structures of (η$^6$-Benzene dimethylacetal)- and (η$^6$-Benzene diethylacetal)chromium Tricarbonyl: Structural Evidence for the Near-Electroneutrality of the Dialkylacetal Substituent," *J. Chem. Crystallogr.* **1996**, *26*, 355-360.

337.Gilbert, T. M.; Hadley, F. J.; Simmons, M. D.; Bauer, C. B.; Rogers, R. D. "Syntheses and Structures of Bis(tricarbonylchromium)-Substituted α, ω-Diphenylhexatriene Complexes," *J. Organomet. Chem.* **1996**, *510*, 83-92.

338.Ji, Z. P.; Rogers, R. D. "The Crystal Structure and Supramolecular Chain of [La(NO$_3$)$_3$(OH$_2$)$_2$(phen)]•15-crown-5," *J. Chem. Crystallogr.* **1996**, *26*, 573-577.

339.Johnson, C. P.; Atwood, J. L.; Steed, J. W.; Bauer, C. B.; Rogers, R. D. "Transition Metal Complexes of *p*-Sulfanatocalix[5]arene," *Inorg. Chem.* **1996**, *35*, 2602-2610.

340.Melendez, R. E.; Sharma, C. V. K.; Zaworotko, M. J.; Bauer, C.; Rogers, R. D. "Toward the Design of Porous Organic Solids: Modular Honeycomb Grids Sustained by Anions of Trimesic Acid," *Angew. Chem. Int. Ed. Engl.* **1996**, *35*, 2213-2215.

341.Paquette, L. A.; Morwick, T. M.; Negri, J. T.; Rogers, R. D. "Addition of 2,3-Dihydro-5-furanyllithium to Diisopropyl Squarate as a Means for the Rapid Generation of Structurally Complex Oxygen-Containing Tetraquinane Networks," *Tetrahedron* **1996**, *52*, 3075-3094.

342.Paquette, L. A.; Stephanian, M.; Branan, B. M.; Edmondson, S. D.; Bauer, C. B.; Rogers, R. D. "Conformational Analysis of Poly(spirotetrahydrofuranyl)cyclohexyl Systems. The Preference of Multiple C-O Bonds for Equatorial Occupancy," *J. Am. Chem. Soc.* **1996**, *118*, 4504-4505.

343.Rogers, R. D. "The Crystal and Molecular Structure of [η$^5$-C$_5$H$_3$(SiMe$_3$)$_2$]$_2$Yb(THF)," *J. Organomet. Chem.* **1996**, *512*, 97-100.

344.Rogers, R. D.; Bauer, C. B. "Water Soluble Calixarenes as Possible Metal Ion Extractants in Polyethylene Glycol-Based Aqueous Biphasic Systems," *J. Radioanal. Nucl. Chem.* **1996**, *208*, 153-161.

345.Rogers, R. D.; Bauer, C. B. "Partitioning Behavior of Group 1 and 2 Cations in Polyethylene Glycol-Based Aqueous Biphasic Systems," *J. Chromatogr., B: Biomed. Appl.* **1996**, *680*, 237-242.

346.Rogers, R. D.; Bauer, C. B. "Structural Chemistry of Metal-Crown Ether and Polyethylene Glycol Complexes Excluding Group 1 and 2," In *Comprehensive Supramolecular Chemistry*; Atwood, J. L.; Davies, J. E. D.; MacNicol, D. D.; Vögtle, F., Exec. Eds., Lehn, J. M., Chair. Ed. Bd., Vol. I, *Molecular Recognition: Receptors for Cationic Guests*; Gokel, G. W., Ed.; Pergamon: Exeter, 1996; pp 315-355.

347.Rogers, R. D.; Bond, A. H. "Crown Ether Mediated Cadmium Halide Dimers and Polymers," *Inorg. Chim. Acta* **1996**, *250*, 105-117.

348. Rogers, R. D.; Bond, A. H.; Bauer, C. B.; Griffin, S. T.; Zhang, J. "Polyethylene Glycol-Based Aqueous Biphasic Systems for Extraction and Recovery of Dyes and Metal/Dye Complexes," In: *Value Adding through Solvent Extraction Proceedings of ISEC'96*; Shallcross, D. C.; Paiman, R.; Prvcic, L. M. Eds.; The University of Melbourne: Parkville, Victoria, Australia, 1996; Vol. 2; pp 1537-1542.

349. Rogers, R. D.; Bond, A. H.; Bauer, C. B.; Zhang, J.; Griffin, S. T. "Metal Ion Separations in Polyethylene Glycol-Based Aqueous Biphasic Systems: Correlation of Partitioning Behavior with Available Thermodynamic Hydration Data," *J. Chromatogr., B: Biomed. Appl.* **1996**, *680*, 221-230.

350. Rogers, R. D.; Bond, A. H.; Griffin, S. T.; Horwitz, E. P. "New Technologies for Metal Ion Separations: Aqueous Biphasic Extraction Chromatography (ABEC). Part I. Uptake of Pertechnetate," *Solvent Extr. Ion Exch.* **1996**, *14*, 919-946.

351. Rogers, R. D.; Bond, A. H.; Roden, D. M. "Structural Chemistry of Poly(ethylene glycol) Complexes of Lead(II) Nitrate and Lead(II) Bromide," *Inorg. Chem.* **1996**, *35*, 6964-6973.

352. Rogers, R. D.; Bond, A. H.; Zhang, J.; Bauer, C. B. "Polyethylene Glycol Based-Aqueous Biphasic Systems as Technetium-99m Generators," *Appl. Radiat. Isotop.* **1996**, *47*, 497-499.

353. Rogers, R. D.; Zhang, J. "Effects of Increasing Polymer Hydrophobicity on Distribution Ratios of $TcO_4^-$ in Polyethylene/Polypropylene Glycol-Based Aqueous Biphasic Systems," *J. Chromatogr., B: Biomed. Appl.* **1996**, *680*, 231-236.

354. Schulz, S.; Gillan, E. G.; Ross, J. L.; Rogers, L. M.; Rogers, R. D.; Barron, A. R. "Synthesis of Gallium Chalcogenide Cubanes and Their Use as CVD Precursors for $Ga_2E_3$ (E = S, Se)," *Organometallics* **1996**, *15*, 4880-4883.

355. Steed, J. W.; Tocher, D. A.; Rogers, R. D. "Ruthenium Mediated Cyclodimerisation of Buta-1,3-diene," *Chem. Commun.* **1996**, 1589-1590.

356. Tsai, W.-M.; Rausch, M. D.; Rogers, R. D. "Improved Synthesis of Pentabenzylcyclopentadiene and Study of the Reaction between Pentabenzylcyclopentadiene and Iron Pentacarbonyl," *Organometallics* **1996**, *15*, 2591-2594.

357. Whitcomb, D. R.; Rogers, R. D. "The Molecular Structure of [*bis*-Triphenylphosphine-silver(I)stearate], [(($C_6H_5$)$_3$P)$_2$Ag($O_2$C($CH_2$)$_{16}$$CH_3$)], Solubilization of Long Alkyl Chain Silver Carboxylates," *J. Chem. Crystallogr.* **1996**, *26*, 99-105.

358. Zhao, H.; Heintz, R. A.; Dunbar, K. R.; Rogers, R. D. "Unprecedented Two-Dimensional Polymers of Mn(II) with $TCNQ^{-\cdot}$ (TCNQ = 7,7,8,8-Tetracyanoquinodimethane)," *J. Am. Chem. Soc.* **1996**, *118*, 12844-12845.

359. Zong, K.; Chen, W.; Cava, M. P.; Rogers, R. D. "Synthesis and Properties of Bis(2,5-dimethylpyrrolo[3,4-*d*])tetrathiafulvalenes, a Class of Annelated Tetrathiafulvalene Derivatives with Excellent Donor Properties," *J. Org. Chem.* **1996**, *61*, 8117-8124.

360. Adams, R. D.; McBride, K. T.; Rogers, R. D. "A New Route to Polyselenoether Macrocycles. Catalytic Macrocyclization of 3,3-Dimethylselenatane by $Re_2$(CO)$_9$SeCH$_2$CMe$_2$CH$_2$," *Organometallics* **1997**, *16*, 3895-3901.

361. Beachley, O. T., Jr.; Maloney, J. P.; Rogers, R. D. "Cyclopentadiene Elimination Reaction as a Route to Bis(neopentyl)gallium Phosphides. Crystal and Molecular Structures of [(Me$_3$CCH$_2$)$_2$GaPEt$_2$] and [(Me$_3$CCH$_2$)$_2$GaP($C_6H_{11}$)$_2$]$_2$," *Organometallics* **1997**, *16*, 3267-3272.

362. Black, D. G.; Jordan, R. F.; Rogers, R. D. "Structural Trends in Group 4 Metal Tetraaza Macrocycle Complexes. Molecular Structures of (Me$_4$taen)Zr(OtBu)$_2$ and (Me$_4$taen)Hf(NMe$_2$)$_2$," *Inorg. Chem.* **1997**, *36*, 103-108.

363. Bodige, S. G.; Rogers, R. D.; Blackstock, S. C. "Supramolecular Networks *via* Pyridine *N*-oxide CH•••O Hydrogen Bonding in the Crystal Structures of 2,2'-Dithiobis(pyridine *N*-oxide) and its Complexes with 1,2,4,5-Tetracyanobenzene and Pyromellitic Dianhydride," *Chem. Commun.* **1997**, 1669-1670.

364. Brogan, J. B.; Zercher, C. K.; Bauer, C. B.; Rogers, R. D. "Study of the Rearrangements of Oxonium Ylides Generated from Ketals," *J. Org. Chem.* **1997**, *62*, 3902-2909.

365. Greer, M. L.; McGee, B. J.; Rogers, R. D.; Blackstock, S. C. "Pyrazinedioxide - Tetracyanoethylene Arrays in the Solid State - New Donor-Acceptor Interactions for Crystal Engineering," *Angew. Chem. Int. Ed. Engl.* **1997**, *36*, 1864-1866.

366. Hennigar, T. L.; MacQuarrie, D. C.; Losier, P.; Rogers, R. D.; Zaworotko, M. J. "Supramolecular Isomerism in Coordination Polymers: Conformational Freedom of Ligands in [Co(NO$_3$)$_2$(1,2-bis(4-pyridyl)ethane)$_{1.5}$]$_n$," *Angew. Chem. Int. Ed. Engl.* **1997**, *36*, 972-973.

367. Hilfiker, K. A.; Brechbiel, M. W.; Rogers, R. D.; Planalp, R. P. "Tricationic Metal Complexes ([ML][NO$_3$]$_3$, M = Ga, In) of *N*,*N*',*N*''-Tris(2-pyridylmethyl)-*cis*-1,3,5-triaminocyclohexane: Preparation and Structure," *Inorg. Chem.* **1997**, *36*, 4600-4603.

368. Kim, I.; Nishihara, Y.; Jordan, R. F.; Rogers, R. D.; Rheingold, A. L.; Yap, G. P. A. "Synthesis, Structures, Dynamics, and Olefin Polymerization Behavior of Group 4 Metal (pyCAr$_2$O)$_2$M(NR$_2$) Complexes Containing Bidentate Pyridine-Alkoxide Ancillary Ligands," *Organometallics* **1997**, *16*, 3314-3323.

369. Luckay, R.; Cukrowski, I.; Mashishi, J.; Reibenspies, J. H.; Bond, A. H.; Rogers, R. D.; Hancock, R. D. "Synthesis, Stability and Structure of the Complex of Bismuth(III) with the Nitrogen-Donor Macrocycle 1,4,7,10-Tetraazacyclododecane. The Role of the Lone Pair on Bismuth(III) and Lead(II) in Determining Coordination Geometry," *J. Chem. Soc., Dalton Trans.* **1997**, 901-908.

370. McChesney, J. D.; Dou, J.; Sindelar, R. D.; Goins, D. K.; Walker, L. A.; Rogers, R. D. "Tirucallane- Type Triterpenoids: NMR and X-ray Diffraction Analyses of 24-*epi*-Piscidinol A and Piscidinol A," *J. Chem. Crystallogr.* **1997**, *27*, 283-290.

371. Morss, L. R.; Rogers, R. D. "Syntheses and Crystal Structures of [M(NO$_3$)$_2$(tpen)][NO$_3$]•3H$_2$O (M = La, Tb), Rare Earth Complexes with Strong M-N Bonds," *Inorg. Chim. Acta* **1997**, *255*, 193-197.

372. Nuñez, L.; Rogers, R. D. "Synthesis and Structural Characterization of [H$_2$(diaza-18-crown-6)][CuCl$_4$]•H$_2$O," *J. Chem. Crystallogr.* **1997**, *27*, 5-10.

373. Rogers, R. D.; Bond, A. H. "Crystal Structure of [Pb(*cis-anti-cis*-dicyclohexyl-18-crown-6)(OH$_2$)$_2$][ClO$_4$]$_2$," *J. Chem. Crystallogr.* **1997**, *27*, 263-267.

374. Rogers, R. D.; Bond, A. H.; Zhang, J.; Horwitz, E. P. "New Technetium-99m Generator Technologies Utilizing Polyethylene

Glycol-Based Aqueous Biphasic Systems," *Sep. Sci. Technol.* **1997**, *32*, 867-882.

375. Rogers, R. D.; Griffin, S. T.; Horwitz, E. P.; Diamond, H. "Aqueous Biphasic Extraction Chromatography (ABEC™): Uptake of Pertechnetate from Simulated Hanford Tank Wastes," *Solvent Extr. Ion Exch.* **1997**, *15*, 547-562.

376. Rogers, R. D.; Zhang, J. "New Technologies for Metal Ion Separations *Polyethylene Glycol Based-Aqueous Biphasic Systems and Aqueous Biphasic Extraction Chromatography*," In *Ion Exchange and Solvent Extraction*; Vol. 13, Marinsky, J. A.; Marcus, Y., Eds.; Marcel Dekker: New York, 1997; Ch. 4, pp 141-193.

377. Rogers, R. D.; Zhang, J.; Bauer, C. B. "The Effects of Choice of Anion (X = Cl⁻, SCN⁻, NO₃⁻) and Polyethylene Glycol (PEG) Chain Length on the Local and Supramolecular Structures of LnX₃/PEG Complexes," *J. Alloys Compd.* **1997**, *249*, 41-48.

378. Rogers, R. D.; Zhang, J.; Griffin, S. T. "The Effects of Halide Anions on the Partitioning Behavior of Pertechnetate in Polyethylene Glycol-Based Aqueous Biphasic Systems," *Sep. Sci. Technol.* **1997**, *32*, 699-707.

379. Sharma, C. V. K.; Bauer, C. B.; Rogers, R. D.; Zaworotko, M. J. "Interdigitated Supramolecular Laminates," *Chem. Commun.* **1997**, 1559-1560.

380. Simonsen, K. B.; Zong, K.; Rogers, R. D.; Cava, M. P.; Becher, J. "Stable Macrocyclic and Tethered Donor-Acceptor Systems. Intramolecular Bipyridinium and Tetrathiafulvalene Assemblies," *J. Org. Chem.* **1997**, *62*, 679-686.

381. Whitcomb, D. R.; Rogers, R. D. "The Molecular Structure of Catena-[(μ-phthalato)-di-(μ-phthalazine)-di-silver(I)hydrate] ([Ag₂(μ-(O₂C)₂C₆H₄)(μ-PHZ)₂(H₂O)]ₙ): Carboxylate Control of Side-on versus Stacked Coordination Polymerization," *Inorg. Chim. Acta* **1997**, *256*, 263-267.

382. Whitcomb, D. R.; Rogers, R. D. "Crystal and Molecular Structure of [Ammonia-silver(I)-2-(4-chlorobenzoyl)benzoate]: [(NH₃)•Ag(C₁₄H₈ClO₃)], a Silver Complex Containing Both Linear and Three-Coordinate Silvers," *Polyhedron* **1997**, *16*, 863-868.

383. Bauer, C. B.; Concolino, T. E.; Eglin, J. L.; Rogers, R. D.; Staples, R. J. "Synthesis of Dirhenium Species with Benzamide Ligands *via* Hydrolysis of Benzonitrile," *J. Chem. Soc., Dalton Trans.* **1998**, 2813-2817.

384. Bond, A. H.; Rogers, R. D. "Synthesis and X-ray Crystallographic Characterization of [Cd(NO₃)₂(15-crown-5)] and [Cd(NO₃)₂(18-crown-6)]," *J. Chem. Crystallogr.* **1998**, *28*, 521-527.

385. Brandon, E. J.; Rogers, R. D.; Burkhart, B. M.; Miller, J. S. "The Structure and Ferrimagnetic Behavior of *meso*-Tetraphenylporphinatomanganese(III) 1,4-Tetrachlorobenzoquinoneide, [MnᴵᴵᴵTPP]⁺[QCl₄]⁻•PhMe. Evidence of a Quinoidal Structure for [QCl₄]⁻," *Chem. Eur. J.* **1998**, *4*, 1938-1943.

386. Bünzli, J.-C. G.; Ihringer, F.; Dumy, P.; Sager, C.; Rogers, R. D. "Structural and Dynamic Properties of Calixarene Bimetallic Complexes: Solution *versus* Solid-State Structure of Dinuclear Complexes of Euᴵᴵᴵ and Luᴵᴵᴵ with Substituted Calix[8]arenes," *J. Chem. Soc., Dalton Trans.* **1998**, 497-503.

387. Cannon, R. D.; Jayasooriya, U. A.; Sowrey, F. E.; Tilford, C.; Little, A.; Bourke, J. P.; Vincent, J. B.; Kearley, G. J. "Concealed Asymmetry in an Exchange-Coupled Trichromium(III) Cluster: Structure and Magnetic Spectrum of [Cr₃O(OOCPh)₆(py)₃](py)₀.₅ClO₄," *Inorg. Chem.* **1998**, *37*, 5675-5677.

388. Huddleston, J. G.; Willauer, H. W., Boaz, K. R.; Rogers, R. D. "Separation and Recovery of Food Coloring Dyes using Aqueous Biphasic Extraction Chromatographic Resins," *J. Chromatogr. B, Biomed. Sci. Appl.* **1998**, *711*, 237-244.

389. Huddleston, J. G.; Willauer, H. W., Swatloski, R. P.; Visser, A. E.; Rogers, R. D. "Room Temperature Ionic Liquids as Novel Media for 'Clean' Liquid-Liquid Extraction," *Chem. Commun.* **1998**, 1765-1766. (Highlighted in Freemantle, M. "'Green' solution for ionic liquids," *Chemical & Engineering News*, August 24, 1998, p 12; Guterman, L. "Weird mixtures replace toxic solvents," *New Scientist*, September 5, 1998, p 13; WJP "Room-temperature ionic liquids provide a new approach to liquid-liquid extraction of aromatics," *CHEMTECH*, May 1999, p 6. Reported to be the 6ᵗʰ most cited ionic liquids paper by ISI Essential Science Indicators, Special Topics (http://www.esi-topics.com/ionic-liquids/index.html May 2004) with 215 citations at that time. Reported to be the 22ⁿᵈ most cited paper in the 40 year history of *Chemical Communications*; http://www.rsc.org/Publishing/Journals/cc/News/Top40MostCitedArticles.asp September 8, 2005.)

390. Jackson, Y. A.; Rogers, L. M.; Rogers, R. D.; Cava, M. P. "Cycloaddition Products of 3-Oxido-1-phenylpyridinium and 1-Cyanoacenaphthylene," *J. Chem. Soc. Perkin I* **1998**, 1865-1868.

391. Martin, A.; Uhrhammer, R.; Gardner, T. G.; Jordan, R. F.; Rogers, R. D. "Neutral and Cationic Group 4 Metal Compounds Containing Octamethyldibenzotetraazaannulene (Me₈taa²⁻) Ligands. Synthesis and Reactivity of (Me₈taa)MX₂ and (Me₈taa)MX⁺ Complexes (M = Zr, Hf; X = Cl, hydrocarbyl, NR₂, OR)," *Organometallics* **1998**, *17*, 382-397.

392. Mohanakrishnan, A. K.; Lakskmikantham, M. V.; Cava, M. P.; Rogers, R. D.; Rogers, L. M. "*o*-Quinoid Heterocyclic Compounds: Naphtho[2,3-*c*]thiophene Revisited," *Tetrahedron* **1998**, *54*, 7075-7080.

393. Nash, K. L.; Rogers, R. D.; Ferraro, J.; Zhang, J. "Lanthanide Complexes with 1-Hydroxyethane-1,1-diphosphonic Acid: Solvent Organization and Coordination Geometry in Crystalline and Amorphous Solids," *Inorg. Chim. Acta* **1998**, *269*, 211-223.

394. Paquette, L. A.; Bolin, D. G.; Stephanian, M.; Branan, B. M.; Mallavadhani, U. V.; Tae, J.; Eisenberg, S. W. E.; Rogers, R. D. "Intramolecular Oxymercuration of Stereoisomeric Cyclohexyl-Belted Poly(spirotetrahydrofuranyl) Platforms," *J. Am. Chem. Soc.* **1998**, *120*, 11603-11615.

395. Paquette, L. A.; Rothhaar, R. R.; Isaac, M.; Rogers, L. M.; Rogers, R. D. "Diastereo- and Enantiodifferentiation in Indium-Promoted Allylations of 2,3-Azetidinediones in Water. Definition of Long-Range Stereocontrol Elements on π-Facial Selectivity for β-Lactam Synthesis," *J. Org. Chem.* **1998**, *63*, 5463-5472.

396. Rogers, R. D.; Griffin, S. T. "Partitioning of Mercury in Aqueous Biphasic Systems and on ABEC™ Resins," *J. Chromatogr. B, Biomed. Sci. Appl.* **1998**, *711*, 277-283.

397. Rogers, R. D.; Sharma, C. V. K.; Whitcomb, D. R. "Molecular Tweezers and Pentameric Aggregates: Convergent Hydrogen-Bonded Self-Assembly of 2:1 and 2:3 Cocrystals of Phthalazine:Phthalic Acid," *Crystal Eng. (*Suppl., Mat. Res. Bull.*)* **1998**,

*3/4*,255-262.

398. Rogers, R. D.; Willauer, H. D.; Griffin, S. T.; Huddleston, J. G. "Partitioning of Small Organic Molecules in Aqueous Biphasic Systems," *J. Chromatogr. B, Biomed. Sci. Appl.* **1998**, *711*, 255-263.

399. Rogers, R. D.; Zaworotko, M. J. "Whither Crystal Engineering?" In *Crystal Engineering*, Rogers, R. D.; Zaworotko, M. J., Eds.; Transactions of the American Crystallographic Association, Vol. 33; American Crystallographic Association: Buffalo, NY, 1998; pp 1-5.

400. Rogers, R. D.; Zhang, J.; Campbell, D. T. "Crown Ether Complexes of UO$_2$(NCS)$_2$ and Th(NCS)$_4$: Clues to Solution Behavior or Just Interesting Supramolecular Structures?," *J. Alloys Compd.* **1998**, *271-273*, 133-138.

401. Sharma, C. V. K.; Rogers, R. D. "C-H•••X (X = N,O) Hydrogen Bond-Mediated Assembly of Donors and Acceptors: The Crystal Structures of Phenazine Complexes with 1,4-Dinitrobenzene and TCNQ," *Crystal Eng. (Suppl., Mat. Res. Bull.)* **1998**, *1*, 139-145.

402. Sharma, C. V. K.; Rogers, R. D. "Discrete Macrocycles to Infinite Polymeric Frames: Crystal Engineering Studies of Ag(I):Pyrimidine Complexes," *Crystal Eng.* (Suppl., *Mat. Res. Bull.*) **1998**, *1*, 19-38.

403. Sharma, C. V. K.; Griffin, S. T.; Rogers, R. D. "Simple Routes to Supramolecular Squares with Ligand Corners: 1:1 Ag$^I$:Pyrimidine Cationic Tetranuclear Assemblies," *Chem. Commun.* **1998**, 215-216.

404. Sharma, C. V. K.; Swatloski, R. P.; Rogers, R. D. "4,4'-Dipyridine•2H$_2$O: Complementarity of Hydrogen Bond Donor:Acceptor Ratio," *Crystal Eng. (Suppl., Mat. Res. Bull.)* **1998**, *1*, 153-158.

405. Sharma, C. V. K.; Swenson, J. A.; Rogers, R. D. "The Design of Two Dimensional Polymeric Networks: Coordination Complexes of Cadmium Iodide with Bifunctional Ligands," In *Crystal Engineering*, Rogers, R. D.; Zaworotko, M. J., Eds.; Transactions of the American Crystallographic Association, Vol. 33; American Crystallographic Association: Buffalo, NY, 1998; pp 59-66.

406. Uzelmeier, C. E.; Bartley, S. L.; Fourmigué, M.; Rogers, R.; Grandinetti, G.; Dunbar, K. R. "Reaction of Octachlorodirhenate with a Redox-Active Tetrathiafulvalene Phosphine Ligand: Spectroscopic, Magnetic, and Structural Characterization of the Unusual Paramagnetic Salt [ReCl$_2$(*o*-P2)$_2$][Re$_2$Cl$_6$(*o*-P2)] (*o*-P2 = *ortho*-{P(C$_6$H$_5$)$_2$}$_2$(CH$_3$)$_2$TTF)," *Inorg. Chem.* **1998**, *37*, 6706-6713.

407. Wisniewski, K.; Zamojski, A.; Rogers, R. D. "(Phenylthio)acetyliron Complex [(η$^5$-C$_5$H$_5$)Fe(CO)(PPh$_3$)COCH$_2$SPh] Configuration of Aldols," *Tetrahedron* **1998**, *54*, 14201-14212.

408. Ye, N.; Rogers, R. D.; Brechbiel, M. W.; Planalp, R. P. "Synthesis and X-ray Crystal Structure of N,N',N''-Tris(2-thienylmethyl)-cis-1,3,5-triaminocyclohexanecopper(II) Dichloride," *Polyhedron* **1998**, *17*, 603-606.

409. Zhang, L.; Cava, M. P.; Rogers, R. D.; Rogers, L. M. "Synthesis of a Wakayin Model Compound: Oxidative Formation of a New Pyrrole Ring in the Indol-3-yl-indoloquinone System," *Tetrahedron Lett.* **1998**, *39*, 7677-7678.

410. Bartsch, R. A.; Hwang, H.-S.; Talanov, V. S.; Talanova, G. G.; Purkiss, D. W.; Rogers, R. D. "New Proton-Ionizable Lariat Ethers with Picrylamino-Type Side Arms and Their Alkali Metal Salts. Synthesis and Structural Studies," *J. Org. Chem.* **1999**, *64*, 5341-5349.

411. Bond, A. H.; Chang, F. W. K.; Thakkar, A. H.; Williamson, J. M.; Gula, M. J.; Harvey, J. T.; Griffin, S. T.; Rogers, R. D.; Horwitz, E. P. "Design, Synthesis, and Uptake Performance of ABEC® Resins for the Removal of Pertechnetate from Alkaline Radioactive Wastes," *Ind. Eng. Chem. Res.* **1999**, *38*, 1676-1682.

412. Bond, A. H.; Dietz, M. L.; Rogers, R. D. "Progress in Metal Ion Separation and Preconcentration: An Overview," In *Metal-Ion Separation and Preconcentration, Progress and Opportunities*; Dietz, M. L.; Bond, A. H.; Rogers, R. D., Eds.; ACS Symposium Series 716, American Chemical Society: Washington, DC, 1999; pp 2-12.

413. Bond, A. H.; Gula, M. J.; Harvey, J. T.; Duffey, H. M.; Horwitz, E. P.; Griffin, S. T.; Rogers, R. D.; Collins, J. L. "Flowsheet Feasibility Studies Using ABEC® Resins for the Removal of Pertechnetate from Nuclear Wastes," *Ind. Eng. Chem. Res.* **1999**, *38*, 1683-1689.

414. Bryan, J. C.; Delmau, L. H.; Hay, B. P.; Nicholas, J. B.; Rogers, L. M.; Rogers, R. D.; Moyer, B. A. "Cesium Recognition by Supramolecular Assemblies of 2-Benzylphenol and 2-Benzylphenolate," *Structural Chem.* **1999**, *10*, 187-203.

415. Clark, D. L.; Conradson, S. D.; Donohoe, R. J.; Keogh, D. W.; Morris, D. E.; Palmer, P. D.; Rogers, R. D.; Tait, C. D. "Chemical Speciation of the Uranyl Ion under Highly Alkaline Conditions. Synthesis, Structures, and Oxo Ligand Exchange Dynamics," *Inorg. Chem.* **1999**, *38*, 1456-1466.

416. del Mar Conejo, M.; Parry, J. S.; Carmona, E.; Schultz, M.; Brennann, J. G.; Beshouri, S. M.; Andersen, R. A.; Rogers, R. D.; Coles, S.; Hursthouse, M. "Carbon Monoxide and Isocyanide Complexes of Trivalent Uranium Metallocenes," *Chem. Eur. J.* **1999**, *5*, 3000-3009.

417. Gilbert, T. M.; Bauer, C. B.; Bond, A. H.; Rogers, R. D. "Structures of Homoleptic Triply Bonded M$_2$(OR)$_6$ Compounds where the Alkoxide is Tertiary: The Effect of Steric Bulk and Alkoxide Conformation on Structural Parameters," *Polyhedron*. **1999**, *18*, 1293-1301.

418. Gilbert, T. M.; Bauer, C. B.; Bond, A. H.; Rogers, R. D. "Syntheses and Structures of Metal-Metal Triply Bonded M$_2$R$_6$ Compounds: Consideration of Starting Materials, Stability, and Structural Parameters," *Polyhedron* **1999**, *18*, 1303-1310.

419. Gobley, O.; Gentil, S.; Schloss, J. D.; Rogers, R. D.; Gallucci, J. C.; Meunier, P.; Gautheron, B.; Paquette, L. A. "Magnesiation of Isodicyclopentadiene. Formation of Sandwich and Monomeric Complexes and the Stereoselectivity of Their Reactions with Transition Metal Halides," *Organometallics* **1999**, *18*, 2531-2535.

420. Huddleston, J. G.; Griffin, S. T.; Zhang, J.; Willauer, H. D.; Rogers, R. D. "Metal Ion Separations in Aqueous Biphasic Systems and Using Aqueous Biphasic Extraction Chromatography," In *Metal-Ion Separation and Preconcentration, Progress and Opportunities*; Dietz, M. L.; Bond, A. H.; Rogers, R. D., Eds.; ACS Symposium Series 716, American Chemical Society:

Washington, DC, 1999; pp 79-100.

421. Huddleston, J. G.; Ingenito, C. C.; Rogers, R. D. "Partitioning Behavior of Porphyrin Dyes in Aqueous Biphasic Systems," *Sep. Sci. Technol.* **1999**, *34*, 1091-1101.

422. Huddleston, J. G.; Willauer, H. D.; Griffin, S. T.; Rogers, R. D. "Aqueous Polymeric Solutions as Environmentally Benign Liquid/Liquid Extraction Media," *Ind. Eng. Chem. Res.* **1999**, *38*, 2523-2539.

423. Nowak, I.; Rogers, L. M.; Rogers, R. D.; Thrashe, J. S. "Toward the Synthesis of Novel Fluorinated Building Blocks: 3,4-difluorothiophene-1,1-dioxide," *J. Fluorine Chem.* **1999**, *97*, 27-31.

424. Nowak, I.; Rogers, L. M.; Rogers, R. D.; Thrasher, J. S. "The Effect of Fluorine on the Diastereoselectivity of the Addition of α-Oxyradicals to 3-Fluoro-2,3-dihydro-1H-λ⁶-thiophene-1,1-dione," *J. Fluorine Chem.* **1999**, *93*, 73-81.

425. Paquette, L. A.; Edmondson, S. D.; Monck, N.; Rogers, R. D. "Studies Directed toward the Synthesis of the Unusual Antileukemic Diterpene Jatrophatrione. 2. Functionalization of Advanced Polycyclic Precursors to the 9-Epi and 8,9-Dehydro Congeners," *J. Org. Chem.* **1999**, *64*, 3255-3265.

426. Paquette, L. A.; Tae, J.; Hickey, E. R.; Rogers, R. D. "A Belted Monofacial Ionophore Featuring High Selectivity for Lithium Ion Complexation," *Angew. Chem. Int. Ed.* **1999**, *38*, 1409-1411.

427. Rapko, B. M.; McNamara, B. K.; Rogers, R. D.; Lumetta, G. J.; Hay, B. P. "Coordination Chemistry of Lanthanide Nitrates with *N,N,N',N'*-Tetramethylsuccinamide," *Inorg. Chem.* **1999**, *38*, 4585-4592.

428. Rogers, R. D. "Chemical Crystallography in Crystal Engineering," In *Crystal Engineering: The Design and Application of Functional Solids*; Seddon, K. R.; Zaworotko, M. J. Eds., NATO ASI Series, Kluwer: Dordrecht. 1999; pp 155-189.

429. Rogers, R. D.; Visser, A. E.; Swatloski, R. P.; Hartman, D. H. "Metal Ion Separations in Room Temperature Ionic Liquids: Potential Replacements for Volatile Organic Diluents," In *Metal Separation Technologies Beyond 2000: Integrating Novel Chemistry with Processing*; Liddell, K. C.; Chaiko, D. J., Eds.; The Minerals, Metals & Materials Society: Warrendale, PA, 1999; pp 139-147.

430. Sharma, C. V. K.; Broker, G. A.; Huddleston, J. G.; Baldwin, J. W.; Metzger, R. M.; Rogers, R. D. "Design Strategies for Solid-State Supramolecular Arrays Containing Both Mixed-Metallated and Freebase Porphyrins," *J. Am. Chem. Soc.* **1999**, *121*, 1137-1144.

431. Sharma, C. V. K.; Rogers, R. D. "'Molecular Chinese Blinds': Self-Organization of Tetranitrato Lanthanide Complexes Into Open, Chiral Hydrogen-Bonded Networks," *Chem. Commun.* **1999**, 83-84.

432. Talinova, G. G.; Elkarim, N. S. A.; Hanes, Jr., R. E.; Hwang, H.-S.; Rogers, R.D.; Bartsch, R. A. "Extraction Selectivities of Crown Ethers for Alkali Metal Cations: Differences between Single-Species and Competitive Solvent Extractions," *Anal. Chem.* **1999**, *71*, 672-677.

433. Talinova, G. G.; Elkarim, N. S. A.; Talanov, V. S.; Hanes, Jr., R. E.; Hwang, H.-S.; Bartsch, R. A.; Rogers, R. D. "The 'Picrate Effect' on Extraction Selectivities of Aromatic Group-Containing Crown Ethers for Alkali Metal Cations," *J. Am. Chem. Soc.* **1999**, *121*, 11281-11290.

434. Visser, A. E.; Griffin, S. T.; Ingenito, C. A.; Hartman, D. H.; Huddleston, J. G.; Rogers, R. D. "Aqueous Biphasic Systems as a Novel Environmentally-Benign Separations Technology for Metal Ion Removal," In *Metal Separation Technologies Beyond 2000: Integrating Novel Chemistry with Processing*; Liddell, K. C.; Chaiko, D. J., Eds.; The Minerals, Metals & Materials Society: Warrendale, PA, 1999; pp 119-130.

435. Whitcomb, D. R.; Rogers, R. D. "The Crystal and Molecular Structure of the Tetrameric Methyl-2-mercaptobenzimidazole•AgBr (Acetone Solvate) Complex: Mode of Complex Formation between Silver Bromide and Thione Type Photographic Stabilizers," *J. Imaging Sci. Technol.* **1999**, *43*, 498-502.

436. Whitcomb, D. R.; Rogers, R. D. "Chemistry of Photothermographic Imaging Materials. II," *J. Imaging Sci. Technol.* **1999**, *43*, 517-520.

437. Willauer, H. D.; Huddleston, J. G.; Griffin, S. T.; Rogers, R. D. "Partitioning of Aromatic Molecules in Aqueous Biphasic Systems," *Sep. Sci. Technol.* **1999**, *34*, 1069-1090.

438. Yordanov, A. T.; Gansow, O. A.; Brechbiel, M. W.; Rogers, L. M.; Rogers, R. D. "The Preparation and X-ray Crystallographic Characterization of Lead(II) Calix[4]arenesulfonate Complex," *Polyhedron* **1999**, *18*, 1055-1059.

439. Zhao, H.; Heintz, R. A.; Ouyang, X.; Dunbar, K. R.; Campana, C. F.; Rogers, R. D. "Spectroscopic, Thermal, and Magnetic Properties of Metal/TCNQ Polymers with Extensive Supramolecular Interactions bewteen Layers," *Chem. Mater.* **1999**, *11*, 736-746.

440. Zucchi, Z.; Scopelliti, R.; Pittet, P.-A.; Bünzli, J.-C. G.; Rogers, R. D. "Structural and Photophysical Behavior of Lanthanide Complexes with a Tetraazacyclododecane Featuring Carbamoyl Pendant Arms," *J. Chem. Soc., Dalton Trans.* **1999**, 931-938.

441. Adams, R. D.; Perrin, J. L.; Queisser, J. A.; Rogers, R. D. "Synthesis and Structural Characterization of Chiral Thiacrowns: The Crystal and Molecular Structure of (*R,R,R*)-2,6,10-Trimethyl-1,5,9-trithiacyclododecane," *J. Organomet. Chem.* **2000**, *596*, 115-120.

442. Blair, E.; Nikles, J. A.; Nikles, D. E.; Rogers, L. M.; Rogers, R. D.; Stabler, D.; Street, S. C. "Molecular Structure of the Amine-Quinone Model Compound, 2,4-Bis(dimethylamino)-1,4-benzoquinone," *Polym. Prepr. (Am. Chem. Soc., Div. Polym. Chem.)* **2000**, *41*, 317-318.

443. Blais, M. S.; Rogers, R. D.; Rausch, M. D. "Synthesis, Reactions and Structure of Bromo(η⁵-diphenylphosphinocyclopentadienyl)nickel(II) Dimer," *J. Organomet. Chem.* **2000**, *593-594*, 142-146.

444. Bond, A. H.; Dietz, M. L.; Rogers, R. D. "Nuclear Separations for Radiopharmacy: The Need for Improved Separations to Meet Future Research and Clinical Demands," *Ind. Eng. Chem. Res.* **2000**, *39*, 3130-3134.

445. Hay, B. P.; Dixon, D. A.; Lumetta, G. J.; Rapko, B. M.; Roundhill, D. M.; Rogers, R. D.; Hutchinson, J. E.; Paine, R. T.;

Raymond, K. N. "Architectural Design Criteria for f-Block Metal Ion Sequestering Agents Final Report," Report PNNL-13221, Pacific Northwest National Laboratory: Richland, WA, 2000; 32 pp.

446.Huddleston, J. G.; Griffin, S. T.; Zhang, J.; Willauer, H. D.; Rogers, R. D. "Metal Ion Separations in Aqueous Biphasic Systems and with ABEC™ Resins," In *Aqueous Two-Phase Systems: Methods and Protocols*; Hatti-Kaul, R., Ed.; In *Methods in Biotechnology*, Vol. 11; Walker, J. M., Ed.; Humana Press, Totowa, NJ, 2000; pp 77-94.

447.Huddleston, J. G.; Willauer, H. W.; Rogers, R. D. "Solvatochromic Studies in Polyethylene Glycol-Salt Aqueous Biphasic Systems," *J. Chromatogr. B: Biomed. Sci. Appl.* **2000**, *743*, 137-149.

448.Jensen, M. P.; Beitz, J. V.; Rogers, R. D.; Nash, K. L. "Thermodynamics and Hydration of the Europium Complexes of a Nitrogen Heterocycle Methane-1,1-Diphosphonic Acid," *J. Chem. Soc., Dalton Trans.* **2000**, 3058-3064.

449.Lumetta, G. J.; McNamara, B. K.; Rapko, B. M.; Sell, R. L.; Rogers, R. D.; Broker, G.; Hutchison, J. E. "Synthesis and characterization of mono- and bis-(tetraalkylmalonamide)uranium(VI) complexes," *Inorg. Chim. Acta* **2000**, *309*, 103-108.

450.Paquette, L. A.; Ohmori, N.; Lowinger, T. B.; Rogers, R. D. "Vicinal Tetrahydrofuranyl Substitution of Alkyl Chains. Tetra-, Penta-, and Hexafunctionalized Arrays," *J. Org. Chem.* **2000**, *65*, 4303-4308.

451.Paquette, L. A.; Tae, J.; Hickey, E. R.; Trego, W. E.; Rogers, R. D. "Preorganized ligand arrays based on spirotetrahydrofuranyl motifs. Synthesis of the stereoisomeric 1,8,14-trioxatrispiro[4.1.4.1.4.1]octadecanes and the contrasting conformational features and ionic binding capacities of these belted ionophores," *J. Org. Chem.* **2000**, *65*, 9160-9171.

452.Park, G.; Ye, N.; Rogers, R. D.; Brechbiel, M. W.; Planalp, R. P. "Effect of Metal Size on Coordination Geometry of *N,N',N''*-tris(3-pyridylmethyl)-*cis,cis*-1,3,5-triaminocyclohexane: Synthesis and Structure of $[M^{II}L](ClO_4)_2$ (M = Zn, Cd and Hg)," *Polyhedron* **2000**, *19*, 1155-1161.

453.Rapko, B. M.; McNamara, B. K.; Rogers, R. D.; Broker, G. A.; Lumetta, G. J.; Hay, B. P. "Coordination Chemistry of Lanthanide Triflates and Perchlorates with *N,N,N',N'*-Tetramethylsuccinamide," *Inorg. Chem.* **2000**, *39*, 4858-4867.

454.Rogers, R. D.; Reichert, W. M.; Klingshirn, M. A.; Visser, A. E.; Spear, S. K. "Vision 2020: How Green Chemistry Can Shape the Future of the Sugar Processing Industry," In *Proceedings SPRI 2000 Conference on Sugar Processing Research, April 9-12, 2000, Porto, Portugal*, Godshall, M. A., Ed; Sugar Processing Research Institute, Inc., New Orleans, LA, 2000; pp 20-40.

455.Sharma, C. V. K.; Broker, G. A.; Szulczewski, G. J.; Rogers, R. D. "Self-Assembly of Freebase- and Metalated-Tetrapyridylporphyrins to Modified Gold Surfaces. *Chem. Commun.* **2000**, 1023-1024.

456.Sharma, C. V. K.; Broker, G. A.; Rogers, R. D. "Polymorphous One-Dimensional Tetrapyridylporphyrin Coordination Polymers Which Structurally Mimic Aryl Stacking Interactions," *J. Solid State Chem.* **2000**, *152*, 253-260.

457.Spear, S. K.; Griffin, S. T.; Huddleston, J. G.; Rogers, R. D. "Radiopharmaceutical and Hydrometallurgical Separations of Perrhenate Using Aqueous Biphasic Systems and the Analogous Aqueous Biphasic Extraction Chromatographic Resins," *Ind. Eng. Chem. Res.* **2000**, *39*, 3173-3180.

458.Tae, J.; Rogers, R. D.; Paquette, L. A. "Lithium Ion-Selective Binding Properties of a Conformationally Constrained Tris(spirotetrahydrofuran) Secured to an Inositol Orthoformate Platform," *Org. Lett.* **2000**, *2*, 139-142.

459.Visser, A. E.; Griffin, S. T.; Hartman, D. H.; Rogers, R. D. "Napthol- and Resorcinol-Based Azo Dyes as Metal Ion Complexants in Aqueous Biphasic Systems," *J. Chromatogr. B: Biomed. Sci. Appl.* **2000**, *743*, 107-114.

460.Visser, A. E.; Swatloski, R. P.; Hartman, D. H.; Huddleston, J. G.; Rogers, R. D. "Calixarenes as Ligands in Environmentally-Benign Liquid/Liquid Extraction Media, Aqueous Biphasic Systems and Room Temperature Ionic Liquids," In *Calixarenes for Separations*; Lumetta, G. J.; Rogers, R. D.; Gopalan, A. S., Eds.; ACS Symposium Series 757, American Chemical Society: Washington, DC, 2000; pp 223-236.

461.Visser, A. E.; Swatloski, R. P.; Reichert, W. M.; Griffin, S. T.; Rogers, R. D. "Traditional Extractants in Nontraditional Solvents: Groups 1 and 2 Extraction by Crown Ethers in Room-Temperature Ionic Liquids," *Ind. Eng. Chem. Res.* **2000**, *39*, 3596-3604.

462.Visser, A. E.; Swatloski, R. P.; Rogers, R. D. "pH-Dependent Partitioning in Room Temperature Ionic Liquids Provides a Link to Traditional Solvent Extraction Behavior," *Green Chem.* **2000**, *2*, 1-4.

463.Willauer, H. D.; Huddleston, J. G.; Li, M.; Rogers, R. D. "Investigation of Aqueous Biphasic Systems for the Separations of Lignins from Cellulose in the paper Pulping Process," *J. Chromatogr. B: Biomed. Sci. Appl.* **2000**, *743*, 127-135.

464.Wu, B.; Reddy, R. G.; Rogers, R. D. "Aluminum recycling via near room temperature electrolysis in ionic liquids," In *Int. Symp. Recycl. Met. Eng. Mater., Proc., 4th*; Stewart, D. L., Jr.; Daley, J. C.; Stephens, R. L., Eds.; The Minerals, Metals & Materials Society, Warrendale, PA, 2000, pp 845-856.

465.Huddleston, J. G.; Visser, A. E.; Reichert, W. M.; Broker, G. A.; Willauer, H. D.; Rogers, R. D. "Characterization and Comparison of Hydrophobic and Hydrophilic Room Temperature Ionic Liquids Incorporating the Imidazolium Cation," *Green Chem.* **2001**, *3*, 156-164. (Highlighted in Emsley, J. "Ionic Liquids Poised for a Solvent-Free Atmosphere," *Science Watch* September/October 2003, Vol. 14 No. 5 as the 5th most cited paper in Chemistry for the time period March-April 2003. Among the Top Five most accessed papers for *Green Chem.* May 2004. Reported to be the 11th most cited ionic liquids paper by ISI Essential Science Indicators, Special Topics (http://www.esi-topics.com/ionic-liquids/index.html May 2004) with 123 citations at that time. Reported to be the 5th most accessed article in *Green Chemistry* in 2005 and in 2006.)

466.Kus, P.; Dalley, N. K.; Kuo, X.; Rogers, R. D.; Bartsch, R. A. "X-ray structural investigation of 4-phenyl-, 4-(o-Tolyl)-and 4-(2',4',6'-trimethylphenyl)[2.2]paracyclophanes," *Polish J. Chem.* **2001**, *75*, 1351-1360.

467.Li, M.; Willauer, H. W.; Huddleston, J. G.; Rogers, R. D. "Temperature Effects on Polymer-Based Aqueous Biphasic Extraction Technology in the Paper Pulping Process," *Sep. Sci. Technol.* **2001**, *36*, 835-847.

468.Luo, H.; Eberly, N.; Rogers, R. D.; Brechbiel, M. W. "Syntheses and Characterizations of Metal Complexes Derived from *cis,cis*-1,3,5-Triaminocyclohexane-*N,N',N''*-triacetic Acid," *Inorg. Chem.* **2001**, *40*, 493-498.

469.Luo, H.; Rogers, R. D.; Brechbiel, M. W. „A convenient and selective route to a trans-difunctionalized macrocyclic hexadentate

$N_4O_2$ ligand," *Can. J. Chem.*, **2001**, *79*, 1105-1109.

470. Park, G.; Dadachova, E.; Przyborowska, A.; Lai, S.; Ma, D.; Broker, G.; Rogers, R. D.; Planalp, R. P.; Brechbiel, M. W. "Synthesis of novel 1,3,5-*cis,cis*-triaminocyclohexane ligand based Cu(II) complexes as potential radiopharmaceuticals and correlation of structure and serum stability," *Polyhedron* **2001**, *20*, 3155-3163.

471. Park, G.; Shao, J.; Lu, F. H.; Rogers, R. D.; Chasteen, N. D.; Brechbiel, M. W.; Planalp, R. P. "Copper(II) Complexes of Novel N-Alkylated Derivatives of *cis,cis*-1,3,5-Triaminocyclohexane. 1. Preparation and Structure," *Inorg. Chem.* **2001**, *40*, 4167-4175.

472. Rogers, R. D.; Spear, S. K.; Swatloski, R. P.; Reichert, W. M.; Godshall, M. A.; Johnson, T. P.; Moens, L. "Non-sugar products from sugarcane for the new millennium: green pathways to a carbohydrate-economy?" *Publ. Tech. Pap. Proc. Annu. Meet. Sugar Ind. Technol. (May 6-9, 2001, Taipei, Taiwan)* **2001**, *60*, 291-301.

473. Spear, S. K.; Visser, A. E.; Willauer, H. W.; Swatloski, R. P.; Griffin, S. T.; Huddleston, J. G.; Rogers, R. D. "Green Separations Science & Technology: Replacement of Volatile Organic Compounds in Industrial Scale Liquid-Liquid or Chromatographic Separations," In *Green Engineering*; Anastas, P. T.; Heine, L. G.; Williamson, T. C., Eds.; ACS Symposium Series 766, American Chemical Society: Washington, DC, 2001; pp 206-221.

474. Swatloski, R. P.; Visser, A. E.; Reichert, W. M.; Broker, G. A.; Farina, L. M.; Holbrey, J. D.; Rogers, R. D. "Solvation of 1-butyl-3-methylimidazolium hexafluorophosphate in aqueous ethanol-a green solution for dissolving 'hydrophobic' ionic liquids," *Chem. Commun.* **2001**, 2070-2071. (Highlighted in "'Green' solution for ionic liquids," *Chemical & Engineering News*, October 22, 2001, p 50.)

475. Visser, A. E.; Holbrey, J. D.; Rogers, R. D. "Hydrophobic ionic liquids incorporating N-alkylisoquinolinium cations and their utilization in liquid-liquid separations," *Chem. Commun.* **2001**, 2484-2485.

476. Visser, A. E.; Swatloski, R. P.; Griffin, S. T.; Hartman, D. H.; Rogers, R. D. "Liquid/Liquid Extraction of Metal Ions in Room Temperature Ionic Liquids," *Sep. Sci. Technol.* **2001**, *36*, 785-804.

477. Visser, A. E.; Swatloski, R. P.; Reichert, W. M.; Mayton, R.; Sheff, S.; Wierzbicki, A.; Davis, Jr. J. H.; Rogers, R. D. "Task-Specific Ionic Liquids for the Extraction of Metal Ions from Aqueous Solutions," *Chem. Commun.* **2001**, 135-136. (Highlighted in Beard, J. "What's Wet and Green?," *The Alchemist*, January 26, 2001, URL: http://www.chemweb.com/alchem/2001/news/nw_010126_ionic.html; last accessed January 30, 2001.)

478. Wu, B.; Reddy, R. G.; Rogers, R. D. "Aluminum reduction via near room temperature electrolysis in ionic liquids," *Light Metals (Proceedings of the Technical Sessions Presented by the TMS Aluminum Committee at the 130th TMS Annual Meeting, New Orleans, LA, February 11-15, 2000)* The Minerals, Metals & Materials Society, Warrendale, PA, 2001; pp 237-243.

479. Wu, B.; Reddy, R. G.; Rogers, R. D. "Novel Ionic Liquid Thermal Storage for Solar Thermal Electric Power Systems," *Proceedings of Solar Forum 2001: Solar Energy: The Power to Choose, April 21-25, 2001, Washington, DC* ASME, Washington, DC, 2001.

480. Amaresh, R. R.; Lakshmikantham, M. V.; Baldwin, J. W.; Cava, M. P.; Metzger, R. M.; Rogers, R. D. "Condensed Thiophenes and Selenophenes: Thionyl Chloride and Selenium Oxychloride as Sulfur and Selenium Transfer Reagents," *J. Org. Chem.* **2002**, *67*, 2453-2458.

481. Broker, G. A.; Klingshirn, M. A.; Rogers, R. D. "Green Chemistry and Lanthanide-Based Crystal Engineering," *J. Alloys Comp.* **2002**, *344*, 123-127.

482. Chong, H.-s.; Ganguly, B.; Broker, G. A.; Rogers, R. D.; Brechbiel, M. W. "Stereoselective and Regioselective Synthesis of Azepane and Azepine Derivatives via Piperidine Ring Expansion," *J. Chem. Soc. Perkin I* **2002**, 2080-2086.

483. Guo, Z.; Li, M.; Willauer, H. D.; Huddleston, J. G.; April, G. C.; Rogers, R. D. "Evaluation of Polymer-Based Aqueous Biphasic Systems as Improvement for the Hardwood Alkaline Pulping Process," *Ind. Eng. Chem. Res.* **2002**, *41*, 2535-2542.

484. Holbrey, J. D.; Reichert, W. M.; Swatloski, R. P.; Broker, G. A.; Pitner, W. R.; Seddon, K. R.; Rogers, R. D. "Efficient, halide free synthesis of new, low cost ionic liquids: Alkylimidazolium salts containing methyl- and ethyl-sulfate anions" *Green Chem.* **2002**, *4*, 407-413.

485. Holbrey, J. D.; Rogers, R. D. "Green Chemistry and Ionic Liquids - Synergies and Ironies," In *Ionic Liquids; Industrial Applications to Green Chemistry*, Rogers, R. D.; Seddon, K. R. (Eds.); ACS Symposium Series 818; American Chemical Society: Washington DC, 2002; pp 2-14.

486. Holbrey, J. D.; Rogers, R. D. "Green Industrial Applications of Ionic Liquids: Technology Review," In *Ionic Liquids; Industrial Applications to Green Chemistry*, Rogers, R. D.; Seddon, K. R. (Eds.); ACS Symposium Series 818; American Chemical Society: Washington DC, 2002; pp 446-458.

487. Holbrey, J. D.; Shaughnessy, K. H.; Klingshirn, M. A.; Broker, G. A.; Rogers, R. D. "Transition Metal Catalyzed CO/Olefin Co-Polymerization in Room Temperature Ionic Liquids," In *Molten Salts XIII: Proceedings of the International Symposium*, Trulove, P. C.; De long, H. C.; Mantz, R. A.; Stafford, G. R.; Matsunaga, M., Eds.; The Electrochemical Society: Pennington, NJ, 2002; Vol. 2002-19, pp 213-223.

488. Hong, K.; Zhang, H.; Mays, J. W.; Visser, A. E.; Brazel, C. S.; Holbrey, J. D.; Reichert, W. M.; Rogers, R. D. "Conventional free radical polymerization in room temperature ionic liquids: A green approach to Commodity Polymers with Practical Advantages," *Chem. Commun.* **2002**, 1368-1369.

489. Huddleston, J. G.; Broker, G. A.; Willauer, H. D.; Rogers, R. D. "Free-Energy Relationships and Solvatochromatic Properties of 1-Alkyl-3-methylimidazolium Ionic Liquids," In *Ionic Liquids; Industrial Applications to Green Chemistry*, Rogers, R. D.; Seddon, K. R. (Eds.); ACS Symposium Series 818; American Chemical Society: Washington DC, 2002; pp 270-288.

490. Huddleston, J. G.; Willauer, H. D.; Rogers, R. D. "The Solvatochromic Properties, α, β, and π*, of PEG-Salt Aqueous Biphasic Systems," *Phys. Chem. Chem. Phys.* **2002**, *4*, 4065-4070.

491. Katritzky, A. R.; Jain, R.; Lomaka, A.; Petrukhin, R.; Karelson, M.; Visser, A. E.; Rogers, R. D. "Correlation of the Melting

Points of Potential Ionic Liquids (Imidazolium Bromides and Benzimidazolium Bromides) Using the CODESSA Program," *J. Chem. Inf. Comput. Sci.* **2002**, *42*, 225-231. [*Erratum: J. Chem. Inf. Mod.* **2005**, *45*, 533-534.]

492. Katritzky, A. R.; Lomaka, A.; Petrukhin, R.; Jain, R.; Karelson, M.; Visser, A. E.; Rogers, R. D. "QSPR Correlation of the Melting Point for Pyridinium Bromides, Potential Ionic Liquids," *J. Chem. Inf. Comput. Sci.* **2002**, *42*, 71-74.

493. Klingshirn, M. A.; Broker, G. A.; Holbrey, J. D.; Shaughnessy, K. H.; Rogers, R. D. "Polar, non-coordinating ionic liquids as solvents for alternating copolymerization of styrene and CO catalyzed by cationic palladium catalysts," *Chem. Commun.* **2002**, 1394-1395.

494. Planalp, R. P.; Przyborowska, A. M.; Ye, N.; Ku, F. H.; Rogers, R. D.; Broker, G. A.; Torti S. V.; Brechbiel, M. W. "Novel Cytotoxic Chelators that Bind Iron(II) Selectively over Zinc(II) under Aqueous Aerobic Conditions," *Biochem. Soc. Trans.* **2002**, *30*, 758-762.

495. Royer, A. C.; Rogers, R. D.; Arrington, D. L.; Street, S. C.; Vincent, J. B. "Spectroscopic studies of the dodecanuclear chromium complex $Cr_{12}O_9(OH)_3(pivalate)_{15}$: confirmation of the presence of twelve Cr(III) centers and the crystal structure of $Cr_{12}O_9(OH)_3(pivalate)_{15}\bullet 2PrOH\bullet 9H_2O$," *Polyhedron* **2002**, *21*, 155-165.

496. Scott, M. P.; Brazel, C. S.; Benton, M. G.; Mays, J. W.; Holbrey, J. D.; Rogers, R. D. "Application of ionic liquids as plasticizers for poly(methyl-methacrylate)," *Chem. Commun.* **2002**, 1370-1371.

497. Scovazzo, P.; Visser, A. E.; Davis, Jr., J. H.; Rogers, R. D.; Koval, C. A.; DuBois, D. L.; Noble, R. D. "Supported Ionic Liquid Membranes (SILMs) and Facilitated Ionic Liquid Membranes (FILMs)," In *Ionic Liquids; Industrial Applications to Green Chemistry*, Rogers, R. D.; Seddon, K. R. (Eds.); ACS Symposium Series 818; American Chemical Society: Washington DC, 2002; pp 69-87.

498. Spear, S. K.; Visser, A. E.; Rogers, R. D. "Ionic Liquids: Green Solvents for Carbohydrate Studies," In *Proceedings of the 2002 Sugar Processing Research Conference, Advances in the Chemistry and Processing of Beet and Cane Sugar, March 10-13, 2002, New Orleans, LA;* Godshall, M. A., Ed; Sugar Processing Research Institute, Inc.: New Orleans, LA, 2002; pp 336-340.

499. Swatloski, R. P.; Holbrey, J. D.; Spear, S. K.; Rogers, R. D. "Ionic Liquids for the Dissolution and Regeneration of Cellulose," In *Molten Salts XIII: Proceedings of the International Symposium*, Trulove, P. C.; De long, H. C.; Mantz, R. A.; Stafford, G. R.; Matsunaga, M., Eds.; The Electrochemical Society: Pennington, NJ, 2002; Vol. 2002-19, pp 155-164.

500. Swatloski, R. P.; Spear, S. K.; Holbrey, J. D.; Rogers, R. D. "Dissolution of Cellose with Ionic Liquids," *J. Am. Chem. Soc.* **2002**, *124*, 4974-4975. (Highlighted in "Ionic Liquids Can Dissolve Cellulose," *Chemical & Engineering News*, April 29, 2002, p 24. Reported to be the 18th most cited ionic liquids paper in the previous two-year period by ISI Essential Science Indicators, Special Topics (http://www.esi-topics.com/ionic-liquids/index.html May 2004) with 22 citations at that time.)

501. Swatloski, R. P.; Visser, A. E.; Reichert, W. M.; Broker, G. A.; Farina, L. M.; Holbrey, J. D.; Rogers, R. D. "On the solubilization of water with ethanol in hydrophobic hexafluorophosphate ionic liquids," *Green Chem.* **2002**, *4*, 81-87.

502. Visser, A. E.; Holbrey, J. D.; Rogers, R. D. "Room temperature ionic liquids as alternatives to traditional organic solvents in solvent extraction," In *ISEC 2002, Proceeding of the International Solvent Extraction Conference Cape Town, South Africa 17 to 21 March 200*; Sole, K. C.; Cole, P. M.; Preston, J. S.; Robinson, D. J., Eds.; Chris van Rensburg Publications, Melville, South Africa, 2002; Vol. 1; pp 474-480.

503. Visser, A. E.; Reichert, W. M.; Swatloski, R. P.; Willauer, H. D.; Huddleston, J. G.; Rogers, R. D. "Characterization of Hydrophilic and Hydrophobic Ionic Liquids: Alternatives to Volatile Organic Compounds for Liquid-Liquid Separations," In *Ionic Liquids; Industrial Applications to Green Chemistry*, Rogers, R. D.; Seddon, K. R. (Eds.); ACS Symposium Series 818; American Chemical Society: Washington DC, 2002; pp 289-308.

504. Visser, A. E.; Rogers, R. D. "Actinide Chemistry in Novel Solvent Media: Room Temperature Ionic Liquids," In *Molten Salts XIII: Proceedings of the International Symposium*, Trulove, P. C.; De long, H. C.; Mantz, R. A.; Stafford, G. R.; Matsunaga, M., Eds.; The Electrochemical Society: Pennington, NJ, 2002; Vol. 2002-19, pp 516-529.

505. Visser, A. E.; Swatloski, R. P.; Reichert, W. M.; Mayton, R.; Sheff, S. Wierzbicki, A.; Davis, Jr. J. H.; Rogers, R. D. "Task-Specific Ionic Liquids Incorporating Novel Cations for the Coordination and Extraction of $Hg^{2+}$ and $Cd^{2+}$: Synthesis, Characterization, and Extraction Studies," *Env. Sci. Technol.* **2002**, *36*, 2523-2529.

506. Willauer, H. D.; Huddleston J. G.; Rogers, R. D. "Solute Partitioning in Aqueous Biphasic Systems Composed of Polyethylene Glycol and Salt: The Partitioning of Small Neutral Organic Species," *Ind. Eng. Chem. Res.* **2002**, *41*, 1892-1904.

507. Willauer, H. D.; Huddleston, J. G.; Rogers, R. D. "Solvent Properties of Aqueous Biphasic Systems Composed of Polyethylene Glycol and Salt Characterized by the Free Energy of Transfer of a Methylene Group Between the Phases and by a Linear Solvation Energy Relationship," *Ind. Eng. Chem. Res.* **2002**, *41*, 2591-2601.

508. Yamato, K.; Bartsch, R. A.; Dietz, M. L.; Rogers, R. D. "Improved stereospecific synthesis of the *trans*-isomers of dicyclohexano-18-crown-6 and the solid-state structure of the *trans-syn-trans*-isomer," *Tetrahedron Lett.* **2002**, *43*, 2153-2156.

509. Yamato, K.; Bartsch, R. A.; Dietz, M. L.; Broker, G. A.; Rogers, R. D. "Synthesis of chiral *trans-anti-trans*-isomers of dicyclohexano-18-crown-6 via an enzymatic reaction and the solid-state structure of one enantiomer," *Tetrahedron Lett.* **2002**, *43*, 5805-5808.

510. Zhang, H.; Bu, L.; Li, M.; Hong, K.; Visser, A. E.; Rogers, R. D.; Mays, J. W. "Homopolymerization and Block Copolymer Formation in Room Temperature Ionic Liquids using Conventional Free Radical Initiators," In *Ionic Liquids; Industrial Applications to Green Chemistry*, Rogers, R. D.; Seddon, K. R. (Eds.); ACS Symposium Series 818; American Chemical Society: Washington DC, 2002; pp 114-124.

511. Abraham, M. H.; Zissimos, A. M.; Huddleston, J. G.; Willauer, H. D.; Rogers, R. D.; Acree, Jr., W. E. "Some Novel Liquid Partitioning Systems: Water-Ionic Liquids and Aqueous Biphasic Systems," *Ind. Eng. Chem. Res.* **2003**, *42*, 413-418.

512. Aqad, E.; Lakshmikantham, M. V.; Cava, M. P.; Broker, G. A.; Rogers, R. D. "Synthesis of Benzo[c]selenophene and Derivatives

via New Routes," *Org. Lett.* **2003**, *5*, 2519-2521.

513. Guo, Z.; Huddleston, J. G.; Rogers, R. D.; April, G. C. "Reaction Parameter Effects in Metal-Salt-Catalyzed Aqueous Biphasic Pulping Systems," *Ind. Eng. Chem. Res.* **2003**, *42*, 248-253.

514. Guo, Z.; Li, M.; Willauer, H. D.; Huddleston, J. G.; Rogers, R. D. "PEG-Based Aqueous Biphasic Systems as Improvement for Kraft Hardwood Pulping Process," *Chem. Eng. Commun.* **2003**, *190*, 1155-1169.

515. Gutowski, K. E.; Bridges, N. J.; Cocalia, V. A.; Spear, S. K.; Holbrey, J. D.; Swatloski, R. P.; Davis, J. H., Jr.; Rogers, R. D. "Approaches to Nuclear Separations Using Room Temperature Ionic Liquids," *American Nuclear Society GLOBAL 2003 Winter Meeting Proceedings* **2003**; pp 1604-1608.

516. Gutowski, K. E.; Broker, G. A.; Willauer, H. D.; Huddleston, J. G.; Swatloski, R. P.; Holbrey, J. H. "Controlling the aqueous miscibility of ionic liquids: Aqueous biphasic systems of water-miscible ionic liquids and water-structuring salts for recycle, metathesis, and separations," *J. Am. Chem. Soc.* **2003**, *125*, 6632-6633.

517. Helm, M. L.; Loveday, K. D.; Combs, C. M.; Bentzen, E. L.; VanDerveer, D. G.; Rogers, R. D.; Grant, G. J. "Heavy Metal Complexes of Macrocyclic Thioethers," *J. Chem. Crystallogr.* **2003**, *33* 447-455.

518. Holbrey, J. D.; Reichert, W. M.; Nieuwenhuyzen, M.;Johnson, S.; Seddon, K. R.; Rogers, R. D., "Crystal polymorphism in 1-butyl-3-methylimidazolium halides: supporting ionic liquid formation by inhibition of crystallization," *Chem. Commun.* **2003**, 1636-1637.

519. Holbrey, J. D.; Reichert, W. M.; Nieuwenhuyzen, M.; Sheppard, O.; Hardacre, C.; Rogers, R. D., "Liquid Clathrate Formation in Ionic Liquid/Aromatic Mixtures," *Chem. Commun.* **2003**, 476-477.

520. Holbrey, J. D.; Reichert, W. M.; Reddy, R. G.; Rogers, R. D. "Heat Capacities of Ionic Liquids and Their Applications as Thermal Fluids," In *Ionic Liquids as Green Solvents: Progress and Prospects*, Rogers, R. D.; Seddon, K. R. (Eds.); ACS Symposium Series 856; American Chemical Society: Washington DC, 2003; pp 121-133.

521. Holbrey, J. D.; Reichert, W. M.; Tkatchenko, I.; Bouajila, E.; Walter, O.; Tommasi, I.; Rogers, R. D. "1,3-Dimethylimidazolium-2-carboxylate: The Unexpected Synthesis of an Ionic Liquid Precursor and Carbene-CO$_2$ Adduct," *Chem. Commun.* **2003**, 28-29.

522. Holbrey, J. D.; Rogers, R. D. "Physico-chemical properties of ionic liquids: Melting points and phase diagrams," In *Ionic Liquids in Synthesis*; Wasserscheid, P.; Welton, T., Eds.; Wiley-VCH, Weinheim, **2003**; pp 41-55.

523. Holbrey, J. D.; Turner, M. B.; Rogers, R. D. "Selection of Ionic Liquids for Green Chemical Applications," In *Ionic Liquids as Green Solvents: Progress and Prospects*, Rogers, R. D.; Seddon, K. R. (Eds.); ACS Symposium Series 856; American Chemical Society: Washington DC, 2003; pp 2-12.

524. Holbrey, J. D.; Turner, M. B.; Reichert, W. M.; Rogers, R. D. "New ionic liquids containing an appended hydroxyl functionality from the clean, atom-efficient, one-pot reaction of 1-methylimidazole and acid with propylene oxide," *Green Chem.* **2003**, *5*, 731-736.

525. Holbrey, J. D.; Visser, A. E.; Rogers, R. D. "Physico-chemical properties of ionic liquids: Solubility and solvation in ionic liquids," In *Ionic Liquids in Synthesis*; Wasserscheid, P.; Welton, T., Eds.; Wiley-VCH, Weinheim, 2003; pp 68-81.

526. Holbrey, J. D.; Visser, A. E. Spear, S. K.; Reichert, W. M.; Swatloski, R. P.; Broker, G. A.; Rogers, R. D. "Mercury(II) partitioning from aqueous solutions with a new, hydrophobic ethylene-glycol functionalized bis-imidazolium ionic liquid," *Green Chem.* **2003**, *5*, 129-135.

527. Huddleston, J. G.; Looney, T. K.; Broker, G. A.; Griffin, S. T.; Spear, S. K.; Rogers, R. D. "Comparative Behavior of Poly(ethylene glycol) Hydrogels and Poly(ethylene glycol) Aqueous Biphasic Systems," *Ind. Eng. Chem. Res.* **2003**, *42*, 6088-6095.

528. Huddleston, J. G.; Willauer, H. D.; Rogers, R. D. "Phase Diagram Data for Several PEG + Salt Aqueous Biphasic Systems at 25 °C," *J. Chem. Eng. Data* **2003**, *48*, 1230-1236.

529. Park, G.; Przyborowska, A. M.; Ye, N.; Tsoupas, N. M.; Bauer, C. B.; Broker, G. A.; Rogers, R. D.; Brechbiel, M. W.; Planalp, R. P. "Steric effects caused by N-alkylation of the tripodal chelator N, N', N''-tris(2-pyridylmethyl)-*cis,cis*-1,3,5-triaminocyclohexane (tachpyr): structural and electronic properties of the Mn(II), Co(II), Ni(II), Cu(II) and Zn(II) complexes," *J. Chem. Soc., Dalton Trans.* **2003**, 318-324.

530. Rajagopal, D.; Lakshmikantham, M. V.; Cava, M. P.; Broker, M. P.; Rogers, R. D. "Synthesis and Transformations of Some New 2,4-Bismethylene-1,3-ditelluretanes," *Tetrahedron Lett.* **2003**, *44*, 2397-2400.

531. Rogers, R. D.; Seddon, K. R. "Ionic Liquids – Solvents of the Future?" *Science* **2003**, *302*, 792-793.

532. Shaughnessy, K. H.; Klingshirn, M. A.; P'Pool, S. J.; Holbrey, J. D.; Rogers, R. D. "Polar, Non-Coordinating Ionic Liquids as Solvents for Coordination Polymerization of Olefins," In *Ionic Liquids as Green Solvents: Progress and Prospects*, Rogers, R. D.; Seddon, K. R. (Eds.); ACS Symposium Series 856; American Chemical Society: Washington DC, 2003; pp 300-313.

533. Swatloski, R. P.; Holbrey, J. D.; Rogers, R. D. "Ionic liquids are not always green: hydrolysis of 1-butyl-3-methylimidazolium hexafluorophosphate," *Green Chem.* **2003**, *5*, 361-363.

534. Turner, M. B.; Spear, S. K.; Huddleston, J. G.; Holbrey, J. D.; Rogers, R. D. "Ionic Liquid-Induced Inactivation and Unfolding of Cellulase from *Trichoderma reesei*, *Green Chem.* **2003**, *5*, 443-447. (Also in *Chemical Biology Virtual Journal*, **2003**, Issue 15: http://www.rsc.org/cgi-shell/empower.exe?DB=rsc-cbvjournal&B=F22003&B=F415&ISSNO=15.)

535. Visser, A. E.; Jensen, M. P.; Laszak, I.; Nash, K. L.; Choppin, G. R.; Rogers, R. D. "Uranyl Coordination Environment in Hydrophobic Ionic Liquids: An in Situ Investigation," *Inorg. Chem.* **2003**, *42*, 2197-2199.

536. Visser, A. E.; Rogers, R. D. "Room Temperature Ionic Liquids: New Solvents for f-Element Separations and Associated Solution Chemistry," *J. Solid State Chem.* **2003**, *171*, 109-113.

537. Visser, A. E.; Swatloski, R. P.; Reichert, W. M.; Willauer, H. D.; Huddleston, J. G.; Rogers, R. D. "Room Temperature Ionic Liquids as Replacements for Traditional Organic Solvents and Their Applications Towards "Green Chemistry" in Separation

Processes," In *Green Industrial Applications of Ionic Liquids*, Rogers, R. D.; Seddon, K. R.; Volkov, S. (Eds.); Kluwer: Dordrecht, 2003; pp 137-156.

538. Burns, C. J.; Neu, M.; Boukhalfa, H.; Gutowski, K. E.; Bridges, N. J.; Rogers, R. D. "The Actinides," in *Comprehensive Coordination Chemistry-II From Biology to Nanotechnology*, McCleverty, J. A.; Meyer, T. J., Eds., Vol. 3 *Coordination Chemistry of the s, p, and f Metals*, Parkin, G. F. R. Ed.; Elsevier Pergamon: Amsterdam, 2004; pp 189-346.

539. Chen, J.; Spear, S. K.; Huddleston, J. G.; Holbrey, J. D.; Rogers, R. D. "Application of polyethylene glycol-based aqueous biphasic reactive extraction to the oxidation of olefins." *J. Chromatogr. B* **2004**, *807*, 145-149.

540. Chen, J.; Spear, S. K.; Huddleston, J. G.; Holbrey, J. D.; Swatloski, R. P.; Rogers, R. D. "Application of poly(ethylene glycol)-based aqueous biphasic systems as reaction and reactive extraction media," *Ind. Eng. Chem. Res.* **2004**, *43*, 5358-5364.

541. Gilbert, T. M.; Littrell, J. C.; Talley, C. E.; Vance, M. A.; Dallinger, R. F.; Rogers, R. D. "Experimental and Computational Studies of the Metal-Metal Stretching Vibration in $X_3M\equiv MX_3$ Compounds (X = Alkoxide, Alkyl, Amide)," *Inorg. Chem.* **2004**, *43*, 1762-1769.

542. Griffin, S. T.; Spear, S. K.; Rogers, R. D. "Effects of speciation on partitioning of iodine in aqueous biphasic systems and onto ABEC® resins," *J. Chromatogr. B* **2004**, *807*, 151-156.

543. Holbrey, J. D.; Reichert, W. M.; Rogers. R. D. "Crystal structures of imidazolium bis(trifluoromethanesulfonyl)imide 'ionic liquid' salts: The first organic salt with a cis-TFSI anion conformation," *J. Chem. Soc., Dalton Trans.* **2004**, 2267-2271.

544. Huddleston, J. G.; Willauer, H. D.; Burney, M. T.; Tate, L. J.; Carruth, A. D.; Rogers, R. D. "Comparison of an Empirical and a Theoretical Linear Solvation Energy Relationship Applied to the Characterization of Solute Distribution in a Poly(ethylene) Glycol-Salt Aqueous Biphasic System," *J. Chem. Inf. Comput. Sci.* **2004**, *44*, 549-558.

545. Katritzky, A. R.; Tämm, K.; Kuanar, M.; Fara, D. C.; Oliferenko, A.; Oliferenko, P.; Huddleston, J. G.; Rogers, R. D. "Aqueous Biphasic Systems. Partitioning of Organic Molecules: a QSPR Treatment," *J. Chem. Inf. Comput. Sci.* **2004**, *44*, 136-142.

546. Klingshirn, M. A.; Spear, S. K.; Subramanian, R.; Holbrey, J. D.; Huddleston, J. G.; Rogers, R. D. "Gellation of ionic liquids using a cross-linked poly(ethylene glycol) gel matrix," *Chem. Mater.* **2004**, *16*, 3091-3097.

547. Luo, H.; Dai, S.; Bonnesen, P. V.; Buchanan, A. C.; Holbrey, J. D.; Bridges, N. J.; Rogers, R. D. "Extraction of Cesium Ions from Aqueous Solutions Using Calix[4]arene-bis(tert-octylbenzo-crown-6) in Ionic Liquids," *Anal. Chem.* **2004**, 76, 3078-3083.

548. Oliferenko, A. A.; Oliferenko, P. V.; Huddleston, J. G.; Rogers, R. D.; Palyulin, V. A.; Zefirov, N. S.; Katritzky, A. R. "Theoretical Scales of Hydrogen Bond Acidity and Basicity for Application in QSAR/QSPR Studies and Drug Design. Partitioning of Aliphatic Compounds," *J. Chem. Inf. Comput. Sci.* **2004**, *44*, 1042-1055.

549. Spear, S. K.; Holbrey, J. D.; Rogers, R. D. "Liquid Clathrates," In *Encyclopedia of Supramolecular Chemistry*, Atwood, J. L.; Steed, J. W. (Eds.); Marcel Dekker: New York, 2004; pp 804-808.

550. Swatloski, R. P.; Holbrey, J. D.; Memon, S. B.; Caldwell, G. A.; Caldwell, K. A.; Rogers, R. D. "Using *Caenorhabditis elegans* to probe toxicity of 1-alkyl-3-methylimidazolium chloride based ionic liquids," *Chem. Commun.* **2004**, 668-669.

551. Turner, M. B.; Holbrey, J. D.; Spear, S. K.; Rogers, R. D. "Production of bioactive cellulose films reconstituted from ionic liquids," *Biomacromolecules* **2004**, *5*, 1379-1384.

552. Wang, W.; Shen, G.; Swatloski, R. P.; Farag, R.; Broughton, Jr., R. M.; Rogers, R. D. "Cellulose Fibers Extruded from Ionic Liquids," In *Proceedings of the International Nonwovens Technical Conference, Toronto Canada, September 20-23, 2004*, INDA, Association of the Nonwoven Fabrics Industry: Cary, NC, 2004.

553. Ye, N.; Park, G.; Przyborowska, A. M.; Sloan, P. E.; Clifford, T.; Bauer, C. B.; Broker, G. A.; Rogers, R. D.; Ma, R.; Torti, S. V.; Brechbiel, M. W.; Planalp, R. P., "Nickel(II), copper(II) and zinc(II) binding properties and cytotoxicity of tripodal, hexadentate tris(ethylenediamine)– analogue chelators," *Dalton Trans.* **2004**, 1304-1311. (Among the Top Ten accessed papers for *Dalton Trans.* June 2004.)

554. Chen, J.; Spear, S. K.; Huddleston, J. G.; Rogers, R. D. "Polyethylene glycol and solutions of polyethylene glycol as green reaction media," *Green Chem.* **2005**, *7*, 64-82. [This was the cover article for this issue of *Green Chemistry*. Reported to be the 10th most accessed article in *Green Chemistry* in 2006.]

555. Childers, M. L.; Su, F.; Przyborowska, A. M.; Bishwokarma, B.; Park, G.; Brechbiel, M. W.; Torti, S. V.; Torti, F. M.; Broker, G.; Alexander, J. S.; Rogers, R. D.; Ruhlandt-Senge, K.; Planalp, R. P. "Pyridine-ring alkylation of cytotoxic *N, N', N''*-tris(2-pyridylmethyl)-*cis,cis*-1,3,5-triaminocyclohexane chelators: Structural and electronic properties of the $Mn^{II}$, $Fe^{II}$, $Ni^{II}$, $Cu^{II}$ and $Zn^{II}$ complexes," *Eur. J. Inorg. Chem.* **2005**, *19*, 3971-3982.

556. Clapp, L. A.; Siddons, C. J.; Whitehead, J. R.; VanDerveer, D. J.; Rogers, R. D.; Griffin, S. T.; Jones, S. B.; Hancock, R. D. "Factors Controlling Metal-Ion Selectivity in the Binding Sites of Calcium-Binding Proteins. The Metal Binding Properties of Amide Donors. A Crystallographic and Thermodynamic Study," *Inorg. Chem.* **2005**, *44*, 8495-8502.

557. Cocalia, V. A.; Holbrey, J. D.; Gutowski, K. E.; Bridges, N. J.; Rogers; R. D. "Separations of Metal Ions Using Ionic Liquids: The Challenges of Multiple Mechanisms," In *Proceedings of the International Solvent Extraction Conference, Solvent Extraction for Sustainable Development (ISEC 2005) Beijing, China 19-23 September 2005*; China Academic Journal Electronic Publishing House; Beijing, 2005; pp 39-46.

558. Cocalia, V. A.; Jensen, M. P.; Holbrey, J. D.; Spear, S. K.; Rogers, R. D. "Identical Extraction Behavior and Coordination of Trivalent and Hexavalent f-Element Cations Using Ionic Liquid and Molecular Solvents," *Dalton Trans.* **2005**, 1966-1971.

559. DeVasher, R. B.; Spruell, J. M.; Dixon, D. A.; Broker, G. A.; Griffin, S. T.; Rogers, R. D.; Shaughnessy, K. H. "Experimental and Computational Study of Steric and Electrnic Effects n the Coordination of Bulky, Water-Soluble Alkylphosphines to Palladium under Reducing Conditions: Correlation to Catalytic Activity," *Organometallics* **2005**, *245*, 962-971.

560. Elshani, S.; Wai, C. M.; Shreeve, J. M.; Rogers, R. D.; Bartsch, R. A. "Synthesis of Proton-Ionizable Acyclic, Macrocyclic and Macrobicyclic Compounds Containing One or Two Triazole Groups," *J. Heterocyclic Chem.* **2005**, *42*, 621-629.

561. Fox, P. A.; Griffin, S. T.; Reichert, W. M.; Salter, E. A.; Smith, A. B.; Tickell, M. D.; Wicker, B. F.; Cioffi, E. A.; Davis, Jr. J. H.; Rogers, R. D.; Wierzbicki, A. "Exploiting isolobal relationships to create new ionic liquids: Novel room-temperature ionic liquids based upon (N-alkylimidazole)(amine)BH$_2^+$ "boronium" ions," *Chem. Commun.* **2005**, 3679-3681.

562. Gutowski, K. E.; Holbrey, J. D.; Rogers, R. D.; Dixon, D. A. "Prediction of the Formation and Stabilities of Energetic Salts and Ionic Liquids Based on ab Initio Electronic Structure Calculations," *J. Chem. Phys. B* **2005**, *109*, 23196-23208.

563. Gutowski, K. E.; Bridges, N. J.; Cocalia, V. A.; Spear, S. K.; Visser, A. E.; Holbrey, J. D.; Davis, Jr., J. H.; Rogers, R. D. "Ionic Liquid Technologies for Utilization in Nuclear-Based Separations," In *Ionic Liquids IIIB: Fundamentals, Progress, Challenges, and Opportunities - Transformations and Processes*, Rogers, R. D.; Seddon, K. R. (Eds.); ACS Symposium Series 902; American Chemical Society: Washington DC, 2005; pp 33-48.

564. Haque, a.; Daly, D. T.; Rogers, R. D.; Mobley, C.; Swatloski, R. P. "Effects of MAPP as Coupling Agent on the Performance of Cellulose/Polypropylene Laminated Composites," In *Proceedings of the 3rd International Conference on Eco-Composites*, Royal Institute of Technology, Stockholm, Sweden, June 20-21, 2005.

565. Holbrey, J. D.; Chen, J.; Turner, M. B.; Swatloski, R. P.; Spear, S. K.; Rogers, R. D., "Applying Ionic Liquids for Controlled Processing of Polymer Materials," In *Ionic Liquids in Polymer Systems: Solvents, Additives, and Novel Applications*, Brazel, C. S.; Rogers, R. D. (Eds.); ACS Symposium Series 913; American Chemical Society: Washington DC, 2005; pp 71-87.

566. Katritzky, A. R.; Singh, S.; Kirichenko, K.; Holbrey, J. D.; Smiglak, M.; Reichert, W. M.; Rogers, R. D. "1-Butyl-3-methylimidazolium 3,5-dinitro-1,2,4-triazolate: A novel ionic liquid containing a rigid, planar energetic anion," *Chem. Commun.* **2005**, 868-870. (Among the Top Five most accessed papers for *Chem. Commun.* February 2005.)

567. Klingshirn, M.; Rogers, R. D.; Shaughnessy, K. H., "Palladium-catalyzed hydroesterification of styrene derivatives in the presence of ionic liquids," *J. Organomet. Chem.* **2005**, *690*, 3620-3626.

568. Klingshirn, M. A.; Spear, S. K.; Holbrey, J. D.; Huddleston, J. G.; Rogers, R. D. "Synthesis, Characterization, and Application of Cross-Linked Poly(ethylene glycol) Networks Used for Gelation of Ionic Liquids," In *Ionic Liquids in Polymer Systems: Solvents, Additives, and Novel Applications*, Brazel, C. S.; Rogers, R. D. (Eds.); ACS Symposium Series 913; American Chemical Society: Washington DC, 2005; pp 149-162.

569. Klingshirn, M. A.; Spear, S. K.; Holbrey, J. D.; Rogers, R. D. "Ionic liquids as solvent and solvent additives for the synthesis of sol-gel materials," *J. Mater. Chem.* **2005**, *15*, 5174-5180.

570. Mobley, C.; Ramasetty, A.; Haque, A.; Poplin, J. H.; Daly, D. T.; Rogers, R. D. "Affordable Bio-polymer Matrix Composites for Lightweight Automotive Components," In *Proceedings of the Sixth Annual Global Automotive Conference*, Western Kentucky University, Bowling Green, KY, April 6-8, 2005.

571. Moody, M. L.; Willauer, H. D.; Griffin, S. T.; Huddleston, J. G.; Rogers, R. D. "Solvent Property Characterization of Poly(ethylene glycol)/Dextran Aqueous Biphasic Systems Using the Free Energy of Transfer of a Methylene Group and a Linear Solvation Energy Relationship," *Ind. Eng. Chem. Res.* **2005**, *44*, 3749-3760.

572. Moulthrop, J. S.; Swatloski, R. P.; Moyna, G.; Rogers, R. D. "High-resolution $^{13}$C NMR studies of cellulose and cellulose oligomers in ionic liquid solutions," *Chem. Commun.* **2005**, 1557-1559.

573. P'Pool, S. J.; Klingshirn, M.; Rogers, R. D.; Shaughnessy, K. H. "Kinetic Study of the Oxidative Addition of Methyl Iodide to Vaska's Complex in Ionic Liquids," *J. Organomet. Chem.* **2005**, *690*, 3522-3528.

574. Sliger, M. D.; Broker, G. A.; Griffin, S. T.; Rogers, R. D.; Shaughnessy, K. H. "Di-*t*-butyl(ferrocenylphosphine: Air-Stability, Structural Characterization, Coordination Chemistry, and Applications to Palladium-Catalyzed Cross-Coupling Reactions," *J. Organomet. Chem.* **2005**, *690*, 1478-1486.

575. Sliger, M. D.; P'Pool, S. J.; Traylor, R. K.; McNeill III, J.; Young, S. H.; Hoffman, N. W.; Klingshirn, M. A.; Rogers, R. D.; Shaughnessy, K. H. "Promoting Effect of Ionic Liquids on Ligand Substitution Reactions," *J. Organomet. Chem.* **2005**, *690*, 3540-3545.

576. Turner, M. B.; Holbrey, J. D; Spear, S. K.; Pusey, M. L.; Rogers, R. D. "Effects of Oxygen-Containing Functional Groups on Protein Stability in Ionic Liquid Solutions," In *Ionic Liquids IIIB: Fundamentals, Progress, Challenges, and Opportunities - Transformations and Processes*, Rogers, R. D.; Seddon, K. R. (Eds.); ACS Symposium Series 902; American Chemical Society: Washington DC, 2005; pp 233-243.

577. Turner, M. B.; Spear, S. K.; Holbrey, J. D.; Daly, D. T.; Rogers, R. D. "Ionic liquid-reconstituted cellulose composites as solid support matrices for biocatalyst immobilization," *Biomacromolecules* **2005**, *6*, 2497-2502.

578. Broughton, R.; Wang, W.; Shen, G.; Farag, R.; Swatloski, R. P.; Rogers, R. D. "Keynote Address: New Solvent for Cellulose Extrusion," In *Proceedings Beltwide Cotton Conferences,* National Cotton Council: Memphis, TN, 2005, pp 3291/1-3291/5 (ISSN: 1059-2644).

579. Cocalia, V. A.; Gutowski, K. E.; Rogers, R. D. "The coordination chemistry of actinides in ionic liquids: A review of experiment and simulation," *Coord. Chem. Rev.* **2006**, *250*, 755-764.

580. Cocalia, V. A.; Holbrey, J. D.; Gutowski, K. E.; Bridges, N. J.; Rogers; R. D. "Separations of Metal Ions Using Ionic Liquids: The Challenges of Multiple Mechanisms," *Tsinghua Sci. Technol.* **2006**, *11*, 188-193.

581. Cocalia, V. A.; Holbrey, J. D.; Spear, S. K.; Jensen, M. P.; Rogers, R. D. "Partitioning of Transuranic Metal Ions to Ionic Liquids Containing the Ionizable Complexant Cyanex-272," In *Molten Salts XIV: Proceedings of the International Symposium*, Trulove, P. C.; De long, H. C.; Mantz, R. A.; Stafford, G. R.; Matsunaga, M., Eds.; The Electrochemical Society: Pennington, NJ, 2006; Vol. PV 2004-24; pp 779-789.

582. Drab, D. M.; Smiglak, M.; Rogers, R. D. "Should the Concepts of Green Chemistry be Restrictive or Prescriptive? The Greener Synthesis of High-Performance, Energetic Ionic Liquid Materials" *Chimica Oggi/CHEMISTRY TODAY* **2006**, *24*, 27-30.

583. Fort, D. A.; Swatloski, R. P.; Moyna, P.; Rogers, R. D.; Moyna, G. "Use of Ionic Liquids in the Study of Fruit Ripening by High-

Resolution $^{13}$C NMR Spectroscopy: 'Green' Solvents Meet Green Bananas," *Chem. Commun.* **2006**, 714-716. (Highlighted as a Hot Article by *Chem. Commun.* January 16, 2006, URL: http://www.rsc.org/Publishing/Journals/cc/index.asp; last accessed January 19, 2006; Highlighted in Ritter, S. "Ionic liquids go bananas," *Chemical & Engineering News*, February 6, 2006, p. 48; Listed as a 'Top Ten' accessed article by *Chem. Commun.* for the month of January 2006 at http://www.rsc.org/chemcomm; Highlighted in Lavender, R. "Following the ripening of bananas," *Chemical Science* (an RSC web supplement) February 23, 2006 at URL: http://www.rsc.org/Publishing/ChemScience/Volume/2006/03/ripening_of_bananas.asp; last accessed April 17, 2006.)

584. Griffin, S. T.; Dilip, M.; Spear, S. K.; Huddleston, J. G.; Rogers, R. D. "The Opposite Effect of Temperature on Polyethylene Glycol-Based Aqueous Biphasic Systems versus Aqueous Biphasic Extraction Chromatographic Resins," *J. Chromatogr. B* **2006**, *844*, 23-31.

585. Gutowski, K. E.; Bridges, N. J.; Rogers, R. D. "Actinide Structural Chemistry," In *The Chemistry of the Actinide and Transactinide Elements*, 3rd Edition. Morss, L. R.; Edelstein, N.; Fuger, J.; Katz, J. K., Eds., Springer: Dordrecht, 2006; Vol. 4 pp 2380-2523.

586. Gutowski, K. E.; Rogers, R. D.; Dixon, D. A. "Accurate Thermochemical Properties for Energetic Materials Applications. I. Heats of Formation of Nitrogen-Containing Heterocycles and Energetic Precursor Molecules from Electronic Structure Theory," *J. Chem. Phys. A* **2006**, *110*, 11890-11897.

587. Haque, A.; Mobley, C.; Daly, D. T.; Rogers, R. D.; Swatloski, R. P.; Ramasetty, A. "Effects of MAPP as coupling agent on the performance of regenerated cellulose film reinforced polypropylene composites," *Proceedings of the American Society for Composites, Technical Conference* **2006**, *21st*, 272/1-272/15.

588. Hines, C. C.; Reichert, W. M.; Griffin, S. T.; Bond, A. H.; Snowwhite, P. E.; Rogers, R. D. "Exploring Control of Cadmium Halide Coordination Polymers via Control of Cadmium(II) Coordination Sites Utilizing Short Multidentate Ligands," *J. Mol. Struct.* **2006**, *796*, 76-85.

589. Holbrey, J. D.; Reichert, W. M.; Smiglak, M.; Spear, S. K.; Yang, H.; Manju, K.; Kirichenko, K.; Katritzky, A. R.; Thrasher, J. S.; Sun, L. Y.; Rogers, R. D. "Stability and Thermal Decomposition of Quaternary and Protonated Imidazolium Nitrate and Picrate Salts," In *Molten Salts XIV: Proceedings of the International Symposium*, Trulove, P. C.; De long, H. C.; Mantz, R. A.; Stafford, G. R.; Matsunaga, M., Eds.; The Electrochemical Society: Pennington, NJ, 2006; Vol. PV 2004-24; pp 396-406.

590. Holbrey, J. D.; Vigour, K. B.; Reichert, W. M.; Rogers, R. D. "The structure of [Co(H-tptz)Cl$_3$] H$_2$O (tptz = 2,4,6-tri(2-pyridyl)-1,3,5-triazine) prepared by crystallization from the ionic liquid, *N*-butyl-*N*-methyl-pyrrolidinium *bis*(trifluoromethanesulfonyl)imide," *J. Chem. Crystallogr.* **2006**, *36*, 799-804.

591. Katritzky, A. R.; Yang, H.; Zhang, D.; Kirichenko, K.; Smiglak, M.; Holbrey, J. D.; Reichert, W. M.; Rogers, R. D. "Strategies Toward the Design of Energetic Ionic Liquids: Nitro- and Nitrile-substituted *N,N'*-Dialkylimidazolium Salts," *New. J. Chem.* **2006**, *30*, 349-358.

592. Katritzky, A. R.; Singh, S.; Kirichenko, K.; Smiglak, M.; Holbrey, J. D.; Reichert, W. M.; Spear, S. K.; Rogers, R. D. "In search of ionic liquids incorporating azolate anions," *Chem. Eur. J.* **2006**, *12*, 4630-4641.

593. Moore, L. R.; Cooks S. M.; Anderson, M. S.; Schanz, H.-J.; Griffin,S. T.; Rogers, R. D.; Kirk, M. C.; Shaughnessy, K. H. "Synthesis and Characterization of Water-Soluble Silver and Palladium Imidazol-2-ylidene Complexes with Noncoordinating Anionic Substituents," *Organometallics* **2006**, *25*, 5151-5158.

594. Parks, B. W.; Gilbertson, R. D.; Hutchison, J. E.; Rather Healey, E.; Weakley, T. J. R.; Rapko, B. M.; Hay, B. P.; Sinkov, S. I.; Broker, G. A.; Rogers, R. D. "Solution and Structural Investigations of Ligand Preorganization in Trivalent Lanthanide Complexes of Bicyclic Malonamides," *Inorg. Chem.* **2006**, *45*, 1498-1507.

595. Pernak, J.; Smiglak, M.; Griffin, S. T.; Hough, W. L.; Wilson, T. B.; Pernak, A.; Zabielska-Matejuk, J.; Fojutowski, A.; Kita, K.; Rogers, R. D. "Long alkyl chain quaternary ammonium-based ionic liquids and potential applications," *Green Chem.* **2006**, *8*, 798-806.

596. Reichert, W. M.; Holbrey, J. D.; Vigour, K. B.; Morgan, T. D.; Broker, G. A.; Rogers, R. D. "Approaches to Crystallization From Ionic Liquids: Complex Solvents-Complex Results, or, a Strategy for Controlled Formation of New Supramolecular Architectures?" *Chem. Commun.* **2006**, 4767-4779 (Invited Feature Article).

597. Remsing, R. C.; Swatloski, R. P.; Rogers, R. D.; Moyna, G. "Mechanism of cellulose dissolution in the ionic liquid 1-n-butyl-3-methylimidazolium chloride: a $^{13}$C and $^{35/37}$Cl NMR relaxation study on model systems," *Chem. Commun.* **2006**, 1271-1273.

598. Smiglak, M.; Reichert, W. M.; Holbrey, J. D.; Wilkes, J. S.; Sun, L.; Thrasher, J. S.; Kirichenko, K.; Singh, S.; Katritzky, A. R.; Rogers, R. D. "Combustible Ionic Liquids by Design: Is Laboratory Safety Another Ionic Liquid Myth?" *Chem. Commun.* **2006**, 2554-2556. (Highlighted as a Hot Article by *Chem. Commun.* June 5, 2006, URL: http://www.rsc.org/Publishing/Journals/cc/index.asp; last accessed June 6, 2006); Highlighted in *Chemical Science* (an RSC web supplement), June 20, 2006, URL: http://www.rsc.org/Publishing/ChemScience/Volume/2006/07/ionic_combustible.asp; last accessed April 14, 2007.)

599. Swatloski, R. P.; Holbrey, J. D.; Weston, J. L.; Rogers, R. D. "Preparation of magnetic cellulosic composites using ionic liquids," *Chimica Oggi/CHEMISTRY TODAY* **2006**, *24*, 31-35.

600. Bridges, N. J.; Gutowski, K. E.; Rogers, R. D. "Investigation of aqueous biphasic systems formed from solutions of chaotropic salts with kosmotropic salts (salt-salt ABS)," *Green Chem.* **2007**, *9*,177-183.

601. Bridges, N. J.; Hines, C. C.; Smiglak, M.; Rogers, R. D. "An Intermediate for the Clean Synthesis of Ionic Liquids: Isolation and Crystal Structure of 1,3-Dimethylimidazolium Hydrogen Carbonate Monohydrate," *Chem. Eur. J.* **2007**,*13*, 5207-5212.

602. Cantorias, M. V.; Howell, R. C.; Todaro, L.; Cyr, J. E.; Berndorff, D.; Rogers, R. D.; Francesconi, L. C., "MO Tripeptide Diastereomers (M = $^{99/99m}$Tc, Re): Models to Identify the Structure of $^{99m}$Tc Peptide Targeted Radiopharmaceuticals," *Inorg. Chem.* **2007**, *46*, 7326-7340.

603. Cocalia, V. A.; Rogers, R. D. "Ionic Liquid Impregnated Resins in Solid-Liquid Separations," *ECS Transactions* **2007**, *3*, 123-134.

604. Cordes, D. B.; Sharma, C. V. K.; Rogers, R. D. "Enantiomorphic Helical Coordination Polymers of {[M(pyrimidine)(OH₂)₄][SiF₆]·H₂O}∞, (M = Co²⁺ , Cu²⁺, Zn²⁺)," *Cryst. Growth Des.* **2007**, *7*, 1943-1945.

605. Fort, D. A.; Remsing, R. C.; Swatloski, R. P.; Moyna, P.; Moyna, G.; Rogers, R. D. "Can ionic liquids dissolve wood? Processing and analysis of lignocellulosic materials with 1-*n*-butyl-3-methylimidazolium chloride," *Green Chem.* **2007**, *9*, 63-69.

606. Gutowski, K. R.; Cocalia, V. A.; Griffin, S. T.; Bridges, N. J.; Dixon, D. A.; Rogers, R. D. "Interactions of 1-Methylimidazole with UO₂(CH₃CO₂)₂ and UO₂(NO₃)₂: Structural, Spectroscopic, and Theoretical Evidence for Imidazole Binding to the Uranyl Ion," *J. Am. Chem. Soc.* **2007** *129*, 526-536.

607. Gutowski, K. E.; Rogers, R. D.; Dixon, D. A. "Accurate Thermochemical Properties for Energetic Materials Applications. II. Heats of Formation of Imidazolium-, 1,2,4-Triazolium-, and Tetrazolium-Based Energetic Salts from Isodesmic and Lattice Energy Calculations" *J. Phys. Chem. B* , **2007**, *111*, 4788-4800.

608. Hines, C. C.; Bauer, C. B.; Rogers, R. D. "Lanthanide Polyether Complexation Chemistry: The Interaction of Hydrated Lanthanide(III) Nitrate Salts with an Acyclic 18-crown-6 Analog, Pentaethylene Glycol," *New J. Chem.* **2007**, *31*, 762-769.

609. Hough, W. L.; Rogers, R. D., "Ionic Liquids Then and Now: From Solvents to Materials to Active Pharmaceutical Ingredients," *Bull. Chem. Soc. Jpn.* **2007**, *80*, 2262-2269.

610. Hough, W. H.; Smiglak, M.; Rodríguez, H.; Swatloski, R. P.; Spear, S. K.; Daly, D. T.; Pernak, J.; Grisel, J. E.; Carliss, R. D.; Soutullo, M. D.; Davis, Jr., J. H.; Rogers, R. D. "The Third Evolution of Ionic Liquids: Active Pharmaceutical Ingredients," *New J. Chem.* **2007**, *31*, 1429-1436. (August Cover Article. Highlighted in Parker, D. "The Third Age of Ionic Liquids?" *Chemistry World*, August 2007, *4*, p 30 and *Chem. Sci.* **2007**, *4*, C59. Also in *Chemical Biology Virtual Journal*, **2007**, Issue 15: http://www.rsc.org/cgi-shell/empower.exe?DB=rsc-cbvjournal&B=F22003&B=F415&ISSNO=15.)

611. Pernak, J.; Feder-Kubis, J.; Cieniecka-Roslonkiewicz, A.; Fischmeister, C.; Griffin, S. T.; Rogers, R. D. "Synthesis and Properties of Chiral Imidazolium Ionic Liquids with a (*1R,2S,5R*)-(−)-Menthoxymethyl Substituent," *New. J. Chem.* **2007**, *31*, 879-892. [Erratum: *New. J. Chem.* **2007**, *31*, 1022.]

612. Pernak, J.; Syguda, A.; Mirska, I.; Pernak, A.; Nawrot, J.; Prądzyńska, A.; Griffin, S. T.; Rogers, R. D. "Choline-Derivative-Based Ionic Liquids,"*Chem. Eur. J.* **2007**, *13*, 6817-6827.

613. Poplin, J. H.; Rudkevich, D. M.; Swatloski, R. P.; Rogers, R. D. "Development of Ionic Liquid Membranes for NOₓ Gas Detection and Storage Utilizing Calix[4]Arenes," *ECS Transactions* **2007**, *3*, 105-108.

614. Poplin, J. H.; Swatloski, R. P.; Holbrey, J. D.; Spear, S. K.; Metlen, A.; Grätzel, M.; Nazeeruddin, M. K.; Rogers, R. D. "Sensor Technologies Based on a Cellulose Support," *Chem. Commun.* **2007**, 2025-2027.

615. Pusey, M. L.; Paley, M. S.; Turner, M. B.; Rogers, R. D. "Protein Crystallization Using Room Temperature Ionic Liquids," *Cryst. Growth Des.* **2007**, *7*, 787-793.

616. Reichert, W. M.; Holbrey, J. D.; Swatloski, R. P.; Gutowski, K. E.; Visser, A. E.; Nieuwenhuyzen, M.; Seddon, K. R.; Rogers, R. D. "Solid-state analysis of low-melting 1,3-dialkylimidazolium hexafluorophosphate salts (ionic liquids) by combined X-ray crystallographic and computational analyses," *Cryst. Growth Des.* **2007**, *7*, 1106-1114.

617. Rogers, R. D. "Reflections on Ionic Liquids," Nature **2007**, *447*, 917-918.

618. Smiglak, M.; Holbrey, J. D.; Griffin, S. T.; Reichert, W. M.; Swatloski, R. P.; Katritzky, A. R.; Yang, H.; Zhang, D.; Kirichenko, K.; Rogers, R. D. "Ionic Liquids *via* reaction of the zwitterionic 1,3-dimethylimidazolium-2-carboxylate with protic acids. Overcoming synthetic limitations and establishing new halide free protocols for the formation of ILs" *Green Chem.* **2007**, *9*, 90-98.

619. Smiglak, M.; Metlen, A.; Rogers, R. D. "The Second Evolution of Ionic Liquids: From Solvents and Separations to Advanced Materials - Energetic Examples from the Ionic Liquid Cookbook," *Acc. Chem. Res.* **2007**, *40*, 1182-1192.

620. Spear, S. K.; Griffin, S. T.; Granger, K. S.; Huddleston, J. G.; Rogers, R. D. "Renewable Plant-Based Soybean Oil Methyl Esters as Alternatives to Organic Solvents," *Green Chem.* **2007**, *9*, 1008-1015.

621. Sun, N.; Swatloski, R. P.; Maxim, M. L.; Broughton, Jr., R. M.; Spear, S. K.; Daly, D. T.; Haque, A.; Harland, A. G.; Rogers, R. D. "Cellulose Fibers Prepared from Direct Dissolution of Cellulose in Ionic Liquids," *Proceedings of the 4th International Conference of Textile Research Division NRC, Cairo, Egypt, April 14-17, 2007; Textile Processing : State of the Art & Future Developments* **2007**, *4*, 139-143.

622. Visser, A. E.; Huddleston, J. G.; Holbrey, J. D.; Reichert, W. M.; Swatloski, R. P.; Rogers, R. D. "Hydrophobic *n*-Alkyl-*N*-Isoquinolinium Salts: Ionic Liquids and Low melting Solids," In *Ionic Liquids IV Not Just Solvents Anymore*, Brennecke, J. F.; Rogers, R. D.; Seddon K. R. (Eds.); ACS Symposium Series 975; American Chemical Society: Washington DC, 2007; pp 362-380.

623. Whitcomb, D. R.; Swatloski, R. P.; Rogers, R. D. "Mode of complex formation between thiones and silver ion within a photothermographic formulation: The crystal and molecular structure of hexa-(silver-5-methyl-2-mercaptobenzimidazole THF)," *J. Imaging Sci. Technol.* **2007**, *51*, 547-551.

624. Bagheri, M.; Rodríguez, H.; Swatloski, R. P.; Spear S. K.; Daly, D. T.; Rogers, R. D. "Ionic liquid-based preparation of cellulose-dendrimer films as solid supports for enzyme immobilization," *Biomacromolecules* **2008**, *9*, 381-387.

625. Bailey, M. M.; Townsend, M. B.; Jernigan, P. L.; Sturdivant, J.; Hough-Troutman, W. L.; Rasco, J. F.; Swatloski, R. P.; Rogers, R. D.; Hood, R. D., "Developmental toxicity assessment of the ionic liquid 1-butyl-3-methylimidazolium chloride in CD-1 mice," *Green Chem.* **2008**, *10*, 1213-1217.

626. Bridges, N. J.; Rogers, R. D. "Can Kosmotropic Salt/Chaotropic Ionic Liquid (Salt/Salt Aqueous Biphasic Systems) be Used to Remove Pertechnetate From Complex Salt Waste?" *Sep. Sci. Technol.* **2008**, *43*, 1083-1090.

627. Cocalia, V. A.; Visser, A. E.; Rogers, R. D.; Holbrey, J. D. "Solubility and solvation in ionic liquids," In *Ionic Liquids in Synthesis, Second Edition*; Wasserscheid, P.; Welton, T., Eds.; Wiley-VCH, Weinheim, 2008; Vol. 1, pp 89-102.

628. Dilip, M.; Griffin, S. T.; Spear, S. K.; Rijksen, C.; Rodríguez, H.; Rogers, R. D. "Dual Nature of Polyethylene Glycol-Based Aqueous Biphasic Extraction Chromatographic (ABEC) Resins: Uptakes of Perchlorate versus Mercury(II)," *Ind. Eng. Chem. Res.* **2008**, *47*, 7390-7396.

629. Gurau, G.; Cocalia, V. A.; Rogers, R. D. "Separations, Coordination, And Solvation In Ionic Liquids; What Is There That Is Unique?" In *Solvent Extraction: Fundamentals to Industrial Applications - Proceedings of ISEC 2008 International Solvent Extraction Conference, (ISEC 2008)*, Moyer, B. A.; Baron, P.; Chagnes, A.; Cole, P. M.; Cote, G.; Dietz, M. L.; Hatton, T. A.; Horwitz, E. P.; de Ortiz, E. S. P.; Ritcey, G. M.; Robinson, D.; Rogers, R. D.; Sole, K. C.; Tasker, P. A.; Todd, T. A.; Virnig, M. J. (Eds.); Canadian Institute of Mining, Metallurgy and Petroleum: Montréal, 2008; Vol. 2; pp 1263-1270.

630. Hines, C. C.; Cocalia, V. A.; Rogers, R. D. "Using Ionic Liquids to Trap Unique Coordination Environments: Polymorphic Solvates of $ErCl_3(OH)_2)_4 \cdot 2([C_2mim]Cl)$," *Chem. Commun.* **2008**, 226-228.

631. Hines, C. C.; Cordes, D. B.; Griffin, S. T.; Watts, S. I.; Cocalia, V. A.; Rogers, R. D. "Flexible Coordination Environments of Lanthanide Complexes Grown from Chloride-based Ionic Liquids," *New J. Chem.* **2008**, *32*, 872-877.

632. Hines, J. H.; Wanigasekara, E.; Rudkevich, D. M.; Rogers, R. D. "Calix[4]arenes immobilized in a cellulose-based platform for entrapment and detection of $NO_x$ gases," *J. Mater. Chem.* **2008**, *18*, 4050-4055.

633. Holbrey, J. D.; Rogers, R. D. "Physicochemical properties of ionic liquids: Melting points and phase diagrams," In *Ionic Liquids in Synthesis, Second Edition*; Wasserscheid, P.; Welton, T., Eds.; Wiley-VCH, Weinheim, 2008; Vol. 1, pp 57-72.

634. Remsing, R. C.; Hernandez, G.; Swatloski, R. P.; Massefski, W. W.; Rogers, R. D.; Moyna, G. "Solvation of Carbohydrates in *N,N′*-Dialkylimidazolium Ionic Liquids: A Multinuclear NMR Spectroscopy Study," *J. Phys. Chem. B*, **2008**, *112*, 11071-11078.

635. Rodríguez, H.; Williams, M.; Wilkes, J. S.; Rogers, R. D. "Ionic Liquids for Liquid-in-Glass Thermometers", *Green Chem.*, **2008**, *10*, 501-507. (Highlighted in "Pegg, S. "Designer thermometers rise to new levels," *Chemical Technology* **2008** *5*; http://www.rsc.org/Publishing/ChemTech/Volume/2008/05/designer_thermometers.asp last accessed March 25, 2008.)

636. Rijksen, C.; Rogers, R. D. "A solventless route to 1-ethyl-3-methylimidazolium fluoride hydrofluoride, $[C_2mim][F] \cdot xHF$," *J. Org. Chem.* **2008**, *73*, 5582-5584.

637. Smiglak, M.; Bridges, N. J.; Dilip, M.; Rogers, R. D. "Direct, atom efficient, and halide-free syntheses of azolium azolate energetic ionic liquids and their eutectic mixtures, and method for determining eutectic composition," *Chem. Eur. J.* **2008**, *14*, 11314-11319.

638. Sun, N.; Swatloski, R. P.; Maxim, M. L.; Rahman, M.; Harland, A. G.; Haque, A.; Spear, S. K.; Daly, D. T.; Rogers, R. D. "Magnetite-Embedded Cellulose Fibers Prepared from Ionic Liquid," *J. Mater. Chem.* **2008**, *18*, 283-290.

639. Cordes, D. B.; Smiglak, M.; Hines, C. C.; Bridges, N. J.; Dilip, M.; Srinivasan, G.; Metlen, A.; Rogers, R. D. "Ionic Liquid-Based Routes to Conversion or Reuse of Recycled Ammonium Perchlorate," *Chem. Eur. J.* **2009**, 15, 13441-13448.

640. Haque, R; Spear, S. K.; Daly, D. T.; Rogers R. D.; Vemuganti, S.; Haque, A. " Electrical and Mechanical Properties of Polypyrrole-Cellulose Fiber Composites Synthesized Via a Novel Chemical Processing Route," Technical Proceedings of the 17th International Conference on Composite Materials, Edinburgh, Scotland, 27-31 July, 2009.

641. Hough-Troutman, W. L.; Smiglak, M; Griffin, S. T.; Reichert, W. M.; Mirska, I.; Jodynis-Liebert, J.; Adamska, T.; Nawrot, J.; Stasiewicz, M.; Rogers, R. D.; Pernak, J. "Ionic Liquids with Dual Biological Function: Sweet and Anti-microbial, Hydrophobic Quaternary Ammonium-based Salts," *New J. Chem.* **2009**, *33*, 26-33.

642. Rodríguez, H.; Francisco, M.; Rahman, M.; Sun, N.; Rogers, R. D. "Biphasic liquid mixtures of ionic liquids and polyethylene glycols," *Phys. Chem. Chem. Phys.* **2009**, *11*, 10916-10922.

643. Rodríguez, H.; Gurau, G.; Rogers, R. D. "Ionic liquids: growth of a field through the eyes of the I&EC division," In *Innovations in Industrial and Engineering Chemistry: A Century of Achievements and Prospects for the New Millenium*, Flank, W. H.; Abraham, M. A.; Matthews, M. A. (Eds.); ACS Symposium Series 1000; American Chemical Society: Washington DC, 2009; pp 389-400.

644. Shamery, T. L.; Huddleston, J. G.; Chen, J.; Spear, S. K.; Rogers, R. D. "Aqueous Biphasic Systems for Liquid-Liquid Separations," in *Experiments in Green and Sustainable Chemistry*, Roesky, H. W.; Kennepohl, D. K. (Eds.); Wiley-VCH: Weinheim, 2009; pp 92-96.

645. Sun, N.; Rahman, M.; Qin, Y.; Maxim, M. L.; Rodríguez, H.; Rogers, R. D. "Complete dissolution and partial delignification of wood in the ionic liquid 1-ethyl-3-methylimidazolium acetate," *Green Chem.* **2009**, *11*, 646-655.

646. Abai, M.; Holbrey, J. D.; Rogers, R. D.; Srinivasan, G. "Ionic liquid *S*-alkylthiouronium salts," *New J. Chem.* **2010**, *34*, 1981-1993.

647. Bailey, M.; Jernigan, P.; Henson, M. B.; Sturdivant, J.; Rasco, J.; Lovich, A. N.; Lockard, J. E.; Hough, W.; Di Bona, K. R.; Bearid, J.; Sherrill, J.; Swatloski, R. P; Rogers, R. D.; Hood, R., "A Comparison of the Effects of Prenatal Exposure of CD-1 Mice to Three Imidazolium-Based Ionic Liquids," *Birth Def. Res. B Develop. Reprod. Tox.* **2010**, *89*, 233-238.

648. Bica, K.; Rijksen, C.; Nieuwenhuyzen, M.; Rogers, R. D. "In Search of Pure Liquid Salt Forms of Aspirin: Ionic Liquid Approaches with Acetylsalicylic Acid and Salicylic Acid," *Phys. Chem. Chem. Phys.* **2010**, *12*, 2011-2017. DOI: 10.1039/b923855g.

649. Bica, K.; Rogers, R. D. "Confused Ionic Liquid Ions – A "Liquification" and Dosage Strategy for Pharmaceutically Active Salts," *Chem. Commun.* **2010**, *46*, 1215-1217. DOI: 10.1039/b925147b. (Designated a *Chem. Commun.* Hot Article 02/18/10.)

650. Cocalia, V.; Smiglak, M.; Kelley, S. P.; Shamshina, J. L.; Gurau, G.; Rogers, R. D. "Crystallization of uranyl salts from dialkylimidazolium ionic liquids or their precursors," *Eur. J. Inorg. Chem.* **2010**, 2760-2767. DOI: 10.1002/ejic.201000162.

651. Dilip, M.; Griffin, S. T.; Spear, S. K.; Rodríguez, H.; Rijksen, C.; Rogers, R. D. "Comparison of Temperature Effects on the

Salting-Out of Polyethylene Glycol versus Polyethylene Oxide-Polypropylene Oxide Random Copolymer," *Ind. Eng. Chem. Res.* **2010**, *49*, 2371-2379.

652. Drab, D. M.; Shamshina, J. L.; Smiglak, M.; Hines, C. C.; Cordes, D. B.; Rogers, R. D. "A general design platform for ionic liquid ions based on bridged multi-heterocycles with flexible symmetry and charge", *Chem. Commun.* **2010**, *46*, 3544-3546. DOI: 10.1039/c002861d.

653. Forton, M. S.; Sims, J. D.; Askins, R. E.; Stevenson, W. H.; Shamshina, J.; Smiglak, M.; Rogers, R. D.; Barrow, R. "An Ionic Liquid-Based Next Generation Double Base Propellant Stabilizer," In Proceedings of the 46th AIAA/ASME/SAE/ASEE Joint Propulsion Conference & Exhibit, 25-28 July 2010, Nashville, TN; American Institute of Aeronautics and Astronautics, Inc.: Reston, VA; AIAA 2010-6587; pp 1-8. DOI: 10.2514/6.2010-6587

654. Hanes, Jr., R. E.; Ellingsworth, E. E.; Griffin, S. T.; Rogers, R. D.; Bartsch, R. A. "Polybenzocrown ethers: synthesis by cesium-assisted cyclization and solid-state structures," *ARKIVOC*, **2010**, *vii*, 217-237.

655. Hill, L. L.; Crowell, J. L.; Tutwiler, S. L.; Massie, N. L.; Hines, C. C.; Griffin, S. T.; Rogers, R. D.; Shaughnessy, K. H. "Synthesis and X-ray Structure Determination of Highly Active Pd(II), Pd(I), and Pd(0) Complexes of Di(*tert*-butyl)neopentylphosphine (DTBNpP) in the Arylation of Amines and Ketones," *J. Org. Chem.* **2010**, *75*, 6477-6488.

656. Holbrey, J. D.; Rogers, R. D.; Shukla, S. S.; Wilfred, C. D. "Optimised microwave-assisted synthesis of methylcarbonate salts: a convenient methodology to prepare intermediates for ionic liquid libraries," *Green Chem.* **2010**, *12*, 407-413.

657. Li, W.; Sun, N.; Rogers, R. D. "How can we improve the dissolution and recovery of biopolymers from biomass in ionic liquids specifically for biofuels applications?" In *Preprints of Symposia - American Chemical Society, Division of Fuel Chemistry* **2010**, *55*, 103.

658. Maxim, M. L.; Sun, N.; Swatloski, R. P.; Rahman, M.; Harland, A. G.; Haque, A.; Spear, S. K.; Daly, D. T.; Rogers, R. D. "Properties of Cellulose/TiO₂ Fibers Processed from Ionic Liquids," In *Cellulose Solvents; For Analysis, Shaping and Chemical Modification*; Liebert, T. F.; Heinze, T. J.; Edgar, K. J., Eds.; ACS Symposium Series 1033, American Chemical Society: Washington, DC 2010; pp 261-274.

659. Nadeem, S.; Munawar, M. A.; Ahmad, S.; Smiglak, M.; Drab, D. M.; Malik, K. I.; Amjad, R.; Ashraf, C. M.; Rogers, R. D. "Solvent-free synthesis of benzothiazole-based quaternary ammonium salts: Precursors to Ionic Liquids," *ARKIVOC* **2010**, *vii*, 19-37.

660. Qin, Y.; Lu, X.; Sun, N.; Rogers, R. D. "Dissolution or Extraction of Crustacean Shells Using Ionic Liquids to Obtain High Molecular Weight Purified Chitin and Direct Production of Chitin Films and Fibers," *Green Chem.* **2010**, *12*, 968-971. **DOI:** 10.1039/c003583a

661. Rodríguez, H.; Rogers, R. D. "Liquid mixtures of ionic liquids and polymers as solvent systems," *Fluid Phase Equil.* **2010**, *294*, 7-14. DOI: 10.1016/j.fluid.2009.12.036.

662. Rogers, R. D. "The fields of crystal engineering and ionic liquids are actually quite similar," *Aust. J. Chem.* **2010**, *63*, 533-534. DOI: 10.1071/CH10099

663. Shamshina, J. L.; Smiglak, M.; Drab, D. M.; Parker, T. G.; Dykes, Jr., H. W. H.; Di Salvo, A. J.; Reich, A. J.; Rogers, R. D. "Catalytic ignition of ionic liquids for propellant applications," *Chem. Commun.* **2010**, *46*, 8965-8967. DOI: 10.1039/C0CC02162H.

664. Smiglak, M.; Hines, C. C.; Rogers, R. D. "New hydrogen carbonate precursors for efficient and byproduct-free syntheses of ionic liquids based on 1,2,3-trimethylimidazolium and N,N-dimethylpyrrolidinium cores," *Green Chem.* **2010**, *12*, 491-501.

665. Smiglak, M.; Hines, C. C.; Wilson, T. B.; Singh, S.; Vincek, A. S.; Kirichenko, K.; Katritzky, A. R.; Rogers, R. D. "Ionic Liquids Based on Azolate Anions," *Chem. Eur. J.* **2010**, *16*, 1572-1584. (VIP designated paper)

666. Stoimenovski, J.; MacFarlane, D. R.; Bica, K.; Rogers, R. D. "Crystalline vs. Ionic Liquid Salt Forms of Active Pharmaceutical Ingredients: A Position Paper," *Pharm. Res.* **2010**, *27*, 521-526. DOI: 10.1007/s11095-009-0030-0

667. Sun, N.; Jiang, X.; Li, W.; Lu, X.; Rogers, R. D. "Wood Pulping Using Ionic Liquids," In *Research Progress in Paper Industry and Biorefinery - Proceedings of 4th International Symposium on Emerging Technologies of Pulping and Papermaking 2010 (4th ISETPP 2010)*, Sun, R.; Fu, S., Eds.; South China University of Technology Press, Guangzhou, 2010; pp 6-9.

668. Sun, N.; Jiang, X.; Maxim, M. L.; Rogers, R. D. "Wood Delignification Using Polyoxometalates in Ionic Liquid" In *Preprints of Symposia - American Chemical Society, Division of Fuel Chemistry* 2010, *55*, 487-488.

669. Bica, K; Cooke, L. R.; Nugent, P.; Rijksen, C.; Rogers, R. D. "Toxic on Purpose: Ionic Liquid Fungicides as Combinatorial Crop Protecting Agents," *Green Chem.* **2011**, *13*, 2344-2346. DOI: 10.1039/C1GC15170C.

670. Bica, K.; Gaertner, P.; Rogers, R. D. "Ionic Liquids and Fragrances – Direct Isolation of Orange Essential Oil," *Green Chem.* **2011**, *13*, 1997-1999. DOI: 10.1039/c1gc15237h.

671. Bica, K.; Shamshina, J.; Hough. W. L.; MacFarlane, D. R.; Rogers, R. D. "Liquid Forms of Pharmaceutical Co-crystals: Exploring the Boundaries of Salt Formation," *Chem. Commun.* **2011**, *47*, 2267-2269. DOI: 10.1039/C0CC04485G

672. Choi, S. Y.; Rodríguez, H.; Mirjafari, A.; Gilpin, D. F.; McGrath, S.; Malcolm, K. R.; Tunney, M. M.; Rogers, R. D.; McNally, T. "Dual functional ionic liquids as plasticisers and antimicrobial agents for medical polymers," *Green Chem.* **2011**, *13*, 1527-1535. DOI: 10.1039/C1GC15132K.

673. Drab, D. M.; Smiglak, M.; Shamshina, J. L.; Kelley, S. P.; Schneider, S.; Hawkins, T. W.; Rogers, R. D. "Synthesis of *N*-cyanoalkyl-functionalized imidazolium nitrate and dicyanamide ionic liquids with a comparison of their thermal properties for energetic applications," *New J. Chem.* **2011**, *35*, 1701-1717. DOI: 10.1039/C0NJ00889C

674. Gurau, G.; Rodríguez, H.; Kelley, S. P.; Janiczek, P.; Kalb, R. S.; Rogers, R. D. "Demonstration of Chemisorption of Carbon Dioxide in 1,3-Dialkylimidazolium Acetate Ionic Liquids," *Angew. Chem. Int. Ed. Engl.* **2011**, *50*, 12024-12026.

675. Li, W.; Sun, N.; Stoner, B.; Jiang, X.; Lu, X.; Rogers, R. D. "Rapid Dissolution of Lignocellulosic Biomass in Ionic Liquids

Using Temperatures above the Glass Transition of Lignin," *Green Chem.* **2011**, *13*, 2038-2047. DOI: 10.1039/C1GC15522A.

676. Maiti, A.; Rogers, R. D. "A Correlation-Based Predictor for Pair-Association in Ionic Liquids," *Phys. Chem. Chem. Phys.* **2011**, *13*, 12138-12145. DOI: 10.1039/C1CP21018A.

677. Pogodina, N. V.; Metwalli, E.; Müller-Buschbaum, P.; Wendler, K.; Lungwitz, R.; Spange, S.; Shamshina, J. L.; Rogers, R. D.; Friedrich, Ch. "Peculiar Behavior of Azolium Azolate Energetic Ionic Liquids," *J. Phys. Chem. Lett.* **2011**, *2*, 2571-2576. DOI: 10.1021/jz201175v.

678. Rodríguez, H.; Gurau, G.; Holbrey, J. D.; Rogers, R. D. "Reaction of elemental chalcogens with imidazolium acetates to yield imidazole-2-chalcogenones: direct evidence for ionic liquids as proto-carbenes," *Chem. Commun.*, **2011**, *47*, 3222-3224. DOI: 10.1039/C0CC05223J.

679. Schoedel, A.; Wojtas, L.; Kelley, S. P.; Rogers, R. D.; Eddaoudi, M.; Zaworotko, M. J. "Network Diversity *via* Decoration of Trigonal Prismatic Nodes: Two-Step Crystal Engineering of Cationic Metal-Organic Materials," *Angew. Chem. Int. Ed. Engl.* **2011**, *50*, 11421-11424.

680. Sun, N.; Li, W.; Stoner, B.; Jiang, X.; Lu, X.; Rogers, R. D. "Composite Fibers Spun directly from Solutions of Raw Lignocellulosic Biomass Dissolved in Ionic Liquids," *Green Chem.* **2011**, *13*, 1158-1161. DOI: 10.1039/C1GC15033B.

681. Sun, N.; Jiang, X.; Maxim, M. L.; Metlen, A.; Rogers, R. D. "Use of Polyoxometalate Catalysts in Ionic Liquids to Enhance the Dissolution and Delignification of Woody Biomass," *ChemSusChem* **2011**, *4*, 65-73. DOI: 10.1002/cssc.201000272.

682. Sun, N.; Rodríguez, H.; Rahman, M.; Rogers, R. D. "Where are ionic liquid strategies most suited in the pursuit of chemicals and energy from lignocellulosic biomass?" *Chem. Commun.* **2011**, *47*, 1405-1421. DOI: 10.1039/C0CC03990J.

683. Zhang, X. W.; Maunder, G. H.; Gießmann, S.; MacDonald, R.; Ferguson, M. J.; Bond, A. H.; Rogers, R. D.; Sella, A.; Takats, J. "Stable heteroleptic complexes of divalent lanthanides with bulky pyrazolylborate ligands – iodides, hydrocarbyls and triethylborohydrides," *Dalton Trans.* **2011**, *40*, 195-210. DOI: 10.1039/C0DT00162G.

684. Aitipamula, S.; Banerjee, R.; Bansal, A. K.; Biradha, K.; Cheney, M. L.; Choudhury, A. R.; Desiraju, G. R.; Dikundwar, A. G.; Dubey, R.; Duggirala, N.; Ghogale, P. P; Ghosh, S.; Goswami, P. K.; Goud, N. R.; Jetti, R. R. K. R.; Karpinski, P.; Kaushik, P.; Kumar, D.; Kumar, V.; Moulton, B.; Mukherjee, A.; Mukherjee, G.; Myerson, A. S.; Puri, V.; Ramanan, A.; Rajamannar, T.; Reddy, C. M.; Rodriguez-Hornedo, N.; Rogers, R. D.; Guru Row, T. N.; Sanphui, P.; Shan, N.; Shete, G.; Singh, A.; Changquan, C. S.; Swift, J. A.; Thaimattam, R.; Thakur, T. S.; Thaper, R. K.; Thomas, S. P.; Tothadi, S.; Vangala, V. R.; Vishweshwar, P.; Weyna, D. R.; Zaworotko, M. J."Polymorphs, Salts, and Cocrystals: What's in a Name?" *Cryst. Growth Des.* **2012**, *12* 2147-2152. DOI: 10.1021/cg3002948. [Author List Correction Published *Cryst. Growth Des.* **2012**, *12*, 4290-4291. DOI: 10.1021/cg300704b.

685. Azubuike, C. P.; Rodríguez, H.; Okhamafe, A. O.; Rogers, R. D. "Physicochemical properties of maize cob cellulose powders reconstituted from ionic liquid solution," *Cellulose* **2012**, *19*, 425-433. DOI 10.1007/s10570-011-9631-y.

686. Barber, P. S.; Kelley, S. P.; Rogers, R. D. "Highly selective extraction of the uranyl ion with hydrophobic amidoximefunctionalized ionic liquids via η² coordination," *RSC Adv.* **2012**, *2*, 8526-8530. DOI: 10.1039/c2ra21344c.

687. Bica, K.; Rodríguez, H.; Gurau, G.; Cojocaru, O. A.; Riisager, A.; Fehrmann, R.; Rogers, R. D. "Pharmaceutically Active Ionic Liquids with Solids Handling, Enhanced Thermal Stability, and Fast Release," *Chem. Commun.* **2012**, *48*, 5422-5424. DOI: 10.1039/C2CC30959A

688. Drab, D. M.; Kelley, S. P.; Shamshina, J. L.; Smiglak, M.; Cojocaru, O. A.; Gurau, G.; Rogers, R. D. "Reactivity of *N*-cyanoalkyl-substituted imidazolium halide salts by simple elution through an azide anion exchange resin," *Sci. China Chem.* **2012**, *55*, 1683-1687. DOI: 10.1007/s11426-012-4664-0

689. Drab, D. M.; Shamshina, J. L.; Smiglak, M.; Cojocaru, O. A.; Kelley, S. P.; Rogers, R. D. "Zinc-assisted synthesis of imidazolium-tetrazolate bi-heterocyclic zwitterions with variable alkyl bridge length," *Sci. China Chem.* **2012**, *55*, 1620-1626. DOI: 10.1007/s11426-012-4676-9

690. Freire, M. G.; Pereira, J. F. B.; Francisco, M.; Rodríguez, H.; Rebelo, L. P. N.; Rogers, R. D.; Coutinho, J. A. P. "Insight into the Interactions that Control the Phase Behaviour of Novel Aqueous Biphasic Systems Composed of Polyethylene Glycol Polymers and Ionic Liquids," *Chem. Eur. J.* **2012**, *18*, 1831-1839. DOI: 10.1002/chem.201101780.

691. Gurau, G.; Wang, H.; Qiao, Y.; Lu, X.; Zhang, S.; Rogers, R. D. "Chlorine-free alternatives to the synthesis of ionic liquids for biomass processing" *Pure Appl. Chem.* **2012**, *84*, 745-754. DOI: 10.1351/PAC-CON-11-11-10.

692. Gurau, G.; Kelley, S. P.; Di Bona, K. R.; Smiglak, M.; Rogers, R. D. "Anhydrous Caffeine Hydrochloride and Its Hydration," *Cryst. Growth Des.* **2012**, *12*, 4658-4662. DOI: 10.1021/cg300878j.

693. McMahon, B. W.; Perez, J. P. L.; Schneider, S.; Boatz, J.; Hawkins, T.; McCrary, P. D.; Beasley, P. A.; Rogers, R. D.; Anderson, S. L. "Dual ligand passivation and homogeneous media ball milling: novel approaches for both the synthesis and capping of air-stable aluminum nanoparticles," In *Preprints of Symposia - American Chemical Society, Division of Fuel Chemistry* **2012**, *57*, 965-967.

694. Maiti, A.; Kumar, A.; Rogers, R. D. "Water-clustering in hygroscopic ionic liquids-an implicit solvent analysis," *Phys. Chem. Chem. Phys.* **2012**, *14*, 5139-5146. DOI: 10.1039/c2cp00010e.

695. Mallick, B.; Metlen, A.; Nieuwenhuyzen, M.; Rogers, R. D.; Mudring, A.-V. "Mercuric Ionic Liquids: $[C_n mim][HgX_3]$, Where n = 3, 4 and X = Cl, Br," *Inorg. Chem.* **2012**, *52*, 193-200. DOI: 10.1021/ic201415d.

696. Maxim, M. L.; Sun, N.; Wang, H.; Sterner, J. R.; Haque, A.; Rogers, R. D. "Reinforced magnetic cellulose fiber from ionic liquid solution," *Nanomaterials and Energy* **2012**, *1*, 225-236. DOI: 10.1680/nme.12.00010.

697. Maxim, M. L.; White, J. F.; Block, L. E.; Gurau, G.; Rogers, R. D. "Advanced Biopolymer Composite Materials from Ionic Liquid Solutions," In *Ionic Liquids: Science and Applications*, Visser, A. E.; Bridges, N. J.; Rogers, R. D. (Eds.); ACS Symposium Series 1117; American Chemical Society: Washington, DC, 2012; pp 167-188.

698. McCrary, P. D.; Beasley, P. A.; Alaniz, S. A.; Griggs, C. S.; Frazier, R. M.; Rogers, R. D. "Graphene and Graphene Oxide Can 'Lubricate' Ionic Liquids based on Specific Surface Interactions Leading to Improved Low Temperature Hypergolic Performance," *Angew. Chem. Int. Ed.* **2012**, *51*, 9784-9787.

699. McCrary, P. D.; Beasley, P. A.; Cojocaru, O. A.; Schneider, S.; Hawkins, T. W.; Perez, J. P.; McMahon, B. W.; Pfeil, M.; Boatz, J. A.; Anderson, S. L.; Son, S. F.; Rogers, R. D. "Hypergolic Ionic Liquids to Mill, Suspend, and Ignite Boron Nanoparticles," *Chem. Commun.* **2012**, *48*, 4311-4313. DOI: 10.1039/C2CC30957B.

700. McCrary, P. D.; Beasley, P. A.; Kelley, S. P.; Schneider, S.; Hawkins, T. W.; Perez, J. P. L.; McMahon, B. W.; Pfeil, M.; Boatz, J. A.; Anderson, S. L.; Son, S. F.; Rogers, R. D. "Tuning azolium azolate ionic liquids to promote surface interactions with Titanium nanoparticles leading to increased passivation and colloidal stability," *Phys. Chem. Chem. Phys.* **2012**, *14*, 13194-13198*. DOI: 10.1039/C2CP42510F.

701. Perez, J. Paulo L.; McMahon, B. W.; Schnieder, S.; Boatz, J.; Hawkins, T.; McCrary, P. D.; Beasley, P. A.; Rogers, R. D.; Son, S.; Anderson, S. L. "Synthesis of air-stable, unoxidized, boron nanoparticles using ball milling technique," In *Preprints of Symposia - American Chemical Society, Division of Fuel Chemistry* **2012**, *57*, 955-956.

702. Smiglak, M.; Hines, C. C.; Reichert, W. M.; Vincek,A. S.; Katritzky, A. R.; Thrasher, J. S.; Sun, L. Y.; McCrary, P. D.; Beasley, P. A.; Kelley, S. P.; Rogers, R. D. "Synthesis, limitations, and thermal properties of energetically-substituted, protonated imidazolium picrate and nitrate salts and further comparison with their methylated analogs," *New J. Chem.* **2012**, *36*, 702-722. DOI: 10.1039/C1NJ20677J.

703. Trivedi, T. J.; Srivastava, D. N.; Rogers, R. D.; Kumar, A. "Agarose processing in protic and mixed protic–aprotic ionic liquids: dissolution, regeneration and high conductivity, high strength ionogels," *Green Chem.* **2012**, *14*, 2831-2839. DOI: 10.1039/C2GC35906E.

704. Wang, H.; Gurau, G.; Rogers, R. D. "Ionic liquid processing of cellulose," *Chem. Soc. Rev.* **2012**, *41*, 1519-1537. DOI: 10.1039/c2cs15311d.

705. Wang, H.; Zhou, X. S., Gurau, G.; Rogers, R. D. "The role of ionic liquids in the pharmaceutical manufacturing processes," in *Green Techniques for Organic Synthesis and Medicinal Chemistry*, Zhang, W.; Cue, B. W., Jr. (Eds.), Wiley-VCH: Weinheim, 2012; Ch. 17, pp 469-496. ISBN 9780470711514.

706. Zhao, Y.; Liu, X.; Lu, X.; Zhang, S.; Wang, J.; Wang, H.; Gurau, G.; Rogers, R. D.; Su, L.; Li, H. "The Behavior of Ionic Liquids under High Pressure: A Molecular Dynamics Simulation," *J. Phys. Chem. B*, **2012**, *116*, 10876-10884. DOI: 10.1021/jp3070568

707. Barber, P. S.; Griggs, C. S.; Bonner, J. R.; Rogers, R. D. "Electrospinning of chitin nanofibers directly from an ionic liquid extract of shrimp shells" *Green Chem.*, **2013**, *15*, 601-607. DOI: 10.1039/C2GC36582K.

708. Barber, P. S.; Griggs, C. S.; Gurau, G.; Liu, Z.; Li, S.; Li, Z.; Lu, X.; Zhang, S.; Rogers, R. D. "Coagulation of Chitin and Cellulose from 1-Ethyl-3-methylimidazolium Acetate Ionic-Liquid Solutions Using Carbon Dioxide," *Angew. Chem. Int. Ed.* **2013**, *52*, 12350-12353. DOI: 10.1002/anie.201304604.

709. Barber, P. S.; Shamshina, Julia L.; Rogers, R. D.; "A 'Green' Industrial Revolution: Using Chitin towards Transformative Technologies" *Pure Appl. Chem.* **2013***, 85*, 1693-1701. DOI: 10.1351/PAC-CON-12-10-14.

710. Cojocaru, O. A.; Bica, K.; Gurau, G.; Narita, A.; McCrary, P. D.; Shamshina, J. S.; Barber, P. S.; Rogers, R. D. "Prodrug ionic liquids: functionalizing neutral active pharmaceutical ingredients to take advantage of the ionic liquid form," *Med. Chem. Commun.* **2013**, *4*, 559-563. DOI: 10.1021/cg400686e.

711. Cojocaru, O. A.; Kelley, S. P.; Gurau, G.; Rogers, R. D. "Procainium acetate versus procainium acetate dihydrate: Irreversible crystallization of a room-temperature active pharmaceutical ingredient-ionic liquid upon hydration," *Cryst. Growth Des.* **2013**, *13*, 3290−3293. DOI: 10.1021/cg400686e.

712. Cojocaru, O. A.; Shamshina, J. L.; Gurau, G.; Syguda, A.; Praczyk, T.; Pernak, J.; Rogers, R. D. "Ionic liquid forms of the herbicide dicamba with reduced volatility and increased efficacy," *Green Chem.* **2013**, *15*, 2110-2120. DOI: 10.1039/C3GC37143C.

713. Cojocaru, O. A.; Shamshina, J. L.; Rogers, R. D. "Review/Preview: Prodrug ionic liquids," *Chimica Oggi/Chemistry Today*, **2013**, *31*, 24-29.

714. Kelley, S. P.; Narita, A.; Holbrey, J. D.; Green, K. D.; Reichert, W. M.; Rogers, R. D. "Understanding the Effects of Ionicity in Salts, Solvates, Co-Crystals, Ionic Co-Crystals, and Ionic Liquids, Rather than Nomenclature, Is Critical to Understanding Their Behavior," *Cryst. Growth Des.* **2013**, *13*, 965-975. DOI: 10.1021/cg4000439.

715. Lu, V.; Barber, P. S.; Kelley, S. P.; Rogers, R. D. "Coordination and extraction of mercury(II) with an ionic liquid-based thione extractant," *Dalton Trans.* **2013**, *42*, 12908-12916. DOI: 10.1039/C3DT50410G.

716. Mateyawa, S.; Xie, D. F.; Truss, R. W.; Halley, P. J.; Nicholson, T. M.; Shamshina, J. L.; Rogers, R. D.; Boehm, M. W.; McNally, T. "Effect of the ionic liquid 1-ethyl-3-methylimidazolium acetate on the phase transition of starch: Dissolution or gelatinization?" *Carbohydrate Polymers* **2013**, *94*, 520-530. DOI: 10.1016/j.carbpol.2013.01.024.

717. McCrary, P. D.; Beasley, P. A.; Gurau, G.; Narita, A.; Barber, P. S.; Cojocaru, A.; Rogers, R. D. "Drug specific, tuning of an ionic liquid's hydrophilic–lipophilic balance to improve water solubility of poorly soluble active pharmaceutical ingredients," *New J. Chem.* **2013**, *37*, 2196-2202. DOI: 10.1039/c3nj00454f.

718. McCrary, P. D.; Rogers, R. D. "1-Ethyl-3-methylimidazolium Hexafluorophosphate: From Ionic Liquid Prototype to Antitype," *Chem. Commun.* **2013**, *49*, 6011-6014. DOI: 10.1039/C3CC42175A.

719. McNeil, S. K.; Kelley, S. P.; Beg, C.; Cook, H. Rogers, R. D.; Nikles, D. E. "Cocrystals of 10-methylphenthiazine and 1,3-dinitrobenzene: Implications for optical sensing of TNT-based explosives," *ACS Appl. Mater. Interfaces*, **2013**, *5*, 7647-7653. DOI: 10.1021/am401961s.

720. Metlen, A.; Mallick, B.; Murphy, R. W.; Mudring, A.-V.; Rogers, R. D. "Phosphonium Chloromercurate Room Temperature

Ionic Liquids of Variable Composition," *Inorg. Chem.* **2013**, *52*, 13997-14009. DOI: 10.1021/ic401676r.

721. Pereira, J. F. B.; Rebelo, L. P. N.; Rogers, R. D.; Coutinho, J. A. P.; Freire, M. G. "Combining ionic liquids and polyethylene glycols to boost the hydrophobic-hydrophilic range of aqueous biphasic systems," *Phys. Chem. Chem. Phys.* **2013**, *15*, 19580-19583. DOI: 10.1039/C3CP53701C.

722. Pereira, J. F. B.; Rebelo, L. P. N.; Rogers, R. D.; Coutinho, J. A. P.; Freire, M. G. "Washing-out" Ionic Liquid from Polyethylene Glycol to form Aqueous Biphasic Systems," *Phys. Chem. Chem. Phys.* **2013**, *16*, 2271-2274. DOI: 10.1039/C3CP54047B.

723. Perez, J. P. P.; McMahon, B. W.; Schneider, S.; Boatz, J. A.; Hawkins, T. W.; McCrary, P. D.; Beasley, P. A.; Rogers, R. D.; Anderson, S. L. "Exploring the structure of nitrogen-rich ionic liquids and their binding to the surface of oxide-free boron nanoparticles," *J. Phys. Chem. C* **2013**, *117*, 5693-5707. DOI: 10.1021/jp3100409.

724. Raders, S. M.; Moore, J. N.; Parks, J. K.; Miller, A. D.; Leißing, T. M.; Kelley, S. P.; Rogers, R. D.; Shaughnessy, K. H. "Trineopentylphosphine: A Conformationally Flexible Ligand for the Coupling of Sterically Demanding Substrates in the Buchwald-Hartwig Amination and Suzuki-Miyaura Reaction." *J. Org. Chem.* **2013**, *78*, 4649-4664. DOI: 10.1021/jo400435z.

725. Shamshina, J. S.; Barber, P. S.; Rogers, R. D. "Ionic Liquids in Drug Delivery" *Expert Opin. Drug Deliv.* **2013**, *10*, 1367-1381. DOI: 10.1517/17425247.2013.808185.

726. Smiglak, M.; Hines, C. C.; Reichert, W. M.; Shamshina, J. L.; Beasley, P. A.; McCrary, P. D.; Kelley, S. P.; Rogers, R. D. "Azolium azolates from reactions of neutral azoles with 1,3-dimethyl-imidazolium-2-carboxylate, 1,2,3-trimethyl-imidazolium hydrogen carbonate, and N,N dimethyl-pyrrolidinium hydrogen carbonate," *New J. Chem.* **2013**, *37*, 1461-1469. DOI: 10.1039/C3NJ00147D.

727. Wang, H.; Gurau, G.; Kelley, S. P.; Myerson, A. S.; Rogers, R. D. "Hydrophobic *vs.* hydrophilic ionic liquid separations strategies in support of continuous pharmaceutical manufacturing" *RSC Advances*, **2013**, *3*, 10019-10026. DOI: 10.1039/C3RA41082J.

728. Wang, H.; Maxim, M. L.; Gurau, G.; Rogers, R. D. "Microwave-assisted dissolution and delignification of wood in 1-ethyl-3-methylimidazolium acetate" *Bioresour. Technol.* **2013**, *136*, 739-742. DOI: 10.1016/j.biortech.2013.03.064.

729. Barber, P. S.; Kelley, S. P.; Griggs, C. S.; Wallace, S.; Rogers, R. D. "Surface Modification of Ionic Liquid-Spun Chitin Fibers for the Extraction of Uranium from Seawater: Seeking the Strength of Chitin and the Chemical Functionality of Chitosan," *Green Chem.* **2014**, *16*, 1828-1836. DOI: 10.1039/c4gc00092g.

730. Chatel, G.; Pereira, J. F. B.; Debetti, V.; Wang, H.; Rogers, R. D. "Mixing Ionic Liquids – "Simple Mixtures" or "Double Salts"?" *Green Chem.* **2014**, *16*, 2051-2083. DOI: 10.1039/C3GC41389F.

731. Chatel, G.; Rogers, R. D. "Review: Oxidation of Lignin Using Ionic Liquids-An Innovative Strategy To Produce Renewable Chemicals," *ACS Sustainable Chem. Eng.* **2014**, *2*, 322–339. DOI: 10.1021/sc4004086.

732. Cheng, F.; Wang, H.; Chatel, G.; Gurau, G.; Rogers R. D. "Facile Pulping of Lignocellulosic Biomass Using Choline Acetate," *Bioresour. Technol.* **2014**, *164*, 394-401. DOI: 10.1016/j.biortech.2014.05.016.

733. Choi, S. Y.; Rodríguez, H.; Nimal Gunaratne, H. Q.; Puga, A. V.; Gilpin, D. ; McGrath, S.; Vyle, J. S.; Tunney, M. M.; Rogers, R. D.; McNally, T. "Dual functional ionic liquids as antimicrobials and plasticisers for medical grade PVCs," *RSC Adv.* **2014**, *4*, 8567-8581. DOI: 10.1039/c3ra46425c.

734. Cojocaru, O. A.; Siriwardana, A.; Gurau, G.; Rogers, R. D. "Pharmaceutically active supported ionic liquid phases," In *Supported Ionic Liquids – Fundamentals and Applications*, Fehrmann, R., Riisager, A., Haumann, M., Eds.; Wiley-VCH: Weinheim, Germany, 2014; Chapter 19; pp 387-406. ISBN: 978-3-527-32429-3.

735. Griggs, C. S.; Barber, P. S.; Kelley, S. P.; Moser, R. D.; Seiter, J. M.; Thomas, C. C.; Coleman, D. G.; Medina, V. F.; Rogers, R. D. "Biomimetic Mineralization of Uranium by Metabolically-Inactive Shrimp Shell." *Cryst. Growth. Des.* **2014**, *14*, 6172-6176. DOI: 10.1021/cg5015576.

736. Kelley, S. P.; Barber, P. S.; Mullins, P. H. K.; Rogers, R. D. "Structural clues to $UO_2^{2+}/VO_2^+$ competition in seawater extraction using amidoxime-based extractants," *Chem. Commun.* **2014**, *50*, 12504-12507. DOI: 10.1039/c4cc06370h.

737. McCrary, P. D.; Barber, P. S.; Kelley, S. P.; Rogers, R. D. "Nonaborane and Decaborane Cluster Anions Can Enhance the Ignition Delay in Hypergolic Ionic Liquids and Induce Hypergolicity in Molecular Solvents," *Inorg. Chem.* **2014**, *53*, 4770-4776. DOI: 10.1021/ic500622f.

738. McCrary, P. D.; Chatel, G.; Alaniz, S. A.; Cojocaru, O. A.; Beasley, P. A.; Flores, L. A.; Kelley, S. P.; Barber, P. S.; Rogers, R. D. "Evaluating Ionic Liquids as Hypergolic Fuels: Determining Reactivity from Molecular Structure," *Energy Fuels* **2014**, *28*, 3460-3473. DOI: 10.1021/ef500264z.

739. Pereira, J. F. B.; Flores, L. A.; Wang, H.; Rogers, R. D. "Benzene Solubility in Ionic Liquids: Working Toward an Understanding of Liquid Clathrate Formation" *Chem. Eur. J.* **2014**, *20*, 15482-15492. DOI: 10.1002/chem.201404253.

740. Pereira, J. F. B.; Kurnia, K. A.; Cojocaru, O. A. ; Gurau, G.; Rebelo, L. P. N.; Rogers, R. D.; Freire, M. G.; Coutinho, J. A. P. "Molecular interactions in aqueous biphasic systems composed of polyethylene glycol and crystalline *vs.* liquid cholinium-based salts," *Phys. Chem. Chem. Phys.* **2014**, *16*, 5723-5731. DOI: 10.1039/C4CP54907K.

741. Perez, J. P. L.; McMahon, B. W.; Yu, J.; Schneider, S.; Boatz, J. A.; Hawkins, T. W.; McCrary, P. D.; Flores, L. A.; Rogers, R. D.; Anderson, S. L. "Boron Nanoparticles with High Hydrogen Loading: Mechanism for B-H Binding and Potential for Improved Combustibility and Specific Impulse," *ACS Appl. Mat. Interfaces* **2014**, *6*, 8513-8525. DOI: 10.1021/am501384m.

742. Pernak, J.; Niemczak, M.; Giszter, R.; Shamshina, J.; Gurau, G.; Cojocaru, O. A.; Praczyk, T.; Marcinkowska, K.; Rogers, R. D. Glyphosate-Based Herbicidal Ionic Liquids with Increased Efficacy. *ACS Sustainable Chem. Eng*. **2014**, *2*, 2845-2851. DOI: 10.1021/sc500612y.

743. Raders, S. M.; Jones, J. M.; Semmes, J. G.; Kelley, S. P; Rogers, R. D.; Shaughnessy, K. H. "Di-*tert*-butylneopentylphosphine (DTBNpP): An efficient ligand in the palladium-catalyzed α-arylation of ketones," *Eur. J. Org. Chem*. **2014**, 7395-7404. DOI:

10.1002/ejoc.201402474.

744.Shamshina, J. L.; Gurau, G.; Block, L. E.; Hansen, L, Dingee, C.; Walters, A.; Rogers, R. D. "Chitin-Calcium Alginate Composite Fibers for Wound Care Dressings Spun from Ionic Liquid Solution," *J. Mater. Chem. B* **2014**, *2*, 3924-3936. DOI: 10.1039/C4TB00329B.

745.Shamshina, J. L.; Rogers, R. D. "Overcoming the problems of solid state drug formulations with ionic liquids: When opinions crystallize is progress lost?" *Therapeutic Delivery* **2014**, *5*, 489-491. DOI: 10.4155/tde.14.28.

746.Smiglak, M.; Pringle, J. M.; Han, L.; Zhang, S.; Gao, H.; MacFarlane, D. R.; Rogers, R. D. "Ionic Liquids for energy, materials, and medicine," *Chem. Commun.* **2014**, *50* (66), 9228–9250. DOI: 10.1039/c4cc02021a.

747.Tome, L. I. N.; Pereira, J. F. B.; Rogers, R. D.; Freire, M. G.; Gomes, J. R. B.; Coutinho, J. A. P. "Evidence for the Interactions Occurring Between Ionic Liquids and Tetraethylene Glycol in Binary Mixtures and Aqueous Biphasic Systems," *J Phys. Chem. B* **2014**, *118*, 4615-4629. DOI: 10.1021/jp501718w.

748.Tome, L. I. N.; Pereira, J. F. B.; Rogers, R. D.; Freire, M. G.; Gomes, J. R. B.; Coutinho, J. A. P. "'Washing-out' ionic liquids from polyethylene glycol to form aqueous biphasic systems," *Phys.Chem.Chem.Phys.* **2014**, *16*, 2271-2274. DOI: 10.1039/c3cp54047b.

749.Wang, H.; Block, L. E.; Rogers, R. D. "Catalytic conversion of biomass in ionic liquids" in *Catalysis in Ionic Liquids: From Catalysts Synthesis to Application*; Hardacre, C.; Parvulescu, V. (Eds.) Series 15; Royal Society of Chemistry: Cambridge, 2014; pp 1-19.

750.Wang, H.; Gurau, G.; Pingali, S. V.; O'Neill, H. M.; Evans, B. R.; Urban, V. S.; Heller, W. T.; Rogers, R. D. "Physical insight into switchgrass dissolution in the ionic liquid 1-ethyl-3-methylimidazolium acetate" *ACS Sustainable Chem. Eng.* **2014**, *2*, 1264-1269. DOI: 10.1021/sc500088w

751.Wang, H.; Gurau, G.; Rogers, R. D. "Dissolution of biomass using ionic liquids," in *Structures and Interactions of Ionic Liquids*, Zhang, S.; Wang, l.; Lu X.; Zhou, Q., Eds., Springer-Verlag: Berlin Heidelberg, 2014; Ch. 3 pp 79-106; Structure and Bonding 151. DOI: 10.1007/978-3-642-38619-0_3.

752.Wang, H.; Gurau, G.; Shamshina, J. L.; Cojocaru, O. A.; Janikowski, J.; MacFarlane, D. R.; Davis, J. H. Jr.; Rogers, R. D "Simultaneous Membrane Transport of Two Active Pharmaceutical Ingredients by Charge Assisted Hydrogen Bond Complex Formation," *Chem. Sci.* **2014**, *5*, 3449-3456. DOI: 10.1039/c4sc01036a.

753.Wang, H.; Pereira, J. F. B.; Myerson, A. S.; Rogers, R. D. "Double Salt Ionic Liquids Prepared by Mixing Partially Miscible Ionic Liquids: Tuning the Solubility of Lipophilic Molecules," *ECS Trans.* **2014**, *64*, 33-44. DOI: 10.1149/06404.0033ecst

754.Xie, F.; Flanagan, B.; Li, M.; Sangwan, P.; Truss, R.; Halley, P.; Strounina, E.; Whittaker, A.; Gidley, M.; Dean, K.; Shamshina, J.; Rogers, R. D. McNally, T. "Characteristics of starch-based films plasticised by glycerol and by the ionic liquid 1-ethyl-3-methylimidazolium acetate: a comparative study," *Carbohydrate Polymers* **2014**, *111*, 841–848. DOI: 10.1016/j.carbpol.2014.05.058.

755.Dilip, M.; Bridges, N. J.; Rodríguez, H.; Pereira, J. F. B.; Rogers, R. D. "Effect of Temperature on Salt-Salt Aqueous Biphasic Systems: Manifestations of Upper Critical Solution Temperature," *J. Solution Chem.* **2015**, *44*, 454-468. DOI: 10.1007/s10953-014-0278-9

756.Kelley, S. P.; Rogers, R. D. "A Practical Overview of Organic Synthesis in Ionic Liquids," *Aldrichim. Acta* **2015**, *48*, e1-e2; http://www.sigmaaldrich.com/content/dam/sigma-aldrich/docs/Aldrich/Brochure/1/acta-48-1.pdf (Last accessed March 20, 2015).

757.Kelley, S. P.; Rogers, R. D. "Isolation of Uranyl Dicyanamide Complexes from N-Donor Ionic Liquids," *Inorg. Chem.* **2015**, *54*, 10323-10334. DOI: 10.1021/acs.inorgchem.5b01699.

758.Kelley, S. P.; Nuss, J. S.; Rogers, R. D. "Nonstoichiometric, Protic Azolium Azolate Ionic Liquids Provide Unique Environments for N-Donor Coordination Chemistry," *Chem.-Eur. J.* **2015**, *21*, 17196-17199. DOI: 10.1002/chem.201503914.

759.Ludwig, T.; Guo, L.; McCrary, P.; Zhang, Z.; Gordon, H.; Quan, H.; Stanton, M.; Frazier, R.; Rogers, R. D.; Wang, H.-T.; Turner, C. H. "Mechanism of Bismuth Telluride Exfoliation in an Ionic Liquid Solvent," *Langmuir* **2015**, *31*, 3644-3652. DOI: 10.1021/acs.langmuir.5b00239.

760.Meany, J. E., Kelley, S. P., Metzger, R. M., Rogers, R. D.; Woski, S. A. "4,4'-Dibromo-2',5'-dimethoxy-[1,1'-biphenyl]-2,5-dione (BrHBQBr)," *Acta Crystallogr. E* **2015**. *E71*, 1454-1456. DOI: 10.1107/S2056989015020472.

761.Moore, J. N.; Laskay, N. M.; Duque, K. S.; Kelley, S. P.; Rogers, R. D. "Synthesis of 4-sulfonatobenzylphosphines and their application in aqueous-phase palladium-catalyzed cross coupling." *J. Organomet. Chem.* **2015**, *777*, 16-24. DOI: 10.106/j.jorganchem.2014.11.011.

762.Pereira, J. F. B.; Kurnia, K. A.; Freire, M. G.; Coutinho, J. A. P.; Rogers, R. D. "Controlling the Formation of Ionic-Liquid-based Aqueous Biphasic Systems by Changing the Hydrogen Bonding Ability of Polyethylene Glycol End Groups," *ChemPhysChem* **2015**, *16*, 2219-2225. DOI: 10.1002/cphc.201500146.

763.Pernak, J.; Niemczak, M.; Shamshina, J.; Gurau, G.; Głowacki, G.; Praczyk, T.; Marcinkowska, K.; Rogers, R. D. "Metsulfuron-Methyl-Based Herbicidal Ionic Liquids," *J. Agric. Food Chem.* **2015**, *63*, 3357-3366. DOI: 10.1021/jf505782p.

764.Shadid, M.; Gurau, G.; Shamshina, J. L.; Chuang, B.-C.; Hailu, S.; Guan, E.; Chowdhury, S. K.; Wu, J.-T.; Rizvi, S. A. A.; Griffin, R. J.; Rogers, R. D. "Sulfasalazine in ionic liquid form with improved solubility and exposure," *MedChemComm* **2015**, *6*, 1837-1841. DOI: 10.1039/c5md00290g.

765.Shamshina, J. L.; Kelley, S. P.; Gurau, G.; Rogers, R. D. "Develop ionic liquid drugs," *Nature* **2015**, *528*, 188-189. DOI: 10.1038/528188a.

766.Tadros, A. M.; Rokyo, M. M.; Kelley, S. P.; Belmore, K.; Rogers, R. D.; Vincent, J. B. "Aminopyridine complexes of Cr(III) basic carboxylates as potential polymer precursors: Synthesis, characterization, and crystal structure of [Cr₃O(propionate)₆(X-aminopyridine)₃]⁺ (X = 3 or 4)," *Polyhedron* **2015**, *100*, 17-27. DOI: 10.1016/j.poly.2015.07.007.

767. Wang, H.; Kelley, S. P.; Brantley III, J. W.; Chatel, G.; Shamshina, J.; Pereira, J. F. B.; Debbeti, V.; Myerson, A. S.; Rogers, R. D. "Ionic fluids containing both strongly and weakly interacting ions of the same charge have unique ionic and chemical environments as a function of ion concentration," *ChemPhysChem* **2015**, *16*, 993-1002. DOI: 10.1002/cphc.201402894.

768. Weber, Cameron C.; Kulkarni, Samir A.; Kunov-Kruse, Andreas J.; Rogers, Robin D.; Myerson, Allan S. "The use of cooling crystallization in an ionic liquid system for the purification of pharmaceuticals," *Cryst. Growth Des.* **2015**, *15*, 4946-4951. DOI: 10.1021/acs.cgd.5b00855.

769. Weber, C. C.; Kunov-Kruse, A. J.; Rogers R. D.; Myerson, A. S. "Manipulation of ionic liquid anion-solute-antisolvent interactions for the purification of acetaminophen," *Chem. Commun.* **2015**, *51*, 4294-4297. DOI: 10.1039/C5CC00198F.

770. Xie, F.; Flanagan, B. M.; Li, M.; Truss, R. W.; Halley, P. J.; Gidley, M. J.; McNally, T.; Shamshina, J. L.; Rogers, R. D. "Characteristics of starch-based films with different amylose contents plasticised by 1-ethyl-3-methylimidazolium acetate," *Carbohydrate Polymers* **2015**, *122*, 160-168. DOI: 10.1016/j.carbpol.2014.12.072.

771. Yao, W.; Kelley, S. P.; Rogers, R. D.; Vaid, T. P. "Electrical conductivity in two mixed-valence liquids," *Phys. Chem. Chem. Phys.* **2015**, *17*, 14107-14114. DOI: 10.1039/C5CP01172H.

772. Zhang, B.; Chen, L.; Xie, F.; Li, X.; Truss, R. W.; Halley, P. J.; Shamshina, J. L.; Rogers, R. D.; McNally, T. "Understanding the structural disorganization of starch in water–ionic liquid solutions," *Phys. Chem. Chem. Phys.* **2015**, *17*, 13860-13871. DOI: 10.1039/C5CP01176K.

773. Berton, P.; Kelley, S. P.; Rogers, R. D. "Ionic Liquids for Sustainable Production of Actinides and Lanthanides," In *Metal Sustainability: Global Challenges, Consequences, and Prospects*; Izatt, R. M., Ed.; John Wiley & Sons, Ltd.: Chichester, 2016; pp 295-316.

774. Berton, P.; Kelley, S. P.; Rogers, R. D. "Stripping uranium from seawater-loaded sorbents with the ionic liquid hydroxylammonium acetate in acetic acid for efficient reuse," *Ind. Eng. Chem. Res.* **2016**, *55*, 4321-4327. DOI: 10.1021/acs.iecr.5b03996.

775. Cláudio, A. F. M.; Pereira, J. F. B.; McCrary, P. D.; Freire, M. G.; Coutinho, J. A. P.; Rogers, R. D. "A critical assessment of the mechanisms governing the formation of aqueous biphasic systems composed of protic ionic liquids and polyethylene glycol," *Phys. Chem. Chem. Phys.* **2016**, *18*, 30009-30019. DOI: 10.1039/C6CP06289J.

776. Kelley, S. P.; McCrary, P. D.; Flores, L.; Garner, E. B., III; Dixon, D. A.; Rogers, R. D. "Structural and theoretical study of salts of the [B$_9$H$_{14}$]$^-$ ion: Isolation of multiple isomers and implications for energy storage," *ChemPlusChem* **2016**, *81*, 922-925. DOI: 10.1002/cplu.201600270 (Cover Image *ChemPlusChem* **2016**, *81*, 901; Cover Profile *ChemPlusChem* **2016**, *81*, 903. DOI: 10.1002/cplu.201600379)

777. Kelley, S. P.; Nuss, J. S.; Rogers, R. D. "Using crystal structures of ionic compounds to explore complexation and extraction of rare earth elements in ionic liquids," in *Applications of Ionic Liquids on Rare Earth Green Separation and Utilization*; Chen, J., Ed.; Springer: Heidelberg, 2016; pp 21-42.

778. Kumar, A.; Wang, H.; Rogers, R. D. "Extraction of Sandalwood Oil Using Ionic Liquids: Toward a "Greener" More Efficient Process," in *Ionic Liquids for Better Separation Processes*; Rodríguez, H., Ed.; Springer-Verlag Berlin Heidelberg, 2016; Chapter 6, pp 121-133. DOI 10.1007/978-3-662-48520-0_6.

779. Meany, J. E.; Kelley, S. P.; Rogers, R. D.; Woski, S. A. "Crystal structure of 4′-bromo-2,5-dihydroxy-2′,5′-dimethoxy-[1,1′-biphenyl]-3,4-dicarbonitrile," *Acta Cryst. E. Struct. Commun.* **2016**, *72*, 667-670.

780. Pereira, J. F. B.; Deutschmann, R.; Rogers, R. D. "On the hunt for more benign and biocompatible ABS," in *Ionic-Liquid-Based Aqueous Biphasic Systems — Fundamentals and Applications*; Freire, M. G., Ed.; Springer: Heidelberg, 2016; pp 247-284.

781. Shamshina, J. L.; Barber, P. S.; Gurau, G.; Griggs, C. S.; Rogers, R. D. "Pulping of Crustacean Waste Using Ionic Liquids: To Extract or Not To Extract," *ACS Sustainable Chem. Eng.* **2016**, *4*, 6072-6081. DOI: 10.1021/acssuschemeng.6b01434

782. Shen, X.; Berton, P.; Shamshina, J.; Rogers, R. D. "Preparation and comparison of bulk and membrane hydrogels based on Kraft- and ionic-liquid-isolated lignins," *Green Chem.* **2016**, *80*, 5607-5620. DOI: 10.1039/C6GC01339B.

783. Shen, X.; Shamshina, J. L.; Berton, P.; Bandomir, J.; Wang, H.; Gurau, G.; Rogers, R. D. "Comparison of hydrogels prepared with ionic-liquid-isolated vs commercial chitin and cellulose," *ACS Sustainable Chem. Eng.*, **2016**, *4*, 471-480. DOI: 10.1021/acssuschemeng.5b01400.

784. Shen, X.; Shamshina, J. L.; Berton, P.; Gurau, G.; Rogers, R. D. "Hydrogels based on cellulose and chitin: fabrication, properties, and applications," *Green Chem.* **2016**, *18*, 53-75. DOI: 10.1039/C5GC02396C.

785. Wang, H.; Berton, P.; Myerson, A. S.; Rogers, R. D. "Double Salt Ionic Liquids Containing the Trihexyl(tetradecyl)phosphonium Cation: The Ability to Tune the Solubility of Aromatics, Ethers, and Lipophilic Compounds," *ECS Trans.* **2016**, *75*, 451-465. DOI: 10.1149/07515.0451ecst.

786. Zhang, B.; Xie, F.; Zhang, T.; Chen, L.; Li, X.; Truss, R. W.; Halley, P. J.; Shamshina, J. L.; McNally, T.; Rogers, R. D. "Different characteristic effects of ageing on starch-based films plasticised by 1-ethyl-3-methylimidazolium acetate and by glycerol," *Carbohydrate Polymers* **2016**, *146*, 67-79.

787. Berton, P.; Bica, K.; Rogers, R. D. "Ionic liquids for consumer products: Dissolution, characterization, and controlled release of fragrance compositions," *Fluid Phase Equilibr.* **2017**, *450*, 51-56. **DOI:** 10.1016/j.fluid.2017.07.011.

788. Berton, P.; Di Bona, K. R.; Yancey, D.; Rizvi, S. A. A.; Gray, M.; Gurau, G.; Shamshina, J. L.; Rasco, J. F.; Rogers, R. D. "Transdermal bioavailability in rats of lidocaine in the forms of ionic liquids, salts, and deep eutectic," *ACS Med. Chem. Lett.*, **2017**, *8*, 498-503. **DOI:** 10.1021/acsmedchemlett.6b00504.

789. Berton, P.; Kelley, S. P.; Wang, H.; Myerson, A. S.; Rogers, R. D. "Separate mechanisms of ion oligomerization tune the physicochemical properties of n-butylammonium acetate: Cation-base clusters vs. anion-acid dimers," *Phys. Chem. Chem. Phys.*, **2017**, *19*, 25544-25554. DOI: 10.1039/C7CP04078D.

790. Berton, P., Shamshina, J. L., Rogers, R. D. "Ionic Liquids for Sustainable Chemical Processes," In *Encyclopedia of Sustainable Technologies*, Abraham, M. A. (Ed.); 1st Ed., Elsevier: Amsterdam, Vol. 3; pp. 645–651. ISBN: 9780128046777. **DOI:** 10.1016/B978-0-12-409548-9.10251-9.

791. Choudhary, H.; Pernak, J.; Shamshina, J. L.; Niemczak, M.; Giszter, R.; Chrzanowski, Ł.; Praczyk, T.; Marcinkowska, K.; Cojocaru, O. A.; Rogers, R. D. "Two Herbicides in a Single Compound: Double Salt Herbicidal Ionic Liquids Exemplified with Glyphosate, Dicamba, and MCPA," *ACS Sustainable Chem. Eng.* **2017**, *5*, 6261–6273. DOI: 10.1021/acssuschemeng.7b01224.

792. Ferreira, A. M.; Cláudio, A. F. M.; Válega, M.; Domingues, F. M. J.; Silvestre, A. J. D.; Rogers, R. D.; Coutinho, J. A. P.; Freire, M. G. "Switchable (pH-driven) aqueous biphasic systems formed by ionic liquids as integrated production–separation platforms," *Green Chem.* **2017**, *19*, 2768-2773. **DOI:** 10.1039/c7gc00157f

793. Kelley, S. P.; Flores, L. A.; Shannon, M. S.; Bara, J. E.; Rogers, R. D. "Understanding carbon dioxide solubility in ionic liquids by exploring the link with liquid clathrate formation." *Chem. Eur. J.* **2017**, *23*, 14332-14337. **DOI:** 10.1002/chem.201703117.

794. King, C.; Shamshina, J.; Gurau, G.; Berton, P.; Khan, N. F. A. F.; Rogers, R. D. "A platform for more sustainable chitin films from an ionic liquid process," *Green Chem.* **2017**, 19, 117-126. DOI: 10.1039/C6GC02201D.

795. King, C.; Shamshina, J.; Zavgorodnya, O.; Cutfield, T.; Block, L. E.; Rogers, R. D. "Porous Chitin Microbeads for More Sustainable Cosmetics," *ACS Sustainable Chem. Eng.* **2017**, *5*, 11660-11667. DOI: 10.1021/acssuschemeng.7b03053.

796. King, C.; Stein, R. S.; Shamshina, J. L.; Rogers, R. D. "Measuring the Purity of Chitin with a Clean, Quantitative Solid-State NMR Method," *ACS Sustainable Chem. Eng.* **2017**, *5*, 8011-8016. DOI: 10.1021/acssuschemeng.7b01589

797. Kore, R.; Berton, P.; Kelley, S. P.; Aduri, P.; Katti, S. S.; Rogers, R. D. "Group IIIA Halometallate Ionic Liquids: Speciation and Applications in Catalysis," *ACS Catal.* **2017**, *7*, 7014-7028.

798. Kunov-Kruse, A. J.; Weber, C. C.; Rogers, R. D.; Myerson, A. S. "The A Priori Design and Selection of Ionic Liquids as Solvents for Active Pharmaceutical Ingredients," *Chem. Eur. J.* **2017**, *23*, 5498-5508. **DOI:** 10.1002/chem.201605704 (Designated a Hot Article).

799. Moody, M. L.; Huddleston, J. G.; Berton, P.; Zhang, J.; Rogers, R. D. "The effects of pH on the partitioning of aromatic acids in a polyethylene glycol/dextran aqueous biphasic system," *Sep. Sci. Technol.* **2017**, *52*, 843-851. DOI: 10.1080/01496395.2016.1269809.

800. Mouhri, Z. S.; Goodfellow, E.; Kelley, S. P.; Stein, R. S.; Rogers, R. D.; Jean-Claude, B. J. "$^{15}$N-, $^{13}$C-, and $^1$H-NMR Spectroscopy Characterization and Growth Inhibitory Potency of a Combi-Molecule Synthesized by Acetylation of an Unstable Monoalkyltriazene." *Molecules* **2017**, *22*, 1183 (13 pp); **DOI:** 10.3390/molecules22071183.

801. Passos, H.; Costa, S. H.; Fernandes, A. M.; Freire, M. G.; Rogers, R. D.; Coutinho, J. A. P. "A Triple Salting-Out Effect is Required for the Formation of Ionic-Liquid-Based Aqueous Multiphase Systems," *Angew. Chem. Int. Ed.* **2017**, *56*, 15058-15062. DOI: 10.1002/anie.201705704.

802. Patil, Y. P.; Kore, R.; Kelley, S. P; Griffin, S. T.; Rogers, R. D. "Crystal structure of Zn(ZnCl$_4$)$_2$(Cho)$_2$: The transformation of ions to neutral species in a deep eutectic system." *Chem. Commun.* **2017** 53, 5449-5492. **DOI:** 10.1039/C7CC01754E.

803. Pereira, J. F. B.; Barber, P. S.; Kelley, S. P.; Berton, P.; Rogers, R. D. "Double Salt Ionic Liquids Based on 1-Ethyl-3-Methylimidazolium Acetate and Hydroxyl-Functionalized Ammonium Acetates: Strong Effects of Weak Interactions," *Phys. Chem. Chem. Phys.*, **2017**, *19*, 26934-26943. DOI: 10.1039/c7cp05710e.

804. Rachiero, G. P.; Titi, H. M.; Rogers, R. D. "Versatility and remarkable hypergolicity of *exo*-6-*exo*-9 imidazole substituted *nido*-decaborane." *Chem. Commun.* **2017**, *53*, 7736-7739. **DOI:** 10.1039/c7cc03322b.

805. Shamshina, J. L.; Cojocaru, O. A.; Kelley, S. P.; Bica, K.; Wallace, S. P.; Gurau, G.; Rogers, R. D. "Acyclovir as an Ionic Liquid Cation or Anion Can Improve Aqueous Solubility," *ACS Omega* **2017**, *2*, 3483–3493. DOI: 10.1021/acsomega.7b00554.

806. Shamshina, J. L.; Zavgorodnya, O.; Bonner, J. R.; Gurau, G.; Di Nardo, T.; Rogers, R. D. ""Practical" Electrospinning of Biopolymers in Ionic Liquids" *ChemSusChem* **2017**, *10*, 106-111. DOI: 10.1002/cssc.201601372

807. e Silva, F. A.; Pereira, J. F. B.; Kurnia, K. A.; Ventura, S. P. M.; Silva, A. M. S.; Rogers, R. D.; Coutinho, J. A. P.; Freire, M. G. "Temperature dependency of aqueous biphasic systems: an alternative approach for exploring the differences between Coulombic-dominated salts and ionic liquids," *Chem. Commun.* **2017**, *53*, 7298. **DOI:** 10.1039/c7cc02294h

808. Sun, J.; Shi; J.; Murthy Konda, N. V. S. N.; Campos, D.; Liu, D.; Nemser, S.; Shamshina, J.; Dutta, T.; Berton, P.; Gurau, G.; Rogers, R. D.; Simmons, B. A.; Singh, S. "Efficient dehydration and recovery of ionic liquid after lignocellulosic processing using pervaporation," *Biotech. Biofuels*, **2017**, 10:154 (14 pp). **DOI:** 10.1186/s13068-017-0842-9.

809. Titi, H. M.; Kelley, S. P.; Easton, M. A.; Emerson, S. D.; Rogers, R. D. "Formation of ionic co-crystals of amphoteric azoles directed by the ionic liquid co-former 1-ethyl-3-methylimidazolium acetate," *Chem. Commun.* **2017**, *53*, 8569-8572. **DOI:** 10.1039/C7CC04429A.

810. Vaid, T. P.; Easton, M. E.; Rogers, R. D. "Polythianthrene ladder oligomers function as an organic battery electrode with a high oxidation potential," *Synthetic Metals* **2017**, *231*, 44-50. DOI: 10.1016/j.synthmet.2017.06.011

811. Vaid, T. P.; Kelley, S. P.; Rogers, R. D. "Metal Complexes Formed Through the Capture of Ambient O$_2$ and CO$_2$ by Elemental Metals in 1-Methylimidazole: Molecular Cu(CO$_3$)(MeIm)$_3$ and polymeric M(CO$_3$)(MeIm)$_2$·2H$_2$O (M = Co, Zn)." *Dalton Trans.* **2017**, *46*, 8920-8923. **DOI:** 10.1039/C7DT01787A.

812. Vaid, T. P.; Kelley, S. P.; Rogers, R. D. "Structure-directing effects of ionic liquids in the ionothermal synthesis of metal-organic frameworks," *IUCrJ* **2017**, *4*, 380-392. **DOI:** 10.1107/S2052252517008326.

813. Zavgorodnya, O.; Shamshina, J. L.; Berton, P.; Rogers, R. D. "Translational Research from Academia to Industry: Following the Pathway of George Washington Carver," In *Ionic Liquids: Current State and Future Directions*, Shiflett, M. B.; Scurto, A. M. (Eds.); ACS Symposium Series 1250; American Chemical Society: Washington, DC, 2017; pp 17-33.

814. Zavgorodnya, O.; Shamshina, J. L.; Bonner, J. R.; Rogers, R. D. "Electrospinning Biopolymers from Ionic Liquids Requires

Control of Different Solution Properties than Volatile Organic Solvents," *ACS Sustainable Chem. Eng.* **2017**, *5*, 5512–5519. DOI: 10.1021/acssuschemeng.7b00863.

815. Zavgorodnya, O.; Shamshina, J. L.; Mittenthal, M.; McCrary, P. D.; Rachiero, G. P.; Titi, H. M.; Rogers, R. D. "Polyethylene Glycol Derivatization of the Non-Active Ion in Active Pharmaceutical Ingredient Ionic Liquids Enhances Transdermal Delivery," *New. J. Chem.* **2017**, *41*, 1499-1508. DOI: 10.1039/C6NJ03709G.

816. Zhang, B.; Xie, F.; Shamshina, J. L.; Rogers, R. D.; McNally, T.; Halley, P. J.; Truss, R. W.; Chen, L.; Zhao, S. "Dissolution of Starch with Aqueous Ionic Liquid under Ambient Conditions," *ACS Sustainable Chem. Eng.* **2017**, *5*, 3737-3741. **DOI:** 10.1021/acssuschemeng.7b00784.

817. Zhang, B.; Xie, F.; Shamshina, J. L.; Rogers, R. D.; McNally, T.; Wang, D.; Halley, P. J.; Truss, R. W.; Zhao, S.; Ling, C. "Facile preparation of starch-based electroconductive films with ionic liquid," *ACS Sustainable Chem. Eng.*, **2017**, *5*, 5457-5467, DOI: 10.1021/acssuschemeng.7b00788.

818. Belchior, D. C. V.; Sintra, T. E.; Carvalho, P. J.; Soromenho, M. R. C.; Esperança, J. M. S. S.; Ventura, S. P. M.; Rogers, R. D.; Coutinho, J. A. P.; Freire, M. G. "Odd-even effect on the formation of aqueous biphasic systems formed by 1-alkyl-3-methylimidazolium chloride ionic liquids and salts," *J. Chem. Phys.* **2018**, *148*, No. 193842/1-7, DOI: 10.1063/1.5012020.

819. Berton, P.; Kelley, S. K.; Wang, H.; Rogers, R. D. "Elucidating the triethylammonium acetate system: Is it molecular or is it ionic?" *J. Mol. Liq.* **2018**, *269*, 126-131. **DOI:** 10.1016/j.molliq.2018.08.006

820. Berton, P.; Shamshina, J.L.; Bica, K.; Rogers, R.D. "Ionic Liquids as fragrance precursors: Smart delivery systems for volatile compounds," *Ind. Eng. Chem. Res.* **2018**, *57*, 16069-16076. DOI: 10.1021/acs.iecr.8b02903.

821. Berton, P.; Shamshina, J. L.; Ostadjoo, S.; King, C. A.; Rogers, R. D. "Enzymatic Hydrolysis of Ionic Liquid-Extracted Chitin," *Carbohydrate Polymers* **2018**, *199*, 228-235. DOI: 10.1016/j.carbpol.2018.07.014.

822. Berton, P.; Shen, X.; Rogers, R. D.; Shamshina, J. L. "110th Anniversary: High-Molecular-Weight Chitin and Cellulose Hydrogels from Biomass in Ionic Liquids without Chemical Crosslinking," *Ind. Eng. Chem. Res.* **2019**, *58*, 19862-19876. DOI: 10.1021/acs.iecr.9b03078.

823. Choudhary, H.; Berton, P.; Gurau, G.; Myerson, A. S.; Rogers, R. D. "Ionic Liquids in Cross-Coupling Reactions: "Liquid" Solutions to a "Solid" Precipitation Problem," *Chem. Commun.* **2018**, 54, 2056-2059. DOI: 10.1039/C7CC09635F.

824. Cui, X.; Li, K.; Choudhary, H.; Shamshina, J. L.; Rogers, R. D. "Double salt ionic liquids for lignin hydrolysis: one cation for catalyst and solvent anions," *ECS Transactions* **2018**, *86* (14, Molten Salts and Ionic Liquids 21), 215-229. DOI: 10.1149/08614.0215ecst.

825. Julien, P.A.; Christopherson, J.-C.; Titi, H. M.; Rogers, R. D. Friščić, T. "Investigation of BINOL-3,3′-dicarboxylate as a ligand for the formation of extended coordination-based structures," *Supramol. Chem.* **2018**, *30*, 488-503. **DOI:** 10.1080/10610278.2018.1430366

826. Kelley, S. P.; Berton, P.; Metlen, A.; Rogers, R. D. "Polyoxometalate catalysts for biomass dissolution: understanding and design," *Physical Sciences Reviews* **2018**, *3*. DOI: 10.1515/psr-2017-0190; Also in *Green Chemistry in Industry*, Benvenuto, M. A.; Plaumann, H. (Eds.), Vol. 3 of *Green Chemical Processing*, De Gruyter: Berlin, 2018; Ch. 3, pp 23-41. ISBN 978-3-11-056113-5. DOI: 10.1515/9783110562781-003.

827. Kelley, S. P.; Rachiero, G. P.; Titi, H. M.; Rogers, R. D. "New Reactions for Old Ions: Cage Rearrangements, Hydrolysis, and Two-Electron Reduction of nido-Decaborane in Neat 1-Ethyl-3-Methylimidazolium Acetate," *ACS Omega* **2018**, *3*, 8491-8496. DOI: 10.1021/acsomega.8b00775.

828. Kelley, S. P.; Rogers, R. D. "Lanthanide complexes with zwitterionic amidoximes stabilized by noncoordinating water molecules," *Supramol. Chem.* **2018**, *30*, 411-417. **DOI:** 10.1080/10610278.2017.1405002.

829. Kore, R.; Kelley, S. P.; Aduri, P.; Rogers, R. D. "Mixed Metal Double Salt Ionic Liquids Comprised of [HN222]2[ZnCl4] and AlCl3 Provide Tunable Lewis Acid Catalyst Related to the Ionic Environment," *Dalton Trans.* **2018**, *47*, 7795-7803. DOI: 10.1039/C8DT00976G.

830. Li, K.; Berton, P.; Kelley, S. P.; Rogers, R. D. "Singlet Oxygen Production and Tunable Optical Properties of Deacetylated Chitin-Porphyrin Crosslinked Films," *Biomacromolecules* **2018**, *19*, 3291-3300. DOI: 10.1021/acs.biomac.8b00605.

831. Li, K.; Choudhary, H.; Rogers, R. D. "Ionic Liquids for Sustainable Processes: Liquid Metal Catalysis," *Curr. Opin. Green Sustain. Chem.* **2018**, *11*, 15-21.

832. Li, K.; Titi, H. M.; Berton, P.; Rogers, R. D. "Porphyrinic ionic liquid dyes: Synthesis and characterization," *ChemistryOpen* **2018**, *7*, 659-663. DOI: 10.1002/open.201800166.

833. Lin, N.; Berton, P.; Moraes, C.; Rogers, R. D.; Tufenkji, N. "Nanodarts, nanoblades, and nanospikes: Mechno-bactericidal nanostructures and where to find them" *Adv. Colloid Interface Sci.* **2018**, *252*, 55-68. **DOI:** 10.1016/j.cis.2017.12.007.

834. Mishra, M. K.; Kelley, S. P.; Shamshina, J. L.; Choudhary, H.; Rogers, R. D. "Can melting point trends help us develop new tools to control the crystal packing of weakly interacting ions?," *Cryst. Growth Des.* **2018**, *18*, 597-601. **DOI:** 10.1021/acs.cgd.7b01680

835. Mukherjee, A.; Rogers, R. D.; Myerson, A. S. "Cocrystal formation by ionic liquid-assisted grinding: case study with cocrystals of caffeine," *CrystEngComm* **2018**, *20*, 3817-3821. DOI: 10.1039/c8ce00859k.

836. Ostadjoo, S.; Berton, P.; Shamshina, J. L.; Rogers, R. D. "Scaling-up ionic liquid-based technologies: How much do we care about their toxicity? *Prima facie* information on 1-ethyl-3-methylimidazolium acetate" *Toxicol. Sci.* **2018**, *161*, 249-265. **DOI:** 10.1093/toxsci/kfx172.

837. Rogers, R. D.; Gurau, G. "Is 'choline and geranate' an ionic liquid or deep eutectic solvent system?" *Proc. Natl. Acad. Sci.* **2018**, *115*, E10999. DOI: 10.1073/pnas.1814976115.

838. Sebesta, D. P.; Vagle, K.; Rachiero, G. P.; Rogers, R. D. "4,5-Dicyanoimidazole" in *Encyclopedia of Reagents for Organic Synthesis*, John Wiley & Sons Ltd., Chichester, 2018, http://onlinelibrary.wiley.com/book/10.1002/047084289X (Last Access Date: 03-24-18). DOI: 10.1002/047084289X.rn00166.pub2

839. Shamshina, J. L.; Berton, P. Wang, H.; Zhou, X. S., Gurau, G.; Rogers, R. D. "Ionic liquids in pharmaceutical industry," in *Green Techniques for Organic Synthesis and Medicinal Chemistry*, Zhang, W.; Cue, B. W., Jr. (Eds.), 2nd Edition, JohnWiley & Sons Ltd.: Oxford, 2018; Ch. 20, pp 541-577. ISBN 9781119288176.

840. Shamshina, J. L.; Rogers, R. D. "Biopolymeric Microbeads as Alternatives to Synthetic Plastics," *Household & Personal Care Today*, **2018**, *13*, 9-12.

841. Shamshina, J. L.; Zavgorodnya, O.; Berton, P.; Chhotaray, P. K.; Choudhary, H.; Rogers, R. D. "Ionic Liquid Platform for Spinning Composite Chitin-Poly(lactic acid) Fibers," *ACS Sustainable Chem. Eng.* **2018**, *6*, 10241-10251. DOI: 10.1021/acssuschemeng.8b01554.

842. Shamshina, J. L.; Zavgorodnya, O.; Choudhary, H.; Frye, B.; Newbury, N.; Rogers, Robin D. "In Search of Stronger/Cheaper Chitin Nanofibers through Electrospinning of Chitin-Cellulose Composites Using an Ionic Liquid Platform," *ACS Sustainable Chem. Eng.* **2018**, *6*, 14713-14722. DOI: 10.1021/acssuschemeng.8b03269.

843. Tian, H.; Berton, P.; Rogers, R.D. "Aqueous biphasic systems comprised of random ethylene/propylene oxide copolymers, choline acetate, and water for triazine-based herbicide partitioning study," *Solvent Extr. Ion Exch.* **2018**, *38*, 602-616. DOI: 10.1080/07366299.2018.1546800.

844. Yu, J.; Jensen, T. N.; Lewis, W. K.; Bunker, C. E.; Kelley, S. P.; Rogers, R. D.; Pryor, O. M.; Chambreau, S. D.; Vaghjiani, G. L.; Anderson, S. L. "Combustion Behavior of High Energy Density Borane-Aluminum Nanoparticles in Hypergolic Ionic Liquids," *Energy & Fuels* **2018**, *32*, 7898-7908. DOI: 10.1021/acs.energyfuels.8b01334

845. Zeng, Q.; Mukherjee, A.; Müller, P.; Rogers, R. D.; Myerson, A. S. "Exploring the role of ionic liquids to tune the polymorphic outcome of organic compounds," *Chem. Sci.* **2018**, *9*, 1510-1520. DOI: 10.1039/c7sc04353h.

846. Abdelfatah, E.; Berton, P.; Rogers, R.D.; Bryant, S.L. "Low-temperature bitumen recovery from oil sand reservoirs using ionic liquids," *Soc. Pet. Eng. J.* **2019**, *24*, 2409-2422. DOI: 10.2118/197070-PA.

847. Berton, P.; Kelley, S. P.; Adesina, A. O.; Rogers, R. D. "In Search of Locally Produced Arsenic Sorbents via Impregnation of Cotton with Magnetite Nanoparticles Using Choline Acetate," *Adv. Sustainable Syst.* **2019**, *3*, 1800170 (1-4). DOI: 10.1002/adsu.201800170.

848. Berton, P.; Kelley, S. P.; Bridges, N. J.; Klingshirn, M. A.; Huddleston, J. G.; Willauer, H. D.; Baldwin, J. W.; Moody, M. L.; Rogers, R. D. "Water in Solutions of Chaotropic and Kosmotropic Salts: A Differential Scanning Calorimetry Investigation," *J. Chem. Eng. Data* **2019**, *64*, 4781-4792. DOI: 10.1021/acs.jced.9b00222.

849. Berton, P.; Mishra, M. K.; Choudhary, H.; Myerson, A. S.; Rogers, R. D. "Solubility Studies of Cyclosporine Using Ionic Liquids," *ACS Omega* **2019**, *4*, 7938-7943. DOI: 10.1021/acsomega.9b00603.

850. Berton, P.; Shen, X.; Rogers, R. D.; Shamshina, J. L., "*110th Anniversary*: High-Molecular-Weight-Chitin and Cellulose Hydrogels from Biomass in Ionic Liquids without Chemical Crosslinking," *Ind. Eng. Chem. Res.* **2019**, *58*, 19862-19876. DOI: 10.1021/acs.iecr.9b03078.

851. Choudhary, H.; Li, K.; Rogers, R. D. "Active Pharmaceutical Ingredient Ionic Liquid: A New Platform for the Pharmaceutical Industry," In *Encyclopedia of Ionic Liquids*, Zhang, S. (Ed.); Springer Nature: Singapore, 2019, pp 1-14. ISBN 978-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-6. DOI: 10.1007/978-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-6_3-1.

852. Delgado-Mellado, N.; García, J.; Rodríguez, F.; Rogers, R. D. "Insights into Ionic Liquid/Aromatic Systems from NMR Spectroscopy: How Water Affects Solubility and Intermolecular Interactions," *ChemPlusChem*. **2019**, *84*, 872-881. DOI: 10.1002/cplu.201900192.

853. Easton, M. E.; Choudhary, H.; Rogers, R. D. "Azolate Anions in Ionic Liquids: Promising and Under-utilized Components of the Ionic Liquid Toolbox," *Chem. Eur. J.* **2019**, *25*, 2127-2140. DOI: 10.1002/chem.201802957.

854. Li, K.; Choudhary, .H.; Mishra, M. K.; Rogers, R. D. "Enhanced Acidity and Activity of Aluminum/Gallium-Based Ionic Liquids Resulting from Dynamic Anionic Speciation," *ACS Catal.*, **2019**, *9*, 9789-9793. DOI 10.1021/acscatal.9b03132.

855. Mishra, M. K.; Choudhary, H.; Cordes, D. B.; Kelley, S. P.; Rogers, R. D. "Structural Diversity in Tetrakis(4-pyridyl)porphyrin Supramolecular Building Blocks," *Cryst. Growth Des.* **2019**, *19*, 3529-3542. DOI: 10/1021/acs.cgd.9b00399.

856. Mishra, M. K.; Kelley, S. P.;Dilip, M.; Vaid, T. P.; Cordes, D. B.; Griffin, S. T.; Rogers, R. D. "Insights into the Behavior of Highly Acidic Metal Cations in Ionic Liquids from Reactions of Titanium Tetrachloride with [1-Butyl-3 Methylimidazolium][X] Ionic Liquids (X = Chloride, Bromide, Tetrafluoroborate)" *Inorg. Chem.* **2019**, *58*, 1764-1773. DOI: 10.1021/acs.inorgchem.8b00524.

857. Mishra, M. K.; Patil, Y. P.; Kelley, S. P.; Rogers, R. D. "A Uranyl Metal Organic Framework Arising from the Coordination of a Partially Hydrolyzed Tetrauranyl Node with the Tautomerically Diverse 1,4-(Diamidoximyl)benzene Ligand," *Cryst. Growth Des.* **2019**, *19*, 5466-5470. DOI: 10/1021/acs.cgd.9b00544.

858. Shamshina, J. L.; Berton, P.; Rogers, R. D. "Advances in Functional Chitin Materials: A Review," *ACS Sustainable Chem. Eng.* **2019**, *7*, 6444-6457. **DOI:** 10.1021/acssuschemeng.8b06372.

859. Shamshina, J. L.; Berton, P.; Rogers, R. D. "Chitin as a Resource for EcoFriendly Bioplastics," In *Encyclopedia of Ionic Liquids*, Zhang, S. (Ed.); Springer Nature: Singapore, 2019, pp 1-8. ISBN 978-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-6. DOI: 10.1007/978-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-6_43-1.

860. Shamshina J. L., Oldham (Konak) T., Rogers R. D. "Applications of Chitin in Agriculture," In *Sustainable Agriculture Reviews 36: Chitin and Chitosan: Applications in Food, Agriculture, Pharmacy, Medicine and Wastewater Treatment*; Crini G., Lichtfouse E. (Eds.); Springer Nature: Cham, Switzerland, 2019; pp. 125-146. DOI: 10.1007/978-3-030-16581-9_4.

861. Shamshina, J. L.; Rogers, R. D. "Recent Advances in the Electrospinning of Biopolymers," In *Green Electrospinning*, Horzum, N.; Demir, M. M.; Muñoz-Espí, R.; Crespy, D. (Eds.); De Gruyter: Berlin, 2019; Ch. 8, pp 189-216. DOI: 10.1515/9783110581393-008

862. Shamshina J. L; Zavgorodnya O.; Rogers R. D. "Advances in Processing Chitin as a Promising Biomaterial from Ionic Liquids," In *Advances in Biochemical Engineering/Biotechnology*; Scheper, T. (Ed.), *Applications of Ionic Liquids in Biotechnology*, Itoh T.; Koo Y. M. (Eds.); Springer Nature: Cham, Switzerland, 2019; Vol. 168, pp 177-198. DOI: 10.1007/10_2018_63.

863. Shamshina, J. L.; Zavgorodnya, O.; Rogers, R. D. "Ionic Liquids," In *Encyclopedia of Analytical Science*, Worsfold, P.; Poole, C.; Townshend, A.; Miró, M. (Eds.); 3rd Ed., Elsevier: Amsterdam, 2019, Vol. 3, pp 218–225. DOI: 10.1016/B978-0-12-409547-2.13931-9.

864. Shen, X.; Xie, Y.; Wang, Q.; Yi, X.; Shamshina, J. L.; Rogers R. D. "Enhanced heavy metal adsorption ability of lignocellulosic hydrogel adsorbents by the structural support effect of lignin, *Cellulose* **2019**, *26*, 4005-4019. DOI: 10.1007/s10570-019-02328-w.

865. Tian, H.; Berton, P.; Rogers, R.D. "Choline-based aqueous biphasic systems: Overview of applications," *Fluid Phase Equilib.* **2019**, *502*, 112258 (13 pp). DOI: 10.1016/j.fluid.2019.112258.

866. Titi, H. M.; Arhangelskis, M.; Katsenis, A. D.; Mottillo, C.; Ayoub, G.; Do, J.-L.; Fidelli, A. M.; Rogers, R. D.; Friščič , T. "Metal−Organic Frameworks as Fuels for Advanced Applications: Evaluating and Modifying the Combustion Energy of Popular MOFs," *Chem. Mater.* **2019**, *31*, 4882-4888. DOI: 10.1021/acs.chemmater.9b01488

867. Titi, H. M.; Arhangelskis, M.; Rachiero, G. P.; Friščič, T.; Rogers, R. D. "Hypergolic Triggers as Co-crystal Formers:Co-crystallization for Creating New Hypergolic Materials with Tunable Energy Content," *Angew. Chem. Int. Ed.* **2019**, *58*, 18399–18404. DOI: 10.1002/anie.201908690.

868. Titi, H. M.; Marrett, J. M.; Dayaker, G.; Arhangelskis, M.; Mottillo, C.; Morris, A. J.; Rachiero, G. P.; Friščić, T.; Rogers, R. D. "Hypergolic zeolitic imidazolate frameworks (ZIFs) as next-generation solid fuels: Unlocking the latent energetic behavior of ZIFs," *Sci. Adv.* **2019**, *5*, eaav9044 (8 pp). DOI: 10.1126/sciadv.aav9044.

869. Abdelfatah, E.; Chen, Y.; Berton, P.; Rogers, R. D.; Bryant, S. "Tuning Ionic Liquids for Simultaneous Dilution and Demulsification of Water-in-Bitumen Emulsions at Ambient Temperature," *Soc. Petr. Eng. J.* **2020**, *25*, 759-770.

870. Berton, P.; Manouchehr, S.; Wong, K.; Ahmadi, Z.; Abdelfatah, E.; Rogers, R. D.; Bryant, S. L. "Ionic Liquids-Based Bitumen Extraction: Enabling Recovery with Environmental Footprint Comparable to Conventional Oil," *ACS Sustainable Chem. Eng.* **2020**, *8*, 632-641. DOI: 10.1021/acssuschemeng.9b06336

871. Easton, M. E.; Li, K.; Titi, H. M.; Kelley, S. P.; Rogers, R. D. "Controlling the Interface between Salts, Solvates, Co-crystals, and Ionic Liquids with Non-stoichiometric Protic Azolium Azolates," *Cryst. Growth Des.* **2020**, *20*, 2608-2616. DOI: 10.1021/acs.cgd.9b01733.

872. Kelley, S. P.; Pei, H.; Smetana, V.; Mudring, A.-V.; Rogers, R. D. "Structural Consequences of Halogen Bonding in Dialkylimidazolium: A New Design Strategy for Ionic Liquids Illustrated with the I₂ Co-Crystal and Acetonitrile Solvate of 1,3-Dimethylimidazolium Iodide," *Cryst. Growth Des.* **2020**, *20*, 498-505. DOI: 10/1021/acs.cgd.9b01454.

873. Kelley, S. P.; Smetana, V.; Emerson, S. D.; Mudring, A.-V.; Rogers, R. D. "Benchtop Access to Anhydrous Actinide N-donor Coordination Complexes using Ionic Liquids," *Chem. Commun.* **2020**, *56*, 4232-4235. DOI: 10.1039/C9CC09852F.

874. Kelley, S. P.; Smetana, V.; Nuss, J. S.; Dixon, D. A.; Vasiliu, M.; Mudring, A.-V.; Rogers, R. D. "Dehydration of UO₂Cl₂·3H₂O and Nd(NO₃)₃·6H₂O with a Soft Donor Ligand and Comparison of Their Interactions through X-ray Diffraction and Theoretical Investigation," *Inorg. Chem.* **2020**, *59*, 2861-2869. DOI: 10.1021/acs.inorgchem.9b03228.

875. Kore, R.; Kelley, S. P.; Sawant, A.; Mishra, M. K.; Rogers, R. D. "Are Ionic Liquids and Liquid Coordination Complexes Really Different? - Synthesis, Characterization, and Catalytic Activity of AlCl₃/Base Catalysts," *Chem. Commun.* **2020**, *56*, 5362-5365. DOI:10.1039/d0cc01452d. (Highlighted as a Hot Article by *Chem. Commun.* January 16, 2006, URL: https://pubs.rsc.org/en/journals/articlecollectionlanding?sercode=cc&themeid=bd0418ed-b7cd-4af5-9e4d-496d0d758ae1; last accessed June 2, 2020.)

876. Kore, R.; Mishra, M. K.; Gonela, U. M.; Rogers, R. D. "Chloroaluminate Liquid Clathrates: Is It the Cations or the Anions That Drive the Solubility of Aromatics?" *Ind. Eng. Chem. Res.* **2020**, *59*, 18419-18424. DOI: 10.1021/acs.iecr.0c03980.

877. Kore, R.; Uppara, P. V.; Rogers, R. D. "Replacing HF or AlCl₃ in the Acylation of Isobutylbenzene with Chloroaluminate Ionic Liquids," *ACS Sustainable Chem. Eng.* **2020**, *8*, 10330-10334. DOI:10.1021/acssuschemeng.0c03951.

878. Mishra, M. K.; Kelley, S. P.; Smetana, V.; Dixon, D. A.; McNeill, A. S.; Mudring, A.-V.; Rogers. R. D. "Crystallographic evidence of Watson-Crick connectivity in the base pair of anionic adenine with thymine," *Proc. Natl. Acad. Sci.* **2020**, *117*, 18224-18230. DOI: 10.1073/pnas.2008379117.

879. Pernak, J.; Rzemieniecki, T.; Klejdysz, T.; Qu, F.; Rogers, R. D., "Conversion of quinine derivatives into biologically active ionic liquids: advantages, multifunctionality and perspectives," *ACS Sustainable Chem. Eng.* **2020**, *8*, 9263-9267. DOI:10.1021/acssuschemeng.0c03501.

880. Shamshina, J. L.; Kelly, A.; Oldham, T.; Rogers, R. D. "Agricultural uses of chitin polymers," *Environ. Chem. Lett.* **2020**, *18*, 53-60. DOI:10.1007/s10311-019-00934-5.

881. Shamshina, J. L.; Rogers, R. D. "Are Ionic Liquids Enabling Technology? Startup to Scale-Up to Find Out," In *Commercial Applications of Ionic Liquids*, Green Chemistry and Sustainable Technology, M. B. Shiflett (Ed.), Springer Nature: Switzerland, 2020, Ch. 4, pp 69-85. DOI: 10.1007/978-3-030-35245-5_4.

882. Shamshina, J. L.; Rogers, R. D. "Are Myths and Preconceptions Preventing us from Applying Ionic Liquid Forms of Antiviral Medicines to the Current Health Crisis?" *Int. J. Mol. Sci.* **2020**, *21*, 6002 (16 pp). DOI: 10.3390/ijms21176002.

883. Smetana, V.; Kelley, S. P.; Mudring, A.-V.; Rogers, R. D., "A fivefold $UO_2^{2+}$ node is a path to dodecagonal quasicrystal approximants in coordination polymers," *Sci. Adv.* **2020**, *6*, eaay7685 (4 pp). DOI: 10.1126/sciadv. eaay7685.

884. Smetana, V.; Kelley, S. P.; Titi, H. M.; Hou, X.; Tang, S.-F.; Mudring, A.-V.; Rogers, R. D. "Synthesis of Anhydrous Acetates for the Components of Nuclear Fuel Recycling in Dialkylimidazolium Acetate Ionic Liquids," *Inorg. Chem.* **2020**, *59*, 818-828. DOI: 10.1021/acs.inorgchem.9b03077.

885. Tang, S.-F.; Smetana, V.; Mishra, M. K.; Kelley, S. P.; Renier, O.; Rogers, R. D.; Mudring, A.-V. "Forcing Dicyanamide Coordination to f-Elements by Dissolution in Dicyanamide-Based Ionic Liquids," *Inorg. Chem.* **2020**, *59*, 7227-7237. DOI:10.1021/acs.inorgchem.0c00667.

886. Wilms, W.; Woźniak-Karczewska, M.; Niemczak, M.; Lisiecki, P.; Zgoła-Grześkowiak, A.; Ławniczak, L.; Framski, G.; Pernak, J.; Owsianiak, M.; Vogt, C.; Fischer, A.; Rogers, R. D.; Chrzanowski, L. "Quantifying the Mineralization of $^{13}C$-Labeled Cations and Anions Reveals Differences in Microbial Biodegradation of Herbicidal Ionic Liquids between Water and Soil," *ACS Sustainable Chem. Eng.* **2020**, *8*, 3412-3426. DOI:10.1021/acssuschemeng.9b07598.

887. Wilms, W.; Wozniak-Karczewska, M.; Syguda, A.; Niemczak, M.; Lawniczak, L.; Pernak, J.; Rogers, R. D.; Chrzanowski, L. "Herbicidal ionic liquids - a promising future for old herbicides? Review on synthesis, toxicity, biodegradation and efficacy studies," *J. Agric. Food Chem.* **2020**, *68*, 10456-10488. DOI:10.1021/acs.jafc.0c02894.

888. Wineinger, H. B.; Shamshina, J. L.; Kelly, A.; King, C.; Rogers, R. D. "A method for determining the uniquely high molecular weight of chitin extracted from raw shrimp shells using ionic liquids," *Green Chem.* **2020**, *22*, 3734-3741. DOI: 10.1039/d0gc00753f.

889. Wineinger, H. B.; Kelly, A.; Shamshina, J. L.; Rogers, R. D. "Farmed Jumbo Shrimp Molts: An Ionic Liquid Strategy to Increase Chitin Yield per Animal while Controlling Molecular Weight," *Green Chem.* **2020**, *22*, 6001-6007. DOI: 10.1039/D0GC02216K.

890. Berton, P.; Tian, H.; Rogers, R.D. "Phase Behavior of Aqueous Biphasic Systems with Choline Alkanoate Ionic Liquids and Phosphate Solutions: The Influence of pH," *Molecules* **2021**, 26, 1702, 14 pp. DOI: 10.3390/molecules26061702.

891. Bisht, M.; Macário, I. P. E.; Neves, M. C.; Pereira, J. L.; Pandey, S.; Rogers, R. D.; Coutinho, J. A. P.; Ventura, S. P. M. "Enhanced Dissolution of Chitin Using Acidic Deep Eutectic Solvents: A Sustainable and Simple Approach to Extract Chitin from Crayfish shell Wastes as Alternative Feedstocks," *ACS Sustainable Chem. Eng.* **2021**, *9*, 16073−16081. DOI:10.1021/acssuschemeng.1c04255.

892. Bond, A. H.; Rogers, R. D. "Bismuth coordination chemistry: a brief retrospective spanning crystallography to clinical potential," *J. Coord. Chem.* **2021**, *74*, 129-151. DOI: 10.1080/00958972.2021.1878499.

893. Bousrez, G.; Renier, O.; Kelley, S. P.; Adranno, B.; Tahavori, E.; Titi, H. M.; Smetana, V.; Tang, S.-F.; Mudring, A.-V.; Rogers, R. D. "Ready access to anhydrous anionic lanthanide acetates using imidazolium acetate ionic liquids as the reaction medium," *Chem. Eur. J.* **2021**, *27*, 13181-13189. DOI: 10.1002/chem.202100141

894. Kelley, S. P.; Smetana, V.; Mudring, A.-V.; Rogers, R. D. "Structural Analysis of Mono-Substituted *N*-butyl-pyridinium Salts: In Search of Ionic Liquids," *J. Coord. Chem.* **2021**, 74, 117-128. DOI: 10.1080/00958972.2021.1876851.

895. Nayak, A.; Smetana, V.; Mudring, A.-V.; Rogers, R. D. "Anhydrous vs. hydrated *f*-element acetate polymers dictated by the stoichiometry of protic acidic/basic azole mixtures," *Cryst. Growth Des.* **2021**, *21*, 2516−2525. DOI: 10.1021/acs.cgd.1c00181.

896. Renier, O.; Bousrez, G.; Baryshnikov, G. V.; Paterlini, V.; Smetana, V.; Hans Ågren, H.; Rogers, R. D.; Mudring, A.-V. "Shape Preserving Single Crystal to Amorphous to Single Crystal Polymorphic Transformation Is Possible," *J. Am. Chem. Soc.* **2021** *143*, 20202-20206. DOI: 10.1021/jacs.1c08590

897. Shamshina, J. L.; Qin, Y.; Belmore, K.; Daly, D. T.; Rogers, R. D. "Switchable carbamate coagulants to improve recycling ionic liquid from biomass solutions," *Green Chem. Eng.* **2021**, In Press. https://doi.org/10.1016/j.gce.2021.07.001.

898. Shamshina, J. L.; Wineinger, H. B.; Choudhary, H.; Vaid, T. P.; Kelley, S. P.; Rogers, R. D. "Confusing Ions on Purpose: How Many Parent Acid Molecules Can Be Incorporated in a Herbicidal Ionic Liquid?" *ACS Sustainable Chem. Eng.* **2021**, *9*, 1941-1948. DOI: 10.1021/acssuschemeng.0c08797.

899. Smetana, V.; Kelley, S. P.; Pei, H.; Mudring, A.-V.; Rogers, R. D. "Sandwiched Kagomé Lattices in a Coordination Polymer Based on Mixed-Valent Uranium," *Cryst. Growth Des.* **2021**, *21*, 1727-1733. DOI:10.1021/acs.cgd.0c01626.

900. Achinivu, E. C.; Shamshina, J. L.; Rogers, R. D. "Chitin extracted from various biomass sources: It's not the same", *Fluid Phase Equilibria* **2022**, *552*, 113286. DOI:10.1016/j.fluid.2021.113286.

901. Berton, P.; Chen, Y.N.; Manoucherhr, S.; Wong, K.; Ahmadi, Z.; Bryant, S.L.; Rogers, R.D. "Design of ionic liquids for dewatering stable solid/liquid complex slurries," *AIChE J.* **2022**, *68;* 11 pp:e17494. DOI:10.1002/aic.17494

902. Jobin, O.; Cristina Mottillo, C.; Titi, H. M.; Marrett, J. M.; Arhangelskis, M.; Rogers, R. D.; Bachar Elzein B.; Friščić, T.; Robert, É. "Metal–organic frameworks as hypergolic additives for hybrid rockets," *Chem. Sci.* **2022**, *13*, 3424-3436. DOI: 10.1039/d1sc05975k.

903. Rogers, R. D. "Ionic liquids for bio-product extraction: How do we get Technical Feasibility, Economic Feasibility, and Social Acceptability?", *Fluid Phase Equilibria* **2022**, *552*, 113273. DOI:10.1016/j.fluid.2021.113273.

904. Wineinger, H. B.; Smetana, S.; Nayak, A.; Qu, F.; Mudring, A.-V.; Rogers, R. D. "Accessing Lanthanide Tricyanomethanide Coordination Polymers Using Ionic Liquids," *Cryst. Growth Des.* **2022**, In Press. DOI: 10.1021/acs.cgd.1c01452.

## B. Non-Refereed Reviews, Reports, Articles, and Extended Abstracts:

1.  Rogers, R. D. "Actinide Elements," In *The Encyclopedia of Physical Science and Technology*; 1st ed.; Meyers, R. A., Ed.; Academic Press: Orlando, FL, 1987; Vol. 1; pp 190-217.
2.  Rogers, R. D. Book Review of "Studies in Surface Science and Catalysis. Volume 45. Transition Metal Oxides: Surface Chemistry and Catalysis," *J. Am. Chem. Soc.* **1990**, *112*, 6454.
3.  Rogers, R. D.; Rogers, L. M. "Lanthanides and Actinides. Annual Survey Covering the Year 1983," *J. Organomet. Chem.* **1990**, *380*, 51-76.
4.  Rogers, R. D.; Rogers, L. M. "Lanthanides and Actinides. Annual Survey Covering the Years 1984-1986," *J. Organomet. Chem.* **1991**, *416*, 201-290.
5.  Rogers, R. D. "Actinide Elements," In *The Encyclopedia of Physical Science and Technology*; 2nd ed.; Meyer, R. A., Ed.; Academic Press: Orlando, FL, 1992; Vol. 1; pp 228-256.
6.  Rogers, R. D.; Rogers, L. M. "Lanthanides and Actinides. Annual Survey Covering the Years 1987-1989," *J. Organomet. Chem.* **1992**, *442*, 83-224.
7.  Rogers, R. D.; Rogers, L. M. "Lanthanides and Actinides. Annual Survey Covering the Year 1990," *J. Organomet. Chem.* **1992**, *442*, 225-269.
8.  Rogers, R. D.; Rogers, L. M. "Lanthanides and Actinides. Annual Survey Covering the Year 1991," *J. Organomet. Chem.* **1993**, *457*, 41-62.
9.  Rogers, R. D.; Eiteman, M. A. "Preface," In *Aqueous Biphasic Separations: Biomolecules to Metal Ions*; Rogers, R. D.; Eiteman, M. A., Eds.; Plenum: New York, 1995; p v.
10. Rogers, R. D. "Crystal Engineering - ACA Transactions Symposium - July 1998," In *American Crystallographic Association Newsletter*, ACA: Buffalo, NY, Summer 1998.
11. Sharma, C. V. K.; Rogers, R. D. "Perspectives of Crystal Engineering," *Materials Today* **1998**, *1(3)*, 27-30.
12. Bond, A. H.; Dietz, M. L.; Rogers, R. D. "Preface," In *Metal-Ion Separation and Preconcentration, Progress and Opportunities*; Dietz, M. L.; Bond, A. H.; Rogers, R. D., Eds.; ACS Symposium Series 716, American Chemical Society: Washington, DC, 1999; pp xi-xii.
13. Huddleston, J. G.; Willauer, H. D.; Griffin, S. T.; Visser, A. E.; Rogers, R. D. "Green Separation Science & Technology: Using Environmentally Benign Polymers to Replace VOCs in Industrial Scale Liquid/Liquid Separations," In *Green Chemistry and Engineering Conference Proceedings: Implementing Vision 2020 for the Environment, (1997); Global Perspectives, (1998)*; American Chemical Society: Washington, DC, 1999; pp 225-228.
14. Rogers, R. D.; Griffin, S. T.; Willauer, H. D.; Nicol, J. A. "Clean Solvent Extraction Using Polyethylene Glycol-Based Aqueous Biphasic Systems," In *Green Chemistry and Engineering Conference Proceedings: Implementing Vision 2020 for the Environment, (1997); Global Perspectives, (1998)*; American Chemical Society: Washington, DC, 1999; pp 149-151.
15. Lumetta, G. J.; Rogers, R. D.; Gopalan, A. S. "Preface," In *Calixarenes for Separations*; Lumetta, G. J.; Rogers, R. D.; Gopalan, A. S., Eds.; ACS Symposium Series 757, American Chemical Society: Washington, DC, 2000; pp ix-x.
16. Rogers, R.D. "Preface," *J. Chromatogr., B: Biomed. Sci. Appl.* **2000**, *743*, 1.
17. Rogers, R. D. "Green Industrial Applications of Ionic Liquids – A NATO Advanced Research Workshop, Crete, Greece (12-16 April 2000)," *Green Chemistry* **2000**, *2*, G94-G96.
18. Visser, A. E.; Swatloski, R. P.; Reichert, W. M.; Willauer, H. D.; Huddleston, J. G.; Rogers, R. D. "Chemical and Physical Characteristics of Room Temperature Ionic Liquids and the Associated Implications for their Use as Solvent Alternatives," In *Proceedings of GreenChem2000, 4th Annual Green Chemistry and Engineering Conference, Sustainable Technologies: From Research to Industrial Implementation,* American Chemical Society, Washington, DC, 2000; pp 50-52.
19. *Research Needs for High-Level Waste Stored in Tanks and Bins at U.S. Department of Energy Sites, Environmental Management Science Program*, Committee on Long-Term Research Needs for Radioactive High-Level Waste at Department of Energy Sites, Board on Radioactive Waste Management Division on Earth and Life Studies, National Research Council of the National Academies, National Academy Press, Washington, DC, 2001; 134 pp. (Written by Committee)
20. Rogers, R. D. "Editorial," *Cryst. Growth Des.* **2001**, *1*, 1-2.
21. Rogers, R. D. "Editorial," *Cryst. Growth Des.* **2002**, *2*, 1-2.
22. Rogers, R. D. "Editorial – Best New Journal," *Cryst. Growth Des.* **2002**, *2*, 161.
23. Huddleston, J. G.; Moody, M. L.; Willauer, H. D.; Broker, G. D.; Rogers, R. D. "Predicting the Performance of Alternative Solvents Through the Use of Free Energy Relationships," In *Proceedings of GreenChem2002, 6th Annual Green Chemistry and Engineering Conference, Meeting Global Challenges through Economics and Environmental Innovations,* American Chemical Society, Washington, DC, 2002; pp 59-62.
24. Holbrey, J. D.; Shaughnessy, K. H.; Rogers, R. D. "Polymerization and Polymers in Room Temperature Ionic Liquids," In *Proceedings of GreenChem2002, 6th Annual Green Chemistry and Engineering Conference, Meeting Global Challenges through Economics and Environmental Innovations,* American Chemical Society, Washington, DC, 2002; pp 62-64.
25. Rogers, R. D.; Holbrey, J. D.; Spear, S. K.; Swatloski, R. P. "Ionic Liquids: A Look at the Dissolution of Cellulose," In *Proceedings of GreenChem2002, 6th Annual Green Chemistry and Engineering Conference, Meeting Global Challenges through Economics and Environmental Innovations,* American Chemical Society, Washington, DC, 2002; pp 39-40.
26. Rogers, R. D.; Seddon, K. R. "Preface," In *Ionic Liquids; Industrial Applications to Green Chemistry*, Rogers, R. D.; Seddon, K. R. (Eds.); ACS Symposium Series 818; American Chemical Society: Washington DC, 2002; pp xiii-xiv.