

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

**Adam W. Poff**
P 302.571.6642
F 302.576.3326
apoff@ycst.com

August 3, 2022

The Honorable Richard G. Andrews
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801-3555

    Re:    In re: Entresto (Sacubitril/Valsartan) Patent Litigation
                C.A. No. 20-md-2930-RGA
                Novartis Pharmaceuticals Corp. v. Alkem Laboratories Ltd., et al.
                C.A. No. 19-1979-RGA
                Novartis Pharmaceuticals Corp. v. Dr. Reddy's Laboratories, Inc., et al.
                C.A. No. 19-2053-RGA
                Novartis Pharmaceuticals Corp. v. Alembic Pharmaceuticals Ltd., et al.
                C.A. No. 19-2021-RGA

Dear Judge Andrews:

      We write on behalf of Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited (collectively, "Zydus"), Biocon Pharma Limited, Biocon Limited, and Biocon Pharma, Inc. (collectively, "Biocon"), Hetero USA Inc., Hetero Labs Limited, and Hetero Labs Limited Unit III (collectively, "Hetero"), Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc. (collectively, "Macleods"), Laurus Labs Ltd. and Laurus Generics Inc. (collectively, "Laurus"), and Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd. (collectively, "Torrent") (collectively, "Defendants") in the above-referenced matter. Defendants respectfully submit this update to Defendants' April 27, 2022 letter (D.I. 554).

      Defendants hereby withdraw their request for a trial on infringement of U.S. Patent Nos. 8,101,659 ("the '659 patent") and 8,796,331 ("the '331 patent"). The Defendants will individually discuss with Plaintiff the terms of an appropriate stipulation concerning infringement of these patents.

      We thank the Court for its time and continued assistance with this matter.

**Young Conaway Stargatt & Taylor, LLP**

Rodney Square | 1000 North King Street | Wilmington, DE 19801
P   302.571.6600    F   302.571.1253    YoungConaway.com

Respectfully,

*/s/ Adam W. Poff*

Adam W. Poff (No. 3990)

cc: All Counsel of Record via e-mail