# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ENTRESTO (SACUBITRIL/VALSARTAN) PATENT LITIGATION | MDL No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, | |
| Plaintiff, | |
| v. | |
| ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., BIOCON PHARMA LIMITED, BIOCON LIMITED, BIOCON PHARMA, INC., CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., LAURUS LABS LIMITED, LAURUS GENERICS INC., TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD., | C.A. No. 19-1979-RGA |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT
LAURUS'S INFRINGEMENT OF U.S. PATENT NOS. 8,101,659 AND 8,796,331**

**WHEREAS** Novartis Pharmaceuticals Corporation ("Novartis") sued Laurus Labs Limited and Laurus Generics Inc. (collectively, "Laurus") in the above-captioned actions ("Actions") for infringement of, *inter alia*, Novartis's U.S. Patent Nos. 8,101,659 ("'659 patent") and 8,796,331 ("'331 patent") in connection with Laurus's submission to the United States Food and Drug Administration ("FDA") of Abbreviated New Drug Application ("ANDA") No. 213676 seeking FDA approval to market sacubitril/valsartan tablets, 24 mg/26 mg, 49 mg/51 mg,

and 97 mg/103 mg strengths for which the reference listed drug is Novartis's Entresto®

("Laurus's ANDA Products");

**WHEREAS** Novartis has asserted ▓▓▓▓ of the '659 patent (the "Asserted Claims of

the '659 patent") and ▓▓▓▓ of the '331 patent (the "Asserted Claims of the '331

patent") against Laurus in the Actions;

**WHEREAS** Novartis and Laurus seek to minimize the issues for trial;

**WHEREAS**, for purposes of the above-captioned Actions only, ▓▓▓▓

▓▓▓▓ of the Asserted Claims of the '659 and '331 patents;

**NOW THEREFORE** Novartis and Laurus, by and through their respective undersigned counsel in the Actions, and subject to the approval of the Court, stipulate and agree as follows, for the purposes of the above-captioned Actions only:

1. Laurus's filing of ANDA No. 213676, including any amendments or supplements thereto, ▓▓▓▓ unless such claims are held to be invalid or unenforceable. Laurus maintains all rights to defend, and counterclaim, on the basis that the Asserted Claims of the '659 and '331 patents are invalid.

2. Laurus's ANDA Products, if approved by FDA, ▓▓▓▓

▓▓▓▓

▓▓▓▓ unless such claims are held to be invalid or unenforceable. Laurus maintains all rights to defend, and counterclaim, on the basis that the Asserted Claims of the '659 patent are invalid.

3. ▓▓▓▓

▓▓▓▓

▓▓▓▓ unless such claims are held

to be invalid or unenforceable. Laurus maintains all rights to defend, and counterclaim, on the basis that the Asserted Claims of the '331 patent are invalid.

4. For the avoidance of doubt, if one or more, but not all, of the Asserted Claims of the '659 or '331 patents are held invalid in a judgment from which no appeal has been or can be taken, ███████████████████████████████████████████████

███████████████████████████████

5. For the avoidance of doubt, if the Court's claim construction decision with respect to the '659 and '331 patents in the Actions (D.I. Nos. 294 and 295 in MDL No. 20-2930-RGA) is reversed or remanded, this stipulation will not remain in place and ████████

████████████████████████████████████████

ME1 41865523v.1

Dated: August 9, 2022

| | |
|---|---|
| /s/ Alexandra M. Joyce | /s/ Adam W. Poff |
| Daniel M. Silver (#4758) | Adam W. Poff (#3990) |
| Alexandra M. Joyce (#6423) | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| MCCARTER & ENGLISH, LLP | Rodney Square |
| Renaissance Centre | 1000 North King Street |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 571-6642 |
| (302) 984-6300 | apoff@ycst.com |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | Nirav N. Desai |
| | Dennies Varughese |
| Nicholas N. Kallas | Joseph H. Kim |
| Christina Schwarz | STERNE, KESSLER, GOLDSTEIN & FOX PLLC |
| Jared L. Stringham | 1100 New York Avenue N.W. |
| Christopher E. Loh | Washington, DC 20005 |
| VENABLE LLP | (202) 371-2600 |
| 1290 Avenue of the Americas | ndesai@sternekessler.com |
| New York, New York 10104 | dvarughese@sternekessler.com |
| (212) 218-2100 | josephk@sternekessler.com |
| nkallas@venable.com | |
| cschwarz@venable.com | *Attorneys for Defendants Laurus Labs Limited* |
| jlstringham@venable.com | *and Laurus Generics Inc.* |
| cloh@venable.com | |

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*

SO ORDERED this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE