

| | |
|---|---|
| **Daniel M. Silver**<br>Wilmington Office Managing Partner<br>T. 302-984-6331<br>F. 302-691-1260<br>dsilver@mccarter.com | McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801-3717<br>www.mccarter.com |

August 16, 2022

VIA CM/ECF

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555



PUBLIC VERSION FILED: August 26, 2022

Re: *In re Entresto (Sacubitril/Valsartan) Patent Litigation,* C.A. Nos. 20-md-2930-RGA, 19-1979-RGA, 19-2021-RGA, 19-2053-RGA, 20-445-RGA

Dear Judge Andrews,

The parties write jointly with respect to scheduling dates for the three-day validity trial in the above-captioned matter on U.S. Patent Nos. 8,101,659 ("the '659 patent"), 8,796,331 ("the '331 patent"), 8,877,938 ("the '938 patent"), and 9,388,134 ("the '134 patent"). On July 13, Your Honor offered the following possible dates for the trial: (1) September 6, 7, and 9, 2022, or alternatively, (2) September 12, 13, and 14, 2022.

The parties are unable to accept the entirety of either (1) the September 6, 7 and 9 dates or (2) the September 12, 13 and 14 dates as proposed by the Court as neither side can make all of its witnesses available for either of those three-day periods. The parties have discussed different proposals involving combinations of these dates or other dates as set forth below.

The parties jointly propose separating the invalidity trial on the '659 and '331 patents ("the combination patents"), which the parties presently expect should take a little more than about 2 days, from the invalidity trial on the '938 and '134 patents ("the complex patents"), which the parties presently expect should take about one day. Separating the trials will make for a more logical presentation of evidence because the combination and complex patents are in different patent families, have different priority dates, involve different POSAs and different validity issues, and largely different groups of experts.

**Combination-Patent Validity Trial**

The parties are available for trial on the validity of the combination patents on September 12-14, 2022, where trial on September 14 should last no more than three hours. All combination patent validity witnesses are available on these dates (6 expert witnesses), apart from Defendants' commercial success expert, Mr. Hofmann and apart from Defendants' obviousness expert Dr. Fintel on September 14th, but who is expected to offer his testimony on September 12th and 13th. Plaintiff and Defendants are amenable to Mr. Hofmann testifying by video or otherwise on a subsequent date convenient for the Court and all parties. The parties respectfully request that the Court permit Mr. Hofmann to testify on a subsequent date and would appreciate if the Court could suggest dates convenient for Your Honor.

August 16, 2022<br>Page 2

While the parties do not expect to require an infringement trial for the combination patents and Biocon, Macleods, and Zydus have withdrawn their request for an infringement trial on these patents, these defendants have not yet stipulated to infringement of these patents.[1] All other Defendants (apart from Mylan, who has indicated that it intends to request that its case be transferred back to West Virginia for trial) have stipulated to infringement of the combination patents.

**Complex Patent Validity Trial**

The parties involved in the validity trial on the complex patents, Novartis, Crystal, and Zydus, have already agreed to a two-day joint infringement trial between for the complex patents,[2] and the Court has set that trial for October 13th and 14th (C.A. No. 20-2930-RGA, D.I. 711). Those dates should not change. Both sides' witnesses on the validity of the complex patents are available on October 18 and 19, 2022, and if Your Honor is available, the parties request scheduling the validity trial on the complex patents on either day.

If Your Honor is not available on October 18 or 19, 2022, the parties are available for a teleconference with the Court to discuss other potential dates in late October or November for a one-day validity trial on the complex patents.

**Defendants' Position**

Because the complex patents are now asserted against only Crystal and Zydus, it will be most efficient for the Court and the parties to try the issues of infringement and validity together. Although the parties are proposing to hold the third day of trial separate from the first two, Defendants' position is that whichever three days are allotted for trial on infringement and invalidity should be treated as a single trial, rather than separate trials on infringement and invalidity.

**Novartis's Position**

Because Novartis's validity expert for the complex patents is not available October 13-14, Novartis does not agree to Crystal and Zydus's proposal to combine the infringement and validity portions of the trial on the complex patents. Novartis instead asks the Court to retain October 13-14 for the infringement trial and schedule the validity trial on October 18, 19 or another date that is convenient for the Court and the parties. In addition, the time allotted for the infringement trial on the complex patents should remain 2 days (or 14 hours) as ordered by the

---

[1] Biocon and Macleods have received Novartis's draft proposed stipulations and are presently reviewing those drafts. ████████████████████████████████████████████

[2] The Court stayed all deadlines in the Teva actions (D.I. 704, 706), and defendant Mylan has indicated that it intends to request that its case be transferred back to West Virginia for trial on both validity and infringement.

August 16, 2022<br>
Page 3

Court (C.A. No. 20-2930-RGA, D.I. 711), and the time allotted for the validity trial on the complex patents should be counted with the total 3 days (or 21 hours) offered by the Court to try the validity of both the combination and complex patents.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc:   Counsel of Record (via CM/ECF and electronic mail)

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on August 16, 2022 on the following counsel in the manner indicated below.

## VIA EMAIL:

Dominick T. Gattuso (#3630)
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Ave., Suite 200
Wilmington DE, 19801
302-472-7311
dgattuso@hegh.law

Scott A. Cunning II
Elizabeth M. Crompton
PARKER POE ADAMS & BERNSTEIN, LLP
Suite 1000
Washington, DC 20005
(202) 434-9100
scottcunning@parkerpoe.com
elizabethcrompton@parkerpoe.com

C. Kyle Musgrove
PARKER POE ADAMS & BERNSTEIN, LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202
(704) 372-9000
kylemusgrove@parkerpoe.com

*Attorneys for Defendant Crystal Pharmaceutical (Suzhou) Co., Ltd.*

David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
Wilmington, DE 19899-0951
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

Robert L. Florence
Crystal Regan
PARKER POE ADAMS & BERNSTEIN LLP
1075 Peachtree Street, N.E., Suite 1500
Atlanta, GA 30309
(678) 690-5704
robertflorence@parkerpoe.com
crystalregan@parkerpoe.com

Tasneem A. Dharamsi
PARKER POE ADAMS & BERNSTEIN LLP
110 East Court Street
Suite 200
Greenville, SC 29601
(864) 577-6370
tasneemdharamsi@parkerpoe.com

*Attorneys for Defendant Mylan Pharmaceuticals Inc.*

Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
STAMOULIS & WEINBLATT LLC
800 N West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Ronald M. Daignault
Richard Juang
rdaignault@daignaultiyer.com
rjuang@daignaultiyer.com
DAIGNAULT IYER LLP
8200 Greensboro Drive, Suite 900
Mclean, VA 22102

*Attorneys for Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited*

2

Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Autumn Nero
PERKINS COIE LLP
33 East Main Street, Ste. 201
Madison, WI 53703-3095
(608) 663-7460
anero@perkinscoie.com

Bryan D. Beel
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209
(503) 727-2000
bbeel@perkinscoie.com

Christopher D. Jones
PERKINS COIE LLP
700 Thirteenth Street, NW, Ste. 600
Washington, DC 20005
(202) 654-6200
cdjones@perkinscoie.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.*

Adam Wyatt Poff
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

Michael J. Gaertner
James T. Peterka
Nina Vachhani
Jacob C. Britz
LOCKE LORD LLP
11 South Wacker Dr.
Chicago, IL 60606
(312) 443-0700
mgaertner@lockelord.com
jpeterka@lockelord.com
nvachhani@lockelord.com
jacob.britz@lockelord.com

Zhibin Li
LOCKE LORD LLP
Brookfield Place, 200 Vesey Street
New York, New York 10281
(646) 217-7897
zhibin.li@lockelord.com

*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*

Adam W. Poff (No. 3990)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

Nirav N. Desai
Dennies Varughese
Joseph H. Kim
STERNE, KESSLER, GOLDSTEIN & FOX, PLLC
1100 New York Ave., NW, Suite 600
Washington, DC 20005
(202) 371-2600
ndesai@sternekessler.com
dvarughese@sternekessler.com
josephk@sternekessler.com

*Attorneys for Defendants Laurus Labs Limited and Laurus Generics Inc.*

4

Kenneth Laurence Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
(302) 888- 6855
kdorsney@morrisjames.com
chitch@morrisjames.com

Steve J. Moore
James E. Nealon
WITHER BERGMAN LLP
1700 East Putnam Avenue, Ste. 400
Greenwich, CT 06870
(203) 302-4100
Steven.moore@witherworlwide.com
James.nealon@withersworldwide.com

*Attorneys for Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc.*

Kenneth Laurence Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
(302) 888- 6855
kdorsney@morrisjames.com
chitch@morrisjames.com

Jitendra Malik
KATTEN MUCHIN ROSENMAN LLP
505 South Tryon St., Ste. 2900
Charlotte, NC 28202
jitty.malik@katten.com

Matthew M. Holub
Jillian M. Schurr
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe St.
Chicago, IL 60661
matthew.holub@katten.com
jillian.schurr@katten.com

5

Christopher B. Ferenc
KATTEN MUCHIN ROSENMAN LLP
2900 K. Street NW
North Tower-Suite 200
Washington, DC 20007
(202) 625-3647
Christopher.ference@katten.com

*Attorneys for Defendants Biocon Limited,
Biocon Pharma Limited, and Biocon Pharma, Inc.*

John M. Seaman (#3868)
April M. Ferraro (#6152)
ABRAMS & BAYLISS LLP
20 Montchanin Road
Suite 200
Wilmington, DE 19807
(302) 778-1000
seaman@abramsbayliss.com
ferraro@abramsbayliss.com

A. Neal Seth
Corey Weinstein
WILEY
1776 K St., NW
Washington, D.C. 20036
(202) 719-7000
nseth@wiley.law
cweinstein@wiley.law

*Attorneys for Defendants Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc.*

Neal C. Belgam (#2721)
Eve H. Ormerod (#5369)
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com

Dmitry V. Shelhoff
Kenneth S. Canfield
Edward D. Pergament
PERGAMENT & CEPEDA LLP
25A Hanover Road, Suite 104
Florham Park, NJ 07932
(973) 998-7722
dshelhoff@pergamentcepeda.com
kcanfield@pergamentcepeda.com
epergament@pergamentcepeda.com

*Attorneys for Defendants Hetero USA Inc., Hetero Labs Limited, Hetero Labs Limited Unit III, Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.*

Dated: August 16, 2022                                  */s/ Daniel M. Silver*
                                                                             Daniel M. Silver (#4758)