## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ENTRESTO (SACUBITRIL/VALSARTAN) PATENT LITIGATION | MDL No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC PHARMACEUTICALS, INC., MACLEODS PHARMACEUTICALS LTD., MACLEODS PHARMA USA, INC.,<br><br>Defendants. | ▮▮▮▮▮▮▮▮▮▮▮▮<br><br>PUBLIC VERSION FILED: August 29, 2022<br><br>C.A. No. 19-2021-RGA |

### STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT MACLEODS'S INFRINGEMENT OF U.S. PATENT NO. 8,101,659

**WHEREAS** Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") sued Defendants Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc. (collectively, "Macleods") in the above-captioned actions ("Actions") for infringement of, *inter alia*, Novartis's U.S. Patent No. 8,101,659 ("'659 patent") in connection with Macleods's submission to the United States Food and Drug Administration ("FDA") of Abbreviated New Drug Application ("ANDA") No. 213728 seeking FDA approval to market sacubitril/valsartan tablets, 24 mg/26 mg, 49 mg/51 mg, and 97 mg/103 mg strengths for which the reference listed drug is Novartis's Entresto® ("Macleods's ANDA Products");

**WHEREAS** Novartis has asserted ▇▇▇▇ of the '659 patent (the "Asserted Claims of the '659 patent") against Macleods in the Actions;

**WHEREAS** Novartis and Macleods seek to minimize the issues for trial;

**WHEREAS**, for purposes of the above-captioned Actions only, ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇ of the Asserted Claims of the '659 patent;

**NOW THEREFORE** Novartis and Macleods, by and through their respective undersigned counsel in the Actions, and subject to the approval of the Court, stipulate and agree as follows, for purposes of the above-captioned Actions only:

1. Macleods's filing of ANDA No. 213728, including any amendments or supplements thereto, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, unless such claims are held to be invalid or unenforceable. Macleods maintains all rights to defend, and counterclaim, on the basis that the Asserted Claims of the '659 patent are invalid.

2. Macleods's ANDA Products, if approved by FDA, ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇, including during any extension of patent term for the '659 patent pursuant to 35 U.S.C. § 156, unless such claims are held to be invalid or unenforceable. Macleods maintains all rights to defend, and counterclaim, on the basis that the Asserted Claims of the '659 patent are invalid.

3. For the avoidance of doubt, if one or more, but not all, of the Asserted Claims of the '659 patent are held invalid in a judgment from which no appeal has been or can be taken, ▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇.

4. For the avoidance of doubt, if the Court's claim construction decision with respect to the '659 patent in the Actions (D.I. Nos. 294 and 295 in MDL No. 20-2930-RGA) is reversed

2

or remanded, this stipulation will not remain in place and ████████████████████

████████████████████████████████

Dated: August 17, 2022

| McCarter & English, LLP | Abrams & Bayliss LLP |
|---|---|
| /s/ Alexandra M. Joyce | /s/ April M. Ferraro |
| Daniel M. Silver (#4758) | John M. Seaman (#3868) |
| Alexandra M. Joyce (#6423) | April M. Ferraro (#6152) |
| Renaissance Centre | 20 Montchanin Road, Suite 200 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19807 |
| Wilmington, Delaware 19801 | (302) 778-1000 |
| (302) 984-6300 | seaman@abramsbayliss.com |
| dsilver@mccarter.com | ferraro@abramsbayliss.com |
| ajoyce@mccarter.com | |
| | OF COUNSEL: |
| OF COUNSEL: | |
| | A. Neal Seth |
| Nicholas N. Kallas | Corey Weinstein |
| Christina Schwarz | Wiley Rein LLP |
| Jared L. Stringham | 2050 M St., NW |
| Christopher E. Loh | Washington, D.C. 20036 |
| Venable LLP | (202) 719-7000 |
| 1290 Avenue of the Americas | nseth@wiley.com |
| New York, New York 10104 | cweinstein@wiley.com |
| (212) 218-2100 | |
| nkallas@venable.com | *Attorneys for Defendants Macleods* |
| cschwarz@venable.com | *Pharmaceuticals Ltd. and Macleods Pharma* |
| jlstringham@venable.com | *USA, Inc.* |
| cloh@venable.com | |

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*

SO ORDERED this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE