

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472 7300 • Fax: (302) 472.7320 • WWW.HEGH.LAW

Tel: (302) 472-7311
dgattuso@hegh.law

September 7, 2022

**VIA CM/ECF**
The Honorable Richard G. Andrews
United States District Court
For the District of Delaware
844 North King Street
Wilmington, DE  19801

    Re:   *In re Entresto (Sacubitril/Valsartan) Patent Litigation*,
             C.A. No. 20-md-2930, 19-1979-RGA, 19-2021-RGA,
             19-2053-RGA, 20-445-RGA

Dear Judge Andrews:

    Pursuant to Your Honor's oral order at the Pretrial Conference on September 1, 2022, Defendants hereby submit the curriculum vitae for their experts, Dr. Dan James Fintel, Dr. Laird Forrest and Dr. Jonathan W. Steed, who will testify on Defendants' behalf during the September 12-14 trial concerning the '659 and '331 patents.

                                                           Respectfully,

                                                            /s/ Dominick T. Gattuso

                                                             Dominick T. Gattuso (#3630)

DTG/ram
Encl.
cc:    Clerk of the Court (via hand delivery)
         Plaintiffs' Counsel of Record (via electronic mail)