AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE

In re: Entresto Patent Litigation

V.

~~EXHIBIT AND~~ WITNESS LIST

Case Number:  20-md-2930-RGA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Richard G. Andrews | Daniel M. Silver, Esq. | *see attached* list |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 09/12/2022 - 09/14/2022 | Heather M. Triozzi | ~~Leigh Hill~~ N. Selmyer. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 2 | | 9/13/2022 | | | Dr. Alexander M. Klibanov (live) |
| 1 | | 9/13/2022 | | | Dr. Francis G. Spinale (live) |
| | 1 | 9/12/2022 | | | Dr. Dan J. Fintel (live) |
| | 2 | 9/12/2022 | | | Dr. Laird Forrest (live) |
| | 3 | 9/12/2022 | | | Dr. Jonathan Steed, PhD. (live) |
| | 4 | 9/13/2022 | | | Ray Webb (video & Depo transcript Lodged) |
| | 5 | 9/13/2022 | | | Piotr Karpinski (video & Depo transcript Lodged) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

# **Sign In Sheet**

In re: Entresto (Sacubitril/Valsartan) Patent Litigation
MDL No. 20-2930-RGA

Novartis Pharmaceuticals Corp. v. Alkem Laboratories Ltd., et al..
Civil Action No. 19-1979-RGA

Novartis Pharmaceuticals Corp. v. Alembic Pharmaceuticals Limited, et al.
Civil Action No. 19-2021-RGA

Novartis Pharmaceuticals Corp. v. Dr. Reddys Laboratories, Inc., et al.
Civil Action No. 19-2053-RGA

Novartis Pharmaceuticals Corp. v. Alembic Pharmaceticals Limited, et al.
Civil Action No. 20-74-RGA

| Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|
| DAN SILVER | Eve Ormerod; Hetero + Torrent |
| CHRISTINA SCHWARZ | Dmitry Shelhoff, Hetero + Torrent |
| NICCR KALLAS | Kenneth Canfield: Hetero + Torrent |
| SUSANNE FLANDERS | Julia Kim; Hetero + Torrent |
| SHANNON CLARK | Dominick GATTUSO Crystal |
| LAURA FISHWICK | Scott Cunning. Crystal |
| JARED STRINGHAM | Kyle Musgrove Crystal |
| CHRIS LOH | Elizabeth Crompton Crystal |
| | Adam Poff Zyches & Lowus |
| | Niran Desai Lowus |

| | |
|---|---|
| | CorHan Hitch   Alexandra Biaon |
| | Jitendra Malik   Biaon |
| | Matthew Holub   Biaon |
| | Richard C. Weinblatt - DRL+MSN |
| | Richard Juang - MSN |
| | Bryan Beel  DRL |
| | Shannon Bloodworth DRL |
| | Autumn Neo   DRL |
| | Chris Jones DRL |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |