# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | MDL No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, MYLAN PHARMACEUTICALS INC., MYLAN INC., MYLAN LABORATORIES LIMITED, NOVUGEN PHARMA (MALAYSIA) SDN. BHD., ZYDUS PHARMACEUTICALS (USA) INC. and ZYDUS LIFESCIENCES LIMITED,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | PUBLIC VERSION FILED: September 22, 2022<br><br><br><br>C.A. No. 19-2053-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC. and ZYDUS LIFESCIENCES LIMITED,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 22-440-RGA |

1

ME1 42326697v.1

**CONSENT JUDGMENT AND ORDER OF INJUNCTION**

**WHEREAS**, Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited f/k/a/ Cadila Healthcare Ltd. (collectively, "Zydus") ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and have stipulated and consented to entry of this Consent Judgment and Order of Injunction;

**WHEREAS**, Zydus stipulates and acknowledges that ▮▮▮▮▮ of United States Patent No. 8,101,659 ("the '659 Patent"), ▮▮▮▮▮ of United States Patent No. 8,796,331 ("the '331 Patent"), ▮▮▮▮▮ of United Sates Patent No. 8,877,938 ("the '938 Patent"), ▮▮▮ of United States Patent No. 9,388,134 ("the '134 Patent"), and ▮▮▮▮▮ of United States Patent No. 11,058,667 ("the '667 Patent") (collectively, the "Patents-In-Suit" and the "Asserted Claims of the Patents-In-Suit"), asserted in these actions against Zydus, are valid and enforceable solely with respect to the use, sale, offer for sale, manufacture, and/or importation of Zydus's ANDA Products (as defined below) in the United States of America and its territories and possessions, including the Commonwealth of Puerto Rico and the District of Columbia ("the United States of America");

**WHEREAS**, Zydus stipulates and acknowledges that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; and

**WHEREAS**, Zydus stipulates and acknowledges that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████.

**IT IS HEREBY ORDERED, DECREED, AND ADJUDGED:**

1. Judgment is entered that all Asserted Claims of the Patents-In-Suit are valid and enforceable solely with respect to the use, sale, offer for sale, manufacture, and/or importation of Zydus's ANDA Products in the United States of America.

2. Judgment is entered that ████████████████████████████████████████ ██████████████████████████████████████████ ████████.

3. Judgment is entered that ████████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ██████████████████████████████████████████ ████████████████████████████.

4. This Consent Judgment constitutes a "consent decree" pursuant to 21 U.S.C. § 355(j)(5)(B)(iii)(I)(bb), such that ████████████████████████████ ██████████████████████████████████████████ ████████████████████████████.

3

ME1 42326697v.1

5. Pursuant to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, all other Novartis claims are dismissed ▇▇▇▇▇▇▇▇▇▇ all of Zydus's defenses, demands and counterclaims are dismissed ▇▇▇▇▇▇▇▇▇▇ the only Zydus products involved, Zydus's ANDA Products.

6. This Court retains jurisdiction over all disputes arising out of ▇▇▇▇▇▇▇▇▇▇.

7. Zydus, and each of its affiliates, is hereby enjoined ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

8. The injunction described in the foregoing paragraph shall take effect immediately upon entry of this Order by the Court.

9. During the term of the injunction, the Court retains jurisdiction over this action, including implementation of, or disputes arising out of, this Order of Injunction.

10. Each party shall each bear its and their own costs and attorney fees.

11. Novartis and Zydus each expressly waive any right to appeal or otherwise move for relief from this Consent Judgment and Order of Injunction.

Dated: 9/16/2022

/s/ Richard G. Andrews
United States District Judge

ME1 42326697v.1