IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, LAURUS LABS LIMITED, LAURUS GENERICS INC., MACLEODS PHARMACEUTICALS LTD., MACLEODS PHARMA USA, INC., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD.,<br><br>Defendants. | C.A. No. 21-1330-RGA |

ORDER

For the reasons stated in the corresponding Memorandum Opinion, Plaintiff's motions to dismiss the declaratory judgment counterclaims of invalidity and non-infringement against Plaintiff's U.S. Patents Nos. 9,517,226, 9,937,143, and 11,135,192 (D.I. 37, D.I. 40) are **GRANTED**. The counterclaims are **DISMISSED** without prejudice.

Entered this 27th day of September, 2022.

_____
United States District Judge