## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA ███████████████ |
| NOVARTIS PHARMACEUTICALS CORPORATION, Plaintiff, v. ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., BIOCON PHARMA LIMITED, BIOCON LIMITED, BIOCON PHARMA, INC., CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., LAURUS LABS LIMITED, LAURUS GENERICS INC., TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD., Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | PUBLIC VERSION FILED: October 5, 2022 C.A. No. 19-1979-RGA ███████████████ |
| NOVARTIS PHARMACEUTICALS CORPORATION, Plaintiff, v. BIOCON PHARMA LIMITED, BIOCON LIMITED, BIOCON PHARMA, INC., Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 22-726-RGA ███████████████ |

## [PROPOSED] CONSENT JUDGMENT AND ORDER OF INJUNCTION

1

**WHEREAS**, Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendants Biocon Pharma Limited, Biocon Limited, and Biocon Pharma, Inc. (collectively, "Biocon"), ████████████████████████████████████████ ███████████████████████████████████████████████████████ ██████████████████████████████ and have stipulated and consented to entry of this Consent Judgment and Order of Injunction;

**WHEREAS**, Biocon stipulates and acknowledges that ████████ of United States Patent No. 8,101,659 ("the '659 Patent"), ████████████ of United States Patent No. 8,796,331 ("the '331 Patent"), and ████████ of United States Patent No. 11,058,667 ("the '667 Patent") (collectively, the "Patents-In-Suit" and the "Asserted Claims of the Patents-In-Suit"), asserted in these actions against Biocon, are valid and enforceable;

**WHEREAS**, Novartis and Biocon stipulate ████████████████████████ the August 23, 2022, Order in Civil Action Nos. 20-2930-RGA and 19-1979-RGA, wherein Biocon stipulated to infringement of the '659 and '331 Patents;

**WHEREAS**, Biocon stipulates and acknowledges that Biocon's filing of ANDA No. 213680, including any amendments or supplements thereto, ████████████████████ ████████████████████████████

**WHEREAS**, Biocon stipulates and acknowledges that the use, sale, offer for sale, manufacture, and/or importation of the products that are the subject of Biocon's Abbreviated New Drug Application No. 213680 ████████████████████████████████████████ ████████████ (including during any extension of patent term for the '659 Patent pursuant to 35 U.S.C. § 156), ████████████████████████████████████████ ██████████████████████████████████████████████████; and

2

**WHEREAS**, Novartis has provided ████████████████████████████

████████████████████████████████████████████ and Novartis's

claims against Biocon and Biocon's Counterclaims against Novartis with respect to the '938 and

'134 Patents have been dismissed without prejudice by Order in Civil Action Nos. 20-2930-RGA

and 19-1979-RGA signed March 31, 2022.

**IT IS HEREBY ORDERED, DECREED, AND ADJUDGED:**

1.  Judgment is entered that all Asserted Claims of the Patents-In-Suit are valid and enforceable.

2.  Judgment is entered that Biocon's filing of ANDA No. 213680, including any amendments

    or supplements thereto, ██████████████████████████████████████

    ████████

3.  Judgment is entered that the use, sale, offer for sale, manufacture, and/or importation of the

    products that are the subject of Biocon's Abbreviated New Drug Application No. 213680

    ████████████████████████████████████████ (including

    during any extension of patent term for the '659 Patent pursuant to 35 U.S.C. § 156), ██

    ████████████████████████████████████████████

    ████████████████████████████

4.  By virtue of ████████████████████████████████████

    ████████████████████████████████████████████

    ████████████████████████████████████████████

    ████████████████████

5.  This Consent Judgment constitutes a "consent decree" pursuant to 21 U.S.C.

    § 355(j)(5)(B)(iii)(I)(bb), ████████████████████████████████

ME1 42535510v.1

██████████████████████████████████████████████████

████████████████████████████ .

6.  Pursuant to ████████████████████████ , all other Novartis claims are dismissed

    without prejudice and all of Biocon's defenses, demands and counterclaims are dismissed

    without prejudice.

7.  This Court retains jurisdiction over all disputes arising out of ████████████████ .

8.  Biocon, and each of its affiliates, is hereby enjoined ████████████████████████

    ██████████████████████████████████████████████████

    ██████████████████████████████████████████████████

    ████████████████████████████████████████████

    ████████

9.  The injunction described in the foregoing paragraph shall take effect immediately upon entry

    of this Order by the Court.

10. During the term of the injunction, the Court retains jurisdiction over this action, including

    implementation of, or disputes arising out of, this Order of Injunction.

11. Each party shall each bear its and their own costs and attorney fees.

12. Novartis and Biocon each expressly waive any right to appeal or otherwise move for relief

    from this Consent Judgment and Order of Injunction.


                                              _____
                                              United States District Judge

ME1 42535510v.1