

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472 7300 • Fax: (302) 472.7320 • WWW.HEGH.LAW

Tel: (302) 472-7311
dgattuso@hegh.law

October 10, 2022

**VIA CM/ECF**
The Honorable Richard G. Andrews
United States District Court
For the District of Delaware
844 North King Street
Wilmington, DE   19801

Re:   *In re Entresto (Sacubitril/Valsartan) Patent Litigation*,
C.A. Nos. 20-md-2930, 19-1979-RGA

Dear Judge Andrews:

Pursuant to Your Honor's oral order at the Pretrial Conference on September 30, 2022, Defendant Crystal Pharmaceutical (Suzhou) Co., Ltd. ("Crystal") hereby submits an updated version of the curriculum vitae for Dr. Tomislav Friscic (DTX 1467), one of Crystal's experts, who will testify during trial concerning the '938 and '134 patents.

Respectfully,

*/s/ Dominick T. Gattuso*

Dominick T. Gattuso (#3630)

DTG/ram
Encl.
cc:   Clerk of the Court (via hand delivery)
      Plaintiffs' Counsel of Record (via electronic mail)