IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, Plaintiff, v. ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD., Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-1979-RGA |

**STIPULATION AND ORDER REGARDING TRIAL EXHIBITS**

**WHEREAS** between October 12 and 14, 2022, the Court conducted a trial with Plaintiff

Novartis Pharmaceuticals Corporation ("Novartis") and Defendant Crystal Pharmaceutical

(Suzhou) Co., Ltd. ("Crystal"), regarding the alleged infringement of U.S. Patent Nos. 8,877,938

(the "'938 patent") and 9,388,134 (the "'134 patent") (the "Infringement Trial");

**WHEREAS** during the Infringement Trial, the Court admitted various trial exhibits into

the evidentiary record; a list of those admitted trial exhibits is attached hereto as Exhibit A (the

"Infringement Trial Exhibit(s)");

**WHEREAS** on October 18 and 19, 2022, the Court will hold a trial with Novartis and Crystal, concerning the validity of the '938 and '134 patents (the "Validity Trial"); and,

**WHEREAS** following a discussion with the Court at the end of the Infringement Trial, the parties agreed that the Infringement Trial Exhibits will automatically be admitted into, and become a part of, the evidentiary record in the Validity Trial.

**IT IS HEREBY STIPULATED AND AGREED** by Novartis and Crystal, and subject to the approval of the Court, that (i) an Infringement Trial Exhibit will automatically be admitted into, and become a part of, the evidentiary record in the Validity Trial; and (ii) after the close of the Validity Trial, the parties will provide the Court with a joint list of trial exhibits admitted in both the Infringement Trial and the Validity Trial; provided however, that in order to cite or rely on an Infringement Trial Exhibit for purposes of the Validity Trial, such exhibit must be discussed with a witness during the Validity Trial.

MCCARTER & ENGLISH, LLP

/s/ Alexandra M. Joyce
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

Nicholas N. Kallas
Christina Schwarz
Jared L. Stringham
VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100
nkallas@venable.com
cschwarz@venable.com
jlstringham@venable.com

*Attorneys for Plaintiff Novartis*
*Pharmaceuticals Corporation*

DATED: October 17, 2022

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

/s/ Dominick T. Gattuso
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7311
dgattuso@hegh.law

Scott A. Cunning, II
Elizabeth M. Crompton
PARKER POE ADAMS & BERNSTEIN, LLP
1400 K Street, NW
Suite 1000
Washington, DC 20005
(202) 434-9100
scottcunning@parkerpoe.com
elizabethcrompton@parkerpoe.com

C. Kyle Musgrove
PARKER POE ADAMS & BERNSTEIN, LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202
(704) 372-9000
kylemusgrove@parkerpoe.com

*Attorneys for Defendant Crystal*
*Pharmaceutical (Suzhou) Co., Ltd.*


SO ORDERED this __18th__ day of ___October___, 2022.


__/s/ Richard G. Andrews__
UNITED STATES DISTRICT JUDGE