# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE ENTRESTO (SACUBITRIL/VALSARTAN) PATENT LITIGATION | ) ) ) ) ) | MDL No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-1979-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC GLOBAL HOLDING SA, ALEMBIC PHARMACEUTICALS, INC., MACLEODS PHARMACEUTICALS LTD., MACLEODS PHARMA USA, INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-2021-RGA |

1

ME1 43144154v.1

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, NOVUGEN PHARMA (MALAYSIA) SDN. BHD.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 19-2053-RGA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER REGARDING POST-TRIAL BRIEFING FOR U.S. PATENT NO. 8,796,331**

**WHEREAS** Novartis Pharmaceuticals Corporation ("Novartis") sued Defendants Crystal Pharmaceutical (Suzhou) Co., Ltd. ("Crystal"), Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. ("DRL"); MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited ("MSN"); Hetero USA Inc., Hetero Labs Limited, and Hetero Labs Limited Unit III ("Hetero"); and Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd. ("Torrent") (collectively, "Defendants");[1] in the above-captioned actions ("Actions") for infringement of U.S. Patent No. 8,796,331 ("'331 patent") in connection with Crystal's, DRL's,

---

[1] Although Macleods Pharmaceuticals Ltd., and Macleods Pharma USA, Inc. are defendants in MDL No. 20-2930-RGA, the '331 patent is not asserted against the Macleods entities.

2

Hetero's, MSN's, and Torrent's respective Abbreviated New Drug Applications ("ANDAs") seeking approval from United States Food and Drug Administration ("FDA") to market generic versions of Novartis's Entresto® sacubitril/valsartan tablets, 24 mg/26 mg, 49 mg/51 mg, and 97 mg/103 mg dosage strengths ("ANDA Products");

**WHEREAS** Defendants' post-trial reply brief is due on January 13, 2023;

**WHEREAS** the '331 patent's expiration date listed in FDA's Orange Book is January 14, 2023;

**WHEREAS** the '331 patent is subject to pediatric exclusivity until July 14, 2023;

**WHEREAS** Novartis and Defendants believe that further consideration of the '331 patent by the parties and the Court is not warranted;

**NOW THEREFORE** Novartis and Defendants, by and through their respective undersigned counsel in the Actions, and subject to the approval of the Court, stipulate and agree as follows:

1. In view of the short time between completion of post-trial briefing and expiration of the '331 patent, briefing of the parties' respective arguments regarding the '331 patent is unnecessary.

2. The Court need not reach a decision regarding the validity of the '331 patent.

3. Defendants agree not to launch their respective ANDA Products until at least after the expiration of the '331 patent's pediatric exclusivity on July 14, 2023.

4. Nothing in this stipulation shall affect any party's rights with regard to any other patents at issue in these Actions.

| | |
|---|---|
| /s/ Alexandra M. Joyce | /s/ Dominick T. Gattuso |
| Daniel M. Silver (#4758) | Dominick T. Gattuso (#3630) |
| Alexandra M. Joyce (#6423) | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| MCCARTER & ENGLISH, LLP | 300 Delaware Avenue, Suite 200 |
| Renaissance Centre | Wilmington, DE 19801 |
| 405 N. King Street, 8th Floor | (302) 472-7311 |
| Wilmington, Delaware 19801 | dgattuso@hegh.law |
| (302) 984-6300 | |
| dsilver@mccarter.com | Scott A. Cunning, II |
| ajoyce@mccarter.com | Elizabeth M. Crompton |
| | PARKER POE ADAMS & BERNSTEIN, LLP |
| Nicholas N. Kallas | 1400 K Street, NW |
| Christina Schwarz | Suite 1000 |
| Jared L. Stringham | Washington, DC 20005 |
| VENABLE LLP | (202) 434-9100 |
| 1290 Avenue of the Americas | scottcunning@parkerpoe.com |
| New York, New York 10104 | elizabethcrompton@parkerpoe.com |
| (212) 218-2100 | |
| nkallas@venable.com | C. Kyle Musgrove |
| cschwarz@venable.com | PARKER POE ADAMS & BERNSTEIN, LLP |
| jlstringham@venable.com | 620 South Tryon Street, Suite 800 |
| | Charlotte, NC 28202 |
| *Attorneys for Plaintiff Novartis Pharmaceuticals Corporation* | (704) 372-9000 |
| | kylemusgrove@parkerpoe.com |
| | |
| | *Attorneys for Defendant Crystal Pharmaceutical (Suzhou) Co., Ltd.* |

4

ME1 43144154v.1

| | |
|---|---|
| */s/  Stamatios Stamoulis* | */s/  Eve H. Ormerod* |
| Stamatios Stamoulis (#4606) | Neal C. Belgam (#2721) |
| Richard C. Weinblatt (#5080) | Eve H. Ormerod (#5369) |
| STAMOULIS & WEINBLATT LLC | SMITH, KATZENSTEIN & JENKINS LLP |
| 800 N. West Street, Third Floor | 1000 West Street, Suite 1501 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 999-1540 | (302) 652-8400 |
| stamoulis@swdelaw.com | nbelgam@skjlaw.com |
| weinblatt@swdelaw.com | eormerod@skjlaw.com |

Autumn Nero
PERKINS COIE LLP
33 East Main Street, Ste. 201
Madison, WI 53703-3095
(608) 663-7460
anero@perkinscoie.com

Bryan D. Beel
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209
(503) 727-2000
bbeel@perkinscoie.com

Shannon M. Bloodworth
Christopher D. Jones
PERKINS COIE LLP
700 Thirteenth Street, NW, Ste. 800
Washington, DC 20005
(202) 654-6200
SBloodworth@perkinscoie.com
cdjones@perkinscoie.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.*

Dmitry V. Shelhoff
Kenneth S. Canfield
Edward D. Pergament
PERGAMENT & CEPEDA LLP
25A Hanover Road, Suite 104
Florham Park, NJ 07932
(973) 998-7722
dshelhoff@pergamentcepeda.com
kcanfield@pergamentcepeda.com
epergament@pergamentcepeda.com

*Attorneys for Defendants Hetero USA Inc., Hetero Labs Limited, Hetero Labs Limited Unit III, Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.*

/s/ Richard C. Weinblatt
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
STAMOULIS & WEINBLATT LLC
800 N West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

DAIGNAULT IYER LLP
Ronald M. Daignault
Richard Juang
8200 Greensboro Drive, Suite 900
Mclean, VA 22102
rdaignault@daignaultiyer.com

*Attorneys for Defendants MSN*
*Pharmaceuticals Inc., MSN Laboratories*
*Private Limited, and MSN Life Sciences*
*Private Limited*

SO ORDERED this  4th  day of   November  , 2022.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE

6

ME1 43144154v.1