IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | No. 20-md-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORP.,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL PHARMACEUITCAL (SUZHOU) CO., LTD.,<br><br>Defendant. | C.A. No. 21-1347-RGA<br>C.A. No. 21-1797-RGA |

ORDER

For the reasons stated in the corresponding Memorandum Opinion, Plaintiff's motions to dismiss Plaintiff's complaints against Defendant and Defendant's counterclaims against Plaintiff's U.S. Patents Nos. 9,517,226, 9,937,143, and 11,135,192 (C.A. No. 21-1347, D.I. 23; C.A. No. 21-1797, D.I. 22) are **GRANTED**. The complaints and counterclaims are **DISMISSED** without prejudice.

IT IS SO ORDERED.

Entered this 14th day of November, 2022.

/s/ Richard G. Andrews
United States District Judge