**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., BIOCON PHARMA LIMITED, BIOCON LIMITED, BIOCON PHARMA, INC., CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., LAURUS LABS LIMITED, LAURUS GENERICS INC., LUPIN ATLANTIS HOLDINGS, S.A., LUPIN LIMITED, LUPIN INC., LUPIN PHARMACEUTICALS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, TEVA PHARMACEUTICALS USA, INC., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD.,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-1979-RGA |

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC PHARMACEUTICALS, INC., MACLEODS PHARMACEUTICALS LTD., MACLEODS PHARMA USA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-2021-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, NOVUGEN PHARMA (MALAYSIA) SDN. BHD., ZYDUS PHARMACEUTICALS (USA) INC., ZYDUS LIFESCIENCES LIMITED, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-2053-RGA |

**NOTICE OF LODGING OF DEFENDANTS' TRIAL DEMONSTRATIVES**

PLEASE TAKE NOTICE that Defendants Crystal Pharmaceutical (Suzhou) Co., Ltd. ("Crystal"); Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. ("DRL"); Hetero USA Inc., Hetero Labs Limited, and Hetero Labs Limited Unit III ("Hetero"); Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc. ("Macleods"); MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited ("MSN"); and Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd. ("Torrent") (collectively, "Defendants") hereby lodge copies of Defendants' demonstrative exhibits used at the trial in this action held from September 12-14, 2022.

- Exhibit 1: Defendants' Opening Statement (DDX-100.1 – DDX-100.35)
- Exhibit 2: Direct Examination of Dan J. Fintel, M.D. (DDX-200.1 – DDX-200.75)
- Exhibit 3: Direct Examination of M. Laird Forrest, Ph.D. (DDX-2300.1 – DDX-2300.33)
- Exhibit 4: Direct Examination of Jonathan W. Steed, Ph.D. (DDX-2201.1 – DDX-2201.49)
- Exhibit 5: Direct Examination of Dan J. Fintel, M.D. – Rebuttal of Secondary Considerations (DDX-210.1 – DDX-210.13)
- Exhibit 6: Defendants' Closing Statement (DDX-2500.1 – DDX-2500.9)

Copies of the foregoing demonstratives have been attached in electronic form through CM/ECF.

| | |
|---|---|
| */s/   Stamatios Stamoulis*  | /s/   Dominick T. Gattuso |
| Stamatios Stamoulis (#4606) | Dominick T. Gattuso (#3630) |
| Richard C. Weinblatt (#5080) | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| STAMOULIS & WEINBLATT LLC | 300 Delaware Avenue, Suite 200 |
| 800 N. West Street, Third Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 472-7311 |
| (302) 999-1540 | dgattuso@hegh.law |
| stamoulis@swdelaw.com | |
| weinblatt@swdelaw.com | Scott A. Cunning, II |
| | Elizabeth M. Crompton |
| Autumn Nero | PARKER POE ADAMS & BERNSTEIN, LLP |
| PERKINS COIE LLP | 1400 K Street, NW |
| 33 East Main Street, Ste. 201 | Suite 1000 |
| Madison, WI 53703-3095 | Washington, DC 20005 |
| (608) 663-7460 | (202) 434-9100 |
| anero@perkinscoie.com | scottcunning@parkerpoe.com |
| | elizabethcrompton@parkerpoe.com |
| Bryan D. Beel | |
| PERKINS COIE LLP | C. Kyle Musgrove |
| 1120 NW Couch Street, 10th Floor | PARKER POE ADAMS & BERNSTEIN, LLP |
| Portland, OR 97209 | 620 South Tryon Street, Suite 800 |
| (503) 727-2000 | Charlotte, NC 28202 |
| bbeel@perkinscoie.com | (704) 372-9000 |
| | kylemusgrove@parkerpoe.com |
| Shannon M. Bloodworth | |
| Christopher D. Jones | *Attorneys for Defendant Crystal Pharmaceutical (Suzhou) Co., Ltd.* |
| PERKINS COIE LLP | |
| 700 Thirteenth Street, NW, Ste. 800 | |
| Washington, DC 20005 | |
| (202) 654-6200 | |
| SBloodworth@perkinscoie.com | |
| cdjones@perkinscoie.com | |
| | |
| *Attorneys for Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.* | |
| | |
| */s/ Richard C. Weinblatt*  | /s/ _Eve H. Ormerod |
| Stamatios Stamoulis (#4606) | Neal C. Belgam (#2721) |
| Richard C. Weinblatt (#5080) | Eve H. Ormerod (#5369) |
| STAMOULIS & WEINBLATT LLC | SMITH, KATZENSTEIN & JENKINS LLP |
| 800 N West Street, Third Floor | 1000 West Street, Suite 1501 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 999-1540 | (302) 652-8400 |
| stamoulis@swdelaw.com | nbelgam@skjlaw.com |
| weinblatt@swdelaw.com | eormerod@skjlaw.com |

2

| | |
|---|---|
| DAIGNAULT IYER LLP<br>Ronald M. Daignault<br>Richard Juang<br>8200 Greensboro Drive, Suite 900<br>Mclean, VA 22102<br>rdaignault@daignaultiyer.com<br><br>*Attorneys for Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited* | Dmitry V. Shelhoff<br>Kenneth S. Canfield<br>Edward D. Pergament<br>PERGAMENT & CEPEDA LLP<br>25A Hanover Road, Suite 104<br>Florham Park, NJ 07932<br>(973) 998-7722<br>dshelhoff@pergamentcepeda.com<br>kcanfield@pergamentcepeda.com<br>epergament@pergamentcepeda.com<br><br>*Attorneys for Defendants Hetero USA Inc., Hetero Labs Limited, Hetero Labs Limited Unit III, Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.*<br><br>*/s/ John M. Seaman*_____<br>John M. Seaman (#3868)<br>April Ferraro (#6152)<br>ABRAMS & BAYLISS LLP<br>20 Montchanin Road<br>Suite 200<br>Wilmington, DE 19807<br>(302) 778-1000<br>seaman@abramsbayliss.com<br>ferraro@abramsbayliss.com<br><br>OF COUNSEL:<br>A. Neal Seth<br>Corey Weinstein<br>WILEY<br>2050 M St., NW<br>Washington, D.C. 20036<br>(202) 719-7000<br>nseth@wiley.law<br>cweinstein@wiley.law<br><br>*Attorneys for Defendants Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc.* |

Dated: December 15, 2022

3