# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, LAURUS LABS LIMITED, LAURUS GENERICS INC., MACLEODS PHARMACEUTICALS LTD., MACLEODS PHARMA USA, INC., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD.,<br><br>Defendants. | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br><br>PUBLIC VERSION FILED: December 21, 2022<br><br>C.A. No. 21-1330-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD.<br><br>Defendants. | C.A. No. 21-1407-RGA |

ME1 43770962v.1

## STIPULATION TO EXTEND TIME

Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendants Aurobindo Pharma USA Inc., Aurobindo Pharma Ltd. ("Aurobindo") (Novartis and Aurobindo being "the Parties" hereto), hereby stipulate and agree, subject to the approval of the Court, that the deadline to substantially complete document production in the above-captioned actions in regard to the Parties is extended up to and including February 17, 2023, ████████████████████ ████████████████ This stipulation applies only to Novartis's and Aurobindo's production of documents to the other party to this stipulation and does not impact the deadline for substantially completing document production of any other party in the above-captioned actions.

Dated: December 21, 2022

| MCCARTER & ENGLISH, LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Alexandra M. Joyce* | /s/ *Cortlan S. Hitch* |
| Daniel M. Silver (#4758) | Kenneth Laurence Dorsney (#3726) |
| Alexandra M. Joyce (#6423) | Cortlan S. Hitch (#6720) |
| Renaissance Centre | 500 Delaware Avenue, Suite 1500 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19899-2306 |
| Wilmington, Delaware 19801 | (302) 888-6855 |
| (302) 984-6300 | kdorsney@morrisjames.com |
| dsilver@mccarter.com | chitch@morrisjames.com |
| ajoyce@mccarter.com | |
| | OF COUNSEL: |
| | Steven J. Moore |
| | James E. Nealon |
| | WITHERS BERGMAN LLP |
| | 1700 East Putnam Avenue, Suite 400 |
| | Greenwich, Connecticut 06870-1366 |
| | (203) 302-4100 |
| | (203) 302-6611 |
| | steven.moore@withersworldwide.com |
| | james.nealon@withersworldwide.com |
| *Attorneys for Plaintiff Novartis Pharmaceuticals Corporation* | *Attorneys for Defendants Aurobindo Pharma USA Inc. and Aurobindo Pharma Ltd.* |

ME1 43770962v.1

2

SO ORDERED, this _____ day of _____, 2022.

                                                                                  _____
                                                                                  United States District Court Judge