# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MACLEODS PHARMA USA, INC., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD.,<br><br>Defendants. | C.A. No. 21-1330-RGA |

## JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CLAIM CONSTRUCTION FOR U.S. PATENT NO. 11,096,918

WHEREAS the Scheduling Order entered in the above-captioned actions ("Actions") sets forth a schedule for claim construction of United States Patent No. 11,096,918 (the "'918 patent"), including submission to the Court of a Joint Claim Construction Chart no later than December 30, 2022, and a Joint Claim Construction Brief no later than March 31, 2023 (C.A. No. 21-1330-RGA, D.I. No. 92 ¶¶ 7-8);

WHEREAS a coordinated hearing on claim construction has been set for 9 a.m. on April 14, 2023, in the Actions (C.A. No. 21-1330-RGA, D.I. No. 92 ¶ 9);

1

WHEREAS defendants Aurobindo Pharma USA Inc., Aurobindo Pharma Ltd., Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories, Ltd., Hetero USA Inc., Hetero Labs Limited, Hetero Labs Limited Unit III, Macleods Pharmaceuticals Ltd., Macleods Pharma USA, Inc., Torrent Pharma Inc., and Torrent Pharmaceuticals Ltd. (collectively, "Defendants") identified the claim term "amorphous solid form" as indefinite without providing any proposed construction for that claim term;

WHEREAS Defendants agreed not to address the alleged indefiniteness of the term "amorphous solid form" during claim construction, and instead to defer the adjudication of indefiniteness to a later stage in the litigation;

WHEREAS the only other claim term of the '918 patent identified by Defendants for construction is the term "compound";

WHEREAS the parties agree that the term "compound" in the '918 patent should be construed consistent with the definition of that term set forth in the '918 patent specification;

NOW THEREFORE the parties in the Actions, by and through their respective undersigned counsel in the Actions, and subject to the approval of the Court, stipulate and agree, and respectfully request that the Court order, as follows:

1.      Solely for the purposes of these Actions and the '918 patent, the claim term "compound" in the '918 patent means "a chemical substance comprising covalent bonds within the two pharmaceutically active agents, the ARB and the NEPi molecular moieties, and non-covalent interactions between these two pharmaceutically active agents, the ARB and the NEPi molecular moieties," as defined in the '918 patent specification.

2.      Neither side will address a construction for the alleged indefiniteness of the term "amorphous solid form" at this time, but Defendants reserve the right, and are permitted, to raise

the issue of the alleged indefiniteness of that term at a later stage in the litigation, and may address any construction later raised by Novartis.

3. No Joint Claim Construction Chart or Joint Claim Construction Brief will be submitted for the '918 patent in the Actions, and the parties will not address the '918 patent at the claim construction hearing on April 14, 2023.

4. This stipulation is limited to the '918 patent in the Actions and has no impact on claim construction proceedings for any other patents asserted in the above-captioned C.A. No. 20-2930-RGA, including U.S. Patent No. 11,058,667.

SO STIPULATED this 28th day of December, 2022:

/s/ Daniel M. Silver
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
McCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

Nicholas N. Kallas
Christina Schwarz
Christopher E. Loh
Jared L. Stringham
VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100
nkallas@venable.com
cschwarz@venable.com
cloh@venable.com
jlstringham@venable.com

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*

*/s/ Kenneth Laurence Dorsney*
Kenneth Laurence Dorsney (#3726)
Cortlan S. Hitch
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19899-2306
302-888-6855
kdorsney@morrisjames.com
chitch@morrisjames.com

Steven J. Moore
James E. Nealon
Walter Pickett
WITHERS BERGMAN LLP
1700 East Putnam Avenue, Suite 400
Greenwich, CT 06870-1366
203-302-4100
steven.moore@withersworldwide.com
james.nealon@withersworldwide.com
Walter.Pickett@withersworldwide.com

*Attorneys for Defendants Aurobindo Pharma USA Inc. and Aurobindo Pharma Ltd.*

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
302-999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Autumn N. Nero
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI 53703-3095
608-663-7460
ANero@perkinscoie.com

Christopher D. Jones
PERKINS COIE LLP
700 Thirteenth Street, NW, Suite 600
Washington, DC 20005-3960
202-654-6200
CDJones@perkinscoie.com

Bryan D. Beel
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209
503-727-2000
BBeel@perkinscoie.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Inc., and Dr. Reddy's Laboratories, Ltd*

ME1 43834578v.1

| | |
|---|---|
| */s/ Eve H. Ormerod*<br>Neal C. Belgan (#2721)<br>Eve H. Ormerod (#5369)<br>SMITH, KATZENSTEIN, & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>eormerod@skjlaw.com | Kenneth S. Canfield<br>Dmitry V. Shelhoff<br>Edward D. Pergament<br>PERGAMENT & CEPEDA LLP<br>89 Headquarters Plaza<br>North Tower, 14th Floor<br>Morristown, NJ 07960<br>(973) 998-7722<br>kcanfield@pergamentcepeda.com<br>dshelhoff@pergamentcepeda.com<br>epergament@pergamentcepeda.com<br><br>*Attorneys for Defendants Hetero USA Inc., Hetero Labs Limited, Hetero Labs Limited Unit III and for Defendants Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.* |
| */s/ April M. Ferraro*<br>John M. Seaman (#3868)<br>April M. Ferraro (#6152)<br>ABRAMS & BAYLISS LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>302-778-1000<br>seaman@abramsbayliss.com<br>ferraro@abramsbayliss.com | A. Neal Seth<br>Corey Weinstein<br>WILEY REIN LLP<br>2050 M St. NW<br>Washington, DC 20036<br>202-719-7000<br>nseth@wiley.law<br>cweinstein@wiley.law<br><br>*Attorneys for Defendants Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc.* |

SO ORDERED this __30th__ day of __December__, 2022.

                                                        /s/ Richard G. Andrews
                                                        The Honorable Richard G. Andrews
                                                        United States District Judge