## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 21-1407-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD.,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 21-1452-RGA |

1

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD., | ) ) ) | C.A. No. 21-1794-RGA |
| Defendants. | ) ) ) ) | |

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, | ) ) ) ) | C.A. No. 21-1760-RGA |
| Defendants. | ) ) ) | |

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 22-451-RGA |
| MYLAN PHARMACEUTICALS INC., | ) ) ) | |
| Defendant. | ) ) ) | |

|  |  |  |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD., | ) ) ) | C.A. No. 22-498-RGA |
| Defendants. | ) ) ) | |

## JOINT CLAIM CONSTRUCTION CHART FOR U.S. PATENT NO. 11,058,667

Pursuant to paragraph 8 of the Court's August 29, 2022 Scheduling Order (C.A. No. 20-2930-RGA, D.I. 749) Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendants Aurobindo Pharma USA Inc. and Aurobindo Pharma Ltd. (collectively "Aurobindo"); Crystal Pharmaceutical (Suzhou) Co., Ltd. ("Crystal Pharma"); Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd. (collectively, "Torrent"); Hetero USA Inc., Hetero Labs Limited, and Hetero Labs Limited Unit III (collectively, "Hetero"); Mylan Pharmaceuticals Inc. ("Mylan"); and Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. (collectively, "Dr. Reddy's"); (all collectively, "Defendants") hereby submit the following Joint Claim Construction Chart (Exhibit 1) for United States Patent No. 11,058,667 along with a Joint Appendix filed concurrently herewith containing this patent and portions of the intrinsic record relied upon in support of the parties' proposed constructions.

In addition to the materials disclosed in the Joint Claim Chart, each party reserves the right to rely on any evidence cited by the opposing party, as well as the extrinsic evidence cited in the November 4, 2022 and December 15, 2022 claim construction exchanges between the parties, and/or expert testimony. However, Novartis maintains that Defendants' citation to large documents and large categories of documents without indicating what pages or documents Defendants allege support their proposed constructions is improper and prejudicial.

In their November 4, 2022 claim construction exchange pursuant to paragraph 8 of the Court's August 29, 2022 Scheduling Order (C.A. No. 20-2930-RGA, D.I. 749), Defendants identified six claim terms as indefinite without providing any proposed constructions for those claim terms.[1] The parties have agreed not to address the alleged indefiniteness of any of those

---

[1] Those terms are: "the low dose of the ACE inhibitor or the low dose of the ARB is equivalent to a dose of ≤10 mg of enalapril per day," "about 3 weeks to about 4 weeks," "about 2 weeks to about 4 weeks," "at least about 6 weeks," "about 3 weeks," and "at least 36 hours."

terms during the claim construction phase and to defer the indefiniteness allegations raised in

Defendants' invalidity contentions until a later stage of the litigation.


MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

Nicholas N. Kallas
Christina Schwarz
Christopher E. Loh
Jared L. Stringham
VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100
nkallas@venable.com
cschwarz@venable.com
cloh@venable.com
jlstringham@venable.com

*Attorneys for Plaintiff Novartis*
*Pharmaceuticals Corporation*


*/s/ Cortlan S. Hitch*
Kenneth Laurence Dorsney
Cortlan S. Hitch
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19899-2306
302-888-6855
kdorsney@morrisjames.com
chitch@morrisjames.com

Steven J. Moore
James E. Nealon
Walter Pickett
WITHERS BERGMAN LLP
1700 East Putnam Avenue, Suite 400
Greenwich, CT 06870-1366
203-302-4100
steven.moore@withersworldwide.com
james.nealon@withersworldwide.com
Walter.Pickett@withersworldwide.com

*Attorneys for Defendants Aurobindo Pharma*
*USA Inc. and Aurobindo Pharma Ltd.*

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso
HEYMAN ENERIO GATTUSO & HIRZEL
LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
302-472-7311
dgattuso@hegh.law

Elizabeth Crompton
Scott A. Cunning, II
PARKER POE ADAMS& BERNSTEIN,
LLP
1400 K Street, NW Suite 1000
Washington, DC 20005
202-434-9100
elizabethcrompton@parkerpoe.com
scottcunning@parkerpoe.com

C. Kyle Musgrove
PARKER POE ADAMS& BERNSTEIN,
LLP
620 South Tryon Street, Suite,
Charlotte, NC 28202
704-372-9000
kylemusgrove@parkerpoe.com

*Attorneys for Defendant Crystal*
*Pharmaceutical (Suzhou) Co., Ltd.*

*/s/ Eve H. Ormerod*
Neal C. Belgam
Eve H. Ormerod
SMITH, KATZENSTEIN, & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com

Kenneth S. Canfield
Dmitry V. Shelhoff
Edward D. Pergament
Pergament & Cepeda LLP
89 Headquarters Plaza
North Tower, 14th Floor
Morristown, NJ 07960
(973) 998-7722
kcanfield@pergamentcepeda.com
dshelhoff@pergamentcepeda.com
epergament@pergamentcepeda.com

*Attorneys for Defendants Hetero USA Inc.,*
*Hetero Labs Limited, Hetero Labs Limited*
*Unit III and for Defendants Torrent Pharma*
*Inc. and Torrent Pharmaceuticals Ltd.*

ME1 43846542v.1

/s/ David Ellis Moore
David Ellis Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
1313 N. Market St. Hercules Plaza, 6th Flr
P.O. Box 951
Wilmington, DE 19899-0951
302-984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

Robert L. Florence
PARKER POE ADAMS& BERNSTEIN,
LLP
1075 Peachtree Street, N.E., Suite 1500
(678) 690-5750
robertflorence@parkerpoe.com

Tasneem Dbaramsi
PARKER POE ADAMS& BERNSTEIN,
LLP
110 East Court Street, Suite 200
Greenville, SC 29601
864-577-6370
tasneemdharamsi@parkerpoe.com

*Attorneys for Defendant Mylan
Pharmaceuticals Inc.*

/s/ Stamatios Stamoulis
Stamatios Stamoulis
Richard C. Weinblatt
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
302-999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Autumn N. Nero
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI 53703-3095
608-663-7460
ANero@perkinscoie.com

Christopher D. Jones
PERKINS COIE LLP
700 Thirteenth Street, NW, Suite 600
Washington, DC 20005-3960
202-654-6200
CDJones@perkinscoie.com

Bryan D. Beel
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209
503-727-2000
BBeel@perkinscoie.com

*Attorneys for Defendants Dr. Reddy's
Laboratories, Inc., and Dr. Reddy's
Laboratories, Ltd.*

**Exhibit 1**

| Term (claim(s) in which term appears) | Novartis's Construction | Defendants' Construction | Novartis's Citations to Intrinsic Evidence | Defendants' Citations to Intrinsic Evidence |
|---|---|---|---|---|
| "sacubitril . . . with valsartan . . . in a 1:1 molar ratio" / "sacubitril . . . together with valsartan . . . in a 1:1 molar ratio" (claims 1 and 7) | a) LCZ696 [the active ingredient used in the patent's Example]; or b) a combination comprising a 1:1 molar ratio of: (i) valsartan or a pharmaceutically acceptable salt thereof; and (ii) sacubitril or a pharmaceutically acceptable salt thereof | An Angiotensin Receptor Neprilysin inhibitor (ARNi) which is<br><br>a) trisodium sacubitril valsartan hemipentahydrate (LCZ696) or<br><br>b) a combination comprising a therapeutically effective amount of a 1:1 molar ratio of (i) valsartan or a pharmaceutically acceptable salt thereof; and (ii) sacubitril or a pharmaceutically acceptable salt thereof.<br><br>Defendants' proposed construction excludes any complexes of | '667 patent at:<br>• 1:20-23<br>• 1:53-61<br>• 2:32-41<br>• 2:48<br>• 2:55-56<br>• 3:11-15<br>• 5:22-35<br>• 7:12-26<br>• 10:3-19<br>• 12:26-45<br>• 13:10-25<br>• 13:36-14:31<br>• 15:27-16:34<br><br>Prosecution History of the '667 patent:<br>• 11.07.2017 Preliminary Amendment at pp. 4-6<br>• 07.25.2018 Non-Final Rejection at pp. 4, 6-8, 10-11<br>• 01.25.2019 Response to Office Action at pp. 2-6, 9-11 | '667 patent at:<br>• 1:15-26<br>• 1:47-2:34<br>• 2:55-67<br>• 3:11-15<br>• 5:22-35<br>• 7:12-26<br>• 8:10-31<br>• 8:35-10:19<br>• 12:26-45<br>• 13:10-14:43<br>• 15:27-16:8<br>• 16:14-39<br><br>Prosecution history of the '667 patent:<br>• Matching portions to the '667 patent specification in the application as filed or amended<br>• 11/7/2017 Claims and Preliminary Amendment at pp. 4-6. |

1

| Term (claim(s) in which term appears) | Novartis's Construction | Defendants' Construction | Novartis's Citations to Intrinsic Evidence | Defendants' Citations to Intrinsic Evidence |
|---|---|---|---|---|
| | | sacubitril and valsartan other than LCZ696. | <ul><li>05.01.2019 Final Rejection at pp. 2, 4-10, 13-14</li><li>10.30.2019 Request for Continued Examination and Amendment at pp. 2-6, 8</li><li>06.22.2020 Notice of Allowance</li><li>09.11.2020 Amendment at pp. 2-8</li><li>09.16.2020 Interview Summary</li><li>09.22.2020 Statement of the Substance of the Applicant-Initiated Interview</li><li>09.28.2020 Corrected Notice of Allowance</li><li>04.27.2021 Amendment after Allowance at pp. 2-7</li></ul> | <ul><li>7/25/2018 Non-Final Rejection at pp. 4, 6-8, 10-11.</li><li>1/25/2019 Response to Office Action at pp. 2-6, 9-11.</li><li>5/1/2019 Final Rejection at pp. 2, 4-10, 13-14.</li><li>10/30/2019 Response to Office Action at pp. 2-13.</li><li>6/22/2020 Notice of Allowance at pp. 2-4.</li><li>9/11/2020 Amendment under 37 C.F.R. § 1.312 at pp. 2-8.</li><li>9/16/2020 Interview Summary</li><li>9/22/2020 Statement of the Substance of the Applicant-Initiated Interview</li></ul> |

2

| Term (claim(s) in which term appears) | Novartis's Construction | Defendants' Construction | Novartis's Citations to Intrinsic Evidence | Defendants' Citations to Intrinsic Evidence |
|---|---|---|---|---|
| | | | • 06.14.2021 Corrected Notice of Allowance | • 9/28/2020 Corrected Notice of Allowability<br>• 4/27/2021 Amendment after Allowance under 37 C.F.R. § 1.312 at pp. 2-7.<br>• 6/14/2021 Corrected Notice of Allowability<br>• 8/17/2021 Certificate of Correction<br>• 8/31/2021 Certificate of Correction |
| "trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl) propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl} amino)butyrate] hemipentahydrate | LCZ696 [the active ingredient used in the patent's Example] | The specific crystalline supramolecular complex LCZ696 | '667 patent at:<br>• 1:53-61<br>• 2:35-41<br>• 2:48<br>• 2:55-56<br>• 3:11-15<br>• 5:22-28<br>• 7:12-18<br>• 10:3-10<br>• 12:26-34<br>• 13:10-18<br>• 13:41-59 | '667 patent at:<br>• Title<br>• Abstract<br>• Figure 1<br>• 1:53-2:67<br>• 3:11-15<br>• 5:22-35<br>• 13:10-14:34<br>• 15:27-16:8<br>• 16:14-39<br>• Claims 1, 7, 18, and 19 |

ME1 43846542v.1

| Term (claim(s) in which term appears) | Novartis's Construction | Defendants' Construction | Novartis's Citations to Intrinsic Evidence | Defendants' Citations to Intrinsic Evidence |
|---|---|---|---|---|
| (LCZ696)" (claims 18 and 19) | | | • 15:27-16:34<br><br>Prosecution history of the '667 patent at:<br>• 11.07.2017 Preliminary Amendment at pp. 4-6<br>• 07.25.2018 Non-Final Rejection at pp. 4, 7-8, 10-11<br>• 01.25.2019 Response to Office Action at pp. 2-6, 9-10<br>• 05.01.2019 Final Rejection at pp. 2, 6-10, 13-14<br>• 10.30.2019 Request for Continued Examination and Amendment at pp. 2-6, 8<br>• 06.22.2020 Notice of Allowance<br>• 09.11.2020 Amendment at pp. 2-8 | Prosecution history of the '667 patent:<br>• 11/7/2017 Claims at pp. 4-6.<br>• 7/25/2018 Non-Final Rejection at pp. 4, 6-8, 10-11.<br>• 1/25/2019 Response to Office Action at pp. 2-6, 9-11.<br>• 5/1/2019 Final Rejection at pp. 2, 4-10, 13-14.<br>• 10/30/2019 Response to Office Action at pp. 2-13.<br>• 6/22/2020 Notice of Allowance<br>• 8/17/2021 Certificate of Correction<br>• 8/31/2021 Certificate of Correction |

4

| Term (claim(s) in which term appears) | Novartis's Construction | Defendants' Construction | Novartis's Citations to Intrinsic Evidence | Defendants' Citations to Intrinsic Evidence |
|---|---|---|---|---|
| | | | <ul><li>09.16.2020 Interview Summary</li><li>09.22.2020 Statement of the Substance of the Applicant-Initiated Interview</li><li>09.28.2020 Corrected Notice of Allowance</li><li>04.27.2021 Amendment after Allowance at pp. 2-7</li><li>06.14.2021 Corrected Notice of Allowance</li></ul> | |

5