

**Daniel M. Silver**
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

January 24, 2023

**VIA CM/ECF & HAND DELIVERY**

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re: *In re Entresto (Sacubitril/Valsartan) Patent Litigation,*
C.A. Nos. 20-md-2930-RGA (MDL); 19-1979-RGA; 19-2021-RGA; 19-2053-RGA

Dear Judge Andrews,

Enclosed please find two USB drives that contain electronic versions of the following post-trial documents, with hyperlinks to exhibits, transcripts, cases and statutes cited therein:

- Plaintiff Novartis's Post-Trial Answering Brief on the Validity of the '659 Patent (D.I. 930); and
- Plaintiff Novartis's Proposed Findings of Fact Regarding the Validity of the '659 Patent (D.I. 931).

Counsel are available at the Court's convenience in connection with this matter.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc:   All Counsel of Record (via Electronic Mail)