

Stamatios Stamoulis
stamoulis@swdelaw.com

**VIA CM/ECF AND HAND**

January 24, 2023

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:  *In re: Entresto (Sacubitril/Valsartan) Patent Litigation* (1:20-md-02930-RGA)

Dear Judge Andrews,

Please find enclosed two (2) thumb (or USB) drives containing hyperlinked versions of the below described Post-Trial briefing of Defendants in the above-captioned matter:

- DEFENDANTS' POST-TRIAL BRIEF REGARDING THE '659 PATENT (DI 888);

- CORRECTED DEFENDANTS' PROPOSED FINDINGS OF FACT REGARDING THE '659 PATENT (DI 889); and

- DEFENDANTS' POST-TRIAL REPLY BRIEF REGARDING INVALIDITY OF THE '659 PATENT (DI 942).

We are available at the convenience of the Court should Your Honor have any questions regarding the foregoing.

                Respectfully,

                */s/ Stamatios Stamoulis*
                Stamatios Stamoulis #4606
                *Counsel for Dr. Reddy's Laboratories, Inc.*
                *And Dr. Reddy's Laboratories, Ltd.*

Enclosures

cc: All Counsel of Record (via CM/ECF, enclosures submitted via email)