IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re ENTRESTO (SACUBITRIL/VALSARTAN) PATENT LITIGATION | : : : : : : : : | MDL No. 20-2930-RGA<br><br>C.A. Nos. 21-1407-RGA<br>21-1452-RGA<br>21-1760-RGA<br>21-1794-RGA<br>22-451-RGA<br>22-498-RGA |

**MARKMAN HEARING ORDER**

After review of the Joint Claim Construction Brief (D.I. 974), the Court orders as follows:

1. The Joint Claim Construction Brief (D.I. 974) is **UNSEALED**.

2. The argument at the Markman Hearing on April 14, 2023, is limited to ten minutes per side.

3. For the first disputed term, there appears to be a definition at '667 Patent 16:20-24. I think that is what each side means by their proposals. In any event, the parties' proposals are **STRUCK**. If either party thinks the above-referenced definition is inadequate in some regard, that party is to propose a construction including the definition and any additional language that the party argues is necessary. "Specific," as already proposed by Defendants, is rejected. I note that "crystalline," as proposed by Defendants, seems to be agreed upon by Novartis. (D.I. 974 at 31). But I am unclear whether it is necessary. Any proposed constructions should be submitted by

5 p.m. Tuesday, April 11, 2023. The proposed construction and any justification for it shall be set forth in 250 words or less.

4. For the second disputed term, there also appears to be a definition, this time at '667 Patent 5:22-35. The parties only have one disagreement (in addition to the one addressed above in 3), which is Defendants' proposed negative limitation. As I understand Novartis's position, there is no dispute because part (a) of the definition includes exactly one "complex"—the one described at '667 Patent 16:20-24—and part (b) includes no complexes at all. If Novartis confirms that I understand its position correctly, then I also agree with Novartis that adding a negative limitation is pointless. Novartis should advise whether it confirms the above no later than 5 p.m. Tuesday, April 11, 2023.

IT IS SO ORDERED this 5th day of April 2023.

Richard G. Andrews
United States District Judge