# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) ) | ███████████ |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., | ) ) ) | C.A. No. 21-1407-RGA |
| Defendants. | ) ) ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) | ███████████ |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., | ) ) ) ) | C.A. No. 21-1452-RGA |
| Defendant. | ) ) ) | |

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, | ) ) ) ) | C.A. No. 21-1760-RGA |
| Defendants. | ) ) ) ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) | ██████████ |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD., | ) ) ) ) | C.A. No. 21-1794-RGA |
| Defendants. | ) ) ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) | ██████████ |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| MYLAN PHARMACEUTICALS INC., | ) ) ) ) | C.A. No. 22-451-RGA |
| Defendant. | ) ) ) | |

|  |  |  |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., | ) ) ) | C.A. No. 22-498-RGA |
| Defendants. | ) ) ) ) | |

**JOINT CLAIM CONSTRUCTION BRIEF APPENDIX FOR U.S. PATENT NO. 11,058,667**

<u>**VOLUME 2 – EXHIBITS L-N**</u>

ME1 44528459v.1

Attached hereto are the patents at issue, portions of intrinsic record, and extrinsic evidence cited in the Joint Claim Construction Brief for U.S. Patent No. 11,058,667.

| **Table of Exhibits** | |
|---|---|
| **Exhibit 1** | U.S. Patent No. 11,058,667 |
| **Exhibit 2** | Excerpts of the prosecution history for U.S. Patent No. 11,058,667 |
| **Exhibit A** | Prescribing information for Novartis's Entresto® dated 2021 and bearing production numbers NVP-VS-016692712–32 |
| **Exhibit B** | Excerpts (pages 28–65, 86, 88, 106–108, and 121) of Defendants' Joint Invalidity Contentions for U.S. Patent No. 11,058,667 dated September 9, 2022 |
| **Exhibit C** | Intentionally Omitted. |
| **Exhibit D** | U.S. Patent No. 8,877,938, bearing production numbers NPC-VS-028743170–89 |
| **Exhibit E** | U.S. Patent No. 9,388,134, bearing production numbers NPC-VS-028743190–212 |
| **Exhibit F** | International Publication No. WO 2007/056546 A1 |
| **Exhibit G** | International Publication No. WO 2009/061713 A1 |
| **Exhibit H** | Excerpts of the transcript of the bench trial held on October 12-14, 2022, in C.A. No. 20-2930-RGA and C.A. No. 19-1979-RGA |
| **Exhibit I** | Excerpts of the transcript of the bench trial held on October 18, 2022, in C.A. No. 20-2930-RGA and C.A. No. 19-1979-RGA |
| **Exhibit J** | Excerpts of the prosecution history of U.S. Patent No. 9,388,134 |
| **Exhibit K** | L. Feng *et al.*, "LCZ696: a dual-acting sodium supramolecular complex," 53 *Tetrahedron Letters* 275-276 (2012) |
| **Exhibit L** | Plaintiff Novartis's Initial Infringement Contentions Against Crystal Pharmaceutical (Suzhou) Co., Ltd. dated July 22, 2022 (HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY) |
| **Exhibit M** | Excerpts of Plaintiff Novartis's Initial Infringement Contentions Against Mylan Pharmaceuticals Inc. dated July 22, 2022 (HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY |
| **Exhibit N** | Excerpts of Plaintiff Novartis's Initial Infringement Contentions Against Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. dated July 22, 2022 (HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY) |
| **Exhibit O** | Email from S. Clark to T. Kratz *et al.* dated February 22, 2023 |
| **Exhibit P** | Intentionally omitted. |
| **Exhibit Q** | Email chain between S. Clark and E. Crompton *et al.* spanning the dates February 10–17, 2023 |
| **Exhibit R** | Proposed prescribing information for Crystal Pharmaceutical (Suzhou) Co., Ltd.'s sacubitril and valsartan tablets, bearing production numbers CRYSAV217844–67 |

| **Exhibit S** | Excerpts of Novartis's Proposed Findings of Fact Regarding the Validity of the '938 and '134 Patents dated January 27, 2023 (C.A. No. 20-2930-RGA, D.I. 950) |
|---|---|
| **Exhibit T** | Intentionally omitted. |
| **Exhibit U** | Defendants' Objections and Responses to Novartis's First Set of Common Interrogatories (No. 1) dated March 3, 2023 |
| **Exhibit V** | Joint Claim Construction Brief dated May 21, 2021 (C.A. 20-md-2930-RGA, D.I. 253) |

# Exhibit L

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br>Plaintiff, <br><br>v. <br><br>CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD. <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 21-1452-RGA |

**PLAINTIFF NOVARTIS'S INITIAL INFRINGEMENT CONTENTIONS
AGAINST CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD.**

Pursuant to the Proposed Scheduling Order in this case (C.A. No. 20-2930, D.I. 639; C.A. No. 21-1452, D.I. 023) and the Delaware Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI") Rule 4(c), Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") hereby provides Crystal Pharmaceutical (Suzhou) Co., Ltd. ("Crystal") with Novartis's Initial Infringement Contentions Against Crystal relating the use of Crystal's sacubitril/valsartan tablets, 24/26 mg, 49/51 mg, 97/103 mg dosage strengths, described in ANDA No. 213605 ("Crystal's ANDA Products") to the asserted claims of United States Patent No. 11,058,667 ("the '667 patent").

1

Novartis reserves the right to amend or supplement these infringement contentions as the case develops and as Novartis reviews Crystal's ANDA, including supplements, and related materials, including with its experts and based on any Court's claim construction decision. Further, Novartis's division of the claims below is for purposes of convenience only and does not reflect Novartis's position with respect to how the claims should be divided for the purposes of claim construction, or which aspects of the claims should be construed, or further infringement analysis. Novartis further reserves the right to rely on expert testing, which will be disclosed during expert discovery according to the schedule entered by the Court. On information and belief, each claim below has been or will be infringed literally or under the doctrine of equivalents ("DOE").

| United States Patent No. 11,058,667 | | |
|---|---|---|
| **Claim** | **Basis for Infringement** | **Section** |
| 1. A regimen for treating chronic heart failure with reduced ejection fraction, which comprises |  | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |
| administering to a human patient in need thereof | | |
| a twice-daily target dose of 200 mg | | |

| | | |
|---|---|---|
| of sacubitril or a pharmaceutically acceptable salt thereof with valsartan or a pharmaceutically acceptable salt thereof | ███████████████ Novartis will rely on expert testing to establish that Crystal's ANDA Products comprise a 1:1:3:2.5 molar ratio of sacubitril anions to valsartan anions to sodium cations to water molecules. ███████████████ | |
| which are provided to the human patient in a 1:1 molar ratio, | ███████████████ | |
| wherein the twice daily target dose of 200 mg corresponds to 97 mg of sacubitril and 103 mg of valsartan; | ███████████████ | |

4

| | |
|---|---|
| wherein the twice daily target dose of 200 mg is reached after a titration with a twice daily starting dose of 50 mg of sacubitril or the pharmaceutically acceptable salt thereof together with valsartan or the pharmaceutically acceptable salt thereof, which are provided to the human patient in a 1:1 molar ratio, |  |
| for from about 3 weeks to about 4 weeks, | |

# Exhibit M

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MYLAN PHARMACEUTICALS INC. | ) ) ) | C.A. No. 22-451-RGA |
| Defendant. | ) ) ) | |

**PLAINTIFF NOVARTIS'S INITIAL INFRINGEMENT CONTENTIONS
AGAINST MYLAN PHARMACEUTICALS INC.**

Pursuant to the Proposed Scheduling Order in this case (C.A. No. 20-2930, D.I. 639; C.A. No. 22-451, D.I. 36) and the Delaware Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI") Rule 4(c), Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") hereby provides Mylan Pharmaceuticals Inc. ("Mylan") with Novartis's Initial Infringement Contentions Against Mylan relating the use of Mylan's sacubitril/valsartan tablets, 24/26 mg, 49/51 mg, 97/103 mg dosage strengths, described in ANDA No. 213646 ("Mylan's ANDA Products") to the asserted claims of United States Patent No. 11,058,667 ("the '667 patent").

Novartis reserves the right to amend or supplement these infringement contentions as the case develops and as Novartis reviews Mylan's ANDA, including supplements, and related materials, including with its experts and based on any Court's claim construction decision.

1

Further, Novartis's division of the claims below is for purposes of convenience only and does not reflect Novartis's position with respect to how the claims should be divided for the purposes of claim construction, or which aspects of the claims should be construed, or further infringement analysis. Novartis further reserves the right to rely on expert testing, which will be disclosed during expert discovery according to the schedule entered by the Court. On information and belief, each claim below has been or will be infringed literally or under the doctrine of equivalents ("DOE").

| Claim | Basis for Infringement | Section |
|---|---|---|
| 1. A regimen for treating chronic heart failure with reduced ejection fraction, which comprises |  | § 271 (a), (b), (c), (e)(2)(A)<br><br>(literal and/or DOE) |
| administering to a human patient in need thereof | | |
| a twice-daily target dose of 200 mg | | |

United States Patent No. 11,058,667

3

| | |
|---|---|
| | [REDACTED] |
| of sacubitril or a pharmaceutically acceptable salt thereof with valsartan or a pharmaceutically acceptable salt thereof | [REDACTED] Novartis will rely on expert testing to establish that Mylan's ANDA Products comprise a 1:1:3:2.5 molar ratio of sacubitril anions to valsartan anions to sodium cations to water molecules. To the extent Mylan's ANDA Products do not literally meet the "sacubitril or a pharmaceutically acceptable salt thereof with valsartan or a pharmaceutically acceptable salt thereof" claim element, Mylan's ANDA Products meet this element under the doctrine of equivalents. *Id.* |
| which are provided to the human patient in a 1:1 molar ratio, | [REDACTED] |

4

| | |
|---|---|
| wherein the twice daily target dose of 200 mg corresponds to 97 mg of sacubitril and 103 mg of valsartan; | ████████████ |
| wherein the twice daily target dose of 200 mg is reached after a titration with a twice daily starting dose of 50 mg of sacubitril or the pharmaceutically acceptable salt thereof together with valsartan or the pharmaceutically acceptable salt thereof, which are provided to the human patient in a 1:1 molar ratio, | ████████████ |

5

# Exhibit N

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DR. REDDY'S LABORATORIES, INC., and DR. REDDY'S LABORATORIES, LTD. | ) ) ) ) | C.A. No. 22-00498-RGA |
| Defendants. | ) ) ) ) | |

**PLAINTIFF NOVARTIS'S INITIAL INFRINGEMENT CONTENTIONS AGAINST DR. REDDY'S LABORATORIES, INC. AND DR. REDDY'S LABORATORIES, LTD.**

Pursuant to the Proposed Scheduling Order in this case (C.A. No. 20-2930, D.I. 639; C.A. No. 22-00498 D.I. 23) and the Delaware Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI") Rule 4(c), Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") hereby provides Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. (collectively, "DRL") with Novartis's Initial Infringement Contentions Against DRL relating the use of DRL's sacubitril/valsartan tablets, 24/26 mg, 49/51 mg, 97/103 mg dosage strengths, described in ANDA No. 213627 ("DRL's ANDA Products") to the asserted claims of United States Patent No. 11,058,667 ("the '667 patent").

1

Novartis reserves the right to amend or supplement these infringement contentions as the case develops and as Novartis reviews DRL's ANDA, including supplements, and related materials, including with its experts and based on any Court's claim construction decision. Further, Novartis's division of the claims below is for purposes of convenience only and does not reflect Novartis's position with respect to how the claims should be divided for the purposes of claim construction, or which aspects of the claims should be construed, or further infringement analysis. Novartis further reserves the right to rely on expert testing, which will be disclosed during expert discovery according to the schedule entered by the Court. On information and belief, each claim below has been or will be infringed literally or under the doctrine of equivalents ("DOE").