

**Daniel M. Silver**
Wilmington Office Managing Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

April 11, 2023

<u>VIA CM/ECF</u>

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re:  *In re Entresto (Sacubitril/Valsartan) Patent Litigation,*
C.A. Nos. 20-md-2930-RGA; 21-1407-RGA; 21-1452-RGA; 21-1760-RGA; 21-1794-RGA; 22-451-RGA; 22-498-RGA

Dear Judge Andrews,

The parties write jointly in response to the Court's April 5, 2023 *Markman* Hearing Order for U.S. Patent No. 11,058,667 ("the '667 Patent"). (*See* 20-md-2930, D.I. 980). Per the Court's Order, Novartis confirms the Court's understanding that: part (a) of the definition includes exactly one 'complex'—the crystalline supramolecular complex of TSVH known as LCZ696— and part (b) includes no complexes at all. Accordingly, the parties jointly propose the following constructions for the disputed '667 patent terms:

| Term | Agreed-upon Construction |
|---|---|
| [TSVH] (LCZ696) | the crystalline supramolecular complex of TSVH known as LCZ696 |
| sacubitril . . . with valsartan . . . in a 1:1 molar ratio | a) the crystalline supramolecular complex of TSVH known as LCZ696 or<br>b) a combination comprising a 1:1 molar ratio of<br>   (i) valsartan or a pharmaceutically acceptable salt thereof; and<br>   (ii) sacubitril or a pharmaceutically acceptable salt thereof. |

In light of the parties' agreement on the constructions above, the parties do not believe the *Markman* hearing scheduled for April 14, 2023 is necessary.

ME1 44608626v.1

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc:   Counsel of Record (via Electronic Mail)