# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, NOVUGEN PHARMA (MALAYSIA) SDN. BHD.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Public version filed May 3, 2023<br><br>C.A. No. 19-2053-RGA |

1

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MACLEODS PHARMACEUTICALS LTD., MACLEODS PHARMA USA, INC., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD., <br><br> Defendants. | C.A. No. 21-1330-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC., and DR. REDDY'S LABORATORIES, LTD., <br><br> Defendants. | C.A. No. 22-498-RGA |

**[PROPOSED] CONSENT JUDGMENT AND ORDER OF INJUNCTION**

**WHEREAS**, Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. (collectively, "DRL"), have agreed to terms and conditions representing a negotiated settlement of these actions, have set forth those terms and conditions in a confidential Settlement and License Agreement (the "Settlement Agreement"), and have stipulated and consented to entry of this Consent Judgment and Order of Injunction;

2

**WHEREAS**, DRL stipulates and acknowledges that ▓

▓

**WHEREAS**, Novartis and DRL stipulate that ▓

▓

**WHEREAS**, DRL stipulates and acknowledges ▓

▓

**WHEREAS**, DRL stipulates and acknowledges that ▓

▓

**WHEREAS**, Novartis has ▓

▓

ME1 44776714v.1

**IT IS HEREBY ORDERED, DECREED, AND ADJUDGED:**

1. Judgment ███████████████████████████████████████████████████████████.

2. Judgment is entered ████████████████████████████████████████████
   ████████████████████████████████████████████████████████████████
   ██████████████

3. Judgment is entered ████████████████████████████████████████████
   ██████████████████████████████████████████
   █████████████████████████████████████████████████████████████
   ████████████████████████████████████████████
   ████████████████████████████████████████████
   ████████████████████████████████████

4. ████████████████████████████████████████████████████
   ████████████████████████████████████████████
   ████████████████████████████████████████████
   █████████████████████████████.

5. This Consent Judgment constitutes a "consent decree" pursuant to 21 U.S.C. § 355(j)(5)(B)(iii)(I)(bb), such that Final Approval of DRL's Abbreviated New Drug Application No. 213627 under 21 U.S.C. § 355(j)(2)(A)(vii)(IV) may be granted on the date that this Consent Judgment is entered.

6. Pursuant to the terms of the Settlement Agreement, all other Novartis claims are dismissed without prejudice and all of DRL's defenses, demands and counterclaims are dismissed without prejudice.

7. This Court retains jurisdiction over all disputes arising out of the Settlement Agreement.

8. DRL, and each of its affiliates, is hereby enjoined from directly or indirectly passing title or delivering to customers in the United States the products that are the subject of DRL's Abbreviated New Drug Application No. 213627 prior to the Generic Entry Date, as set forth in the Settlement Agreement, subject to the exceptions provided in the Settlement Agreement.

9. The injunction described in the foregoing paragraph shall take effect immediately upon entry of this Order by the Court.

10. During the term of the injunction, the Court retains jurisdiction over this action, including implementation of, or disputes arising out of, this Order of Injunction.

11. ██████████████████████████████████████████████████████████
    ████████████████████████████

12. Each party shall each bear its and their own costs and attorney fees.

13. Novartis and DRL each expressly waive any right to appeal or otherwise move for relief from this Consent Judgment and Order of Injunction.

                                                                                                _____

                                                                                                 United States District Judge

ME1 44776714v.1