# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ENTRESTO (SACUBITRIL/VALSARTAN) PATENT LITIGATION | ) ) ) ) ) MDL No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MACLEODS PHARMACEUTICALS LTD., MACLEODS PHARMA USA, INC., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) C.A. No. 21-1330-RGA ) ) ) ) ) ) ) ) ) |

## NOVARTIS'S NOTICE OF DEPOSITION UNDER FED. R. CIV. P. 30(B)(6) TO TORRENT PHARMA INC. AND TORRENT PHARMACEUTICALS LTD.

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and the Local Rules of Civil Practice and Procedure for the District of Delaware, commencing at such a time and place to be determined by the parties, Plaintiff Novartis Pharmaceuticals Corporation ("Novartis"), by and through its attorneys, will take the testimony by deposition, either remotely using audio-visual conference technology or in person, upon oral examination of Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd. (collectively "Defendants" or "Torrent"), which shall designate one or more officers, directors, managing agents, or other

1

persons who consent to testify on Torrent's behalf concerning information reasonably available to Torrent (including, without limitation, information in the possession of their affiliates) regarding the topics of examination specified in the attached Schedule A.  Torrent is requested to provide in writing no later than ten business days prior to the deposition, the name(s) and title(s) of the person(s) who will testify on Torrent's behalf concerning the topics of examination specified in the attached Schedule A, and to specify in writing the particular matter(s) as to which those person(s) will testify.  Any documents not previously produced but that will be used by Torrent in connection with the noticed deposition shall be produced to Plaintiff no later than five business days prior to the deposition.

      Plaintiff serves this Notice without waiver of any objections to the deficiencies in Torrent's document production and other discovery responses concerning the subject matter described in Schedule A and reserves the right to continue this deposition as necessary in light of any subsequent document production and other discovery responses by Torrent.

      The examination will be conducted before a person duly authorized to administer oaths, shall be recorded by audio, video, and/or stenographic means, and will continue from day-to-day until completed.

      You are invited to attend and cross-examine.

|  |  |
|---|---|
| Dated: May 17, 2023 | MCCARTER & ENGLISH, LLP |
|  |  |
|  | /s/ *Alexandra M. Joyce* |
| OF COUNSEL: | Daniel M. Silver (#4758) |
|  | Alexandra M. Joyce (#6423) |
| Nicholas N. Kallas | Renaissance Centre |
| Christina Schwarz | 405 N. King Street, 8th Floor |
| Christopher E. Loh | Wilmington, Delaware 19801 |
| Susanne L. Flanders | (302) 984-6300 |
| Jared L. Stringham | *dsilver@mccarter.com* |
| Shannon K. Clark | *ajoyce@mccarter.com* |
| Laura K. Fishwick |  |
| Gregory J. Manas | *Attorneys for Plaintiff Novartis* |
| VENABLE LLP | *Pharmaceuticals Corporation* |
| 151 West 42nd Street |  |
| New York, NY 10036 |  |
| (212) 307-5500 |  |
| *nkallas@venable.com* |  |
| *cschwarz@venable.com* |  |
| *cloh@venable.com* |  |
| *slflanders@venable.com* |  |
| *jlstringham@venable.com* |  |
| *skclark@venable.com* |  |
| *lfishwick@venable.com* |  |
| *gjmanas@venable.com* |  |

## SCHEDULE A

## DEFINITIONS

Novartis incorporates by reference the Definitions and Instructions set forth in Novartis's First Set Of Requests To Torrent Pharma Inc. And Torrent Pharmaceuticals Ltd. For The Production Of Documents And Things served on August 8, 2022, and Novartis's First Set Of Interrogatories To Torrent Pharma Inc. And Torrent Pharmaceuticals Ltd. served on August 8, 2022.

## TOPICS

1. Whether the documents listed in Exhibit 1 are a true and correct copy of that which it purports to be.

2. Whether the documents listed in Exhibit 1 were made at or near the time of the regularly conducted activity to which the documents pertain.

3. Whether the documents listed in Exhibit 1 were made by a person with knowledge of the activity to which the documents pertain or were made from information transmitted by a person with knowledge of the activity to which the documents pertain.

4. Whether the documents listed in Exhibit 1 were prepared and kept by Torrent in the course of regularly conducted activity of a business, organization, occupation, or calling.

5. Whether the documents listed in Exhibit 1 were made in the regular practice of the activity to which the documents pertain.

**Exhibit 1**

TOR000001-TOR033108

TOR038112- TOR038196

TOR040074- TOR040094

TOR099176-TOR100711

TOR103698-TOR104690

TOR104691-TOR104754

TOR104763-TOR105262

TOR105263-TOR106074

TOR106075-TOR106098

ME1 44994233v.1