# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (sacubitril/valsartan) Patent Litigation | C.A. No. 20-md-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC GLOBAL HOLDING SA, ALEMBIC PHARMACEUTICALS, INC., CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, MYLAN PHARMACEUTICALS INC., MYLAN LABORATORIES LIMITED, VIATRIS INC., NANJING MSN PHARMACEUTICAL CO., LIMITED, <br><br> Defendants | C.A. No. 22-cv-1395-RGA |

**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 12(c)**

Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited hereby move for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c) against Plaintiff Novartis Pharmaceuticals Corporation's Complaint of Infringement Against MSN. The grounds for this motion are set forth in Plaintiffs' Opening Brief and supporting papers, filed herewith.

1

Dated: May 22, 2023

By: */s/ Richard C. Weinblatt*
    Stamatios Stamoulis (#4606)
    Richard C. Weinblatt (#5080)
    Stamoulis & Weinblatt LLC
    800 N. West Street, Third Floor
    Wilmington, DE 19801
    (302) 999-1540
    stamoulis@swdelaw.com
    weinblatt@swdelaw.com

Of Counsel:

Daignault Iyer LLP
Ronald M. Daignault
Richard Juang
8618 Westwood Center Drive, Suite 150
Vienna, VA 22182

*Attorneys for Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited*