# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-1979-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 21-1452-RGA |

1

|  |  )  |  |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | )<br>)<br>) |  |
|  Plaintiff, | )<br>) |  |
|  v. | )<br>) | C.A. No. 22-1395-RGA |
| ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC GLOBAL HOLDING SA, ALEMBIC PHARMACEUTICALS, INC., CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, MYLAN PHARMACEUTICALS INC., MYLAN LABORATORIES LIMITED, VIATRIS INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |  |
|  Defendant. | )<br>) |  |

## [PROPOSED] CONSENT JUDGMENT AND ORDER OF INJUNCTION

**WHEREAS**, Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendant Crystal Pharmaceutical (Suzhou) Co., Ltd. ("Crystal"), ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇), and have stipulated and consented to entry of this Consent Judgment and Order of Injunction;

**WHEREAS**, Crystal stipulates and acknowledges that ▇▇▇▇▇▇▇ of United States Patent No. 8,101,659 ("the '659 Patent"), ▇▇▇▇▇▇▇ of United Sates Patent No. 8,877,938 ("the '938 Patent"), ▇▇▇▇▇▇▇ of United States Patent No. 9,388,134 ("the '134 Patent"), ▇▇

2

██ of United States Patent No. 11,058,667 ("the '667 Patent"), and ██████ of United States Patent No. 11,096,918 ("the '918 Patent") are valid and enforceable;

**WHEREAS**, Novartis and Crystal stipulate that ███████████████████

███████████████████████████████████████████

███████████████████████████;

**WHEREAS**, Crystal stipulates and acknowledges that Crystal's filing of ANDA No. 213605, including any amendments or supplements thereto, ███████████████

███████████████████████████████████████████

████████████████████████

**WHEREAS**, Crystal stipulates and acknowledges that ███████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████ and

**WHEREAS**, the Parties consent to the dismissal of all claims and counterclaims without prejudice related to the infringement by Crystal's filing of ANDA No. 213605, including any amendments or supplements thereto, or the use, sale, offer for sale, manufacture, and/or importation of the products that are the subject of Crystal's Abbreviated New Drug Application No. 213605 with respect to ██████ of the '918 Patent; and

WHEREAS, by order in Civil Action Nos. 20-2930-RGA, 21-1347-RGA, and 21-1797-RGA, dated November 14, 2022, the District Court dismissed without prejudice the complaints and counterclaims directed to United States Patent Nos. 9,517,226; 9,937,143; and 11,135,192.

**IT IS HEREBY ORDERED, DECREED, AND ADJUDGED:**

1. Judgment is entered that ▮▮▮▮ of the '659 Patent, ▮▮▮▮ of the '938 Patent, ▮▮▮▮ of the '134 Patent, ▮▮▮▮ of the '667 Patent, and ▮▮▮▮ of the '918 Patent are valid and enforceable.

2. Judgment is entered that Crystal's filing of ANDA No. 213605, including any amendments or supplements thereto, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

3. Judgment is entered that the use, sale, offer for sale, manufacture, and/or importation of the products that are the subject of Crystal's Abbreviated New Drug Application No. 213605 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (including during any extension of patent term for the '659 Patent pursuant to 35 U.S.C. § 156), and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

4. Novartis's Complaint against Crystal for infringement of ▮▮▮▮ of the '918 Patent under 35 USC §§ 271(a) and 271(e)(2) as set forth in Civil Action. No. 22-1395 is dismissed without prejudice. Crystal's counterclaims, affirmative defenses and demands in Civil Action No. 22-1395 are dismissed without prejudice.

5. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

   judgment is entered that there no longer exists a cause of action for infringement of ▓▓▓

   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

6. This Consent Judgment constitutes a "consent decree" pursuant to 21 U.S.C. § 355(j)(5)(B)(iii)(I)(bb), such that Final Approval of Crystal's Abbreviated New Drug Application No. 213605 under 21 U.S.C. § 355(j)(2)(A)(vii)(IV) may be granted on the date that this Consent Judgment is entered.

7. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, all other Novartis claims are dismissed without prejudice and all of Crystal's defenses, demands, and counterclaims are dismissed without prejudice.

8. This Court retains jurisdiction over all disputes ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

9. Crystal, and each of its affiliates, is hereby enjoined from directly or indirectly passing title or delivering to customers in the United States the products that are the subject of Crystal's Abbreviated New Drug Application No. 213605 prior to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

   ▓▓▓▓▓▓▓▓.

10. The injunction described in the foregoing paragraph shall take effect immediately upon entry of this Order by the Court.

11. During the term of the injunction, the Court retains jurisdiction over this action, including implementation of, or disputes arising out of, this Order of Injunction.

12. Each party shall each bear its and their own costs and attorney fees.

13. Novartis and Crystal each expressly waive any right to appeal or otherwise move for relief from this Consent Judgment and Order of Injunction.

*[signature]*
United States District Judge
5/30/23