## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-md-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, <br><br> Defendants. | C.A. No. 21-1760-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | C.A. No. 22-451-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD., <br><br> Defendants. | C.A. No. 21-1794-RGA |

**DEFENDANTS' NOTICE OF DEPOSITION OF**
**PETER WAIBEL UNDER FED. R. CIV. P. 30(B)(1)**

1

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(1), the applicable Local Civil Rules for the United States District Court for the District of Delaware, and the Court's Orders in this case, Defendants Hetero USA Inc., Hetero Labs Limited, and Hetero Labs Limited Unit, III ("Hetero"), Mylan Pharmaceuticals, Inc. ("Mylan"), and Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd. ("Torrent," and collectively with Hetero and Mylan, "Defendants"), by and through their respective counsel, will take the deposition upon oral examination of Peter Waibel. The deposition will be held remotely on June 14, 2023 at 9:00 am (ET) or as otherwise may be mutually agreed upon by the parties, before a court reporter, notary public, or other person authorized by law to administer oaths, and will continue from day to day until complete.

The deposition will be conducted in accordance with the Federal Rules of Civil Procedure and applicable Local Rules of the United States District Court for the District of Delaware, and will continue from day to day until completed, with such adjournments as may be necessary. The deposition will be conducted before a Notary Public or other officer authorized to administer oaths and will be recorded by stenographic and/or videographic means. The testimony taken pursuant to this Notice of Deposition may be used for any and all appropriate purposes as provided by the Federal Rules of Civil Procedure and Federal Rules of Evidence.

Dated: June 5, 2023

POTTER ANDERSON & CORROON, LLP

*/s/ Bindu A. Palapura*
David Ellis Moore (No. 3983)
Bindu A. G. Palapura (No. 5370)
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*of Counsel:*

Robert L. Florence
PARKER POE ADAMS & BERNSTEIN, LLP
1075 Peachtree Street, N.E., Suite 1500
Atlanta, GA 30309
(678) 690-5704
robertflorence@parkerpoe.com

Tasneem A. Dharamsi
PARKER POE ADAMS & BERNSTEIN, LLP
110 East Court Street, Suite 200
Greenville, SC 29601
(864) 577-6370
tasneemdharamsi@parkerpoe.com

*Attorneys for Defendant Mylan Pharmaceuticals, Inc.*

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*of Counsel:*

Dmitry V. Shelhoff
Kenneth S. Canfield
Edward D. Pergament
Julia S. Kim
PERGAMENT & CEPEDA LLP
25A Hanover Road, Suite 104
Florham Park, NJ 07932
(973) 998-7722
dshelhoff@pergamentcepeda.com
kcanfield@pergamentcepeda.com
epergament@pergamentcepeda.com
jkim@pergamentcepeda.com

*Attorneys for Defendants Hetero USA Inc., Hetero Labs Limited, Hetero Labs Limited Unit III, Torrent Pharma Inc., and Torrent Pharmaceuticals Ltd.*