**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, <br><br> Defendants. | C.A. No. 21-1760-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | C.A. No. 22-451-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD., <br><br> Defendants. | C.A. No. 21-1794-RGA |

## DEFENDANTS' SECOND NOTICE OF DEPOSITION OF NICOLE TWISK

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure and the applicable Local Civil Rules of the United States District Court for the District of Delaware, Defendants Hetero USA Inc., Hetero Labs Limited, and Hetero Labs Limited Unit III (collectively, "Hetero"); Mylan Pharmaceuticals Inc. ("Mylan"); and Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd. (collectively, "Torrent," and collectively with Hetero and Mylan, "Defendants"), by and through their attorneys, will take the deposition upon oral examination of Nicole Twisk, in person and/or remotely via videoconference, at a date, time, and/or location to be determined, and continuing from day to day thereafter until completed.  The deposition will take place in person and/or remotely before a court reporter, notary public, or other officer duly authorized to administer oaths and take testimony, and will be recorded by stenographic, audio, audiovisual, video, and/or transcribed using real time interactive transcription such as LiveNote.

All counsel of record are invited to attend the deposition in person or by videoconference or telephonic means and examine the deponent in accordance with applicable Rules.

Dated: October 19, 2023

| | |
|---|---|
| POTTER ANDERSON & CORROON, LLP | SMITH, KATZENSTEIN & JENKINS, LLP |
| /s/ David Ellis Moore<br>David Ellis Moore (No. 3983)<br>Bindu Ann George Palapura (No. 5370)<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com | /s/ Daniel A. Taylor<br>Neal C. Belgam (No. 2721)<br>Daniel A. Taylor (No. 6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com |
| *Of Counsel:*<br><br>Robert L. Florence<br>Parker Poe Adams & Bernstein LLP<br>1075 Peachtree Street, N.E., Suite 1800<br>Atlanta, GA 30309<br>(678) 690-5750<br>robertflorence@parkerpoe.com<br><br>Tasneem A. Dharamsi<br>Parker Poe Adams & Bernstein LLP<br>110 East Street, Suite 200<br>Greenville, SC 29601<br>(864) 577-6370<br>tasneemdharamsi@parkerpoe.com<br><br>*Attorneys for Defendant Mylan Pharmaceuticals Inc.* | *Of Counsel:*<br><br>Dmitry V. Shelhoff<br>Kenneth S. Canfield<br>Edward D. Pergament<br>Julia S. Kim<br>Pergament & Cepeda LLP<br>25A Hanover Road, Suite 104<br>Florham Park, NJ 07932<br>(973) 998-7722<br>kcanfield@pergamentcepeda.com<br>dshelhoff@pergamentcepeda.com<br>epergament@pergamentcepeda.com<br>jkim@pergamentcepeda.com<br><br>*Attorneys for Defendants Hetero USA Inc., Hetero Labs Limited, Hetero Labs Limited Unit III, Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.* |