# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III,<br><br>Defendants. | C.A. No. 21-1760-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>Defendant. | C.A. No. 22-451-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD.,<br><br>Defendants. | C.A. No. 21-1794-RGA |

**DEFENDANTS' SUPPLEMENTAL NOTICE OF DEPOSITION TO PLAINTIFF NOVARTIS PHARMACEUTICALS CORPORATION PURSUANT TO FED. R. CIV. P. 30(b)(6)**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and the applicable Local Civil Rules of the United States District Court for the District of Delaware, Defendants Hetero USA Inc., Hetero Labs Limited, and Hetero Labs Limited Unit III (collectively, "Hetero"); Mylan Pharmaceuticals Inc. ("Mylan"); and Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd. (collectively, "Torrent," and collectively with Hetero and Mylan, "Defendants"), by and through their attorneys, will take the deposition upon oral examination of Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") at a mutually agreed upon date, time, and location (in person or via remote means) by the parties and continuing from day to day thereafter until completed. The deposition, whether in person or remote, will be recorded by stenographic means, videotaped, and/or transcribed using real-time interactive transcription, such as LiveNote. The deposition will be taken for the purposes of discovery, for use at trial in these actions, and for any purposes permitted under the Federal Rules of Civil Procedure. You are invited to attend and participate as provided by the Federal Rules of Civil Procedure.

Pursuant to Fed. R. Civ. P. 30(b)(6), Novartis shall designate one or more knowledgeable persons to testify on its behalf with respect to the matters set forth in Schedule A attached hereto, and the person(s) so designated shall be required to testify as to those matters known or reasonably available to Novartis.

Dated: October 19, 2023

| | |
|---|---|
| POTTER ANDERSON & CORROON, LLP | SMITH, KATZENSTEIN & JENKINS, LLP |
| | |
| */s/ David Ellis Moore* | */s/ Daniel A. Taylor* |
| David Ellis Moore (No. 3983) | Neal C. Belgam (No. 2721) |
| Bindu Ann George Palapura (No. 5370) | Daniel A. Taylor (No. 6934) |
| 1313 N. Market St., Hercules Plaza, 6th Flr. | 1000 West Street, Suite 1501 |
| P.O. Box 951 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 652-8400 |
| (302) 984-6000 | nbelgam@skjlaw.com |
| dmoore@potteranderson.com | dtaylor@skjlaw.com |
| bpalapura@potteranderson.com | |
| | *Of Counsel:* |
| *Of Counsel:* | |
| | Dmitry V. Shelhoff |
| Robert L. Florence | Kenneth S. Canfield |
| Parker Poe Adams & Bernstein LLP | Edward D. Pergament |
| 1075 Peachtree Street, N.E., Suite 1800 | Julia S. Kim |
| Atlanta, GA 30309 | Pergament & Cepeda LLP |
| (678) 690-5750 | 25A Hanover Road, Suite 104 |
| robertflorence@parkerpoe.com | Florham Park, NJ 07932 |
| | (973) 998-7722 |
| Tasneem A. Dharamsi | kcanfield@pergamentcepeda.com |
| Parker Poe Adams & Bernstein LLP | dshelhoff@pergamentcepeda.com |
| 110 East Street, Suite 200 | epergament@pergamentcepeda.com |
| Greenville, SC 29601 | jkim@pergamentcepeda.com |
| (864) 577-6370 | |
| tasneemdharamsi@parkerpoe.com | *Attorneys for Defendants Hetero USA Inc., Hetero Labs Limited, Hetero Labs Limited Unit III, Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd.* |
| *Attorneys for Defendant Mylan Pharmaceuticals Inc.* | |

## SCHEDULE A

## DEFINITIONS

Defendants incorporate by reference the Definitions set forth in Defendants' Notice of Deposition to Plaintiff Novartis Pharmaceuticals Corporation Pursuant to Fed. R. Civ. P. 30(b)(6).

## DEPOSITION TOPICS

1. The documents produced by Novartis bearing Bates numbers NPC-VS-667-000040171-387 and all related facts.

2. The Declaration of Nicole Twisk Regarding Novartis's Confidentiality Practices dated September 7, 2023, and all related facts.