**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| | ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC GLOBAL HOLDING SA, ALEMBIC PHARMACEUTICALS, INC., MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, MYLAN PHARMACEUTICALS INC., MYLAN LABORATORIES LIMITED, VIATRIS INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 22-1395-RGA |
| Defendants. | ) ) ) | |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the July 6, 2023 Scheduling Order (20-md-2930-RGA, D.I. 1098), Plaintiff

Novartis Pharmaceuticals Corporation ("Novartis"), and Defendants Alembic Pharmaceuticals

Limited, Alembic Global Holding SA, Alembic Pharmaceuticals, Inc. (collectively, "Alembic"),

MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, MSN Life Sciences Private

Limited (collectively, "MSN"), Mylan Pharmaceuticals Inc., Mylan Laboratories Limited,

Viatris Inc. (collectively, "Mylan"), and Nanjing Noratech Pharmaceutical Co., Limited

1

("Noratech"), (all collectively, "Defendants"), hereby submit the following Joint Claim Construction Chart identifying for the Court the claim term of U.S. Patent No. 11,096,918 ("the '918 patent"), for which the parties have a dispute, together with the parties' proposed constructions of the disputed claim term and citations to the supporting intrinsic evidence.

## EXHIBITS

| Exhibit No. | Document Description |
|---|---|
| 1 | U.S. Patent No. 11,096,918 ("the '918 patent") |
| 2 | U.S. Application No. 16/579,581 ("the '581 application") |
| 3 | U.S. Patent No. 8,877,938 ("the '938 patent") |
| 4 | U.S. Patent No. 9,388,134 ("the '134 patent") |
| Excerpts from the '918 Patent File History | |
| 5 | 2022-02-01 Certificate of Correction |
| 6 | 2021-07-19 Notice of Allowance |
| 7 | 2021-06-17 Response to Final Rejection |
| 8 | 2021-06-10 Final Rejection |
| 9 | 2021-02-18 Submission Under 37 C.F.R. § 1.114 |
| 10 | 2021-02-15 Declaration of Michael J. Cima |
| 11 | 2020-02-24 Final Rejection |
| 12 | 2020-01-31 Amendment in Response to Non-Final Office Action |
| 13 | 2019-10-31 Non-Final Rejection |
| 14 | 2019-09-23 Claims |
| Excerpts from the '938 Patent File History | |
| 15 | 2014-03-14 Notice of Allowance |
| 16 | 2014-03-14 Interview Summary |
| 17 | 2013-12-17 Amendment and Response |
| 18 | 2011-06-23 RCE Amendment and Response |
| 19 | 2010-11-03 Office Action |
| 20 | 2010-09-09 Amendment and Response |
| 21 | 2010-09-07 Declaration of Piotr H. Karpinski |
| 22 | 2010-04-07 Non-Final Rejection |
| Excerpts from the '134 Patent File History | |
| 23 | 2016-03-21 Notice of Allowance |
| 24 | 2015-07-28 Amendment and Response |
| 25 | 2015-04-29 Office Action |

**DISPUTED CONSTRUCTION**

| Claim Term | Novartis's Proposed Construction and Supporting Intrinsic Evidence | Defendants' Proposed Construction[1] and Supporting Intrinsic Evidence |
|---|---|---|
| "An amorphous solid form of a compound" <br><br> (claims 1 and 2) | **Proposed Construction:** <br><br> No construction is required; and to the extent claim construction is required, "An amorphous solid form of a compound" <br><br> **Supporting Evidence:** <br><br> '918 patent[2], title, abstract, 1:31-46, 2:44-52, 5:44-51, 6:1-7, 6:38-43, 6:48-8:2, 9:14-11:19, 11:34-41, 13:30-14:26, 14:36-15:13, 15:63-16:5, 16:29-55, 17:41-58, 28:37-67 (Example 1), claims 1-2. <br><br> Prosecution history of the '918 patent (U.S. Application No. 16/579,581) at: <br><br> - Matching portions to the '918 patent specification in the application as filed or amended. <br> - 09.23.2019 Claims, *e.g.*, pp. 45-47. <br> - 01.31.2020 Amendment in Response to Non-Final Office Action, *e.g.*, pp. 5-7. | **Proposed Construction:** <br><br> "a substantially pure amorphous solid form of a compound" <br><br> **Supporting Evidence:** <br><br> '918 patent at Title, Abstract, 1:30-46, 2:44-3:11, 6:48-7:57, 9:14-11:15, 13:30-14:26, 14:36-15:13, 15:47-16:29, 17:28-58, 21:10-22:3, 23:11-28, 24:66-25:50, 25:57-27:63, 28:60-67, 29:30-31, 31:45-32:49. <br><br> '918 patent prosecution history at: <br><br> - 9/23/2019 Claims <br> - 10/31/2019 Non-Final Rejection <br> - 1/31/2020 Response to Non-Final Rejection <br> - 2/24/2020 Final Rejection <br> - 2/18/2021 Response to Final Rejection, including the Declaration of Michael J. Cima <br> - 6/10/2021 Final Rejection <br> - 6/17/2021 Response to Final Rejection <br> - 7/19/2021 Notice of Allowance |

---

[1] Defendants reserve the right to argue that the claims of the '918 patent are indefinite.

[2] All cites to the '918 patent in this chart include the changes listed in the Certificate of Correction.

| | |
|---|---|
| - 02.18.2021 Submission Under 37 C.F.R. § 1.114, *e.g.*, pp. 2-3.<br>- 06.10.2021 Final Rejection, *e.g.*, pp. 3-4.<br>- 06.17.2021 Response to Final Rejection, *e.g.*, p. 2.<br>- 07.19.2021 Notice of Allowance.<br>- 02.01.2022 Certificate of Correction.<br><br>'938 patent[3], claims 1-14.<br><br>'134 patent[4], claims 1-15.<br><br>Prosecution history of the '938 patent (U.S. Application No. 11/722,360) at:<br><br>- 09.09.2010 Amendment and Response, *e.g.*, pp. 3-8 & Karpinski Declaration ¶ 4.<br>- 11.03.2010 Office Action, *e.g.*, pp. 13-14.<br>- 06.23.2011 Amendment and Response, *e.g.*, pp. 3-5.<br>- 12.17.2013 Amendment and Response, *e.g.*, pp. 3-6.<br>- 03.14.2014 Interview Summary, *e.g.*, p. 2.<br>- 03.14.2014 Notice of Allowance, *e.g.*, pp. 2-4.<br><br>Prosecution history of the '134 patent (U.S. Application No. 14/311,788) at:<br><br>- 04.29.2015 Office Action, *e.g.*, p. 25 ¶ 9. | U.S. Patent No. 8,877,938 patent prosecution history at:<br><br>- 4/7/2010 Non-Final Rejection<br>- 9/7/2010 Declaration of Piotr H. Karpinski<br>- 9/9/2010 Amendment and Response<br>- 11/3/2010 Final Rejection<br>- 6/23/2011 RCE<br><br>Any intrinsic evidence relied on by Plaintiffs . |

---

[3] All cites to the '938 patent in this chart include the changes listed in the Certificate of Correction.
[4] All cites to the '134 patent in this chart include the changes listed in the Certificate of Correction.

|  | - 07.28.2015 Amendment and Response, *e.g.*, pp. 2, 4, 6.<br>- 03.21.2016 Notice of Allowance, *e.g.*, pp. 3-4.<br><br>Any intrinsic evidence relied on by Defendants. |  |

Dated: October 20, 2023                                  Respectfully submitted,

MCCARTER & ENGLISH, LLP                                  SMITH, KATZENSTEIN & JENKINS, LLP

/s/ Alexandra M. Joyce                                   /s/ Daniel A. Taylor
Daniel M. Silver (#4758)                                 Neal C. Belgam (#2721)
Alexandra M. Joyce (#6423)                               Daniel A. Taylor (#6934)
Renaissance Centre                                       1000 West Street, Suite 1501
405 N. King Street, 8th Floor                            Wilmington, DE 19801
Wilmington, DE 19801                                     (302) 652-8400
(302) 984-6300                                           nbelgam@skjlaw.com
dsilver@mccarter.com                                     dtaylor@skjlaw.com
ajoyce@mccarter.com

                                                         Stuart D. Sender
Nicholas N. Kallas                                       WINDELS MARX LANE & MITTENDORF, LLP
Christina Schwarz                                        One Giralda Farms, Suite 100
Christopher E. Loh                                       Madison, NJ 07940
Susanne Flanders                                         (973) 966-3200
Jared L. Stringham                                       ssender@windelsmarx.com
Shannon Clark
Laura Fishwick                                           *Attorneys for Defendants Alembic*
Gregory J. Manas                                         *Pharmaceuticals Limited and Alembic*
VENABLE LLP                                              *Pharmaceuticals, Inc.*
151 West 42nd Street
New York, NY 10036                                       POTTER ANDERSON & CORROON LLP
(212) 307-5500
nkallas@venable.com                                      /s/ David Ellis Moore
cschwarz@venable.com                                     David Ellis Moore (#3983)
cloh@venable.com                                         Bindu Ann George Palapura (#5370)
slflanders@venable.com                                   1313 N. Market Street, Hercules Plaza, 6th
jlstringham@venable.com                                  Floor P.O. Box 951
skclark@venable.com                                      Wilmington, DE 19899-0951
lfishwick@venable.com                                    (302) 984-6000
gjmanas@venable.com                                      dmoore@potteranderson.com
                                                         bpalapura@potteranderson.com
*Attorneys for Plaintiff Novartis*
*Pharmaceuticals Corporation*                            Robert L. Florence
                                                         PARKER POE ADAMS & BERNSTEIN LLP
                                                         1075 Peachtree Street, N.E. Suite 1500
                                                         Atlanta, GA 30309
                                                         (678) 690-5750
                                                         robertflorence@parkerpoe.com

6

STAMOULIS & WEINBLATT LLC

/s/ Richard C. Weinblatt
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Ronald M. Daignault*
Richard Juang*
DAIGNAULT IYER LLP
8618 Westwood Center Drive, Suite 150
Vienna, VA 22182
rdaignault@daignaultiyer.com
rjuang@daignaultiyer.com
*Not admitted in Virginia

*Attorneys for Defendants MSN
Pharmaceuticals Inc., MSN Laboratories
Private Limited, and MSN Life Sciences
Private Limited*

Tasneem A. Dharamsi
PARKER POE ADAMS & BERNSTEIN LLP
110 East Court Street, Suite 200
Greenville, SC 29691
(864) 577-6370
tasneemdharamsi@parkerpoe.com

*Attorneys for Defendants Mylan
Pharmaceuticals Inc., Mylan Laboratories
Limited, and Viatris Inc.*

HEYMAN ENERIO GATTUSO & HIRZEL LLP

/s/ Dominick T. Gattuso
Dominick T. Gattuso (#3630)
Denise S. Kraft (#2778)
300 Delaware Ave., Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law
dkraft@hegh.law

Don J. Mizerk
Matthew M. Kamps
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 655-1500
don.mizerk@huschblackwell.com
matt.kamps@huschblackwell.com

Thomas P. Heneghan
HUSCH BLACKWELL LLP
33 East Main Street, Suite 300
Madison, WI 53703
(606) 234-6032
tom.heneghan@huschblackwell.com

*Attorneys for Defendant Nanjing Noratech
Pharmaceutical Co., Limited*