THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (sacubitril/valsartan) Patent Litigation | C.A. No. 20-md-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ALEMBIC PHARMACEUTICALS LIMITED, et al. <br><br> Defendants. | C.A. No. 22-cv-1395-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> NANJING NORATECH PHARMACEUTICAL CO., LIMITED, <br><br> Defendant. | C.A. No. 23-401-RGA |

**ORDER GRANTING NANJING NORATECH PHARMACEUTICAL CO., LIMITED'S
<u>REQUESTED RELIEF RELATED TO DISCOVERY DISPUTES</u>**

This _____ day of _____ 2023, the Court having reviewed Nanjing Noratech Pharmaceutical Co., Limited's ("Noratech's") Letter Brief dated November 17, 2023 and heard oral argument regarding the same, having considered the merits, and the Court having found good cause to grant the relief requested therein,

IT IS HEREBY ORDERED that:

1. Novartis's work product and privilege objections to producing documents and information related to testing of Noratech's ANDA Products, as requested in Noratech's Requests for Production Nos. 1-16 and '918 Interrogatory No. 2 (C.A. No. 22-1395-RGA), are overruled.

2. Novartis must search for and produce documents and communications responsive to Noratech Requests for Production Nos. 6, 7, and 9-12.

3. Novartis must amend or supplement its response to '667 Interrogatory No. 1 (C.A. No. 23-401-RGA) to either 1) identify the documents (if any) from which a response could be obtained pursuant to FRCP 33(d); or (2) answer '667 Interrogatory No. 1 fully in writing.

4. Novartis must amend or supplement its response to '667 Interrogatory No. 2 (C.A. No. 23-401-RGA) to admit or deny that a patient switching from Entresto to Noratech's ANDA Products will not infringe any claim of the '667 patent under Section 271(a).

5. Novartis must amend or supplement its response to '918 Interrogatory No. 1 (C.A. No. 22-1395-RGA) to comply with FRCP 33(d) by confirming (1) whether it has identified all documents sufficient to respond to '918 Interrogatory No. 1; or (2) identify all documents sufficient to respond to '918 Interrogatory No. 1.

6. Novartis must amend or supplement its response to '918 Interrogatory No. 3 (C.A. No. 22-1395-RGA) to either 1) confirm the only responsive information to '918 Interrogatory No. 3 is the information Novartis identified in its response to '918 Interrogatory No. 1; or 2) provide an answer that adequately addresses the information sought by '918 Interrogatory No. 3.

SO ORDERED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE