# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, Plaintiff, v. ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC GLOBAL HOLDING SA, ALEMBIC PHARMACEUTICALS, INC., MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, MYLAN PHARMACEUTICALS INC., MYLAN LABORATORIES LIMITED, VIATRIS INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 22-1395-RGA |

## NOVARTIS'S NOTICE OF DEPOSITION OF DR. EDMUND J. ELDER, JR.

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and the applicable Local Civil Rules of the United States District Court for the District of Delaware, Plaintiff Novartis Pharmaceuticals Corporation, by and through its attorneys, will take the deposition upon oral examination of Dr. Edmund J. Elder, Jr., remotely via videoconference, beginning on a mutually agreed time and date, and continuing from day to day thereafter until completed, regarding the subject matter of Dr. Elder's December 15, 2023 Declaration In Support

ME1 47055211v.1

Of Defendants' Answering Claim Construction Brief, served in this litigation. The deposition will take place remotely before a notary public or other officer duly authorized to administer oaths and take testimony, and will be recorded by stenographic means, and may be videotaped, audiotaped and/or transcribed using real time interactive transcription.

All counsel of record are invited to attend the deposition by videoconference or telephonic means and examine the deponent in accordance with applicable Rules.

Dated: December 19, 2023

McCARTER & ENGLISH, LLP

/s/ *Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
*dsilver@mccarter.com*
*ajoyce@mccarter.com*

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*

OF COUNSEL:

Nicholas N. Kallas
Christina Schwarz
Christopher E. Loh
Susanne Flanders
Jared L. Stringham
Shannon Clark
Laura K. Fishwick
Gregory J. Manas
VENABLE LLP
151 West 42nd Street
New York, New York 10036
(212) 307-5500
*nkallas@venable.com*
*cschwarz@venable.com*
*cloh@venable.com*
*slflanders@venable.com*
*jlstringham@venable.com*
*skclark@venable.com*
*lfishwick@venable.com*
*gjmanas@venable.com*