**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | MDL No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>Defendant. | C.A. No. 22-451-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC GLOBAL HOLDING SA, ALEMBIC PHARMACEUTICALS, INC., MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, MYLAN PHARMACEUTICALS INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>Defendants. | C.A. No. 22-1395-RGA |

**STIPULATION AND [PROPOSED] ORDER STAYING MYLAN ACTIONS**

**WHEREAS**, Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendant Mylan Pharmaceuticals Inc. ("Mylan") are parties ("the Parties") to the above-captioned actions pending before this Court;

**WHEREAS**, Novartis and Mylan have ███████████████ the above-captioned actions, as well as a pending action in the U.S. District Court for the Northern District of West Virginia[1] (the "West Virginia court") and an appeal at the Federal Circuit[2] ███████████,

**WHEREAS**, ███████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████, but nothing ███████████ will affect this Court's entry of any orders on its docket as to Novartis and other defendants;

**WHEREAS**, the Parties expect that ███████████████████████

███████████████████████████████████████████,

which will take some time;

---

[1] *Novartis Pharmaceuticals Corporation v. Mylan Pharmaceuticals Inc.*, Civil Action No. 1:19-cv-201-TSK.
[2] *Novartis Pharmaceuticals Corporation v. Mylan Pharmaceuticals Inc.*, Appeal No. 23-2260 (consolidated with Lead Appeal No. 23-2218).

1

ME1 47442149v.1

2

**WHEREAS**, Novartis and Mylan seek a 75 day stay of the above captioned actions solely as they relate to Mylan to ███████████████████████████████;

**NOW, THEREFORE**, Novartis and Mylan hereby stipulate, subject to the Court's approval, as follows:

1. The above captioned actions are stayed solely as to Mylan until April 8, 2024 to allow the Parties to ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████.

2. During the term of the stay, neither Novartis nor Mylan will act, nor assist any third party in acting, directly adverse to the other party in any of the above captioned actions or any other action related to these actions; however, for the avoidance of doubt, this does not restrict Novartis from acting adverse to other parties in any actions.

3. ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████. To the extent any Mylan specific deadlines or requirements in the foregoing actions pass during the pendency of the stay, the Parties will comply with such deadlines or requirements within five (5) business days after the conclusion of the stay and will work together to resolve any disputes related to the same.

4. ██████████████████████████████, or a request for further extension by the Parties, the stay shall expire on April 8, 2024 without any further action by the Parties or

2

the Court, and the Parties shall file a joint status report within five (5) business days thereafter.

5. For the avoidance of doubt, this stay applies only to Mylan and not to any other party in the above-captioned cases.

Dated: January 23, 2024

| MCCARTER & ENGLISH, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Daniel M. Silver | /s/ David Ellis Moore |
| Daniel M. Silver (#4758) | David Ellis Moore (#3983) |
| Alexandra M. Joyce (#6423) | Bindu Ann George Palapura (#5370) |
| Renaissance Centre | 1313 N. Market Street, Hercules Plaza, 6th |
| 405 N. King Street, 8th Floor | Floor P.O. Box 951 |
| Wilmington, Delaware 19801 | Wilmington, DE 19899-0951 |
| (302) 984-6300 | (302) 984-6000 |
| dsilver@mccarter.com | dmoore@potteranderson.com |
| ajoyce@mccarter.com | bpalapura@potteranderson.com |
| | |
| Nicholas N. Kallas | Robert L. Florence |
| Christina Schwarz | PARKER POE ADAMS & BERNSTEIN LLP |
| Jared L. Stringham | 1075 Peachtree Street, N.E. Suite 1500 |
| Christopher E. Loh | Atlanta, GA 30309 |
| Susanne L. Flanders | (678) 690-5750 |
| Melinda R. Roberts | robertflorence@parkerpoe.com |
| Shannon K. Clark | |
| Laura K. Fishwick | Tasneem A. Dharamsi |
| Gregory J. Manas | PARKER POE ADAMS & BERNSTEIN LLP |
| VENABLE LLP | 110 East Court Street, Suite 200 |
| 151 West 42nd Street | Greenville, SC 29691 |
| New York, New York 10036 | (864) 577-6370 |
| nkallas@venable.com | tasneemdharamsi@parkerpoe.com |
| cschwarz@venable.com | |
| jlstringham@venable.com | *Attorneys for Defendant Mylan* |
| cloh@venable.com | *Pharmaceuticals Inc.* |
| slflanders@venable.com | |
| mrroberts@venable.com | |
| skclark@venable.com | |
| lfishwick@venable.com | |
| gjmanas@venable.com | |

*Attorneys for Plaintiff*
*Novartis Pharmaceuticals Corporation*

3

**SO ORDERED** this _____ day of _____, 2024

_____
UNITED STATES DISTRICT JUDGE