# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD.,<br><br>Defendants. | C.A. No. 21-1330-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III,<br><br>Defendants. | C.A. No. 21-1760-RGA |

|  |  |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TORRENT PHARMA INC., )<br>TORRENT PHARMACEUTICALS LTD., )<br>)<br>Defendants. )<br>) | C.A. No. 21-1794-RGA |

**ORDER GRANTING JOINT MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S
MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

The Court having considered the Joint Motion for Exemption of Persons from the District of Delaware's May 15, 2023 Standing Order on Personal Devices (the "Joint Motion"),

IT IS SO ORDERED this __30__ day of __January__ 2024 that:

1. The Joint Motion is GRANTED;

2. For purposes of the pretrial conference, courtroom setup, and trial in the above-captioned case, the following persons are exempt from the District of Delaware's May 15, 2023 Standing Order and shall be permitted to retain and use their personal electronic devices:

- Nicholas N. Kallas
- Christopher E. Loh
- Susanne L. Flanders
- Jared L. Stringham
- Shannon K. Clark
- Melinda R. Roberts
- Laura K. Fishwick

- Gregory J. Manas
- Erin K. Belfield
- Carrie S. Park
- Launa Willingham
- Jessica Borriello
- Lauren Grant
- Brian Robinson
- Denis Barbier
- Francis G. Spinale, M.D.
- Alexander M. Klibanov, Ph.D.
- Adam J. Matzger, Ph.D.
- Aeri Park, Ph.D.
- Bernhardt L. Trout, Ph.D.
- Stuart D. Katz, M.D.
- David R. Taft, Ph.D.
- James Watkins
- Dmitry V. Shelhoff
- Kenneth S. Canfield
- Edward D. Pergament
- Julia S. Kim
- Oliver Rogers
- Morgan M. Daughton
- Dan James Fintel, M.D.

- David Atwood, Ph.D.

- Jonathon W. Steed, Ph.D.

- Justin Berns

3. Such persons listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshalls upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

/s/ Richard G. Andrews
Hon. Richard G. Andrews
United States District Judge