

February 5, 2024

***Via CM/ECF***

The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9, Room 6325
Wilmington, DE 19801-3555

**Re:**   ***In re: Entresto*, MDL No. 20-2930-RGA; *Novartis Pharmaceuticals Corporation v. Alkem Laboratories Ltd. et al.*, C.A. No. 21-1330-RGA; *Novartis Pharmaceuticals Corporation v. Hetero USA Inc., et al.*, C.A. No. 21-1760-RGA**

Dear Judge Andrews,

We write on behalf of defendants Hetero USA, Inc., Hetero Labs Limited, and Hetero Labs Limited Unit III ("Hetero") in the above-referenced matters.

At the February 2, 2024 pretrial conference, with reference to Plaintiffs' Motion in Limine as to Hetero's alleged infringement of the '918 Patent, Your Honor requested that Hetero identify the relevant paragraphs of Dr. Steed's and Dr. Atwood's reply and subsequent expert reports that are relevant to the defense of infringement as to the '918 Patent and that Hetero may rely on for noninfringement purposes at trial. Hetero identifies the following portions:

<u>Reply Expert Report of Jonathan W. Steed, Ph.D., on the Invalidity of the '918 Patent</u>

- § IV.A ("Claim 1 of the '918 Patent Is a Genus Claim; If Dr. Trout's Opinion Otherwise Is Adopted, It Provides Hetero with an Additional Basis for Noninfringement") (¶¶ 15-21)

- § VI.E ("Dr. Park's Data Do Not Demonstrate That She Obtained Amorphous TVS") (¶¶ 86-104)

- § VI.F ("Partial Product of Example 1 Is Indistinguishable From a Physical Mixture of Individual Amorphous Sacubitril Sodium and Valsartan Disodium") (¶¶ 105-07)

- ¶ 109

<u>Sur-surreply Expert Report of Jonathan W. Steed, Ph.D. on the Invalidity of the '918 Patent</u>

- § II ("Dr. Park's Data and the Diacetone Alcohol Impurity") (¶¶ 16-18)

Page 2


Moreover, Your Honor requested that Hetero further identify whether the contents of these opinions were addressed in Dr. Steed's responsive report on Hetero's non-infringement. Content of Dr. Steed's opinion in ¶ 87 of his Reply Expert Report was addressed in ¶ 39 of the Responsive Expert Report of Jonathan W. Steed, Ph.D. on Non-Infringement of the '918 Patent. Otherwise, the above-identified opinions were not addressed in Dr. Steed's Responsive Report. Dr. Steed's opinions in § IV.A and ¶ 109 of his Reply Report are responsive to opinions in the responsive report of Novartis's invalidity expert for the '918 patent, Dr. Trout, that were not available to Dr. Steed as of the date of his Responsive Report.


Should the Court have any further questions, please let us know.


Respectfully submitted,

/s/ *Daniel A. Taylor*

Daniel A. Taylor (No. 6934)


cc:      Counsel of Record (via CM/ECF and electronic mail)