IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re ENTRESTO (SACUBITRIL/VALSARTAN) PATENT LITIGATION | : : : : : : | MDL No. 20-2930-RGA<br><br>C.A. Nos. 21-1330-RGA<br>21-1760-RGA<br>21-1794-RGA |

**ORDER AFTER PRETRIAL CONFERENCE**

Now, this 7th day of February, 2024, after a pretrial conference on February 2, 2024, and upon consideration of the proposed pretrial order (No. 20md2930, D.I. 1241) and the discussion at the pretrial conference, IT IS HEREBY ORDERED that:

1. The Proposed Pretrial Order (D.I. 1241) is **ADOPTED**, as modified by any discussion at the pretrial conference.

2. A bench trial will begin on Monday, February 12, 2024, at 9:15 a.m. Each side should be prepared to present its case until 5:00 p.m. of each trial day, although the end of the trial day may, in the discretion of the Court, be earlier than 5:00 p.m.

3. The trial is timed. Each side is allowed 12 ½ hours for its opening statement and its direct and cross-examination of witnesses. Time during the trial day that does not neatly fit into one of those categories will be attributed to one side or the other as the Court thinks most appropriate. Closing argument will be held at 10:00 a.m. on Friday, February 16, 2024. The amount of time allowed for closing argument is not expected to exceed 45 minutes per side and may well be less.

4. Trial counsel are to be present and ready to proceed at 9:00 a.m. each and every day of trial. **COUNSEL SHOULD UNDERSTAND THAT THERE MAY BE LONG LINES**

**(PARTICULARLY WHEN A JURY IS BEING SELECTED) TO ENTER THE COURTHOUSE AND SHOULD PLAN ACCORDINGLY.**  There will be up to an hour for lunch and at least one break in both the morning and the afternoon.

    5. The Court ruled on the two of the pending motions in limine.  (No. 20md2930, D.I. 1242; D.I. 1245).  The Court stated its reasoning at the pretrial conference.  As to the first (D.I. 1242), with regard to Torrent, it is DENIED without prejudice to specific objections at trial, and, with regard to Hetero, it is GRANTED.  As to the second (D.I. 1245), it is DENIED without prejudice to specific objections at trial.

    6. Any trial logistics should be coordinated through the Courtroom Deputy.

    7. The parties should discuss with each other page limits and a schedule for proposed post-trial findings of fact and briefing.  The parties are encouraged to jointly propose a schedule that takes into account the possibility of FDA approval of Defendants' ANDAs.

                                                            /s/ Richard G. Andrews  
                                                            United States District Judge