

|  |  |
|---|---|
| **Daniel M. Silver**<br>Wilmington Office Managing Partner<br>T. 302-984-6331<br>F. 302-691-1260<br>dsilver@mccarter.com | McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801-3717<br>www.mccarter.com |

February 8, 2024

<u>**VIA CM/ECF**</u>

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re:   *In re Entresto (Sacubitril/Valsartan) Patent Litigation,* **Case Nos. 20-md-2930, 21-1330, 21-1760, 21-1794 (RGA)**

Dear Judge Andrews,

Pursuant to Your Honor's oral order at the Pretrial Conference on February 2, 2024, Plaintiff Novartis Pharmaceuticals Corporation hereby submits the curriculum vitae for the following experts, who will testify on behalf of Novartis during the February 12-16, 2024 trial concerning the '667 and '918 patents.

1. Dr. Stuart Katz (PTX 1139)
2. Dr. Alexander M. Klibanov (PTX 1103)
3. Dr. Adam J. Matzger (PTX 16A)
4. Dr. Aeri Park (PTX 271)
5. Dr. Francis Spinale (PTX 1104)
6. Dr. David R. Taft (PTX 1105)
7. Dr. Bernhardt Trout (PTX 335A)

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc:   Counsel of Record (via Electronic Mail)

ME1 47594682v.1