

February 8, 2024

*Via CM/ECF*
The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9, Room 6325
Wilmington, DE 19801-3555

Re:   *In re: Entresto*, MDL No. 20-2930-RGA; *Novartis Pharmaceuticals Corporation v. Alkem Laboratories Ltd. et al.*, C.A. No. 21-1330-RGA; *Novartis Pharmaceuticals Corporation v. Hetero USA Inc., et al.*, C.A. No. 21-1760-RGA; *Novartis Pharmaceuticals Corporation v. Torrent Pharma Inc. et al.*, C.A. No. 21-1794-RGA

Dear Judge Andrews,

      We write on behalf of defendants Hetero USA, Inc., Hetero Labs Limited, Hetero Labs Limited Unit III, Torrent Pharma Inc., and Torrent Pharmaceuticals Ltd. ("Defendants") in the above-referenced matters.

      Pursuant to Your Honor's request at the February 2, 2024 pretrial conference, for the résumés of Defendants' experts, attached are *curricula vitae* for: Dan James Fintel, M.D. (DTX-6044); Dr. Jonathan W. Steed (DTX-5076); and Dr. David Atwood (DTX-5075). The subject of the experts' testimony is detailed in Exhibits 10A and 10B of the Joint Pretrial Order. (MDL No. 20-2930, D.I. 1241)

      Should the Court have any further questions, please let us know.

Respectfully submitted,

*/s/ Daniel A. Taylor*

Daniel A. Taylor (No. 6934)

cc:   Counsel of Record (via CM/ECF and electronic mail)