**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | MDL No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, | |
| Plaintiff, | PUBLIC VERSION FILED: February 15, 2024 |
| v. | |
| HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD., | C.A. No. 21-1330-RGA |
| Defendants. | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | |
| Plaintiff, | |
| v. | C.A. No. 21-1760-RGA |
| HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, | |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER**

**WHEREAS** Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") sued

Defendants Hetero USA Inc., Hetero Labs Limited, and Hetero Labs Limited (collectively,

"Hetero") and Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd. (collectively, "Torrent") in

the above-captioned actions ("Actions") for infringement of, *inter alia*, Novartis's U.S. Patent Nos. 11,096,918 ("'918 patent") in connection with Hetero's submission to the United States Food and Drug Administration ("FDA") of Abbreviated New Drug Application ("ANDA") No. 213668 seeking FDA approval to market sacubitril/valsartan tablets, 24 mg/26 mg, 49 mg/51 mg, and 97 mg/103 mg strengths for which the reference listed drug is Novartis's Entresto® ("Hetero's ANDA Products");

WHEREAS Novartis has asserted claim 1 of the '918 patent (the "Asserted Claim of the '918 patent") against Hetero and Torrent in the Actions;

WHEREAS the trial involving the '918 patent is scheduled to commence on February 12, 2024, per the Court Order (20-md-2930, D.I. 1233);

WHEREAS Novartis, Hetero, and Torrent seek to streamline trial presentation by limiting the number of issues for trial to comply with the trial-time hours limitations set out in the Court Order (D.I. 1233);

WHEREAS, for purposes of the Actions only, and for the purpose of the issue of ███████████ of the Asserted Claim of the '918 patent, Hetero does not ███████████ ███████████████████████████;

WHEREAS, for purposes of the Actions only, and for the purpose of the issue of ███████████ of the Asserted Claims of the '667 patent only, Hetero's proposed active pharmaceutical ingredient in Hetero's ANDA Products is ███████████████████ ███████████████████████ );

NOW THEREFORE Novartis, Hetero, and Torrent, by and through their respective undersigned counsel in the Actions, and subject to the approval of the Court, stipulate and agree as follows, for purposes of the above-captioned actions only:

2

1.      Hetero stipulates that Hetero's filing of ANDA No. 213604, including any amendments or supplements thereto, ██████████████████████████ unless such claim is held to be invalid or unenforceable. Hetero maintains all rights to defend, and counterclaim, on the basis that the Asserted Claim of the '918 patent is invalid.

2.      Hetero stipulates that Hetero's ANDA Products, if approved by FDA, will ██████████████████, unless such claim is held to be invalid or unenforceable. Hetero maintains all rights to defend, and counterclaim, on the basis that the Asserted Claim of the '918 patent is invalid.

3.      The parties agree that this stipulation in no way affects the parties' respective positions concerning the scope of the Asserted Claim of the '918 patent.

3

Dated: February 8, 2024

McCarter & English, LLP

/s/ Daniel M. Silver
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

OF COUNSEL:

Nicholas N. Kallas
Christina Schwarz
Jared L. Stringham
Christopher E. Loh
Venable LLP
151 West 42nd Street
New York, New York 10036
(212) 218-2100
nkallas@venable.com
cschwarz@venable.com
jlstringham@venable.com
cloh@venable.com

*Attorneys for Plaintiff Novartis*
*Pharmaceuticals Corporation*

Smith, Katzenstein & Jenkins LLP

/s/ Daniel A. Taylor
Neal C. Belgam
Daniel A. Taylor
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

Dmitry V. Shelhoff
Kenneth S. Canfield
Edward D. Pergament
Julia S. Kim
Pergament & Cepeda LLP
25A Hanover Road, Suite 104
Florham Park, NJ 07932
(973) 998-7722
dshelhoff@pergamentcepeda.com
kcanfield@pergamentcepeda.com
epergament@pergamentcepeda.com
jkim@pergamentcepeda.com

*Attorneys for Defendants Hetero USA Inc.,*
*Hetero Labs Limited, Hetero Labs Limited,*
*Torrent Pharma Inc., and Torrent*
*Pharmaceuticals Ltd.*

SO ORDERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

ME1 47599406v.1