

**Daniel M. Silver**
Wilmington Office Managing Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

February 20, 2024

<u>VIA CM/ECF</u>

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re:   *In re Entresto (Sacubitril/Valsartan) Patent Litigation,* Case Nos. 20-md-2930, 21-1330, 21-1760, 21-1794 (RGA)

Dear Judge Andrews,

Pursuant to the discussion with the Court at trial, the parties write to inform the Court that they have agreed upon the schedule and limits below for post-trial briefing.

Opening Briefs: due **March 27, 2024**
- Novartis's opening brief on '667 patent infringement (30 pages) and findings of fact (40 pages)
- Defendants' opening brief on '918 and '667 patent validity (40 pages) and findings of fact (60 pages)

Answering Briefs: due **May 3, 2024**
- Novartis's answering brief on '918 and '667 patent validity (60 pages) and findings of fact (60 pages)
- Defendants answering brief on '667 patent infringement (45 pages) and findings of fact (40 pages)

Reply Briefs: due **May 31, 2024**
- Novartis's reply brief on '667 patent infringement (15 pages)
- Defendants' reply brief on '918 and '667 patent validity (20 pages)

Counsel are available should the Court have any questions or need anything further.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc:   Counsel of Record (via Electronic Mail)

ME1 47683615v.1