# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC PHARMACEUTICALS, INC., MACLEODS PHARMACEUTICALS LTD., MACLEODS PHARMA USA, INC.,<br><br>Defendants. | PUBLIC VERSION FILED: February 21, 2024<br><br>C.A. No. 19-2021-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 20-74-RGA |

1

ME1 47567590v.1

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC GLOBAL HOLDING SA, ALEMBIC PHARMACEUTICALS, INC., MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, MYLAN PHARMACEUTICALS INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 22-1395-RGA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |



## [PROPOSED] CONSENT JUDGMENT AND ORDER OF INJUNCTION

**WHEREAS**, Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendants Alembic Pharmaceuticals Limited, Alembic Global Holding SA, and Alembic Pharmaceuticals, Inc. (collectively, "Alembic"), have agreed to terms and conditions representing a negotiated settlement of these actions, have set forth those terms and conditions in a confidential Settlement and License Agreement (the "Settlement Agreement"), and have stipulated and consented to entry of this Consent Judgment and Order of Injunction;

**WHEREAS**, Alembic stipulates and acknowledges that ▓▓▓▓▓▓ of United States Patent No. 8,101,659 ("the '659 Patent") and ▓▓▓▓▓▓ United States Patent No. 11,096,918 ("the '918 Patent") (collectively, the "Patents-In-Suit" and the "Asserted Claims of the Patents-In-Suit"), asserted in these actions against Alembic, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2

**WHEREAS**, by Order dated March 24, 2022, in Civil Action Nos. 20-2930-RGA, 19-2021-RGA and 20-74, Alembic stipulated to infringement of the '659 Patent and the Court dismissed all of Alembic's defenses, demands, and counterclaims in those cases with prejudice;

**WHEREAS**, the parties seek to supersede the provisions of the March 24, 2022, Order, apart from the already-effected dismissal of Alembic's defenses, demands, and counterclaims;

**WHEREAS**, Alembic stipulates and acknowledges that Alembic's filing of ANDA No. 213682, including any amendments or supplements thereto, ███████████████████████████████████████████████████████████████ ██████ and

**WHEREAS**, Alembic stipulates and acknowledges that ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

**IT IS HEREBY ORDERED, DECREED, AND ADJUDGED:**

1. Judgment is entered that ████████████████████████████████████████

2. Judgment is entered that Alembic's filing of ANDA No. 213682, including any amendments or supplements thereto, █████████████████████████████████ ███████████████████

3. Judgment is entered that the use, sale, offer for sale, manufacture, and/or importation of the products that are the subject of Alembic's Abbreviated New Drug Application No. 213682 ████████████████████████████████████████████████████████████████████████

3

271(a) (including during any extension of patent term for the '659 Patent pursuant to 35 U.S.C. § 156).

4. By virtue of the March 24, 2022, Order ████████████████████████████ ████████████████████████, judgment is entered that there no longer exists a cause of action ████████████████████████████████████████████████ ████████████████████████████████████.

5. This Consent Judgment constitutes a "consent decree" pursuant to 21 U.S.C. § 355(j)(5)(B)(iii)(I)(bb), such that Final Approval of Alembic's Abbreviated New Drug Application No. 213682 under 21 U.S.C. § 355(j)(2)(A)(vii)(IV) may be granted on the date that this Consent Judgment is entered.

6. ████████████████████████████████████████████████ Novartis's claims ████████████████████████ are dismissed without prejudice and all of Alembic's defenses, demands and counterclaims ████████████████████ have already been dismissed with prejudice.

7. ████████████████████████████████████████ Novartis's claims ██████████ ██████████ are dismissed without prejudice and all of Alembic's defenses, demands and counterclaims are dismissed without prejudice.

8. This Court retains jurisdiction over all disputes ████████████████████████████.

9. Alembic, and each of its affiliates, is hereby enjoined from directly or indirectly passing title or delivering to customers in the United States the products that are the subject of Alembic's Abbreviated New Drug Application No. 213682 prior to ████████████████████████ ████████████████████████████████████████████████ ██████.

4

10. The injunction described in the foregoing paragraph shall take effect immediately upon entry of this Order by the Court.

11. During the term of the injunction, the Court retains jurisdiction over this action, including implementation of, or disputes arising out of, this Order of Injunction.

12. Nothing herein prohibits or is intended to prohibit Alembic from engaging in any activity permitted under 35 U.S.C. § 271(e)(1).

13. Each party shall each bear its and their own costs and attorney fees.

14. Novartis and Alembic each expressly waive any right to appeal or otherwise move for relief from this Consent Judgment and Order of Injunction.

_____
United States District Judge

ME1 47567590v.1

DATED: February 6, 2024

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | SMITH, KATZENSTEIN & JENKINS LLP |
| /s/ Alexandra M. Joyce | /s/ Daniel A. Taylor |
| Daniel M. Silver (#4758) | Neal C. Belgam (#2721) |
| Alexandra M. Joyce (#6423) | Daniel A. Taylor (#6934) |
| Renaissance Centre | 1000 West Street, Suite 1501 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 652-8400 |
| (302) 984-6300 | nbelgam@skjlaw.com |
| dsilver@mccarter.com | dtaylor@skjlaw.com |
| ajoyce@mccarter.com | |
| | Stuart Sender |
| Nicholas N. Kallas | Frank D. Rodriguez |
| Christina Schwarz | WINDELS MARX LANE & |
| Christopher E. Loh | MITTENDORF, LLP |
| Jared L. Stringham | 1 Giralda Farms, Suite 100 |
| VENABLE LLP | Madison, NJ 07940 |
| 151 West 42nd Street | (973) 966-3200 |
| New York, NY 10036 | ssender@windelsmarx.com |
| (212) 307-5500 | frodriguez@windelsmarx.com |
| nkallas@venable.com | |
| cschwarz@venable.com | *Attorneys for Defendants* |
| cloh@venable.com | *Alembic Pharmaceuticals Limited and* |
| jlstringham@venable.com | *Alembic Pharmaceuticals, Inc.* |

*Attorneys for Plaintiff Novartis
Pharmaceuticals Corporation*