

**Daniel M. Silver**
Wilmington Office Managing Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

February 22, 2024

<u>**VIA CM/ECF**</u>

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re:   *In re Entresto (Sacubitril/Valsartan) Patent Litigation,*
      **Case Nos. 20-md-2930; 23-401 (RGA)**

Dear Judge Andrews,

The parties write jointly to inform the Court that an agreement has been reached with respect to claim construction of U.S. Patent No. 11,058,667 ("the '667 patent"), and claim construction of the only disputed claim term ("regimen") is no longer necessary. The parties agree the '667 patent claims have the following literal scope:

- The claimed steps are performed in the order recited in the claims (*i.e.* 50 mg sacubitril/valsartan → 100 mg sacubitril/valsartan → 200 mg sacubitril/valsartan).
- The claims do not permit additional unrecited titration and administration steps to be performed between the recited titration and administration steps, including between the 50 mg and 100 mg sacubitril/valsartan steps, and between the 100 mg and 200 mg sacubitril/valsartan steps.

For the avoidance of doubt, this claim scope follows from the claim as a whole, and not the term "regimen." This agreement resolves the '667 patent claim construction dispute.

The parties jointly request that the deadline for the joint claim construction brief and March 12, 2024 *Markman* hearing as to the '667 patent in the above-captioned proceedings be removed from the Court's calendar. For avoidance of doubt, this request does not impact the deadline for the joint claim construction brief or the March 12, 2024 *Markman* hearing as to U.S. Patent No. 11,096,918 in C.A. No. 22-1395-RGA.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc:   Counsel of Record (via Electronic Mail)

ME1 47703617v.1