# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, MYLAN PHARMACEUTICALS INC., MYLAN LABORATORIES LIMITED, VIATRIS INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 22-1395-RGA |

## JOINT MOTION FOR CLAIM CONSTRUCTION HEARING

Pursuant to the July 6, 2023 Scheduling Order (20-md-2930-RGA, D.I. 1098), Plaintiff Novartis Pharmaceuticals Corporation ("Novartis"), and Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited (collectively, "MSN") and Nanjing Noratech Pharmaceutical Co., Limited ("Noratech") (all collectively, "Defendants") notify this Court that briefing is complete in the above-captioned cases, and request that this Court hold a claim construction hearing in these cases beginning at 9 a.m. on March 12, 2024 regarding the disputed term "an amorphous solid form of a compound." The

ME1 47713828v.1

Parties respectfully request that the Court set aside 60 minutes to be split equally between the Plaintiff and Defendants.

ME1 47713828v.1

| | |
|---|---|
| Dated: February 23, 2024 | Respectfully submitted |
| MCCARTER & ENGLISH, LLP | STAMOULIS & WEINBLATT LLC |

/s/ Alexandra M. Joyce
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

Nicholas N. Kallas
Christina Schwarz
Christopher E. Loh
Susanne Flanders
Jared L. Stringham
Shannon Clark
Laura Fishwick
Gregory J. Manas
VENABLE LLP
151 West 42nd Street
New York, NY 10036
(212) 307-5500
nkallas@venable.com
cschwarz@venable.com
cloh@venable.com
slflanders@venable.com
jlstringham@venable.com
skclark@venable.com
lfishwick@venable.com
gjmanas@venable.com

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*

/s/ Richard C. Weinblatt
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Ronald M. Daignault*
Richard Juang*
DAIGNAULT IYER LLP
8618 Westwood Center Drive, Suite 150
Vienna, VA 22182
rdaignault@daignaultiyer.com
rjuang@daignaultiyer.com
*Not admitted in Virginia*

*Attorneys for Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited*

HEYMAN ENERIO GATTUSO & HIRZEL LLP

/s/ Dominick T. Gattuso
Dominick T. Gattuso (#3630)
Denise S. Kraft (#2778)
300 Delaware Ave., Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law
dkraft@hegh.law

ME1 47713828v.1

        Don J. Mizerk
        Matthew M. Kamps
        HUSCH BLACKWELL LLP
        120 South Riverside Plaza, Suite 2200
        Chicago, IL 60606
        (312) 655-1500
        don.mizerk@huschblackwell.com
        matt.kamps@huschblackwell.com

        Thomas P. Heneghan
        HUSCH BLACKWELL LLP
        33 East Main Street, Suite 300
        Madison, WI 53703
        (606) 234-6032
        tom.heneghan@huschblackwell.com

        *Attorneys for Defendant Nanjing Noratech Pharmaceutical Co., Limited*

SO ORDERED this <u>27</u> day of February, 2024

<u>/s/ Richard G. Andrews</u>
United States District Judge