# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-md-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD.,<br><br>Defendants. | C.A. No. 21-1330-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III,<br><br>Defendants. | C.A. No. 21-1760-RGA |

|  |  |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TORRENT PHARMA INC., )<br>TORRENT PHARMACEUTICALS LTD., )<br>)<br>Defendants. )<br>) | C.A. No. 21-1794-RGA |

**ADMITTED TRIAL EXHIBITS REGARDING
U.S. PATENT NOS. 11,096,918 AND 11,058,667**

| JTX[1] | PTX | DTX | Bates Range(s) | Description | Date Admitted |
|---|---|---|---|---|---|
| 3 | | | NPC-VS-016682298–336 | U.S. Provisional Application No. 60/789,332 | 2/14/2024 |
| 4 | | | NPC-VS-028743170–189 | U.S. Patent No. 8,877,938 with Certificate of Correction | 2/14/2024 |
| 9 | | | AJM-HET-000000261–266; AP-NPC-918-000000268–273 | Redenti et al., A study on the differentiation between amorphous piroxicam: β-cyclodextrin complex and a mixture of the two amorphous components, 129 Int'l J. Pharm. 289-294 (1996) | 2/14/2024 |
| 11 | | | AP-NPC-918-000000574–580; AJM-HET-000000330–336 | Van Hees, Application of Supercritical Carbon Dioxide for the Preparation of a Piroxicam-β-Cyclodextrin Inclusion Compound, 16 Pharm. Res. 1864-870 (1999) | 2/14/2024 |
| 13 | | | AP-NPC-918-000000590–595; AJM-HET-000000346–351 | Williams et al., Characterization of an inclusion complex of cholesterol and hydroxypropyl-β-cyclodextrin, 46 Eur. J. Pharm. & Biopharm. 355-360 (1998) | 2/14/2024 |
| 14 | | | AJM-HET-000000352–359; AP-NPC-918-000000596–603 | Yap et al., Characterization of the 13-cis-retinoic acid/cyclodextrin inclusion complexes by phase solubility, photostability, physicochemical and computational analysis, 25 Eur. J. Pharm. Sci. 49-56 (2005) | 2/14/2024 |
| 15 | | | AP-NPC-918-000000738–745; AJM-HET-000000366–373 | Bertacche, Quantitative Determination of Amorphous Cyclosporine in Crystalline Cyclosporine Samples by Fourier Transform Infrared Spectroscopy, 95 J. Pharm. Sci. 159-166 (2006) | 2/14/2024 |

---

[1] **Bolded** exhibit numbers indicate the exhibit numbers under which an exhibit was admitted into evidence. Unbolded exhibit numbers indicate the counterpart JTX, PTX, or DTX numbers (corresponding to **admitted exhibits**) that were referenced in the record but that were not admitted into evidence under such counterpart numbers.

1

| JTX[1] | PTX | DTX | Bates Range(s) | Description | Date Admitted |
|---|---|---|---|---|---|
| 18 | | | AP-NPC-918-000000885–891; AJM-HET-000000462–468; STEED918-00057–63 | Taylor & Zografi, The Quantitative Analysis of Crystallinity Using FT-Raman Spectroscopy, 15 Pharm. Res. 755-761 (1998) | 2/14/2024 |
| 28 | | | AP-NPC-918-000000001–3 | Park Lab Notebook No. 1376 (pages 2-4) | 2/14/2024 |
| 63 | | | AP-NPC-918-000000184–214 | McGregor, Nuclear Magnetic Resonance Spectroscopy, in Handbook of Instrucumental Techniques for Analytical Chemistry, Ch. 17 (pp. 309-337) (Frank Settle ed. 1997) | 2/14/2024 |
| 64 | | | AP-NPC-918-000000215–242 | Paudel et al., Structural and Dynamic Properties of Amorphous Solid Dispersions: The Role of Solid-State Nuclear Magnetic Resonance Spectroscopy and Relaxometry, J. Pharm. Sci. at 1-28 (2014) | 2/14/2024 |
| 65 | | | AP-NPC-918-000000243–267 | Pham et al., Analysis of Amorphous Solid Dispersions Using 2D Solid-State NMR and $^1H$ $T_1$ Relaxation Measurements, 7 Mol. Pharm. 1667-1691 (2010) | 2/14/2024 |
| 78 | | | STEED918-00023–56 | Rodriguez-Spong et al., General principles of pharmaceutical solid polymorphism: a supramolecular perspective, 56 Adv. Drug Del. Rev. 241-274 (2004) | 2/14/2024 |
| 89 | | | NPC-VS-918-000023157–178; STEED918 - 00001–22 | U.S. Patent No. 10,703,731 | 2/14/2024 |
| 90 1014 | | | NPC-VS-016628250–314; NPC-VS-918-000026435–495; NPC-VS-667-000039806–870 | WO 2007/056546 | 2/12/2024 (JTX 1014) 2/14/2024 (JTX 90) |

| JTX[1] | PTX | DTX | Bates Range(s) | Description | Date Admitted |
|---|---|---|---|---|---|
| 95 | | | NPC-VS-918-000026496–502 | Yamamura et al., Physicochemical properties of amorphous precipitates of cimetidine-indomethacin binary system, 49 E. J. Pharmaceutics & Biopharmaceutics 259-265 (2000) | 2/14/2024 |
| 96 | | | STEED918-00087 - 95 | Yamamura et al., Physicochemical properties of amorphous salt of cimetidine and diflunisal system, 241 Int'l J. Pharma 213-221 (2002) | 2/14/2024 |
| 98 | | | DEF-SACVAL-STEED-001185–194 | Yu et al., Physical characterization of polymorphic drugs: an integrated characterization strategy, 1 Pharmaceut. Sci. Tech. Today 118-127 (1998) | 2/14/2024 |
| 103 | | | NPC-VS-918-000000126–151 | File History Excerpt of U.S. Patent No. 11,096,918 - October 31, 2019 Office Action | 2/14/2024 |
| 107 | | | NPC-VS-918-000002655–662 | File History Excerpt of U.S. Patent No. 11,096,918 - June 10, 2021 Office Action | 2/12/2024 |
| 108 | | | NPC-VS-0002610–611 | File History Excerpt of U.S. Patent No. 8,877,938 - September 7, 2010 Declaration Under 37 C.F.R. 1.132 of Piotr H. Karpinski | 2/12/2024 |
| 1001 | | | NPC-VS-667-000037836–850 | U.S. Patent No. 11,058,667 with Certificate of Correction | 2/12/2024 |
| 10031 | | | NPC-VS-918-000023021–3046 | U.S. Patent No. 11,096,918 with Certificate of Correction | 2/12/2024 |
| 1010 | | | NPC-VS-016692712–732 | Entresto® Label (Revised 02/2021) | 2/12/2024 |
| 1012 | | 5065 | NPC-VS-016656679–714; NPC-VS-016634529–564 | Novartis LCZ696-ABA.001 Discovery and Characterization, Version B ("LCZ696 Discovery and Characterization Report") | 2/12/2024 |
| 1015 | | | DEF-SACVAL-667-00000001–35 | WO 2009/061713 | 2/12/2024 |
| 1018 | | | HETENT298375–399 | Hetero's Label (Revised 04/2023) | 2/12/2024 |

| JTX[1] | PTX | DTX | Bates Range(s) | Description | Date Admitted |
|---|---|---|---|---|---|
| 1050 | | | TOR105419–447 | Torrent's Label (Revised 11/2022) | 2/12/2024 |
| 1052 | | | TOR001132–376 | Torrent ANDA Section 2.3.P Drug Product (not admitted against Hetero) | 2/12/2024 |
| 1056 | | | DEF-SACVAL0000309–316 | Almarsson & Zaworotko, "Crystal engineering of the composition of pharmaceutical phases. Do pharmaceutical co-crystals represent a new path to improved medicines?," Chem. Commun., Vol. 17, 2004, 1889-1896 | 2/12/2024 |
| 1074 | | 6122 | NPC-VS-028721806–817; NPC-VS-016654530–541 | McMurray et al., "Angiotensin-Neprilysin Inhibition versus Enalapril in Heart Failure," New Engl. J. Med., Vol. 371, No. 11, 2014, 993-1004 | 2/14/2024 |
| 1075 | | | NPC-VS-667-000000729–747 | Senni et al., "Initiating sacubitril/valsartan (LCZ696) in heart failure: results of TITRATION, a double-blind, randomized comparison of two uptitration regimens," Eur. J. Heart Fail., Vol. 18, 2016, 1193-1202; "Supplementary Appendix," 1-9 | 2/12/2024 |
| 1076 | | 6328 | DEF-SACVAL0002549–636 | Yancy et al., "2013 ACCF/AHA Guideline for the Management of Heart Failure," Circulation, Vol. 128, 2013, e240-e327 ("2013 ACCF/AHA Guidelines") | 2/13/2024 (DTX 6328) 2/15/2024 (JTX 1076) |

4

| JTX[1] | PTX | DTX | Bates Range(s) | Description | Date Admitted |
|---|---|---|---|---|---|
| 1077 | | | NPC-VS-667-000037725–754 | Yancy et al., "2016 ACC/AHA/HFSA Focused Update on New Pharmacological Therapy for Heart Failure: An Update of the 2013 ACCF/AHA Guideline for the Management of Heart Failure," Circulation, Vol. 134, 2016, e282-e293, Supplements 1-18 ("2016 ACC/AHA Focused Update") | 2/13/2024 |
| 1078 | | | NPC-VS-667-000039919–934 | Accupril® Prescribing Information, New York, NY: Pfizer, Inc., 2013 | 2/14/2024 |
| 1080 | | | NPC-VS-667-000039944–955 | BiDil® Prescribing Information, Atlanta, GA: Arbor Pharmaceuticals LLC, 2015 | 2/15/2024 |
| 1086 | | | DEF-SACVAL0002147–157 | Düngen et al., "Titration to target dose of bisoprolol vs. carvedilol in elderly patients with heart failure: the CIBIS-ELD trial," Eur. J. Heart Fail., Vol. 13, 2011, 670-680 | 2/14/2024 |
| 1087 | | | NPC-VS-667-000039990–40074 | Ponikowski et al., "2016 ESC Guidelines for the diagnosis and treatment of acute and chronic heart failure," Eur. Heart J., Vol. 37, 2016, 2129-2200 ("2016 ESC Guidelines") | 2/13/2024 |
| 1089 | | | NPC-VS-667-000040121–127 | Ferrari et al., "Heart failure with preserved ejection fraction: uncertainties and dilemmas," Eur. J. Heart Fail., Vol. 17, 2015, 665-671 | 2/15/2024 |
| 1091 | | 6306 | | FDA Guidance for Institutional Review Boards and Clinical Investigators, Institutional Review Boards Frequently Asked Questions (Jan. 1998) | 2/13/2024 |

| JTX[1] | PTX | DTX | Bates Range(s) | Description | Date Admitted |
|---|---|---|---|---|---|
| 1093 | | | DEF-SACVAL0002181–186 | Flack et al., "The Rapidity of Drug Dose Escalation Influences Blood Pressure Response and Adverse Effects Burden in Patients With Hypertension," Arch Intern Med., Vol. 160, 2000, 1842-1847 | 2/14/2024 |
| 1100 | | | NPC-VS-667-000040142–153 | Maggioni et al., "Are Hospitalized Or Ambulatory Patients With Heart Failure Treated In Accordance with European Society of Cardiology guidelines? Evidence from 12,440 patients of the ESC Heart Failure Long-Term Registry," Eur. J. Heart Fail., Vol. 15, 2013, 1173-1184 | 2/14/2024 |
| 1102 | | | DEF-SACVAL0002110–121 | Minguet et al., "LCZ696: a new paradigm for the treatment of heart failure?," Expert Opinion on Pharmacotherapy, Vol. 16, No. 3, 2015, 435-446 | 2/14/2024 |
| 1111 | | | NPC-VS-005159231–61659 | Clinical Development LCZ696 (sacubitril/valsartan) CLCZ696B2228, "A multicenter, randomized, double-blind, parallel group study to assess the safety and tolerability of initiating LCZ696 in heart failure patients comparing two titration regimens," Full Clinical Study Report (Nov. 7, 2014) ("TITRATION Full Study Report") | 2/13/2024 |

| JTX[1] | PTX | DTX | Bates Range(s) | Description | Date Admitted |
|---|---|---|---|---|---|
| 1113 | | | NPC-VS-667-000011426–476 | Clinical Development LCZ696B, Clinical Trial Protocol CLCZ696B2228, "A multicenter, randomized, double-blind, parallel group study to assess the safety and tolerability of initiating LCZ696 in heart failure patients comparing two titration regimens," ver. 00 (June 26, 2013) ("TITRATION Protocol") | 2/13/2024 |
| 1114 | | | NPC-VS-016219342–357 | Model Patient Information and Informed Consent for Protocol No. CLCZ696B2228 | 2/13/2024 |
| 1119 | | | DEF-SACVAL0002321–340 | VASOTEC® Prescribing Information, Bridgewater, NJ: Valeant Pharmaceuticals, 2012 | 2/14/2024 |
| 1139 | | | NPC-VS-667-000037690–724 | Department of Veterans Affairs, Phase II Clinical Trial Cooperative Research and Development Agreement (CRADA), Model 5/2007 (Rev. Sep. 1, 2011) | 2/13/2024 |
| 1176 | | | | Safety and Tolerability of Initiating LCZ696 in Heart Failure Patients (TITRATION), History of Changes for Study NCT01922089 (Aug. 13, 2013 version) | 2/13/2024 |
| 1177 | | | NPC-VS-667-000023808–919 | CLCZ696B2228, Listing 16.2.5-1.6, Overall treatment exposure at various LCZ696 dose levels by treatment group actually received, Safety set | 2/13/2024 |
| 1178 | | | | Email chain, Roberts to Florence et al. re: 30(b)(6) notice (June 2 - 29, 2023) | 2/13/2024 |
| | 15 | | | Torrent's September 1, 2019 Paragraph IV Notice Letter (not admitted against Hetero) | 2/14/2024 |
| | 271 | | | Curriculum Vitae of Aeri Park, Ph.D. | 2/14/2024 |

7

| JTX[1] | PTX | DTX | Bates Range(s) | Description | Date Admitted |
|---|---|---|---|---|---|
| | 333 | | NPC-VS-918-000027334–336 | Chemical Book, Diacetone Alcohol(123-42-2) $^{13}$C NMR, available at https://www.chemicalbook.com/SpectrumEN_123-42-2_13CNMR.htm (last accessed Dec. 5, 2023) | 2/14/2024 |
| | 334 | | NPC-VS-918-000027337–339 | Chemical Book - Diacetone Alcohol(123-42-2) Raman, available at https://www.chemicalbook.com/SpectrumEN_123-42-2_Raman.htm (last accessed Dec. 4, 2023) | 2/14/2024 |
| | 335A | | | Curriculum Vitae of Bernhardt L. Trout, Ph.D. | 2/14/2024 |
| | 340 | | NPC-VS-918-000027320–333 | File History Excerpt of U.S. Patent No. 10,703,731 - February 2, 2019 Response and December 27, 2019 Office Action | 2/14/2024 |
| | 350 | | NPC-VS-918-000026136–146 | Cambridge Dictionary, "*Residue*," *available at* https://dictionary.cambridge.org/us/dictionary/english/residue (last accessed Sept. 5, 2023) | 2/14/2024 |
| | 351 | | NPC-VS-918-000026162–172 | Merriam-Webster Dictionary, "*Residue*," *available at* https://www.merriam-webster.com/dictionary/residue (last accessed Sept. 5, 2023) | 2/14/2024 |
| | 352 | | NPC-VS-918-000026173–176 | Pocket Oxford English Dictionary (10th ed. 2005) at 771–772 | 2/14/2024 |
| | 353 | | NPC-VS-918-000026432–434 | Webster's New World College Dictionary (4th ed., 2002) at 1220 | 2/14/2024 |
| | 357 | | TOR001612–675 | Torrent's ANDA Section 3.2.S.3 Characterization (not admitted against Hetero) | 2/14/2024 |

8

| JTX[1] | PTX | DTX | Bates Range(s) | Description | Date Admitted |
|---|---|---|---|---|---|
| | 388 | | | Summary Exhibit Pursuant to Fed. R. Evid. 1006, Dr. Park's XRPD Patterns for the Glassy Solid of Example 1, Amorphous Valsartan Disodium, and Amorphous Sacubitril Sodium | 2/14/2024 |
| | 389 | | | Summary Exhibit Pursuant to Fed. R. Evid. 1006, Dr. Atwood's XRPD Pattern for the Glassy Solid of Example 1 | 2/14/2024 |
| | 390 | | | Summary Exhibit Pursuant to Fed. R. Evid. 1006, Dr. Park's 13C Solid-State NMR Spectra for the Glassy Solid of Example 1, Amorphous Sacubitril Sodium, and Amorphous Valsartan Disodium | 2/14/2024 |
| | 391 | | | Summary Exhibit Pursuant to Fed. R. Evid. 1006, Dr. Park's Raman Spectra for the Glassy Solid of Example 1, Physical Mixture, Amorphous Valsartan Disodium, and Amorphous Sacubitril Sodium | 2/14/2024 |
| | 392 | | | Summary Exhibit Pursuant to Fed. R. Evid. 1006, Dr. Park's Raman Spectra for the Glassy Solid of Example 1 and Physical Mixture (1230-1320 cm-1 region) | 2/14/2024 |
| | 393 | | | Summary Exhibit Pursuant to Fed. R. Evid. 1006, Dr. Park's Raman Spectra for the Glassy Solid of Example 1, Physical Mixture, Amorphous Valsartan Disodium, and Amorphous Sacubitril Sodium (1570-1640 cm-1 region) | 2/14/2024 |
| | 394 | | | Summary Exhibit Pursuant to Fed. R. Evid. 1006, Dr. Park's Raman Spectra for the Glassy Solid of Example 1 and Physical Mixture (1570-1640 cm-1 region) | 2/14/2024 |

| JTX[1] | PTX | DTX | Bates Range(s) | Description | Date Admitted |
|---|---|---|---|---|---|
|  | 395 |  |  | Summary Exhibit Pursuant to Fed. R. Evid. 1006, Dr. Park's IR Spectra for the Glassy Solid of Example 1, Physical Mixture, Amorphous Valsartan Disodium, and Amorphous Sacubitril Sodium | 2/14/2024 |
|  | 396 |  |  | Summary Exhibit Pursuant to Fed. R. Evid. 1006, Dr. Park's IR Spectra for the Glassy Solid of Example 1 and Physical Mixture (1660-1520 cm-1 region) | 2/14/2024 |
|  | 397 |  |  | Summary Exhibit Pursuant to Fed. R. Evid. 1006, Dr. Atwood's Raman Spectra for the Glassy Solid of Example 1 and a Physical Mixture (1570-1640 cm-1 region) | 2/14/2024 |
|  | 398 |  |  | Summary Exhibit Pursuant to Fed. R. Evid. 1006, Dr. Atwood's IR Spectra for the Glassy Solid of Example 1 and a Physical Mixture (1660-1500 cm-1 region) | 2/14/2024 |
|  | 400 |  |  | Summary Exhibit Pursuant to Fed. R. Evid. 1006, Dr. Park's 13C Solid-State NMR Spectra for Amorphous Valsartan Disodium | 2/14/2024 |
|  | 401 |  |  | Summary Exhibit Pursuant to Fed. R. Evid. 1006, Dr. Park's 13C Solid-State NMR Spectrum for the Glassy Solid of Example 1 | 2/14/2024 |
|  | 402 |  |  | Summary Exhibit Pursuant to Fed. R. Evid. 1006, Dr. Park's Raman Spectrum for the Glassy Solid of Example 1, Amorphous Valsartan Disodium, and Amorphous Sacubitril Sodium (1760-1580 cm-1 region) | 2/14/2024 |

| JTX[1] | PTX | DTX | Bates Range(s) | Description | Date Admitted |
|---|---|---|---|---|---|
|  | 1025 |  | HETENT000067–68 | Hetero ANDA Section 1.12.12 Comparison between Generic Drug and RLD | 2/12/2024 |
|  | 1026 |  | HETENT000070 | Hetero ANDA Section 1.12.15 Request for Waiver | 2/12/2024 |
|  | 1027 |  | HETENT000621–658 | Hetero ANDA Section 2.3.S Drug Substance | 2/12/2024 |
|  | 1028 |  | HETENT000448–583 | Hetero ANDA Section 2.3.P Drug Product | 2/12/2024 |
|  | 1038 |  | HETENT006866–915 | Hetero Clinical Study Report for BE/19/167 | 2/12/2024 |
|  | 1040 |  | HETENT011088–138 | Hetero Clinical Study Report for BE/19/168 | 2/12/2024 |
|  | 1078 |  | TOR000854–859 | Torrent ANDA Section 1.12.12 Comparison of Generic Drug and Reference Listed Drug | 2/12/2024 |
|  | 1079 |  | TOR000863–865 | Torrent ANDA Section 1.12.15 Other Correspondence, Request for Waiver of in vivo Bioavailability Studies | 2/12/2024 |
|  | 1100 |  | TOR006636–748 | Torrent Study Report PK-18-063 | 2/12/2024 |
|  | 1101 |  | TOR012243–361 | Torrent Study Report PK-18-064 | 2/12/2024 |
|  | 1104 |  |  | Curriculum Vitae of Francis G. Spinale | 2/12/2024 |
|  | 1105 |  |  | Curriculum Vitae of David R. Taft | 2/12/2024 |
|  | 1139 |  |  | Curriculum Vitae of Stuart David Katz | 2/14/2024 |
|  | 1179A |  | NPC-VS-005159231 - 61659 (excerpt) | Excerpt, Clinical Development LCZ696 (sacubitril/valsartan) CLCZ696B2228, "A multicenter, randomized, double-blind, parallel group study to assess the safety and tolerability of initiating LCZ696 in heart failure patients comparing two titration regimens," Full Clinical Study Report (Nov. 7, 2014) ("TITRATION Full Study Report") | 2/15/2024 |

11

| JTX[1] | PTX | DTX | Bates Range(s) | Description | Date Admitted |
|---|---|---|---|---|---|
|  | 1629 |  |  | Summary Exhibit Pursuant to Fed. R. Evid. 1006, Summary Statistics - Hetero's ANDA Product (Test) and Entresto® (Reference) | 2/12/2024 |
|  | 1630 |  |  | Summary Exhibit Pursuant to Fed. R. Evid. 1006, Summary Statistics - Torrent's ANDA Product (Test) and Entresto® (Reference) | 2/12/2024 |
|  |  | 5033 | STEED918-00336–339 | Chambers et al., "Structure and hydration of polyvinylpyrrolidone–hydrogen peroxide," Chem. Commun., 2022, 58, 80 | 2/13/2024 |
|  |  | 5034 | STEED918-00340–367 | Supplementary Information to Chambers et al., "Structure and hydration of polyvinylpyrrolidone–hydrogen peroxide," Chem. Commun., 2022, 58, 80 (2021) | 2/13/2024 |
| 93 |  | 5064 | NPC-VS-016637167–324 | Feng Lab Notebook No. 1312 (July 21, 2005-Feb. 16, 2006) | 2/12/2024 |
|  |  | 5066 | NPC-VS-016639427–445 | "LCZ696 – a New Molecular Entity (NME) from CHAD" slideshow presentation | 2/12/2024 |
|  |  | 5069 |  | Defendants' Notice of Deposition to Plaintiff Novartis Pharmaceuticals Corp. Pursuant to Fed. R. Civ. P. 30(b)(6) (4/17/2023) | 2/12/2024 |
|  |  | 5072 | STEED918-00166–171 | https://chem.libretexts.org/Bookshelves/Organic_Chemistry/Map%3A_Organic_Chemistry_(Wade)_Complete_and_Semesters_I_and_II/Map%3A_Organic_Chemistry_(Wade)/23%3A_Alpha_Substitutions_and_Condensations_of_Carbonyl_Compounds/23.08%3A_The_Aldol_Reaction_and_Condensation_of_Ketones_and_Aldehydes | 2/13/2024 |
|  |  | 5075 |  | Curriculum Vitae of David Atwood | 2/13/2024 |

12

| JTX[1] | PTX | DTX | Bates Range(s) | Description | Date Admitted |
|---|---|---|---|---|---|
| | | 5076 | | Curriculum Vitae of Jonathan Steed | 2/12/2024 |
| | | 5501 | | IR: Superimposition of the Transient Intermediate and the Physical Mixture | 2/13/2024 |
| | | 5503 | | IR: Dr. Atwood's Partial Product Is No Different From Dr. Atwood's Physical Mixture (Datafiles) | 2/13/2024 |
| | | 5504 | | IR: Dr. Park's Alleged Amorphous TSV is No Different From Dr. Atwood's Physical Mixture (Datafiles) | 2/13/2024 |
| | | 5505 | | Raman: Dr. Park's Alleged Amorphous TSV is No Different From Dr. Atwood's Physical Mixture (Datafiles) | 2/13/2024 |
| | | 5506 | | IR: Dr. Park's Comparison v. Dr. Steed's Analysis of Dr. Park's Raw Data | 2/13/2024 |
| | | 5507 | | IR: Dr. Steed's Comparison – No Meaningful Difference Between the Sum of the Sac/Val Sodium Salts And The Alleged TSV | 2/13/2024 |
| | | 5508 | | IR: Dr. Park's Alleged Amorphous TSV is Missing the "Strong" Peaks at 1637 and 1597 cm -1 That Are Present in the LCZ696 Complex | 2/13/2024 |
| | | 5509 | | Raman: Park's Comparison v. Dr. Steed's Comparison (1550-1650 cm-1) | 2/13/2024 |
| | | 5510 | | Raman: Park's Comparison v. Dr. Steed's Comparison (1200-1340 cm-1) | 2/13/2024 |
| | | 5511 | | 13C NMR: The Difference Is Explainable By the Presence of Diacetone Alcohol Impurity | 2/13/2024 |
| | | 5513 | | 13C NMR: Comparison of Dr. Park's Partial Product With LCZ696 | 2/13/2024 |

| JTX[1] | PTX | DTX | Bates Range(s) | Description | Date Admitted |
|---|---|---|---|---|---|
| | | 5514 | | Prior Art Discloses Just A Few Examples of Complexes Involving Active Pharmaceutical Ingredients | 2/13/2024 |
| | | 5518 | | IR: Amorphous Sacubitril Sodium | 2/13/2024 |
| | | 5519 | | IR: Amorphous Valsartan Disodium | 2/13/2024 |
| | | 5520 | | IR: Physical Mixture of Amorphous Sacubitril Sodium and Valsartan Disodium | 2/13/2024 |
| | | 5521 | | IR: Transient Intermediate of Example 1, named "glassy solid." | 2/13/2024 |
| | | 5522 | | Raman: Sacubitril Sodium (Amorphous) | 2/13/2024 |
| | | 5523 | | Raman: Valsartan Disodium (Amorphous) | 2/13/2024 |
| | | 5524 | | Raman: Physical Mixture of Sacubitril Sodium and Valsartan Disodium | 2/13/2024 |
| | | 5525 | | Raman: Partial Product of Example 1 | 2/13/2024 |
| | | 5526 | | IR: Comparison of Dr. Park's "Glassy Solid" and Dr. Atwood's "Glassy Solid" (Datafiles) | 2/13/2024 |
| | | 5527 | | IR: Comparison of Dr. Park's "Glassy Solid" and Dr. Atwood's Physical Mixture (Datafiles) | 2/13/2024 |
| | | 5528 | | Raman: Comparison of Dr. Park's "Glassy Solid" and Dr. Atwood's "Glassy Solid" (Datafiles) | 2/13/2024 |
| | | 5529 | | Raman: Comparison of Dr. Park's "Glassy Solid" and Dr. Atwood's Physical Mixture (Datafiles) | 2/13/2024 |
| | | 6020 | DEF-SACVAL-667-00000471–475 | National Library of Medicine, About ClinicalTrials.gov, ClinicalTrials.gov, https://www.clinicaltrials.gov/about-site/about-ctg | 2/13/2024 |

14

| JTX[1] | PTX | DTX | Bates Range(s) | Description | Date Admitted |
|---|---|---|---|---|---|
| | | 6028A | | ClinicalTrials - NCT01922089 (v.3), Safety and Tolerability of Initiating LCZ696 in Heart Failure Patients (TITRATION)," National Institutes of Health, U.S. National Library of Medicine, available at https://clinicaltrials.gov/study/NCT01922089?tab=history&a=3 | 2/13/2024 |
| | | 6044 | | Curriculum Vitae of Dan James Fintel, M.D. | 2/12/2024 |
| 106 | | 6049 | NPC-VS-918-000001282–293 | File History Excerpt of U.S. Patent No. 11,096,918 - Declaration Under 37 C.F.R. 1.132 of Michael J. Cima, Ph.D. (dated February 15, 2021) | 2/12/2024 |
| | | 6057 | | Defendants' Notice of Deposition to Plaintiff Novartis Pharmaceuticals Corporation Pursuant to Fed. R. Civ. P. 30(b)(6) | 2/12/2024 |
| | | 6059 | | Defendants' Second Notice of Deposition of Nicole Twisk | 2/13/2024 |
| | | 6060 | | Defendants' Supplemental Notice of Deposition to Plaintiff Novartis Pharmaceuticals Corporation Pursuant to Fed.R.Civ.P. 30(b)(6) | 2/13/2024 |
| | | 6065 | NPC-VS-016057105–159 | Dickstein et al., ESC Guidelines for the Diagnosis and Treatment of Acute and Chronic Heart Failure 2008, 29 European J. of Heart Failure 2388 (2008) | 2/13/2024 |
| | | 6069 | DEF-SAC-VAL-667-00000530–577 | EMEA, ICH Topic E6 (R1) Guideline for Good Clinical Practice (July 2002) | 2/13/2024 |
| | | 6083 | NPC-VS-016057280–294 | Gu et al., "Pharmacokinetics and Pharmacodynamics of LCZ696, a Novel Dual-Acting Angiotensin Receptor-Neprilysin Inhibitor (ARNi)," J. Clin. Pharmacol., Vol. 50, 2010, 401-414 | 2/13/2024 |

15

| JTX[1] | PTX | DTX | Bates Range(s) | Description | Date Admitted |
|---|---|---|---|---|---|
| 94 | | 6084 | DEF-SACVAL0001509–552; DEF-SACVAL-STEED-000403–448 | Guillory, Generation of Polymorphs, Hydrates, Solvates, and Amorphous Solids (Chapter 5) in Polymorphism in Pharmaceutical Solids, H.G. Brittain (ed.), pp. 183-226 (1999) | 2/12/2024 |
| | | 6123 | NPC-VS-001719571–582; NPC-VS-028737266–277 | McMurray et al., "Dual angiotensin receptor and neprilysin inhibition as an alternative to angiotensin-converting enzyme inhibition in patients with chronic systolic heart failure: rationale for and design of the Prospective comparison of ARNI with ACEI to Determine Impact on Global Mortality and morbidity in Heart Failure trial (PARADIGM-HF)," Eur. J. Heart Fail., Vol. 15, 2013, 1062-1073 | 2/13/2024 |
| | | 6171 | DEF-SACVAL-667-00000518–520 | Novartis Media Release - PARADIGM-HF trial of Novartis' LCZ696 for chronic heart failure closes early based on the strength of interim results | 2/13/2024 |
| | | 6178 | NPC-VS-667-000023595–807 | Novartis NDA 16.2.5-1.1 - Compliance - Post-randomized, by treatment group - Randomized set | 2/13/2024 |
| 1055 | | 6188 | DEF-SACVAL-STEED-001233–258 | Novartis's Citizen Petition FDA-2019-P-1893-0001 | 2/12/2024 |
| | | 6259 | NPC-VS-001719875–883; NPC-VS-667-000000313–321 | Solomon et al., "The angiotensin receptor neprilysin inhibitor LCZ696 in heart failure with preserved ejection fraction: a phase 2 double-blind randomised controlled trial," Lancet, Vol. 380, 2012, 1387-1395 | 2/13/2024 |

| JTX[1] | PTX | DTX | Bates Range(s) | Description | Date Admitted |
|---|---|---|---|---|---|
| | | 6264 | DEF-SACVAL-667-00000483–490 | Steckler et al., Telephone Titration of Heart Failure Medications, 26(1) Journal of Cardiovascular Nursing 29 (2011) | 2/13/2024 |
| | | 6268 | DEF-SAC-VAL-667-00000578–593 | Tan, Using Registries to Recruit Subjects for Clinical Trials, 41 Contemp. Clin. Trials 31 (2015) | 2/13/2024 |
| | | 6304 | DEF-SAC-VAL-667-00000525–529 | U.S. Food & Drug Administration - Basics About Clinical Trials | 2/13/2024 |
| 1115 | | 6316 | NPC-VS-667-000018955–963 | Department of Veteran Affairs, VA Research Consent Form, VA Form 10-1086, version (i) approved Mar. 11, 2014 | 2/13/2024 |
| | | 6317 | NPC-VS-667-000018964–972 | Department of Veteran Affairs, VA Research Consent Form, VA Form 10-1086, version (ii) approved Mar. 7, 2014 | 2/13/2024 |
| | | 6318 | NPC-VS-667-000018973–981 | Department of Veteran Affairs, VA Research Consent Form, VA Form 10-1086, version (iii) approved Jan. 7, 2014 | 2/13/2024 |
| | | 6326 | DEF-SACVAL0001553–603 | WO 2014/029848 ("Schumacher") | 2/13/2024 |
| | | 6330 | DEF-SACVAL-667-00000462–470 | Zhou et al., Rotigotine Transdermal Patch in Parkinson's Disease: A Systematic Review and Meta-analysis, 8(7) PLoS One e69738 (2013) | 2/12/2024 |
| | | DDX 900.02 | | Chemical structure demonstrative of Complex A and Complex B | 2/14/2024 |

17