

**Daniel M. Silver**
Wilmington Office Managing Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

February 27, 2024

**VIA HAND DELIVERY & CM/ECF**

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re:  *In re Entresto (Sacubitril/Valsartan) Patent Litigation*, C.A. No. 20-2930-RGA (MDL);
*Novartis Pharmaceuticals Corp. v. Hetero USA Inc. et al.,* C.A. No. 21-1330-RGA;
*Novartis Pharmaceuticals Corp. v. Hetero USA Inc. et al.*, C.A. No. 21-1760-RGA;
*Novartis Pharmaceuticals Corp v. Torrent Pharma Inc. et al.*, C.A. No. 21-1794-RGA

Dear Judge Andrews,

Pursuant to the Court's instructions at the conclusion of the February 12-16, 2024 trial of U.S. Patent Nos. 11,096,918 and 11,058,667 in these matters, Novartis hereby provides a single hard copy of each joint trial exhibit ("JTX") and Plaintiff's exhibit ("PTX") that was admitted during trial and the parties' joint list of admitted trial exhibits.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)


cc: All Counsel of Record (by CM/ECF)

Enclosure (by hand delivery only)