# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, NANJING NORATECH PHARMACEUTICAL CO., LIMITED, | ) ) ) ) ) ) | C.A. No. 22-1395-RGA |
| Defendants. | ) ) | |

**ORDER GRANTING JOINT MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S**
**MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

The Court having considered the Joint Motion for Exemption of Persons from the District of Delaware's May 15, 2023 Standing Order on Personal Devices (the "Joint Motion"),

IT IS SO ORDERED this ___29th___ day of __February__ 2024 that:

1. The Joint Motion is GRANTED;

2. For purposes of the March 12, 2024 claim construction hearing in the above-captioned cases, the following persons are exempt from the District of Delaware's May 15, 2023 Standing Order and shall be permitted to retain and use their personal electronic devices:

- Jared L. Stringham

- Brian Robinson

ME1 47760973v.1

- Richard Juang

- Ronald M. Daignault

- Kondal Reddy Bairy

- Rakesh Sappa Sri Siva

- Donald Mizerk

- Matthew Kamps

3. Such persons listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshalls upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

/s/ Richard G. Andrews
United States District Judge