# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | MDL No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, Plaintiff, v. MYLAN PHARMACEUTICALS INC., Defendant. | C.A. No. 22-451-RGA<br><br>PUBLIC VERSION FILED: MARCH 5, 2024 |
| NOVARTIS PHARMACEUTICALS CORPORATION, Plaintiff, v. ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC GLOBAL HOLDING SA, ALEMBIC PHARMACEUTICALS, INC., MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, MYLAN PHARMACEUTICALS INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, Defendants. | C.A. No. 22-1395-RGA |

ME1 47732165v.1

## STIPULATION AND ORDER OF DISMISSAL

**WHEREAS**, Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendant Mylan Pharmaceuticals Inc. ("Mylan"), have agreed to terms and conditions representing a negotiated settlement of the above-captioned actions, have set forth those terms and conditions in a confidential Settlement and License Agreement (the "Settlement Agreement"), and have stipulated and consented to entry of this Order;

**WHEREAS**, Novartis and Mylan, through their undersigned counsel of record, hereby stipulate and agree pursuant to the terms of the Settlement Agreement, and in view of the terms thereof including the acknowledgements, that all Novartis claims in the above-captioned cases related to Mylan's infringement are dismissed without prejudice, and all of Mylan's defenses, demands and counterclaims in the above-captioned cases are dismissed without prejudice.  It is further stipulated that this Court retains jurisdiction over all disputes arising out of the Settlement Agreement; and

Now the parties, having consented and stipulated to the entry of this Stipulation of Dismissal,

**IT IS HEREBY ORDERED, DECREED, AND ADJUDGED:**

1. Pursuant to the terms of the Settlement Agreement, and in view of the terms thereof including the acknowledgements, all Novartis claims in the above-captioned cases related to Mylan's infringement are dismissed without prejudice and all of Mylan's defenses, demands and counterclaims in the above-captioned cases are dismissed without prejudice.

2. To the extent there is a stay of approval of Mylan's ANDA No. 213646 under 21 U.S.C. § 355(j)(5)(B)(iii), that stay is terminated upon entry of this Order.  Nothing herein prevents

2

the U.S. Food and Drug Administration from granting and maintaining final approval to Mylan's ANDA No. 213646 at any time upon entry of this Order.

3. This Court will retain jurisdiction to enforce this Stipulation and Order of Dismissal and to resolve any disputes arising out of the Settlement Agreement.

4. The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order.

5. Each party shall each bear its own costs and attorney fees.

6. This Stipulation and Order shall finally resolve the actions between the parties.

ME1 47732165v.1

Dated: February 27, 2024

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | POTTER ANDERSON & CORROON LLP |
| /s/ Alexandra M. Joyce | /s/ David Ellis Moore |
| Daniel M. Silver (#4758) | David Ellis Moore (#3983) |
| Alexandra M. Joyce (#6423) | Bindu Ann George Palapura (#5370) |
| Renaissance Centre | 1313 N. Market Street, Hercules Plaza, 6th |
| 405 N. King Street, 8th Floor | Floor P.O. Box 951 |
| Wilmington, Delaware 19801 | Wilmington, DE 19899-0951 |
| (302) 984-6300 | (302) 984-6000 |
| dsilver@mccarter.com | dmoore@potteranderson.com |
| ajoyce@mccarter.com | bpalapura@potteranderson.com |
| | |
| Nicholas N. Kallas | Robert L. Florence |
| Christina Schwarz | PARKER POE ADAMS & BERNSTEIN LLP |
| Jared L. Stringham | 1075 Peachtree Street, N.E. Suite 1500 |
| Christopher E. Loh | Atlanta, GA 30309 |
| Susanne L. Flanders | (678) 690-5750 |
| Melinda R. Roberts | robertflorence@parkerpoe.com |
| Shannon K. Clark | |
| Laura K. Fishwick | Tasneem A. Dharamsi |
| Gregory J. Manas | PARKER POE ADAMS & BERNSTEIN LLP |
| VENABLE LLP | 110 East Court Street, Suite 200 |
| 151 West 42nd Street | Greenville, SC 29691 |
| New York, New York 10036 | (864) 577-6370 |
| nkallas@venable.com | tasneemdharamsi@parkerpoe.com |
| cschwarz@venable.com | |
| jlstringham@venable.com | *Attorneys for Defendant Mylan* |
| cloh@venable.com | *Pharmaceuticals Inc.* |
| slflanders@venable.com | |
| mrroberts@venable.com | |
| skclark@venable.com | |
| lfishwick@venable.com | |
| gjmanas@venable.com | |

*Attorneys for Plaintiff*
*Novartis Pharmaceuticals Corporation*

SO ORDERED: _____     _____

                                                                                                    United States District Judge

3

ME1 47732165v.1