

April 3, 2024

*Via CM/ECF & Hand Delivery*

The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9, Room 6325
Wilmington, DE 19801-3555

Re:   *In re: Entresto*, MDL No. 20-2930-RGA; *Novartis Pharmaceuticals Corporation v. Alkem Laboratories Ltd. et al.*, C.A. No. 21-1330-RGA; *Novartis Pharmaceuticals Corporation v. Hetero USA Inc., et al.*, C.A. No. 21-1760-RGA; *Novartis Pharmaceuticals Corporation v. Torrent Pharma Inc. et al.*, C.A. No. 21-1794-RGA

Dear Judge Andrews,

    I write on behalf of defendants Hetero USA, Inc., Hetero Labs Limited, Hetero Labs Limited Unit III, Torrent Pharma Inc., and Torrent Pharmaceuticals Ltd. ("Defendants") in the above-referenced matters. Enclosed are two (2) USB drives containing electronic versions of the following documents with hyperlinks to exhibits, transcripts, cases and statutes:

- Defendants' Post-Trial Brief On Invalidity of the '918 and '667 Patents. (MDL No. 20-2930-RGA, D.I. 1307); and
- Defendants' Proposed Post-Trial Findings of Fact Regarding Invalidity of the '918 and '667 Patents. (*Id.*, D.I. 1308).

Counsel is available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*/s/ Daniel A. Taylor*

Daniel A. Taylor (No. 6934)

cc:   Counsel of Record (via CM/ECF and electronic mail)

(hand delivery with enclosures)

Attorneys at Law | Brandywine Building | 1000 West Street | Suite 1501 | P.O. Box 410 | Wilmington, DE 19899-0410 | 302.652.8400 | skjlaw.com