

**Daniel M. Silver**
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

April 22, 2024

**VIA CM/ECF & HAND DELIVERY**

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

> Re:   *In re Entresto (Sacubitril/Valsartan) Patent Litigation,*
>        **C.A. Nos. 20-md-2930-RGA (MDL); 21-1760-RGA; 21-1794-RGA**

Dear Judge Andrews,

As the Court is aware, on April 17, 2024, after the submissions of post-trial briefing and hyperlinked briefing, corrected trial transcripts were prepared by the court reporter and docketed by the Court. Enclosed please find two USB drives that contain corrected electronic versions of the following post-trial documents, with hyperlinks to exhibits, transcripts, cases and statutes cited therein, which now conform the citations to the corrected trial transcripts:

- Plaintiff Novartis's Post-Trial Opening Brief on Hetero's and Torrent's Infringement of the '667 Patent (D.I. 1305); and
- Plaintiff Novartis's Proposed Findings of Fact Regarding Hetero's and Torrent's Infringement of the '667 Patent (D.I. 1306).

Counsel are available at the Court's convenience in connection with this matter.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc:   All Counsel of Record (via Electronic Mail)

ME1 48180498v.1