IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>Defendants. | C.A. No. 23-cv-0401-RGA |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 26, 34 and 45, counsel for Defendant Nanjing Noratech Pharmaceutical Co., Limited caused the subpoena *Ad Testificandum*, attached hereto as Exhibit 1, to be served upon IQVIA Inc.

OF COUNSEL:

HUSCH BLACKWELL LLP
Don Mizerk
Matthew M. Kamps
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 655-1500

Thomas P. Heneghan
33 East Main, Suite 300
Madison, WI 53703
(608) 234-6032

Dated: May 3, 2024

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7311
dgattuso@hegh.law

*Attorney for Defendant Nanjing Noratech Pharmaceutical Co., Limited*