# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 22-1395-RGA |
| MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND**
**DEADLINES FOR RESPONSIVE AND REPLY EXPERT REPORTS**

WHEREAS Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited (collectively, "MSN") produced to Novartis Pharmaceuticals Corporation ("Novartis") documents on May 13, 2024, after the May 10, 2024 opening expert report deadline pursuant to ¶ 10.a. of the Scheduling Order in this case (C.A. No. 22-cv-1395, D.I. 85);

WHEREAS on May 17, 2024, Novartis provided MSN with the supplemental expert reports of Dr. Adam J. Matzger, Ph.D. and Dr. Aeri Park, Ph.D. ("Matzger and Park supplemental reports") addressing data from MSN's May 13, 2024 document production;

1

WHEREAS Novartis and MSN met and conferred on May 21, 2024 regarding service of the Matzger and Park supplemental reports, and MSN was only willing to accept service of the Matzger and Park supplemental reports if Novartis agreed to extend the deadline for MSN's responsive report;

WHEREAS Defendants Nanjing Noratech Pharmaceutical Co., Limited and Gerbera Therapeutics, Inc. (collectively, "Noratech") agreed to proceed on the same expert discovery schedule as Novartis and MSN in C.A. No. 22-cv-1395;

NOW THEREFORE Novartis, MSN, and Noratech, by and through their respective undersigned counsel in C.A. No. 22-cv-1395, and subject to the approval of the Court, stipulate and agree as follows:

1. MSN accepts service of the Matzger and Park supplemental reports.

2. The deadline for responsive expert reports in C.A. No. 22-cv-1395 is extended from June 14, 2024 to June 19, 2024.

3. The deadline for reply expert reports in C.A. No. 22-cv-1395 is extended from July 19, 2024 to July 26, 2024.

4. No other changes to the Scheduling Order in C.A. No. 22-cv-1395 are necessary.

Dated: May 29, 2024

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | STAMOULIS & WEINBLATT LLC |
| /s/ Alexandra M. Joyce | /s/ Richard C. Weinblatt |
| Daniel M. Silver (#4758) | Stamatios Stamoulis (#4606) |
| Alexandra M. Joyce (#6423) | Richard C. Weinblatt (#5080) |
| Renaissance Centre | 800 N West Street, Third Floor |
| 405 N. King Street, 8th Floor | Wilmington, DE 19809 |
| Wilmington, Delaware 19801 | (302) 999-1540 |
| (302) 984-6300 | stamoulis@swdelaw.com |
| dsilver@mccarter.com | weinblatt@swdelaw.com |
| ajoyce@mccarter.com | |

MCCARTER & ENGLISH, LLP

/s/ Alexandra M. Joyce
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

OF COUNSEL:

Nicholas N. Kallas
Christina Schwarz
Jared L. Stringham
Christopher E. Loh
VENABLE LLP
151 West 42nd Street
New York, New York 10036
(212) 218-2100
nkallas@venable.com
cschwarz@venable.com
jlstringham@venable.com
cloh@venable.com

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*

STAMOULIS & WEINBLATT LLC

/s/ Richard C. Weinblatt
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N West Street, Third Floor
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

OF COUNSEL:

Ronald M. Daignault
Richard Juang
DAIGNAULT IYER LLP
8200 Greensboro Drive, Suite 900
Mclean, VA 22102
(314) 446-3367
rdaignault@daignaultiyer.com
rjuang@daignaultiyer.com

*Attorneys for Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited*

HEYMAN ENERIO GATTUSO & HIRZEL LLP

/s/ Dominick T. Gattuso
Dominick T. Gattuso (#3630)
Denise S. Kraft (#2778)
300 Delaware Ave., Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law
dkraft@hegh.law

3

ME1 48619905v.1

OF COUNSEL:

Don J. Mizerk
Matthew M. Kamps
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 655-1500
don.mizerk@huschblackwell.com
matt.kamps@huschblackwell.com

Thomas P. Heneghan
HUSCH BLACKWELL LLP
33 East Main Street, Suite 300
Madison, WI 53703
(606) 234-6032
tom.heneghan@huschblackwell.com

*Attorneys for Defendants Nanjing Noratech Pharmaceutical Co., Limited and Gerbera Therapeutics, Inc.*

SO ORDERED this __29__ day of __May__, 2024.

                                            /s/ Richard G. Andrews
                                            UNITED STATES DISTRICT JUDGE