IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | MDL No. 20-2930-RGA <br><br> **FILED UNDER SEAL** |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br> v. <br><br> HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, <br><br> Defendants. | C.A. No. 19-2053-RGA <br><br> **FILED UNDER SEAL** |

[PROPOSED] ORDER

**THIS MATTER** having been moved, jointly, by attorneys for Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendants Hetero USA Inc., Hetero Labs Limited, and Hetero Labs Limited Unit III (collectively, "Hetero") for an Indicative Ruling to Enter Vacatur Order as to Hetero Pursuant to Federal Rules of Civil Procedure 62.1 and 60(b), and the Court having considered all papers submitted in support of this motion and for good cause shown; *The Court grants the motion (D.I. 1376 in No. 20-2930);*

The Court hereby indicates that, if Appeal Nos. 23-2218 and 23-2221 (as to Hetero only) are remanded from the United States Court of Appeals for the Federal Circuit, this Court would vacate the following orders entered on the docket in MDL No. 20-2930-RGA and Civil Action No. 19-2053-RGA as applicable to Novartis's claims against Hetero: (1) the July 7, 2023 opinion

1

invalidating U.S. Patent No. 8,101,659 ("the '659 Patent") (MDL No. 20-2930-RGA, D.I. 1099; C.A. No. 19-2053-RGA, D.I. 402) and (2) the July 21, 2023 '659 Patent Judgment (MDL No. 20-2930-RGA, D.I. 1120; C.A. No. 19-2053-RGA, D.I. 406),[FN] by entering the [Proposed] Vacatur Order attached as Exhibit A.

**IT IS SO ORDERED.**

Dated: Jun 21, 2024

_____
United States District Judge

[FN] The '659 patent expires 1/15/25. (D.I. 284 in No. 19-2053). Its pediatric exclusivity blocks FDA approval until 7/15/25. (Id.). I note that the '659 patent's invalidity is currently before the Court of Appeal in other related appeals. Therefore, entering the requested vacatur by itself would have no impact on the '659 patent's invalidity vis-a-vis the rest of the world other than Hetero.

2

ME1 48673701v.1

**EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) MDL No. 20-2930-RGA ) ) **FILED UNDER SEAL** ) |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>            Plaintiff,<br>    v.<br><br>HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED,<br><br>            Defendants. | ) ) ) ) ) ) ) C.A. No. 19-2053-RGA ) ) **FILED UNDER SEAL** ) ) ) ) ) ) ) ) |

**[PROPOSED] ORDER**

**THIS MATTER** having been moved, jointly, by attorneys for Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendants Hetero USA Inc., Hetero Labs Limited, and Hetero Labs Limited Unit III (collectively, "Hetero"), and the Court having considered all papers submitted in support of this motion and for good cause shown;

The Court hereby vacates the following orders entered on the docket in MDL No. 20-2930-RGA and Civil Action No. 19-2053-RGA as applicable to Novartis's claims against Hetero: (1) the July 7, 2023 opinion invalidating U.S. Patent No. 8,101,659 ("the '659 Patent") (MDL No. 20-2930-RGA, D.I. 1099; C.A. No. 19-2053-RGA, D.I. 402) and (2) the July 21,

2023 '659 Patent Judgment (MDL No. 20-2930-RGA, D.I. 1120; C.A. No. 19-2053-RGA, D.I. 406).

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                United States District Judge