IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) ) | MDL No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 21-1330-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 21-1760-RGA |

**[PROPOSED] CONSENT JUDGMENT AND ORDER OF INJUNCTION**

**WHEREAS**, Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and

Defendants Hetero USA Inc., Hetero Labs Limited, and Hetero Labs Limited Unit III

(collectively, "Hetero"), have agreed to terms and conditions representing a negotiated

1

ME1 48673770v.1

2

settlement of these actions, have set forth those terms and conditions in a confidential Settlement and License Agreement (the "Settlement Agreement"), and have stipulated and consented to entry of this Consent Judgment and Order of Injunction;

**WHEREAS**, Novartis sued Hetero for infringement of United States Patent Nos. 11,096,918 ("the '918 Patent") and 11,058,667 ("the '667 Patent");

**WHEREAS**, subject to the Settlement Agreement, ███████████████████████████████████████████████████

**WHEREAS**, subject to the Settlement Agreement, ███████████████████████████████████████████████████████████████████████████████████████████████;

**WHEREAS**, subject to the Settlement Agreement, ███████████████████████████████████████████████████████████████████████████████████████████

**WHEREAS**, subject to the Settlement Agreement, ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████; and

**WHEREAS,** ███████████████████████████████████████████████████████████████████████████████████████ and Novartis's

claims against Hetero and Hetero's Counterclaims against Novartis with respect to the '938 and '134 Patents have been dismissed without prejudice by Order in Civil Action Nos. 20-2930-RGA and 19-2053-RGA signed November 22, 2021.

**IT IS HEREBY ORDERED, DECREED, AND ADJUDGED:**

1. Subject to the terms of the Settlement Agreement, ███████████████████████████████████████████████████████████████████████████.

2. Subject to the terms of the Settlement Agreement, ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

3. Subject to the terms of the Settlement Agreement, ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

4. By virtue of the license granted by Novartis to Hetero as part of the Settlement Agreement, judgment is entered that there no longer exists a cause of action regarding the '918 and '667 Patents by the products that are the subject of Hetero's Abbreviated New Drug Application No. 213668.

5. Pursuant to the terms of the Settlement Agreement, all other Novartis claims in Civil Action Nos. 21-1330-RGA and 21-1760-RGA are dismissed without prejudice and all of Hetero's defenses, demands, and counterclaims in Civil Action Nos. 21-1330-RGA and 21-1760-RGA are dismissed without prejudice.

ME1 48673770v.1

6. This Court retains jurisdiction over all disputes arising out of the Settlement Agreement.

7. Hetero, and each of its affiliates, is hereby enjoined from directly or indirectly passing title or delivering to customers in the United States the products that are the subject of Hetero's Abbreviated New Drug Application No. 213668 prior to the Generic Entry Date, as set forth in the Settlement Agreement, subject to the exceptions provided in the Settlement Agreement.

8. The injunction described in the foregoing paragraph shall take effect immediately upon entry of this Order by the Court.

9. During the term of the injunction, the Court retains jurisdiction over this action, including implementation of, or disputes arising out of, this Consent Judgment and Order of Injunction.

10. Novartis and Hetero shall bear their own costs and attorney fees.

11. Novartis and Hetero each expressly waive any right to appeal or otherwise move for relief from this Consent Judgment and Order of Injunction.

_____
United States District Judge

6/26/24

ME1 48673770v.1