# HEYMAN ENERIO
## GATTUSO & HIRZEL LLP
### PRACTICING THE ART OF LAW

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472.7300 • Fax: (302) 472.7320 • www.hegh.law

DD: (302) 472-7311
Email: dgattuso@hegh.law

July 29, 2024

**VIA CM-ECF**

The Honorable Richard A. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9
Room 6325
Wilmington, DE 19801-3555

> Re: *In re: Entresto (Sacubitril/Valsartan) Patent Litigation,*
> **C.A. Nos. 20-md-02930, 22-cv-01395, 23-cv-00401-RGA (Consolidated)**

Dear Judge Andrews:

     Pursuant to the Court's order (20-md-02930 (D.I. 1412), 22-cv-01395 (D.I. 208), 23-cv-00401 (D.I. 92)), Defendant Nanjing Noratech Pharmaceutical Co., Limited and Gerbera Therapeutics, Inc. (together "Defendants") submit the enclosed Declaration of Gloria Chen (the "Chen Declaration") in support of Defendants' redactions to Exhibits 1-13 to Plaintiffs' July 1, 2024 discovery dispute letter, which redacted exhibits were originally filed on July 12, 2024 (1395 in 20-md-02930-RGA, 200 in 22-cv-01395-RGA, 86 in 23-cv-00401-RGA). Copies of Exhibits 1-13, as originally redacted, are also enclosed herewith for convenience. As reflected in the Chen Declaration, Defendants have made a good faith effort to redact only confidential and proprietary information from Exhibits 1-13 that will cause a clearly defined and serious injury to Defendants should that information be made public.

     Counsel are available at the convenience of the Court should there be any questions relating to the foregoing.

Respectfully Submitted,

*/s/ Dominick T. Gattuso*

Dominick T. Gattuso (# 3630)

Enclosures
cc: Clerk of the Court (via CM-ECF)
    Plaintiff's Counsel of Record (via email)