**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>　　　Defendants. | C.A. No. 22-1395-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED,<br><br>　　　Defendants. | C.A. No. 19-2053-RGA |

**JOINT MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF
<u>DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES</u>**

ME1 49340610v.2

The parties, Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited (collectively, "MSN"), jointly move for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, the parties state as follows:

1. The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2. A hearing on (1) Novartis's Motion for Preliminary Injunction Against MSN (D.I. 1423 in 20-md-2930-RGA); and (2) Motion for a Rule 62(d) Injunction Pending Appeal and Temporary Restraining Order Pending Resolution of this Motion (D.I. 1432 in 20-md-2930-RGA) in these matters is currently scheduled for August 9, 2024 in Courtroom 6A before Judge Andrews.

3. Nicholas Kallas, Christina Schwarz, Christopher Loh, Jared Stringham, and Gregory Manas of VENABLE LLP are counsel of record for Novartis who have been admitted *pro hac vice* in these matters. They will be attending the hearing, will be arguing or assisting with Novartis's argument presentation at the hearing, and they request access to their electronic devices in connection with the hearing. However, these individuals do not otherwise meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order.

4. Brian Robinson, Robert Stanley, and Jean Silveri are client representatives from Novartis, will be attending the hearing, and request access to their electronic devices for purposes of consulting with counsel and performing their job duties in connection with the hearing. However, these individuals do not otherwise meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order.

5. Richard Juang and Ronald M. Daignault of Daignault Iyer LLP are counsel of record for MSN who have been admitted *pro hac vice* in these matters. They will be attending the hearing, will be arguing or assisting with MSN's argument presentation at the hearing, and they request access to their electronic devices in connection with the hearing. However, these individuals do not otherwise meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order.

6. Kondal Reddy Bairy and Rakesh Sappa Sri Siva are client representatives from MSN, will be attending the hearing, and request access to their electronic devices for purposes of consulting with counsel and performing their job duties in connection with the hearing. However, these individuals do not otherwise meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order.

7. Scott Aaron of BlueBear Solutions, Inc. has been hired by MSN as its hot-seat operator, will provide MSN with technology-related support, and will assist MSN with its presentation at the August 9 hearing. Mr. Aaron requests access to his electronic devices and equipment for these purposes.

The parties jointly respectfully request that the Court issue an order granting this motion to exempt these individuals from the May 17, 2024 Standing Order for the August 9 Hearing.

Dated: August 6, 2024

| | |
|---|---|
| McCARTER & ENGLISH, LLP | STAMOULIS & WEINBLATT LLC |
| | |
| */s/ Alexandra M. Joyce* | /s/ *Richard C. Weinblatt* |
| Daniel M. Silver (#4758) | Stamatios Stamoulis (#4606) |
| Alexandra M. Joyce (#6423) | Richard C. Weinblatt (#5080) |
| Renaissance Centre | 800 N. West Street, Third Floor |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 999-1540 |
| (302) 984-6300 | stamoulis@swdelaw.com |
| dsilver@mccarter.com | weinblatt@swdelaw.com |
| ajoyce@mccarter.com | |
| | Ronald M. Daignault* |
| OF COUNSEL: | Richard Juang* |
| | DAIGNAULT IYER LLP |
| Nicholas N. Kallas | 8618 Westwood Center Drive, Suite 150 |
| Christina Schwarz | Vienna, VA 22182 |
| Christopher E. Loh | rdaignault@daignaultiyer.com |
| Jared L. Stringham | rjuang@daignaultiyer.com |
| Gregory J. Manas | *\*Not admitted in Virginia* |
| VENABLE LLP | |
| 151 West 42nd Street | *Attorneys for Defendants MSN* |
| New York, New York 10036 | *Pharmaceuticals Inc., MSN Laboratories* |
| (212) 307-5500 | *Private Limited, and MSN Life Sciences* |
| nkallas@venable.com | *Private Limited* |
| cschwarz@venable.com | |
| cloh@venable.com | |
| jlstringham@venable.com | |
| gjmanas@venable.com | |

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*