# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 19-2053-RGA |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by the parties, subject to the approval of the Court, that the deadline to file public, redacted version of Novartis's and Hetero's Joint Motion to Vacate Judgment as to Hetero Pursuant to Federal Rules of Civil Procedure 62.1 and 60(b) (D.I. 1419 in C.A. No. 20-2930; D.I. 419 in C.A. No. 19-2053) is extended to August 14, 2024 (from August 7, 2024).

ME1 49376456v.1

Dated: August 7, 2024

| MCCARTER & ENGLISH, LLP | SMITH, KATZENSTEIN & JENKINS LLP |
|---|---|
| /s/ Alexandra M. Joyce | /s/ Daniel A. Taylor |
| Daniel M. Silver (#4758) | Neal C. Belgam (# 2721) |
| Alexandra M. Joyce (#6423) | Daniel A. Taylor (# 6934) |
| Renaissance Centre | 1000 West Street, Suite 1501 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 652-8400 |
| (302) 984-6300 | nbelgam@skjlaw.com |
| dsilver@mccarter.com | dtaylor@skjlaw.com |
| ajoyce@mccarter.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | *Hetero USA Inc., Hetero Labs Limited,* |
| *Novartis Pharmaceuticals Corporation* | *Hetero Labs Limited Unit III.* |

SO ORDERED this _____ day of _____, 2024.

                                                                                        _____
                                                                                        UNITED STATES DISTRICT JUDGE

2