# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) MDL No. 20-2930-RGA ) ) ) |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 19-2053-RGA ) ) ) ) ) ) ) ) ) |

## NOVARTIS'S AND HETERO'S JOINT MOTION TO VACATE JUDGMENT AS TO HETERO PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 62.1 AND 60(b), AND ENTER CONSENT JUDGMENT AND ORDER OF INJUNCTION

Pursuant to Federal Rules of Civil Procedure 62.1 and 60(b), Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendants Hetero USA Inc., Hetero Labs Limited, and Hetero Labs Limited Unit III (collectively, "Hetero"), respectfully request that this Court enter an order vacating the following orders entered on the docket in MDL No. 20-2930-RGA and Civil Action No. 19-2053-RGA as applicable to Novartis's claims against Hetero: (1) the July 7, 2023 opinion invalidating U.S. Patent No. 8,101,659 ("the '659 Patent") (MDL No. 20-2930-RGA, D.I. 1099; C.A. No. 19-2053-RGA, D.I. 402) and (2) the July 21, 2023 '659 Patent Judgment (MDL No. 20-2930-RGA, D.I. 1120; C.A. No. 19-2053-RGA, D.I. 406). The

1

[Proposed] Order of Vacatur is attached as Exhibit A (*see also* MDL No. 20-2930-RGA, D.I. 1376).

On June 21, 2024 this Court entered an order (*id.*, D.I. 1394) stating that, if the Federal Circuit were to grant a limited remand of appeal Nos. 23-2218 and 23-2221 (as to Hetero only), it would enter the [Proposed] Order of Vacatur attached as Exhibit A. On July 30, 2024, the Federal Circuit remanded appeal Nos. 23-2218 and 23-2221 (as to Hetero only) to allow this Court to vacate the above-referenced documents.

**WHEREFORE**, Novartis and Hetero jointly respectfully request, pursuant to Federal Rules of Civil Procedure 62.1 and 60(b), that this Court grant Novartis's and Hetero's joint motion to vacate the following orders entered on the docket in MDL No. 20-2930-RGA and Civil Action No. 19-2053-RGA as applicable to Novartis's claims against Hetero: (1) the July 7, 2023 opinion invalidating the '659 Patent (MDL No. 20-2930-RGA, D.I. 1099; C.A. No. 19-2053-RGA, D.I. 402) and (2) the July 21, 2023 '659 Patent Judgment (MDL No. 20-md-2930-RGA, D.I. 1120; C.A. No. 19-2053-RGA, D.I. 406).

Respectfully submitted,

Dated July 31, 2024

| MCCARTER & ENGLISH LLP | SMITH, KATZENSTEIN, & JENKINS LLP |
|---|---|
| */s/ Daniel M. Silver* | */s/ Daniel A. Taylor* |
| Daniel M. Silver (No. 4758) | Neal C. Belgam (No. 2721) |
| Alexandra M. Joyce (No. 6423) | Daniel A. Taylor (No. 6934) |
| Renaissance Centre | 1000 West Street, Suite 1501 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 652-8400 |
| (302) 984-6300 | nbelgam@skjlaw.com |
| dsilver@mccarter.com | dtaylor@skjlaw.com |
| ajoyce@mccarter.com | |

Nicholas N. Kallas
Christina Schwarz
Jared L. Stringham
Christopher E. Loh
Susanne L. Flanders
Melinda R. Roberts
Shannon K. Clark
Laura K. Fishwick
Gregory J. Manas
VENABLE LLP
151 West 42nd Street
New York, New York 10036
nkallas@venable.com
cschwarz@venable.com
jlstringham@venable.com
cloh@venable.com
slflanders@venable.com
mrroberts@venable.com
skclark@venable.com
lfishwick@venable.com
gjmanas@venable.com

*Attorneys for Plaintiff
Novartis Pharmaceuticals Corporation*

Dmitry V. Shelhoff
Kenneth S. Canfield
Edward D. Pergament
Julia S. Kim
PERGAMENT &CEPEDA LLP
25A Hanover Road, Suite 104
Florham Park, NJ 07932
(973) 998-7722
dshelhoff@pergamentcepeda.com
kcanfield@pergamentcepeda.com
epergament@pergamentcepeda.com
jkim@pergamentcepeda.com

*Attorneys for Defendants Hetero USA Inc., Hetero Labs Limited, and Hetero Labs Limited Unit III*

**EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) MDL No. 20-2930-RGA ) ) |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br>  Plaintiff, <br>  v. <br><br> HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, <br><br>  Defendants. | ) ) ) ) ) ) ) ) C.A. No. 19-2053-RGA ) ) ) ) ) ) ) ) ) ) |

**[PROPOSED] ORDER**

**THIS MATTER** having been moved, jointly, by attorneys for Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendants Hetero USA Inc., Hetero Labs Limited, and Hetero Labs Limited Unit III (collectively, "Hetero"), and the Court having considered all papers submitted in support of this motion and for good cause shown;

The Court hereby vacates the following orders entered on the docket in MDL No. 20-2930-RGA and Civil Action No. 19-2053-RGA as applicable to Novartis's claims against Hetero: (1) the July 7, 2023 opinion invalidating U.S. Patent No. 8,101,659 ("the '659 Patent") (MDL No. 20-2930-RGA, D.I. 1099; C.A. No. 19-2053-RGA, D.I. 402) and (2) the July 21,

2023 '659 Patent Judgment (MDL No. 20-2930-RGA, D.I. 1120; C.A. No. 19-2053-RGA, D.I. 406).

**IT IS SO ORDERED.**

Dated: _____       _____

United States District Judge