# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) MDL No. 20-2930-RGA ) |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) ) C.A. No. 19-1979-RGA |
| Plaintiff, | ) |
| v. | ) ) |
| TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD., | ) ) ) |
| Defendants. | ) ) |

## ORDER

**THIS MATTER** having been moved, jointly, by attorneys for Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendants Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd. (collectively, "Torrent"), and the Court having considered all papers submitted in support of this motion and for good cause shown;

The Court hereby vacates the following orders entered on the docket in MDL No. 20-2930-RGA and Civil Action No. 19-1979-RGA as applicable to Novartis's claims against Torrent: (1) the July 7, 2023 opinion invalidating U.S. Patent No. 8,101,659 ("the '659 Patent") (MDL No. 20-2930-RGA, D.I. 1099; C.A. No. 19-1979-RGA, D.I. 646), and (2) the July 21, 2023 '659 Patent Judgment (MDL No. 20-2930-RGA, D.I. 1120; C.A. No. 19-1979-RGA, D.I. 649).

**IT IS SO ORDERED.**

Dated: August 23, 2024          /s/ Richard G. Andrews

                                                       United States District Judge