## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE



|  |  |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | MDL No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, Plaintiff, v. TORRENT PHARMA INC. and TORRENT PHARMACEUTICALS LTD., Defendants. | C.A. No. 19-1979-RGA PUBLIC VERSION FILED: August 30, 2024 |
| NOVARTIS PHARMACEUTICALS CORPORATION, Plaintiff, v. TORRENT PHARMA INC. and TORRENT PHARMACEUTICALS LTD., Defendants. | C.A. No. 21-1794-RGA |

**NOVARTIS'S AND TORRENT'S JOINT MOTION TO
VACATE JUDGMENT AS TO TORRENT PURSUANT TO
FEDERAL RULES OF CIVIL PROCEDURE 62.1 AND 60(b)**

Pursuant to Federal Rules of Civil Procedure 62.1 and 60(b), Plaintiff Novartis

Pharmaceuticals Corporation ("Novartis") and Defendants Torrent Pharma Inc. and Torrent

Pharmaceuticals Ltd. (collectively, "Torrent"), respectfully request that this Court enter an order

1

vacating the following orders entered on the docket in MDL No. 20-2930-RGA and Civil Action

No. 19-cv-1979-RGA, as applicable to Novartis's claims against Torrent: (1) the July 7, 2023

opinion invalidating U.S. Patent No. 8,101,659 ("the '659 Patent") (MDL No. 20-2930-RGA,

D.I. 1099; C.A. No. 19-1979-RGA, D.I. 646) and (2) the July 21, 2023 '659 Patent Judgment

(MDL No. 20-2930-RGA, D.I. 1120; C.A. No. 19-1979-RGA, D.I. 649). The [Proposed] Order

of Vacatur is attached as Exhibit A (*see also* MDL No. 20-2930-RGA, D.I. 1406, Exhibit A).

On July 10, 2024, this Court entered an order (MDL No. 20-2930-RGA, D.I. 1406)

stating that, if the Federal Circuit were to grant a limited remand of appeal Nos. 23-2218 (as to

Torrent only) and 23-2219, it would enter the [Proposed] Order of Vacatur attached as Exhibit A.

On August 22, 2024, the Federal Circuit remanded appeal Nos. 23-2218 (as to Torrent only) and

23-2219 to allow this Court to vacate the above-referenced documents.

**WHEREFORE**, Novartis and Torrent jointly respectfully request, pursuant to Federal

Rules of Civil Procedure 62.1 and 60(b), that this Court grant Novartis's and Torrent's joint

motion to vacate the following orders entered on the docket in MDL No. 20-2930-RGA and

Civil Action No. 19-1979-RGA, as applicable to Novartis's claims against Torrent: (1) the July

7, 2023 opinion invalidating the '659 Patent (MDL No. 20-2930-RGA, D.I. 1099; C.A. No. 19-

1979-RGA, D.I. 646) and (2) the July 21, 2023 '659 Patent Judgment (MDL No. 20-2930-RGA,

D.I. 1120; C.A. No. 19-1979-RGA, D.I. 649).

ME1 49537295v.1

Respectfully submitted,

| MCCARTER & ENGLISH, LLP | SMITH, KATZENSTEIN, & JENKINS LLP |
|---|---|
| */s/ Alexandra M. Joyce* | /s/ *Neal C. Belgam* |
| Daniel M. Silver (#4758) | Neal C. Belgam (#2721) |
| Alexandra M. Joyce (#6423) | Daniel A. Taylor (#6934) |
| Renaissance Centre | 1000 West Street, Suite 1501 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 652-8400 |
| (302) 984-6300 | nbelgam@skjlaw.com |
| dsilver@mccarter.com | dtaylor@skjlaw.com |
| ajoyce@mccarter.com | |

OF COUNSEL:
Nicholas N. Kallas
Christina Schwarz
Christopher E. Loh
Susanne L. Flanders
Jared L. Stringham
Shannon K. Clark
Laura K. Fishwick
Gregory J. Manas
VENABLE LLP
151 West 42nd Street
New York, New York 10036
(212) 307-5500
nkallas@venable.com
cschwarz@venable.com
cloh@venable.com
slflanders@venable.com
jlstringham@venable.com
skclark@venable.com
lfishwick@venable.com
gjmanas@venable.com

*Attorneys for Plaintiff Novartis*
*Pharmaceuticals Corporation*

OF COUNSEL:
Dmitry V. Shelhoff
Kenneth S. Canfield
Edward D. Pergament
Julia S. Kim
PERGAMENT & CEPEDA LLP
25A Hanover Road
Florham Park, NJ 07932
(973) 998-7722
dshelhoff@pergamentcepeda.com
kcanfield@pergmanentcepeda.com
epergament@pergamentcepeda.com
jkim@pergamentcepeda.com

*Attorneys for Defendants*
*Torrent Pharma Inc.*
*and Torrent Pharmaceuticals Ltd.*

3

<u>**EXHIBIT A**</u>

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) MDL No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD.,<br><br>Defendants. | ) ) ) ) ) C.A. No. 19-1979-RGA ) ) ) ) ) ) ) |

**[PROPOSED] ORDER**

**THIS MATTER** having been moved, jointly, by attorneys for Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendants Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd. (collectively, "Torrent"), and the Court having considered all papers submitted in support of this motion and for good cause shown;

The Court hereby vacates the following orders entered on the docket in MDL No. 20-2930-RGA and Civil Action No. 19-1979-RGA as applicable to Novartis's claims against Torrent: (1) the July 7, 2023 opinion invalidating U.S. Patent No. 8,101,659 ("the '659 Patent") (MDL No. 20-2930-RGA, D.I. 1099; C.A. No. 19-1979-RGA, D.I. 646), and (2) the July 21, 2023 '659 Patent Judgment (MDL No. 20-2930-RGA, D.I. 1120; C.A. No. 19-1979-RGA, D.I. 649).

ME1 49537295v.1

**IT IS SO ORDERED.**


Dated: _____                    _____

                                            United States District Judge

2

ME1 49537295v.1