**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, | C.A No. 23-401-RGA |
| Plaintiff, | |
| v. | |
| GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO. LIMITED, | |
| Defendants. | |

**DEFENDANTS NANJING NORATECH PHARMACEUTICAL CO., LIMITED'S**
**AND GERBERA THERAPEUTTICS, INC.'S**
**NOTICE OF DEPOSITION OF AERI PARK, PH.D.**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure, Defendant Nanjing Noratech Pharmaceutical Co., Limited and Gerbera Therapeutics,

Inc., through their undersigned counsel, will take the video deposition by oral examination of Aeri

Park PH.D.

The deposition will take place remotely on September 4, 2024, beginning at 9:00 a.m.

Eastern Time, and will continue up to 8.0 hours or until completed, and will be conducted/attended

remotely, utilizing web-based deposition options, and/or remote video conferencing and video

recording with details for remote access to be circulated separately among counsel, or at such other

time and place as counsel may agree.

The deposition will be taken by videoconference before a court reporter or other person authorized by law to administer oaths, or by a stipulated oath, and will be recorded by stenographic and audio-visual means. The deposition will be taken for the purposes of discovery, for use in the present suit, for use at trial or a hearing in this case, and for such other purpose as permitted under the Federal Rules of Civil Procedure.

OF COUNSEL:

HUSCH BLACKWELL LLP
Don Mizerk
Matthew M. Kamps
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 655-1500
don.mizerk@huschblackwell.com
matt.kamps@huschblackwell.com

Thomas P. Heneghan
33 East Main, Suite 300
Madison, WI 53703
(608) 234-6032
tom.heneghan@huschblackwell.com

Dated: August 30, 2024

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7311
dgattuso@hegh.law

*Attorneys for Defendant Nanjing Noratech Pharmaceutical Co., Limited and Gerbera Therapeutics, Inc.*