# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 22-1395-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 23-401-RGA |

**ORDER GRANTING [UNOPPOSED] MOTION FOR EXEMPTION OF PERSONS
FROM THE DISTRICT OF DELAWARE'S
MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

The Court having considered the [Unopposed] Motion for Exemption of Persons from the

District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Motion"),

ME1 49649520v.1

IT IS SO ORDERED this \_\_\_9th\_\_\_ day of \_\_September\_\_ 2024 that:

1. The Motion is GRANTED;

2. For purposes of the September 9, 2024 hearing in the above-captioned case, the following person is exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their personal electronic devices:

- Jared L. Stringham

3. The person listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshalls upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

/s/ Richard G. Andrews
Hon. Richard G. Andrews
United States District Judge

ME1 49649520v.1