IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 22-1395-RGA |

**NOVARTIS'S NOTICE OF DEPOSITION OF RICHARD L. MCCREERY, PH.D.**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and the applicable Local Civil Rules of the United States District Court for the District of Delaware, Plaintiff Novartis Pharmaceuticals Corporation ("Novartis"), by and through its attorneys, will take the deposition upon oral examination of Richard L. McCreery, Ph.D., remotely via videoconference, beginning at 10:00 am Eastern Time on September 18, 2024. The deposition will take place before a notary public or other officer duly authorized to administer oaths and take testimony, and will be recorded by stenographic means, and may be videotaped, audiotaped and/or transcribed using real time interactive transcription.

1

All counsel of record for Novartis and Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, MSN Life Sciences Private Limited, Gerbera Therapeutics, Inc., and Nanjing Noratech Pharmaceutical Co., Limited are invited to attend the deposition by videoconference or telephonic means and examine the deponent in accordance with applicable Rules.

| | |
|---|---|
| Dated: September 13, 2024 | MCCARTER & ENGLISH, LLP |
| | |
| | */s/ Daniel M. Silver* |
| | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| | Renaissance Centre |
| | 405 N. King Street, 8th Floor |
| | Wilmington, Delaware 19801 |
| | (302) 984-6300 |
| | *dsilver@mccarter.com* |
| | *ajoyce@mccarter.com* |
| | |
| | OF COUNSEL: |
| | Nicholas N. Kallas |
| | Christina Schwarz |
| | Christopher E. Loh |
| | Jared L. Stringham |
| | VENABLE LLP |
| | 151 West 42nd Street |
| | New York, NY 10036 |
| | (212) 307-5500 |
| | *nkallas@venable.com* |
| | *cschwarz@venable.com* |
| | *cloh@venable.com* |
| | *jlstringham@venable.com* |
| | |
| | *Attorneys for Plaintiff Novartis Pharmaceuticals Corporation* |