IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 22-1395-RGA |

### NOVARTIS'S NOTICE OF DEPOSITION OF JONATHAN W. STEED, PH.D.

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and the applicable Local Civil Rules of the United States District Court for the District of Delaware, Plaintiff Novartis Pharmaceuticals Corporation ("Novartis"), by and through its attorneys, will take the deposition upon oral examination of Jonathan W. Steed, Ph.D., remotely via videoconference, beginning at 7:00 am Eastern Time on September 17, 2024. The deposition will take place before a notary public or other officer duly authorized to administer oaths and take testimony, and will be recorded by stenographic means, and may be videotaped, audiotaped and/or transcribed using real time interactive transcription.

1

All counsel of record for Novartis and Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited are invited to attend the deposition by videoconference or telephonic means and examine the deponent in accordance with applicable Rules.

Dated: September 13, 2024

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

OF COUNSEL:
Nicholas N. Kallas
Christina Schwarz
Christopher E. Loh
Jared L. Stringham
VENABLE LLP
151 West 42nd Street
New York, NY 10036
(212) 307-5500
nkallas@venable.com
cschwarz@venable.com
cloh@venable.com
jlstringham@venable.com

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*