IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br>Plaintiff,<br>v.<br>HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED,<br>Defendants. | C.A. No. 19-2053-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br>Plaintiff,<br>v.<br>MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br>Defendants. | CA No. 22-1395-RGA |

**Declaration of Bharat Reddy Chintapally**

1. I am an Executive Director of defendant MSN Pharmaceuticals Inc., MSN Laboratories Private Limited and MSN Life Sciences Private Limited. I have held this position since 2006.

2. As an Executive Director of MSN Laboratories, I am familiar with and responsible for Business Development, Sales & Marketing, Portfolio, Research & Development as well as Manufacturing Operations of MSN Laboratories Private Limited, including MSN

1

Group's subsidiaries MSN Pharmaceuticals Inc. and MSN Life Sciences Private Limited (hereinafter collectively, "MSN"). I make this declaration based on my personal knowledge of MSN's present financial condition, its practices over the 19 years I have been employed here, and my knowledge and understanding of the financial aspects of the pharmaceutical industry in general.

3. MSN is one of the fastest growing knowledge-driven, research-oriented generic pharmaceutical companies. We were established in 2003 and we have 20 manufacturing facilities in Hyderabad, India for both active pharmaceutical ingredients (API) and final dosage forms (FDF) and one FDF manufacturing facility in Piscataway, NJ. MSN group employs around 20,000 personnel globally. We have a world class R&D center in Hyderabad housing around 2200 top-notch scientists dedicated to both API and FDF research and development. Our manufacturing facilities are approved by many global regulatory bodies including USFDA, EDQM, WHO-GENEVA, HEALTH CANADA and PMDA Japan, etc. We have around 950 national and international patent applications on file with around 180 national granted patents and around 160 granted international patents.

4. Additionally, MSN has considerable experience with recent at-risk launches for Tasimelteon and Pirfenidone, and is familiar with the planning required and the strategies behind such at-risk launches. We have one approved manufacturing facility for FDF and API for our generic sacubitril-valsartan ANDA product, and we plan to add one additional facility each for FDFs and APIs very soon. We have access to all generic distributors and pharmacy network in the United States to support the sale of these products.

5. Based on Novartis' current financial report guidance, sales of ENTRESTO® are estimated to be approximately ██████ annually. For the period from ██████ 2024,

2

which is the date when MSN would have been able to launch its generic ANDA product, through ▮ 2024, that translates to approximately ▮ in sales. Assuming a profit margin of ▮ (Novartis Financial Reports), which is typical of a blockbuster drug like ENTRESTO® and for a company of Novartis's size, I estimate Novartis's profits between now and year end to be approximately ▮

6. As mentioned above, our company has considerable experience with at-risk launches and is familiar with the planning required and the strategies behind such at-risk launches. We also have experience launching generic products in a single-entry market and a multi-entry market during 180-day exclusivity periods. For example, for the drug Roflumilast, MSN launched alone in October, 2022 with 180-day exclusivity and was able to capture over ▮ of generic Roflumilast sales in that single-entry market during the 180-day exclusivity period.

7. Here, however, MSN would launch its generic sacubitril-valsartan product at-risk, and therefore unlike Roflumilast where we captured over ▮ in sales in a risk-free exclusivity period, MSN would control and limit the amount/volume of generic sacubitril-valsartan product it manufactures and distributes in the United States, thereby mitigating its potential financial exposure. Accordingly, based on our market inquiries and analysis, and at-risk launch strategy of limiting our manufacture, distribution and sales of MSN's generic sacubitril-valsartan product, MSN would likely achieve a market penetration between a launch on or about ▮ 2024 through ▮ 2024 of ▮ if MSN were the sole entrant.

8. Using the figures above regarding Novartis's sales and profits and MSN's expected ▮ market penetration as a guide, and with MSN launching at a ▮ discount to

3

Novartis' ENTRESTO®, which is typical of the generic industry, MSN would expect to have net sales of approximately ▮▮▮▮ million as a sole entrant for that time period.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 13, 2024.

_____
Bharat Reddy Chintapally