**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) | C.A. No. 19-2053-RGA |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, | ) ) ) ) ) |  |
| Defendants. | ) ) ) ) |  |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) | C.A. No. 22-1395-RGA |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, | ) ) ) ) ) ) ) |  |
| Defendants. | ) ) |  |

**ORDER REGARDING INJUNCTION BOND**

IT IS HEREBY ORDERED this __4__ day of __October__, 2024, that:

1.  Novartis is ORDERED to post a single, unsecured bond with this Court in the amount of $306.7 million in the form attached hereto within three (3) business days; and

2.  MSN may file a motion on or after January 1, 2025 requesting additional security for the period beginning January 1, 2025 in the event that the August 14, 2024 injunction orders against MSN by the Court of Appeals for the Federal Circuit, or any subsequent [1] injunction against MSN ordered by that Court extend beyond December 31, 2024.


/s/ Richard G. Andrews
_____

UNITED STATES DISTRICT COURT JUDGE

---

[1] The parties request this second provision.  I am ordering it without having confirmed that I have the power to do this.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) ) | C.A. No. 19-2053-RGA |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, | ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) | C.A. No. 22-1395-RGA |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**UNSECURED BOND FOR INJUNCTIONS PENDING APPEAL**

KNOW BY ALL PERSONS BY THESE PRESENTS, that, in accordance with the provisions set forth below, Plaintiff Novartis Pharmaceuticals Corp. is held firmly and bound unto Defendants MSN Pharmaceuticals, Inc., MSN Laboratories Private Ltd., and MSN Life Sciences Private Ltd. (together, "MSN") and their successors and assigns, in the sum of $306,700,000 without surety, for the payment of which the undersigned bind themselves, their successors and assigns.

WHEREAS, Novartis has obtained injunctive relief against MSN from the Federal Circuit in *Novartis Pharmaceuticals Corp. v. Torrent Pharma Inc.*, Nos. 23-2218, 23-2220, and 23-2221 and in *Novartis Pharmaceuticals Corp. v. MSN Pharmaceuticals, Inc.*, No. 24-2211 upon the condition that Novartis post an unsecured bond in the amount of $306,700,000, with that single amount covering all injunctive relief granted by the Federal Circuit pending the patent appeals for which the injunction entered.

WHEREAS, Novartis reserves all rights to contest the existence, amount, and kind of any MSN damages in the event of appropriate proceedings by MSN to collect under this bond.

NOW, THEREFORE, the condition of this obligation is such that if, in appropriate proceedings, MSN is found to have been wrongfully enjoined during the pendency of the patent appeals in the Federal Circuit and MSN proves the amount of costs or damages it incurred from being so enjoined, this obligation shall be void upon Novartis's payment of MSN's proven costs and/or damages up to the amount of the bond.  Otherwise, this obligation shall remain in full force and effect until further order of the Court.

IN WITNESS WHEREOF, Novartis, through its undersigned agent, has signed and sealed this Bond this __ day of __, 2024.

NOVARTIS PHARMACEUTICALS CORPORATION


_____

Name:

Title