IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br>Plaintiff, <br><br>v. <br><br>MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, NANJING NORATECH PHARMACEUTICAL CO., LIMITED, <br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 22-1395-RGA |

## [PROPOSED] ORDER

Upon consideration of the motion (the "Motion") brought before the Court by Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited ("MSN") and upon good cause shown, it is ORDERED that:

1. The motion is GRANTED this 21st day of October, 2024; *by Nov. 1, 2024*

2. Plaintiff Novartis Pharmaceuticals Corporation is required to produce all tests results (and accompanying notebooks) conducted by Dr. Matzger on MSN's ANDA Products, APIs, and excipients related to ANDA No. 213748.

*/s/ Richard G. Andrews*
The Honorable Richard G. Andrews