# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO. LIMITED,<br><br>Defendants. | C.A No. 22-1395-RGA |

## DEFENDANTS NANJING NORATECH PHARMACEUTICAL CO., LIMITED AND GERBERA THERAPEUTICS, INC.'S
## NOTICE OF DEPOSITION OF ADAM J. MATZGER, PH.D.

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Defendants Nanjing Noratech Pharmaceutical Co., Limited ("Noratech") and Gerbera Therapeutics, Inc., through their undersigned counsel, will take the video deposition by oral examination of Adam J. Matzger, Ph.D.

The deposition will take place remotely on October 23, 2024, beginning at 9:00 a.m. Eastern Time, and will continue until completed, and will be conducted/attended remotely, utilizing web-based deposition options, and/or remote video conferencing and video recording with details for remote access to be circulated separately among counsel, or at such other time and place as counsel may agree.

The deposition will be taken by videoconference before a court reporter or other person authorized by law to administer oaths, or by a stipulated oath, and will be recorded by stenographic and audio-visual means. The deposition will be taken for the purposes of discovery, for use in the present suit, for use at trial or a hearing in this case, and for such other purpose as permitted under the Federal Rules of Civil Procedure.

| | |
|---|---|
| OF COUNSEL: | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP |
| HUSCH BLACKWELL LLP<br>Don Mizerk<br>Matthew M. Kamps<br>120 South Riverside Plaza, Suite 2200<br>Chicago, IL 60606<br>(312) 655-1500<br>don.mizerk@huschblackwell.com<br>matt.kamps@huschblackwell.com | */s/ Dominick T. Gattuso*<br>Dominick T. Gattuso<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7311<br>dgattuso@hegh.law<br><br>*Attorney for Defendant Nanjing Noratech Pharmaceutical Co., Limited* |
| Thomas P. Heneghan<br>33 East Main, Suite 300<br>Madison, WI 53703<br>(608) 234-6032<br>tom.heneghan@huschblackwell.com | |

Dated: October 21, 2024