## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | MDL No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 22-1395-RGA<br><br>██████████████<br><br>PUBLIC VERSION |

## DECLARATION OF GREGORY J. MANAS IN SUPPORT OF NOVARTIS'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY AND MATERIALS OF AERI PARK, PH.D. UNDER FED. R. EVID. 702 AND *DAUBERT*

I, Gregory J. Manas, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am an attorney at Venable LLP, counsel for Plaintiff Novartis Pharmaceuticals Corporation in the above-captioned case.

2.      I submit this declaration based upon my personal knowledge and in support of Novartis's Opposition to Defendants' *Daubert* Motion to Exclude Testimony and Materials of Aeri Park Ph.D.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of relevant portions of the transcript from February 14, 2024 of the trial in *In re Entresto (Sacubitril/Valsartan) Litigation*, 21-cv-1330 (D. Del.).

4.      Attached hereto as **Exhibit 2** is a true and correct copy of relevant portions of the transcript from February 16, 2024 of the trial in *In re Entresto (Sacubitril/Valsartan) Litigation*, 21-cv-1330 (D. Del.).

5.      Attached hereto as **Exhibit 3** is a true and correct copy of relevant portions of the June 28, 2024 Rebuttal Expert Report of Dr. Richard L. McCreery on Behalf of Nanjing Noratech Pharmaceutical Co., Limited and Gerbera Therapeutics, Inc.  **[Highly Confidential – Attorneys' Eyes Only, Filed Under Seal Pursuant to L.R. 26.2]**

6.      Attached hereto as **Exhibit 4** is a true and correct copy of relevant portions of the August 6, 2024 Responsive Expert Declaration of Dr. Richard L. McCreery.  **[Highly Confidential – Attorneys' Eyes Only, Filed Under Seal Pursuant to L.R. 26.2]**

7.      Attached hereto as **Exhibit 5** is a true and correct copy of relevant portions of the deposition transcript for the September 18, 2024 deposition of Richard L. McCreery, Ph.D. **[Highly Confidential – Attorneys' Eyes Only, Filed Under Seal Pursuant to L.R. 26.2]**

8.      Attached hereto as **Exhibit 6** is a true and correct copy of relevant portions of the

1

May 9, 2024 Opening Expert Report of Aeri Park, Ph.D. on U.S. Patent No. 11,096,918 against

Gerbera Therapeutics, Inc. and Nanjing Noratech Pharmaceutical Co., Limited ("Noratech").

**[Highly Confidential – Attorneys' Eyes Only, Filed Under Seal Pursuant to L.R. 26.2]**

9.      Attached hereto as **Exhibit 7** is a true and correct copy of relevant portions of the

deposition transcript for the September 4, 2024 deposition of Aeri Park, Ph.D.  **[Highly**

**Confidential – Attorneys' Eyes Only, Filed Under Seal Pursuant to L.R. 26.2]**

10.      Attached hereto as **Exhibit 8** is a true and correct copy of relevant portions of the

August 12, 2024 Reply Expert Report of Aeri Park, Ph.D. on U.S. Patent No. 11,096,918 against

Noratech.  **[Highly Confidential – Attorneys' Eyes Only, Filed Under Seal Pursuant to L.R.**

**26.2]**

11.      Attached hereto as **Exhibit 9** is a true and correct copy of Exhibit 12 ("USP

Reference Standard Development: From Cradle to Catalog") from the September 4, 2024

deposition of Aeri Park, Ph.D.

12.      Attached hereto as **Exhibit 10** is a true and correct copy of U.S. Patent No.

11,096,918.

13.      Attached hereto as **Exhibit 11** is a true and correct copy of the April 21, 2009

"Physical & Chemical Characterization of Drug Products in PDU US" presentation ("Pan

presentation") bearing Bates Nos. NPC-VS-918-000026802–NPC-VS-918-000026834.

14.      Attached hereto as **Exhibit 12** is a true and correct copy of relevant portions of

the Park Laboratory Notebook bearing Bates Nos. AP-NPC-918-000000001– AP-NPC-918-

000000013.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: October 18, 2024                          By: /s/ Gregory J. Manas_____
                                                     Gregory J. Manas

# EXHIBIT 1

550

```
 1        IN THE UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF DELAWARE
 3      - - - - - - - - - - - - - - - -
 4   In re Entresto (Sacubitril/  ) Trial Volume III
     Valsartan) Patent Litigation ) C.A. No. 20-2930-RGA
 5      - - - - - - - - - - - - - - - -
 6   NOVARTIS PHARMACEUTICALS       )
     CORPORATION,                   )
 7                                  )
                    Plaintiff,      )
 8                                  ) C.A. No. 21-1330-RGA
     v.                             )
 9                                  )
     ALKEM LABORATORIES LTD.,       )
10   et al.,                        )
11                   Defendants.    )
     - - - - - - - - - - - - - - - -
12   NOVARTIS PHARMACEUTICALS       )
     CORPORATION,                   )
13                                  )
                    Plaintiff,      )
14                                  ) C.A. No. 21-1760-RGA
     v.                             )
15                                  )
     HETERO USA INC., et al.,       )
16                                  )
                    Defendants.     )
17   - - - - - - - - - - - - - - - -
     NOVARTIS PHARMACEUTICALS       )
18   CORPORATION,                   )
                                    )
19                   Plaintiff,     )
                                    ) C.A. No. 21-1794-RGA
20   v.                             )
                                    )
21   TORRENT PHARMA INC., et al.,   )
                                    )
22                   Defendants.    )
     - - - - - - - - - - - - - - - -
23
24
25
```

551

```
 1              J. Caleb Boggs Courthouse
                844 North King Street
 2              Wilmington, Delaware

 3              Wednesday, February 14, 2024
                9:14 a.m.
 4              Bench Trial

 5
     BEFORE:  THE HONORABLE RICHARD G. ANDREWS, U.S.D.C.J.
 6
     APPEARANCES:
 7
 8      McCARTER & ENGLISH, LLP
        BY:  DANIEL M. SILVER, ESQUIRE
 9      BY:  ALEXANDRA M. JOYCE, ESQUIRE

10          -and-

11      VENABLE, LLP
        BY:  NICHOLAS KALLAS, ESQUIRE
12      BY:  CHRISTINA SCHWARZ, ESQUIRE
        BY:  JARED STRINGHAM, ESQUIRE
13      BY:  CHRISTOPHER LOH, ESQUIRE
        BY:  SHANNON CLARK, ESQUIRE
14      BY:  LAURA FISHWICK, ESQUIRE

15           For the Plaintiff

16      SMITH KATZENSTEIN & JENKINS LLP
        BY:  NEAL C. BELGAM, ESQUIRE
17      BY:  DANIEL A. TAYLOR, ESQUIRE

18          -and-

19      PERGAMENT & CEPEDA LLP
        BY:  DMITRY V. SHELHOFF, Ph.D.
20      BY:  KENNETH S. CANFIELD, ESQUIRE
        BY:  JULIA S. KIM, ESQUIRE
21      BY:  EDWARD D. PERGAMENT, ESQUIRE

22           For the Defendants

23

24

25
```

552

```
 1              ***  PROCEEDINGS  ***
 2       DEPUTY CLERK:  All rise.  Court is now in
 3   session.  The Honorable Richard G. Andrews presiding.
 4       THE COURT:  All right.  We ready to begin?
 5       MR. STRINGHAM:  Yes, Your Honor.
 6       THE COURT:  All right.  Let's be seated and I
 7   believe the Plaintiff is calling a witness.
 8       MR. STRINGHAM:  I think the Defendants have a
 9   logistical matter to address.
10       THE COURT:  Okay.
11       MR. CANFIELD:  Yes, Your Honor.
12       From looking at the transcript yesterday, there
13   are a couple of exhibits that appear not to have moved in
14   and we discussed it with Plaintiffs and they're fine with
15   it.  It was during the deposition reading of Ms. Twisk,
16   Exhibits DTX 6317.  And it was discussed at Page 289, 15 to
17   19 of the transcript.  And DTX 6318 was at Page 288, 19 to
18   20.  So we would just move those into evidence.
19       THE COURT:  Okay.  So without objection, they're
20   admitted.
21       MR. CANFIELD:  Thank you.
22       (DTX Exhibit Nos. 6317 and 6318 were admitted
23   into evidence.)
24       MR. STRINGHAM:  Good morning, Your Honor.
25   Novartis calls Dr. Aeri Park to the stand.
```

553

```
 1       THE COURT:  Okay.
 2       MR. STRINGHAM:  And Dr. Park will testify on
 3   issues relevant to the validity of the '918 patent, and
 4   specifically she'll testify about how the glassy solid of
 5   Example 1 is amorphous TVS and her testing of the amorphous
 6   TVS that a POSA could have done as of April 4th, 2006.
 7       THE COURT:  Okay.
 8       DEPUTY CLERK:  Please state and spell your full
 9   name for the record.
10       THE WITNESS:  Aeri Park, A-E-R-I P-A-R-K.
11       DEPUTY CLERK:  Do you affirm that the testimony
12   you are about to give to the Court in the case now pending
13   will be the truth, the whole truth, and nothing but the
14   truth, you do so affirm?
15       AERI PARK, the witness herein, after having been
16   duly sworn under oath, was examined and testified as
17   follows:
18       THE WITNESS:  Yes, I do.
19       MR. STRINGHAM:  May we proceed?
20              DIRECT EXAMINATION
21   BY MR. STRINGHAM:
22   Q.   Good morning, Dr. Park.
23   A.   Good morning.
24   Q.   Will you please summarize your qualifications?
25   A.   Sure.  I have a Ph.D. in organic chemistry and I have
```

554

09:16:17 1 over 25 years of analyzing solid state drugs and drug

09:16:23 2 substances.

09:16:24 3 Q. Will you summarize your relevant work experience?

09:16:27 4 A. Sure. I studied at a company called SCCI in 1998,

09:16:34 5 starting with analyzing, preparing, and characterizing solid

09:16:38 6 state drugs and drug substances using various techniques

09:16:42 7 like XRPD, solid state NMR, and Raman and IR spectroscopy.

09:16:47 8 I was there for 11 years.

09:16:50 9 Then, I went to company called Almac as a

09:16:53 10 director of U.S. operations, also performing similar type of

09:16:57 11 solid state work.

09:16:59 12 After seven years at Almac, I am now at

09:17:03 13 Triclinic Lab, since 2016 working as chief operating

09:17:07 14 officer, also performing same type of work which is solid

09:17:12 15 state analytical chemistry which analyzes all the solid

09:17:16 16 state of drugs and drug substances.

09:17:19 17 Q. How many times would you estimate that you've

09:17:21 18 characterized solid state drug substances?

09:17:24 19 A. Multiple thousands of times.

09:17:26 20 Q. And how many times have you characterized a complex

09:17:30 21 distinguishing it from a physical mixture?

09:17:32 22 A. Multiple hundreds of times.

09:17:35 23 Q. Would you please turn to PTX 271 in your binder and

09:17:39 24 identify that document?

09:17:40 25 A. Yes. That's my CV.

555

09:17:45 1 MR. STRINGHAM: Novartis moves to introduce into

09:17:46 2 evidence PTX 271, Dr. Park' CV.

09:17:50 3 THE COURT: Admitted without objection.

09:17:52 4 (PTX 271 Exhibit No. 271 was admitted into

09:17:52 5 evidence.)

09:17:52 6 MR. STRINGHAM: And Novartis offers Dr. Park as

09:17:54 7 an expert in solid state chemistry and the testing and

09:17:57 8 characterizing of solid state drug substances.

09:18:00 9 THE COURT: You may proceed.

09:18:01 10 BY MR. STRINGHAM:

09:18:03 11 Q. Dr. Park, what did you do for this case?

09:18:05 12 A. So I made, by following '918 patent Example 1, the

09:18:11 13 glassy solid in that example and then I analyzed the glassy

09:18:16 14 solid by four standard well-known techniques. That's listed

09:18:20 15 on this slide: X-ray powder diffraction, solid state NMR,

09:18:25 16 Raman and IR spectroscopy.

09:18:27 17 And I proved that based on this data that the

09:18:32 18 glassy solid is a compound of Claim 1 which is the amorphous

09:18:37 19 solid form of compound containing anionic valsartan and

09:18:42 20 anionic sacubitril and sodium cations non-covalently bound

09:18:46 21 in 1:1:3 molar ratio.

09:18:50 22 Q. And did you personally make, test, and characterize

09:18:54 23 the glassy solid of Example 1?

09:18:59 24 A. No. I had a scientist in our laboratory under my

09:19:00 25 supervision perform the testing.

556

09:19:03 1 Q. Is it still fair to call that work your work?

09:19:05 2 A. Yes. He followed my close directions to perform the

09:19:08 3 testing.

09:19:10 4 Q. And is the glassy solid that you obtained a physical

09:19:14 5 mixture of amorphous valsartan disodium and amorphous

09:19:18 6 sacubitril sodium?

09:19:19 7 A. No. My testing showed, especially solid state NMR,

09:19:23 8 Raman, and IR, that the glassy solid I made is a complex,

09:19:27 9 not a physical mixture.

09:19:29 10 Q. Does Dr. Atwood's Raman and IR testing demonstrate

09:19:33 11 that the glassy solid is amorphous TVS?

09:19:35 12 A. Yes. He also prepared his own glassy solid and his

09:19:40 13 data is also consistent with mine where his Raman and IR

09:19:44 14 data showed that his glassy solid is also a complex.

09:19:48 15 Q. Could a POSA as of April 4th, 2006, have done

09:19:52 16 everything that you did without undue experimentation?

09:19:55 17 A. Absolutely. It was very easy to follow Example 1

09:19:59 18 because it was very detailed instructions. So a POSA could

09:20:03 19 have made the amorphous TVS exactly the way I did without

09:20:07 20 undue experimentation.

09:20:09 21 In addition, the characterization techniques,

09:20:12 22 that's X-ray, NMR, Raman, and IR were all very well-known

09:20:18 23 techniques and, therefore, it would have been easy and

09:20:20 24 routine to characterize that. And also a POSA could

09:20:24 25 distinguish that amorphous TVS made from Example 1 is a

557

09:20:29 1 complex, not a physical mixture using those same techniques

09:20:33 2 because it was already well known in the field that these

09:20:37 3 techniques can be used to characterize that.

09:20:40 4 Q. Now, before we discuss in detail your testing, I

09:20:43 5 wanted to just address a few background issues.

09:20:46 6 And first, what do you understand the priority

09:20:49 7 date to be for the '918 patent in this case?

09:20:51 8 A. It's April 4th, 2006.

09:20:55 9 Q. And what definition of a person of ordinary skill in

09:20:58 10 the art, or a POSA, did you use for your analysis?

09:21:01 11 A. It's shown on this slide, which is the same

09:21:04 12 definition as Dr. Steed showed yesterday.

09:21:07 13 Q. Did you meet the definition of a POSA as of

09:21:10 14 April 4th, 2006?

09:21:11 15 A. Yes, I did.

09:21:13 16 Q. And what does Claim 1 of the '918 patent recite?

09:21:17 17 A. The Claim 1 recites an amorphous solid form of a

09:21:21 18 compound comprising three components, that's anionic

09:21:25 19 valsartan, anionic sacubitril, and sodium cations in a

09:21:29 20 1:1:3 molar ratio.

09:21:32 21 And the compound in Claim 1 means a chemical

09:21:36 22 substance comprising two active components, the actives

09:21:40 23 are -- one is valsartan, the other one is sacubitril. And

09:21:44 24 these two active moieties, it has non-covalent interactions,

09:21:50 25 as shown here. Non-covalent interactions between those two

558

09:21:54 1 so that between valsartan and sacubitril there is some type
09:21:58 2 of non-covalent interaction in those two. That's the
09:22:01 3 meaning of the compound.
09:22:03 4 Q. And for convenience today, can we refer to the
09:22:06 5 compound that's recited in Claim 1 as amorphous TVS?
09:22:09 6 A. Yes.
09:22:11 7 Q. In the context of the amorphous TVS, what are the
09:22:14 8 non-covalent interactions that are referred to in the
09:22:17 9 definition of the term "compound"?
09:22:19 10 A. There will be hydrogen bonding and ionic
09:22:23 11 interactions.
09:22:23 12 Q. Would you just briefly explain what hydrogen bonds
09:22:26 13 and ionic bonds are?
09:22:28 14 A. Sure. So hydrogen bonds are when one hydrogen of one
09:22:32 15 molecule is interacting with another molecule. And that's a
09:22:36 16 hydrogen bond.
09:22:37 17 Ionic bonds are when you have sacubitril anions,
09:22:41 18 which is negatively charged, and you have sodium that's a
09:22:45 19 cation that's positively charged, then those two charges
09:22:48 20 come together having interaction is ionic bond.
09:22:51 21 Q. And would you briefly explain how a physical mixture
09:22:55 22 of the amorphous components would differ from an amorphous
09:22:59 23 complex of those components?
09:23:00 24 A. Sure. I have shown here a simple cartoon. So if you
09:23:05 25 look at the left-hand side here, physical mixture will be --

559

09:23:09 1 if you imagine this is valsartan and the pink is sacubitril,
09:23:12 2 it will be simply those two molecules will be in the same
09:23:16 3 container without having any interactions with each other.
09:23:18 4 The amorphous complex is that when you have some
09:23:23 5 interaction, these dotted lines showed between two of the
09:23:27 6 compounds, these interactions can be hydrogen bonding and
09:23:31 7 ionic interactions we just discussed. When you form those
09:23:34 8 interactions, that's the difference between having amorphous
09:23:39 9 complex that are non-covalently bound versus simple physical
09:23:43 10 mixture.
09:23:44 11 Q. Now, what's the practical impact of those
09:23:46 12 non-covalent interactions as it relates to your testing?
09:23:49 13 A. The practical impact is when you form this
09:23:53 14 non-covalently bonding between the two molecules,
09:23:58 15 spectroscopy techniques are used such as NMR, Raman, IR are
09:24:03 16 sensitive to the slight change in the energy level. And
09:24:07 17 that change is detected because of this bond forming by
09:24:12 18 those three techniques.
09:24:14 19 And I'll show you that how those three
09:24:16 20 techniques clearly show between the physical mixture and the
09:24:21 21 amorphous complex, how the peaks are shifted or changed.
09:24:25 22 That's proving that I have made a complex.
09:24:28 23 MR. STRINGHAM: All right. Let's turn now to
09:24:29 24 Example 1, the '918 patent.
09:24:29 25 BY MR. STRINGHAM:

560

09:24:32 1 Q. What starting materials are recited in Example 1?
09:24:34 2 A. It has three starting materials. So the first one is
09:24:39 3 sacubitril, highlighted here. Second one is valsartan.
09:24:43 4 Third one is sodium hydroxide. And the weight amount of
09:24:48 5 each of the components are specified in the Example 1.
09:24:52 6 Q. And what's the molar ratio of valsartan, sacubitril,
09:24:57 7 and sodium in those starting materials?
09:24:59 8 A. So the Example 1 says to use point -- 0.42 grams of
09:25:06 9 sacubitril free acid, which has 95 percent purity. So if
09:25:09 10 you calculate that with the purity, it comes to 0.399 grams.
09:25:16 11 Now, if you divide that by the molecular weight, you get
09:25:20 12 0.001-mole.
09:25:22 13 So then you perform the same calculation for
09:25:25 14 valsartan and sodium hydroxide, which are the other two
09:25:28 15 components, you get 1:1:3 molar ratio in the Example 1.
09:25:35 16 Q. Did Dr. Steed dispute yesterday that a POSA could
09:25:38 17 have obtained the starting materials of Example 1 as of
09:25:41 18 April 4th, 2006?
09:25:42 19 A. No, he did not.
09:25:44 20 Q. Now, what's the difference between valsartan and
09:25:47 21 sacubitril in their free acid and anionic forms?
09:25:51 22 A. The valsartan has two acidic sites: means that two
09:25:57 23 positions where it can lose proton, become negatively
09:25:59 24 charged anion. Same with the sacubitril, has one acid that
09:26:04 25 it can lose the hydrogen or proton, become negatively

561

09:26:07 1 charged.
09:26:08 2 And that charge will interact with the sodium
09:26:10 3 hydroxide. Sodium has a positively charged ion to make a
09:26:15 4 salt. So anion means when the proton is lost, free acid
09:26:19 5 means when proton is still with the compound.
09:26:21 6 Q. And does that difference between the free acid and
09:26:24 7 the anionic form affect the molar ratio in Example 1?
09:26:28 8 A. No, it does not. Molar ratio will remain the same.
09:26:32 9 Q. What process does Example 1 disclose for making the
09:26:35 10 glassy solid?
09:26:35 11 A. It describes specifically five steps to make the
09:26:40 12 glassy solid. So the first, you dissolve the two
09:26:45 13 components, sacubitril free acid, valsartan free acid in
09:26:49 14 40 milliliters of acetone. Separately, you dissolve sodium
09:26:52 15 hydroxide in 7 milliliters of water.
09:26:57 16 The third step is you combine the first two
09:26:59 17 solutions together. And then the fourth step, you stir that
09:27:04 18 mixture for one hour at room temperature to obtain a clear
09:27:08 19 solution. The final step is to evaporate the solution at
09:27:13 20 35 degrees Celsius to obtain the glassy solid.
09:27:17 21 Q. Could a POSA as of April 4th, 2006, have followed the
09:27:21 22 process of Example 1 to make the glassy solid without undue
09:27:25 23 experimentation?
09:27:27 24 A. Absolutely, because the steps are very detailed and
09:27:29 25 these are very simple steps to follow.

566

09:32:36 **1** Dr. Park.

09:32:36 **2** Would it have been difficult for a POSA as of

09:32:39 **3** April 4th, 2006, to conduct any of these techniques on the

09:32:44 **4** glassy solid or a physical mixture?

09:32:46 **5** A. No, not at all, because those techniques, all four

09:32:49 **6** techniques were known for decades to analyze solid state.

09:32:54 **7** And, therefore, by 2006, they were very well-known

09:32:59 **8** techniques.

09:32:59 **9** Q. All right. Let's start first with the XRPD. Could

09:33:02 **10** you briefly explain XRPD?

09:33:03 **11** A. Sure. So XRPD is a technique where you put the solid

09:33:09 **12** sample on a sample holder and X-ray beam is reflected on it.

09:33:14 **13** And so if you have a crystalline material, because

09:33:19 **14** crystalline material has long-range three-dimensional order,

09:33:23 **15** that X-ray peak will diffract in a specific angle. So we

09:33:28 **16** get something called XRPD pattern having sharp peaks.

09:33:32 **17** Now, amorphous material, on the other hand,

09:33:35 **18** doesn't have a specific long-range order. So the X-ray peak

09:33:38 **19** will basically diffract in a very random direction, and

09:33:42 **20** that's what we call amorphous halo. So, it doesn't really

09:33:46 **21** have a specific peak, but it gives a broad feature that

09:33:49 **22** tells us that -- if the material is crystalline or

09:33:53 **23** amorphous.

09:33:54 **24** Q. And in general, can XRPD be used to distinguish an

09:33:57 **25** amorphous complex from the individual components in the

567

09:34:01 **1** physical mixture?

09:34:02 **2** A. No, it cannot.

09:34:03 **3** Q. What did your XRPD testing on the glassy solid of

09:34:07 **4** Example 1 show?

09:34:08 **5** A. Well, it's shown on the left side here, on the red

09:34:12 **6** trace. You can see it is showing broad halos. It doesn't

09:34:16 **7** show any specific peaks indicating it's crystalline. So my

09:34:20 **8** material is proving that it is amorphous when I followed

09:34:24 **9** Example 1.

09:34:25 **10** So just to point it out, the Y axis here is

09:34:28 **11** intensity. X axis here is a diffraction angle, which I

09:34:32 **12** analyzed between 2- to 40-degree angle. This is where the

09:34:36 **13** X-ray beam is diffracted from the sample.

09:34:39 **14** Q. What did Dr. Atwood's testing on the glassy solid of

09:34:42 **15** Example 1 show?

09:34:43 **16** A. So that's on the right in the black. And

09:34:46 **17** Dr. Atwood's sample of glassy solid is also amorphous. It

09:34:50 **18** looks different from mine because he analyzed from -- I

09:34:54 **19** don't know if you can see -- 10 degrees to 36 degrees. So

09:34:58 **20** if you compare to mine, 10 to 36, it's the same amorphous

09:35:02 **21** halo.

09:35:03 **22** Q. Did Dr. Steed dispute that your and Dr. Atwood's XRPD

09:35:08 **23** testing showed that the glassy solid of Example 1 is

09:35:11 **24** amorphous?

09:35:11 **25** A. No, he did not.

568

09:35:13 **1** MR. STRINGHAM: Novartis moves to introduce into

09:35:14 **2** evidence PTX 388 and 389, which are the XRPD patterns for

09:35:20 **3** the glassy solid material.

09:35:21 **4** THE COURT: Admitted without objection.

09:35:23 **5** (PTX Exhibit Nos. 388 and 389 were admitted into

09:35:23 **6** evidence.)

09:35:23 **7** BY MR. STRINGHAM:

09:35:24 **8** Q. Dr. Park, did you use XRPD to determine that the

09:35:28 **9** glassy solid of Example 1 was a complex and not a physical

09:35:32 **10** mixture?

09:35:32 **11** A. No. XRPD only shows if the sample is crystalline or

09:35:36 **12** amorphous. So my XRPD data showed the glassy solid is

09:35:40 **13** amorphous. To determine if it's a complex or a physical

09:35:44 **14** mixture, I used the three techniques listed here, that's

09:35:47 **15** solid-state NMR, Raman, and IR spectroscopy.

09:35:51 **16** Q. And would you just briefly explain the solid-state

09:35:54 **17** NMR, Raman, and IR techniques?

09:35:56 **18** A. Sure. So solid-state NMR, it stands for solid-state.

09:36:00 **19** That's SS. NMR is nuclear magnetic resonance. So nucleus

09:36:06 **20** is what we are detecting, nucleus is part of the atom. Now,

09:36:11 **21** both sacubitril, valsartan has 24 carbons each. This

09:36:17 **22** solid-state NMR spectrum was a carbon-13 NMR spectrum. So

09:36:20 **23** we are actually detecting the carbon nucleus of each

09:36:24 **24** molecule in the sample. And nice thing about solid-state

09:36:29 **25** NMR is it's sensitive to the energy environment of these

569

09:36:33 **1** carbons.

09:36:33 **2** So when you have a physical mixture, all of the

09:36:37 **3** position of the carbon will be recorded. But if you have a

09:36:42 **4** complex, now they are forming some interaction. And there's

09:36:45 **5** a small change in energy, and that energy is detected by

09:36:50 **6** solid-state NMR because the carbon positions are very

09:36:52 **7** sensitive to slight change in energy of the carbon is

09:36:57 **8** experiencing when the complex is formed.

09:36:59 **9** Same with the Raman and IR. Now, Raman and IR

09:37:02 **10** doesn't look at nuclei like NMR, it looks at bonds. So, for

09:37:07 **11** example here. If you have a carbon-carbon, there is the

09:37:09 **12** bond. If you look at carbon and oxygen, there is a bond.

09:37:13 **13** And these bonds will vibrate, even in solid state. And

09:37:17 **14** their vibration energies are detected in both Raman and IR.

09:37:21 **15** Now, when you form complex, because there is

09:37:24 **16** interaction, that energy level changes slightly. And both

09:37:29 **17** Raman and IR spectroscopy are very sensitive detecting the

09:37:34 **18** slight change that happens when a complex is formed. That's

09:37:37 **19** why these techniques are used a lot to detect if complex is

09:37:40 **20** formed or not.

09:37:45 **21** Q. Does the '918 patent provide any guidance of how to

09:37:48 **22** use solid-state NMR, Raman, and IR to determine whether the

09:37:52 **23** glassy solids formed as -- is a complex as opposed to a

09:37:55 **24** physical mixture?

09:37:58 **25** A. Yes. So '918 specification describes this

586

| | |
|---|---|
| 10:00:54 | 1 Redenti 1996. He also found that 1614 peak difference or |
| 10:00:59 | 2 changes were due to formation of intermolecular hydrogen |
| 10:01:04 | 3 bonding. |
| 10:01:05 | 4 Q. All right. Let's discuss now your IR data. |
| 10:01:07 | 5 THE COURT: I'm sorry, Mr. Stringham. |
| 10:01:10 | 6 So you were just talking about good |
| 10:01:13 | 7 manufacturing practices, et cetera, and you were being asked |
| 10:01:17 | 8 about experimental error. |
| 10:01:18 | 9 Is there some agreement in the art as to what |
| 10:01:24 | 10 difference is enough of a difference to be significant? |
| 10:01:28 | 11 THE WITNESS: Yes. |
| 10:01:29 | 12 THE COURT: And what is that agreement? |
| 10:01:31 | 13 THE WITNESS: So assuming your instrument is at |
| 10:01:33 | 14 top working condition, that's calibrated, and if you are |
| 10:01:36 | 15 running at 2 wavenumber, which is the way I did, the |
| 10:01:41 | 16 agreement in the industry is plus/minus one wavenumber is |
| 10:01:44 | 17 the error range accepted. |
| 10:01:47 | 18 But if you're running a full wavenumber |
| 10:01:50 | 19 resolution -- because we can set different resolutions when |
| 10:01:52 | 20 we run it, then it's a plus/minus two is industry accepted. |
| 10:01:56 | 21 So I ran it at 2 wavenumber resolution, that |
| 10:02:00 | 22 means plus/minus one is accepted error range. |
| 10:02:03 | 23 THE COURT: All right. Thank you. |
| 10:02:04 | 24 BY MR. STRINGHAM: |
| 10:02:04 | 25 Q. And, Dr. Park, just to follow-up on that question: |

587

| | |
|---|---|
| 10:02:06 | 1 Was your -- was the difference that you observed greater |
| 10:02:09 | 2 than or less than the one -- plus or minus one error range? |
| 10:02:14 | 3 A. It's far greater than -- the difference I observed |
| 10:02:17 | 4 was far greater than the error range, that's why I can tell |
| 10:02:21 | 5 these differences are not within the error. |
| 10:02:25 | 6 Q. All right. Let's turn now to your IR data, Dr. Park. |
| 10:02:28 | 7 And what differences are there in your IR |
| 10:02:31 | 8 spectra for the glassy solid and the physical mixture? |
| 10:02:35 | 9 A. So similar to the previous Raman slide, I zoomed in |
| 10:02:40 | 10 these carbonyl regions. So you can see there are some |
| 10:02:43 | 11 shoulders here but there's a main peak showing up. The red |
| 10:02:46 | 12 is the glassy solid. The blue and purple are, again, |
| 10:02:50 | 13 individual components. And I added them together to make |
| 10:02:54 | 14 black. |
| 10:02:54 | 15 So if I go to next slide, that shows cleaner |
| 10:02:58 | 16 image. Now, again, the red is glassy solid. And the black |
| 10:03:03 | 17 is the physical mixture I prepared by mathematically adding |
| 10:03:07 | 18 the two components together. And you can see that the apex |
| 10:03:11 | 19 is where the peak position is. It's changed from 1586 to |
| 10:03:17 | 20 1579, that's 6.7 wavenumber difference. |
| 10:03:20 | 21 Now, this is far greater than error range. And, |
| 10:03:24 | 22 again, this instrument was run at 2 wavenumber resolution. |
| 10:03:29 | 23 So this difference is real. |
| 10:03:32 | 24 Q. Now, what region does this correspond to that is |
| 10:03:36 | 25 shown on the slide? |

588

| | |
|---|---|
| 10:03:37 | 1 A. It's a carbonyl region. Carbonyl means what's drawn |
| 10:03:42 | 2 here, C, double bond O. So that's what we call carbonyl |
| 10:03:46 | 3 region. |
| 10:03:48 | 4 Q. And could a POSA as of April 2006 have determined |
| 10:03:51 | 5 from this shift that there's non-covalent interactions |
| 10:03:54 | 6 between valsartan and sacubitril in the glassy solid? |
| 10:03:58 | 7 A. Yes. It's well known in the art that the carbonyl |
| 10:04:02 | 8 region shift typically indicates hydrogen bonding. |
| 10:04:05 | 9 Q. Now, did Dr. Steed dispute that the carbonyl region |
| 10:04:09 | 10 is in this area around 1580 wavenumbers? |
| 10:04:12 | 11 A. No, he did not. |
| 10:04:12 | 12 Q. So, Dr. Park, to summarize: Do the differences |
| 10:04:16 | 13 between your NMR, Raman, and IR spectra for the glassy solid |
| 10:04:21 | 14 and physical mixture demonstrate that the glassy solid is |
| 10:04:25 | 15 amorphous TVS and not a physical mixture? |
| 10:04:27 | 16 A. Yes. Absolutely. First of all, the X-ray data |
| 10:04:33 | 17 showed that the glassy solid I made was amorphous. Then the |
| 10:04:37 | 18 three spectroscopy techniques, I pointed out specifically |
| 10:04:40 | 19 three differences each for NMR and Raman and one specific |
| 10:04:45 | 20 difference in IR. |
| 10:04:46 | 21 Now, one of these differences would have been |
| 10:04:49 | 22 enough from one technique to tell me that we have a glassy |
| 10:04:53 | 23 solid because otherwise it should be identical to the |
| 10:04:56 | 24 physical mixture. But this many differences clearly |
| 10:05:01 | 25 indicate the glassy solid I made is a complex, not a |

589

| | |
|---|---|
| 10:05:04 | 1 physical mixture. |
| 10:05:06 | 2 Q. And how would a POSA know that the glassy solid of |
| 10:05:09 | 3 Example 1 contains a 1:1:3 molar ratio of anionic valsartan, |
| 10:05:17 | 4 anionic sacubitril, and sodium cations? |
| 10:05:18 | 5 A. Because Example 1 teaches to mix exactly 1:1:3 ratio |
| 10:05:24 | 6 and you do not remove anything but the solvent. So all the |
| 10:05:27 | 7 solid is same as the amount that you put in, which is 1:1:3 |
| 10:05:32 | 8 ratio. |
| 10:05:32 | 9 Q. And how would a POSA know that the sodium cations are |
| 10:05:38 | 10 forming non-covalent attractions with valsartan and |
| 10:05:38 | 11 sacubitril in the glassy solid? |
| 10:05:40 | 12 A. Because valsartan and sacubitril each have acidic |
| 10:05:44 | 13 sites. So valsartan has two acids, sacubitril has one. So |
| 10:05:48 | 14 that's a three acidic sites. You add three equivalents of |
| 10:05:53 | 15 sodium in solution -- because when you first mix them |
| 10:05:55 | 16 they're in solution -- there is acid base reaction happen |
| 10:05:59 | 17 instantly so that sodium salt is immediately formed. And, |
| 10:06:03 | 18 therefore, once you remove the solvent, then POSA would |
| 10:06:06 | 19 definitely know you have a salt formed between the |
| 10:06:11 | 20 complexes. |
| 10:06:12 | 21 Q. Now, Dr. Park, I want to talk briefly about the |
| 10:06:14 | 22 software that you used for making your figures. |
| 10:06:17 | 23 What -- what software did you use for your Raman |
| 10:06:19 | 24 and IR spectra pictures? |
| 10:06:22 | 25 A. I use Triclinic Labs proprietary software called |

590

10:06:26 1  Plotmon.

10:06:26 2  Q.    And why didn't you use a commercially available

10:06:28 3  software to make the figures?

10:06:30 4  A.    Because we are GMP laboratory, our OMNIC software,

10:06:35 5  which is the one that we use for IR and Raman, are tied to

10:06:38 6  that GMP instrument, which are constantly being used.

10:06:41 7  That's why our company developed a new software that

10:06:45 8  everybody can use.

10:06:46 9        So we developed it and validated it, and we pass

10:06:50 10 FDA audit with a validation.  So we are using Plotmon

10:06:54 11 software for a lot of our GMP work, which is available for

10:06:58 12 everybody's desktop.

10:07:00 13 Q.    Is Plotmon biased in any way?

10:07:02 14 A.    No.  As I mentioned, we validated to make sure the

10:07:06 15 data is accurate.

10:07:08 16 Q.    And if you were to have used the commercially

10:07:10 17 available software OMNIC instead of Plotmon, would your data

10:07:16 18 have appeared any different?

10:07:17 19 A.    No, it would not.

10:07:21 20 Q.    So, Dr. Park, let's turn now from your testing to

10:07:24 21 Dr. Atwood's testing by IR and Raman, and we'll start first

10:07:30 22 with his Raman data.

10:07:31 23       What did Dr. Atwood's Raman spectra for the

10:07:34 24 glassy solid show?

10:07:35 25 A.    So as you can see it here, his Raman data, the red is

591

10:07:41 1  glassy solid and blue is his physical mixture he prepared.

10:07:46 2  And I zoomed in to this region only.  And you can see the

10:07:51 3  physical mixture has peak at 1611, whereas his glassy solid

10:07:57 4  has 1616.  That's 4.9 wavenumber difference.  And that is a

10:08:03 5  real difference.

10:08:07 6  Q.    Does that difference indicate whether or not there's

10:08:10 7  non-covalent bonding happening in the glassy solid?

10:08:12 8  A.    Yes.  I cited Redenti 1996 here, which is same

10:08:18 9  article I cited earlier.  It is well accepted in the art and

10:08:22 10 a POSA in solid state that such shift in the complex,

10:08:29 11 such a shift is evidence of hydrogen bonding or any type of

10:08:34 12 interactions happening in the complex.

10:08:37 13 Q.    All right.  Let's turn now to Dr. Atwood's IR data.

10:08:41 14 What does his IR data show?

10:08:42 15 A.    I think if you remember seeing the IR data from

10:08:47 16 yesterday, so Dr. Atwood's data has a lot of noise.  So if

10:08:51 17 you remember seeing my IR data, which was smoother.  This is

10:08:54 18 same reason I'm looking at the carbonyl region.  Smooth,

10:08:59 19 broad line, whereas his data has a lot of spikes.  These are

10:09:02 20 just noise levels.

10:09:04 21       But you can still see, if you ignore the noise,

10:09:07 22 the physical mixture has peak in the blue and glassy solid

10:09:12 23 is the red.  You can kind of see where the peak position is

10:09:12 24 for physical mixture and the glassy solid is here.  So it's

10:09:20 25 a clearly shifted between the glassy solid and physical

592

10:09:25 1  mixture.

10:09:25 2        So Dr. Atwood's data also shows that glassy

10:09:30 3  solid he made is a complex, not a physical mixture.

10:09:34 4  Q.    So you mentioned the term "noise."  Could you just

10:09:36 5  briefly explain what noise is in the context of IR or Raman

10:09:40 6  data?

10:09:41 7  A.    Sure.  So noise is -- comes from many different

10:09:45 8  sources, but it's not from a sample.  So if you think about

10:09:50 9  tuning into radio, if you don't tune it properly, you hear a

10:09:53 10 lot of static and it's difficult to understand what the

10:09:55 11 speaker is saying.  It's similar to all the spectroscopy

10:09:59 12 data.  So it's not attributed from the sample itself, it's

10:10:04 13 just a different -- various factors that just shows up.

10:10:08 14       So this noise is not due to sample.  It's due to

10:10:12 15 other factors in the instrument.

10:10:18 16 Q.    Dr. Park, on the slide, 1025, why didn't you provide

10:10:23 17 the numerical peak positions for Dr. Atwood's IR spectra?

10:10:28 18 A.    So the software will pick the apex of the position.

10:10:31 19 But as you can see, because of all the noise and peaks not

10:10:35 20 smooth, it's very difficult to select a peak position.  So

10:10:39 21 that's why I looked at -- individually to see where the peak

10:10:43 22 position is for physical mixture and peak position for

10:10:46 23 glassy solid.  But it's clearly shifted, indicating its

10:10:51 24 complex formation.

10:10:52 25 Q.    Now, did Dr. Atwood make a physical mixture to test

593

10:10:58 1  or did he mathematically add the spectra for the individual

10:11:02 2  components as you did?

10:11:03 3  A.    Dr. Atwood actually mixed two components to make a

10:11:07 4  physical mixture.

10:11:08 5  Q.    And does that difference between his testing and your

10:11:11 6  testing matter?

10:11:12 7  A.    No, it does not.

10:11:14 8  Q.    Now, did Dr. Atwood conduct any solid-state NMR?

10:11:16 9  A.    No, he did not.

10:11:20 10 Q.    Dr. Park, what did you conclude from Dr. Atwood's

10:11:23 11 Raman and IR testing?

10:11:25 12 A.    That he -- when he followed Example 1 to prepare the

10:11:29 13 glassy solid, he also made amorphous material.  And his

10:11:33 14 material is complex, meaning there is non-covalent

10:11:37 15 interaction between valsartan disodium and sacubitril

10:11:41 16 sodium.  So his data is also consistent with mine.

10:11:46 17       MR. STRINGHAM:  Novartis moves to introduce into

10:11:47 18 evidence PTX 397 and 398 which are the exhibits -- or which

10:11:54 19 are the figures of Dr. Atwood's data that Dr. Park

10:11:58 20 presented.

10:11:58 21       THE COURT:  All right.  Admitted without

10:12:00 22 objection.

10:12:01 23       (PTX Exhibit Nos. 397 and 398 were admitted into

10:12:01 24 evidence.)

10:12:02 25       MR. STRINGHAM:  Also, I failed to introduce

782

04:55:09 1    MS. SCHWARZ:  For the record, Slide 8515
04:55:11 2  references JTX 1119 at Pages 18 to 19.
04:55:16 3  BY MS. SCHWARZ:
04:55:16 4  Q.    You also mentioned that drug titration was known to
04:55:20 5  vary based on drug.  Can you provide an example of that?
04:55:22 6  A.    Yeah, sure.  This slide is showing an example from
04:55:27 7  two drugs in the same class.  So we've been talking about
04:55:31 8  VASOTEC which is enalapril, an ACE inhibitor.  There are
04:55:34 9  many different approved ACE inhibitors on the market.
04:55:37 10    This slide is showing the information for
04:55:41 11  prescribing Accupril, which is also quinapril.  It's another
04:55:46 12  ACE inhibitor.  They're both approved for the treatment of
04:55:50 13  heart failure.
04:55:50 14    So, again, the table is showing the same
04:55:52 15  information:  Starting dose, dosing frequency, target dose
04:55:56 16  and focusing on the up-titration instructions.  They're
04:56:00 17  different for two -- the ACE, the two members of the same
04:56:02 18  class for the same -- for the same treatment of the same
04:56:06 19  condition.
04:56:08 20    So for VASOTEC, again, it's -- the doses should
04:56:11 21  be titrated upwards as tolerated over a period of a few days
04:56:14 22  or weeks.  But for Accupril, the instructions are to
04:56:19 23  increase at weekly intervals until an effective dose is
04:56:22 24  reached or undesirable effects prohibit reaching this dose.
04:56:28 25    MS. SCHWARZ:  For the record, Slide 8016

783

04:56:30 1  references JTX 1119 at Page 18 and JTX 1078 at Page 14.
04:56:36 2  Novartis moves to introduce into evidence JTX 1078.
04:56:40 3    THE COURT:  Admitted without objection.
04:56:42 4    (JTX Exhibit No. 1078 was admitted into
04:56:43 5  evidence.)
04:56:43 6  BY MS. SCHWARZ:
04:56:44 7  Q.    All right.  Dr. Katz, you heard Dr. Fintel testify
04:56:48 8  that a mantra for heart failure was to start low, go slow.
04:56:51 9  Was there a universal understanding of start low, go slow as
04:56:55 10  of May 2015?
04:56:57 11  A.    No.  I think the start low and go slow mantra really
04:57:03 12  lacks meaning without the context of what drug are we
04:57:07 13  talking about, what patients are we talking about.  And
04:57:11 14  here's just -- you know, to sort of make the point, this
04:57:16 15  slide shows a few different studies, so TITRATION which, of
04:57:20 16  course, we'll be talking about.
04:57:22 17    And also another study that looked at different
04:57:27 18  beta blockers, another class of drugs that are -- that are
04:57:30 19  used to treat heart failure and studied by Flack and
04:57:34 20  colleagues which looked at quinapril which is an ACE
04:57:38 21  inhibitor we just talked about.  It's used to treat heart
04:57:41 22  failure.  But in this study, it was used to treat
04:57:44 23  hypertension.
04:57:44 24    And the slow arm of these three different
04:57:48 25  studies are shown on the table.  So in TITRATION, it was six

784

04:57:54 1  weeks.  But in the beta blocker study, it was 10 to
04:57:58 2  16 weeks.  In the hypertension study with quinapril, it was
04:58:02 3  18 weeks.  So slow is -- doesn't really give you a specific
04:58:06 4  time interval.  And so that's why I think the mantra is
04:58:14 5  really -- doesn't have meaning without that context.
04:58:14 6    MS. SCHWARZ:  For the record Slide 8017
04:58:21 7  references JTX 1075, JTX 1086, JTX 1093.
04:58:30 8    Novartis moves to introduce into evidence JTX
04:58:34 9  1086 and JTX 1093.
04:58:36 10    THE COURT:  Admitted without objection.
04:58:38 11    (JTX Exhibit Nos. 1086 and 1093 were admitted
04:58:39 12  into evidence.)
04:58:39 13  BY MS. SCHWARZ:
04:58:40 14  Q.    We've talked about the prior art.  Let's talk now
04:58:43 15  about the clinical study that led to the '667 patent.  When
04:58:47 16  was --
04:58:47 17    THE COURT:  So, Ms. Schwarz, maybe since you're
04:58:51 18  changing topics here, maybe we ought to end for the day.
04:58:52 19    MS. SCHWARZ:  Sure.
04:58:53 20    THE COURT:  All right.  So we'll end for the
04:59:00 21  day.  And I have information from New Jersey that
04:59:01 22  Dr. Klibanov is through there, so I don't anticipate there
04:59:07 23  will be a problem.  But -- so I don't whether, in fact, that
04:59:12 24  means he might be here before 2 o'clock or what that means.
04:59:16 25    MR. LOH:  I think 2 o'clock, Your Honor, is more

785

04:59:19 1  reasonable.
04:59:19 2    THE COURT:  Okay.  Well, in any event, so I'll
04:59:23 3  see you all tomorrow at 9:15, and we'll continue with
04:59:25 4  Dr. Katz.  And if we finish before we -- it won't be
04:59:30 5  terrible if we have a very long lunch.
04:59:33 6    All right?  So we'll be in recess.
04:59:36 7    DEPUTY CLERK:  All rise.
05:00:47 8    (Court was recessed at 5:00 p.m.)
9    I hereby certify that the foregoing is a true and
10  accurate transcript from my stenographic notes in the
11  proceeding.
12    /s/ Heather M. Triozzi
    Certified Merit and Real-Time Reporter
13    U.S. District Court
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT 2

875

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF DELAWARE

 3
    In re Entresto (Sacubitril/   ) Trial Volume V
 4  Valsartan) Patent Litigation  ) C.A. No. 20-2930-RGA
    - - - - - - - - - - - - - - - )
 5
    NOVARTIS PHARMACEUTICALS       )
 6  CORPORATION,                   )
                                   )
 7                Plaintiff,       )
                                   )
 8  v.                             ) C.A. No. 21-1330-RGA
                                   )
 9  ALKEM LABORATORIES LTD.,       )
    Et al.,                        )
10                                 )
                  Defendants.      )
11  - - - - - - - - - - - - - - - )
    NOVARTIS PHARMACEUTICALS       )
12  CORPORATION,                   )
                                   )
13                Plaintiff,       )
                                   )
14  v.                             ) C.A. No. 21-1760-RGA
                                   )
15  HETERO USA INC., et al.,       )
                                   )
16                Defendants.      )
    - - - - - - - - - - - - - - - )
17  NOVARTIS PHARMACEUTICALS       )
18  CORPORATION,                   )
                                   )
19                Plaintiff,       )
                                   )
20  v.                             ) C.A. No. 21-1794-RGA
                                   )
21  TORRENT PHARMA INC., et al.,   )
                                   )
22                Defendants.      )
    - - - - - - - - - - - - - - - )
23

24

25
```

876

```
 1               J. Caleb Boggs Courthouse
                 844 North King Street
 2               Wilmington, Delaware

 3               Friday, February 16, 2024
                 10:03 a.m.
 4               Bench Trial

 5

 6  BEFORE:  THE HONORABLE RICHARD G. ANDREWS, U.S.D.C.J.

 7  APPEARANCES:

 8      McCARTER & ENGLISH, LLP
        BY:  DANIEL M. SILVER, ESQUIRE
 9      BY:  ALEXANDRA M. JOYCE, ESQUIRE

10           -and-

11      VENABLE, LLP
        BY:  NICHOLAS KALLAS, ESQUIRE
12      BY:  CHRISTINA SCHWARZ, ESQUIRE
        BY:  JARED STRINGHAM, ESQUIRE
13      BY:  CHRISTOPHER LOH, ESQUIRE
        BY:  SHANNON CLARK, ESQUIRE
14      BY:  LAURA FISHWICK, ESQUIRE

15             For the Plaintiff

16      SMITH KATZENSTEIN & JENKINS LLP
        BY:  NEAL C. BELGAM, ESQUIRE
17      BY:  DANIEL A. TAYLOR, ESQUIRE

18           -and-

19      PERGAMENT & CEPEDA LLP
        BY:  DMITRY V. SHELHOFF, Ph.D.
20      BY:  KENNETH S. CANFIELD, ESQUIRE
        BY:  JULIA S. KIM, ESQUIRE
21      BY:  EDWARD D. PERGAMENT, ESQUIRE

22             For the Defendants
08:07:16
08:07:16
09:47:55 23

24

25
```

877

```
 1                   *** PROCEEDINGS ***

 2
09:58:55
09:58:55  3       DEPUTY CLERK:  All rise.  Court is now in
09:58:56  4  session.  The Honorable Richard G. Andrews presiding.
09:58:56  5       THE COURT:  All right.  Good morning, everyone.
10:03:21  6  Please be seated.
10:03:23  7       So we have closing arguments and who's going
10:03:23  8  first here?
10:03:26  9       MR. SHELHOFF:  Defendants, Your Honor.
10:03:29 10       THE COURT:  All right.
10:03:37 11       MR. SHELHOFF:  Good morning, Your Honor.
10:03:45 12       THE COURT:  Good morning.
10:03:46 13       MR. SHELHOFF:  As Orange Book shows Entresto is
10:03:54 14  covered by a number of patents.  A number of patents are
10:03:57 15  listed in the Orange Book.  Some of them are already
10:04:01 16  actually expired.
10:04:02 17       But this new '918 patent is not even listed in
10:04:08 18  the Orange Book.  It's because it doesn't cover the active
10:04:13 19  pharmaceutical ingredient in Entresto.  This is the reason
10:04:17 20  why Novartis does not even allege any secondary
10:04:21 21  considerations because it's not tied to the drug.  There's
10:04:24 22  no commercial success.  There's no long-felt need because
10:04:29 23  the long-felt need would have been addressed by the
10:04:32 24  crystalline LCZ696 which is Entresto.
10:04:37 25       '918 patent covers some substance, and we're
```

878

```
10:04:43  1  going to talk exactly as to what that substance is.  And as
10:04:49  2  you -- Novartis has applied for the '918 patent three weeks
10:04:55  3  after they received Torrent's notice letter.
10:05:01  4       The '918 patent has not just one, but two
10:05:06  5  claims.  Claim 2 is directed to a pharmaceutical
10:05:12  6  composition.  By law Claim 1 must include Claim 2.  Right
10:05:17  7  before trial Novartis dropped Claim 2 to draw attention away
10:05:21  8  from it because Claim 2 reminds us that to be enabled, a
10:05:28  9  POSA must be taught how to make and how to use the
10:05:35 10  invention.  It's two pronged.  It's in the statute.  To make
10:05:39 11  and to use in the conjunctive.
10:05:43 12       What is claimed?  We're going to speak about the
10:05:50 13  claim construction in the case, which became an undisputed
10:05:55 14  fact.  But the summary of Hetero and Torrent's argument is
10:06:02 15  that the '918 patent is invalid for three reasons.  Claim 1
10:06:07 16  is not described.  It lacks written description.  And Claim
10:06:14 17  2 is also not -- Claim 1 is also not enabled because to be
10:06:19 18  enabled, the patent must teach a POSA how to make and use
10:06:23 19  the invention.  And you can't use something that Novartis --
10:06:30 20  Novartis' own expert admits they never took out of the
10:06:35 21  flask.  They didn't know it was pure.  You can't give that
10:06:40 22  interpretation.
10:06:42 23       Claim 2, calls for pharmaceutical composition.
10:06:46 24  You're not going to put an unpurified substance into a
10:06:52 25  pharmaceutical composition, substance that you never
```

895

10:32:33 1    invention can be crystalline or amorphous.  And then it
10:32:37 2    explains that that dual-acting compound, not -- it's not
10:32:41 3    limited just to crystalline, but it says the dual-acting
10:32:43 4    compound, whether it's crystalline or amorphous, is
10:32:46 5    distinguished from a physical mixture by these distinct
10:32:51 6    chemical -- or these distinct shifts and peaks in the
10:32:56 7    testing data and the specification also teaches that
10:33:00 8    those -- that there's non-covalent interactions between the
10:33:04 9    components of valsartan and sacubitril.
10:33:06 10        So I think the general teachings of the testing
10:33:09 11   make clear that the amorphous TVS, just like the crystalline
10:33:13 12   TVS, is distinguished from a physical mixture by these
10:33:17 13   non-covalent interactions between valsartan and sacubitril.
10:33:22 14   We're not saying that that the specification contains data
10:33:27 15   for amorphous TVS or the glassy solid.  But the POSA reading
10:33:32 16   the specification would reasonably understand that the
10:33:36 17   amorphous TVS, just like crystalline TVS, is distinct from a
10:33:40 18   physical mixture based on those non-covalent interactions.
10:33:43 19        THE COURT:  All right.  Did you -- did what you
10:33:49 20   just argued -- did you address their indefiniteness
10:34:00 21   argument?
10:34:01 22        MR. STRINGHAM:  Well, we understood from trial
10:34:03 23   that their indefiniteness argument really relied on their
10:34:06 24   written description and enablement arguments.  To the extent
10:34:10 25   that they're arguing that a POSA couldn't understand the

896

10:34:13 1    scope of Claim 1 or understand what's within or what's not
10:34:17 2    within it --
10:34:18 3         THE COURT:  Because of the lack of
10:34:19 4    characterization?
10:34:20 5         MR. STRINGHAM:  -- because of the alleged lack
10:34:21 6    of characterization, Dr. Steed agreed during
10:34:25 7    cross-examination that a POSA would understand that if there
10:34:28 8    are covalent -- if you have an amorphous material and it has
10:34:32 9    a 1:1:3 molar ratio of valsartan, sacubitril and sodium
10:34:38 10   cations and if the valsartan and sacubitril are
10:34:42 11   non-covalently bound to each other, a POSA would understand
10:34:44 12   that that's within the claim.
10:34:47 13        He also agreed on cross-examination that if you
10:34:50 14   test the material and there's not -- there's absence of
10:34:55 15   non-covalent interactions between valsartan and sacubitril,
10:34:57 16   that would be outside the claim.  So I think based on his
10:35:01 17   own admissions on cross-examination, a POSA would be able to
10:35:04 18   look at Claim 1 and understand what's within Claim 1 and
10:35:07 19   what's not within Claim 1 and -- and the specification
10:35:12 20   reasonably informs a POSA as to what's the claimed
10:35:16 21   invention.
10:35:17 22        THE COURT:  All right.  Thank you.
10:35:27 23        Hold on a minute before we go any further.
10:35:30 24        So on the invalidity case against the
10:36:00 25   '918 patent, Claim 1, I think that I can state on the record

897

10:36:08 1    now why I'm going to find that in favor of Novartis on this.
10:36:16 2    You know, basically the starting point is that for these
10:36:22 3    invalidity defenses the burden is on the Defendant to prove
10:36:27 4    by clear and convincing evidence lack of written description
10:36:31 5    or lack of enablement or indefiniteness.
10:36:37 6         I think it's perhaps noteworthy that during the
10:36:41 7    argument Mr. Shelhoff didn't actually mention Dr. Steed.
10:36:47 8    But to have a chance of winning their case, Dr. Steed more
10:36:53 9    or less has to have proved one of these various defenses,
10:36:58 10   and I don't think he did.
10:37:03 11        In terms of essentially factual understanding
10:37:07 12   here, there is an Example 1 which discloses the glassy
10:37:18 13   solid at Column 28, Line 54.  And the Defendant has not
10:37:24 14   shown that the glassy solid is anything other than amorphous
10:37:30 15   TSV.  The Defendant has certainly not shown that the glassy
10:37:36 16   solid is a physical mixture.  And the Defendant has not
10:37:47 17   shown that a person of ordinary skill in the art or for that
10:37:52 18   matter the Novartis inventors would have been unable to tell
10:37:57 19   whether they had amorphous TSV or a physical mixture.
10:38:03 20        I credit the testimony of Dr. Park and Dr. Trout
10:38:10 21   that various spectroscopy methods, which I think were Raman
10:38:15 22   and IR, showed that the glassy solid of the patent of
10:38:23 23   Column 28 has meaningfully different spectra from a physical
10:38:30 24   mixture.  I think that a POSA would understand that glassy
10:38:40 25   means amorphous when used in Example 1.  I base that on what

898

10:38:44 1    Dr. Trout said.  I believe that Dr. Park's XRPD shows that
10:38:52 2    the glassy solid is amorphous.
10:39:00 3         I also note, as Mr. Stringham stated during the
10:39:06 4    argument, that the specification states that the dual-acting
10:39:09 5    complex, i.e., the invention, can be in amorphous form.
10:39:14 6    That's at Column 17, Lines 41 to 45.  I do not -- I am less
10:39:24 7    than convinced that Novartis' internal documents show they
10:39:28 8    lack possession as of the priority date of the '918 patent.
10:39:35 9         The inventor testimony, in my opinion, proves
10:39:41 10   nothing helpful to the Defendants.  The inventor Feng's
10:39:46 11   answers at deposition of "I do not recall" do not prove
10:39:51 12   anything.
10:39:53 13        And I also note and this is not really a factual
10:40:04 14   finding, that as a legal matter -- well, actually
10:40:09 15   Mr. Shelhoff said what I think is correct, that the written
10:40:12 16   description is the four corners of the written description
10:40:16 17   as understood by a POSA.  The Federal Circuit's case, the
10:40:22 18   name of which I forget, but the one that uses the word
10:40:25 19   "illuminate," I don't think that means that the four corners
10:40:31 20   of the written description can be -- are somehow weighted in
10:40:45 21   connection with whatever inventor testimony or other
10:40:47 22   extrinsic evidence there is.
10:40:51 23        I think illuminate, which I take to mean to
10:40:55 24   throw light on, makes sense because the testimony of an
10:40:59 25   inventor who will usually be a POSA at the relevant time can

899

10:41:05 1 throw light on a written description analysis.  But it

10:41:08 2 doesn't mean that the inventor testimony is weighed in the

10:41:14 3 balance when figuring out whether or not the Defendant has

10:41:18 4 proven a lack of written description.  In my opinion, the

10:41:23 5 Defendant has not come close to showing the inventors do not

10:41:26 6 possession amorphous TVS and Defendant has not shown lack of

10:41:30 7 written description by clear and convincing evidence.

10:41:34 8         Example 1 -- turning to enablement, Example 1

10:41:38 9 gives clear instructions on how to make the glassy solid.

10:41:42 10 Both Dr. Park and Dr. Atwood made it with ease.  Defendant

10:41:48 11 has not shown that what they both made is anything other

10:41:51 12 than the claimed amorphous TSV.

10:41:59 13         Oh, I'm sorry.  Mr. Stringham.

10:42:02 14         MR. STRINGHAM:  You want me to sit down?

10:42:03 15         THE COURT:  Yeah.  Yeah.  I didn't realize you

10:42:05 16 were still standing up.

10:42:08 17         The use of the word "comprising" does not turn

10:42:13 18 Claim 1 into a genus claim for which there is a need to

10:42:17 19 enable, for example, triple-acting compound in which

10:42:21 20 sacubitril and valsartan are two of the three active

10:42:25 21 ingredients.  I don't think that was an argument that

10:42:28 22 Mr. Shelhoff made just now, but it was -- certainly seemed

10:42:30 23 to be an argument during the trial.

10:42:38 24         And so I believe that a POSA could -- just as

10:42:49 25 Dr. Park and Dr. Atwood both did, and perhaps there's other

900

10:42:54 1 evidence of people doing it, that a POSA could make the

10:43:01 2 claimed invention based on what's in the written description

10:43:06 3 and that it would not only involve -- not involve undue

10:43:10 4 experimentation but involve, you know, just following the

10:43:16 5 instructions of the patent and doing routine testing.  All

10:43:22 6 these spectroscopic type of analyses were available at the

10:43:28 7 time.  So I don't think Defendant has shown enablement or

10:43:31 8 lack of enablement by clear and convincing evidence.

10:43:33 9         You know, I think indefiniteness is essentially

10:43:45 10 a throwaway argument here.  You know, Dr. Steed's testimony

10:43:51 11 about it was very brief and not very convincing when he says

10:43:58 12 it's a contingent argument.  You know, something either is

10:44:05 13 or is not, and if the expert can't stand behind it as being

10:44:08 14 an is, then I think it's pretty hard to say that they've

10:44:12 15 proved it by clear and convincing evidence.

10:44:15 16         The testimony that went on at length yesterday

10:44:22 17 of cross-examination about different possible bonds and

10:44:26 18 rotations and van der Waals forces and such, I don't recall

10:44:34 19 Dr. Steed saying a word about any of that.  And regarding

10:44:40 20 whether it's a new argument or not, it's not an argument

10:44:45 21 that I think the testimony supports.  And I don't think

10:44:59 22 there's any evidence in the record that there's some

10:45:01 23 unclaimed variation with different bonding that are -- or

10:45:04 24 there's certainly not clear and convincing evidence that

10:45:10 25 unclaimed variations with different bonding are possible and

901

10:45:14 1 I don't think there's been any showing that Claim 1 is

10:45:18 2 indefinite.

10:45:18 3         So in any event, I tried to concentrate on facts

10:45:28 4 here because that's what I've been hearing for the past

10:45:30 5 three days or four days, I guess.  And I think the factual

10:45:38 6 findings flow nicely into the legal standards, and so that

10:45:46 7 all of Defendants' invalidity defenses fail.

10:45:54 8         All right.  Well, let's go on to the other

10:45:57 9 patent which I think presents much closer issues.

10:46:03 10         MS. SCHWARZ:  Good morning, Your Honor.  May I

10:46:14 11 reserve five minutes of my 25 minutes for a rebuttal?

10:46:17 12         THE COURT:  Sure.  Yes.  Particularly in light

10:46:19 13 of the fact that there is invalidity.

10:46:21 14         MS. SCHWARZ:  Okay.  So the Defendants here have

10:46:25 15 not disputed that their products meet three of the four

10:46:28 16 elements of asserted Claims 15 and 19 of the '667 patent or

10:46:34 17 that they will induce infringement.  The only dispute is

10:46:37 18 over whether their active ingredient, amorphous TSV, is

10:46:42 19 equivalent to the API claim element, LCZ696, under the

10:46:47 20 doctrine of equivalents.

10:46:49 21         Now, Dr. Spinale, who has the qualifications of

10:46:53 22 a POSA, compared the Defendants' amorphous TSV to LCZ696

10:47:00 23 using Hetero and Torrent's labels and ANDA submissions.  And

10:47:05 24 he established that their products are equivalent to LCZ696

10:47:10 25 under both the function-way-result test and the

902

10:47:13 1 insubstantial differences test.

10:47:16 2         Now, the Defendants have raised various

10:47:19 3 criticisms of Dr. Spinale's analysis.  I'll address them one

10:47:23 4 at a time.  I think there are six of them that I'll cover

10:47:25 5 today.

10:47:26 6         So, first, Dr. Steed testified that in general,

10:47:30 7 amorphous APIs have disadvantages compared to crystalline

10:47:34 8 APIs.  So amorphous TSV cannot be equivalent to crystalline

10:47:39 9 LCZ696.

10:47:41 10         But Dr. Steed admitted that in his testimony on

10:47:45 11 infringement, he did not cite a single Hetero or Torrent

10:47:49 12 document.  He did not discuss any data for amorphous TSV or

10:47:55 13 LCZ696.  And he did not compare any of the properties of

10:48:00 14 amorphous TSV to LCZ696, and that's the relevant analysis

10:48:05 15 here, comparing the accused product to the claims.

10:48:08 16         Second, Dr. Fintel and Dr. Steed criticized

10:48:13 17 Dr. Spinale for placing too much weight on bioequivalence

10:48:17 18 and the result prong of the function-way-result test, but

10:48:22 19 the Defendants' pharmacokinetic data was only part of

10:48:25 20 Dr. Spinale's analysis.  As Your Honor heard, Dr. Spinale

10:48:29 21 cited extensively from the Defendants' labels and ANDA

10:48:34 22 documents when discussing his conclusions on the

10:48:36 23 function-way-result test.  And he discussed the function and

10:48:39 24 the way in detail.

10:48:41 25         Third, during Dr. Spinale's cross-examination,

955

| | | |
|---|---|---|
| 12:15:36 | 1 | a notice provision and opportunity to bring issues to Your |
| 12:15:40 | 2 | Honor's attention if we have to. |
| 12:15:41 | 3 | THE COURT:  Okay. |
| 12:15:42 | 4 | MR. SHELHOFF:  Neither Hetero nor Torrent has |
| 12:15:46 | 5 | any stipulation whatsoever about the intent to launch with |
| 12:15:50 | 6 | provision notice.  That is inaccurate.  With respect to |
| 12:15:54 | 7 | whether there's work for one or not, we don't know, and |
| 12:15:56 | 8 | we're not going to speculate now. |
| 12:15:59 | 9 | THE COURT:  Okay.  Well, in any event, if you do |
| 12:16:02 | 10 | come up with if there is some intent to do it, I assume that |
| 12:16:06 | 11 | would based on what Mr. Silver said.  There is some notice |
| 12:16:09 | 12 | provision; right? |
| 12:16:10 | 13 | MR. SHELHOFF:  Well, but there's no stipulation. |
| 12:16:11 | 14 | So there's no provision.  Maybe we can inform the Court in |
| 12:16:15 | 15 | some way, but there's no such notice provision right now. |
| 12:16:17 | 16 | There's no such notice right now, nor is there law required |
| 12:16:20 | 17 | in any way. |
| 12:16:22 | 18 | MR. SILVER:  Your Honor, I'm looking at sealed |
| 12:16:27 | 19 | 10 -- I think it's D.I.-1092 in the MDL action. |
| 12:16:32 | 20 | MR. SHELHOFF:  Yeah. |
| 12:16:34 | 21 | MR. BELGAM:  Your Honor, can we have a moment to |
| 12:16:36 | 22 | confer?  This is something we ought to be able to figure |
| 12:16:38 | 23 | out. |
| 12:16:39 | 24 | THE COURT:  I would think so, yeah. |
| 12:16:41 | 25 | MR. SILVER:  Thank you, Your Honor. |

956

| | | |
|---|---|---|
| 12:16:44 | 1 | (Discussion held off the record.) |
| 12:18:04 | 2 | MR. SILVER:  So, Your Honor, I think without |
| 12:18:07 | 3 | getting into too much detail, there is a provision for an |
| 12:18:11 | 4 | orderly process of sorts if we need to have that sort of |
| 12:18:14 | 5 | thing. |
| 12:18:14 | 6 | THE COURT:  All right.  That's fine.  That's all |
| 12:18:17 | 7 | I really wanted to know.  So thank you. |
| 12:18:19 | 8 | All right.  We'll be in recess.  Have a nice |
| 12:18:22 | 9 | weekend. |
| 12:18:23 | 10 | MR. SILVER:  Thank you, Your Honor. |
| 12:18:23 | 11 | DEPUTY CLERK:  All rise. |
| 12:18:26 | 12 | (Court was recessed at 12:18 p.m.) |
| | 13 | I hereby certify the foregoing is a true and |
| | 14 | accurate transcript from my stenographic notes in the |
| | 15 | proceeding. |
| | 16 | /s/ Heather M. Triozzi |
| | | Certified Merit and Real-Time Reporter |
| | 17 | U.S. District Court |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

# EXHIBIT 3

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-md-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, <br><br> Defendants. | C.A. No. 22-cv-1395-RGA |

**REBUTTAL EXPERT REPORT OF DR. RICHARD L. MCCREERY, PH.D. ON BEHALF OF NANJING NORATECH PHARMACEUTICAL CO., LIMITED AND <u>GERBERA THERAPEUTICS, INC.</u>**

1

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

these differences might be related to residual starting materials from Dr. Park's preparation, but the fact remains that the original Novartis spectrum does not match that of Dr. Park (RM3-937.)

69.     In my opinion, these two substances cannot be identical for at least the foregoing reasons. The differences in the number and positions of peaks as well as in their relative intensities between Dr Park's and the Novartis Raman spectrum imply that either (i) impurities, or (ii) completely different substances are present.

### C.     Dr. Park's Raman Spectra for the "Glassy Solid" and "Physical Mixture" are Identical

70.     Dr. Park's data shows that there is no difference between the Raman spectrum of the "glassy solid" and the Raman spectrum of a physical mixture of amorphous sacubitril sodium and amorphous valsartan disodium.

71.     Dr. Park synthesized amorphous sacubitril sodium and amorphous valsartan disodium and obtained their Raman spectra. She then created a Raman spectrum of a physical mixture of amorphous sacubitril sodium and amorphous valsartan disodium by normalizing and mathematically adding the Raman spectra of the two components.

#### 1.     Amorphous Sacubitril Sodium

72.     Dr. Park produced amorphous sacubitril sodium by dissolving sacubitril sodium in methanol, filtering and removing the solvent on a rotovap.



AP-NPC-918-000000004.

73.     The amorphous sacubitril sodium (1376-10-3) thus produced was characterized by Raman spectroscopy.

33

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY



AP-NPC-918-000000008 (demonstrating that the Raman spectra of 1376-10-3 is file called RM3-944.).

74. The Raman spectrum of Dr. Park's amorphous sacubitril (y-axis scaled) is as follows:



AP-NPC-918-000000038 (file name: RM3 944.xlsx.)

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

## 2.     Amorphous Valsartan Dosodium

75.     Dr. Park also produced amorphous valsartan disodium by dissolving valsartan

disodium in methanol, filtering and removing the solvent on a rotovap.



AP-NPC-918-000000010.

76.     The amorphous valsartan disodium (1376-16-1) thus produced was characterized

by Raman spectroscopy.



AP-NPC-918-000000012 (demonstrating that the Raman spectra of 1376-16-1 is file called RM3-

948.).

77.     The Raman spectrum of Dr. Park's amorphous valsartan (y-axis scaled) is as

follows:

35

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY



AP-NPC-918-000000040 (file name: RM3 948.xlsx.)

### 3.    Raman Spectrum of a Physical Mixture of Amorphous Sacubitril Sodium and Amorphous Valsartan Disodium

78.    Dr. Park did not create an actual physical mixture of amorphous sacubitril and amorphous valsartan disodium. Instead, she added the Raman spectra of amorphous sacubitril sodium to the Raman spectra of valsartan disodium to simulate what a Raman spectrum of a physical mixture of the two ingredients would look like. *See* Park Opening Report at ¶ 44 ("mathematically adding the spectra of the individual components to use as a comparison.").

79.    This Raman spectrum is from the file called "944 and 948 phy mix.csv"

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY



AP-NPC-918-000000737 (filename: 944 and 948 phy mix.csv.)

### 4. Comparison of the Entire Raman Spectra of Dr. Park's Physical Mixture with the Raman Spectra of Dr. Park's Glassy Solid Shows They are Identical

80. An overlay of the Raman spectra of the physical mixture ("Phy Mix*0.18") and those of the glassy solid (RM3-937) obtained by Dr. Park is shown below. The spectra appeared essentially identical. *See also*, Exhibit C.

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY



81.     In her Expert Report, Dr. Park zoomed-in on certain sections of the spectra to allege there was a difference between the two. These figures from Dr. Park's report and corresponding plots that I have generated for this report from the provided data are shown below.

**Park Report Plots:**



HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY



*See* Park Opening Report at pp. 23-24. First, it should be noted that the frequencies stated to six significant figures are nonsensical, since an instrument with a stated resolution of 2 cm$^{-1}$ cannot possibly determine frequencies with 0.001 cm$^{-1}$ precision. The apparent "shifts" of 2.798 and 3.763 are approximate at best, as noted below.

**My Plots:**



HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY



82.     Second, Dr. Park's conclusion that these spectra indicated distinct chemical compounds is based on a difference of only about 3 cm$^{-1}$ between peaks at selected regions of the spectra is scientifically unsound without providing evidence of robust calibration of the instruments used to produce the Raman spectra for Dr. Park's "glassy solid." For decades, I have edited and peer-reviewed hundreds of scientific articles involving Raman spectroscopy which were submitted for publication and subsequently published. If an author were to make a claim based on a ***single*** peak difference of about 3 cm$^{-1}$, I would certainly require that calibration analysis be submitted in support, and that statistical evidence is provided that the "shift" is reliable. Such statistics, including standard deviations and a t-test, are not provided in Dr. Park's report.

83.     In that regard, a common method for such calibration of Raman spectra is acquisition of spectra of standard materials for which peak positions have been determined by multiple laboratories with variations in peak frequencies of <0.5 cm$^{-1}$. The ASTM standard E 1840 provides rigorously determined peak frequencies for eight common chemicals, including one pharmaceutical, acetaminophen.

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

84.    Regardless, and more significantly, I observed that in the two plots above, the orange line's peaks (red in Dr. Park's spectra) are shifted in the same direction—to the right—by an equal amount—about 3 cm$^{-1}$—compared with the blue line (black in Dr. Park's spectra). In my opinion, it is unusual for two allegedly characteristic peaks to shift in the same direction in the same amount, and thus I decided to further investigate whether the "shifts" observed by Dr. Park were due to the formation of a new material, i.e. amorphous TVS, or due to a systemic calibration issue with Dr. Park's Raman spectrometer. To do so, I analyzed the entire spectra of the "glassy solid" and Dr. Park's physical mixture from 500 cm$^{-1}$ to 3200 cm$^{-1}$. My plots of the two Raman spectra, and six zoomed in frequency regions from said plot, are shown below:



41

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY





85.    I observed that ***each peak corresponding to RM3-937*** (orange) was shifted by about 3 cm⁻¹ towards the right (in this case, higher wave number), as compared to the Raman spectrum of the physical mixture. This phenomenon—i.e., ***every*** peak shifting in the ***same*** direction in roughly the ***same*** amount in Dr. Park's glassy solid spectrum when compared with her

43

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

physical mixture spectrum, is impossible if a new material, such as the claimed amorphous TVS, was actually formed. The supramolecular interactions claimed to exist in amorphous TVS must involve a few functional groups in a complex molecular structure, and would therefore affect some but not all of the frequencies observed in the spectrum. In contrast, ALL of the 20+ strongest peaks in the physical mixture spectrum are shifted by the same ~3 cm$^{-1}$ amount. Indeed, in my five-plus decades of experience and my analysis of thousands of Raman spectra, I have never seen such universal shifting due to the formation of a new substance, nor would a scientist or POSA opine that such universal shifting is proof that a new substance was formed. Referring to the bond strengths as springs analogy discussed above, the 20+ uniform shifts apparent in Dr. Park's spectra would require *every* observed "spring" to increase in strength by the same amount in the glassy solid, which is chemically impossible.

86.     In my opinion, the peak shifting that Dr. Park attributes to the formation of the purported "amorphous complex" is nothing but a calibration issue with her spectrometer. *First*, as mentioned above, if one were to rely on such a small Raman shift difference, a thorough calibration of the spectrometer with Raman or atomic emission standards needs to be performed prior to acquisition of the spectra. *Second*, if an amorphous complex were to form between the two drugs, the changes in the Raman spectra would not amount to a consistent shift by about 3 cm$^{-1}$ to the right for all peaks. This is impossible. Instead, some peaks may shift while some may not. Some peaks may shift left (lower wavenumber as plotted) while others may shift towards the right (higher wavenumber as plotted). Some new peaks may appear while some others may not be observed in "amorphous complex" compared to the individual components. The peaks that correspond to the bonds between atoms of the two compounds that interact with each other will shift more than other peaks. The universal shifting observed here is without a doubt due to a calibration issue with the

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

spectrometer. In that regard, I note that the Raman spectrum for the glassy solid was obtained on

April 28, 2023, whereas the Raman spectra for amorphous sacubitril sodium and amorphous

valsartan disodium were obtained on May 17, 2023 and June 7, 2023 respectively. Such small but

consistent x-axis shifts are often observed in Raman spectroscopy across spectrometers and from

day-to-day – and most laboratories follow a "validation" procedure, often daily, involving known

standards. McCreery 2000 at 260-266. Both the laser and spectrometer can be sensitive to

temperature, or have inherent "drift." For example, the output of a common laser used for 1064

nm incident light has a bandwidth of 0.6 nm (https://www.symphotony.com/wp-

content/uploads/Laser_Crystals_ALPHALAS.pdf), which corresponds to possible output

variation of 5.3 cm$^{-1}$ in observed Raman shift. Raman shifts are relatively small differences

between the much higher frequencies of the incident and scattered light, which often causes small

shifts of a few cm$^{-1}$ due to temperature changes and instrumental stability. Since a variety of issues

can cause apparent changes in Raman shift, validation is essential when conclusions are drawn

from small Raman shifts. Furthermore, recent results indicate the Raman shift itself can vary

slightly with sample temperature (US patent 11,828,649), a possible issue with the Park spectra

since they involved a high laser power of 0.5 Watts.

87.    That all Raman shift peaks will not move by the same amount in the same direction

upon the formation of a complex is evidenced by the article by Redenti cited by Dr. Park. Park

Opening Report at ¶ 48 (*see* citation to Redenti 1996). From the Redenti article, the following is

the Raman spectrum of an amorphous complex of piroxicam and β-cyclodextrin (**b**), compared to

the Raman spectrum of a physical mixture of amorphous piroxicam and amorphous β-cyclodextrin

(**a**)[7]:

---

[7] The red vertical lines and the peak values were added by me.

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY



*See also*, Exhibit C

88.     Even a casual glimpse at this comparison is enough to conclude that all peaks are not shifting in the same direction by the same amount, and that the two Raman spectra appear markedly different. Redenti concludes that "[t]he absorption[sic] bands of piroxicam at 1614 and 1521 cm⁻¹ experience a dramatic broadening in the spectrum of the inclusion compound; **the former is also shifted** toward lower frequencies. This change is probably related to the formation of intermolecular hydrogen bonding between the guest and the host[]. Other differences were observed in the two spectra (in particular, a **new peak[8]** at 1440 cm⁻¹ appears in the inclusion compound spectrum)." (emphasis added; citations omitted) Redenti 1996 at 291. Note especially

---

[8] In my opinion, this is a typo in the original article. The new peak appears at about 1390 cm⁻¹. This does not change my opinion or conclusion about this article.

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

than many peaks in the complex spectrum (b) also occur in the physical mixture (a), with no

observable shift in peak frequency. This is a perfect example of how a Raman spectrum changes

upon the formation of a complex – not what Dr. Park's data shows.

89.    During the Hetero/Torrent trial, Dr. Park was asked if the about 3 cm$^{-1}$ shift was

simply due to experimental error. She testified:

| | |
|---|---|
| 09:59:59 12 | Q.    Now, are the three shifts in your Raman spectrum of |
| 10:00:02 13 | the glassy solid due simply to experimental error? |
| 10:00:05 14 | A.    No.  It's not, because our laboratory, Triclinic |
| 10:00:09 15 | Labs, is FDA registered TMP laboratory. |
| 10:00:13 16 |        TMP means good manufacturing practices.  What |
| 10:00:16 17 | that means is all of our instruments are validated, |
| 10:00:20 18 | calibrated, and maintained and that, therefore, these |
| 10:00:25 19 | instruments are running always at accurate conditions. |
| 10:00:28 20 |        So this real?  Difference is real.  In addition |
| 10:00:31 21 | to that, this data were acquired at 2 wavenumber resolution. |
| 10:00:37 22 | So 3.8, 2.8, 2.8 are real differences. |

In re Entresto Patent Litigation (Hetero/Torrent) Trial Tr. (Park Direct) at 585:12-22.

90.    In her testimony, it appears that Dr. Park is confusing spectral resolution with

calibration. Spectral resolution of an instrument is its ability to distinguish between closely spaced

peaks. *See* Workman, J., Chapter 6 – Raman Data Analysis and Presentation, In The Concise

Handbook of Analytical Spectroscopy, World Scientific Publishing, 2016 at p. 157 ("Spectral

resolution is a measure of the minimum distance between the centers of adjacent spectral bands

that may be partially or fully separated such that each band is clearly observed."). On the other

hand, calibration deals with wavelength accuracy from instrument-to-instrument, or day-to-day.

Usually, calibration is performed by measuring the Raman spectra of substances with known peak

47

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

values (frequency standards), and then adjusting the correlation function so that the pixel on a detector's camera corresponds to an accurate, well-known wavenumber. McCreery 2000 at p. 251 ("Calibration is used here to describe whatever process is used to relate observed spectral frequencies and intensities to their true values, and validation is a procedure to verify the calibration and determine the magnitude of experimental error.".) In other words, two closely spaced peaks can be extremely well-resolved but if the calibration is not accurate, the observed Raman shift on both peaks could be several wavenumbers ($cm^{-1}$) away from its true value. As noted above, determination that two observed Raman frequencies are in fact different requires multiple acquisitions and a statistical comparison of the frequency difference to the standard deviations of each frequency (i.e. a "t-test").

91.     To further show that this shift of about 3 $cm^{-1}$ is consistent across all wave numbers, I mathematically shifted (transposed) the spectrum RM3-937 by about 3 $cm^{-1}$ (2.89 $cm^{-1}$) to the left ("RM3-397 Moved") and compared it to the spectrum of Dr. Park's physical mixture. *See also*, Exhibit C. As shown below, ***the two spectra are identical not just in terms of their Raman shift but also relative intensity of the peaks***:

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY



## XII.    CONCLUSIONS

92.    According to the Raman spectrum for the "glassy solid" of Example 1 of the '918 patent provided by Dr. Park, Raman spectroscopy or Raman imaging cannot be used to show the presence of an amorphous TVS for two main reasons. First, the Raman spectrum for Dr Park's glassy solid is distinct from the Raman spectrum of amorphous TVS obtained by Novartis at the time of the '918 patent, which means she failed to accurately reproduce the synthesis described in Example 1 and described by Novartis to be amorphous TSV. Second, the Raman spectrum of Dr Park's glassy solid is not distinct from that of the physical mixture of amorphous valsartan disodium and sacubitril sodium, and the two spectra are identical after correction for apparent calibration error. Therefore, Dr. Park failed to create a reference Raman spectrum for amorphous TVS and any analysis relying on Dr. Park's reference spectrum to discern the presence or absence of amorphous TSV is itself fundamentally flawed and without basis or scientific value.

93.    I reserve all rights to modify, supplement, or amend these opinions as discovery progresses in this matter, including but not limited to responding to any additional disclosures

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

made by Novartis and/or responding to and rebutting any expert reports submitted by Novartis in

this matter.

Respectfully submitted,

Richard L. McCreery, Ph.D.

Dated: June 28, 2024

52

# EXHIBIT 4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-md-2930-RGA<br>FILED UNDER SEAL |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>        Defendants. | C.A. No. 22-cv-1395-RGA<br>FILED UNDER SEAL |

## RESPONSIVE EXPERT DECLARATION OF DR. RICHARD L. MCCREERY, PH.D.

FILED UNDER SEAL



NPC-VS-918-000026703 (showing all samples having XRPD peaks including ones corresponding to "Ground LCZ696" and "Ground LCZ696 overnight").

### C. Dr. Park's Raman Spectra for the "Glassy Solid" and "Physical Mixture" are Identical

86.    Dr. Park's data shows that there is no difference between the Raman spectrum of the "glassy solid" and the Raman spectrum of a physical mixture of amorphous sacubitril sodium and amorphous valsartan disodium.

87.    Dr. Park synthesized amorphous sacubitril sodium and amorphous valsartan disodium and obtained their Raman spectra. She then created a Raman spectrum of a physical mixture of amorphous sacubitril sodium and amorphous valsartan disodium by normalizing and mathematically adding the Raman spectra of the two components.

FILED UNDER SEAL

### 1.    Amorphous Sacubitril Sodium

88.    Dr. Park produced amorphous sacubitril sodium by dissolving sacubitril sodium in methanol, filtering and removing the solvent on a rotovap.



Ex. 2056 at AP-NPC-918-000000004.

89.    The amorphous sacubitril sodium (1376-10-3) thus produced was characterized by Raman spectroscopy.



Ex. 2056 at AP-NPC-918-000000008 (demonstrating that the Raman spectra of 1376-10-3 is file called RM3- 944.).

90.    The Raman spectrum of Dr. Park's amorphous sacubitril (y-axis scaled) is as follows:

FILED UNDER SEAL



Ex. 2058 – image generated from AP-NPC-918-000000038 (file name: RM3 944.xlsx.)

### 2. Amorphous Valsartan Disodium

91.     Dr. Park also produced amorphous valsartan disodium by dissolving

valsartan disodium in methanol, filtering and removing the solvent on a rotovap.

> 1376-16-1 : Rotovap attempt
> Weighed 545.7 mg of TCL 20024 into a vial. Added 5 ml of MeOH. Sonicated. Solids dissolved but
> solution turned cloudy. Added 3 ml more MeOH. Sonicated. Still cloudy. Added 5 ml more MeOH.
> Sonicated. Still cloudy. Filtered via a 0.2 μm PTFE syringe filter into a 100 mL RB flask. Rotovap
> Solution was clear after filtration. Rotovap (Buchi App no. 216089) at RT water bath. Placed in a vacuum
> desiccator.

Ex. 2056 at AP-NPC-918-000000010.

92.     The amorphous valsartan disodium (1376-16-1) thus produced was

characterized by Raman spectroscopy.

> Removed 1376-16-1 from the vacuum desiccator
> for IR & Raman data collection.

FILED UNDER SEAL



Ex. 2056 at AP-NPC-918-000000012 (demonstrating that the Raman spectra of 1376-16-1 is file called RM3- 948.).

93.    The Raman spectrum of Dr. Park's amorphous valsartan (y-axis scaled) is as follows:

Exhibit 2059 – image generated from AP-NPC-918-000000040 (file name: RM3 948.xlsx.)

38

FILED UNDER SEAL

### 3. Raman Spectrum of a Physical Mixture of Amorphous Sacubitril Sodium and Amorphous Valsartan Disodium

94.    Dr. Park did not create an actual physical mixture of amorphous sacubitril and amorphous valsartan disodium. Instead, she added the Raman spectra of amorphous sacubitril sodium to the Raman spectra of valsartan disodium to simulate what a Raman spectrum of a physical mixture of the two ingredients would look like. *See* Park Opening Report at ¶ 44 ("mathematically adding the spectra of the individual components to use as a comparison."); *See also*, Park Decl. at ¶ 30 ("I mathematically added the Raman spectrum for each of the individual components using Excel.").

95.    This Raman spectrum is from the file called "944 and 948 phy mix.csv"



Exhibit 2060– image generated from AP-NPC-918-000000737 (filename: 944 and 948 phy mix.csv.)

### 4. Comparison of the Entire Raman Spectra of Dr. Park's Physical Mixture with the Raman Spectra of Dr. Park's Glassy Solid Shows They are Identical

96.    An overlay of the Raman spectra of the physical mixture ("Phy Mix*0.18")

39

FILED UNDER SEAL

and those of the glassy solid (RM3-937) obtained by Dr. Park is shown below. The spectra appeared essentially identical. *See also*, Ex. 2053.



97.    In her Expert Report, Dr. Park zoomed-in on certain sections of the spectra to allege there was a difference between the two. These figures from Dr. Park's report and corresponding plots that I have generated for this report from the provided data are shown below.

**<u>Park Report Plots:</u>**

FILED UNDER SEAL





*See* Park Opening Report at pp. 23-24; Park Decl. at pp. 11-12. First, it should be noted that the frequencies stated to six significant figures are nonsensical, since an instrument with a stated resolution of 2 cm$^{-1}$ cannot possibly determine frequencies with 0.001 cm$^{-1}$ precision. The apparent "shifts" of 2.798 and 3.763 are approximate at best, as noted below.

**My Plots:**





98.    Second, Dr. Park's conclusion that these spectra indicated distinct chemical compounds is based on a difference of only about 3 cm$^{-1}$ between peaks at selected regions of the spectra is scientifically unsound without providing evidence of robust calibration of the instruments used to produce the Raman spectra for Dr. Park's "glassy solid." For decades, I have edited and peer-reviewed hundreds of scientific articles involving Raman spectroscopy which were submitted for publication and subsequently published. If an author were to make a claim based on a **_single_** peak difference of about 3 cm$^{-1}$, I would certainly require that calibration analysis be submitted in support, and that statistical evidence is provided that the "shift" is reliable. Such statistics, including standard deviations and a t-test, are not provided in Dr. Park's report. Dr. Park's calibration data, provided for the first time in her Declaration, does nothing to alter my conclusions. Specifically, the cited USP procedure is insufficient for supporting small shifts of 2-3 cm$^{-1}$ that Dr. Park alleges distinguish her glassy solid from a physical mixture. To that end, Dr. Park's table shows "acceptable ranges" of 2-6 cm$^{-1}$ in the observed Raman shift values compared to the standard

in her calibration data. While such variance may be acceptable when comparing spectra of different drug materials, it is hardly sufficient here, where precision of $< 1$ cm$^{-1}$ is necessary to distinguish Dr. Park's glassy solid from the physical mixture. Moreover, for proper statistical support, such as the t-test, a POSA would readily understand one needs multiple (i.e. 3-10) spectra for both standard and test compounds obtained in the same session, on the same day. Dr. Park needed to determine the standard deviations of both sample and standard peak frequencies obtained under as similar conditions as possible. By comparing the difference of the averaged peak frequencies for the glassy solid and the physical mixture to their standard deviations, rigorous support for a real difference (usually "95% confidence") can be obtained. ***With only one determination provided in Park's Aug 2 report, it is not possible to rigorously establish that a difference exists between the spectra of the glassy solid and the physical mixture, nor whether the peak frequency varies with time due to instrumental or environmental effects.***

99.    In that regard, a common method for such calibration of Raman spectra is acquisition of multiple spectra of samples and standard materials for which peak positions have been determined by multiple laboratories with variations in peak frequencies of $<0.5$ cm$^{-1}$. The ASTM standard E 1840 provides rigorously determined peak frequencies for eight common chemicals, including one pharmaceutical, acetaminophen. Proper statistics permits assessment of confidence in any conclusions determined for shifts in peak frequencies. While Dr. Park did use one of these standards (polystyrene), it was not done with the multiple spectra and statistical support required.

100.    Regardless, and more significantly, I observed that in the two plots above, the orange line's peaks (red in Dr. Park's spectra) are shifted in the same direction—to the

right—by an equal amount—about 3 cm$^{-1}$—compared with the blue line (black in Dr. Park's spectra). In my opinion, it is unusual for two allegedly characteristic peaks to shift in the same direction in the same amount, and thus I decided to further investigate whether the "shifts" observed by Dr. Park were due to the formation of a new material, i.e. amorphous TVS, or due to a systemic calibration issue with Dr. Park's Raman spectrometer. To do so, I analyzed the entire spectra of the "glassy solid" and Dr. Park's physical mixture from 500 cm$^{-1}$ to 3200 cm$^{-1}$. My plots of the two Raman spectra, and six zoomed in frequency regions from said plot, are shown below:











101.    I observed that ***each peak corresponding to RM3-937*** (orange) was shifted by about 3 cm$^{-1}$ towards the right (in this case, higher wave number), as compared to the Raman spectrum of the physical mixture. This phenomenon—i.e., ***every*** peak shifting in the ***same*** direction in roughly the ***same*** amount in Dr. Park's glassy solid spectrum when

compared with her physical mixture spectrum, is impossible if a new material, such as the claimed amorphous TVS, was actually formed. The supramolecular interactions claimed to exist in amorphous TVS must involve a few functional groups in a complex molecular structure, and would therefore affect some but not all of the frequencies observed in the spectrum. In contrast, ALL of the 20+ strongest peaks in the physical mixture spectrum are shifted by the same ~3 cm$^{-1}$ amount. Indeed, in my five-plus decades of experience and my analysis of thousands of Raman spectra, I have never seen such universal shifting due to the formation of a new substance, nor would a scientist or POSA opine that such universal shifting is proof that a new substance was formed. Referring to the bond strengths as springs analogy discussed above, the 20+ uniform shifts apparent in Dr. Park's spectra would require *every* observed "spring" to increase in strength by the same amount in the glassy solid, which is chemically impossible.

102.     In my opinion, the peak shifting that Dr. Park attributes to the formation of the purported "amorphous complex" is nothing but a calibration issue with her spectrometer. *First*, as mentioned above, if one were to rely on such a small Raman shift difference, a thorough calibration of the spectrometer with Raman or atomic emission standards needs to be performed prior to acquisition of the spectra. *Second*, if an amorphous complex were to form between the two drugs, the changes in the Raman spectra would not amount to a consistent shift by about 3 cm$^{-1}$ to the right for all peaks. This is impossible. Instead, some peaks may shift while some may not. Some peaks may shift left (lower wavenumber as plotted) while others may shift towards the right (higher wavenumber as plotted). Some new peaks may appear while some others may not be observed in the "amorphous complex" compared to the individual components. The peaks that correspond to the bonds between

48

atoms of the two compounds that interact with each other will shift more than other peaks. The universal shifting observed here is without a doubt due to a calibration issue with the spectrometer.

103.    In that regard, I note that the Raman spectrum for the glassy solid was obtained on April 28, 2023, whereas the Raman spectra for amorphous sacubitril sodium and amorphous valsartan disodium were obtained on May 17, 2023 and June 7, 2023 respectively. Such small but consistent x-axis shifts are often observed in Raman spectroscopy across spectrometers and from day-to-day – and most laboratories follow a "validation" procedure, often daily, involving known standards. McCreery 2000 at 260-266. Both the laser and spectrometer can be sensitive to temperature, or have inherent "drift." For example, the output of a common laser used for 1064 nm incident light has a bandwidth of 0.6 nm (https://www.symphotony.com/wp-content/uploads/Laser_Crystals_ALPHALAS.pdf), which corresponds to possible output variation of 5.3 $cm^{-1}$ in observed Raman shift. Raman shifts are relatively small differences between the much higher frequencies of the incident and scattered light, which often causes small shifts of a few $cm^{-1}$ due to temperature changes and instrumental stability. Since a variety of issues can cause apparent changes in Raman shift, validation is essential when conclusions are drawn from small Raman shifts. Furthermore, recent results indicate the Raman shift itself can vary slightly with sample temperature (US patent 11,828,649), a possible issue with the Park spectra since they involved a high laser power of 0.5 Watts.

104.    That all Raman shift peaks will not move by the same amount in the same direction upon the formation of a complex is evidenced by the article by Redenti cited by Dr. Park. Park Opening Report at ¶ 48 (*see* citation to Redenti 1996); Park Decl. at ¶ 33.

From the Redenti article, the following is the Raman spectrum of an amorphous complex of piroxicam and β-cyclodextrin (**b**), compared to the Raman spectrum of a physical mixture of amorphous piroxicam and amorphous β-cyclodextrin (**a**)[9]:



*See also*, Ex. 2053

105.    Even a casual glimpse at this comparison is enough to conclude that all peaks are not shifting in the same direction by the same amount, and that the two Raman spectra appear markedly different. Redenti concludes that "[t]he absorption[sic] bands of piroxicam at 1614 and 1521 cm$^{-1}$ experience a dramatic broadening in the spectrum of the inclusion compound; **the former is also shifted** toward lower frequencies. This change is probably related to the formation of intermolecular hydrogen bonding between the guest and the

---

[9] I added the red vertical lines and the peak values

host[]. Other differences were observed in the two spectra (in particular, a **new peak[10]** at 1440 $cm^{-1}$ appears in the inclusion compound spectrum)." (emphasis added; citations omitted) Redenti 1996 at 291. I note that than many peaks in the complex spectrum (b) also occur in the physical mixture (a), with no observable shift in peak frequency. This is a perfect example of how a Raman spectrum changes upon the formation of a complex – not what Dr. Park's data shows.

106.    During the Hetero/Torrent trial, Dr. Park was asked if the about 3 $cm^{-1}$ shift was simply due to experimental error. She testified:

| | |
|---|---|
| 09:59:59 12 | Q.    Now, are the three shifts in your Raman spectrum of |
| 10:00:02 13 | the glassy solid due simply to experimental error? |
| 10:00:05 14 | A.    No.  It's not, because our laboratory, Triclinic |
| 10:00:09 15 | Labs, is FDA registered TMP laboratory. |
| 10:00:13 16 | TMP means good manufacturing practices.  What |
| 10:00:16 17 | that means is all of our instruments are validated, |
| 10:00:20 18 | calibrated, and maintained and that, therefore, these |
| 10:00:25 19 | instruments are running always at accurate conditions. |
| 10:00:28 20 | So this real?  Difference is real.  In addition |
| 10:00:31 21 | to that, this data were acquired at 2 wavenumber resolution. |
| 10:00:37 22 | So 3.8, 2.8, 2.8 are real differences. |

In re Entresto Patent Litigation (Hetero/Torrent) Trial Tr. (Park Direct) at 585:12-22 (Ex. 2052).

107.    In her testimony, it appears that Dr. Park is confusing spectral resolution with calibration. Spectral resolution of an instrument is its ability to distinguish between closely spaced peaks. *See* Workman, J., Chapter 6 – Raman Data Analysis and Presentation, In The

---

[10] In my opinion, this is a typographical error in the original article. The new peak appears at about 1390 $cm^{-1}$. This does not change my opinion or conclusion about this article.

Concise Handbook of Analytical Spectroscopy, World Scientific Publishing, 2016 at p. 157 ("Spectral resolution is a measure of the minimum distance between the centers of adjacent spectral bands that may be partially or fully separated such that each band is clearly observed."). On the other hand, calibration deals with wavelength accuracy from instrument-to-instrument, or day-to-day. Usually, calibration is performed by measuring the Raman spectra of substances with known peak values (frequency standards), and then adjusting the correlation function so that the pixel on a detector's camera corresponds to an accurate, well-known wavenumber. McCreery 2000 at p. 251 ("Calibration is used here to describe whatever process is used to relate observed spectral frequencies and intensities to their true values, and validation is a procedure to verify the calibration and determine the magnitude of experimental error.").

108.     In other words, two closely spaced peaks can be extremely well-resolved but if the calibration is not accurate, the observed Raman shift on both peaks could be several wavenumbers ($cm^{-1}$) away from its true value. As noted above, determination that two observed Raman frequencies are in fact different requires multiple acquisitions and a statistical comparison of the frequency difference to the standard deviations of each frequency (i.e. a "t-test").

109.     To further show that this shift of about 3 $cm^{-1}$ is consistent across all wave numbers, I mathematically shifted (transposed) the spectrum RM3-937 by about 3 $cm^{-1}$ (2.89 $cm^{-1}$) to the left ("RM3-397 Moved") and compared it to the spectrum of Dr. Park's physical mixture. *See also*, Ex. 2053. As shown below, ***the two spectra are identical not just in terms of their Raman shift but also relative intensity of the peaks***:











110.    Nevertheless, Dr. Park argues that any allegation that her "Raman spectrum for the glassy solid of Example 1 (i.e., amorphous TVS) is 'shifted in the same direction in the same amount [about 3 cm⁻¹]' as my Raman spectrum for the physical mixture of amorphous valsartan disodium and amorphous sacubitril sodium…is incorrect." Park Decl. at ¶ 73. *See generally*, ¶¶ 73-79. I disagree for several reasons in addition to those detailed above.

111.    Additionally, in order to draw accurate conclusions about peak shift differences one must identify the true peak values with great accuracy, and Dr. Park did no such thing. Identifying true peak values with great accuracy is usually not a problem for sharp peaks and conventional peak-picking software can do so easily.

112.    However, this becomes problematic if the peaks are flat at the top – i.e. two or more datapoints have about the same intensity as is the case here. The software may identify the highest value as maximum but the flatness of the peak and noise associated with this peak may make accurate identification of a peak's true value impossible. Particularly

when data points are only ~1 cm$^{-1}$ apart and the peaks are significantly broader than 1 cm$^{-1}$, distinguishing a difference between 2.8 and 3.8 cm$^{-1}$ shifts is very difficult. Dr. Park's data suffers from this same issue. For peaks that have a difference of 2.8 cm$^{-1}$, (Park Decl. at p. 38) it is very clear that there is only one datapoint that can be judged as being the highest value in that region of Raman shift. These are highlighted in green below:

| Physical Mixture | Glassy Solid | Difference | Difference (rounded) |
|---|---|---|---|
| 1243.881 cm$^{-1}$ | 1245.716 cm$^{-1}$ | 1.835 cm$^{-1}$ | 1.8 cm$^{-1}$ |
| 1283.414 cm$^{-1}$ | 1287.177 cm$^{-1}$ | 3.763 cm$^{-1}$ | 3.8 cm$^{-1}$ |
| 1423.223 cm$^{-1}$ | 1425.057 cm$^{-1}$ | 1.834 cm$^{-1}$ | 1.8 cm$^{-1}$ |
| 1457.934 cm$^{-1}$ | 1459.768 cm$^{-1}$ | 1.834 cm$^{-1}$ | 1.8 cm$^{-1}$ |
| 1519.643 cm$^{-1}$ | 1522.441 cm$^{-1}$ | 2.798 cm$^{-1}$ | 2.8 cm$^{-1}$ |
| 1600.635 cm$^{-1}$ | 1603.434 cm$^{-1}$ | 2.799 cm$^{-1}$ | 2.8 cm$^{-1}$ |
| 1611.242 cm$^{-1}$ | 1614.040 cm$^{-1}$ | 2.798 cm$^{-1}$ | 2.8 cm$^{-1}$ |
| 2871.451 cm$^{-1}$ | 2875.214 cm$^{-1}$ | 3.763 cm$^{-1}$ | 3.8 cm$^{-1}$ |
| 2931.231 cm$^{-1}$ | 2934.030 cm$^{-1}$ | 2.799 cm$^{-1}$ | 2.8 cm$^{-1}$ |
| 2961.122 cm$^{-1}$ | 2966.813 cm$^{-1}$ | 5.691 cm$^{-1}$ | 5.7 cm$^{-1}$ |

113.    The enlarged plots corresponding to some of these sharp peaks are shown below:



114.    However, for all Raman shift differences that are not 2.8 cm$^{-1}$, the identification of a peak value is highly questionable and it is clear that what is identified as a peak value does not correspond to the center of the peak or it is extremely difficult to identify which datapoint has the maximum value. The enlarged plots are shown below:

115.    For the peaks around 1243-5 cm$^{-1}$, the peaks are too flat to determine a true peak position.



116.    For the peaks around 1283-7 cm$^{-1}$, where Dr. Park argues that the difference is about 3.8 cm$^{-1}$, it is abundantly clear that the black vertical line is shifted slightly to the left from the center of the curve, while the red vertical line is shifted to the right from the

57

center of the curve—i.e., Dr. Park has exaggerated the distance between the real peaks, which appears to be 2.8 cm$^{-1}$, not 3.8 cm$^{-1}$. Indeed, the datapoints at 1284 cm$^{-1}$ and 1286$^{-1}$ (indicated by arrows) could have well been the peak values here. Note: each datapoint is about 1 cm$^{-1}$ apart. A difference of 2.8 cm$^{-1}$ (as shown by my superimposition above) is a more accurate depiction.



117.    For the peaks in the 1456 to 1460 cm-1 range, it is clear that the values assigned by peak-picking software are subject to errors. The vertical lines and the corresponding peak values could easily be artificially low, and may not represent the true centers of the peaks. Additionally, the red curve suffers from a lot of noise.



118. For the peaks at 1456 to 1460 cm$^{-1}$, it is abundantly clear that the black vertical line is not at the center of the peak and is a little towards the right. Additionally, the red line is too noisy to ascribe a true peak value.



119. For the peaks at 2871-5 cm$^{-1}$ and 2961-6 cm$^{-1}$, the peaks are too flat and the red curve is too noisy to determine the true peak value with any accuracy. This is especially the case for the peak around 2961-6 cm$^{-1}$ where either the data is too noisy or more than one set of peaks are present in the red curve (for the glassy solid).



120.    Peak value comparisons are often used to compare two separate spectra. However, in my opinion, when one does so, such small peak value differences (i.e., 1.8 cm$^{-1}$ vs 2.8 cm$^{-1}$ vs 3.8 cm$^{-1}$) cannot be used to conclude that these changes reflect the formation of a new material such as a claimed complex without much more statistical support. There are far better methods for comparing spectra (such as "PLS_Toolbox from Eigenvector, Inc") which compare the *entire* spectra, including all peaks, and provide statistics on any differences. Dr. Park's analysis reinforces the position that I have taken earlier – that all peaks in the spectrum of the glassy solid are shifted by about 3 cm$^{-1}$ in the same direction when compared to the Raman spectrum for the physical mixture. *See supra* at ¶¶ 97-118. This can be easily ascertained by transposing a spectrum by the necessary amount, as shown above in this declaration. *See supra* at ¶109. Such shifting in a uniform direction by the same amount—to say nothing of the fact that no "original" peaks present in the physical mixture were absent in the "glassy solid" spectra, ***and*** no "new" peaks appeared in the "glassy solid" spectra—simply does not happen in the chemical world—i.e., what Dr. Park espouses here is an impossibility, as evidenced by the Redenti article discussed above. *See supra* at ¶¶ 104-105.

60



121.     Additionally, Dr. Park's Raman spectra of the physical mixture is not truly a Raman spectrum of a physical mixture with a 1:1:3 ratio, because Dr. Park did not make such a mixture. She merely normalized her spectra of the two components – amorphous sacubitril sodium and amorphous valsartan disodium and mathematically added them together.

122.     While such a spectrum could approximate the peak positions one would expect for a true physical mixture, such approximations will only yield a rough value for the peak, not an accurate one. This is because chemical groups on the two substances may not scatter the same amount of light resulting in the improper weighing of the two spectra prior to addition, such that they will not reflect a physical mixture having a 1:1:3 ratio, as required by the Asserted Claims and for the "glassy solid" to qualify as a scientifically valid comparator. It cannot, because Dr. Park did not actually make and analyze a physical mixture to validate the peaks she identified in her mathematical (artificial) addition spectra.

## VIII.   CONCLUSIONS

123.     According to the Raman spectrum for the "glassy solid" of Example 1 of the '918 patent provided by Dr. Park, neither Raman spectroscopy nor Raman imaging can be

used to show the presence of an amorphous TVS for two main reasons.

124.    First, the Raman spectrum for Dr Park's glassy solid is distinct from the Raman spectrum of amorphous TVS obtained by Novartis at the time of the '918 patent, which means she failed to accurately reproduce the synthesis described in Example 1 and described by Novartis to be amorphous TVS.

125.    Second, the Raman spectrum of Dr Park's glassy solid is not distinguishable from the physical mixture of amorphous valsartan disodium and sacubitril sodium Dr. Park generated. Indeed, the two spectra are identical after correction for apparent calibration error. Therefore, Dr. Park failed to create a reference Raman spectrum for amorphous TVS and any analysis relying on Dr. Park's reference spectrum to discern the presence or absence of amorphous TVS is itself fundamentally flawed and without basis or scientific value.

I declare under penalty of perjury under the laws of the United States of America that

the foregoing is true and correct. Executed on August 6, 2024.

_____

Richard McCreery

# EXHIBIT 5

## Page 1

```
1          IN THE UNITED STATES DISTRICT COURT
2             FOR THE DISTRICT OF DELAWARE
3     -------------------------------------------------
4     In re Entresto (Sacubitril/Valsartan)
5     Patent Litigation              C.A. No.
                                      20-2930-RGA
6
      -------------------------------------------------
7
      NOVARTIS PHARMACEUTICALS CORPORATION,
8
             Plaintiff,
9                                    C.A. No.
      v.                             22-1395-RGA
10
      MSN PHARMACEUTICALS INC.,
11    MSN LABORATORIES PRIVATE
      LIMITED, MSN LIFE SCIENCES
12    PRIVATE LIMITED, GERBERA THERAPEUTICS, INC.,
      NANJING NORATECH PHARMACEUTICAL CO., LIMITED,
13
             Defendants.
14
      -------------------------------------------------
15
16         REMOTE VIDEOTAPED DEPOSITION
17                     OF
18           RICHARD L. McCREERY, Ph.D.
19
20
           *** HIGHLY CONFIDENTIAL ***
21
22
23
24    Stenographically Reported By:
      Amy L. Larson, RPR, CSR, CCR
25    Job No. J11739523
```

## Page 2

```
1
2
3
4              September 18, 2024
5                 9:21 a.m. CST
6
7     Remote Videotaped Deposition of:
8          RICHARD L. McCREERY, Ph.D., taken before
9     Amy L. Larson, a Registered Professional Reporter
10    and Notary Public in the State of Minnesota,
11    Notary Public in the State of Wisconsin, Certified
12    Shorthand Reporter in the State of Illinois,
13    Certified Court Reporter in the State of
14    Washington, Certified Shorthand Reporter in the
15    State of Oregon, Certified Court Reporter in the
16    State of Utah, Certified Court Reporter in the
17    State of New Mexico.
18
19
20
21
22
23
24
25
```

## Page 3

```
1     A P P E A R A N C E S:
2     Attorney for Plaintiff:
3     VENABLE LLP
      151 West 42nd Street
4     New York, NY  10036
      BY:  CHRISTOPHER LOH, ESQ.
5          cloh@venable.com
           CARRIE PARK, ESQ. (Chicago office)
6          cspark@venable.com
7     HUSCH BLACKWELL
      120 South Riverside Plaza
8     Suite 2200
      Chicago, IL  60606
9     BY:  DON J. MIZERK, ESQ.
           don.mizerk@huschblackwell.com
10
11    ALSO PRESENT:
12    Syed Rizvi
      Brent Jordan, Videographer
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 4

```
1     INDEX:
2     EXAMINATION BY:                        PAGE
3        Mr. Loh                             7
4     EXHIBITS MARKED FOR IDENTIFICATION:
5
         Exhibit 1                           15
6        Rebuttal Expert Report of
         Dr. Richard L. McCreery, Ph.D.
7
         Exhibit 2                           16
8        US Patent No. 11, 096,918
9        Exhibit 3                           59
         Standard Guide for Raman Shift
10       Standards for
         Spectrometer Calibration
11       Bates AP-NPC-918-000001047 -
         AP-NPC-918-000001057
12
         Exhibit 4                           66
13       Document listing lasers
         No Bates
14
         Exhibit 5                           112
15       Physical & Chemical
         Characterization of Drug Products
16       in PDU US Charles Pan
         Bates NPC-VS-918-000026802 -
17       NPC-VS-918-000026834
18       Exhibit 6                           125
         LCZ696 DS Solid State Properties
19       ARD-T
         February 9th, 2007
20       Bates NPC-VS-918-000026662 -
         NPC-VS-918-000026693
21
         Exhibit 7                           134
22       Solid Analytical Method for LCZ696
         Drug Product
23       PHD/ARD/QA Discussion
         Bates NPC-VS-918-000026695 -
24       NPC-VS-918-000026712
25
```

INDEX:
EXAMINATION BY:  Mr. Loh — 7
EXHIBITS MARKED FOR IDENTIFICATION:
Exhibit 1 — 15
Exhibit 2 — 16
Exhibit 3 — 59
Exhibit 4 — 66
Exhibit 5 — 112
Exhibit 6 — 125
Exhibit 7 — 134



Page 29

1    are looking at pharmaceuticals.  So I was a
2    consultant for a company called Chromex,
3    which was eventually bought out by Bruker,
4    and they often do it.
5        So I conferred with people who do
6    this kind of thing.  We personally were
7    not -- it wasn't our main area.  It was our
8    main area early, but not later in my career.
9  Q.  If you add up the time that you spent over
10    your career characterizing pharmaceutical
11    compounds using Raman, what would the total
12    be?
13  A.  If I add up the time that I spent on
14    pharmaceutical compounds using Raman?
15        MR. MIZERK:  Objection as to form.
16        THE WITNESS:  Sorry?
17        MR. MIZERK:  I just object as to
18    form.  You can answer the question if you
19    understand it.
20        THE WITNESS:  I understand it, but
21    I don't think I can give you an answer,
22    because I don't keep an hour sheet in my
23    office.  Years.  But, you know, it's -- a new
24    assistant professor at a big university has a
25    lot of responsibility, so I -- the time that

Page 30

1    I spent on pharmaceutical was distributed
2    over a period of time while I was doing other
3    things.
4  BY MR. LOH:
5  Q.  Can you point to a publication in your CV
6    that concerns supramolecular complexes?
7  A.  I have not studied supramolecular complexes.
8    I have studied thin films on surfaces which
9    are large, sometimes covalent, sometimes
10    noncovalent.  But I didn't specifically do
11    work on supramolecular complexes.
12  Q.  If we look at the organizations that are
13    listed on the second page of your CV, you see
14    that there are -- one, two, three, four,
15    five, six, seven, eight -- eight
16    organizations listed there?
17  A.  Wait, wait, wait.  Second page of my CV,
18    right.  What about it?
19  Q.  We see that there are eight organizations
20    listed there.
21  A.  Uh-huh.
22  Q.  Do you have to be nominated or elected into
23    any of these organizations, or do you just
24    pay a fee to obtain membership?
25  A.  No, but in order to -- these are just

Page 31

1    societies, so you join.  In order -- there
2    are some that do recognize people, and then
3    they call that a fellow.
4        So, you know, I was a fellow of the
5    triple A -- AAAS, American Association for
6    the Advancement of Science, a fellow of the
7    Electrochemical Society, a fellow of the
8    Society of Applied Spectroscopy.  These
9    are -- those are not -- those are honorary.
10    But these -- this list is just something you
11    join, get a magazine.
12  Q.  Understood.
13        Now if we can look at your report,
14    let me direct your attention to paragraph 41.
15  A.  Okay.
16  Q.  And if we look at the last sentence of that
17    paragraph on page 15, you state here, quote,
18    "The unique set of vibrations for each
19    molecular structure is often called a
20    fingerprint."
21  A.  Uh-huh.
22  Q.  Is that an accurate statement?
23  A.  Well, the vibrational spectroscopy community
24    separates the vibrational spectrum into two
25    regions.  There's a so-called functional

Page 32

1    group region, which are the higher energy
2    ones, which are characteristic of a
3    particular functional group like a carbonyl
4    group or a C-H bond, a methyl group.
5        And then you talk about the
6    fingerprint region.  The fingerprint region
7    is the lower energy part which represent
8    vibrations that are -- cover more than one
9    functional group in a molecule.  They're
10    generally fairly low energy.
11        So when I use the word "fingerprint,"
12    I'm using it as a vibrational spectroscopist
13    would use it, and that is to say that, okay,
14    you have a characteristic vibration of a
15    carbonyl group, say.  That's a functional
16    group vibration.  It doesn't matter much
17    what's around it.
18        The fingerprint region is where you
19    have vibrations which cover a much larger
20    piece of the molecule, so they're lower
21    energy ones.  And that's why I use that term.
22        I mean, I wouldn't say that if you go
23    to a Raman conference they'll know that you
24    mean by fingerprint region and a fingerprint
25    as being -- I think the characteristic I'm



Page 61

1    but I -- I'm saying that if you use those
2    three peaks for calibration, then you would
3    see an error if it -- if there were a
4    problem.
5  Q.  Right.  And so if there were a systemic
6    calibration issue with a particular
7    spectrometer that caused all the peaks to
8    shift by, for example, plus three wave
9    numbers, then all the peak positions for
10    polystyrene should shift by plus three wave
11    numbers in that particular spectrometer,
12    correct?
13  A.  That's correct.
14  Q.  Are you familiar with the Thermo Fisher brand
15    Nicolet, N-I-C-O-L-E-T, IS50 Raman
16    spectrometer?
17  A.  Nicolet IS50, is that what you said?
18  Q.  Correct.
19  A.  Yeah, I'm familiar with Nicolet
20    spectrometers.  I haven't used that
21    particular one.  Nicolet is one of the --
22    actually, we did have one of those at NINT,
23    but -- no, actually that was a dispersive
24    system.  So I'm familiar with Nicolet, the
25    company.  And they're reputable, but I

Page 62

1    don't -- I haven't used that particular
2    model.
3  Q.  Do you have any reason to dispute that it's
4    an FT Raman spectrometer?
5  A.  I would consider that a reasonable Raman
6    spectrometer.  However, I do want to say, and
7    might as well say it now, that if you're
8    trying to do -- determine peak frequencies to
9    shifting by three wave numbers, it's not very
10    much.
11        Remember, in Raman, 1064 nanometers
12    is about 12,000 wave numbers.  So you're
13    looking at a shift from 12,000 wave numbers
14    to, say, 11,000 wave numbers.  You're looking
15    at a relatively small shift of two big --
16    difference in two big numbers.
17        So if what you're trying to do is
18    identify 312 pharmaceuticals, that's
19    sufficient.  You don't need accuracy better
20    than a couple of wave numbers, because the
21    changes are obvious.
22        But when you get down to something
23    like three wave number shifts, then you have
24    to be much better in your technique, much
25    more accurate than normal.  So a three wave

Page 63

1    number shift is small by Raman standards.
2  Q.  Can you turn to paragraph 86 of your report.
3  A.  Do I what?
4  Q.  Can you turn to paragraph 86 of your report.
5  A.  86?
6  Q.  Yeah.  Paragraph 86.  It's at Tab 1 of your
7    binder.
8        MR. MIZERK:  And, Chris, when
9    there's a good time to break, I think it's --
10    we've been at this for over an hour.
11        THE WITNESS:  Paragraph 86?
12  BY MR. LOH:
13  Q.  Yeah.  And that's at page 44 to 45 of your
14    report.
15  A.  Okay, I got it.
16  Q.  On page 45 you state, "For example, the
17    output of a common laser used for 1064 nm
18    incident light has a bandwidth of 0.6 nm,"
19    and then you cite a document from a website
20    called Symphotony.
21  A.  Yeah.
22  Q.  And then you say, "Which corresponds to
23    possible output variation of 5.3 wave numbers
24    in observed Raman shift."
25  A.  That's right.

Page 64

1  Q.  Can you explain what that means?
2  A.  Well, we discussed a bit earlier how gas
3    lasers are very accurate, very narrow in
4    their output because their atomic transition is,
5    gases, neon, argon; whereas, solid state
6    lasers, and the ones that are used in
7    FT Raman, for example, are neodymium yag
8    lasers.  So the neodymium element which is
9    the lasing medium is in a crystal.  It can be
10    yttrium aluminium garnet, can be various
11    things.  But, anyway, it's a crystal.
12        And so that has a finite -- it
13    doesn't have a sharp, well-defined line.  It
14    has a range, and that's called a gain curve,
15    gain meaning that's where you have
16    amplification that goes into the lasing.
17        So that means that you have a
18    potential for roughly point -- roughly six --
19    five to six nano -- or wave numbers range
20    that you can operate that laser.  You do that
21    by a cavity that's around it, and the cavity
22    is a couple of mirrors and there are
23    certain -- it has characteristic frequencies
24    that it can operate at.
25        So it means that if you had a change,



Page 65

1    it could be temperature, it could be other
2    things, then your laser can shift within that
3    5.3 wave number output.
4          And this is why early on when we were
5    using diode lasers, which had the same
6    problem, and diode lasers are solid state
7    gain medium, and they operate over --
8    approximately, it can be larger than that
9    usually in a diode, then you can have it --
10    the laser moving around.  So --
11  Q. Is a helium -- sorry.  Is a helium neon laser
12    a diode laser?
13  A. No.  No, helium neon is gas.
14  Q. And is helium --
15  A. The neon gas is what's actually doing the
16    lasing.
17  Q. Okay.  Is the helium neon laser a solid state
18    laser?
19  A. The 1064 laser is a solid state, yes.  The
20    element is neodymium ion.
21  Q. Okay.  Just to be clear, is a helium neon
22    laser a solid state laser?
23  A. No.  Helium neon is a gas laser.
24  Q. Can we turn to Tab 15 of your binder.  And
25    I'm going to mark this Exhibit 4.

Page 66

1          (Exhibit 4 marked.)
2          THE WITNESS:  Okay.  This is arch
3    support?
4    BY MR. LOH:
5    Q. No, this is actually the Document 15.
6    A. Oh, this is -- okay.  Fine.  I got it.
7    Q. So this is the document that you've cited in
8      paragraph 86 of your report from the website
9      Symphotony --
10  A. Right.
11  Q. -- S-Y-M-P-H-O-T-O-N-Y.
12        And are the lasers listed in this
13    document crystal solid state lasers?
14  A. Yes.  Crystals --
15  Q. And --
16  A. Crystals used in solid state lasers.
17  Q. Okay.  And none of these lasers is a helium
18    neon laser; is that correct?
19  A. Right.
20  Q. And just so that I'm clear, can you explain
21    the math to me?  How did you get to a
22    possible output variation of 5.3 wave numbers
23    for these types of lasers?
24  A. If you look at the fourth line, gain
25    bandwidth .6 nanometers, that's the most

Page 67

1    common laser.  I don't know which one is
2    in -- Nicolet uses, but it's the most common
3    laser.  And it's also -- turns out it's the
4    narrowest laser as well.
5          You take that .6 nanometers, you
6    convert it to wave numbers and you say, All
7    right, it's got a -- if you have it operating
8    at 1064, that's so many wave numbers.  If
9    it's operating at 1064.6, then that's five
10    wave numbers difference where that comes
11    from.
12        Unfortunately, the history here is
13    that the units of spectroscopy over time are
14    changed for convenience, and wave numbers,
15    centimeters to minus one, a reciprocal of a
16    wavelength.  This turns out to be a
17    convenient energy for spectroscopy, because
18    that's where everything comes out in a 400 to
19    4,000 range.
20        But, yeah, you have to convert from
21    the .6 nanometers bandwidth to the 1064
22    nanometer -- or, sorry, to the wave numbers
23    in order to get that.
24  Q. Do you know whether the Thermo Fisher Nicolet
25    IS50 Raman spectrometer uses a neodymium yag

Page 68

1    laser?
2    A. I don't know that it does, but it's very
3    likely.  That's the most common 1064
4    nanometer laser.  We had a Bruker FT Raman in
5    our lab and we used that laser.
6          I have a different student in -- at
7    Metrohm that designs and builds their
8    commercial Raman systems, and I actually got
9    this from him.  And he said that that's the
10    one that most of the FT people use.
11  Q. Did you investigate to see whether or not any
12    of the lasers available through Symphotony
13    are used in FT Raman instruments?
14  A. Any of these lasers?
15  Q. Yes.
16  A. No.  No, I -- neodymium yag is -- like I say,
17    it's very common, so it's -- I didn't
18    determine that that was the one specifically
19    used in the Nicolet system.
20        MR. LOH:  All right.  Why don't we
21    break here for ten minutes.  Sound good to
22    everyone?
23        MR. MIZERK:  Thank you.
24        THE VIDEOGRAPHER:  Okay.  We'll go
25    off the video at 10:41 a.m.



1    where you're referring, because I don't think
2    that's correct.
3  BY MR. LOH:
4  Q. All right.  Let's go to paragraph 69 of your
5    report.
6  A. All right.  Paragraph 59.
7  Q. 69.  Six nine.
8  A. Six?
9  Q. Six nine.
10 A. Okay.  Okay.  The one that starts, "In my
11   opinion, two substances cannot be identical"?
12 Q. Correct.  So one of your conclusions here is
13   that amorphous LCZ could be a completely
14   different substance from the glassy solid of
15   the '918 patent, correct?
16 A. What I'm saying is that the spectrum that Pan
17   has is clearly different from what Park
18   reported.
19 Q. Right.  And there's no statement -- sorry.
20   Continue.
21       MR. MIZERK:  Don't say, "Right,"
22   after he answered when he disagreed with what
23   your question was.  That's misleading.
24       THE WITNESS:  What was --
25       MR. MIZERK:  You said, Chris,

1    during your question about the 91 -- you had
2    a reference to the '918 patent.  He answered
3    and said, no, it wasn't the '918 patent, he
4    was comparing -- saying that the Park he was
5    referencing the glassy solid versus the
6    amorphous LCZ from Pan, the Pan presentation.
7       So please don't misrepresent his
8    statement by arguing or stating something
9    that indicates that he agreed with the
10   premise of your question when he disagreed
11   with it.
12       MR. LOH:  I have no idea what that
13   meant, but I'll ask the question again.
14 BY MR. LOH:
15 Q. You concluded that amorphous LCZ could be a
16   completely different substance from the
17   glassy solid of the '918 patent in
18   paragraph 69 of your report, correct?
19       MR. MIZERK:  He just answered that
20   and he just disagreed with you, and you just
21   misstated the same thing again.  I mean,
22   like, I don't understand.  Do you not
23   understand what you're saying?
24 BY MR. LOH:
25 Q. I'm going to ask the question one more time,

1    Dr. McCreery.
2       You concluded in paragraph 69 of your
3    report that amorphous LCZ could be a
4    completely different substance than the
5    glassy solid of the '918 patent; is that
6    correct?
7       MR. MIZERK:  Objection.  You're
8    misstating.  Where in his report does he say
9    that in paragraph 69?  There is not a
10   reference to the '918 patent in paragraph 69.
11   So why are you misstating what he said in
12   paragraph 69, for the third time?  For the
13   third time.
14 BY MR. LOH:
15 Q. Paragraph 69 of your report states that you
16   conclude that the difference in the number
17   and positions of peaks, as well as in their
18   relative intensities, between Dr. Park's and
19   the Novartis Raman spectrum, imply that they
20   could be completely different substances,
21   correct?
22 A. Yes.  And when I say Novartis Raman spectrum,
23   I'm referring to the one provided by Pan,
24   which is the only spectrum we have from --
25   that I know about from Novartis.  And I'm

1    saying that those two spectra are
2    sufficiently different that they can't be the
3    same material.
4  Q. Right.  And there's no statement in Dr. Pan's
5    presentation that amorphous LCZ is the
6    amorphous trisodium valsartan/sacubitril
7    supramolecular complex of the '918 patent; is
8    that correct?
9       MR. MIZERK:  Objection as to form.
10       THE WITNESS:  You have to repeat
11   that, please.
12 BY MR. LOH:
13 Q. There is no statement in Dr. Pan's
14   presentation that amorphous LCZ is the
15   amorphous trisodium valsartan/sacubitril
16   complex of the '918 patent; is that correct?
17       MR. MIZERK:  Objection as to form.
18       THE WITNESS:  What he says is
19   that -- he doesn't talk about the patent.  He
20   talks about what he calls -- what he believes
21   is amorphous LCZ.
22 BY MR. LOH:
23 Q. I'm going to mark as Exhibit 6 --
24 A. Which tab is that?
25 Q. Tab 11.



Page 133

1    THE WITNESS: That's what it says.
2  BY MR. LOH:
3  Q. And according to the legends here, this batch
4    remains 66 percent crystalline after
5    300 minutes of grinding; is that correct?
6    MR. MIZERK: Objection as to form,
7    asked and answered, calls for speculation,
8    lacks foundation.
9    THE WITNESS: Same answer. You're
10    reading what the legend says.
11  BY MR. LOH:
12  Q. Is it reasonable to conclude from this data
13    that LCZ696 that's ground after 300 minutes
14    still retains a significant degree of
15    crystallinity?
16    MR. MIZERK: Objection as to form,
17    asked and answered.
18    THE WITNESS: I don't know about
19    grinding. I don't do X-ray defraction. I'm
20    not willing to conclude anything that
21    involves grinding.
22  BY MR. LOH:
23  Q. I'm marking as Exhibit 7 --
24  A. What tab is it?
25  Q. Let me just get there. Tab 12.

Page 134

1    -- an internal Novartis document
2  titled, Solid Analytical Method For LCZ696
3  Drug Product --
4    THE WITNESS: Yes, I have it.
5    MR. LOH: And just to complete the
6  legend on the front page, this is titled,
7  Solid Analytical Method for LCZ696 Drug
8  Product PHD/ARD/QA Discussion. And this is
9  numbered NPC-VS-918-26695 to 712.
10    (Exhibit 7 marked.)
11    THE WITNESS: Wait a minute, wait
12  a minute, wait a minute --
13    MR. MIZERK: Chris, for some
14  reason I'm not seeing this document in the
15  chat.
16    THE WITNESS: Are you still on the
17  page -- same page?
18    MR. LOH: Yes. This is Tab 12 of
19  your binder, Dr. McCreery.
20    MR. MIZERK: It's showing up now.
21  Thank you.
22    THE WITNESS: The page I'm looking
23  at says, "Solid Analytical Method for LCZ696
24  Drug Product."
25    MR. LOH: Yes, that's what we're

Page 135

1  looking at.
2    THE WITNESS: That's what you're
3  looking at?
4    MR. LOH: That's correct.
5    THE WITNESS: Okay.
6  BY MR. LOH:
7  Q. Now what is --
8  A. What is the question?
9  Q. Sorry. What is PHD/ARD/QA?
10  A. I don't know.
11  Q. Do you know if these are internal Novartis
12    divisions?
13  A. Do I what?
14  Q. Do you know whether these are internal
15    Novartis divisions?
16    MR. MIZERK: Objection as to form,
17    asked and -- lacks foundation.
18    THE WITNESS: I don't -- I can't
19    vouch for where this document came from.
20    MR. LOH: Okay.
21    THE WITNESS: They appear to be.
22    They have a Novartis logo on them.
23  BY MR. LOH:
24  Q. If you turn to the page with the number
25    ending in 703.

Page 136

1  A. Yes.
2  Q. This page has a set of Raman spectra on it,
3    correct?
4  A. It does.
5  Q. And just to be clear, this is not an XRPD
6    pattern is it?
7  A. No. This is a Raman -- it says it's a Raman
8    spectrum.
9  Q. Okay. Now if we could go back to your
10    report.
11    MR. MIZERK: Are you finished with
12    this Exhibit 7 or are we --
13    MR. LOH: Yeah, I'm finished with
14    that exhibit.
15    THE WITNESS: Okay.
16  BY MR. LOH:
17  Q. And you might have to use a couple of fingers
18    for this, but you have figures at
19    paragraphs 65, 74 --
20  A. Just a minute. Just a minute. Paragraph 65?
21  Q. Correct. 74.
22  A. I'm still looking for 65.
23  Q. Okay.
24  A. Okay. Right. Yes, I got 65. What else?
25  Q. Paragraph 74.



Page 137

1  A. Okay.
2  Q. Paragraph 77.
3  A. Yes.
4  Q. Paragraph 79.
5  A. Yes.
6  Q. And then paragraphs 80 and 81.
7  A. 80 and 81.
8  Q. Sorry, 80 and 91.
9  A. 80 and 91. Okay.
10  Q. So I'm going to ask you some questions about
11    these figures.
12  A. Okay.
13  Q. What software did you use to generate the
14    figures at paragraphs 65, 74, 77, 79, 80, and
15    91 of your report?
16  A. They were all Excel spectra, Excel data, and
17    they were analyzed with Excel.
18  Q. So you drew the pictures with Excel too?
19  A. Yes.
20  Q. Did you --
21  A. As far as -- well, I collaborated with
22    Dr. Rizvi on that.
23  Q. I'm sorry, what was that name?
24  A. I --
25        MR. MIZERK: I mean, Chris, are

Page 138

1    you asking him how he prepared -- how these
2    graphs were prepared?
3        MR. LOH: I'm asking him how these
4    figures were generated.
5        THE WITNESS: Well, I did it. I
6    took Excel, Dr. Rizvi did some of it too, but
7    I did -- used Excel.
8  BY MR. LOH:
9  Q. Who is the doctor who you just mentioned?
10  A. Sorry?
11        MR. MIZERK: Dr. Rizvi, who we
12    identified earlier in the deposition.
13  BY MR. LOH:
14  Q. Oh, the scientific advisor at
15    Husch Blackwell?
16  A. Yeah.
17        MR. MIZERK: Yes.
18        THE WITNESS: Uh-huh.
19  BY MR. LOH:
20  Q. And what software did you use specifically to
21    draw these figures?
22        MR. MIZERK: Objection; asked and
23    answered.
24        THE WITNESS: Well, I just -- I
25    assume that they're Excel.

Page 139

1  BY MR. LOH:
2  Q. Did you --
3  A. And I made it -- I did it independent as
4    well. But, yes, it's Excel and you can --
5    I -- what happened, the sequence of events
6    here, is that I looked at the original
7    spectra and I said -- comparing the glassy
8    solid to the physical mixture, and I said --
9    and looked at Park's roll-ups of various
10    peaks where you saw this -- the shift in --
11    apparent shift, and I said that looks very
12    strange, because here these peaks were all
13    shifting by almost the same amount.
14        So I asked Dr. Rizvi to look at this
15    and see if there had been some possible error
16    in the X axis. And he came back with some of
17    these plots. I also independently did it
18    myself as well.
19        But the red flag was to see that all
20    these peaks were shifting by the same amount,
21    almost the same amount, and I'd never seen
22    that. I -- as we discussed -- maybe we
23    should look at it now. We probably should.
24    Let's look at page 46 of my report, which is
25    the Redenti data.

Page 140

1  Q. Actually, just before we get there, can we
2    spell for the record the name of the
3    Husch Blackwell scientific advisor who
4    prepared these figures?
5  A. S-Y-E-D, R-I-V-L-I --
6        MR. MIZERK: No, R-I-V --
7    R-I-Z-V-I, Rizvi.
8        MR. LOH: Okay. All right.
9  BY MR. LOH:
10  Q. Dr. McCreery, why didn't you use a software
11    package like Omnic or Grams 32 to prepare
12    these figures?
13  A. Why didn't I use what?
14  Q. A software package like Omnic or Grams 32 to
15    prepare these figures.
16  A. Well, I've used Grams in the past, but Excel
17    is easy to take in a variety of different
18    data. I've used -- I use it myself all the
19    time for spectroscopy, so...
20  Q. Do you have access to Grams 32 or another
21    software package --
22  A. I've used -- I've used -- I've used Grams in
23    the past. In fact, that library search that
24    we did in the pharmaceutical paper, I think
25    that was Grams and -- but that was a long



Page 149

1  amorphous TVS and her Raman spectrum for the
2  amorphous physical mixture are the same, is
3  to shift the Raman spectrum for amorphous TVS
4  by about three wave numbers; is that correct?
5        MR. MIZERK: Objection as to form.
6  When you say, "Amorphous TVS," you're talking
7  about Park's glassy solid?
8        MR. LOH: Correct.
9        THE WITNESS: I'm saying that to
10  the eye, if you look at one of her examples,
11  page 39, all right, which is the spectrum of
12  the 1600 wave number region. And if somebody
13  were to say these are different, I would say,
14  Well, you better give me some statistics to
15  confirm that, because it's a very small
16  difference, I'm not sure that I accept that.
17        I would want you to do a T-test to
18  several spectra, could also be several
19  positions on the amorphous solid, to see how
20  reliable your peaks are. Plus or minus one
21  wave number and plus or minus two wave
22  numbers are significant error bars if you're
23  trying to make a distinction of only three
24  wave numbers. But you can be much more
25  rigorous about that using T-tests.

Page 150

1        And you say, All right, I'm going to
2  run a bunch of spectra, I'm going to run --
3  get the standard deviation of each of those
4  values, each peak value, use your peak picker
5  for that if you want, and then you see what
6  kind of variation there is in that peak over
7  a range of time.
8        And then you run your two different
9  samples on the same day so you don't have to
10  worry about your instrument -- worry less
11  about your instrument varying. You need to
12  establish that over the period of time that
13  you use the spectrometer, it wasn't moving
14  anything around.
15  BY MR. LOH:
16  Q. When you say that, "It wasn't moving anything
17    around," what are you referring to? Are you
18    referring to a diode laser like we were
19    talking about earlier?
20  A. Well, it's possible. I don't know what would
21    cause it. That's one thing that could cause
22    it, yes. There's also thermal variation or
23    mechanical variation. You know,
24    interferometers are pretty good. They're not
25    perfect. But I think the more likely source

Page 151

1  of the problem is the laser.
2        But, anyway, whatever the source of
3  the difference that you see, you need to
4  confirm that it is real. And as I say as an
5  editor, you know, talking about accuracy and
6  precision are not useful unless you have
7  statistics. You have to establish that the
8  peak really is -- they really are different.
9  So on the T-test you take the ratio between
10  the difference -- let me slow down.
11        The difference of the averages of the
12  peaks, which is the separation -- the claim
13  that Park is making, and you divide it by a
14  so-called pool, standard deviation, which is
15  the amount of variation in those peaks. So
16  if you have a variation of plus or minus one
17  or plus or minus two wave numbers, then
18  telling a difference of three wave numbers is
19  risky.
20        And I wanted to do that by a T-test.
21  I wanted to analyze it that way, but there
22  wasn't the statistics to -- I couldn't do it,
23  because I couldn't determine the standard
24  deviation of Park's data, because she only
25  ran -- as far as I know, only ran one

Page 152

1  spectrum.
2        And, you know, you can't -- any
3  scientist would say you can't believe
4  anything if you only do it once.
5  Q. So you have access to testing facilities
6    through the University of Alberta, correct?
7  A. I had PLS, yeah. Eigenvector -- it's part of
8    Mat Lab, and Mat Lab is the parent software.
9    Eigenvector is a different company, and they
10    sell an insert that goes into Mat Lab and
11    they are --
12  Q. I'm asking a slightly different question.
13        Did you have the ability, during the
14    course of your work on this case, to make the
15    glassy solid of Example 1?
16  A. No, I did not do any synthesis. I don't --
17    my lab is thousands of miles away. I
18    don't -- I'm retired.
19  Q. Okay. If we can stay with pages 39 to 40 of
20    your report, you have a set of figures here
21    titled, "My Plots."
22        Do you see that?
23  A. Wait a minute, wait a minute. You say you're
24    on page 39?
25  Q. Page 39 and 40 of your report.



Page 157

1    evidence that the measurements are stable
2    enough, accurate enough to make that
3    distinction.
4  BY MR. LOH:
5  Q. Is it your opinion that similarities between
6    different Raman spectrum can be evaluated by
7    eye, but differences between those Raman
8    spectrum have to be statistically supported?
9         MR. MIZERK:  Objection as to form,
10    incomplete hypothetical, calls for
11    speculation.
12         THE WITNESS:  As I said at the
13    time, it depends what you're trying to
14    conclude.  If you're trying to conclude that
15    peaks -- peak spectra is different because
16    they have different peaks and different
17    valleys and different positions, you can do
18    that by eye, yes.
19         If you're trying to say that peaks
20    are different by three wave numbers by eye,
21    then it's -- you can't do that.  You can't do
22    that without statistics.
23  BY MR. LOH:
24  Q. Your report states that each peak in
25    Dr. Park's Raman spectrum for the glassy

Page 158

1    solid is shifted by about three wave
2    numbers --
3  A. Uh-huh.
4  Q. -- relative to peaks in Dr. Park's Raman
5    spectrum for the amorphous physical mixture;
6    is that correct?
7  A. Yeah.
8         THE COURT REPORTER:  I'm sorry,
9    Mr. Loh, he interrupted on your question and
10    I didn't get the whole question.  You might
11    want to repeat that.
12         MR. LOH:  Sure.  I'll ask it
13    again.
14  BY MR. LOH:
15  Q. Your report states that each peak in
16    Dr. Park's Raman spectrum for the glassy
17    solid is shifted by about three wave numbers
18    relative to the peaks in Dr. Park's Raman
19    spectrum for the amorphous physical mixture.
20         Is that an accurate statement of your
21    opinion?
22  A. Yes.
23  Q. Is 1.8 wave numbers about three wave numbers?
24         MR. MIZERK:  Objection as to form.
25         THE WITNESS:  Is 1.8 wave numbers

Page 159

1    what?
2  BY MR. LOH:
3  Q. Is 1.8 wave numbers about three wave numbers?
4  A. I don't want to use qualitative words to talk
5    about quantitative issues.  You know, it's --
6    I said about three wave numbers.  In fact,
7    what we did was to shift them by 2.97, I
8    think, which makes them basically
9    superimposed.
10         And if your standard deviations are
11    large compared to 1.8 wave numbers, you can't
12    talk about anything at 1.8 wave numbers.  And
13    I don't know what they are in Park's case.
14         But so, you know, talking about --
15    using qualitative words like "about" is silly
16    when you're talking about what should be a
17    very accurate measurement.
18         But you have to have a very accurate
19    measurement in order to measure something to
20    less than three wave numbers accuracy.
21  Q. All right.  So I'll be more precise --
22         THE VIDEOGRAPHER:  I'm sorry,
23    Counsel, just a head's up, we'll need to take
24    a media pause in about three minutes, just to
25    let you know.  Thank you.

Page 160

1  BY MR. LOH:
2  Q. Is 1.8 wave numbers 2.97 wave numbers?
3         MR. MIZERK:  Objection as to form.
4         THE WITNESS:  No.
5  BY MR. LOH:
6  Q. And is 5.7 wave numbers 2.97 wave numbers?
7         MR. MIZERK:  Objection as to form.
8         THE WITNESS:  Same answer.
9    Those -- all those numbers are meaningless
10    without -- or meaningless -- yeah, they're
11    meaningless without statistics.
12  BY MR. LOH:
13  Q. And who --
14  A. If somebody tells you here's a hundred
15    dollars and you just take it at face value,
16    maybe it's really 110.  I mean, it's -- any
17    measurement you make has so-called random
18    error in it.  Sometimes you have systematic
19    error, which is what I expect happened here.
20         But, anyway, any measurement you make
21    has random error, with a few exceptions that
22    have to do with interval properties.  So when
23    you have a measurement like temperature, it's
24    got some error in it.  And if you're trying
25    to say -- if you ask somebody on the street



Page 161

1   is 77.7 degrees different from 80 degrees,
2   they probably couldn't tell you, because they
3   aren't that -- they don't have a sensitivity
4   for that kind of measurement --
5   Q.   All right. Dr. McCreery, I'm going to stop
6        here so that the video operator can change
7        the media.
8   A.   Sorry, say it again.
9   Q.   I'm going to stop you there so the video
10       operator can change the media.
11            MR. MIZERK:  Is this a good time
12       to take a lunch break too, Chris, or should
13       we --
14            MR. LOH:  Sure.  What's good for
15       you for lunch?  Thirty minutes?
16            THE VIDEOGRAPHER:  Let me just
17       quickly sign-off real quick.
18            We'll go off the video at 12:59 p.m.
19       Central.
20            (Lunch recess.)
21            THE VIDEOGRAPHER:  We're back on
22       the record at 1:36 p.m.
23   BY MR. LOH:
24   Q.   Hi, Dr. McCreery.  During the break --
25   A.   Hi.

Page 162

1   Q.   During the break --
2   A.   I have one clarification I want to make while
3        we're on the record, if that's okay.
4            If we could look at page 46 of my
5        report, which is the Redenti spectrum, I
6        wanted to point out what I was referring to
7        as the things that are suitable for eyeball
8        and not suitable for eyeball.
9            And the Redenti spectrum is nice,
10       because it shows -- A is a physical mixture,
11       and B is a complex between two materials
12       and -- you know, piroxicam and cyclodextrin.
13           And the thing you can do by eyeball
14       is to see that there's a peak, a big peak at
15       1400, around 1400.  There's changes in the
16       two peaks that are labeled 1521 and 1614,
17       which are apparent to the eye.
18           On the other hand, if you're looking
19       at peak positions, then a lot of them don't
20       change at all.  Some of them do.  And you can
21       see those.  But if you're trying to make a
22       distinction of a few wave numbers about a
23       peak position, that's when you have to get
24       much better about accuracy.  You can't do
25       that by eye, even if you blow it up.

Page 163

1   Q.   So is it your opinion that the presence of a
2        new peak in a spectrum can be --
3   A.   Is my opinion -- sorry, my opinion what?
4   Q.   It's your opinion that the presence of a new
5        peak in a spectrum can be indicative of the
6        formation of a supramolecular complex?
7   A.   It can be, yes.  But if you want to be
8        rigorous about it, what you do is you take
9        that peak that's new and you try to figure
10       out which vibrations are actually happening.
11           And it -- with good technique, you may be
12       able to determine that it's related directly
13       to one of the intermolecular interactions
14       that's responsible for the complex, if a
15       complex exists at all.
16   Q.   And so referring to the spectrum at page 46
17       of your report, if you see a peak or a shift
18       at around 1614 wave numbers, that would be
19       indicative of the presence of a hydrogen
20       bond, for example, between piroxicam and beta
21       cyclodextrin, correct?
22   A.   Well, you don't know that it's a hydrogen
23       bond.  It's a peak which changed it, yes, it
24       certainly is that.  It's broadening and may
25       be shifting.  That doesn't necessarily tell

Page 164

1   you that it's a hydrogen bond, it just tells
2   you that it's different.
3   Q.   Did you review the Redenti paper in
4        connection with your preparation of this
5        report?
6   A.   Sorry, could I what?
7   Q.   Did you review the Redenti paper in
8        connection with your preparation of this
9        report?
10   A.   Yes, I did.
11   Q.   And did the authors of the Redenti paper
12       conclude that the peak at 1614 wave numbers
13       was indicative of the formation of a hydrogen
14       bond?
15   A.   I don't recall them assigning those features.
16       They may have, but I don't recall that.
17   Q.   Okay.  Let's return to something that --
18   A.   I would doubt that, because hydrogen is a
19       very light atom, so it tends to be associated
20       with higher frequency vibrations.
21           But I don't think they assigned them.
22   Q.   Let's return to the subject that we were
23       discussing before the lunch break.
24   A.   Okay.
25   Q.   You said, "What we did was to shift



1    Dr. Park's Raman spectrum with a glassy solid
2    by 2.97 wave numbers"?
3  A. Right.
4  Q. To make them superimposed; is that correct?
5  A. Shifted them about 2.97 wave numbers to what?
6  Q. Which makes them superimposed, correct?
7        MR. MIZERK: Which makes them
8    superimposed.
9        THE WITNESS: Two point what?
10        MR. MIZERK: Which makes them
11    superimposed.
12        THE WITNESS: Oh, right, right,
13    yes.
14  BY MR. LOH:
15  Q. Who --
16  A. The spectra are indistinguishable when you
17    make that shift.
18  Q. And who decided to shift Dr. Park's Raman
19    spectrum for the glassy solid by 2.97 wave
20    numbers?
21  A. No, we decided to try the shift because I
22    noticed right away that in Park's various
23    blow-ups, all these peaks, the red -- the red
24    lines, you know, we're talking about page 39
25    now that she shifted all of them -- all of

1    the ones I could look at in her blow-ups, as
2    well as the ones I could look at in the finer
3    structure, she didn't amplify were shifting.
4    They were shifting the same direction to a
5    higher -- slightly higher frequency and by
6    approximately the same amount.
7        And I found that very off, because as
8    you might have seen in Redenti we just looked
9    at, a lot of peaks don't move when you make a
10    complex like that, because they aren't
11    involved in the higher -- in the bonding
12    between the two pieces of the supramolecular
13    complex.
14        But in this case, there are like 20
15    peaks in there that I went through and looked
16    at these 20 peak frequencies, and they all
17    looked -- they all shifted by about three
18    wave numbers. And I say about three wave
19    numbers, because that's as good an accuracy
20    as I'm willing to commit to without
21    statistics. Anyway --
22  Q. Again -- sorry.
23        Again, whose decision was it to shift
24    Dr. Park's Raman spectrum for the glassy
25    solid by 2.97 wave numbers?

1        MR. MIZERK: Objection; asked and
2    answered.
3        THE WITNESS: Yeah, that's -- so I
4    should answer it?
5        MR. MIZERK: Well, if you have
6    anything else to add to your answer.
7        THE WITNESS: I don't think I have
8    anything to add, no. I already told you how
9    we did it.
10  BY MR. LOH:
11  Q. When you say, "We," who are you referring to?
12  A. And I say what?
13  Q. When you say, "We," who are you referring to?
14  A. When I say -- initially, it was me. I looked
15    at these spectra and I said, Gees, all these
16    things are shifting the same direction.
17    That's strange. That's very strange. It's
18    not -- it doesn't make chemical sense,
19    because that implies that -- it implies that
20    all of the bands -- if you're going to say
21    it's a complex, it says that all the bands of
22    this molecule are shifting the thing around.
23        And, of course, this is a big
24    molecule. Both of them are big molecules.
25    So some of the bands shouldn't shift at all.

1    That was the case in Redenti and the case in
2    a bunch of papers that we've found since.
3        So I said to Syed Rizvi, I talked to
4    Rizvi, I said, Look, see what you can do with
5    shifting around -- shifting down the Park
6    spectrum, because I was very surprised.
7        As I think I said in the report, it's
8    impossible for two different materials to
9    have identical spectra. So I said, This
10    doesn't make sense. There must be a problem.
11        And this is -- to come back to our
12    discussion about errors, you know, there are
13    random errors and there are systematic
14    errors.
15        So I suspected a systematic error
16    here. I said, How can this be? I've never
17    seen such a thing. How can be it be that the
18    entire spectrum is -- or at least all the
19    ones that she amplified were moving.
20        And I went through and looked at them
21    all, all the little ones also, and they're in
22    the report. And they didn't -- they were
23    showing the same kind of shift. I said, This
24    doesn't make sense. It's not chemically
25    possible.



1  Q.  So is it your opinion that Dr. Park's Raman
2      spectrum for the glassy solid is a result of
3      systemic calibration error with a Raman
4      instrument?
5          MR. MIZERK:  Objection as to form.
6          THE WITNESS:  I would say it's a
7      systematic error, and if there's something
8      wrong -- the only way I can explain it,
9      there's something wrong which is consistently
10     shifting everything.  That's what we mean by
11     systematic.  It's not random, it's
12     systematic.
13         And the way to diagnose that is to
14     run a bunch of spectra and see if it really
15     is stable.  So I don't know why it happened.
16     I suspect it's the laser, but I don't know
17     that.  There are other possibilities.
18  BY MR. LOH:
19  Q.  Dr. McCreery, before the lunch break and
20     during the lunch break did you discuss the
21     subject of your deposition with counsel?
22  A.  No, we didn't talk about the deposition.
23  Q.  Why did you feel compelled to bring up
24     Redenti 1996 right after lunch?
25  A.  I thought -- I wanted to bring up Redenti all

1      along.  So when I thought -- when we had a
2      break, I just thought this would be a good
3      idea to bring it up.  These guys didn't
4      suggest it.
5          Because I think it's a beautiful -- a
6      beautiful example of what happens when you
7      make a complex.  I just wanted to be sure
8      that you -- I didn't leave you with this
9      impression that I was doing everything by
10     eyeball, because it isn't -- it isn't eyeball
11     to do a T-test.
12         It is eyeball to say that peaks are
13     different or new peaks are there or new peaks
14     or some peaks have disappeared.  So I wanted
15     to be very clear what I meant by eyeball, and
16     sort of resisting your suggestion that
17     somehow I was doing everything by eyeball,
18     because that isn't the way it goes.  When you
19     try to make a three wave number decision, you
20     have to do it with statistics.
21  Q.  Does Redenti include more than one spectrum
22     for the amorphous complex of beta
23     cyclodextrin and piroxicam?
24  A.  They only provided one spectrum.  But, again,
25     they weren't trying to say that there was a

1      shift of two wave numbers.  They were saying
2      that, Look, we formed this complex, you see
3      these new peaks, that's a good indication of
4      a complex.
5          And we have other papers, other
6      molecules, other examples, both IR and Raman,
7      that do this, that show differences in a
8      complex, show differences in the spectra
9      compared to the physical mixture.
10         And by the way, all of those papers
11     from the literature that I've seen so far,
12     they make a real physical mixture, they don't
13     just add spectra together, which is what Park
14     did.
15  Q.  Other than the Feng 2012 paper, does your
16     report cite any scientific publication that
17     discusses any trisodium valsartan/sacubitril
18     complex?
19  A.  Sorry, other than the Redenti paper?
20  Q.  Other than Feng 2012, does your report cite
21     any scientific publication discussing any
22     trisodium valsartan/sacubitril complex?
23  A.  No, my report doesn't talk about anybody else
24     doing that particular compound, no.  Pan is
25     the only one.

1  Q.  And we can agree that a beta
2      cyclodextrin/piroxicam complex is not a
3      trisodium valsartan/sacubitril complex,
4      correct?
5          MR. MIZERK:  Objection as to form.
6          THE WITNESS:  The question is
7      whether the spectra are different.  The --
8      whether sodium is involved or water is
9      involved is not -- is a peripheral issue.
10     The question is whether the spectra are
11     different.
12  BY MR. LOH:
13  Q.  And is it your opinion that a beta
14     cyclodextrin/piroxicam complex should have
15     the same spectrum as a trisodium
16     valsartan/sacubitril complex?
17  A.  No, of course not.
18  Q.  And we agree that anionic sacubitril is not
19     beta cyclodextrin?
20  A.  It is a complex.  So piroxicam and
21     cyclodextrin interact and they're showing
22     that we can demonstrate that there's a
23     complex because there is a change in the
24     spectrum.  That has no direct relationship to
25     valsartan and sacubitril.


ESQUIRE
DEPOSITION SOLUTIONS

Page 181

THE WITNESS: No, I don't feel comfortable with an opinion about that. I don't know what they were thinking.

If you gave me the peak positions of a physical mixture, I might be able to answer the question. But I don't have that, so I'm not going to make an opinion.

Q. If you could turn to paragraph 46 of your report.

A. Did you say 36?

Q. 46. Four six.

A. 46. Okay.

Q. Now, this paragraph shows the structure of sacubitril sodium.

Do you see that?

A. This is 46. We're talking about the sentence that starts where --

Q. I --

A. -- "bond states crystalline amorphous phases," et cetera.

Q. I think you're looking at a different document. Again, we're talking your report in Tab 1 --

MR. MIZERK: Tab 1 --

THE WITNESS: Oh, I was -- I'm

Page 182

sorry, that was the second.

MR. MIZERK: Page 7 -- I think it's on page 17.

THE WITNESS: 46.

BY MR. LOH:

Q. Yes. This shows the structure of sacubitril sodium, correct?

A. That's what it's about, yes.

Q. Now, sacubitril sodium has five oxygen atoms, correct?

A. Yes.

Q. Each of those five oxygen atoms has two electron pairs that can form coordination bonds, correct?

MR. MIZERK: Objection as to form.

THE WITNESS: It would be possible that they can involve a hydrogen bonding, yes.

BY MR. LOH:

Q. And they can also form coordination bonds too; is that correct?

A. They could.

Q. And those oxygens can form coordination bonds with sodium cations, correct?

MR. MIZERK: Objection as to form.

Page 183

THE WITNESS: They would vary significantly in their interactions with sodium ions, because they're different structures.

BY MR. LOH:

Q. But these oxygens in sacubitril sodium can form coordination bonds with sodium cations, correct?

MR. MIZERK: Objection; calls for speculation.

THE WITNESS: Yeah, it calls for speculation. I mean, an oxygen atom is an oxygen atom. Yes, it's got a couple of unpaired electrons. Not unpaired, but unbonded electrons.

BY MR. LOH:

Q. And those electron pairs on these oxygen atoms in sacubitril exist regardless of whether sacubitril is in crystalline or amorphous form, correct?

MR. MIZERK: Objection as to form.

THE WITNESS: Can you repeat the question?

BY MR. LOH:

Q. Yeah. The oxygen atoms, these five oxygen

Page 184

atoms exist in sacubitril regardless of whether sacubitril is in crystalline or amorphous form; is that correct?

MR. MIZERK: Objection as to form.

THE WITNESS: They would exist in either form, yes.

BY MR. LOH:

Q. And this sacubitril also has an amide group too; is that correct?

A. It has an NH, yes.

Q. Yes.

A. And it's an amide bond, yes.

Q. And that amide group in sacubitril exists regardless of whether sacubitril is in crystalline or amorphous form; is that correct?

MR. MIZERK: Objection as to form.

THE WITNESS: The amide bond would be present in both forms, as far as we know. I mean, we have clear evidence for it in the isolated material and in the crystalline material. I don't know that there's any evidence for it in the complex, if there is complex at all. But, yes, it's an amide bond.

Page 185

1  BY MR. LOH:
2  Q.  I was talking about the amide group.  The
3      amide group for sacubitril exists regardless
4      of whether that sacubitril is present in
5      crystalline or amorphous form, correct?
6              MR. MIZERK:  Objection as to form.
7      I mean...
8              THE WITNESS:  The amide group is
9      present.
10 BY MR. LOH:
11 Q.  And that's regardless of whether sacubitril
12     is in crystalline or amorphous form, correct?
13             MR. MIZERK:  You're asking him
14     whether the compound is different in
15     crystalline or amorphous form?  Is that your
16     question?
17 BY MR. LOH:
18 Q.  My question is whether the amide group for
19     sacubitril exists regardless of whether
20     sacubitril is in crystalline or amorphous
21     form.
22 A.  It's the same, is that what you're saying,
23     the same?
24             MR. MIZERK:  Sacubitril is
25     sacubitril regardless of what form it's in,

Page 186

1      isn't it?
2              THE WITNESS:  So it --
3              MR. LOH:  I would like
4      Dr. McCreery to answer the question rather
5      than you.
6              MR. MIZERK:  Well, I mean, the
7      question is so ridiculous and stupid that I
8      just want to make sure I'm understanding it
9      correctly, all right?  I mean, that you're
10     wasting our time asking such a question to
11     this witness in this manner is actually
12     just -- I want to make sure I'm understanding
13     the silliness of the question, because it's
14     hard to believe --
15             MR. LOH:  I'll ask it again just
16     so I can get a clear answer from
17     Dr. McCreery.
18 BY MR. LOH:
19 Q.  Dr. McCreery, the amide group in sacubitril
20     exists regardless of whether sacubitril is in
21     crystalline or amorphous form; is that
22     correct?
23 A.  Qualitatively, it is an amide group.  Yes, it
24     exists.  They're not necessarily identical,
25     because they're different structures.  They

Page 187

1      might be different structures, so you'd have
2      to do some calculations to see if they were
3      identical.
4  Q.  So I'm going to ask this question one more
5      time, because I don't think that answer was
6      responsive.
7              Let's talk about the sacubitril
8      molecule on its own.  Sacubitril has an amide
9      group, correct?
10 A.  It has an amide group, yes.
11 Q.  And that group exists whether or not
12     sacubitril is in crystalline or amorphous
13     form; is that correct?
14             MR. MIZERK:  Objection as to form,
15     asked and answered.
16             THE WITNESS:  An amide group is an
17     amide group.
18 BY MR. LOH:
19 Q.  Is that a yes?
20             MR. MIZERK:  Objection to form,
21     asked and answered.  If you have a different
22     answer, you can give him a different answer,
23     otherwise you don't have to answer him.
24             THE WITNESS:  No, I'm not going to
25     say yes to that.

Page 188

1  BY MR. LOH:
2  Q.  Okay.  Can you turn to paragraph 48 of your
3      report?
4  A.  Page what?
5  Q.  Paragraph 48 on the following page, page 18.
6  A.  Okay.
7  Q.  Now, this page of your report shows the
8      structure of valsartan disodium; is that
9      correct?
10 A.  That's what it talks about, yes.
11 Q.  Now, valsartan disodium has three oxygen
12     atoms; is that correct?
13 A.  Can you say that again?
14 Q.  Valsartan disodium has three oxygen atoms,
15     correct?
16 A.  It does.
17 Q.  And each of those three oxygen atoms has two
18     electron pairs that can form coordination
19     bonds, correct?
20             MR. MIZERK:  Objection as to form,
21     calls for speculation.
22             THE WITNESS:  Each oxygen atom has
23     two unbonded electron -- or four unbonded
24     electrons, yes.
25 BY MR. LOH:



Page 213

1  A.  Yes.
2  Q.  And is that statement accurate?
3  A.  That's true, because you take an
4     interferogram, it's called, is a whole bunch
5     of oscillations.  They're caused by this
6     moving mirror and the interference pattern
7     that it sets up.
8        So instead of in a dispersive system,
9     you have a position you have a detector
10     somewhere and you have a grading, and so if
11     the detector were to move a little bit, then
12     you'd have a bit of air in your system.
13        So what it's saying is that FT
14     instruments are more stable than dispersive
15     instruments.  That's true.
16  Q.  What do you mean by -- sorry.
17        What do you mean by, "A large number
18     of individual measurements"?
19  A.  Well, the interferometer was an
20     original Michelson -- design, it was a Nobel
21     prize of the --
22        THE COURT REPORTER:  I'm sorry,
23     Doctor, to interrupt.  I can't hear you
24     clearly.  Can you start over?
25        THE WITNESS:  Okay.  Let me slow

Page 214

1     down.
2        The original interferometer was a
3     device designed by two scientists named
4     Michelson and Morley in the 1930s, and they
5     were trying to determine some things about
6     the speed of light.
7        And what an interferometer does --
8     it's sometimes called a multiplexer.  What it
9     does is take light and split it through a
10     beamsplitter.  And this is not simple, but
11     I'll tell you anyway.
12        They generate an interference
13     pattern.  And as -- there's a moving mirror,
14     and as the mirror moves, the light that's
15     inside the interferometer comes on and off,
16     it oscillates.  And so an interferogram is
17     this oscillating pattern for a given
18     wavelength.
19        So if you have -- if you have a 632.8
20     nanometer wavelength, then you're going to
21     make an oscillation.  And the good news is
22     that you measure that oscillation over a
23     period of time, so you're averaging a whole
24     bunch of oscillations in order to conclude
25     that what the wavelength is.

Page 215

1        The other bit of good news is you can
2     do that all at the same time, so you have a
3     so-called multiplex spectrometer.  That's an
4     important term to a spectroscopist.  It means
5     that your interferometer is measuring all the
6     wavelengths all the time.  That's good from
7     the standpoint of frequency precision.  It
8     has some other problems that you give up.
9        So what this says is that an FT
10     instrument, because it's measuring over many
11     oscillations of this thing, if you happen to
12     have somebody slam the door next door or
13     whatever, that doesn't really bother it very
14     much.
15        Whereas, a dispersive system where
16     you're now -- dispersive means that you're
17     spreading out -- you're dispersing the light
18     over a range, you're separating out -- like
19     Newton did.  You're separating out the blue
20     and the red and the yellow and you're making
21     a fan of different colors.  That's why it's
22     called dispersive.  You're dispersing the
23     light.  And that goes on to a detector.
24     Today it's a CCD detector, typically.
25        When this was done in 2000, that

Page 216

1     was -- the data that's on page 252, the
2     atomic line data, each -- that was done with
3     a same detector, so the dispersive system
4     sends just one wavelength.  It has a slit,
5     literally a slit, a couple of razor blades
6     close to each other.  And that slit picks out
7     one wavelength and that's what the detector
8     sees.  So that's the way spectroscopy was
9     done until approximately 1960.
10        In order to sort out an
11     interferogram, you need a computer.  So it
12     wasn't until computers became common in
13     laboratories in the '70s that you could even
14     do these experiments --
15  BY MR. LOH:
16  Q.  And how large is a large number of individual
17     measurements?
18  A.  Huh?
19  Q.  How large is a large number of individual
20     measurements?  Can you put a number on that?
21  A.  How large is --
22        MR. MIZERK:  How large is a large
23     number of individual measurements?
24        THE WITNESS:  Oh, well, an
25     interferogram, it might be a scan, might take



Page 217

1  seconds, and in that second you're doing
2  hundreds, maybe thousands of measurements.
3       A single detector, an FT instrument,
4  is taking thousands of bits of data.  That
5  doesn't mean that you've done a thousand
6  different measurements.  It means that you're
7  defining a sign wave which has a certain
8  frequency and you're doing that with
9  thousands of measurements.
10      And that means that the sign wave
11  that you deduced from those measurements is
12  quite precise.  That's good.  And it uses the
13  helium neon laser as a reference to make sure
14  they're doing it correctly.
15 BY MR. LOH:
16 Q.  Do you know how many scans an FT Raman
17    spectrometer typically takes these days?
18 A.  Well, yes, Park was taking 256, I think.
19    That's sort of typical.
20 Q.  Okay.  If we go to --
21 A.  So it's many -- many thousands of points, so
22    that's why you need a computer to sort it
23    out.
24 Q.  If we go to the last sentence in this
25    paragraph, you state here, quote, "Provided

Page 218

1  the laser and reference frequencies are known
2  accurately, an observed FT Raman frequency is
3  quite accurate and the one-point calibration
4  is usually adequate."
5       Is that statement accurate?
6  A.  Yes, if that's what I wrote.  But the key
7  words here are, "Provided the laser and
8  reference frequencies are known accurately,"
9  number one.
10      Number two, it says, "Usually
11  adequate."  So usually means for most
12  applications.  And the applications that I'm
13  talking about in the time this was written
14  was things like that pharmaceutical study
15  where you're looking at 312 reference
16  compounds, right?
17      But when you get down to high
18  precision work, which is what's required in
19  the Park case, and you're trying to tell a
20  couple of wave numbers difference, then you
21  have to work harder and you have to
22  demonstrate that you've got that kind of
23  accuracy.
24      Whatever causes the accuracy or
25  inaccuracy, you have to verify, you have to

Page 219

1  prove that your instrument is not subject
2  to -- you're not doing that while you're
3  running your measurement.
4       So, you know, probably for the kind
5  of plus or minus one, plus or minus two
6  numbers that are in the patent and in her --
7  in her data, you -- she didn't determine what
8  her precision was.  She didn't do any
9  repetitive measurements.
10      So the only ones she did do was in
11  her calibration ones where there was some
12  variation in her polystyrene experiment.
13  There was some variation in the frequencies
14  that she got, and that's typical, because no
15  instrument is perfect, at least when it's
16  measuring a wavelength.  So --
17 Q.  Can you go to page -- sorry --
18 A.  Go ahead.
19 Q.  Can you turn to page 255.
20 A.  Page --
21 Q.  Two five five.
22 A.  Two five five, right.  What about it?
23 Q.  Now if you go to the last paragraph on this
24    page.
25 A.  Yeah.

Page 220

1  Q.  Here you state, quote, "When the laser itself
2     is based on atomic emission, e.g., AR plus,
3     KR plus, helium neon" --
4  A.  Right.
5  Q.  -- "a convenient alternative to an atomic
6     emission lamp is available."
7       Do you see that?
8  A.  I do.
9  Q.  And then in this paragraph you go on to
10    state, "Not only does the laser provide a
11    built-in calibration source, but the
12    calibration light automatically reproduces
13    the sample geometry."
14      Do you see that?
15 A.  I'm not quite following.  "When a laser is
16    based on atomic emission, an alternative to
17    an atomic emission lamp is available.  The
18    background atomic emission from the laser of
19    plasma lines are normally filtered out with a
20    bandpass filter."
21      Yes.  So I'm saying that in a Krypton
22    laser or an argon laser, you have other lines
23    being put out by atoms.  And if you work at
24    it, you can use those to help your
25    calibration.



Page 241

1       And I was amazed, I was impressed how
2   well it did.  Normally, I'm old school, I'm a
3   little suspicious of all these fancy
4   processing techniques.  But we did some blind
5   experiments, but it's good.  So, yeah, I'd
6   say these things keep improving.
7   Q.  Do you agree that if a Raman mapping
8       experiment doesn't include a reference
9       section for a particular material, then the
10      Raman mapping experiment will not identify
11      regions in the sample containing that
12      material?
13          MR. MIZERK:  Objection as to form,
14      incomplete hypothetical.
15          THE WITNESS:  You better repeat
16      the question.
17  BY MR. LOH:
18  Q.  Do you agree that if a Raman mapping
19      experiment doesn't include a reference
20      spectrum for a particular material, then the
21      Raman mapping experiment will not identify
22      regions in the sample that contain that
23      material?
24  A.  You're saying -- you're asking if you don't
25      have a reference spectrum, can you still do

Page 242

1   the analysis?
2   Q.  Well, I'm asking a simpler question.
3       If you don't include a reference
4   spectrum for a particular material in a Raman
5   mapping experiment, then the Raman mapping
6   experiment will not identify regions in the
7   sample containing that material; do you agree
8   or disagree?
9          MR. MIZERK:  Objection as to form.
10      Same objection.
11          THE WITNESS:  You don't need to
12      include a reference spectrum.  I guess I'm
13      still not understanding your question.
14  BY MR. LOH:
15  Q.  So you don't need to include a reference
16      spectrum for a particular material in order
17      for that material to show up in a Raman --
18  A.  It depends what you want to know.  I mean, if
19      you want to know if such and such contains
20      acetaminophen, then, yeah, you need a
21      reference base.  It's -- the answer to the
22      question depends on what you're trying to
23      find out.
24          You can map things, yes.  You can
25      make a map, and that map -- you can tell the

Page 243

1   map, show me only -- as on the previous
2   page 324, show me everything between 1081 and
3   1139 wave numbers.  You can do that without a
4   reference spectrum.
5       But if your question is is this the
6   acetaminophen, then you need a reference
7   spectrum so you can compare it.
8   Q.  Okay.  So in the context of a pharmaceutical
9       tablet, you would need a reference section
10      for the API or the excipient to determine
11      whether or not that particular API or
12      excipient was present in the tablet, correct?
13          MR. MIZERK:  Objection as to form,
14      incomplete hypothetical.
15          THE WITNESS:  And since it's
16      hypothetical, it depends what you want to
17      know.  If you want to know does the
18      particular XY position spectrum correspond to
19      acetaminophen, then you need a reference
20      spectrum, yes.
21          But if you just want to know if a
22      particular spot has a benzine ring in it,
23      then you might be able to tell that just from
24      the spectrum.
25          MR. LOH:  Okay.  Why don't we take

Page 244

1   a five-minute break here.
2          THE WITNESS:  Let's go to where?
3          MR. MIZERK:  Okay.
4          MR. LOH:  Take a five-minute
5   break.
6          THE VIDEOGRAPHER:  Sorry, Counsel.
7   We'll go off video at 3:27 p.m.
8          (Recess.)
9          THE VIDEOGRAPHER:  We are back on
10      the record at 3:35 p.m.
11  BY MR. LOH:
12  Q.  So Dr. McCreery, you didn't perform any Raman
13      testing in connection with your work on this
14      case; is that correct?
15  A.  That's correct.
16  Q.  And so you didn't perform any Raman testing
17      on the glassy solid of Example 1 of the '918
18      patent; is that correct?
19  A.  That's right.
20  Q.  And you didn't perform any Raman testing on
21      valsartan disodium; is that correct?
22  A.  That's right.
23  Q.  You didn't perform any Raman testing on
24      sacubitril sodium; is that correct?
25  A.  That's right.



Page 245

1   Q.  You didn't perform any Raman testing on a
2       physical mixture of valsartan disodium and
3       sacubitril sodium; is that correct?
4   A.  That's right.
5   Q.  You didn't perform any Raman testing on
6       Noratech's ANDA products; is that correct?
7   A.  No.  I asked for some data like that, but I
8       didn't -- I didn't do any.  And I don't have
9       a Raman spectrometer anymore.
10  Q.  Okay.  So you didn't perform any Raman
11      testing on the active pharmaceutical
12      ingredients for Noratech's ANDA products,
13      correct?
14  A.  Correct.
15  Q.  You didn't perform any Raman testing on MSN's
16      ANDA products either, correct?
17  A.  Correct.
18  Q.  You didn't perform any Raman testing on the
19      active pharmaceutical ingredient for MSN's
20      ANDA products, correct?
21  A.  No.
22  Q.  Do you know what the active pharmaceutical
23      ingredient or ingredients are for MSN's ANDA
24      products?
25  A.  Sorry, can you repeat that?

Page 246

1   Q.  Do you know what the active pharmaceutical
2       ingredient or ingredients are for MSN's ANDA
3       products?
4   A.  Do I know that the --
5   Q.  Do you know what the active pharmaceutical
6       ingredient or ingredients are for MSN's ANDA
7       products?
8   A.  I don't know that they have told me.  I
9       didn't -- the MSN involvement came in late in
10      the process, so I've only been told that
11      they're the same materials.  But I don't --
12      you know, valsartan and sacubitril.  But I
13      don't -- I know very little about the MSN
14      story except that they -- they are involved
15      with my report and they know about the report
16      and they turned it in and et cetera.
17  Q.  And when you say, "The MSN involvement came
18      in late," what do you mean?
19  A.  Well, I mean it was there early, because I
20      knew that they existed.  But my interactions
21      for the first five months or so of the whole
22      story was with Husch Blackwell.  And then
23      there was some kind of injunction that came
24      up with an MSN case and so they got -- I
25      talked to this -- talked to them a bit, and

Page 247

1       that was -- that was what I mean by late,
2       it's probably the last -- I guess
3       that -- that second report was turned in in
4       August 6th, I think.
5   Q.  Okay.  And that's when MSN became involved
6       with you; is that correct?
7   A.  Shortly before that.  But they had been in
8       the list of companies all along.
9           MR. LOH:  Okay.  Subject to any
10      redirect, I'm finished with my questions,
11      Dr. McCreery.
12          MR. MIZERK:  We don't have any
13      questions.  We just reserve signature and
14      we'll review and sign the deposition after we
15      review it.
16          MR. LOH:  Thank you very much.
17          MR. MIZERK:  Thank you.
18          THE VIDEOGRAPHER:  Before we close
19      out the record, Mr. Loh, do you like the
20      video synced with the transcript?
21          MR. LOH:  I would like the video
22      synced.  And, also, I'd like to state for the
23      record that this transcript is designated
24      highly confidential pursuant to the
25      protective order in this case.

Page 248

1           THE VIDEOGRAPHER:  Thank you.
2       Mr. Mizerk, would you like a copy of
3   the video today?
4           MR. MIZERK:  We have a standing
5   order.  I'll defer to that.
6           THE VIDEOGRAPHER:  Thank you.  I
7   think maybe Ms. Larson will have a few
8   questions about the transcript.
9           THE COURT REPORTER:  I do.  Could
10  I get transcript orders for the record,
11  please.
12          MR. LOH:  Sure.  I'd like a next
13  day, and then the final can be within a week.
14          MR. MIZERK:  We have a standing
15  order, so I'd have to defer to that.  It's
16  out of my pay grade.
17          THE COURT REPORTER:  Do you know
18  if that requires a rough draft?
19          MR. MIZERK:  I don't know.  I
20  believe it does, that we do get a rough and a
21  final, but I don't -- we just -- I know we
22  had an email exchange with somebody from
23  Esquire a few days ago and we made the
24  arrangements with them, so I did not
25  familiarize myself with that beforehand.



Page 249

1    THE COURT REPORTER: Okay. Thank
2 you.
3    THE VIDEOGRAPHER: Thank you.
4 This concludes today's video conference
5 deposition of Dr. Richard McCreery taken on
6 September 18th, 2024, at 3:40 p.m. Central
7 time.
8    (Deposition concluded at
9    3:40 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 251

3  I, Richard L. McCreery, Ph.D., have
4  read this deposition transcript and
5  acknowledge herein its accuracy except
6  as noted:
7
8    _____
     Witness Signature
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 250

1         DEPOSITION CORRECTION SHEET
2  TITLE: Novartis Pharmaceuticals Corporation vs.
          MSN Pharmaceuticals, Inc., et al.
3  WITNESS: Richard L. McCreery, Ph.D.
4  PAGE  LINE  DESIRED CHANGE
5  ____  ____  _____
6  ____  ____  _____
7  ____  ____  _____
8  ____  ____  _____
9  ____  ____  _____
10 ____  ____  _____
11 ____  ____  _____
12 ____  ____  _____
13 ____  ____  _____
14 ____  ____  _____
15 ____  ____  _____
16 ____  ____  _____
17 ____  ____  _____
18 ____  ____  _____
19 ____  ____  _____
20 ____  ____  _____
21 ____  ____  _____
22 ____  ____  _____
23 ____  ____  _____
24 ____  ____  _____
25 ____  ____  _____

Page 252

1         REPORTER'S CERTIFICATE
2    Be it known that I took the foregoing
3 remote videotaped deposition of Richard L.
4 McCreery, Ph.D., on September 18, 2024;
5    That I was then and there a Registered
6 Professional Reporter and a Notary Public,
7 and that by virtue thereof, I was duly authorized
8 to administer an oath;
9    That the witness was by me first duly
10 sworn to testify to the truth, the whole truth and
11 nothing but the truth relative to said cause;
12    That the foregoing transcript is a true
13 and correct transcript of my stenographic notes in
14 said matter;
15    That the witness reserved the right to
16 read and sign the transcript;
17    That I am not related to any of the
18 parties hereto, nor interested in the outcome of
19 the action;
20    WITNESS MY HAND AND SEAL this 30th day of
21 September, 2024.  _____
                         Amy L. Larson
                     Amy L. Larson, RPR
22                   My Commission Expires 01/31/25
23
24
25



# EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA<br>**Highly Confidential – Attorneys' Eyes Only** |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 22-1395-RGA<br>**Highly Confidential – Attorneys' Eyes Only** |

**EXPERT REPORT OF
<u>AERI PARK, PH.D. ON U.S. PATENT NO. 11,096,918</u>**

6.      I am the Chief Operating Officer of Triclinic Labs, where I conduct and supervise experiments characterizing the physicochemical properties of drug substances and drug products, including the characterization of complexes in crystalline and amorphous forms.

7.      Prior to joining Triclinic Labs, I spent eleven years from 1998-2009 at SSCI, a company that specializes in solid state form characterizations and crystallography, where I became a Research Director and eventually a Principal.  In those roles at SSCI, I supervised dozens of scientists on projects concerning the characterization of drug substances and drug products.  Thereafter, I served as Director of U.S. Operations at the Almac Group from 2009-2016.  In that role at the Almac Group, I built and led a team of 12 analytical scientists to develop and validate analytical methods for drug substances and drug products.

8.      During my 25-plus years of experience, I have characterized solid-state drug substances thousands of times and have characterized complexes, including in crystalline and amorphous form, hundreds of times.

9.      I am a graduate of Pusan National University where I majored in Chemistry.  I received a Master's Degree in Chemistry from the University of Hawaii and a Ph.D. in Chemistry from the University of Oklahoma.  I was a post-doctoral fellow at the Korean Institute of Science and Technology from 1995-1996 and a team leader at the Dongbu Research Council from 1996-1998.  I am the author or co-author of nine peer-reviewed publications, and I have been a member of the American Association of Pharmaceutical Scientists since 2006.

10.      Since 2004, I have been a registered agent with the United States Patent and Trademark Office ("USPTO").

11.      I am a full-time salaried employee at Triclinic Labs and my compensation at Triclinic Labs does not depend on the outcome of this case.  Triclinic is being compensated at a

2

16.    The specification of the '918 patent includes Example 1.  Example 1 recites a process that yields a "glassy solid" that can be processed further to yield trisodium [sacubitril-valsartan] hemipentahydrate in crystalline form.  '918 patent at 28:38-59.

17.    I understand that the '918 patent specification defines the term "compound" as "a chemical substance comprising covalent bonds within the two pharmaceutically active agents, the ARB [*i.e.*, valsartan] and the NEPi [*i.e.*, sacubitril] molecular moieties, and non-covalent interactions between these two pharmaceutically active agents, the ARB and the NEPi molecular moieties."  '918 patent at 6:55-61.  The '918 patent goes on to explain that these non-covalent interactions can include hydrogen bonding between the ARB and NEPi—in the case of claim 1, anionic valsartan and anionic sacubitril—moieties in the compound.  '918 patent at 6:62-66.  The non-covalent interactions can also include ionic bonding between the cation—in the case of claim 1, sodium cations—and the ARB and NEPi molecular moieties.  '918 patent at 6:62-66.

18.    The specification explains that the dual-acting compound of the invention can be distinguished from a physical mixture of valsartan and sacubitril.  In particular, the dual-acting compound "is characterized by very distinct spectral peaks and shifts that are not observed in the physical mixture" of valsartan and sacubitril ('918 patent at 17:46-58), including for example, a distinct IR spectrum.  '918 patent at 7:39-42.  The "distinct spectral peaks and shifts" referred to by the patent would be understood by a POSA to apply to spectroscopic analytical techniques disclosed in the '918 patent specification, such as IR, Raman, and NMR spectroscopy.  *See* '918 patent at 20:43-21:3, 30:46-31:32.  A POSA would further understand that while the '918 patent discloses data from these techniques to characterize crystalline trisodium [sacubitril-valsartan] hemipentahydrate obtained from Examples 1-3, those techniques, which were available and well-known to a POSA as of the priority date of the '918 patent, can also be used to characterize

4

amorphous TVS, including detecting the presence of non-covalent bonds between valsartan and sacubitril in amorphous TVS that are not present in a physical mixture.

19.    I understand from counsel that Novartis relies on an April 4, 2006 priority date for the '918 patent.

## IV.    PERSON OF ORDINARY SKILL IN THE ART

20.    I understand from counsel for Novartis that the "person of ordinary skill in the art" or "POSA" is a legal construct employed in patent law.  It is a hypothetical person of ordinary creativity who is presumed to have knowledge of all of the relevant prior art at the time of the invention or priority date.

21.    I understand that Novartis in this case has defined a POSA as follows:

> A POSA with respect to the '918 patent would have had (1) a Ph.D. or equivalent degree in chemistry or a related field, and (2) two or more years of experience with solid forms of pharmaceutical compounds, such as synthesizing, crystallizing, and characterizing solid forms of molecular pharmaceutical compounds.  Alternatively, a POSA could have had a less advanced degree in chemistry or a related field, with concomitantly more hands-on years of experience making and characterizing solid state pharmaceutical compounds. Furthermore, a POSA may have consulted with individuals having specialized knowledge, for example, a formulator.

22.    I understand that Defendants in this case have defined a POSA as follows:

> A POSA with respect to the '918 patent would have had (1) a Ph.D. in chemistry or a related field; and (2) two or more years of experience with solid forms of pharmaceutical compounds, such as synthesizing, crystallizing, and characterizing solid forms of molecular pharmaceutical compounds, including experience in small-molecule characterization techniques (e.g., X-ray crystallography, Raman, etc.). Alternatively, a POSA could have had a less advanced degree in chemistry or a related field, with concomitantly more hands-on years of experience making and characterizing solid state pharmaceutical compounds. Furthermore, a POSA may have consulted with individuals having specialized expertise, for example, a clinician or practitioner with experience

5



38.    Thus, the $^{13}$C ssNMR data demonstrate that the glassy solid is amorphous TVS, not a physical mixture of amorphous valsartan disodium and amorphous sacubitril sodium.  The ability of $^{13}$C ssNMR to distinguish between an amorphous complex and a physical mixture is acknowledged in the literature.  Paudel, *Structural and Dynamic Properties of Amorphous Solid Dispersions: The Role of Solid-State Nuclear Magnetic Resonance Spectroscopy and Relaxometry*, J. PHARM. SCI. at 8 (2014) ("Paudel 2014") (review article collecting examples and explaining that solid-state NMR provides "in-depth investigation of the type, extent, and strength of different types of … hetero-molecular noncovalent interactions (dipolar, ionic, and X/H-bonding, etc.) relevant to" amorphous complexes); *see also* McGregor, *Nuclear Magnetic Resonance Spectroscopy*, in HANDBOOK OF INSTRUMENTAL TECHNIQUES FOR ANALYTICAL CHEMISTRY 309, 311-16, 320, 329-30 (Frank Settle ed. 1997) ("McGregor 1997") (handbook chapter on the application of NMR as a testing technique).

39.    For example, Pham 2010 used $^{13}$C ssNMR to characterize an amorphous complex of acetaminophen and PVP as compared to individual amorphous PVP and individual amorphous acetaminophen to determine that an amorphous complex was formed.  Pham, *Analysis of Amorphous Solid Dispersions Using 2D Solid-State NMR and $^1H\,T_1$ Relaxation Measurements*, 7 MOL. PHARM. 1667, 1672-75 (2010) ("Pham 2010").  The Pham 2010 authors found that the amorphous acetaminophen-PVP complex exhibited three distinct chemical shifts to 169.4 ppm, 154.9 ppm, and 132.2 ppm from 167.4 ppm, 155.5 ppm, and 135.0 ppm, respectively, as compared to the individual components, which demonstrated the presence of intermolecular interactions that distinguished the amorphous complex from the individual components.  *Id.* at 1672 (Fig. 1), 1674-75 (Table 1).  Likewise, Aso 2006 used $^{13}$C ssNMR to demonstrate the presence of non-covalent interactions in nifedipine-PVP and phenobarbital-PVP amorphous solid dispersions, a type of amorphous complex.  Aso, *Molecular Mobility of Nifedipine-PVP and Phenobarbital-PVP Solid Dispersions as Measured by $^{13}$C-NMR Spin-Lattice Relaxation Time*, 95 J. PHARM. SCI. 318, 318, 320-323, Figs. 2-5 (2006) ("Aso 2006").  The authors found that in the amorphous nifedipine-PVP and phenobarbital-PVP complexes, a shift of more than 1 ppm in the PVP carbonyl carbon occurred, concluding that "the increases in chemical shift of the PVP carbonyl carbon observed in this study suggests hydrogen bond interactions between the PVP carbonyl group and a hydrogen donor group (NH group) from the drug."  *Id.* at 322 (Fig. 4) (showing a shift in the NMR peak corresponding to the PVP carbonyl carbon of about 0.8 ppm and 2.0 ppm in the amorphous nifedipine-PVP and phenobarbital-PVP complexes, respectively).

## C.    Raman Spectroscopy

40.    As discussed in Appendix D, I analyzed the glassy solid obtained from Example 1, and samples of amorphous valsartan disodium and amorphous sacubitril sodium, using Raman spectroscopy.



46.     As shown below, the Raman spectrum for a physical mixture of amorphous valsartan disodium and amorphous sacubitril sodium, obtained from the mathematical addition of the Raman spectra for the individual components, would not have the same peak shifts at 1614.040 and 1603.434 cm$^{-1}$ observed in the Raman spectrum for amorphous TVS. The peaks in the 1600 cm$^{-1}$ region are particularly relevant as they correspond to carbonyl groups, and the peak shifts observed in the Raman spectrum for amorphous TVS shown below are consistent with non-covalent interactions between the carbonyl groups of amorphous valsartan disodium and amorphous sacubitril sodium not observed in a physical mixture. Taylor, *Evaluation of Solid-State Forms Present in Tablets by Raman Spectroscopy*, 89 J. PHARM. SCI. 1342, 1348 (2000); AP-NPC-918-000000035 (RM3-937.SPA); AP-NPC-918-000000737 (944 and 948 phy mix.csv).





47.     As summarized in the table below, I have identified three shifts of over two wavenumbers,[6] all of which indicate that the glassy solid is amorphous TVS, and not a physical mixture.  These shifts are due to the presence of non-covalent interactions between valsartan and sacubitril in the glassy solid that are not present in the physical mixture.

---

[6] As discussed in Appendix D, the resolution of my Raman experiments is 2.0 wavenumbers, with the error range of ± 1.0 wavenumber. Thus, shifts greater than 2.0 wavenumbers in my Raman experiments are beyond experimental error and are real differences.

| Physical Mixture | Glassy Solid | Difference | Difference (rounded) |
|---|---|---|---|
| 1611.242 cm$^{-1}$ | 1614.040 cm$^{-1}$ | 2.798 cm$^{-1}$ | 2.8 cm$^{-1}$ |
| 1600.635 cm$^{-1}$ | 1603.434 cm$^{-1}$ | 2.799 cm$^{-1}$ | 2.8 cm$^{-1}$ |
| 1283.414 cm$^{-1}$ | 1287.177 cm$^{-1}$ | 3.763 cm$^{-1}$ | 3.8 cm$^{-1}$ |

48.     Scientific literature supports that these types of shifts indicate the presence of non-covalent interactions in an amorphous complex.  For example, Redenti 1996 examined an amorphous piroxicam:β-cyclodextrin complex using Raman.  Redenti, *A study on the differentiation between amorphous piroxicam:β-cyclodextrin complex and a mixture of the two amorphous components*, 129 INT'L J. PHARM. 289, 291, 293 (Fig. 3) (1996) ("Redenti 1996"). The authors noted that a shift in Raman peak at 1614 cm$^{-1}$ for the amorphous piroxicam:β-cyclodextrin complex as compared to a physical mixture of the individual amorphous components "is probably related to the formation of intermolecular hydrogen bonding between the guest and the host," demonstrating that an amorphous complex had formed.  *Id.*

**D.     ATR-FTIR Spectroscopy**

49.     As discussed in Appendix E, I analyzed the glassy solid obtained from Example 1, and samples of amorphous valsartan disodium and amorphous sacubitril sodium, using ATR-FTIR spectroscopy.

50.     Analysis of the ATR-FTIR data obtained for the glassy solid, amorphous valsartan disodium, and amorphous sacubitril sodium demonstrates that there are peaks present in the glassy solid spectrum that are absent from or shifted in the spectra of either amorphous valsartan disodium or amorphous sacubitril sodium.

51.     In the overlay of the ATR-FTIR spectra of the three samples below, there are peaks present at 1579.563, 1620.059, and 1720.336 cm$^{-1}$ in the spectrum for the glassy solid,

25



52. Again, as similarly discussed in sections VII.B. and VII.C. above with respect to $^{13}$C-NMR and Raman, to show that the differences in the IR spectra are not due merely to the additive effect of the peaks of individual amorphous valsartan disodium and individual amorphous sacubitril sodium, one can create an IR spectrum corresponding to the physical mixture of the components by mathematically adding the spectra of the individual components to use as a comparison. Yap, *Characterization of the 13-cis-retinoic acid/cyclodextrin inclusion complexes by phase solubility, photostability, physicochemical and computational analysis*, 25 EUR. J. PHARM. SCI. 49, 53 (2005) ("Yap 2005") (reporting that the IR spectrum for a physical

mixture of the two components is simply a superimposition, *i.e.*, mathematical addition, of the IR spectra for the individual components).

53.    To prepare the IR spectrum for a physical mixture of individual amorphous valsartan disodium and individual amorphous sacubitril sodium, I mathematically added the IR spectrum for each of the individual components using Excel.  The result for the mathematical addition corresponding to the IR spectrum for a physical mixture of individual amorphous valsartan disodium and individual amorphous sacubitril sodium is shown below, overlayed with the IR spectrum for the glassy solid.  As shown in the overlay below, the peaks at 1579.563, 1620.059, and 1720.336 cm$^{-1}$ are not simply due to the additive effect of the peaks of individual amorphous valsartan disodium and individual amorphous sacubitril sodium.  AP-NPC-918-000000025 (IR2-1786.SPA); AP-NPC-918-000000736 (1787 1845 Phy mix.csv).  Instead, the additive effect of the two peaks of the pure materials in a physical mixture would provide an IR spectrum having peaks at 1586.312, 1636.451, and 1727.086 cm$^{-1}$, far from the shifted peaks at 1579.563, 1620.059, and 1720.336 cm$^{-1}$ observed in the IR spectrum for amorphous TVS.





54.    As summarized in the table below, shifts of 6.749, 16.392, and 6.75 cm$^{-1}$ are real shifts.[7]  These shifts are due to the presence of non-covalent interactions between valsartan and sacubitril in the glassy solid that are not present in the physical mixture, thereby demonstrating that the glassy solid is amorphous TVS.

| Physical Mixture | Glassy Solid | Difference | Difference (rounded) |
|---|---|---|---|
| 1586.312 cm$^{-1}$ | 1579.563 cm$^{-1}$ | 6.749 cm$^{-1}$ | 6.8 cm$^{-1}$ |
| 1636.451 cm$^{-1}$ | 1620.059 cm$^{-1}$ | 16.392 cm$^{-1}$ | 16.4 cm$^{-1}$ |
| 1727.086 cm$^{-1}$ | 1720.336 cm$^{-1}$ | 6.75 cm$^{-1}$ | 6.8 cm$^{-1}$ |

55.    If the glassy solid were merely a physical mixture of amorphous valsartan disodium and amorphous sacubitril sodium, the ATR-FTIR spectrum for the glassy solid would contain all the peaks observed in the spectra for amorphous valsartan disodium and amorphous sacubitril sodium with no additional peaks or shifting of peaks.  Yap 2005 at 53 (explaining that

---

[7] As discussed in Appendix E, the resolution of my IR testing is 2.0 wavenumbers, with the error range of ± 1.0 wavenumber.  Thus, shifts greater than 2.0 wavenumbers in my IR experiments are beyond experimental error and are real differences.

shifts and decreases in intensity were found in the IR of a complex, distinguishing it from the IR found for the physical mixture which was "akin to the superimposition of the individual spectrum"). The shifted peaks at 1579.563, 1620.059, and 1720.336 cm$^{-1}$ in the ATR-FTIR spectrum for the glassy solid indicate that the anionic sacubitril, anionic valsartan, and sodium cations in the glassy solid are linked together by non-covalent interactions that are not present in individual amorphous valsartan disodium and amorphous sacubitril sodium, meeting the definition of a "compound" in the '918 patent. These peaks in particular are in the carbonyl region of the ATR-FTIR spectra (Yap 2005 at 53 (identifying the 1700 to 1500 cm$^{-1}$ region as corresponding to carbonyl groups (C=O)), indicating that the carbonyl groups in the valsartan and sacubitril molecules are involved in non-covalent interactions between the valsartan and sacubitril molecules (*e.g.*, a hydrogen bond between the amide of sacubitril and the tetrazole of valsartan) and/or among the valsartan and sacubitril molecules and the sodium cations in amorphous TVS, which are not found in individual amorphous valsartan disodium and individual amorphous sacubitril sodium or a physical mixture of the two.

56.     A POSA would understand that shifts like that observed in the IR spectrum for the glassy solid can be used to demonstrate the presence of non-covalent interactions. Williams, *Characterization of an inclusion complex of cholesterol and hydroxypropyl-β-cyclodextrin*, 46 EUR. J. PHARM. & BIOPHARM. 355, 358-59 (1998) ("Williams 1998") (examining a complex of cholesterol and hydroxypropyl-β-cyclodextrin and concluding that "FTIR is a useful technique used to confirm the formation of an inclusion complex" based on "significant differences [that] could be seen in the FTIR spectrum of the inclusion complex"); Ahmed, *Inclusion complexes of bropirimine with β-cyclodextrin in solution and in solid state*, 77 INT'L J. PHARM. 247, 247, 253 (1991) (examining bropirimine/β-cyclodextrin complexes and finding that a shift of a peak at

30

694 cm[-1] in the physical mixture to 703 cm[-1] in the complex, as well as changes in the region of the spectrum corresponding to the carbonyl groups, in the IR spectrum indicated the formation of the complex through hydrogen bonding); Tong, *A Study of Amorphous Molecular Dispersions of Indomethacin and Its Sodium Salt*, 90 J. PHARM. SCI. 1991, 1991, 1998 (2001) ("Tong 2001) (examining physical and coprecipitated mixtures of indomethacin and sodium indomethacin by FTIR and concluding changes in the IR spectra provide evidence of interactions through a combination of hydrogen bonding and ion-dipole interactions, particularly that the "carboxylate anion bands near 1625-1550 cm[-1] all show an increase in intensity as more [sodium indomethacin] is added but to a less extent as compared to those in the physical mixtures"); Yap 2005 at 53, 55 (analyzing an amorphous complex of 13-cis-retinoic acid/cyclodextrin by IR and noting that the IR spectrum of the amorphous 13-cis-RA:HP-β-CD complex showed a shift from 3406 to 3423 cm[-1] of the peak corresponding to hydrogen-bonded OH group of HP-β-CD in the physical mixture, confirming the formation of the amorphous complex); Van Hees, *Application of Supercritical Carbon Dioxide for the Preparation of a Piroxicam-β-Cyclodextrin Inclusion Compound*, 16 PHARM. RES. 1864, 1868-69 (1999) ("Van Hees 1999") (analyzing an amorphous complex of piroxicam and β-cyclodextrin by IR and noting that the band at 1369 cm[-1] for amorphous beta-cyclodextrin in the physical mixture shifted to 1364 cm[-1] in the amorphous complex and concluding that "[t]hese changes are probably related to the interaction and the formation of intermolecular bounds [*sic*] between the guest and the host").

### E.    Comparison of the Glassy Solid to Crystalline TSVH

57.    I also compared the [13]C ssNMR, Raman, and IR spectra for the glassy solid to the [13]C ssNMR, Raman, and IR values reported in the '918 patent for crystalline trisodium [sacubitril-valsartan] hemipentahydrate ("TSVH").  '918 patent at 20:43-21:3, 30:46-31:32.  To the extent that the [13]C ssNMR, Raman, and IR spectra for the glassy solid are not identical to the

$^{13}$C ssNMR, Raman, and IR data reported in the '918 patent for crystalline TSVH, this is not surprising because the $^{13}$C ssNMR, Raman, and IR spectra of amorphous and crystalline forms of the same material can differ. *E.g.*, Pham 2010 at 1672 (Fig. 1) (demonstrating that the $^{13}$C ssNMR spectrum for amorphous acetaminophen had broadened and shifted peaks as compared to crystalline acetaminophen); Taylor & Zografi, *The Quantitative Analysis of Crystallinity Using FT-Raman Spectroscopy*, 15 Pharm. Res. 755, 756-57, 759-60 (1998) ("The Raman spectra of crystalline and amorphous indomethacin are shown in Figure 2. The differences in the spectra have been discussed previously…. Crystalline indomethacin has a carbonyl peak at 1698 cm$^{-1}$ whilst that of amorphous indomethacin appears at 1680 cm$^{-1}$."); Bertacche et al., *Quantitative Determination of Amorphous Cyclosporine in Crystalline Cyclosporine Samples by Fourier Transform Infrared Spectroscopy*, 95 J. Pharm. Sci. 159, 163-64 (2006) (explaining that in the FTIR for cyclosporine, "the peak at 2855 cm$^{-1}$ was used as reference band for the normalization, because [sic] absent in the amorphous form and therefore characteristic of the crystalline form."). Thus, any differences in the $^{13}$C ssNMR, Raman, and IR data for the glassy solid and crystalline TSVH does not suggest that there is something wrong with my $^{13}$C ssNMR, Raman, and IR data for the glassy solid, or that the glassy solid is not an amorphous TVS complex.

**F.    The Glassy Solid of Example 1 Contains Anionic Valsartan, Anionic Sacubitril, and Sodium Cations in a 1:1:3 Molar Ratio**

58.    As set forth in paragraph 15, I understand that claim 1 of the '918 patent indicates that the claimed "compound" comprises anionic valsartan, anionic sacubitril, and sodium cations in a 1:1:3 molar ratio. As set forth in Appendix A, to prepare the glassy solid of Example 1 of the '918 patent, I used 0.399 g of sacubitril free acid, which corresponds to 0.42 g of sacubitril free acid with 95% purity as set forth in Example 1. I also used 0.413 g of valsartan free acid,

consistent with the 0.41 g of valsartan free acid as set forth in Example 1. Last, I used 0.117 g of NaOH, consistent with the 0.111 g of NaOH set forth in Example 1.

59.     In the table below, I have calculated the molar amounts of anionic valsartan, anionic sacubitril, and sodium cations in the glassy solid based on the masses of valsartan free acid, sacubitril free acid, and NaOH starting materials used to prepare the glassy solid. Because nothing besides solvent was removed from the reaction vessel during the procedure of Example 1 to obtain the glassy solid besides solvent, the molar amounts of the starting materials can be used to determine the molar amounts of anionic valsartan, anionic sacubitril, and sodium cations in the glassy solid. Based on the molar amounts of each component, the glassy solid contains a 1:1:3 molar ratio of anionic valsartan, anionic sacubitril, and sodium cations.

| Starting Material | Molecular Weight (g/mol)[8] | Mass Used to Reproduced Example 1 (g) | Moles | Molar Ratio |
|---|---|---|---|---|
| Valsartan free acid | 435.5 | 0.413 | 0.001 | 1 |
| Sacubitril free acid | 411.5 | 0.399 | 0.001 | 1 |
| NaOH | 39.997 | 0.117 | 0.003 | 3 |

60.     The amounts of starting materials used in my reproduction of Example 1 is consistent with the protocol described in the patent in which 0.42 g of 95% pure sacubitril (corresponding to 0.399 g of sacubitril free acid), 0.41 g of valsartan free acid, and 0.111 g of

---

[8] The molecular weights of valsartan free acid, sacubitril free acid, and NaOH were obtained from PubChem, National Institute of Health, National Library of Medicine. "Valsartan," National Institutes of Health, National Library of Medicine, PubChem, available at https://pubchem.ncbi.nlm.nih.gov/compound/60846 (last visited May 8, 2024); "Sacubitril," National Institutes of Health, National Library of Medicine, PubChem, available at https://pubchem.ncbi.nlm.nih.gov/compound/9811834 (last visited May 8, 2024); "Sodium Hydroxide," National Institutes of Health, National Library of Medicine, PubChem, available at https://pubchem.ncbi.nlm.nih.gov/compound/14798 (last visited May 8, 2024).

NaOH were used. '918 patent at 28:38-54. Like my reproduction of Example 1, the molar

amounts of each component listed in Example 1 of the '918 patent corresponds to a 1:1:3 molar

ratio of anionic valsartan, anionic sacubitril, and sodium cations.

| Starting Material | Molecular Weight (g/mol) | Mass Used to Reproduced Example 1 (g) | Moles | Molar Ratio |
|---|---|---|---|---|
| Valsartan free acid | 435.5 | 0.41 | 0.001 | 1 |
| Sacubitril free acid | 411.5 | 0.399 (0.42 at ~95% purity) | 0.001 | 1 |
| NaOH | 39.997 | 0.111 | 0.003 | 3 |

61.     Moreover, the process of Example 1 of the '918 patent ultimately results in a

"crystalline solid" wherein anionic valsartan, anionic sacubitril, and sodium cations are present

in a 1:1:3 molar ratio. '918 patent at 28:39-67. A POSA would have understood that the same

intermolecular non-covalent interactions among the components of the glassy solid (*i.e.*, anionic

valsartan, anionic sacubitril, and sodium cations) would also be present in the final crystalline

solid recited in Example 1 of the '918 patent. *See* Rodriguez-Spong, *General principles of*

*pharmaceutical solid polymorphism: a supramolecular perspective*, 56 ADVANCED DRUG

DELIVERY REV. 241 at 252 (2004) ("the amorphous state may be considered as a precursor to the

crystalline state"), 257 ("amorphous and crystalline solids share the same intermolecular bonds

and differ mainly in the range of disorder"). Thus, a POSA would have understood the glassy

solid of Example 1 to have the same 1:1:3 molar ratio as the crystalline solid of Example 1.

62.     I used substantially pure (*i.e.*, greater than 90% pure) valsartan free acid,

sacubitril free acid, and NaOH, as well as substantially pure acetone and water, to prepare the

glassy solid of Example 1. *See* Appendix A at 1 (citing AP-NPC-918-000000094 (valsartan free

acid certificate of analysis reporting 99.2% purity); AP-NPC-918-000000092 (sacubitril free acid

certificate of analysis reporting 100% purity); AP-NPC-918-000000091 (NaOH certificate of

34

analysis reporting 98.4% purity); AP-NPC-918-000000090 (acetone certificate of analysis reporting 99.6% purity); AP-NPC-918-000000102 (water certificate of analysis)). In preparing the glassy solid, all the solvent (acetone and water, as well as ethanol from the sacubitril free acid material) was evaporated, leaving behind only the glassy solid. *Id.* at 2. My NMR, Raman and IR data, discussed above, demonstrate that the glassy solid is amorphous TVS and not a physical mixture of amorphous valsartan disodium and amorphous sacubitril sodium. Thus, the glassy solid I made by repeating Example 1 is substantially pure (*i.e.*, greater than 90% pure) amorphous TVS.

63.      Additionally, the process for making the glassy solid in Example 1 describes an acid-base reaction in which one molar equivalent of sacubitril free acid (having one acidic site) and one molar equivalent of valsartan free acid (having two acidic sites) interact with three molar equivalents of sodium hydroxide. In that acid-base reaction, all the sacubitril free acid, valsartan free acid and sodium hydroxide is immediately consumed to form amorphous TVS, leaving behind no sacubitril free acid, valsartan free acid and/or sodium hydroxide to participate in side reactions that could generate any substantial amount (*i.e.*, greater than 10% by weight) of any hypothetical impurity.

Date: May 9, 2024

Aeri Park, Ph.D.

## APPENDIX D

### RAMAN SPECTROSCOPY TESTING

I.     **INTRODUCTION**

Raman spectroscopy is a spectroscopic technique for vibrational analysis which involves the use of a laser (which can vary in wavelength from, *e.g.*, 458 nm to 1064 nm depending on the sample being analyzed) to examine vibrational frequencies found in molecular structures to identify structures or functional groups.  Strommen, *Raman Spectroscopy*, in HANDBOOK OF INSTRUMENTAL TECHNIQUES FOR ANALYTICAL CHEMISTRY 285, 288-90 (Frank Settle ed. 1997) ("Strommen 1997"); Vankeirsbilck, *Applications of Raman Spectroscopy in Pharmaceutical Analysis*, 21 TRENDS IN ANALYTICAL CHEM. 869, 869-71 (2002) ("Vankeirsbilck 2002").  Raman spectroscopy works by examining the scattering of photons from a sample in which vibrational levels have been excited through the use of the laser.  Strommen 1997 at 288-90; Vankeirsbilck 2002 at 869-70.

As disclosed in the '918 patent specification, Raman spectroscopy can be used to distinguish amorphous TVS from a physical mixture of amorphous valsartan disodium and amorphous sacubitril sodium because the Raman spectrum for amorphous TVS will have distinct spectral peaks and shifts compared to a physical mixture.  '918 patent at 17:46-58, 20:43-21:3, 30:46-31:5; *see also* Redenti 1996 at 291.  A POSA would have been familiar with Raman spectroscopy and its use as of the April 2006 priority date of the '918 patent.

II.     **EXPERIMENTAL**

Testing by Raman was carried out on a Nicolet iS50 Raman module that was equipped with a 1064 nm near-infrared laser.  The system was configured with an indium gallium arsenide (InGaAs) detector and a calcium fluoride ($CaF_2$) beamsplitter.  Each sample was placed onto the automated XYZ stage and analyzed using a laser power that was adjusted to optimize the signal

1

intensity while avoiding damage to the sample.  The glassy solid, amorphous valsartan disodium, and amorphous sacubitril sodium samples were placed on gold slides and leveled using a glass slide.  The samples were analyzed at room temperature with 256 signal-averaged scans at a resolution of 2 cm$^{-1}$ with an error range of ± 1.0 cm$^{-1}$ over the spectral range from 3700 cm$^{-1}$ to 100 cm$^{-1}$.

**III.    RESULTS**

    **A.    Glassy Solid**

    The Raman spectrum obtained for the glassy solid sample is shown below.  AP-NPC-918-000000035 (RM3-937.SPA).



# **APPENDIX G**



# Aeri Park, Ph.D.

**Summary.** Leader and manager of pharmaceutical R&D teams. Scientific consultant to pharmaceutical companies and law firms. Areas of experience and expertise include:

- Business planning and building of new technical teams
- New and continuing business development including meetings, presentations, quotes, protocols and general customer interactions
- Management of research and contract service operations
- Development and management of successful collaborations between different business units and technical teams
- Analytical testing of clinical and commercial products including method development/validation and stability studies
- Preformulation and formulation studies including polymorph, salt and cocrystal screen and selection, solid state characterization of API and drug products.
- Crystallization method development
- Patent strategy development
- Group leader training and personnel management
- Expert in NMR analysis

## Education/Certification

**1986; BS**, Pusan National University, Pusan, Korea
**1988; MS**, University of Hawaii, Honolulu, HI
    Professor Richard Moore.
    Thesis title: Chemistry of Cyanophytes belonging to the family Stigonemataceae.
    Research in isolation and chemical structure determination of anticancer compounds from cyanobacteria using spectroscopic techniques.
**1993; Ph.D.**, University of Oklahoma, Norman, OK
    Professor Francis Schmitz
    Dissertation title: Chemical Investigations of a Sponge, a Bryozoan and a Tunicate.
    Total synthesis of anticancer compounds.
    Research in isolation and chemical structure determination of anticancer compounds from marine organisms using spectroscopic techniques.
**1999; Pharmaceutical Solids Short Course,** Professor Stephen Byrn, Purdue University
**2004; Patent Agent, Registration no. 55522,** United States Patent and Trademark Office

## Professional Experience

**Triclinic Labs**
<u>Chief Operating Officer</u>: 2022 - present:
- Business development
- Management of Chemistry, Molecular Modeling and R&D Groups.
- Mentoring scientific staff.
- Development and management of internal processes.

- Providing consulting and fact/expert witnessing services in patent prosecution and infringement cases.

Chief Scientific Officer: 2020 - 2022:
- Business development
- Management of Material Characterization Group.
- Improvement of proposal and quote processes in term of accuracy and efficiency.
- Mentoring scientific staff.
- Providing consulting and fact/expert witnessing services in patent prosecution and infringement cases.

Vice President: 2016- 2020:
- Business development
- Management of Analytical services team and project management
- Management of internal R&D projects
- Development of internal procedures for method validation activities
- Liaison for Novasep (strategic business partnership)
- Providing consulting and fact/expert witnessing services in patent prosecution and infringement cases.

**Almac Group**

Director of US operations: 2009 -2016:
- Built a brand new analytical group. This included business planning, interviewing/hiring staff, selection and purchasing equipment, qualification of equipment and facilities to meet cGMP requirements, business development, quoting, project management, and mentoring and training of staff to meet business goals.
- Business planning including budgeting for capital spending, business expenses and projection of revenues based on potential projects and current markets.
- Monthly and quarterly reporting of status of business and revenue to top management.
- Managed all projects from initial discussions with potential customers, quote preparations, project initiation and management to meeting time lines and customer expectations.
- Business development through customer visits and conference presentations.
- Managed resources of an analytical group providing method development / validation, release testing and stability studies for clinical trial material and commercial products.
- Facilitated and managed collaborations between different business units and departments to improve customer services and increase company revenue.
- Managed and mentored a team of 12 analysts.
- Managed ICH stability suite on site
- Selected and approved vendors and subcontractors.
- Managed relationships with subcontractors.
- Managed and approved all invoices to customers and from subcontractors.
- Screened CVs, interviewed and hired new staff

**SSCI (A Division of Aptuit)**

Principal: 2007 - 2009
- Scientific consultant for solid state chemistry and CMC
- Scientific consultant and expert witness to attorneys representing pharmaceutical companies and law firms involved in patent prosecution and infringement cases.
- Performed laboratory experiments in support of litigations.
- Presented at EPO patent opposition hearing in Munich as an expert.

Research Director: 2001-2007:
- Supervised multiple groups of scientists (about 30-40 scientists) to carry out client projects.
- Managed resources to maximize efficiency.

- Generated new business by visiting new customers both individually and at conferences
- Extensive preparation of quotes.
- Managed projects through regular project updates to clients, meeting timelines and client expectations.
- Managed projects by protocol and report preparations/reviews.
- Recommended new solving problems approaches for clients.
- Delivered oral presentation of results to clients.
- Mentored and trained scientists to become group leaders.
- Interviewed and hired new scientists

Senior Research Investigator: 2000-2001:
- Supervised a group of five scientists to carry out solid state chemistry projects.
- Managed projects through regular project updates to clients, meeting timelines and client expectations.
- Managed projects by protocol and report preparations/reviews.
- Recommended new solving problems approaches for clients.
- Delivered oral presentation of results to clients.
- Performed crystallization, polymorph and salt screens.
- Mentored and trained scientists to become senior level scientists.

Senior Scientist: 1999-2000:
- Managed a team to carry out solid state chemistry projects
- Managed projects by protocol and report preparations/reviews.
- Recommended new solving problems approaches for clients.
- Performed crystallization, polymorph and salt screens.
- Trained new scientists for various instrumentation and laboratory work

Scientist: 1998-1998
- Performed crystallization, polymorph and salt screens
- Performed analyses of samples using XRPD, IR, Raman, DSC, TGA, DVS.
- Trained new scientists for various instrumentation and laboratory work

**Dongbu Research Council (Taejon, South Korea)**
Team Leader: 1996-1998
- Built a new research team including business planning, budgeting, purchasing of all equipment, and hiring scientists.
- Proposed new research projects.
- Managed a drug discovery lab targeting CNS diseases by collaborating with a University clinical team.

**Korea Institute of Science and Technology (Seoul, South Korea)**
Post-doctoral fellow: 1995-1996
- Purification and chemical structure determination of anticancer natural products from plants, including extensive use of NMR.

## Drug Development Experience

- Synthetic chemistry
- Separation and structure determination of natural products
- Expert in Nuclear magnetic resonance spectroscopy
- Crystallization technologies

- Analysis of pharmaceutical solids
- Reverse engineering and infringement analyses
- Patent agent with the United States Patent and Trademark Office
- Formulation and preformulation studies
- Polymorph screen, salt screen, cocrystal screen and selection of appropriate solid forms based on properties, characterization, analyses and stability studies
- Analytical method development and validation, ICH stability studies

## Selected Publications

- Childs SL, Stahly GP, Park A *The Salt-Cocrystal Continuum: The Influence of Crystal Structure on Ionization State* Molecular Pharmaceutics, 2007, 4 (3), 323 -338.
- Park A, Chyall LJ, Dunlap J, Schertz C, Jonaitis D, Stahly BC, Bates S, Shipplett R, Childs S *New Solid-State Chemistry Technologies to Bring Better Drugs to Market: Knowledge Based Decision Making* Expert Opinion on Drug Discovery, 2007, 2(1), 145-154.
- McNamara DP, Childs SL, Giordano J, Iarriccio A, Cassidy J, Shet MS, Mannion R, O'Donnell E, Park, A *Use of a glutaric acid cocrystal to improve oral bioavailability of a low solubility API* Pharm. Res., 2006, 23(8), 1888-1897.
- Ferreira VF, Park A, Schmitz FJ, Valeriote FA *Synthesis of perfragilin A, B and some analogues* Tetrahedron 2003; 59(8) 1349-1357.
- Park A, Kim HJ, Lee JS, Woo ER, Park H, Lee YS *New iridoids from Asperula maximowiczit* J. Nat. Prod. 2002, 65(9), 1363-1366.
- Park A, Schmitz FJ, *Synthesis of Perfragilin B, a cytotoxic isoquinolinequinone isolated from the Bryozoan Membranipora perfragilis* Tetrahedron Letters1993, 34(25) 3983-3984.
- Choi YH, Park A, Schmitz FJ, van Alterna IA, *Perfragilins A and B, Cytotoxic isoquinolinequinones from the Bryozoan Membranipora perfragilis J Nat Prod., 1993, 56(8), 1431-1433.*
- Steele MI, Lorenz D, Hatter K, Park A *Characterization of the mmSAB operon of pseudomonas aeruginosa pao encoding methylmalonate semialdehyde dehydrogenase and 3-hydroxyisobutyrate dehydrogenase* Journal of Biological Chemistry 1992, 267(19) 13585-13592.
- Park A, Moore RE, Patterson GML *Fischerindole L, a new isonitrile from the terrestrial blue-green alga Fischerella muscicola* Tetrahedron Letters 1992, 33(23) 3257-3260.

## Professional Activities

### Honors and Affiliations
Korean National Scholarship 1986-1989
Chung-Soo Scholarship 1983-1985
American Chemical Society 1990-present
American Association of Pharmaceutical Scientists 2006-present

## Invited Talks

Aeri Park "Crystallisation of Pharmaceutical Compounds: The Chemist's Role in Protecting Intellectual Property" 7th Nordic Process Chemistry Forum, Valby, Copenhagen and Elsinore, Denmark, Apr 27, 2016.

Aeri Park "Crystallisation of Pharmaceutical Compounds: The Chemist's Role in Protecting Intellectual Property" Organic Process Research & Development Conference, Phoenix AZ, Mar 8, 2016.

Aeri Park "Crystallisation of Pharmaceutical Compounds: The Chemist's Role in Protecting Intellectual Property" 3rd Winter Process Chemistry Conference, Bath UK, Dec 11, 2015.

Aeri Park "Solid Form vs. Bioavailability", IQPC 5th Annual Polymorphism & Crystallisation 2008, London, UK, March 11, 2008.

Aeri Park "Advanced XRPD technologies in Amorphous Dispersion Development", American Association of Pharmaceutical Scientists Annual meeting & Exposition, in a Symposium "Advances in Analytical Techniques for Preformulation Support in Pharmaceutical R&D"  San Diego, CA,  Nov 14, 2007.

Aeri Park "API property improvement using pharmaceutical cocrystals", Korean American Society in Biotech and Pharmaceuticals 7th Annual Symposium "Current Trends of drug discovery and development "  Rutgers University, NJ,  Oct 20, 2007.

Aeri Park "Cocrystals-Pharmaceutical Applications", Society of Biomedical Research 16th Annual Conference "Current R&D Trends in the Pharmaceutical Industry & Regulatory Challenges"  Washington DC,  Oct 26, 2006.

Aeri Park "Solid state analysis of biopharmaceuticals", bioProcessUK Biopharmaceutical Formulation conference "Formulation Development: Practical and Regulatory Challenges" Cambridge Antibody Technologies, Cambridge, United Kingdome, Sep 14, 2006.

Aeri Park "Cocrystals", ACS ProSpectives Conference "Process Crystallization in the Pharmaceutical & Chemical Industries" Philadelphia PA, Apr 26, 2006.

Bugay, D. E., Smith, P. A., Houghtaling, M. A., Park A. "Investigating Drug Delivery Systems by Spectroscopic Mapping Techniques", Controlled Release Society Annual Meeting, Seoul, Korea, Jul 24, 2002.

## Short Course Lectures

1. EPO Short Course "Introduction to Solid State Chemistry", "Amorphous solids", European Patent and Trademark Office, Munich, Germany Apr 24, 2009.

2. USPTO Short Course "Properties of Pharmaceutical Solids", United States Patent and Trademark Office, Alexandria, VA, Jul 9th-10th, 2008.

3. EPO Short Course "Polymorphs, Hydrates, Form Selection", "Salt Cocrystals", "Solid State Instability – Physical Transformations", European Patent and Trademark Office, The Hague, Holland, Dec 11, 2007.

4. USPTO Short Course "Polymorphs, Hydrates, Form Selection", "Salt Cocrystals", United States Patent and Trademark Office, Alexandria, VA, Jun 25-26, 2007.

5. MerseyBio Solid State Summit "Solid Form Screening Strategies", "Cocrystals", "Amorphous", Liverpool, UK, Dec 6, 2006.

6. Purdue University "Crystallography", "Form Selection", "Scale up and Crystallization Control", West Lafayette, IN, May 16, 19, 2005.

# EXHIBIT 7



**Planet Depos**
We Make It *Happen*™

**\* HIGHLY CONFIDENTIAL \***

# Transcript of Aeri Park, Ph.D.

**Date:** September 4, 2024
**Case:** Entresto (Sacubitril/Valsartan) Patent Litigation, In Re:

**Planet Depos**

**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com

**www.planetdepos.com**

**Michigan #8598 | Nevada #089F | New Mexico #566**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

HIGHLY CONFIDENTIAL
Transcript of Aeri Park, Ph.D.
Conducted on September 4, 2024

1 (1 to 4)

---

**Page 1**

1   UNITED STATES DISTRICT COURT
2   FOR THE DISTRICT OF DELAWARE
3   - - - - - - - - - - - - x
4   IN RE: ENTRESTO        :
5   (SACUBITRIL/VALSARTAN  :
6   PATENT LITIGATION,     :   C.A. No. 20-2930-RGA
7   --------------------   :
8   NOVARTIS               :
9   PHARMACEUTICALS        :
10  CORPORATION,           :   C.A. No. 23-401-RGA
11        Plaintiff,       :
12     v.                  :
13  NANJING NORATECH       :
14  PHARMACEUTICAL CO.     :
15  LTD.,                  :
16        Defendant.       :
17  - - - - - - - - - - - - x
18      Videotaped Deposition of AERI PARK, PH.D.
19            HIGHLY CONFIDENTIAL
20         Wednesday, September 4, 2024
21             8:07 A.M.
22  Job No.: 551933
23  Pages: 1 - 242
24  Reported By: Anita M. Trombetta, RMR, CRR,
25  California CSR No. 14647

---

**Page 2**

1
2
3      Videotaped Deposition of AERI PARK, Ph.D.,
4   conducted remotely, pursuant to notice, before
5   Anita M. Trombetta, a Certified Shorthand Reporter
6   in the State of California, RMR, CRR, and Notary
7   Public in and for the State of New York.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**Page 3**

1   A P P E A R A N C E S
2
3   ON BEHALF OF THE PLAINTIFF AND THE WITNESS:
4       CHRISTOPHER LOH, ESQ.
5       JARED L. STRINGHAM, ESQ.
6       CARRIE S. PARK, ESQ.
7       ERIN K. BELFIELD, ESQ.
8       VENABLE LLP
9       1290 Avenue of the Americas
10      20th Floor
11      New York, New York 10104
12      212.218.2206
13
14  ON BEHALF OF THE DEFENDANT:
15      DON MIZERK, ESQ.
16      HUSCH BLACKWELL LLP
17      120 South Riverside Plaza
18      Suite 2200
19      Chicago, Illinois 60606
20      312.655.1500
21
22
23  (Appearances continued on next page.)
24
25

---

**Page 4**

1   A P P E A R A N C E S   C O N T I N U E D
2
3   ON BEHALF OF THE DEFENDANT MSN PHARMACEUTICALS:
4       ELIZABETH BERNARD, ESQ.
5       DAIGNAULT IYER LLP
6       8229 Boone Boulevard, Suite 450
7       Vienna, VA 22182
8       202.557.8950
9
10  ALSO PRESENT:
11
12  Syed Rizvi, Ph.D.,  Husch Blackwell
13  Merinda Evans, Planet Depos Remote Technician
14  Richard Kurwitz, Planet Depos Videographer
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL
Transcript of Aeri Park, Ph.D.
Conducted on September 4, 2024

8 (29 to 32)

29

1       ATTORNEY LOH:  We disagree.
2       ATTORNEY MIZERK:  You can't disagree with
3  a fact.
4       ATTORNEY LOH:  Not a fact.
5       ATTORNEY MIZERK:  It's called a lie then.
6       ATTORNEY LOH:  We disagree with that
7  characterization.
8       ATTORNEY MIZERK:  If you say something
9  that's not true and you know it's not true, it's a
10 lie.
11      ATTORNEY LOH:  We disagree.
12      ATTORNEY MIZERK:  Okay.  Fine.  Like
13 everything else, you can disagree with things you
14 have no basis to disagree.
15      ATTORNEY LOH:  Noted.
16 BY ATTORNEY MIZERK:
17   Q  Did you conduct any experiments involving
18 sacubitril/valsartan, combinations of sacubitril
19 or valsartan or complexes of sacubitril or
20 valsartan that are not included in Exhibit 1?
21   **A  No.**
22   Q  Did you do any DSC data -- DSC tests
23 regarding sacubitril/valsartan or any combination
24 or complex --
25      (Court reporter clarification.)

30

1    Q  Did you do any DSC experiments regarding
2  sacubitril or valsartan or any combination of
3  sacubitril or valsartan or any attempt to make a
4  complex of sacubitril and valsartan that are not
5  included in Park Exhibit 1?
6    **A  That experiment was not done as part of
7  this report.  It was on a previous defendant's
8  case.**
9    Q  But the -- it was done after you performed
10 the work that was included in Park Exhibit 1,
11 correct?
12     ATTORNEY LOH:  Objection to form.
13   **A  DSC testing was performed for -- on the
14 materials I prepared, but that's not included in
15 the Park Exhibit 1.**
16   Q  But you were aware of this DSC testing of
17 the materials that you prepared for Park Exhibit 1
18 at the time you signed Park Exhibit 1?
19     ATTORNEY LOH:  Objection to form.
20   **A  Well, until you brought up the DSC this
21 morning, I had forgotten that I had done DSC.  So
22 earlier when you asked me if I included
23 everything, I said yes, and then you brought up
24 DSC -- then I remember, yes, we did run DSC that
25 was not included.  So I do not remember if I**

31

1  remembered it back then when I wrote the report.
2    Q  But the DSC test you performed related to
3  your work relating to the '918 patent, correct?
4    **A  Correct.**
5    Q  And before you were hired by Novartis --
6  or Triclinic was hired by Novartis, you weren't
7  even aware of the '918 patent, correct?
8    **A  That is correct.**
9    Q  And so the only work that you've done
10 relating to valsartan and sacubitril in any way
11 was done pursuant to your engagement with
12 Novartis, correct?
13   **A  That is correct.**
14   Q  And when I say "sacubitril and valsartan,"
15 you're including any work relating to complexes or
16 combinations of sacubitril or valsartan or
17 attempts to make same?
18   **A  Yes.**
19   Q  Are there any other tests that you
20 performed that you've forgotten regarding your
21 work on the '918 patent that have not been
22 included in Park Exhibit 1?
23   **A  I do not believe so.**
24   Q  But if there are any, counsel for Novartis
25 would be aware of them, correct?

32

1    **A  I think I produced all the notebook pages,
2  laboratory notebook pages regarding this case, so
3  you probably have all that information as well.**
4    Q  So when you say "this case," does that
5  include all of the cases that you had regarding
6  the '918 patent?
7    **A  Can you repeat that again?**
8    Q  You just said in your last answer, "this
9  case," and I'm just asking whether when you said
10 that, were you referring to all cases regarding
11 the '918 patent?
12   **A  I'm specifically talking about
13 MSN-Noratech case.**
14   Q  All right.  But you did the DSC work on
15 the '918 patent, correct?
16   **A  Yes.**
17   Q  And you did that in other cases, for other
18 cases?
19   **A  Correct.**
20   Q  And do you know -- we'll come back to your
21 lab book later.
22     Let's go back to appendix H.
23   **A  Okay.**
24   Q  The second case you have listed there is
25 CA20-1098CFCJLH.

41

1    Q I'm sure we'll come back to it, but if we
2 can go back to your lab book at example of Park
3 Exhibit 5.
4    A What was the tab number again?
5    Q Tab 13.
6    A Okay.
7    Q So the earliest date in the lab book, your
8 lab book, example Park Exhibit 5 is April 10,
9 2023, correct?
10    A Yes.
11    Q And the latest date in your lab notebook
12 is June 13, 2023, correct?
13    A Yes.
14    Q Did you do any work on any -- did you do
15 any work on anything related to valsartan or
16 sacubitril prior to April 10, 2023?
17    A For prior case, other case, yes.
18    Q And that's not in this lab book?
19    A No.
20    Q And did you do any work on sacubitril and
21 valsartan or sacubitril or valsartan after
22 June 13, 2023?
23    A Yes.
24    Q What did you do?
25    A I tested Noratech MSN products by HPLC.

42

1    Q And where are the lab book pages relating
2 to those experiments?
3    A I do not know.
4    Q In -- and what is HPLC?
5    A High performance liquid chromatography.
6    Q And what is HPLC used to determine?
7    A It's used to perform assays and to test
8 impurities present in any products.
9    Q Did you do any other work relating to
10 sacubitril or valsartan other than the HPLC
11 testing of Noratech and MSN's product since June
12 of 2023?
13    A I don't believe so, no.
14    Q And how difficult is it to do an HPLC
15 test?
16    ATTORNEY LOH:  Objection to form.
17    A I don't know what you mean by "difficult."
18 One has to be -- have an HPLC instrument.  You have to
19 be trained to run the instrument.  You have to buy
20 the appropriate materials, columns, and you need
21 to have a method or develop a method.  So I'm not
22 sure what you mean by "difficult."
23    Q Was is something you feel capable and
24 competent to do?
25    A Yes.

43

1    Q Is it something you say you can easily do?
2    ATTORNEY LOH:  Objection to form.
3    A I'm not sure what you mean by, "easily."
4    Q Well, do you find it to be an easy test
5 for you to perform?
6    A The HPLC testing for MSN Noratech products
7 were performed by analysts in my group.  I did not
8 do it personally.
9    Q Well, if we go back to -- well, when is
10 the last time you personally did an HPLC test?
11    A That was -- what is it September?  In July
12 for another case.
13    Q For another case, other than
14 sacubitril/valsartan?
15    A Correct.
16    Q And when was the last time you did it
17 before July personally?
18    A Personally, I do not remember.
19    Q Can you estimate how many years it was
20 before July that you did -- the last time you did
21 an HPLC test personally?
22    A I cannot remember.
23    Q That was so long ago that you can't
24 remember?
25    A Well, HPLC is a technique that I used

44

1 nearly every day for graduate school and also
2 after I finished, I graduated, I used it nearly
3 every day.  But as a chief operating officer,
4 typically I assign people to run the instrument.
5 So when I personally run it, it's very rare.
6    Q Can you turn to -- back to Tab 13, which
7 is your lab book, Park Exhibit 5.  The title of
8 Page 1 says, "Glassy solid prep."
9    Do you see that?
10    A Yes.
11    Q And the glassy -- the lab notebook pages
12 that relate to the glassy solid prep are just
13 pages 1 through 3, correct?
14    A Yes.
15    Q Now, there is a signature at the bottom of
16 the lab notebook.
17    Do you see that?
18    A Yes.
19    Q Whose signature is that?
20    A Nico Setiawan, Nico is N-I-C-O.  I'm
21 sorry.  Yeah, N-I-C-O, Setiawan, is
22 S-E-T-I-A-W-A-N.
23    Q And who is -- I'll call it, is it a male
24 or female?
25    A Nico is a male.

HIGHLY CONFIDENTIAL
Transcript of Aeri Park, Ph.D.
Conducted on September 4, 2024

12 (45 to 48)

45

1    Q  So I'm going to call him Nico, but what --
2  is the lab tech?
3    A  No.  He's a Ph.D. pharmaceutical scientist
4  and he's a group leader at Triclinic Labs.
5    Q  And when he produced this work that's
6  reflected on pages 1 through 3 of Exhibit 5, were
7  you present in the room when he was doing it?
8    A  No.
9    Q  Were you watching him while he was doing
10 it?
11   A  No.
12   Q  What instructions -- did you give him any
13 instructions about what to do?
14   A  Yes.
15   Q  And what instructions did you give him?
16   A  We sat down, discussed the example one.  I
17 showed him the example one up to the glassy solid.
18 I told him that we need to reproduce that example
19 one to make that glassy solid as described in the
20 example and we discussed how we get the study
21 material, where to buy them, and also I told them
22 that we need to reproduce using the same scale, to
23 try to match the scale as close as possible to the
24 example one, and discussed step by step how we
25 will do it.

46

1    Q  And so -- did you discuss with him the --
2  the method to use to evaporate?
3    A  I told him, let's start with the rotary
4  evaporation because that would be what typically
5  people would do to evaporate solvent.
6    Q  What else did you tell him about
7  evaporating -- the evaporation step or how to
8  perform the evaporation step?
9    A  I told him to keep it at 35 degrees
10 celsius as it says on the patent example.
11   Q  What else did you tell him about how to
12 perform the evaporation study?
13   A  That's all I told him initially.
14   Q  And you said, "initially."
15      What did you tell him subsequently about
16 the evaporation study?
17   A  After she [sic] finished evaporation, he
18 came to me and said, I completed evaporation and
19 it's end of the day and there is some solution
20 still in the flask.  So do you want me to continue
21 evaporation tomorrow or should I try any other
22 way?
23      So I told him let's put it in the open at
24 35 degrees C and see if we can get it dried
25 overnight so we can check it the next day.

47

1    Q  What else -- did you tell him anything
2  else about how to perform the evaporation step?
3    A  And then the next day -- so I'm just
4  looking at the notebook -- he came to me and said,
5  okay, I removed the example from the oven and
6  there is still solution, clear solution in it.  So
7  he said -- we decided, okay, well, let's dry it
8  under nitrogen stream, under 35 degrees C, because
9  that will further evaporate solvents.
10      And so he set it on that and then he went
11 on doing other work.
12      And then next day, that's April 12th -- so
13 I'm looking at the third page -- he came to me and
14 said there is a clear film and -- but when he
15 tried to remove it, material was still soft.  It
16 was like a gel, it gives in under spatula.
17      So we said, okay, let's dry a little
18 further because we came from liquid to gel.  So
19 it's definitely drying.  So we put it in a vacuum
20 oven at 35 degrees for another two hours and then
21 he said -- he thinks the material is dried.  So
22 let's say, okay, let's remove it and then analyze
23 by X-ray.
24      ATTORNEY MIZERK:  We've been at this for
25 about a little over an hour, so why don't we take

48

1  a short break and come back in ten minutes?
2      ATTORNEY LOH:  Sure.
3      THE VIDEOGRAPHER:  We are going off the
4  video record.  The time is 9:16.
5      (Recess.)
6      THE VIDEOGRAPHER:  We are back on the
7  video record.  The time is 9:30.
8      ATTORNEY LOH:  Before we begin the
9  questions again, I just want to clarify something
10 for the record.  So Park Exhibit 1, appendix H,
11 the third case with the number T-2029-22 is a
12 Canadian proceeding, and the name of that
13 proceeding is Bayer Incorporated, et al., versus
14 BGT Pharma ULC.
15      ATTORNEY MIZERK:  Thank you.
16 BY ATTORNEY MIZERK:
17   Q  Welcome back, Dr. Park.  During the break,
18 did you discuss your deposition or anything
19 related to it with counsel?
20   A  No.
21   Q  Let's go back to Park Exhibit 5, which I
22 believe is at Tab 13 in your binder.  I just want
23 to go back through -- go through this then
24 chronologically.  So after you conducted the XRPD
25 analysis on April 12, 2023, your -- Nico, your

49

1  Ph.D. scientist, did that.
2      What was the next experiment that's --
3  that you performed?
4      **A Okay. So Nico prepared the glassy solid,**
5  **finished it on April 12th -- and I'm looking at**
6  **Page 16 -- and that sample was analyzed by X-ray**
7  **diffraction. There is a record of that.**
8      Q Okay. And that's on page -- on page --
9  the Bates number, last two digits 16.
10     **A Yeah.**
11     Q Okay. And that was dated April 12, 2023,
12 correct?
13     **A Correct.**
14     Q And who -- who is the person who performed
15 that work?
16     **A Kylie Flickinger. So I don't know if you**
17 **can tell the spelling based on that.**
18 **F-L-I-C-K-I-N-G-E-R, I believe.**
19     Q And what's Ms. -- or -- is -- who is Kylie
20 Flickinger?
21     **A She is our -- I'm sorry, X-ray analyst.**
22     Q And what is her background?
23     **A Her background. I don't specifically**
24 **remember, but she's been running all of our -- a**
25 **lot of our standard X-ray analysis for many years.**

50

1      Q Is she a Ph.D.?
2      **A No.**
3      Q So then after the April 12th, what was the
4  next experiment that was performed?
5      **A I'm looking at the dates. It's the**
6  **April 28th --**
7      Q Is that page -- the last two digits the
8  Bates numbers 17?
9      **A Yeah.**
10     Q And what was done on April 28th?
11     **A The same sample that was analyzed by X-ray**
12 **looks like was analyzed by -- so this is the**
13 **glassy solid from the example one of the '918**
14 **patent -- IR spectroscopy, and the Raman**
15 **spectroscopy were performed on that day.**
16     Q Okay. So that -- so Page 17 of the lab
17 book is the lab -- is the -- is the Raman
18 experiment of the glassy solid that was prepared
19 by Nico referenced on Page 3 of the lab book? Or
20 Bates numbers, the last two digits 03 of the lab
21 book.
22     **A The same page also describes IR**
23 **spectroscopy.**
24     Q So -- and who performed this -- these
25 experiments?

51

1      **A It's performed by Mindy Gould. It's a**
2  **G-O-U-L-D.**
3      Q And what is Mindy Gould's -- who is Mindy
4  Gould?
5      **A Mindy Gould is another scientist similar**
6  **to Kylie. Mindy has been trained to run and**
7  **routinely run X-ray and IR and Raman spectroscopy**
8  **among other things.**
9      Q And is -- is Ms. Gould a Ph.D.?
10     **A No.**
11     Q So Ms. Gould, what's her title at
12 Triclinic?
13     **A Senior scientist.**
14     Q And she's the person who performed the
15 Raman analysis?
16     **A She performed IR and Raman analysis for**
17 **the glassy solid.**
18     Q And were you present when Ms. Gould did
19 the work described on page Bates number 17 of Park
20 Exhibit 5?
21     **A I was in the same building, but I did not**
22 **stand next to her.**
23     Q You didn't observe her do her work?
24     **A No, I did not.**
25     Q What instructions did you give Ms. Gould

52

1  about what to do, if any?
2      **A I asked her to collect IR and Raman**
3  **spectroscopy and requested specific parameters.**
4  **For IR spectroscopy you can run IR spectroscopy in**
5  **many different ways, so I specifically asked for**
6  **ATR measurement, and then I asked her to run the**
7  **Triclinic Labs standard parameters, which is**
8  **listed in that notebook, 256 scans at two**
9  **wavenumber resolution. And the spectral range is**
10 **our standard range.**
11     Q But you just told her to use your standard
12 range? You didn't tell her to use these specific
13 ranges?
14     **A No. I told her to use a standard range,**
15 **which is what's listed in the notebook.**
16     Q And so the only special instruction you
17 gave her was to do ATR with the IR?
18     **A Right, but then telling her to use a**
19 **standard range is also instruction because she**
20 **could use other parameters.**
21     Q I just want to understand exactly what --
22 you told her to use parameters, but to do
23 ATR?
24     **A Correct.**
25     Q And what about -- did you tell -- how did

HIGHLY CONFIDENTIAL
Transcript of Aeri Park, Ph.D.
Conducted on September 4, 2024

15 (57 to 60)

57

1  holder because we have to pack completely.  So
2  that's why a frosted glass slide is used to level
3  the powder, and when you lift the glass slide,
4  sometimes some material will stick to that frosted
5  side.  So she's simply writing that observation.
6  And it was like a postage stamp.  You will not get
7  a flat surface.
8      Q  Now, what did Kylie do with the sample of
9  the glassy solid material after she -- did she use
10 the entire sample to do the XRD?
11     A  No.
12     Q  So what happened to the other material
13 that she didn't use for the XRD?
14     A  She returned it back to the vacuum
15 desiccator.
16     Q  Where does it say that on the lab book?
17     A  Yeah, she did not record that.  But I
18 asked her -- I instructed everybody to return to
19 the vacuum -- original location.
20     Q  Did anybody else -- like sometimes I see
21 lab notebooks where somebody else reviews the
22 lab -- the lab notebooks.
23         Did anybody else review Ms. Flickinger's
24 lab notebooks before it was finalized?
25     A  She entered -- she made an entry, and I

58

1  reviewed the notebook, but I forgot to ask her to
2  document that she returned it back to the
3  desiccator.
4      Q  Then she said the analyzed material was
5  placed into a post XRPD file.
6          What's that?
7      A  So my instruction was once the subsample
8  from the original sample, to do any testing, I
9  asked them not to put it back into the original
10 vial, but save it separately and label it as a
11 post something.  So she labeled the vial as a post
12 XRPD, and then saved the material after analyzing
13 the X-ray powder diffraction.
14     Q  And why do you keep the sample in a vacuum
15 desiccator?
16     A  Just to keep it dry.
17     Q  Now, on the 28th then, so on Page 17 then,
18 after Ms. Flickinger finished her XRD analysis.
19 Then the sample was picked up by Ms. Gould,
20 correct, on the 28th?
21     A  Yes.
22     Q  That was a little more than two weeks
23 later, 16 days later; is that correct?
24     A  Yes.
25     Q  And -- so then Ms. Gould then took the

59

1  sample, opened it up again, right?
2      A  Yes.
3      Q  And then she took some of the material
4  from the vial and she used that material for IR
5  testing, correct?
6      A  Yes.
7      Q  And then she took another amount of
8  material at some point and made -- did Raman
9  testing, correct?
10     A  Yes.
11     Q  And now is there any -- and then she
12 indicated the post-Raman material was saved in
13 1376-6-1 --
14     A  Yes.
15     Q  -- is that correct?
16     A  Yeah.
17     Q  What's 1376-6-1?
18     A  She labeled a vial to that number.  That's
19 how one can indicate what -- where the sample is.
20 So she gave actual sample numbering system to the
21 post-Raman material.
22     Q  And then did -- what did Ms. Gould do with
23 the rest of the -- we'll call it glassy solid
24 material -- after she finished her Raman test?
25     A  She returned it back into vacuum

60

1  desiccator.
2      Q  How do you know that?
3      A  Because I instructed her to do so, and the
4  samples were -- later when I looked at it, samples
5  were still in the vacuum desiccator.
6      Q  And -- all right, let's go to the next --
7  what happened next, what work did you do next?
8      A  So let me see.
9      Q  It looks like it's on Page 4, is that
10 May 1?
11     A  Yeah, so on Page 4, Nico took sacubitril
12 sodium.  We commercially purchased, and I had
13 asked him to make the sample, sacubitril sodium
14 amorphous.
15     Q  Okay.  So let's stop for a moment there.
16         On May 1 -- the test discussed on page --
17 on May 1 is -- is not on the glassy solid?
18     A  No.
19     Q  All right.  So let's go back then now to
20 Page 16, Bates number 16 on 4/12/23, correct?
21     A  Yes.
22     Q  That's Page 5 of book 1376, correct?
23     A  Yeah.
24     Q  And then the next page is Page 17, that's
25 Page 7 of 1376?

HIGHLY CONFIDENTIAL
Transcript of Aeri Park, Ph.D.
Conducted on September 4, 2024

18 (69 to 72)

69

1    A Yes.
2    Q And what's -- and this is where she
3 performed a DSC on the sacubitril sodium
4 amorphous?
5    A Yes.
6    Q And she indicated at the end of her report
7 that it was -- the bulk ten -- 1376-10-3 returned
8 to vacuum desiccator at 10:18 A.M."
9    A Yeah.
10   Q Is that correct?
11   A Yeah.
12   Q And then if we go to the next page, which
13 is Bates number 08, and that's Page 14 of book
14 1376, correct?
15   A Yeah.
16   Q This is -- this work was done on May 17,
17 2023, correct?
18   A Yes.
19   Q And what work was done here? Is this the
20 Raman for the sacubitril sodium amorphous?
21   A Yes.
22   Q So this test was done about nine days
23 after the last test, correct?
24   A Yes.
25   Q And it was done more than two weeks after

70

1 the sacubitril sodium was synthesized, correct,
2 the amorphous material?
3    A Yes.
4    Q So they didn't do an XRD on the sacubitril
5 sodium on May 17 to confirm it was still
6 amorphous, correct?
7    A Repeat that again?
8    Q They didn't do another XRD of the sample
9 on -- of the -- of the reported amorphous
10 sacubitril sodium on May 17 or around May 17 to
11 confirm it was still amorphous, correct?
12   A That's correct.
13   Q So on the page on -- on Page 08, there is
14 a note on -- relating to 7/17/23 at the top of the
15 page.
16    Do you see that?
17   A Yeah.
18   Q What is that?
19   A When I was reviewing this notebook page on
20 July 17, so the AP is my initial, that she had
21 incorrectly documented a sample number in the
22 notebook because if we don't have 1376-10-1, we
23 have 1376-10-3. So I made that correction.
24   Q Well, but there is a sample stated
25 1376-10-1, correct?

71

1    A So if you go back to the notebook page,
2 1376-10-1 is sample created just to check
3 solubility in acetone, where Nico weighed out
4 5.5 milligrams of sacubitril sodium. And he's
5 adding acetone in aliquots. So he added 50
6 microliter twice. You can see volume of solvent
7 added 50 microliters here. You have two marks.
8 So he added twice. And obviously it didn't
9 dissolve, so he added 100 microliters four times.
10 At the end he says, "Still cloudy."
11    So he confirmed solubility by calculating
12 5.5 milligrams divided by total of 0.5 millimeters
13 because he added 100 microliters four times, 50
14 microliters two times. That makes 500
15 microliters, which is the same as 0.5 milliliters.
16 So after adding 0.5 milliliters of acetone to
17 5.5 milligrams of the sacubitril sodium, if you
18 divide that, the weight divided by the volume of
19 the solvent, the total solubility comes to less
20 than 11 milligrams per mil.
21    So then he made a new sample 10-2. He
22 weighed out 5.2 milligrams of sacubitril sodium.
23 Now he changed the solvent to methanol, and he
24 added 50 microliters once and he made a clear
25 solution. So then he calculated same way, the

72

1 solubility, 5.2 milligrams divided by
2 0.05 milliliters, so greater than 104 milligrams
3 per mil.
4    So when you look at the sample prep,
5 1376-10-3, he's trying -- rotavap attempt. He
6 dissolved --
7    (Reporter clarification.)
8    A Rotavap attempt. So R-O-T-A-V-A-P
9 attempt. He weighed out the specific amount of
10 the sacubitril sodium and he dissolved in methanol
11 and santicate (phonetic) until fully dissolved.
12 Then he filtered it and then he rota evaporated.
13    So the first and second sample were
14 testing for solubility. So we do not keep those
15 samples, only the third sample 10.3 is the correct
16 sample. Therefore, 10-1 doesn't exist. So I made
17 that correction in her absence because she was not
18 available on that date when I reviewed that
19 notebook page. On -- on Page 08.
20   Q Going back to Page 10 of the lab notebook,
21 where you were just referencing, this clearly
22 though was not dried at 35 degrees C, correct?
23   A No.
24   Q And there was no nitrogen stream used,
25 correct?

HIGHLY CONFIDENTIAL

Transcript of Aeri Park, Ph.D.
Conducted on September 4, 2024

20 (77 to 80)

---

77

1    Q  And then if we turn to Page 22 of the lab
2  notebook, which is the 013, this is Page 22.  So
3  we're missing Page 21, right?
4    **A  Yeah, I don't see Page 21.**
5    Q  And then on -- let's go back to Page 012.
6  Ms. Gould noted at the end of her entry that both
7  samples were placed in a vacuum desiccator,
8  correct?
9    **A  Yes.**
10    Q  Now, if we go to page -- lab book Page 22,
11  what's being recorded on Page 22, which is 013
12  Bates number.
13    **A  That's Carbon-13 solid state NMR**
14  **spectroscopy.**
15    Q  Why was Carbon-13 solid state NMR
16  performed?
17    **A  Did you ask why?**
18    Q  Yes.
19    **A  I was asked by the counsel to perform**
20  **Carbon-13 solid-state NMR spectroscopy analysis.**
21    Q  On what samples?
22    **A  There are three samples listed there.  So**
23  **the first sample is 1376-2-1.  That is the glassy**
24  **solid from following example one.  The second**
25  **sample is 1376-10-3.  That is the amorphous**

---

78

1  **sacubitril sodium prepared by Nico.  The third**
2  **sample, and the final sample is 1376-16-1.  That**
3  **is the amorphous valsartan disodium prepared by**
4  **Nico.**
5    Q  So if I understand you correctly, you did
6  not initiate or -- the only reason you performed
7  the test -- strike that.
8      The only reason you performed the test
9  reported on Page 22 here on June 9, 2023, was
10  because counsel asked you to perform it?
11    ATTORNEY LOH:  Objection to form.
12    **A  The counsel asked me to perform the**
13  **solid-state NMR analysis of all three samples,**
14  **yes.**
15    Q  And why?
16    ATTORNEY LOH:  I'm going to instruct,
17  Counsel, not to answer that question on the
18  grounds of attorney work product.
19    **A  I was not given a reason.**
20    ATTORNEY MIZERK:  First, you instructed
21  the witness not to answer.
22    ATTORNEY LOH:  That's correct.
23    ATTORNEY MIZERK:  She answered.
24    THE WITNESS:  Sorry.
25    ATTORNEY MIZERK:  I mean, that's fine

---

79

1  because the instruction was improper, but we have
2  the answer on the record.  I just wanted to make
3  the record clear that that's what occurred.  And
4  if you need to do anything, Chris, you can do it
5  now.
6    ATTORNEY LOH:  I'll let that answer go,
7  but I'll caution the witness not to reveal the
8  substance of any other attorney work product
9  communications.
10    ATTORNEY MIZERK:  There are no attorney
11  work product communications, Chris.  You've waived
12  them all by producing Dr. Park as a witness.
13    ATTORNEY LOH:  We disagree.  We have the
14  protective order too, attorney communications with
15  experts as protected under the protective order.
16      I'll just state for the record again, that
17  attorney-expert communications are protected under
18  the protective order.  They're also protected
19  under Federal Rule of Civil Procedure 26.
20    ATTORNEY MIZERK:  No, they are not.  You
21  are so wrong.  You need to go back and read
22  your -- read you rules of civil procedure work.
23  BY ATTORNEY MIZERK:
24    Q  I'm going to keep asking you questions and
25  you need to answer them unless you're instructed

---

80

1  not to answer them by your -- your attorney.
2      Let's turn to Page 23 of the lab notebook,
3  which is at Page 0 -- or wait -- strike that.
4      Let's go back, on 013, which is Page 22 of
5  the lab notebook there is a notation, a signature
6  at the bottom of the page.  Whose signature is
7  that?
8    **A  It's a Byungsu, it's B-Y-U-N-G-S-U, that's**
9  **first name, last name Kwon, K-W-O-N.**
10    Q  And who is this person?
11    **A  He is the director of our NMR services.**
12    Q  Is he a Ph.D.?
13    **A  Yes.**
14    Q  Now, if you turn to the next page, 23,
15  excuse me, which is -- the last three digits are
16  014 of the Bates number at the bottom, this work
17  was performed on June 12, 2023, correct?
18    **A  Yes.**
19    Q  And who did the work performed on Page 3?
20    **A  Kevin Leach, L-E-A-C-H.**
21    Q  And who is Kevin Leach?
22    **A  He's our senior scientist.**
23    Q  Is he a Ph.D.?
24    **A  No.**
25    Q  And what tests are reported on Page 23?

---

97

1    Q  And the material that you have in
2  exhibit -- that you tested for -- with NMR that we
3  just talked about, does it have water in it?
4        ATTORNEY LOH:  Objection to form.
5    A  I did not test.
6    Q  So you don't know?
7        ATTORNEY LOH:  Objection to form.
8    A  All I know is it's amorphous material.
9    Q  All you know -- or you knew there was
10  amorphous material from the XRD that you took --
11  right after the material was made, right?
12    A  Correct.
13    Q  You don't know that the -- that NMR
14  doesn't tell you it's amorphous material, right?
15        ATTORNEY LOH:  Object to form.
16    A  Yes, it does.
17    Q  How does it tell you it's amorphous
18  material?  What is it about the NMR that tells you
19  the material is amorphous?
20    A  I'll explain it to you.
21    Q  No.  Answer my question this time.  It can
22  tell you that it's different, but it can't tell
23  you it's amorphous.
24        ATTORNEY LOH:  Is there a question
25  pending?

98

1    A  The solid states carbon 13 NMR reflects if
2  the material is a crystalline state or amorphous
3  state.
4    Q  How?
5    A  And the best way you do that is obviously
6  if you have crystalline counterpart and then
7  compared to amorphous.  That is one of the ways.
8        (Multiple speakers.)
9    Q  But Dr. Park, you don't have a counterpart
10  to this data on column 13?
11        ATTORNEY LOH:  Objection to form, lack of
12  foundation.
13    Q  I'm sorry, column 31.  You don't have a
14  counterpart to this data, right, because it's a
15  different substance?
16    A  I disagree.
17        ATTORNEY LOH:  Object to form.  Lack of
18  foundation.
19    Q  You know there is water in the
20  reference -- the NMR reference on column 31,
21  right?
22    A  Yes.
23    Q  But you don't know if there is any water
24  in your amorphous glassy solid, right?
25        ATTORNEY LOH:  Objection to form.

99

1    A  Yes.
2    Q  So that's not a counterpart?
3        ATTORNEY LOH:  Objection to form.
4    A  The carbon 13 NMR detects carbon nuclei in
5  the molecule.  Now when you have crystalline
6  material, as you can see from the patent, the peak
7  listing.  So I -- it switched over the page again.
8  Let me go back to that column, 31.  It
9  specifically lists 179.0, 177.9, 177.0, 176.7.
10        So in 176 -- 170 area, there are one, two,
11  three, four carbonyl peaks specifically listed in
12  addition to 162.0.  So when you have crystalline
13  material on carbon 13 NMR, because they are
14  crystalline, the peaks are typically very well
15  resolved, giving you specific peaks.
16        Now, if you go to my report and then go to
17  the amorphous glassy solid appendix -- I'm on
18  Page 3 of appendix A -- of appendix C, sorry,
19  appendix C of the first report on the binder, I
20  have a broad peak at 176, and then another peak at
21  162.  I don't have the resolution of one, two,
22  three, four peaks clearly resolved in the
23  crystalline peaks.  So I can't go through every
24  single one of them, but I can tell you this is how
25  solid state chemists know if you have amorphous

100

1  material or crystalline material because the
2  crystalline materials are better resolved in the
3  solid-state NMR, and solid-state NMR, specifically
4  Carbon-13 solid-state NMR, will detect carbon of
5  the molecules.
6        Water has no carbon; we're not detecting
7  water.  We are detecting carbon of the molecules.
8  You can tell -- and that's why solid state carbon
9  13 NMR is used a lot in terms of detecting
10  crystalline and amorphous materials.
11    Q  Again, I'm -- where in your report is any
12  of this information?
13    A  I state in the report that this is
14  amorphous TVS.
15    Q  Well, you told me earlier that your report
16  included your opinions and the bases therefore.
17        Where is this bases in this report?
18    A  I specifically state it --
19    Q  Let me ask you a question.  Where in your
20  report do you compare the NMR data that you talk
21  about in appendix C to anything in the '918
22  patent?
23    A  Appendix C to the '918 patent.  I do not
24  think I have that.  However, in the paragraph 38
25  of my first report, I clearly state that Carbon-13

HIGHLY CONFIDENTIAL
Transcript of Aeri Park, Ph.D.
Conducted on September 4, 2024

29 (113 to 116)

---

113

1  admin work.
2     Q  So when you were research director then,
3  you weren't directly supervising people working in
4  the labs, were you?
5     A  I didn't have to directly supervise.  I
6  supervised their supervisors.
7     Q  And then when you became principal in 2007
8  to 2009, how did your job responsibilities change?
9     A  I was doing more of litigation support
10  during that time.  So during my principal years, I
11  would say more than half of my work involved
12  litigation support.  Prior to that it was small
13  percentage.
14     So I was actually doing lab work myself to
15  reproduce prior art or examples from patents and
16  providing data to the patent attorneys.
17     Q  So you would say when you were a principal
18  at SSCI, a majority of your time was spent as a --
19  as a litigation or patent consultant?
20     A  Well, about -- more -- at least I had more
21  than half at the time.
22     Q  More than half?
23     A  Yes.
24     Q  What percentage -- like what percentage
25  would you estimate was your work for supporting

114

1  litigation or patent work?
2     A  When?
3     Q  When you were principal.
4     A  Like I said, probably a little more than
5  half of my time was supporting -- spent on
6  supporting litigation work.
7     Q  So then about 60 percent?
8     A  I don't know.  Probably a little more than
9  half, but I do remember spending more than half of
10  my time, at least, to do that.  But I also spent
11  time consulting with -- for companies for solid
12  state issues and CMC issues.  So that was about
13  roughly half of my other duties.
14     Q  Do you know Dr. Richard McCreery?
15     A  Yes.
16     Q  How do you know Dr. McCreery?
17     A  I know -- you're talking about the expert
18  on the defendants' side?
19     Q  Yes.
20     A  I have seen his book.
21     Q  And when did you see his book?
22     A  During this litigation.
23     Q  Were you aware of any of Dr. McCreery's
24  work before this litigation?
25     A  No.

115

1     Q  Do you consider Dr. McCreery an expert in
2  Raman?
3     ATTORNEY LOH:  Object to form.
4     A  That's not my place to say.
5     Q  Well, I mean, is he somebody that you ever
6  cited an article he wrote?
7     A  Repeat that again?
8     Q  Have you ever cited an article that he
9  wrote?
10     A  Did I ever cite his article?
11     Q  Yes.
12     A  Is that what your question is?
13     Q  Yes.
14     A  I do not remember.
15     Q  Have you ever written an article where you
16  referenced Raman testing?
17     A  I believe I have, yes.
18     Q  Which article is that?
19     A  This is based on my memory, but I believe
20  either first or second publication on my
21  publication that might be listing Raman, but I
22  cannot be 100 percent sure.
23     Q  Either the Childs or the A Park
24  presentations?
25     A  Yeah, yeah, I'll have to look at the paper

116

1  again to see if Raman is listed.
2     Q  Any others?
3     A  I don't believe so.
4     Q  So in all of your publications you only
5  cited two Raman testing, twice, at most?
6     A  I don't know if I cited specifically.  I'm
7  just saying that I might have cited Raman on those
8  two publications.
9     Q  But might be zero?
10     A  It could be.
11     ATTORNEY LOH:  Object to form.
12     Q  Do you consider yourself an expert in
13  Raman spectroscopy?
14     A  Define expert.
15     Q  I'm just asking whether you consider
16  yourself an expert in Raman spectroscopy?
17     A  I used Raman spectroscopy to identify
18  solid forms for the past 25 years.  So I consider
19  I am very familiar with the technique.
20     Q  How much of your -- how much of your time
21  in -- percentage of your time over the years have
22  you spent working with Raman?
23     A  Almost every solid-state project, we will
24  analyze material by X-ray, IR, Raman spectroscopy.
25  So it's very common to look at Raman spectroscopy

HIGHLY CONFIDENTIAL
Transcript of Aeri Park, Ph.D.
Conducted on September 4, 2024

30 (117 to 120)

---

**117**

1  to analyze different solid forms. So I would say
2  I used it continuously in my career since 1996 --
3  I'm sorry, 1998.
4      Q  Let's talk about your time at the -- well,
5  let me ask you this question: Do you think
6  Dr. McCreery knows more about Raman than you?
7      ATTORNEY LOH: Objection to form.
8      A  In terms of what?
9      Q  Just in terms of spending -- experience
10 with Raman and familiarity with it?
11     A  I don't think I can comment on this since
12 I don't know his familiarity.
13     Q  What did you think of his book?
14     ATTORNEY LOH: Objection to form.
15     A  What do you mean what did I think of his
16 book?
17     Q  Well, did you look at his book on Raman?
18     A  Yes.
19     Q  Have you ever written a book on Raman?
20     A  No.
21     Q  Do you know whether Dr. McCreery's book on
22 Raman is used in training people how to do Raman?
23     ATTORNEY LOH: Objection to form.
24     A  I don't know.
25     Q  So do you have an opinion about whether

---

**118**

1  Dr. McCreery knows more about Raman than you do?
2      ATTORNEY LOH: Objection to form.
3      A  Again, I can't comment in a general
4  question like that.
5      Q  Did you look at his book?
6      A  Yes.
7      Q  Did you read any of it?
8      A  I cited some of his passages in my report,
9  expert report, so yes, I did some of it.
10     Q  Do you think it's a good publication, a
11 reliable publication?
12     ATTORNEY LOH: Objection to form.
13     A  I can't say.
14     Q  You cited it. Why would you cite it if it
15 wasn't a reliable publication?
16     A  I didn't read every single passage of the
17 book. So I cannot tell you in terms of
18 reliability.
19     Q  Now, let's talk about your experience at
20 the Almac Group, correct? You left SSCI to join
21 Almac, right?
22     A  Yes.
23     Q  Now, the Almac Group -- and you were
24 director of U.S. operations, correct?
25     A  Yes.

---

**119**

1      Q  And in the Almac Group does not have a
2  solid state capability, correct?
3      ATTORNEY LOH: Objection to form.
4      A  Almac Group has a solid state capability.
5      Q  How?
6      A  They have X-ray powder diffraction, they
7  have IR Raman, and they have a DSC/TGA, and they
8  have a group of scientists who are performing
9  solid-state work.
10     Q  What about between 2009 and 2016? Did
11 they have a -- did Almac Group have a solid-state
12 chemistry capability?
13     A  Yes, yes.
14     Q  And was that in the United States or in
15 the UK?
16     A  The UK.
17     Q  And you were not in the UK, were you?
18     A  I spent 1.5 years in the UK with the solid
19 state team.
20     Q  Otherwise you were in the United States,
21 correct?
22     A  Correct.
23     Q  And during the time that you were at the
24 group, there was no solid-state capability in the
25 United States, correct?

---

**120**

1      A  We did have some small solid-state
2  capability.
3      Q  Did you have a Raman?
4      A  No, we had IR spectroscopy.
5      Q  Did you have XRD?
6      A  No.
7      Q  Did you have DSC?
8      A  We did have a DSC, yes.
9      Q  Did you have a -- an NMR?
10     A  No.
11     Q  Did you have an HPLC?
12     A  Yes.
13     Q  HPLC is not solid state, though, correct?
14     A  Yes.
15     Q  I just want to make sure. You're agreeing
16 with me that HPLC is not solid state, correct?
17     A  Yes, you have to dissolve the material to
18 analyze. So you're not analyzing the material in
19 the solid state, and therefore, it's not a
20 solid-state technique.
21     Q  Now, in -- when you were at the Almac
22 Group, did you do any litigation consulting?
23     A  Yes.
24     Q  And what percentage of your time at the
25 Almac Group was litigation consulting?

HIGHLY CONFIDENTIAL
Transcript of Aeri Park, Ph.D.
Conducted on September 4, 2024

31 (121 to 124)

121

1    A  It was a very small percentage.
2    Q  And what percentage of your time at the
3  Almac Group when you were director of U.S.
4  operations was administrative versus actually
5  working on scientific questions?
6        ATTORNEY LOH:  Objection to form.
7    A  I don't remember.
8    Q  Can you estimate the time?  It certainly
9  wasn't -- you didn't spend all of your time doing
10 scientific work when you were at the Almac Group,
11 correct?
12       ATTORNEY LOH:  Objection to form.
13   A  I did some administrative work, yes.
14   Q  Do you know how much -- percentage of your
15 time was administrative and management versus
16 technical in nature?
17   A  I don't remember.
18   Q  And obviously when you were at the Almac
19 Group, you didn't have a Raman capability in the
20 U.S., correct?
21   A  Correct.
22   Q  Did you do any Raman work while you were
23 at the Almac Group?
24   A  Yes.
25   Q  How so?

122

1    A  We outsourced it locally into other
2  companies that has Raman capabilities.
3    Q  So you weren't doing it?
4    A  No.
5    Q  Let's talk about your time at Triclinic.
6  You joined them in 2022; is that correct?
7    A  No.
8    Q  You left Almac in 2016, correct?
9    A  Yes.
10   Q  And you joined Triclinic Labs, correct?
11   A  I joined Triclinic Labs shortly after I
12 left Almac Group.
13   Q  And you became their vice president, your
14 first position?
15   A  Yes.
16   Q  And how big was Triclinic?
17   A  About 50 people.
18   Q  And that was when you joined them in 2016?
19   A  Oh, no.  It is 50 people now.
20   Q  And how big was it in 2016?
21   A  30, maybe, somewhere between 25, 30.
22   Q  So after you were there for about four
23 years you became chief scientific officer,
24 correct?
25   A  Yes.

123

1    Q  What percentage of your time -- when you
2  were the chief scientific officer, were you doing
3  litigation consulting?
4    A  I was.
5    Q  What percentage of your time as chief
6  scientific officer was litigation consulting?
7    A  A small percentage.
8    Q  When you were vice president, how much of
9  your time was litigation consulting?
10   A  Also it was a small percentage.
11   Q  And now you're the chief operating officer
12 of Triclinic?
13   A  Yes.
14   Q  Is that -- is that the highest position at
15 Triclinic or is there somebody else above you who
16 you reported to?
17   A  There is somebody else.
18   Q  Who -- to whom do you report?
19   A  The CEO.
20   Q  And who is the CEO?
21   A  Mr. Shawn Comella, C-O-M-E-L-L-A.
22   Q  And what percentage of your time as chief
23 operating officer is spent as a litigation
24 consultant?
25   A  A small percentage.

124

1    Q  Will you define small percentage, please.
2    A  Well, if you look at my appendix, I think
3  H, it lists past four years of written testimony
4  if I were deposed or testified at trial.  And only
5  three cases.
6    Q  So -- ever since 19 -- since 1998, you've
7  been working in a -- basically a -- private firms
8  that do some kind of scientific testing; is that
9  correct?
10   A  Yes.
11   Q  And these are for-profit operations,
12 correct?
13       ATTORNEY LOH:  Objection to form.
14   A  Almac Group is -- it's a foundation and
15 it's a nonprofit.
16   Q  SSCI is a for-profit company, correct?
17   A  Yes.
18   Q  And Triclinic is a for-profit lab,
19 correct?
20   A  Yes.
21   Q  And the work that you do at Triclinic or
22 Almac or SSCI, it's not peer-reviewed typically,
23 correct?
24   A  Could you repeat that last part?
25   Q  It's not peer-reviewed.

HIGHLY CONFIDENTIAL
Transcript of Aeri Park, Ph.D.
Conducted on September 4, 2024

32 (125 to 128)

---

125

1      ATTORNEY LOH:  Objection to form.
2      **A  What do you mean by peer-reviewed?**
3      Q  It's not reviewed independently.  It's not
4  public, right?
5      **A  So majority of our work, or I should say**
6  **all of our work, is performed for pharmaceutical**
7  **companies who have issues in solid state and they**
8  **come to either SSCI or Triclinic Labs or Almac to**
9  **solve their issues, and that's all under**
10  **confidentiality agreement.  Obviously, we are not**
11  **allowed to publish any of that data, and it's only**
12  **reviewed by -- internally for scientific**
13  **integrity, and it's reviewed by the client when we**
14  **provide them the final report.  But there is no**
15  **public review.**
16      ATTORNEY MIZERK:  This is probably a good
17  place for us to take a break and have a lunch
18  break.  How much time do you all need for a lunch
19  break?
20      ATTORNEY LOH:  What's good with you?
21      ATTORNEY MIZERK:  Want to do 45 minutes?
22      ATTORNEY LOH:  Sounds good.  Let's take
23  that.
24      ATTORNEY MIZERK:  Let's go off the record,
25  and I guess it's 12:54 Eastern Time, and we'll be

---

126

1  back at about -- in 40 or 45 minutes.
2      THE VIDEOGRAPHER:  We are going off the
3  video record.  The time is 11:55.
4      (Luncheon recess.)
5      THE VIDEOGRAPHER:  We are back on the
6  record.  The time is 12:48.
7  BY ATTORNEY MIZERK:
8      Q  Good afternoon, Dr. Park.  I hope you had
9  a good lunch.
10      Did you speak with anyone about your
11  deposition during the break?
12      **A  No.**
13      Q  All right.  I'd like to go back to
14  exhibit -- or appendix G to Park Exhibit 1.  I'd
15  like to go to the section on professional
16  activities.
17      Do you see that?
18      **A  Yes.**
19      Q  It lists honors and affiliations.  It
20  seems that you have -- received a Korean national
21  scholarship in -- is it 1986 to 1989; is that what
22  it was?
23      **A  Yes.**
24      Q  And the Chungsu scholarship from '83 to
25  '85; is that correct?

---

127

1      **A  Yes.**
2      Q  Okay.  Did you receive any other honors?
3      **A  No.**
4      Q  And you're a member of the American
5  Chemical Society, correct?
6      **A  Yeah.**
7      Q  And that's a paid organization where
8  anybody who pays the membership fee can be a
9  member, correct?
10      ATTORNEY LOH:  Objection to form.
11      **A  I'm not sure what their requirement for**
12  **joining is.  Actually, I do not know that.**
13      Q  Well, I'm a member and I get in by paying
14  my fee.
15      So you don't know how you attained any
16  kind of membership in the American Chemical
17  Society?
18      **A  It says I've been a member since 1999.  So**
19  **I don't remember.**
20      Q  Do you renew it every year, do you know?
21      **A  Yeah.**
22      Q  And then the American Association of
23  Pharmaceutical Scientists, that's also a -- a paid
24  membership; isn't that correct?
25      **A  Yes.**

---

128

1      Q  And you have a section in there on invited
2  talks; is that correct?
3      **A  Yes.**
4      Q  Do any of your invited talks involve
5  Raman?
6      **A  I believe that 2002 spectroscopy mapping**
7  **techniques involved Raman.**
8      Q  And what other spectroscopic mapping
9  techniques might that invited talk involve?
10      **A  All I can say is I believe this Raman**
11  **mapping technique was involved in that talk.  I**
12  **don't know what others will be in it.**
13      Q  Now, you're listed as the fourth person on
14  that invited talk.  You did that with Dr. Bugay,
15  Dr. Smith, and Dr. Houghtaling; is that correct?
16      **A  Yeah.**
17      Q  All four of you gave this presentation
18  together?
19      **A  No, I gave it by myself.**
20      Q  Why are there four -- three other names on
21  the presentation?
22      **A  Because Smith and Houghtaling actually**
23  **performed the laboratory testing.**
24      Q  Okay.  And what about Dr. Bugay?
25      **A  I believe Dr. Bugay is the person who**

---

153

1 "purity," it has many different meanings. That's
2 why I asked you to define what the purity means.
3 Now, if I say to someone, I determined the purity,
4 the next question is, what is the percentage?
5    Q  Correct.  What's the percentage purity of
6 any of the materials that you tested here?
7    A  When I -- when I analyzed by C-13 NMR, I
8 did not see any detectable amount of impurity in
9 the C-13 NMR.
10    Q  What -- but you didn't do any of the work
11 either that you would have to do in order to use
12 C-13 solid-state NMR to determine impurities --
13 the presence of impurities in a sample, right?
14    ATTORNEY LOH:  Object to the form.  Lack
15 of foundation.
16    Q  That's a yes-or-no question, Dr. Park.
17 You didn't do --
18    A  I disagree.
19    Q  What work did you do?
20    A  I --
21    Q  What work did you do to determine what a
22 pure sample would look like using NMR?
23    ATTORNEY LOH:  Objection to form.
24    A  I analyzed amorphous sacubitril sodium by
25 C-13 solid-state NMR as a pure material.  I also

154

1 analyzed amorphous sacubitril -- valsartan
2 disodium by solid-state NMR.  And then I also
3 analyzed the glassy solid from example one.
4    And since I had two study material pure
5 substances, and by comparing them to the glassy
6 solid, and since I had solid-state NMR Carbon-13
7 data for each one of them, I can compare,
8 determine there is no detectable impurities.
9    Q  Well, let's go back to your appendix C in
10 your report.  Do you have it in front of you?
11    A  Yeah.  Yeah.
12    Q  At the end of the -- on Page 5, the
13 overview, you have a section called overlays,
14 correct?
15    A  Yes.
16    Q  And in this case, you didn't -- why did
17 you not combine the amorphous sacubitril sodium
18 and the amorphous valsartan disodium to make a
19 composite spectrum?
20    A  Which figure are you looking at?
21    Q  On page 5.
22    A  Page 5, oh, of the appendix C.
23    Q  Yes.
24    A  Okay.
25    Q  So what is it about this comparison here

155

1 that -- well, first of all, you never -- you never
2 combined the spectra of amorphous sacubitril and
3 the amorphous valsartan disodium, correct?
4    A  I did mathematically mix the two spectra
5 together to show the mixture solid-state NMR
6 spectrum.
7    Q  Okay.  Let's go to Page 16 of your report.
8 I think that's where it is.
9    A  16?
10    Q  Yes.
11    A  Are we still on the first report?
12    Q  Yes.
13    A  Okay.
14    Q  Page 15 it starts.
15    A  Okay.
16    Q  This is the combined overlay of the
17 physical mixture and the glassy solid, correct?
18    A  Yes.
19    Q  And there are differences between the two;
20 are there not?
21    A  Correct.
22    Q  So what is it about these differences that
23 tells you that the glassy solid is somehow pure?
24    A  So Carbon-13 NMR detects Carbon-13 of the
25 molecule.  So it only detects the carbon nuclei in

156

1 the molecule.
2    Now, by looking at the spectrum, you can
3 see X axis has the numbers on them.  On the left
4 hand it has 190; right hand it has 10 and the
5 units are PPM.  That's parts per million.
6    Now, NMR spectroscopies can tell by
7 looking at the spectrum what kind of molecule you
8 have.  So here you can see immediately, without
9 even looking at the chemical structure, this
10 compound contains carbonyl signals because you
11 have peaks between 160 and 180.  It has also
12 aromatic carbons because it has peaks between 120
13 and 140, and then it has multiple other aliphatic
14 carbons between 10 and 70 PPM.
15    Now, we also know -- I already know
16 chemical structure of valsartan disodium and
17 chemical structure of sacubitril sodium, and I
18 have compared each one of them.
19    Now, there were suggestions of sacubitril,
20 for example, degrading into another molecule.  I
21 see no evidence here because if that happened, the
22 methyl peak at 15PPM would shrink because you are
23 losing a methyl signal, and that did not happen,
24 for example.
25    And the aromatic signals remained very

HIGHLY CONFIDENTIAL
Transcript of Aeri Park, Ph.D.
Conducted on September 4, 2024

40 (157 to 160)

157

1 similar, that means overall the compound is intact
2 and there is no changes happening, no degradation
3 happening, and no other evidence of degradation
4 was ever given to me by anyone else and I did not
5 see any evidence of that here.
6     What I saw was a shift and new peaks
7 appearing that's due to formation of a complex in
8 an amorphous state.
9     Q I'm sorry, are you finished?
10     A Yeah.
11     Q Could we agree that there are differences
12 in these two spectra?
13     A Yes.
14     Q Can we agree that you do not know whether
15 one spectra has water in it and the other spectra
16 does not?
17     A I did not measure water.
18     Q So we don't know -- so that could be a
19 difference between these two samples?
20     ATTORNEY LOH: Objection to form. Lack of
21 foundation.
22     A So in terms of water, all three samples
23 were dried in my laboratory, and they were stored
24 in a vacuum oven. And all of the samples when
25 they were analyzed, they were analyzed in a GMP

158

1 laboratory in a controlled temperature and
2 humidity environment. So they were all dried
3 similar way and they were all stored and analyzed
4 under similar conditions.
5     So I do not believe there is any
6 difference in water. And as I mentioned --
7     Q Wait. Can I stop you? I'm sorry, didn't
8 you just tell me that the -- strike that.
9     Is there a test that you could conduct
10 that determines whether all the water has been
11 removed from a sample even after something has
12 been dry?
13     A Yes.
14     ATTORNEY LOH: Objection to form.
15     Q What is that test?
16     A One of the tests is a Karl Fischer.
17     Q Now, did you do a Karl Fischer test on the
18 glassy solid?
19     A I did not.
20     Q Did the -- and why not? Is it because the
21 lawyers never asked you to do that?
22     ATTORNEY LOH: Objection to form. Lack of
23 foundation.
24     A I didn't have to.
25     Q If the lawyers asked you to perform a Karl

159

1 Fischer test, would you have done it?
2     A Probably.
3     Q And with the glassy solid -- I think you
4 already talked about this -- you never performed
5 an HPLC on the glassy solid, correct?
6     A I did not.
7     Q Okay. And the lawyers never asked you to
8 perform an HPLC on the glassy solid, correct?
9     A I did not.
10     Q I'm sorry. That was my question. Did the
11 lawyers ask you to perform -- wasn't -- did the
12 lawyers ask you to perform an HPLC test on the
13 glassy solid?
14     ATTORNEY LOH: Objection to form. I'm
15 going to instruct the witness not to answer that.
16     ATTORNEY MIZERK: On what basis?
17     ATTORNEY LOH: Attorney work product,
18 protective order.
19     Q If the lawyers had asked you to conduct an
20 HPLC test on the glassy solid, would you have done
21 so?
22     A I probably would have, yes.
23     Q Let's turn to Page 34 of your report, and
24 on Page 62, you say, "I used" -- and by -- when
25 you say "I use," you mean that your lab, the Ph.D.

160

1 student or -- I'm sorry -- the employee who
2 prepared -- strike that.
3     In paragraph 62, you say, "I used
4 substantially pure valsartan free acid."
5     Do you see that?
6     A Yes.
7     Q When you say "I used," who do you mean?
8     A Well, I had instructed for -- to Nico to
9 order the valsartan free acid and sacubitril free
10 acid and NAOH and all the solvents needed. And he
11 ordered those under my instruction. So he was the
12 one who was placing the order and used them.
13     Q And by "substantially pure" with respect
14 to the valsartan free acid, you said greater than
15 90 percent pure, correct?
16     A Yes.
17     Q And sacubitril free acid, what -- did
18 substantially pure also -- the greater than
19 90 percent also reference the sacubitril free
20 acid?
21     A Yes, so it actually explains on
22 paragraph 62 on the following sentence, it
23 says, "See appendix A." It shows valsartan free
24 acid is 99.2 percent pure; sacubitril free acid,
25 100 percent pure; NAOH, 98.4 percent pure;

HIGHLY CONFIDENTIAL
Transcript of Aeri Park, Ph.D.
Conducted on September 4, 2024

42 (165 to 168)

---

165

1    A  Yeah, I can't remember.
2    Q  But do you recall referring to Park
3  Exhibit 9 in your initial expert report,
4  Exhibit 1?
5    A  In my initial expert report?  I don't
6  remember.  I know -- I do remember referring to it
7  at some point, but I don't know which report it
8  is.
9    Q  Well, let's turn to page -- I guess it's
10  hard to figure out the page.  It's Page 135 of the
11  lab notebook, and it bears the last four digits of
12  the Bates number is 7309.
13    A  Yeah, I am there.
14    Q  Okay.  Now, do you see at the top of the
15  page from -- it's dated January 27, 2006.
16    Do you see that?
17    A  Yes.
18    Q  And the first line of it
19  says, "Preparation of" -- can't read it.
20  Something -- "NA co-crystallization."
21    Do you see that?
22    A  Yes.
23    Q  And then Step 1 is .02 grams AHU 3773
24  acid.
25    Do you see that?

---

166

1    A  No, it said 0.42 gram.
2    Q  0.42.  Okay.  So do you know what that
3  refers to?
4    A  I believe AHU 3773 acid is sacubitril free
5  acid.
6    Q  Okay.  And does the amount, 0.42, track
7  the same amount you used to make the glassy solid?
8    A  I have to check how much I used.
9    Q  Do you want to look at Page 1 of
10  Exhibit 5, I think that could help you.
11    A  Exhibit 5.
12    Q  This Tab 13.
13    A  Oh, 13.  Okay.
14    So I used 0.399 gram of sacubitril free
15  acid because -- yeah, that's shown on that Page 2
16  on the notebook.
17    Q  Well, here in your lab book it says, "Mass
18  of sacubitril needed, 0.42 grams."
19    A  Yeah, it's multiplied by 0.95.
20    Q  And why is that?
21    A  I was following example one.  And which
22  one was patent again?  Oh, I found it.
23    Q  Eight, Tab 8, Park Exhibit 6.
24    A  Right.  So in the '918 patent, column 28
25  under example one, it says, "0.42-gram of

---

167

1  sacubitril free acid," and it says "95 percent
2  purity."  So with 0.42 grams at 95 percent purity,
3  if you multiply, it comes to 0.399 grams.  So
4  sacubitril I used is 100 percent pure.  I'm
5  calculating based on the patent example one, how
6  much is needed.
7    Q  So you didn't follow example one?
8    ATTORNEY LOH:  Objection to form.
9    A  I did.
10    Q  Example one used 95 percent pure
11  sacubitril?
12    A  You're right.  Example one used 95 percent
13  pure sacubitril but --
14    (Multiple speakers.)
15    Q  Let's start this again.  Example one from
16  the patent, the '918 patent, uses .42 grams of
17  sacubitril, and it indicates 95 percent purity,
18  correct?
19    A  Correct.
20    Q  So -- but when you -- when you tried to
21  follow example one, you use 99 percent pure
22  sacubitril?
23    A  No.
24    Q  So you reduced the amount by -- by
25  5 percent?

---

168

1    ATTORNEY LOH:  Objection to form.
2    A  Okay.  I did not use 99 percent.  I used
3  100 percent pure sacubitril free acid, and you
4  have to account for the purity in terms of
5  weighing out the study material to make equimolar
6  reaction.
7    Q  But that's different than what they did in
8  example one?
9    ATTORNEY LOH:  Objection to form.
10    Q  They proved example one.
11    A  I disagree.
12    Q  Well, example one used 95 percent
13  sacubitril, correct?
14    A  Yes.
15    Q  And you did not?
16    A  I used the same molar amount by
17  calculating, accounting for the difference in
18  purity.
19    Q  But the reaction that was done in example
20  one included the impurities, correct?
21    ATTORNEY LOH:  Objection to form.
22    A  I don't know what the impurities were, but
23  it says 95 percent purity.
24    Q  Well, there was 5 percent of something
25  else that was in example one that you did not

---

HIGHLY CONFIDENTIAL
Transcript of Aeri Park, Ph.D.
Conducted on September 4, 2024

43 (169 to 172)

---

169

1 include in your effort to replicate example one?
2       ATTORNEY LOH:  Objection to form.
3    **A  In chemistry, if you are replicating**
4 **another example, it is a routine to account for**
5 **the differences in the purity.  So because example**
6 **one is a 95 percent purity and they use 0.42 grams**
7 **I had to calculate, account for, and adjust for**
8 **different purity in my study material.**
9       **So, in fact, organic chemistry when you**
10 **are accounting for actual reaction, the important**
11 **thing is you are mixing the molar equivalent,**
12 **molar ratio, which is what exactly I did.**
13       ATTORNEY MIZERK:  This is probably --
14 we've been at this for an hour.  Let's take a
15 break and pick this up when we get back, a
16 ten-minute break.
17       THE VIDEOGRAPHER:  We are going off the
18 video record.  The time is 1400.
19       (Recess.)
20       THE VIDEOGRAPHER:  We are back on the
21 video record.  The time is 1414.
22 BY ATTORNEY MIZERK:
23    Q  All right.  Dr. Park, I want to pick up,
24 let's make this -- simplify this a little bit --
25 pick up where we left off.

---

170

1       You were comparing what you did at your
2 lab to example 31 -- or to example one in column
3 31 of the '918 patent.  I want to continue that.
4 Okay?
5    **A  Okay.**
6    Q  So -- so you just stated that while the
7 patent used 42 grams of sacubitril, you used
8 .399 grams because you used a hundred percent pure
9 sacubitril free acid and the example one used
10 95 percent pure material; is that correct?
11    **A  I think you said 42 grams.  It's**
12 **0.42 grams.**
13    Q  Point 42.  I'm sorry.  Is that --
14 0.42 grams, right?
15    **A  Right.**
16    Q  And that was what's in example one?
17    **A  Yes, example one uses 0.42 grams of**
18 **95 percent pure material, and since I had**
19 **100 percent pure material, I had to calculate**
20 **equivalent amount of sacubitril, which the**
21 **calculation came to 0.399 grams.**
22    Q  Okay.  And then for the -- did you have to
23 make any other adjustments between example one and
24 your experiment to account for anything similar?
25       ATTORNEY LOH:  Objection to form.

---

171

1    **A  I don't think so.**
2    Q  So the valsartan was pure?
3    **A  There is no information on valsartan**
4 **purity in the example one, and the valsartan I**
5 **used were, I believe -- I think we saw that**
6 **earlier -- about 99-some percent pure.  I'm**
7 **looking for that purity of valsartan free acid I**
8 **used for the experiment, 99.2 percent pure.**
9    Q  And you're getting that from what
10 document?
11    **A  Oh -- what was that?  It's a first report,**
12 **and let me find it, very first report that's**
13 **May 9, 2024, paragraph 62.**
14    Q  Okay.  And if you turn to Tab 19, is
15 Tab 19 the certificate of analysis that you're
16 referring to for the valsartan?
17    **A  Yes.**
18       ATTORNEY MIZERK:  So let's mark that as
19 Park Exhibit 10.
20       THE EXHIBIT TECHNICIAN:  Exhibit 10.
21       (Park Exhibit 10, Valsartan Certificate of
22 Analysis, marked for identification.)
23    Q  So the valsartan is 99.2 percent pure on
24 an as-is basis and 99.6 percent pure on an hydrous
25 basis; is that correct?

---

172

1    **A  Yeah.**
2    Q  And you don't know whether or not that is
3 the same purity of the valsartan that was used in
4 example one?
5    **A  I do not, but as I explained earlier,**
6 **organic chemists will know that when you're doing**
7 **acid-based reaction, you mix equimolar amount.  So**
8 **we used equimolar amount, and since that amount**
9 **matches equimolar amount, that's what we used.**
10    Q  Well, it's not completely equal because
11 it's off by about a percent, right?
12       ATTORNEY LOH:  Objection to form.
13    **A  I don't understand what you mean.**
14    Q  You didn't adjust the 99.2 percent to be
15 100 percent?
16       ATTORNEY LOH:  Objection to form.
17 Foundation.
18    **A  Are you talking about purity?**
19    Q  Yes.  So you have equal molar amounts?
20    **A  No.  I'm talking about molar amount, not**
21 **purity.  Purity and molar are totally different**
22 **things.**
23    Q  Well, how much -- I just don't understand
24 you -- because you're using -- I'm having trouble
25 following your math because -- you said they used

---

177

1  ending with 001.
2      Q  Okay.
3      A  So which one do you want me to know.
4      Q  Just Page 2 of your book, do you know
5  where Page 1 is?
6      A  I do not.
7      Q  Okay.  Now where on Page 2 of your lab
8  notebook does it reference the amount of
9  sacubitril that you used in your experiment?
10     A  Okay.  So if you look at the line 4, can
11 you see line 4?
12     Q  Yes.
13     A  Transferred 3.99 milliliter of -- excuse
14 me -- TCL 19678, TCL 19678 is sacubitril.  We only
15 looked at the certificate of analysis as 100
16 percent.  That was purchased in a solution one
17 gram per ten-milliliter concentration solution.
18     So if you look at line 6 and 7, the
19 analysis shows the calculation.
20     Q  Yes.
21     A  The amount of sacubitril free acid we need
22 is 0.42 multiplied by the purity.  So we need --
23 since we have a hundred percent pure material, we
24 need 0.399 grams.
25     So then he calculated how much of volume

178

1  of the solution, which is a TCL 19678, that we
2  need.  So he calculated it because it's a one gram
3  per ten milliliter.  He calculated if we take the
4  3.99 milliliters, we'll be getting 0.399 grams.
5      Q  All right.  Example one did not use the --
6  (audio interruption).
7      So example one of the '918 patent did not
8  use an ethanol solution of sacubitril, correct?
9      ATTORNEY LOH:  Objection to form.
10     A  Example one teaches to combine the
11 sacubitril with the valsartan and sodium
12 hydroxide.  And we found sacubitril free acid
13 that's commercially available, but it was sold in
14 a solution.  So we purchased it in solution and
15 weighed out exact amount by measuring the volume
16 as 3.99 milliliter.  And then if you read 11 --
17 line 11, we evaporated.  So it says on line 4,
18 "Transferred 3.99 milliliters of TCL 19678 into an
19 RB flask placed on the rotavap at RT."  Water bath
20 was not used to remove ethanol because the
21 solution was in ethanol.
22     Q  Can I stop you for a moment?  I'm sorry.
23     In the patent it says, "41 -- "0.41 grams
24 of valsartan free acid were placed in the
25 40 milliliters of acetone," correct?

179

1      A  Yeah.
2      Q  Now, as -- how would a person of skill
3  understand the form of that valsartan?  Would that
4  be a solid or a liquid?
5      ATTORNEY LOH:  Objection to form.
6      Q  I'm sorry.  Sacubitril -- I'm sorry -- no,
7  of valsartan.
8      ATTORNEY LOH:  Objection to form.
9      A  We use a solid valsartan to make the --
10 follow example one.  We also use the solid
11 sacubitril to follow the example one because if
12 you let me finish, we rota evaporated to remove
13 the solvent ethanol, and then we dried it further
14 under nitrogen stream.  Then a thin film was
15 generated.  So that was a solid of sacubitril.
16     Then we mixed that with 403.0 milligram of
17 valsartan.  That's TCL 19668.  So I'm on Line 12
18 of the notebook.  And then we added 40 milliliters
19 of acetone into the round-bottom flask.
20     Q  I'm going to stop you again.  I'm just
21 trying to find out pieces of this and you're
22 reading -- you keep reading the example to me.
23     The sacubitril that's referenced in
24 Exhibit 1, it says, "0.42 grams of sacubitril was
25 dissolved," correct?

180

1      A  Yeah.
2      Q  So when they did example one, they had
3  solid sacubitril that weighed .42 grams, correct?
4      A  Yes.
5      Q  And then they -- and then they dissolved
6  the .42 grams of sacubitril that was only
7  95 percent pure and .41 grams of valsartan in
8  40 milliliters of acetone, correct?
9      A  Yeah.
10     Q  So the sacubitril was in solid form and
11 the valsartan was in solid form, and acetone was
12 the solid, correct?
13     A  Yeah.
14     Q  And so 5 percent of something else was
15 also dissolved in the 40 milliliters of acetone,
16 correct?
17     ATTORNEY LOH:  Objection to form.
18     Q  In example one?
19     ATTORNEY LOH:  Objection to form.
20     A  What is the something else?
21     Q  I'm just saying, we don't know what the
22 something else was, but clearly something else
23 went into the -- the 40 milliliters of acetone,
24 correct?
25     ATTORNEY LOH:  Objection to form.

HIGHLY CONFIDENTIAL
Transcript of Aeri Park, Ph.D.
Conducted on September 4, 2024

50 (197 to 200)

197

1    A  At what time point are you talking about?
2    Q  In December of 2023.
3        ATTORNEY LOH:  And just so the record is
4  clear, the trial which Dr. Park is referring to
5  occurred in February of 2024.
6    A  I'm sorry.  I got confused.
7  February 2024, not December 2023.
8    Q  When was the trial?
9    A  February 2024.  My mistake.  I thought it
10  was December.  December was not the trial.
11    Q  And do you know -- when you wrote your
12  expert report in that case, did you know that
13  there was an enablement challenge, and that your
14  example one was going to be used to defend against
15  the lack of enablement allegation?
16    A  I don't know if I knew that.  I cannot
17  remember.
18    Q  Were you ever asked to make a reference
19  sample for amorphous sacubitril-valsartan complex?
20        ATTORNEY LOH:  Objection to form.
21    A  What do you mean by, "reference sample"?
22    Q  Well, you know what reference samples are
23  from your -- from your work, don't you?  A
24  reference standard.  Do you know what a reference
25  standard is?

198

1    A  Yes, I do.
2    Q  Were you ever asked to make a reference
3  standard of amorphous LCZ696?
4        ATTORNEY LOH:  Objection to form.
5    A  All of the work I performed involved in
6  this case is already reported in my report, so
7  anything outside of that, I don't have anything
8  else that's -- any other work that's performed.
9        Now I made reference amorphous sacubitril
10  sodium.  That's my reference material for
11  comparison.  I also made reference amorphous
12  valsartan disodium.  That's my reference material,
13  and the test material is the glassy solid I
14  prepared according to example one.
15    Q  Again, you're -- you're -- your lack of
16  willingness to answer my question is quite
17  impressive, but I still would like my question
18  answered, Dr. Park.
19        My question is:  Did anyone ever ask you
20  directly to make a reference standard for
21  amorphous LCZ686 -- 696, I'm sorry.
22        ATTORNEY LOH:  Objection to form.
23    A  What do you mean by amorphous LCZ696?  Are
24  you talking about the glassy solid in example one?
25    Q  I'm talking about a reference standard.

199

1        Do you know what a reference standard is,
2  Dr. Park?
3    A  Yes.
4    Q  What is a reference standard?
5    A  Reference standard material is material
6  that's used to test other materials to compare to.
7    Q  And how is a reference standard usually
8  created?
9        ATTORNEY LOH:  Objection to form.
10    A  Usually created?
11    Q  Yes.
12    A  It would depend on what type of reference
13  material you are making.
14    Q  In the pharmaceutical -- for a
15  pharmaceutical compound, how would you typically
16  expect a reference standard to be created?
17        ATTORNEY LOH:  Objection to form.
18    A  So if you're talking about reference
19  standard in pharmaceutical field, there is an
20  entity called USP, that's a United States
21  Pharmacopeia.  They sell reference standard that
22  we can use because it has been identified and
23  purity has been tested.  So we will buy reference
24  standard from the USP or Sigma-Aldrich that also
25  says USP reference standards or various many other

200

1  companies that also sell reference standards.
2        ATTORNEY MIZERK:  Okay.  Can we turn to
3  Tab 61.  Let's mark that as Park Exhibit 12.
4        (Park Exhibit 12, Document Titled:  USP
5  Reference Standard Development From Cradle to
6  Catalog, marked for identification.)
7    Q  The document is titled:  "USP Reference
8  Standard Development From Cradle to Catalog."
9    A  Yeah, I am there.
10    Q  Have you seen this document before?
11    A  Have I seen this document before; is that
12  what your question is?
13    Q  Yes.
14    A  I don't remember.
15    Q  But you're familiar with USP, correct?
16    A  Yes.
17    Q  What is USP?
18    A  United States Pharmacopeia.
19    Q  And what is USP -- well, what is United
20  States Pharmacopeia?
21    A  USP is an organization that sets standards
22  and standard methods.  So they publish monographs
23  for different products in terms of test methods.
24  They also provide reference standards for all
25  pharmaceutical companies to use, and they provide

HIGHLY CONFIDENTIAL

Transcript of Aeri Park, Ph.D.
Conducted on September 4, 2024

---

201

1  the guidelines of different quality systems, as
2  well as validation of methods, etc.
3      USP standards are used typically in terms
4  of GMP testing, that's a good manufacturing
5  practices under FDA guidance.
6      Q  And you didn't try to determine whether or
7  not your replication of example one would comply
8  with any standard for creating a reference
9  standard, did you?
10     ATTORNEY LOH:  Objection to form.
11     A  I did not have to.
12     Q  My question is, did you?  I would really
13 appreciate you answer my question.
14     Did you do anything to determine whether
15 or not how you prepared example one complied with
16 any outside criteria for the creation of a
17 reference standard?
18     ATTORNEY LOH:  Objection to form.
19     A  Let me look at this USP standard document
20 to see if anything that complies.
21     Q  Well, my -- so my question for you is:
22 Have you to date, I'm not asking you to do work
23 now.  I'm asking you when you were preparing your
24 report or doing work on example one, did you do
25 anything to determine whether or not what you did

---

202

1  would qualify as a reference standard for
2  anything, under any criteria anywhere?
3      ATTORNEY LOH:  Objection to form.
4      Q  I think your answer is that, no, you
5  didn't because you didn't look at anything?
6      ATTORNEY LOH:  Objection to form.
7  Mischaracterizes testimony.
8      A  Are you talking about any compound?
9      Q  Any criteria for the creation of a
10 reference standard.
11     A  Well, any compound --
12     Q  Did --
13     A  -- compound in my entire career.
14     Q  Did you cite anything in your report
15 identifying any set of standards for use in
16 creating a reference standard?
17     ATTORNEY LOH:  Objection to form.
18     A  I don't understand why I have to create
19 reference standards.
20     Q  Can you answer my question, ma'am.
21     ATTORNEY LOH:  Objection to form.
22     A  But since I don't understand why I have to
23 create a reference standard --
24     Q  I am asking you whether or not you ever
25 compared what you did to any objective criteria

---

203

1  for what would be acceptable for creating a
2  reference standard?
3      ATTORNEY LOH:  Objection to form.
4      Q  The answer to the question is, no, you
5  didn't because you didn't identify anything in
6  your report that would qualify as that, correct?
7      ATTORNEY LOH:  Object to the form.
8  Mischaracterizes testimony.
9      A  I don't even know how to answer that
10 question.  I'm looking at this --
11     Q  You are trying to figure out a way to
12 avoid answering it?  It's a yes-or-no question,
13 ma'am.  This is getting really tiresome that
14 your -- your lack of willingness to answer my
15 questions.
16     ATTORNEY LOH:  Objection.
17     Q  And I think at some point we're just going
18 to have to bring it up with the judge about your
19 lack of cooperation with these questions.
20     ATTORNEY LOH:  Objection to form.
21     Q  Anywhere in your report did you cite to
22 any standard for creating a reference standard?
23     ATTORNEY LOH:  Objection to form.
24     A  Let me answer it this way.  I'm looking at
25 the --

---

204

1      Q  It's a yes or no.  Point me to in your
2  report where you identify any criteria that would
3  be used to set and create a reference standard?
4      ATTORNEY LOH:  Objection.  Form.
5      Q  Where in your report -- I don't want any
6  more speeches from you.  I want you to point me to
7  in your where in your report it is?
8      ATTORNEY LOH:  Objection to form.
9  Mischaracterizes testimony.
10     A  Since I do not understand your question
11 completely what you mean by that, I don't think I
12 can answer that question.  I try to answer it to
13 you, but you didn't want to hear it, so.
14     Q  I'm asking you, is there anything -- you
15 know what a reference standard is, correct?
16     A  Absolutely, yes.
17     Q  And Exhibit 12 is a USP's document that
18 talks about reference standard development from
19 cradle to catalog, right?
20     A  Correct.
21     Q  So you know there are processes that are
22 out there for the creation of reference standards,
23 right?
24     A  Yes.
25     Q  Okay.  And did you refer to any process

---

205

1  for the creation of reference standard in
2  connection with your work of replicating example
3  one?
4        ATTORNEY LOH:  Objection to form.
5     Q  And if so, where is it?
6        ATTORNEY LOH:  Objection to form.
7     A  Yeah, I don't understand what you are
8  asking.
9     Q  Did you refer in your report to any
10 criteria that would be used to create a reference
11 standard?
12    A  I was not making reference standard.
13 Example one specifically describes how to make
14 glassy solid, and I purchased materials that had
15 specific known purity and to make that specific
16 glassy solid.
17       Now, even though I was not making
18 reference standard, I analyzed material by four
19 different techniques to identify what it is, and
20 some of the techniques are also listed in this
21 document you just pointed out to me.  For example,
22 FTIR, I performed that.  That's a spectroscopy
23 analysis to confirm identity.  NMR, I performed
24 that.
25       So I did perform plenty of testing.  Now,

206

1  Raman is not listed here, but I also performed
2  Raman spectroscopy as well.  So plenty of
3  spectroscopy techniques would characterize what
4  glassy solid I prepared.
5     Q  Did you perform an HCL test?
6     A  No.
7     Q  Did you perform a TLC test?
8     A  No.
9     Q  Did you perform a GC test?
10    A  No.
11    Q  Did you perform any test to assess the
12 purity?
13       ATTORNEY LOH:  Objection to form.
14    A  I didn't have to.
15    Q  So that's a no?
16    A  Correct.
17    Q  Now, does example one of the -- of the
18 patent provide you with any objective way to
19 determine whether or not your glassy solid is the
20 same as the glassy solid that was obtained in
21 example one?
22       ATTORNEY LOH:  Objection to form.
23    A  What do you mean by "objective"?
24    Q  Well, did they do any characterization
25 that you're aware of the glassy solid that would

207

1  confirm that what you prepared was the same thing
2  as what was prepared by the inventors of -- or by
3  the people who performed the work that's
4  represented by example one of the '918 patent?
5        ATTORNEY LOH:  Objection to form.
6     A  So the instructions that I found in
7  example one is on the second paragraph or the
8  bottom paragraph of column 28.  It describes
9  characterization of various methods.  It talks
10 about XRPD, IR, Raman spectroscopy.  Also, later
11 it gives an example of solid-state NMR.  And then
12 it specifically describes there will be
13 spectral -- significant spectral peaks for the
14 complex observed in this spectroscopy technique,
15 which is not present in the physical mixture.  So
16 that teaches me to look for difference in spectral
17 features.
18       And so that is a teaching telling the POSA
19 how to determine if amorphous complex is made.
20    Q  A wonderful nonanswer of my question.  And
21 I hope you've completed it.
22       But I would like to go -- you listed a few
23 techniques, XRPD, IR.  What were the other
24 techniques that you listed?
25    A  In that final column, final paragraph in

208

1  column 28, also describes an Raman spectroscopy.
2  It says -- yes.
3     Q  I just want the -- if you could possibly
4  just follow -- answer my question, what tests are
5  you referring to exactly?  I want a list of tests,
6  XRPD, IR, Raman spectroscopy.  What else?
7     A  And the solid state carbon 13 NMR
8  spectroscopy is listed in column 31.
9     Q  What other tests?
10    A  It also shows DSC tests.
11    Q  What else, if anything?  I'm just trying
12 to get a list of tests that you think would be
13 appropriate.
14    A  I think I mentioned all the appropriate
15 tests.
16    Q  So did you have an XRPD of the glassy
17 solid?
18    A  I made a glassy solid and obtained XRPD
19 pattern.
20    Q  Did you have an XRPD of the glassy solid
21 that actually was prepared and is -- is described
22 in example one?
23       ATTORNEY LOH:  Objection to form.  Asked
24 and answered.
25    A  Already told you that I prepared it.  It's

HIGHLY CONFIDENTIAL
Transcript of Aeri Park, Ph.D.
Conducted on September 4, 2024

60 (237 to 240)

237

1 gram you consider a trace, then I can tell you if
2 it falls within.
3    Q  Okay.  Dr. Park, we're really going to
4 have to go to the Court because you're really
5 refusing to answer a simple question.
6        Does the '918 patent specification
7 disclose or describe a trace amount of amorphous
8 TVS?
9        ATTORNEY LOH:  Objection to form.  Outside
10 the scope of the reports.
11    A  I have not considered that, so I don't
12 know what I -- how I can answer it.
13    Q  So sitting here today, you cannot point to
14 any discussion or disclosure in the '918 patent
15 that discusses or discloses a trace amount of
16 amorphous TVS, correct?
17        ATTORNEY LOH:  Object to form.  Outside
18 the scope of the reports.
19    A  As I replied to you a minute ago, I have
20 not considered it, so I don't know if I can answer
21 that question.
22    Q  So sitting here today, you wouldn't know
23 how you could make a trace amount of amorphous
24 TVS, reading the '918 patent specification,
25 correct?

238

1        ATTORNEY LOH:  Objection to form.  Outside
2 the scope of the reports.  Lack of foundation.
3    A  Well, if you tell me how much you consider
4 is a trace amount, then I can explain it to you,
5 but other than that, I have nothing further to
6 add.  I have not really considered it.
7        ATTORNEY BERNARD:  I have no further
8 questions.
9        ATTORNEY LOH:  Why don't you give us five
10 minutes to see if we have any redirect.
11        THE VIDEOGRAPHER:  We are going off the
12 video record.  The time is 1622.
13        (Recess.)
14        THE VIDEOGRAPHER:  We are back on the
15 video record.  The time is 1627.
16 EXAMINATION BY
17 ATTORNEY LOH:
18    Q  Dr. Park, earlier today Mr. Mizerk asked
19 you where you compare the Carbon-13 solid-state
20 NMR data or crystalline TSVH with that for
21 amorphous TVS.
22        Do you recall that?
23    A  Yes.
24    Q  Can you please turn to Park Deposition
25 Exhibit 1, it's your May 9, 2024, opening report

239

1 for Noratech in this case?
2    A  Yeah.
3    Q  Will you please turn to Paragraph 57.
4    A  Yeah.
5    Q  Did you indicate in this paragraph of your
6 opening report that the Carbon-13 solid-state NMR
7 data for the glassy solid is not identical to that
8 in the crystalline TSVH?
9        (Court reporter clarification.)
10    Q  Did you indicate in Paragraph 57 of your
11 opening report that the Carbon-13 solid-state NMR
12 data for the glassy solid is not identical to that
13 as the crystalline TSVH?
14        ATTORNEY MIZERK:  Objection as to form.
15    A  Yes, I did.  I say -- I compare the
16 Carbon-13 NMR Raman and IR spectra for the glassy
17 solid to those reported in the '918 patent for the
18 crystalline TSVH, and then I compared that they
19 concluded they're not identical.
20        ATTORNEY LOH:  Thank you.  No further
21 questions from me.
22 CONTINUED EXAMINATION BY
23 ATTORNEY MIZERK:
24    Q  Dr. Park, during the break, were you in
25 the same room with Mr. Loh?

240

1    A  No.
2    Q  Are you in the same room with Mr. Loh
3 right now?
4    A  Yes.
5    Q  Did Mr. Loh discuss the questions that he
6 asked you just now off -- while the camera was
7 turned off?
8    A  No.  We went to separate rooms.
9        ATTORNEY MIZERK:  I have no further
10 questions.  Subject to my prior comments -- I'm
11 sorry, we have no further questions.  Obviously,
12 this is subject to our -- our earlier comments
13 about our issues with counsel's conduct and the
14 failure to provide information to us that they
15 should have provided to us and subject to a motion
16 before the Court.
17        ATTORNEY LOH:  Again, we disagree with
18 those comments and those representations, but we
19 can take that up off the record.  This deposition
20 is closed.
21        THE VIDEOGRAPHER:  This marks the end of
22 the video deposition of Dr. Aeri Park.  We are
23 going off the record at 1630.
24        (Time Noted: 4:30 P.M.)
25

241

```
 1          ACKNOWLEDGMENT OF DEPONENT
 2      I, AERI PARK, Ph.D., do hereby acknowledge
 3   that I have read and examined the foregoing
 4   testimony and the same is a true, correct, and
 5   complete transcription of the testimony given by
 6   me and any corrections appear on the attached
 7   errata sheet signed by me.
 8
 9   _____   _____
10      (SIGNATURE)            (DATE)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

242

```
 1   CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
 2      I, ANITA M. TROMBETTA, RMR, CRR, and Certified
 3   California Shorthand Reporter, the officer before
 4   whom the foregoing deposition was taken, do hereby
 5   certify that the foregoing transcript is a true
 6   and correct record of the testimony given; that
 7   said testimony was taken by me stenographically
 8   and thereafter reduced to typewriting under my
 9   direction; that reading and signing was requested
10   [or not requested, as appropriate]; and that I am
11   neither counsel for, related to, nor employed by
12   any of the parties to this case and have no
13   interest, financial or otherwise, in its outcome.
14      IN WITNESS WHEREOF, I have hereunto set my
15   hand and affixed my notarial seal this 10th day of
16   September, 2024.
17   My commission expires: 10.07.2025
18
19
20
21
22
23
24
25
```

# EXHIBIT 8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA **Highly Confidential – Attorneys' Eyes Only** |
| NOVARTIS PHARMACEUTICALS CORPORATION, Plaintiff, v. MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 22-1395-RGA **Highly Confidential – Attorneys' Eyes Only** |

**REPLY EXPERT REPORT OF AERI PARK, PH.D.**
**ON U.S. PATENT NO. 11,096,918 FOR NANJING NORATECH**
**PHARMACEUTICAL CO., LIMITED AND GERBERA THERAPEUTICS, INC.**

**b.     My Test Results for the Glassy Solid of Example 1 Were Not Impacted by Impurities**

9.     Dr. McCreery argues that the "low yield" of "the crystalline complex" and "unaccounted" starting material in the experiment corresponding to Example 1 calls into question the purity of the glassy solid of Example 1 that I reproduced. McCreery ¶¶ 60-62. That argument is unfounded.

10.     As I noted in paragraph 62 of my Opening Park Report, I used valsartan free acid, sacubitril free acid, NaOH, acetone, and water, each with greater than 98% purity, to prepare the glassy solid of Example 1 (*i.e.*, amorphous TVS). *See* Opening Park Report, Appendix A at 1 (citing AP-NPC-918-000000094 (valsartan free acid certificate of analysis reporting 99.2% purity); AP-NPC-918-000000092 (sacubitril free acid certificate of analysis reporting 100% purity); AP-NPC-918-000000091 (NaOH certificate of analysis reporting 98.4% purity); AP-NPC-918-000000090 (acetone certificate of analysis reporting 99.6% purity, the remaining 0.4% is water); AP-NPC-918-000000102 (water certificate of analysis reporting an evaporation residue of 0.2 ppm, which corresponds to 99.99998% purity)). Dr. McCreery's suggestion (McCreery ¶ 62) that the sacubitril free acid I used contained "~5% [w/w] impurities" is incorrect: as set forth in Appendix A of my Opening Park Report (*see also* AP-NPC-918-000000092), I used 100% pure sacubitril free acid. In addition, when preparing the glassy solid according to Example 1, all of the solvent was evaporated, which left behind only the glassy solid of Example 1. Opening Park Report at ¶ 62; *see also id.* at Appendix A. Furthermore, Dr. McCreery alleges that "the purity of the starting materials does not specify the purity of the reaction products because multiple, parallel reactions are possible," and not observing "unreacted starting material" in the final product "does not necessarily imply that other impurities may not be present." McCreery Declaration ¶¶ 60-61. I disagree. There is no evidence of "multiple,

4

parallel reactions" when the starting materials are mixed together in Example 1, or any impurities. Dr. McCreery does not provide any support for his speculation about "multiple, parallel reactions" or "impurities" in my Raman, IR, or $^{13}$C ssNMR spectral data, nor has he identified any spectral peaks in my data that would correspond to alleged "impurities."

11.    Dr. McCreery distinguishes the addition of NaOH in the process of Example 1 (and in my re-creation of the glassy solid from Example 1, *i.e.*, amorphous TVS) from the addition of NaOH in the processes of Examples 2 and 3 of the '918 patent to speculate that the glassy solid from Example 1 (*i.e.*, amorphous TVS) that I reproduced is impure. McCreery ¶ 62, n. 5.  Dr. McCreery has not identified any evidence in the specification of the '918 patent or elsewhere that calls into question the substantial purity of amorphous TVS, let alone suggests that the manner in which NaOH is added during the process of Example 1 could be a potential cause of any speculative impurity. Moreover, Dr. McCreery fails to acknowledge, let alone distinguish, the scale differences between Examples 1, 2, and 3 of the '918 patent. The below chart summarizes the relative scales based on the mass of sacubitril free acid used in Examples 1, 2, and 3. *See also* '918 patent at 28:38-30:20 (describing the preparation of Examples 1, 2, and 3).

| Example | Sacubitril | Valsartan | Dissolved in Acetone | NaOH | NaOH dissolved in Water | NaOH addition time | Relative scale |
|---|---|---|---|---|---|---|---|
| 1 | 0.42 g | 0.41 g | 40 mL | 0.111 g | 7 mL | mix | 1 |
| 2 | 9.45 g | 10.0 g | 300 mL | 2.76 g | 8 mL | 10 min | 23 |
| 3 | 1,900 g | 1,984 g | 40,000 mL | 547.6 g | 1000 mL | 15-30 min | 4,524 |

12.    A POSA would understand that preparing samples at larger scales, like the scales of Examples 2 and 3 of the '918 patent (Examples 2 and 3 respectively having 23 and 4,524 times the scale of Example 1), would necessitate providing instructions on recommended mixing methods. And Examples 2 and 3 provide such instructions. '918 patent at 29:1-30:20. On the

5

other hand, Example 1 involves mixing a small volume of solutions (*i.e.*, mixing 40 mL acetone and 7 mL water) such that mixing instructions need not be provided because the two solutions will instantly mix when combined.

13.     Dr. McCreery speculates that sacubitrilat, *i.e.*, NORA0262, is responsible for the peak observed "at about 1041 $cm^{-1}$" in my Raman spectrum of the glassy solid of Example 1 (*i.e.*, amorphous TVS), and further speculates that alleged "other substances . . . and degradants" may be responsible for this peak, without identifying these alleged "other substances . . . and degradants." McCreery ¶ 62, n. 5. I disagree with Dr. McCreery's speculation.

14.     Dr. McCreery's speculation about sacubitrilat potentially being formed by the process of Example 1 is based on Noratech's "pharmaceutical development report" (NOR-ENT-0000071-156 at 100, 102), which includes a summary of Noratech's forced degradation study of sacubitril sodium. I also reviewed Noratech's "degradation development report" for "NORA0212 [*i.e.*, sacubitril sodium]" (NOR-ENT-0006711-721), which details its forced degradation study for sacubitril sodium, and Noratech's additional summary of its forced degradation study for its sacubitril sodium drug substance (NOR-ENT-0006695-697 at 696-97). Noratech's forced degradation protocol for its sacubitril sodium drug substance differs from Example 1 in three important ways. First, Noratech's forced degradation protocol is for sacubitril ***sodium***, whereas Example 1 does not use sacubitril sodium as a starting material. Second, when Noratech added a NaOH solution (2 mL of 0.01N) to sacubitril sodium (24.144 mg), close to one molar equivalent of excess NaOH was present relative to sacubitril sodium. *See* NOR-ENT-0006711-721 at 715, 718. The resulting solution in Noratech's forced degradation protocol thus was basic because there was no acidic counterpart (sacubitril sodium is neutral) to neutralize the solution. Third, in Noratech's forced degradation study, sacubitril sodium was subjected to these

6

basic conditions for two hours. *Id.* In contrast, Example 1 of the '918 patent involves mixing

sacubitril ***free acid*** (and valsartan ***free acid***) with a molar equivalent amount of NaOH such that

the components mix instantly due to the amounts used, and the acid/base reaction of Example 1

occurs instantly and neutralizes the solution. Thus, Noratech's forced degradation stability

testing is irrelevant to Example 1 and does not suggest that sacubitrilat will form by the process

of Example 1.

       15.     Dr. McCreery similarly points to Novartis's internal salt program report reporting

degradation studies for "AHU377 sodium salt," *i.e.*, sacubitril sodium, to note that "[s]uch

decomposition under basic conditions was also observed by Novartis . . . where at pH 9, 48.7%

degradation products ***were formed after a week*****.**" McCreery ¶ 62, n. 5 (emphasis added). But

Novartis observed the sacubitrilat degradation product "[a]fter 1 week" "[a]t pH 9" and 50 °C.

NPC-VS-016679945-974 at 956-59. By contrast, as discussed in paragraph 14 above, Example 1

recites the use of sacubitril free acid—not sacubitril sodium—which when mixed with the NaOH

solution resulted in a neutral solution, not a basic pH where the degradation was observed. And

my preparation of the glassy solid of Example 1 (*i.e.*, amorphous TVS) took place over a course

of ***three days*** at 35 °C in acetone. *See* AP-NPC-918-000000001-3 (describing making the glassy

solid of Example 1 from April 10, 2023 through April 12, 2023). That degradation of sacubitril

sodium occurs under one set of conditions does not indicate that degradation of sacubitril free

acid will occur under a different set of conditions. Furthermore, Dr. McCreery alleges (McCreery

Declaration ¶¶ 63-64) that the "experimental conditions" for my "synthesis" provide "greater

basicity" in comparison to Novartis's internal salt program report and Noratech's forced

degradation study. But as explained in paragraphs 14-15, both Noratech's forced degradation

protocol and Novartis's internal salt program report concern degradation studies for sacubitril

*sodium*. In the process of Example 1, two molar equivalents of valsartan free acid and one molar equivalent of sacubitril free acid are combined with three molar equivalents of NaOH. Those components react instantly, resulting in a neutral solution, not a basic solution. Dr. McCreery has provided no evidence that sacubitril free acid degrades to form sacubitrilat in that process. Contrary to Dr. McCreery's assertion (McCreery ¶ 62), the Raman signal at 1041 cm$^{-1}$ in the Raman spectrum for my glassy solid does not indicate the presence of sacubitrilat or any other alleged impurity or degradant, and Dr. McCreery has provided no evidence to show that a Raman signal at 1041 cm$^{-1}$ is characteristic of sacubitrilat or any other alleged impurity or degradant. Furthermore, Noratech's "degradation development report" reported that, at 25 °C, sacubitril sodium showed no degradation over a period of 9 days (solution light study). NOR-ENT-00006711-721 at 715, 718. Moreover, the Raman spectrum for LCZ696, *i.e.*, crystalline TSVH, likewise has a 1041 cm$^{-1}$ peak. Below I have reproduced Dr. McCreery's overlay in paragraph 67 of his report, with the addition of identifying the crystalline "LCZ696 DS"[1] spectrum in purple. The figure shows an overlay of the Raman spectrum for the glassy solid ("RM3-937" in dark blue) where Dr. McCreery noted the "~1041" cm$^{-1}$ signal. A peak is also present in the LCZ696 DS spectrum at about 1041 cm$^{-1}$ (*see* yellow highlighting). Dr. McCreery ignores that both the LCZ696 DS and the RM-397 spectra contain peaks at about 1041 cm$^{-1}$, and the "< 0.05%" of sacubitrilat (*i.e.*, "LBQ657") observed in LCZ696 (*see* NPC-VS-001702613-674 at 644) is not sufficient to generate the Raman signal observed at 1041 cm$^{-1}$.[2]

---

[1] I understand from counsel that "LCZ696 DS" is otherwise referred to as "LCZ696 [drug substance]."

[2] To be clear, I am not suggesting that the peak at 1041 cm$^{-1}$ indicates that crystalline LCZ696 is present in my glassy solid. Rather, the fact that the Raman spectrum for crystalline LCZ696, which does not contain any significant amount of sacubitrilat, has a peak at 1041 cm$^{-1}$ indicates that the peak at 1041 cm$^{-1}$ is not characteristic of the presence of sacubitrilat.



16.     Like Dr. McCreery, Dr. Cockcroft speculates that "there is simply no evidence in the '918 patent that this glassy solid is amorphous TVS or even a pure material devoid of synthetic impurities and solvents." Cockcroft ¶ 76. But Dr. Cockcroft fails to identify what, if any, impurity or solvent would be present in the glassy solid. Nor does he identify any evidence of any impurity or residual solvent in my reproduction of the glassy solid of Example 1, *i.e.*, amorphous TVS. Furthermore, contrary to Dr. Cockcroft's assertion, I did not "assume[]" amorphous TVS exists, but showed that it exists based on the results of the XRPD, IR, Raman, and $^{13}$C ssNMR spectroscopy testing I conducted. Opening Park Report at ¶¶ 28-29, Appendices B-E.

17.     I understand from counsel that in view of my data and results, the Court previously recognized that the glassy solid of Example 1 is amorphous TVS and is not a physical mixture of amorphous valsartan disodium and amorphous sacubitril sodium. *See* 20-2930-RGA, D.I. 1326 at 897:20-24 ("I credit the testimony of Dr. Park and Dr. Trout that various spectroscopy methods, which I think were Raman and IR, showed that the glassy solid of the

9

patent of Column 28 [Example 1] has meaningfully different spectra from a physical mixture.");
897:13-16 ("the Defendant has not shown that the glassy solid is anything other than amorphous
TSV. The Defendant has certainly not shown that the glassy solid is a physical mixture"); 899:8-
10 ("Example 1 gives clear instructions on how to make the glassy solid. Both Dr. Park and Dr.
Atwood made it with ease.").

       **c.**      **That a Novartis Internal Notebook Reported a Yield of 0.45 g, Not 100% of the Theoretical Yield, After the Glassy Solid Was Further Processed Does Not Indicate the Presence of Impurities**

      18.     Dr. McCreery speculates that, because Novartis reported a yield of 0.45 g after the
glassy solid was further processed, which is not 100% of the alleged "[t]heoretical [y]ield"
(McCreery ¶¶ 60-62), this suggests that there are significant amounts of unreacted starting
materials or impurities in my amorphous TVS. I disagree. As an initial matter, Example 1 of the
'918 patent does not report the actual or theoretical yield for the glassy solid. The 0.45 g yield
Dr. McCreery references (McCreery ¶ 61) is from Novartis's internal TRD-1312 laboratory
notebook at page 135. NPC-VS-016637167-324 at 309. Also, Dr. McCreery ignores that the 0.45
g yield is not for the glassy solid, but instead was measured after the glassy solid was charged
with acetone and "sonicated until precipitation," and the resulting "slurry" was filtered and dried
for two days. *Id.*

      19.     Dr. McCreery's speculation ignores that few if any crystallization procedures
produce an actual yield that is 100% of the theoretical yield. *See* Mullin, *Solutions and Solubility*,
CRYSTALLIZATION, Ch. 3, 86, 88-89 (4th Ed. 2001) (describing varying yields depending on the
solvent and solute used, *e.g.*, 91% "high" yield of salicylic acid in water compared to 14% "low
yield" of potassium chromate in water). This is because the crystalline product is crystallized
from a solvent that the product is soluble in, and therefore the amount of the product remaining
in the solvent after the crystallization is completed is equal to the solubility of the product in that

10

amorphous TVS. As discussed in Section V below, my Raman testing on the glassy solid likewise demonstrates distinct spectral peaks and shifts as compared to a physical mixture, confirming that the glassy solid is amorphous TVS.

### IV.    MY RAMAN DATA FOR THE GLASSY SOLID FROM EXAMPLE 1 IS REPRESENTATIVE OF AMORPHOUS TVS AS CLAIMED IN THE '918 PATENT

32.    Dr. McCreery compares my Raman spectrum for the glassy solid of Example 1 (*i.e.*, amorphous TVS) to an "[a]morphous LCZ" Raman spectrum from an internal Novartis presentation dated April 21, 2009 ("Pan presentation") (NPC-VS-918-000026802-834 at 809), alleging that, because the two spectra "do[] not match," my Raman data for the glassy solid is not amorphous TVS. McCreery ¶¶ 64-69.  He is incorrect.

#### a.    "Amorphous LCZ" in the Pan Presentation Is Not Amorphous TVS as Claimed in the '918 Patent

33.    The drug substance that Dr. McCreery points to in Novartis's internal presentation is called "[a]morphous LCZ." There is no indication in the Pan presentation of what "[a]morphous LCZ" is, how it was prepared, what its components are, or whether it is in fact a complex. And there is no indication that "[a]morphous LCZ" in the Pan presentation is amorphous TVS.[7] In other Novartis internal documents dated after the April 2006 priority date of the '918 patent, like the 2009 Pan presentation, Novartis reported making an amorphous material by grinding LCZ696. *See e.g.*, NPC-VS-918-000026615-627 at 617 (November 2006 Novartis internal presentation noting that grinding LCZ696 resulted in amorphous material); NPC-VS-918-000026630-637 at 631 (November 2006 Novartis internal presentation stating the effect of grinding LCZ696 is a "[d]ecrease of crystallinity"); NPC-VS-918-000026662-693 at

---

[7] Charles Pan is not listed as an inventor of the '918 patent, and there is no indication that any of the listed '918 patent inventors assisted in preparing the Pan presentation.

673-75, 681-82 (February 2007 Novartis internal presentation investigating "non-crystalline" phase of LCZ696 by "grinding"). I note that the XRPD patterns of the various ground LCZ696 materials exhibit decreased crystallinity, where the XRPD patterns exhibit broader signals compared to that for crystalline LCZ696. Thus, the "[a]morphous LCZ" in the Pan presentation may have been the product of grinding LCZ696. But grinding LCZ696, in addition to disrupting the crystalline structure, may break apart some or all of the complex. *See* U.S. Patent Application No. 2010/0267786 at [0009] (explaining that "high shear forces" (*e.g.*, grinding) may cause the dissociation of components of supramolecular complexes).

34.    A Novartis internal presentation containing Raman overlay data obtained on February 23, 2007 (NPC-VS-918-000026695-712 at 704) reported testing on "Ground LCZ696" and "Ground LCZ696 overnight." *See* below (Raman spectra overlay of drug substances, including "LCZ696DS" in red, "Ground LCZ696" in pink, and "Ground LCZ696 overnight" in dark purple). As shown in the figure below, there are significant differences among the "LCZ696DS," "Ground LCZ696," and "Ground LCZ696 overnight" spectra. For example, "Ground LCZ696" has two peaks between 1600 and 1620 $cm^{-1}$, whereas "Ground LCZ696 overnight" has one peak in that region (noted by a yellow line); "Ground LCZ696" has a peak at about 1555 $cm^{-1}$ whereas "Ground LCZ696 overnight" has a peak at about 1570 $cm^{-1}$ (noted by a blue line); and "Ground LCZ696" has a peak at about 1520 $cm^{-1}$, whereas "Ground LCZ696 overnight" has a broad peak at about 1510 $cm^{-1}$ (noted by an orange line). That the Raman spectrum for "[a]morphous LCZ" is dissimilar to the Raman spectrum of amorphous TVS would support that "[a]morphous LCZ," however prepared, is not amorphous TVS.



35.     Dr. McCreery also alleges that "the slide immediately preceding the slide Dr. Park relies on clearly shows that these ground samples are all crystalline (due to their sharp peaks in XRPD)." McCreery Declaration ¶ 85. He is wrong. The figure that Dr. McCreery references at NPC-VS-918-000026695-712 at 703 is not an XRPD pattern. Rather, the image that I referenced in paragraph 61 of my Park Declaration (NPC-VS-918000026695-712 at 704) is a zoomed-in version (1480 to 1660 cm$^{-1}$) of the Raman spectrum (200 to 1800 cm$^{-1}$) at NPC-VS-918-000026695-712 at 703.

36.     To the extent that Dr. McCreery alleges (McCreery Declaration ¶¶ 77-85) that I represented that certain Novartis internal documents (*e.g.*, NPC-VS-918-000026802-834; NPC-VS-918-000026615-627 at 617; NPC-VS-918-000026662-693 at 675, 681-82, 684-88; NPC-VS-

918-000026695-712 at 703-04) describe amorphous TVS, he is incorrect. I reference these Novartis internal documents to further support that there is no indication that "[a]morphous LCZ" in the Pan presentation was prepared in the same way as the glassy solid of Example 1 or that "[a]morphous LCZ" is amorphous TVS. Raman spectra for ground LCZ696 in the Novartis internal documents are distinguishable from the Raman spectrum for the glassy solid of Example 1, *i.e.* amorphous TVS. As illustrated by the February 2007 Novartis internal presentation (NPC-VS-918-000026662-693), various grinding and milling times result in different XPRD patterns illustrating differences in amounts of crystallinity. *See* NPC-VS-918-000026662-693 at 678 (displaying XRPD patterns after 15 minutes and 300 minutes of milling); *compared to* 673 (displaying different XPRD patterns after 15 minutes and 30 minutes of grinding). There is simply not enough information on the "crystallinity" or other characterization of "[a]morphous LCZ" to conclude that it is the same as amorphous TVS. Also, to the extent Dr. McCreery alleges that grinding makes a material completely amorphous, he is incorrect. Grinding a crystalline material does not guarantee that the resulting material will be completely amorphous. In fact, the Novartis internal documents I previously discussed show that grinding LCZ696 decreased its crystallinity, but the material still retained some crystallinity. Furthermore, Dr. McCreery alleges that because a Novartis internal presentation suggested that "XRPD 'Pair distribution function' is something that's '[w]orth trying' for '[a]morphous pharmaceutical compounds,'" that I, too, should have performed an XRPD pair distribution function analysis of amorphous TVS. McCreery Declaration ¶ 83 (citing NPC-VS-918-000026662-693 at 684-88). I disagree. Such an analysis is unnecessary here, because my Raman, IR, and $^{13}$C ssNMR spectral data all confirm that amorphous TVS is indeed a complex and is distinguishable from a physical

22

mixture of the individual components. And as I previously noted (*see e.g.*, paragraph 6 above), Dr. McCreery did not address nor dispute either my IR or $^{13}C$ ssNMR spectral data.

37.     Last, Dr. McCreery asserts that because Novartis identified Raman testing on "[a]morphous LCZ" in response to Noratech's Interrogatory Request No. 3, "[a]morphous LCZ" must be amorphous TVS. McCreery ¶ 66; McCreery Declaration ¶¶ 75-76. I disagree. In response to the same Interrogatory Request, Novartis also identified testing on LCZ696, which is clearly not amorphous TVS, as well as testing on "amorphous material obtained by heating LCZ696," "amorphous material obtained from exposing LCZ696 (sample 1312-135-11) to up to 95% RH in DVS," or "characterizing amorphous material by DSC." *See* Novartis's Supplemental Objections and Responses to Defendant Nanjing Noratech Pharmaceutical Co., Limited's First Set of Interrogatories to Plaintiff Novartis Pharmaceuticals Corporation (Nos. 1-3), at 7-9. Thus, it appears that Novartis in its interrogatory response was identifying different testing conducted on amorphous materials, but Novartis did not conclude that each of these amorphous materials was amorphous TVS.

**b.     Dr. McCreery's Comparison of the Alleged "Two Major Peaks" Between Novartis's Raman Spectrum of Amorphous LCZ and My Raman Spectrum of the Glassy Solid Is Incorrect**

38.     Dr. McCreery attributes the alleged "differences" between the Raman spectrum for the glassy solid of Example 1 (*i.e.*, amorphous TVS) that I prepared, and the Raman spectrum for "[a]morphous LCZ" in the Pan presentation, to "residual starting materials from [my] preparation." However, he did not identify what, if any, "residual starting materials" would cause these alleged "differences." McCreery ¶ 68. As explained in paragraph 20 above, there is no evidence of "residual starting materials" in my Raman spectrum for the glassy solid of Example 1.

### a. The Instruments I Used to Perform My Experiments Were Properly Calibrated and Qualified

43. Dr. McCreery asserts that the "peak shifting" of the Raman spectrum of amorphous TVS as compared to the Raman spectrum of a physical mixture of amorphous valsartan disodium and amorphous sacubitril sodium is "nothing but a calibration issue with [my] spectrometer." McCreery ¶¶ 82, 84-86, 91. I disagree.

44. The instruments I used to distinguish amorphous TVS from a physical mixture of amorphous valsartan disodium and amorphous sacubitril sodium, including the Nicolet iS50 Raman spectrometer (Opening Park Report, Appendix D), follow Good Manufacturing Practices ("GMP"),[11] and are calibrated and regularly tested to confirm the calibration status. The Nicolet iS50 Raman spectrometer is a FT-Raman spectrometer. Dr. McCreery admits that FT-Raman spectrometers exhibit several advantages, including "excellent frequency precision." McCreery, *Nondispersive Raman Spectrometers*, RAMAN SPECTROSCOPY FOR CHEMICAL ANALYSIS, 221, 230 (2000) ("McCreery 2000").

45. Triclinic Labs follows GMP guidelines set out by the United States Pharmacopeia (USP),[12] which lists polystyrene as one of the reference materials to perform qualification testing

---

structures of valsartan disodium and sacubitril sodium (*e.g.*, valsartan disodium contains two carbonyl (C=O) groups whereas sacubitril sodium contains three carbonyl groups), such that the signal at 1611 cm$^{-1}$ for valsartan disodium is about two-thirds of the intensity of the signal for sacubitril sodium at that position. In addition, by applying a 1.4 factor to the valsartan disodium spectrum, the intensities of the strong signals at 2800-3100 cm$^{-1}$ between the two spectra are similar, as would be expected because valsartan disodium and sacubitril sodium contain a similar number of aromatic and aliphatic carbon-hydrogen (C-H) bonds (sacubitril contains nine aromatic C-H bonds and 18 aliphatic C-H bonds, and valsartan contains eight aromatic C-H bonds and 19 aliphatic C-H bonds). Thus, by properly normalizing the Raman spectra for amorphous valsartan disodium and amorphous sacubitril sodium, adding the two spectra results in an addition Raman spectrum corresponding to a physical mixture with a 1:1 molar ratio of valsartan disodium and sacubitril sodium.

[11] GMP is a system of regulations instituted by the FDA to assure proper design, monitoring, and control of facilities, including the testing equipment used in those facilities.

[12] The USP contains scientific standards set by experts in the pharmaceutical industry.

to confirm the accuracy of the Raman spectrometer. *See* United States Pharmacopeia <858> Raman Spectroscopy ("USP 858") at 1-2 ("The instrument wavelength accuracy can be determined by using a Raman-shift standard . . . (e.g., . . . polystyrene.")); *see also id.* at Table 1 (listing wavenumber shifts of polystyrene with acceptance criteria). Triclinic Labs uses polystyrene to perform qualifications and to confirm peak position accuracy for its Raman spectrometer. In addition, Triclinic Labs checks photometric precision by determining the relative response between two peaks (3043 and 1001 $cm^{-1}$). Photometric precision confirms the reproducibility of observed Raman signal intensity to confirm that the instrument is performing properly in terms of laser and detector performance. The instruments used by Triclinic Labs to carry out the IR and Raman spectroscopy experiments for this case (as described in Appendices D and E of my Opening Park Report) are qualified with a polystyrene film sample made by Thermo Fisher Scientific, the manufacturer of the IR and Raman instruments that Triclinic Labs uses. Polystyrene is also one of the standards in the ASTM Standard E 1840 referenced by Dr. McCreery (McCreery ¶ 83). *See* ASTM International, "*ASTM E1840-96 (Reapproved 2022) – Standard Guide for Raman Shift Standards for Spectrometer Calibration,*" 1-11, 2, 11 (2022) ("ASTM E1840") (listing polystyrene as a Raman shift standard); *see also id.* at Table 8 (listing "representative spectra and peak data" for polystyrene).

46.     To the extent Dr. McCreery suggests that the ASTM E1840 standard guide is used for Raman calibration beyond providing representative spectra and peak data for Raman shift standards, he is incorrect. The ASTM E1840 "give[s] representative spectra and peak data for the eight standards," including polystyrene. ASTM E1840 at 2. ASTM E1840 further states that "[n]o wavenumber calibration procedure was recommended" and "[w]ith the exception of a few values at low and high Raman shifts, only values with standard deviations less than 1.0 $cm^{-1}$

were reported." *Id.* ASTM E1840 does not provide acceptance criteria, like those provided by the USP, *e.g.*, USP 858, which Triclinic Labs follows.

47.     Relatedly, Dr. McCreery is incorrect with respect to Raman spectrometer "calibration." *See e.g.*, McCreery ¶ 82. The Raman spectrometer that Triclinic Labs used for this case was calibrated when it was installed. In addition, that Raman spectrometer is internally calibrated by the He-Ne (helium-neon) reference laser. *See* Thermo Fisher Scientific, *Introduction to Raman Spectroscopy*, available at https://assets.thermofisher.com/TFS-Assets/MSD/brochures/Intro%20to%20Raman%20Brochure-BR50556-EN.pdf (last visited August 1, 2024) ("Thermo Fisher Brochure") at 6 ("[An] advantage of FT-Raman spectroscopy is its exceptionally good x-axis (shifted wavenumber) accuracy as a result of the internal interferometer calibration supplied by the built-in helium-neon laser."); *see also* McCreery 2000 at 230 ("Most interferometers incorporate a reference beam, such as a He-Ne laser, to monitor the moving mirror position."), 253 ("Nearly all interferometer designs include a well-defined reference wavelength (often a He-Ne laser at 632.8 nm), which is used to control data acquisition . . . Provided the laser and reference frequencies are known accurately, an observed FT-Raman frequency is quite accurate, and the one-point calibration is usually adequate."). Once the Raman spectrometer has been calibrated, an analyst simply needs to carry out periodic performance qualification ("PQ") testing using reference materials, such as polystyrene, in order to check wavelength accuracy. McCreery 2000 at 267 ("Once the computer software is written, a shift calibration may be incorporated nearly automatically, with the user required only to run a calibration standard periodically.").

48.     Qualification data for the Raman spectrometer used to carry out the experiments described in Appendix D of my Opening Park Report confirm that the Raman spectrometer was

properly qualified at the time I obtained Raman spectra for the glassy solid of Example 1, individual amorphous sacubitril sodium, and individual amorphous valsartan disodium.

49.    The Raman spectrum for the glassy solid of Example 1 was obtained on April 28, 2023. AP-NPC-918-000000016 at 17; *see also* McCreery ¶ 86. The Raman spectrum for amorphous sacubitril sodium was obtained on May 17, 2023. AP-NPC-918-000000004 at 8; *see also* McCreery ¶¶ 72-74, 86. The Raman spectrum for amorphous valsartan disodium was obtained on June 7, 2023. AP-NPC-918-000000004 at 12; *see also* McCreery ¶¶ 75-77, 86.

50.    The PQ tests performed on the Nicolet iS50 Raman spectrometer on April 13, 2023, June 7, 2023, and August 3, 2023 all confirm that the instrument was in compliance with USP standards at the time I analyzed the glassy solid obtained from Example 1 (on April 28, 2023), and samples of amorphous sacubitril sodium (on May 17, 2023) and amorphous valsartan disodium (on June 7, 2023) using Raman spectroscopy.[13] *See* AP-NPC-918-000001027-1029 (Raman PQ Tests); AP-NPC-918-000001037; *see also* Opening Park Report, Appendix D.

51.    Contrary to Dr. McCreery's speculation (McCreery ¶ 86), the PQ data shows that there is no "drift" in the Raman spectrometer I used to obtain the Raman spectra for the samples of the glassy solid of Example 1 (*i.e.*, amorphous TVS), amorphous sacubitril sodium, and

---

[13] While Dr. McCreery does not challenge either of my IR or $^{13}$C ssNMR spectral data, I also have provided PQ data for the $^{13}$C ssNMR spectrometer (*see* Appendix C of my Opening Park Report) and IR spectrophotometer (*see* Appendix E of my Opening Park Report) that I used to analyze the glassy solid obtained from Example 1, and samples of amorphous valsartan disodium and amorphous sacubitril sodium. *See* AP-NPC-918-000001030-1034; AP-NPC-918-000001035-1036 (detailing IR spectrophotometer qualification tests obtained on April 13, 2023, May 31, 2023, June 7, 2023, and June 29, 2023, and $^{13}$C ssNMR spectrometer qualification tests obtained on June 7, 2023, all showing that the IR and $^{13}$C ssNMR instruments were properly qualified at the time IR and $^{13}$C ssNMR data were obtained on the samples for the glassy solid of Example 1, amorphous valsartan disodium, and amorphous sacubitril sodium); *see also* United States Pharmacopeia <854> Mid-Infrared Spectroscopy ("USP 854") (detailing qualification of IR spectrophotometers using wavenumber accuracy).

amorphous valsartan disodium. As shown in the below table, the measured wavenumbers for the Raman spectrometer qualification tests performed on April 13, 2023, June 7, 2023, and August 3, 2023, were well within the acceptable wavenumber range per USP standards, and were within $\pm 1$ cm$^{-1}$ of the respective reference values. And a POSA would understand that the instrument would not go in and out of calibration in between qualification studies showing the instrument is in compliance (*i.e.*, measured wavenumbers of the polystyrene standard are within acceptable ranges as listed in USP 858). *See e.g.*, Thermo Fisher Brochure at 6 (explaining that the "exceptionally good x-axis (shifted wavenumber) accuracy" is a result of the "internal interferometer calibration"); *see also* McCreery 2000 at 267 ("Once the computer software is written, a shift calibration may be incorporated nearly automatically, with the user required only to run a calibration standard periodically.").

| Qualification Date | Raman Filename for Qualification | Wavenumber (shifted cm$^{-1}$) | Acceptable Range (shifted cm$^{-1}$) | Measured Wavenumber (shifted cm$^{-1}$) |
|---|---|---|---|---|
| 4/13/2023 | RM3-935 | 3054.3 | 3057.3 – 3051.3 | 3055.3 |
| | | 1602.3 | 1603.8 – 1600.8 | 1602.5 |
| | | 1001.4 | 1002.9 – 999.9 | 1001.4 |
| | Photometric Precision | | 1.10 – 0.90 | 1.01 |
| 6/7/2023 | RM3-947 | 3054.3 | 3057.3 – 3051.3 | 3054.5 |
| | | 1602.3 | 1603.8 – 1600.8 | 1601.6 |
| | | 1001.4 | 1002.9 – 999.9 | 1000.6 |
| | Photometric Precision | | 1.10 – 0.90 | 1.04 |
| 8/3/2023 | RM3-953 | 3054.3 | 3057.3 – 3051.3 | 3054.4 |
| | | 1602.3 | 1603.8 – 1600.8 | 1601.7 |
| | | 1001.4 | 1002.9 – 999.9 | 1000.7 |
| | Photometric Precision | | 1.10 – 0.90 | 1.04 |

52.     Dr. McCreery alleges (McCreery Declaration ¶ 98) that the USP 858 guidelines for instrument qualification are "insufficient for supporting small shifts of 2-3 cm$^{-1}$," and that the acceptable ranges listed in USP 858 (as shown in the table above) are not sufficient to "distinguish" the glassy solid of Example 1 (*i.e.*, amorphous TVS) from the physical mixture of the individual components. He is incorrect. The acceptable ranges, *i.e.*, "acceptance criteria," listed in USP 858 are for the "[q]ualification of Raman spectrometers." *See* USP 858 at 1-2. Dr. McCreery does not provide support for his allegation that a "precision of <1 cm$^{-1}$ is necessary" to distinguish the glassy solid of Example 1 (*i.e.*, amorphous TVS) from the physical mixture. And as previously discussed in paragraph 47 above, the Raman spectrometer, internally calibrated by

the He-Ne reference laser, is designed for its accuracy. Further, as I mentioned above, the measured wavenumbers in the above qualification tests performed on April 13, 2023, June 7, 2023, and August 3, 2023, all are within ±1 cm$^{-1}$ of the respective reference values. Those values demonstrate that shifts I observed in the Raman spectrum for amorphous TVS are sufficient to distinguish amorphous TVS from a physical mixture.

53.    Contrary to Dr. McCreery's assertion (McCreery ¶ 86), the fact that the Raman spectra for the glassy solid of Example 1 (*i.e.*, amorphous TVS), amorphous valsartan disodium, and amorphous sacubitril sodium were obtained on different dates from one another, or on different dates from the qualification dates, is irrelevant. The temperature log for the Raman spectrometer shows that the samples were tested under approximately the same relative humidity (RH) and temperature conditions. AP-NPC-918-000001026 (CRT Data). Dr. McCreery further alleges that because Raman lasers and spectrometers "can be sensitive to temperature" causing shifts "due to temperature changes," such a situation may have occurred during my Raman testing. McCreery ¶ 86. I disagree. A POSA would understand that if a sample is heated, the baseline for that Raman spectrum would increase at higher wavenumbers, *i.e.*, approximately 3000 to 3500 cm$^{-1}$. Dr. McCreery himself provided an example of sample heating of "black electrical tape" causing black-body radiation above 2500 cm$^{-1}$. *See* McCreery 2000 at 233-34 (discussing Raman spectra shifts due to sample heating); *see also* Figure 9.9 below.



**Figure 9.9.** FT-Raman spectra of black electrical tape, 16 cm$^{-1}$ resolution. Four spectra were acquired successively, each composed of eight scans. Sample heating causes black-body radiation above 2500 cm$^{-1}$. Rolloff above 3000 cm$^{-1}$ is due to detector response.

54.     None of my Raman spectra for the glassy solid of Example 1, individual amorphous sacubitril sodium, or individual amorphous valsartan disodium indicate that any of those respective samples were heated. I have reproduced below the Raman spectra of the glassy solid (AP-NPC-918-000000035 (RM3-937.SPA)), amorphous valsartan disodium (AP-NPC-918-000000039 (RM3-948.SPA)), and amorphous sacubitril sodium (AP-NPC-918-000000037 (RM3-944.SPA)). As shown, the baseline for each spectrum remains approximately the same, even at higher wavenumbers, *i.e.*, approximately 3000 to 3500 cm$^{-1}$. Furthermore, the samples were analyzed using a 1064 nm laser at 50% laser power, which is a low-energy laser that does not cause sample heating. *See* McCreery 2000 at 233 ("[]1064 nm light is not strongly absorbed by many samples, so the FT-Raman beam generally causes less thermal and photochemical damage than a visible beam of similar power.").





**b. My Raman Spectrum for the Glassy Solid of Example 1 Is Not Shifted In the Same Amount As Compared To My Raman Spectrum For The Physical Mixture**

55.    Dr. McCreery alleges that my Raman spectrum for the glassy solid of Example 1 (*i.e.*, amorphous TVS) is "shift[ed] in the same direction in the same amount [about 3 cm$^{-1}$]" as my Raman spectrum for the physical mixture of amorphous valsartan disodium and amorphous sacubitril sodium. McCreery ¶ 84. He is incorrect.

56.    Dr. McCreery's manipulation of my Raman data by shifting the spectrum for amorphous TVS by "about 3 cm$^{-1}$" (McCreery ¶ 91[14]) is improper because, as I previously discussed, the qualification data for my Raman spectrometer demonstrate that the instrument was qualified at the time I conducted my Raman testing. *See* ¶¶ 43-51 above.

---

[14] I understand from counsel that Defendants did not produce and opposed Novartis's multiple requests for production of (or alternatively, requests for explanations for why such files do not exist) the underlying data files for "RM3-397 Moved" (Dr. McCreery's transposition of my RM3-937 spectrum) and "Phys Mix*0.18" (which Dr. McCreery alleges is my physical mixture spectrum *i.e.*, "944 and 948 phy mix," but Dr. McCreery's labeling of the physical mixture spectrum he references differs from mine) referenced in paragraph 91 of Dr. McCreery's report.

57.    Below I provide overlays of the Raman spectra of the glassy solid of Example 1 (*i.e.*, amorphous TVS) and the physical mixture of amorphous valsartan disodium and sacubitril sodium at various frequency regions showing that my Raman spectrum for the glassy solid of Example 1 (*i.e.*, amorphous TVS) is not shifted in the same amount (*e.g.*, "3 cm$^{-1}$") as compared to my Raman spectrum for the physical mixture. As provided in the table below, the differences (rounded to one decimal place) between peaks for the glassy solid of Example 1 (*i.e.*, amorphous TVS) and the physical mixture of amorphous valsartan disodium and sacubitril sodium of these overlays vary such that they are not shifted in the "same amount," *i.e.*, 3 cm$^{-1}$, between the two spectra. *See* table below (listing differences of 5.7 cm$^{-1}$, 3.8 cm$^{-1}$, 2.8 cm$^{-1}$, and 1.8 cm$^{-1}$). I note that all my Raman data were collected at about every 1 cm$^{-1}$. Because my Raman data were collected at about every 1 cm$^{-1}$, the differences between two data points (via subtraction) will be about 1 cm$^{-1}$. That explains why, in the table below, the differences in the positions of the physical mixture and glassy solid Raman peaks, when rounded to one decimal place, end in values close to 1 cm$^{-1}$, *e.g.*, ".7" or ".8."  Moreover, because Raman data are collected at about every 1 cm$^{-1}$ (or some other larger whole-number increment, *e.g.*, 2 or 4 cm$^{-1}$), it is common to round Raman peak positions to the nearest whole number. *See, e.g.*, the Raman references cited in paragraphs 59-62 below. The fact that the differences in the table below, when rounded to one decimal place, end in ".7" or ".8" is not an indication that there is something wrong with my data.

| Physical Mixture | Glassy Solid | Difference | Difference (rounded) |
|---|---|---|---|
| 1243.881 cm$^{-1}$ | 1245.716 cm$^{-1}$ | 1.835 cm$^{-1}$ | 1.8 cm$^{-1}$ |
| 1283.414 cm$^{-1}$ | 1287.177 cm$^{-1}$ | 3.763 cm$^{-1}$ | 3.8 cm$^{-1}$ |
| 1423.223 cm$^{-1}$ | 1425.057 cm$^{-1}$ | 1.834 cm$^{-1}$ | 1.8 cm$^{-1}$ |
| 1457.934 cm$^{-1}$ | 1459.768 cm$^{-1}$ | 1.834 cm$^{-1}$ | 1.8 cm$^{-1}$ |
| 1519.643 cm$^{-1}$ | 1522.441 cm$^{-1}$ | 2.798 cm$^{-1}$ | 2.8 cm$^{-1}$ |
| 1600.635 cm$^{-1}$ | 1603.434 cm$^{-1}$ | 2.799 cm$^{-1}$ | 2.8 cm$^{-1}$ |
| 1611.242 cm$^{-1}$ | 1614.040 cm$^{-1}$ | 2.798 cm$^{-1}$ | 2.8 cm$^{-1}$ |
| 2871.451 cm$^{-1}$ | 2875.214 cm$^{-1}$ | 3.763 cm$^{-1}$ | 3.8 cm$^{-1}$ |
| 2931.231 cm$^{-1}$ | 2934.030 cm$^{-1}$ | 2.799 cm$^{-1}$ | 2.8 cm$^{-1}$ |
| 2961.122 cm$^{-1}$ | 2966.813 cm$^{-1}$ | 5.691 cm$^{-1}$ | 5.7 cm$^{-1}$ |



38







58.    Additionally, Dr. McCreery criticizes (McCreery ¶ 81) my citing of peak positions in Raman spectra extending out to three decimal places as "nonsensical." But the peak positions extending out to three decimal places are simply provided by the peak-picking software that analyzes entire spectra for the Raman spectrometer. I have provided those Raman peak positions as recorded by the Raman spectrometer to avoid any suggestion that I have altered the data. However, I am not relying on any peak positions or differences in peak positions out to three decimal places. *See* Opening Park Report at ¶ 47 (where I rely on peak differences rounded to one decimal place).

59.    Dr. McCreery also alleges that determining that two observed Raman frequencies are different "requires multiple acquisitions and a statistical comparison of the frequency difference to the standard deviations of each frequency (*i.e.* a 't-test')." McCreery ¶ 90; *see also* McCreery Declaration ¶¶ 98-99, 120. However, Dr. McCreery fails to cite any evidence to support his allegation. On the contrary, a publication authored by Dr. McCreery shows that a single calibration was performed using a single standard (benzonitrile). Anariba et al., *Determination of the Structure and Orientation of Organic Molecules Tethered to Flat Graphitic Carbon by ATR-FT-IR and Raman Spectroscopy*, ANAL. CHEM. 3104-12, 3107 (2006) ("Anariba

40

2006") (discussing that the "Raman shift was calibrated with benzonitrile" without describing any further indication that the benzonitrile standard was analyzed multiple times).

60.     In the field of solid-state chemistry, it is accepted practice to compare an experimental spectrum obtained from a sample material to a reference spectrum for a known substance in order to determine whether that substance is present in the sample material. *See* Ferraro, *Analytical Chemistry*, INTRODUCTORY RAMAN SPECTROSCOPY, 267-293, 285-287 (2nd Ed. 2003) (describing Raman spectroscopy analysis of an unknown sample (*i.e.*, ibuprofen tablet) of which a single Raman spectrum was compared to spectra in library searches, resulting in a spectral match of ibuprofen ("Library #3") and identifying the unknown sample as ibuprofen). Solid-state chemists rarely run statistical analyses for spectral matching purposes.

61.     Moreover, I disagree with Dr. McCreery that "precision of <1 cm$^{-1}$ is necessary to distinguish Dr. Park's glassy solid from the physical mixture." McCreery Declaration ¶ 98. As explained above (*see* paragraph 57), the differences between the Raman spectrum for amorphous TVS and the amorphous physical mixture spectrum are greater than 1 cm$^{-1}$. And insofar as Dr. McCreery further asserts that "for proper statistical support, such as the t-test, a POSA would readily understand one needs multiple (*i.e.* 3-10) spectra for both standard and test compounds obtained in the same session, on the same day," (*id.*), I am not aware of any instance in which this has been done, and am not aware of any scientific literature in the field of solid-state chemistry which states that this must be done for a solid-state chemist to draw valid conclusions based on comparisons of two Raman spectra. Dr. McCreery does not identify any such literature.

62.     Likewise, in the pharmaceutical field, Raman spectroscopy is often used to identify different polymorphs of the same compound based on a comparison of a single Raman spectrum for each of the polymorphs without statistical analysis. *See e.g.,* Raghavan et al., *A*

41

*Spectroscopic Investigation of Losartan Polymorphs*, 10 PHARMACEUT. RES. 900-04, 902-03 (1993) (discussing Raman spectroscopy analysis of losartan polymorphs based on a single Raman spectrum for each of Form I and Form II without mention of any statistical analysis or t-test); Tudor et al., *The applications of near-infrared Fourier transform Raman spectroscopy to the analysis of polymorphic forms of cimetidine*, 47A SPECTROCHIMICA ACTA 1389-93, 1390-93 (1991) (discussing Raman spectroscopy analysis of samples of polymorphic forms of cimetidine based on a single Raman spectrum for each of Forms A, B, and C without mention of any statistical analysis or t-test); Gu & Jiang, *Characterization of Polymorphic Forms of Fluconazole Using Fourier Transform Raman Spectroscopy*, 84 J. PHARMACEUT. SCIS. 1438-41 (1995) (discussing Raman spectroscopy analysis of samples of two different fluconazole polymorphs based on a single Raman spectrum for each polymorph without mention of any statistical analysis or t-test).

63.    Furthermore, POSAs typically do not use "multiple acquisitions and a statistical comparison of the frequency difference to the standard deviations of each frequency (*i.e.* a 't-test')" (McCreery ¶ 90) to determine that two observed Raman spectra are different or to draw conclusions from those differences. *See e.g.*, Redenti 1996 (analyzing an amorphous complex as compared to a physical mixture of the individual amorphous components using Raman and without discussing statistical comparisons); *see also e.g.*, Williams 1998 at 358 (analyzing changes in IR spectra related to formation of a complex in comparison to physical mixture without discussing statistical comparisons); Van Hees 1999 at 1868-69 (same); Yap 2005 at 53 (same).

64.    Dr. McCreery criticizes my peak picking software, alleging that I did not identify the "true peak values" or "true centers" with accuracy due to allegedly "flat" and "noisy" curves.

(McCreery Declaration ¶¶ 6, 41, 111-120). He is incorrect for five reasons. First, it is a well-accepted practice to assign peak positions of broad peaks in Raman spectra, and Dr. McCreery's own publication implements such practice. *See* Ramsey, *Raman microscopy of chromate interactions with corroding aluminum alloy 2024-T3*, 46 CORROSION SCIENCE 1729-39 (Fig. 1) (2004) ("Ramsey 2004") (assigning peaks to several broad peak positions in Raman spectra, including 713 and 847 cm$^{-1}$ in the "Fe$^{III}$" spectrum, 974 cm$^{-1}$ in the "Cu$^{II}$" spectrum, 847 cm$^{-1}$ in the "Mg$^{II}$" spectrum, 858 cm$^{-1}$ in the "Cr$^{III}$" spectrum, and 869 and 900 cm$^{-1}$ in the "Al$^{III}$ pH=4.25" spectrum). Dr. McCreery further concedes that conventional peak picking software can "easily" identify true peak values with "great accuracy." McCreery Declaration ¶ 111.



Fig. 1. Raman spectra of synthetic metal–Cr$^{VI}$ mixed oxides formed by addition of NaOH to a solution of the indicated metal ion and Cr$^{VI}$. The pH of collection for Al$^{III}$–Cr$^{VI}$ mixed oxide spectra is indicated since its spectrum varies significantly with collection conditions.

65.     Second, Dr. McCreery's allegations are based only on his visual interpretation of zoomed-in versions of certain figures from paragraph 75 of my Park Declaration. He does not identify using software any positions that are incorrectly identified in my Raman spectra.

appropriate and sufficient. *See, e.g.*, Redenti 1996 (comparing Raman spectrum for amorphous complex to Raman spectra for physical mixture and components of complex).

67.     Fourth, publications authored by Dr. McCreery do not incorporate the use of PLS_Toolbox for data comparison, but rather overlay of different spectra used. *See e.g.*, Anariba 2006 at Figure 9; Ramsey 2004 at Figures 1 and 5.

68.     Last, Dr. McCreery did not attempt to make amorphous TVS, and has provided no evidence of what the "differences in the peak shift values" that I identify should be (McCreery Declaration ¶ 41).

69.     Dr. McCreery further incorrectly alleges that I "confus[ed] spectral resolution with calibration" when I testified during the previous trial on the '918 patent that the three shifts in my Raman spectrum of the glassy solid were not simply due to experimental error. McCreery ¶¶ 89-90 (citing 20-2930-RGA, D.I. 1324 at 585:12-22). I did not confuse spectral resolution with calibration during that trial. When previously asked by the Court whether there is "some agreement in the art as to what difference is enough of a difference to be significant" and not "experimental error," I explained that running a calibrated and qualified Raman instrument at 2 cm$^{-1}$ resolution (which is how the Raman data detailed in Appendix D of my Opening Park Report was obtained) allowed for an industry-accepted error range of ±1 cm$^{-1}$. 20-2930-RGA, D.I. 1324 at 586:6-23. Unlike Dr. McCreery, neither the Court nor the Defendants in the prior trial questioned whether my instruments were properly calibrated or qualified.

70.     That the shifts for the Raman spectrum for amorphous TVS are not due simply to a calibration error is further supported by testing of the glassy solid by Dr. David Atwood, an independent expert who testified on behalf of Defendants Hetero and Torrent during the previous trial on the '918 patent. Like me, Dr. Atwood prepared the glassy solid of Example 1 of the '918

patent and characterized that glassy solid by XRPD, IR, and Raman. 20-2930-RGA, D.I. 1323 at 300:8-17, 316:4-10; 20-2930-RGA, D.I. 1324 at 556:10-14, 567:14-25. Dr. Atwood's Raman spectrum of the glassy solid of Example 1 (*i.e.*, amorphous TVS) and Raman spectrum of a physical mixture of amorphous valsartan disodium and amorphous sacubitril sodium likewise showed a peak shift, *e.g.*, with a peak at 1611 $cm^{-1}$ for the physical mixture, and a peak at 1616 $cm^{-1}$ for amorphous TVS. 20-2930-RGA, D.I. 1324 at 590:20-591:12; *see also* Opening Park Report at ¶ 46 (listing a peak at 1611.242 $cm^{-1}$ for the physical mixture, and a peak at 1614.040 $cm^{-1}$ for the glassy solid of Example 1 (*i.e.*, amorphous TVS)). If the "peak shifting" of the Raman spectrum of amorphous TVS that I reproduced was allegedly due to a calibration issue, that would also indicate that the Raman spectrum of amorphous TVS that Dr. David Atwood obtained also experienced the same alleged calibration error, resulting in the same peak shift, but in a different laboratory using a different Raman spectrometer. This is highly improbable.

71.    Furthermore, Dr. Atwood observed that amorphous sacubitril sodium on its own quickly converts to crystalline sacubitril sodium, but did not report that the glassy solid of Example 1 (*i.e.*, amorphous TVS) converts to a crystalline form over time. 20-2930-RGA, D.I. 1323 at 313:14-315:5. I likewise observed that the glassy solid of Example 1 was stable for an extended period of time. This further shows that amorphous TVS is not simply a physical mixture of amorphous valsartan disodium and amorphous sacubitril sodium.


Date: August 12, 2024

_____

Aeri Park, Ph.D.

46

# EXHIBIT 9

usp.org

# USP Reference Standard Development: From Cradle to Catalog

Select from the below links to navigate to a specific section of the development process.

1. Identifying the Need for a New Reference Standard or a New Lot
2. Procurement of Candidate Materials
3. The Collaborative Study
4. Data Review
5. Label Text
6. Packaging
7. Post-packaging Quality Control (QC) and Quality Assurance (QA) Review
8. Entry into USP Store and Catalog
9. Continued Suitability for Use (CSU) Program

## 1. Identifying the Need for a New Reference Standard or a New Lot

- The development of a never-before released USP Reference Standard (RS) generally begins with an official use for the RS in a new USP documentary standard or in a new application of an existing USP documentary standard. In limited cases, an RS may be developed without having an official USP compendial use. Such RS's are developed as a service primarily to analytical, clinical, pharmaceutical, and research laboratories.
- The development of a new lot of an existing USP RS is typically triggered by decreasing stock of the current lot. This lot is a replacement lot (new bulk lot number) or a continuation lot (same bulk lot number). A new lot may also be developed as a result of a new USP compendial use for the USP RS.

## 2. Procurement of Candidate Materials

- USP partners with sponsors of USP documentary standards and, when necessary, with other manufacturers of the articles of commerce to obtain candidate materials. Essential information such as stability data, packaging, storage, and handling conditions are also requested from the suppliers. Download the Guideline for Donors of USP Reference Standard Candidate Materials.
- Prior to obtaining candidate materials, procurement specifications are identified based on the associated USP compendial use(s). The candidate materials should:
  - Be supported by structural confirmation
  - Be the highest purity available
  - Meet applicable USP compendial requirements
  - Meet specifications as outlined in the below table

| Use | Use Type | Typical Chromatographic Purity Specifications |
|---|---|---|
| Quantitative | Assay Tests | $\geq 99.5\%$ |
| Quantitative | Limit Tests | $\geq 98\%$ |
| Qualitative | Identification, Resolution Probe, System Suitability, etc. | Case by Case but Typically $\geq 95\%$ |

Empowering a healthy tomorrow

usp.org

**3. The Collaborative Study**

- The goal of the collaborative study is to determine the suitability of the candidate material in the RS's associated USP compendial application(s).
- Collaborative studies are typically designed to:
    - o Confirm identity
        - Spectroscopic analysis (FTIR, NMR, MS, UV/VIS)
        - Chromatographic analysis (TLC, HPLC, GC)
    - o Assess purity
        - Direct purity tests
            - Chromatographic purity
            - Inorganic impurities
            - Volatiles (water, residual solvents)
        - Indirect purity tests (some examples)
            - Specific rotation
            - Elemental analysis
            - Titration of functional groups
    - o Provide information to support a mass balance assignment and assess lot-to-lot continuity (i.e., assaying against another well-characterized standard)
    - o Assess other attributes
        - Hygroscopicity using vapor sorption analysis (supports use on the as is, dried, or anhydrous basis)
        - Counter ion or salt verification (NMR, ICP–OES, ion chromatography, etc.)
- Once the test protocol is established, the candidate material and any additional RS's needed for testing are sent to the collaborative laboratories and testing is performed.
    - o Test protocols are considered proprietary to the USP RS program and are not available upon request.
- USP laboratories are accredited to ISO 17025. USP strives to use accredited laboratories in all collaborative studies. Visit USP's Quality Policy & ISO Accreditation website for more information on USP's quality commitment.
- For quantitative standards, an assigned value is typically calculated by a mass balance approach using the collaborator data.

   **Example Calculation Value:**

   mg of chemical substance per mg of material = [(100.0% - I) ÷ 100] x [(100.0% - Water - inorganic residue - RS - X) ÷ 100]

   I = Average Total Detected Area (%) displayed by the impurity peaks in HPLC or GC method
   RS = Residual solvents (% w/w)
   X = Other contributions, on a case-by-case basis (% w/w).

Empowering a healthy tomorrow

### 4. Data Review

- Test results from the collaborative laboratories are analyzed by USP scientists. All results are collated into a summary report. The report also includes handling and use instructions to be included on the RS label and/or USP Certificate.
- The report is reviewed and approved internally, including by Quality Assurance staff. Refer to Section 9.06 of the Rules and Procedures of the Council of Experts for details on the Expert Committee's role in approving USP Reference Standards.

### 5. Label Text

- The labeling material consists of both the label affixed to the USP RS container and the specified lot's USP Certificate. Both must be reviewed prior to handling or using a USP RS because in some cases not all of the necessary information can fit on the affixed label. USP Certificates are lot specific and are publicly available on the USP online store (https://store.usp.org). Additional documentation, such as a Typical Chromatogram, may be provided with the USP RS as needed based on its intended USP compendial applications.
- The affixed USP RS label typically contains the RS name, catalog number, lot number, approximate package size (if applicable), assigned value (if applicable), storage condition, handling instructions, and country of origin. For multi-component RS's, there is also an outer package and label.
  - The package size (if applicable), assigned value (if applicable), storage conditions, handling instructions, and country of origin are lot specific and may change from one lot to another. With the exception of the country of origin, these components are determined independently during each lot's collaborative study based on its intended USP compendial application(s) at the time of development.
- The affixed label also includes hazard and precautionary statements required by the U.S. Occupational Safety and Health Administration (OSHA) under the current revision of the Hazard Communication Standard (29 CFR 1910.1200). Terms used in these statements do not necessarily reflect specific definitions in the USP–NF. Safety Data Sheets for all USP RS are publicly available on the USP online store (https://store.usp.org).
- In addition to a copy of the USP RS label, the USP Certificate will generally contain the RS chemical name, structure or sequence, CAS number, molecular formula, and molecular weight. Additional information may be included such as special handling instructions or information needed for the use of the USP RS. The USP Certificate also includes a series of general instructions applicable to all USP RS's.

### 6. Packaging

- USP utilizes many different packaging configurations. The container-closure system of each USP RS is selected for ease of use and to best maintain the integrity of the material. Vial closure systems have undergone validation to ensure quality performance. See the most commonly used packaging configurations below.
  - Amber glass vials with Teflon-coated stoppers - typical packaging for USP RS
  - Clear, conical glass vials with Teflon-coated stoppers - for RS's with small package size (e.g. 10-15 mg)
  - Amber glass ampules – primarily for liquids

**7. Post-packaging Quality Control (QC) and Quality Assurance (QA) Review**

- USP adheres to an ISO 9001 quality management system as well as cGMP quality principles. USP RS's are packaged and labeled with line clearance between lots. Post-packaging QC testing, label reconciliation, and final QA batch record audits are performed on every lot before release to inventory.

**8. Entry into USP Store and Catalog**

- After QA release, the USP RS lot is entered into the USP Reference Standards Catalog and the online USP store where it is offered for sale. Replacement and Continuation lots will be visible as current lots once the preceding lot has been depleted and moved to being the most recent previous lot.
- Valid Use Dates of all previous lots can be viewed in the USP online store (https://store.usp.org).

**9. Continued Suitability for Use (CSU) Program**

- USP RS's are periodically reevaluated by USP throughout their lifecycles through the CSU Program. The goal of the CSU program is to confirm the continued suitability of the material for use as a USP RS in its associated USP compendial application(s) during its valid use period.
- CSU testing intervals are established based on collaborative study data, manufacturer or supplier data, test results, and CSU data trends and projections. When and where applicable, an accelerated degradation study may be performed to provide additional information on the stability of the USP RS and to support CSU testing intervals.
- Testing intervals and CSU data cannot be shared as they are considered proprietary to the USP Reference Standard program.

**USP Reference Standards Frequently Asked Questions (FAQs):**

**https://www.usp.org/frequently-asked-questions/reference-standards**

# EXHIBIT 10

US011096918B2

(12) **United States Patent**
Feng et al.

(10) **Patent No.:** **US 11,096,918 B2**
(45) **Date of Patent:** *Aug. 24, 2021

(54) **AMORPHOUS SOLID FORM OF COMPOUNDS CONTAINING S—N-VALERYL-N-{[2'-(1H-TETRAZOLE-5-YL)-BIPHENYL-4-YL]-METHYL}-VALINE AND (2R,4S)-5-BIPHENYL-4-YL-4-(3-CARBOXY-PROPIONYLAMINO)-2-METHYL-PENTANOIC ACID ETHYL ESTER MOIETIES AND SODIUM CATIONS**

(71) Applicant: **Novartis Pharmaceuticals Corporation**, East Hanover, NJ (US)

(72) Inventors: **Lili Feng**, Pine Brook, NJ (US); **Sven Erik Godtfredsen**, Chatham, NJ (US); **Paul Allen Sutton**, Getsville, NY (US); **Mahavir Prashad**, Montville, NJ (US); **Michael J. Girgis**, Montville, NJ (US); **Bin Hu**, Green Brook, NJ (US); **Yugang Liu**, Bridgewater, NJ (US); **Thomas J. Blacklock**, East Hanover, NJ (US); **Piotr Henryk Karpinski**, Lincoln Park, NJ (US)

(73) Assignee: **NOVARTIS PHARMACEUTICALS CORPORATION**, East Hanover, NJ (US)

( * ) Notice: Subject to any disclaimer. the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/579,581**

(22) Filed: **Sep. 23, 2019**

(65) **Prior Publication Data**

US 2020/0016109 A1    Jan. 16, 2020

**Related U.S. Application Data**

(60) Continuation of application No. 16/006,252, filed on Jun. 12, 2018, now abandoned, which is a continuation of application No. 15/187,872, filed on Jun. 21, 2016, now abandoned, which is a division of application No. 14/311,788, filed on Jun. 23, 2014, now Pat. No. 9,388,134, which is a division of application No. 11/722,360, filed as application No. PCT/US2006/043710 on Nov. 8, 2006, now Pat. No. 8,877,938.

(60) Provisional application No. 60/822,086, filed on Aug. 11, 2006, provisional application No. 60/789,332, filed on Apr. 4, 2006, provisional application No. 60/735,541, filed on Nov. 10, 2005, provisional application No. 60/735,093, filed on Nov. 9, 2005.

(51) Int. Cl.
| | | |
|---|---|---|
| *A61K 31/216* | (2006.01) | |
| *A61K 31/41* | (2006.01) | |
| *C07C 233/47* | (2006.01) | |
| *C07D 257/04* | (2006.01) | |

| | | |
|---|---|---|
| *A61K 45/06* | (2006.01) | |
| *A61K 31/4422* | (2006.01) | |
| *A61K 31/5415* | (2006.01) | |
| *C07D 207/50* | (2006.01) | |

(52) U.S. Cl.
CPC ............ *A61K 31/216* (2013.01); *A61K 31/41* (2013.01); *A61K 31/4422* (2013.01); *A61K 31/5415* (2013.01); *A61K 45/06* (2013.01); *C07C 233/47* (2013.01); *C07D 207/50* (2013.01); *C07D 257/04* (2013.01); *A61K 2300/00* (2013.01)

(58) **Field of Classification Search**
CPC .............................. C07C 233/47; C07D 257/04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,954,909 A | 4/1934 | Adler et al. | |
| 2,499,058 A | 2/1950 | Cusic | |
| 2,534,813 A | 12/1950 | Cusic | |
| 3,057,731 A | 10/1962 | Froman et al. | |
| 4,610,816 A | 9/1986 | Berger | |
| 4,722,810 A | 2/1988 | Gordon | |
| 4,740,499 A | 4/1988 | Olins | |
| 4,749,688 A | 6/1988 | Sybertz, Jr. | |
| 4,929,641 A | 5/1990 | Haslanger | |
| 5,217,996 A * | 6/1993 | Ksander ............... | C07C 233/47 514/533 |
| 5,223,516 A | 6/1993 | Loots | |
| 5,250,522 A | 10/1993 | De Lombaert | |
| 5,273,990 A | 12/1993 | De Lombaert | |
| 5,294,632 A | 3/1994 | De Lombaert | |
| 5,376,293 A | 12/1994 | Johnston | |
| 5,399,578 A | 3/1995 | Teruo | |
| 5,520,522 A | 5/1996 | Teruo | |
| 6,248,729 B1 | 6/2001 | Coniglio et al. | |
| 6,262,092 B1 | 7/2001 | Hamanaka | |
| 6,693,216 B2 | 2/2004 | Raczek | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1061404 A | 5/1992 |
| CN | 1097576 A | 1/1995 |

OTHER PUBLICATIONS

Morissette et al. ("High-throughput crystallization: polymorphs, salts, co-crystals and solvates of pharmaceutical solids"; 2004; Advanced Drug Delivery Reviews; 56: 275-300 (Year: 2004).*

(Continued)

*Primary Examiner* — Timothy P Thomas

(57) **ABSTRACT**

An amorphous solid form of a compound comprising the angiotensin receptor antagonist (ARB) valsartan, the neutral endopeptidase inhibitor (NEPi) (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methylpentanoic acid ethyl ester and sodium cations is provided. This compound is useful for the treatment of hypertension and/or heart failure.

**2 Claims, 1 Drawing Sheet**

NPC-VS-918-000023021

## US 11,096,918 B2
Page 2

### (56)          References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,737,430 | B2 | 5/2004 | Pettman |
| 6,869,970 | B2 | 3/2005 | Marti |
| 2002/0098241 | A1 | 7/2002 | Venkatesh |
| 2004/0138274 | A1 | 7/2004 | Watson |
| 2005/0070551 | A1 | 3/2005 | Remenar et al. |
| 2009/0299056 | A1 | 12/2009 | Wang et al. |

#### FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| CN | 1246482 | A | 3/2000 | |
| CN | 1397556 | A | 2/2003 | |
| CN | 1513854 | A | 7/2004 | |
| CN | 1603326 | A | 4/2005 | |
| CN | 1651433 | A | 8/2005 | |
| CN | 1793147 | A | 6/2006 | |
| CN | 105037289 | A | 11/2015 | |
| CN | 105503760 | A | 4/2016 | |
| CN | 105873586 | A | 8/2016 | |
| CN | 106905253 | A | 6/2017 | |
| EP | 0034172 | B1 | 5/1983 | |
| EP | 0342850 | A1 | 11/1989 | |
| EP | 0343911 | A2 | 11/1989 | |
| EP | 0361365 | A1 | 4/1990 | |
| EP | 0443983 | A1 | 8/1991 | |
| EP | 0498361 | A2 | 8/1992 | |
| EP | 0509442 | A1 | 10/1992 | |
| EP | 0636621 | A1 | 2/1995 | |
| EP | 0726072 | A2 | 8/1996 | |
| GB | 2218983 | A1 | 11/1989 | |
| JP | 06234754 | A | 8/1994 | |
| JP | 07157459 | A | 6/1995 | |
| WO | 9009374 | A1 | 8/1990 | |
| WO | 9214706 | A1 | 9/1992 | |
| WO | 9309101 | A1 | 5/1993 | |
| WO | 9310773 | A1 | 6/1993 | |
| WO | 9415908 | A1 | 7/1994 | |
| WO | 00/02543 | A1 | 1/2000 | |
| WO | 0073271 | A1 | 12/2000 | |
| WO | 0073298 | A1 | 12/2000 | |
| WO | 0174348 | A2 | 10/2001 | |
| WO | 2002/06253 | A1 | 1/2002 | |
| WO | 0206253 | A1 | 1/2002 | |
| WO | WO-0206253 | A1 * | 1/2002 | ............ A61K 31/41 |
| WO | 0240007 | A1 | 5/2002 | |
| WO | 02/083066 | A2 | 10/2002 | |
| WO | 02092622 | A2 | 11/2002 | |
| WO | 2003/035046 | A2 | 5/2003 | |
| WO | 03059345 | A1 | 7/2003 | |
| WO | WO-03059345 | A1 * | 7/2003 | ........ A61K 31/192 |
| WO | 03066606 | A1 | 8/2003 | |
| WO | 2003074474 | A2 | 9/2003 | |
| WO | 2003/089417 | A1 | 10/2003 | |
| WO | 03/094915 | A1 | 11/2003 | |
| WO | 03/097045 | A1 | 11/2003 | |
| WO | 2003097098 | A1 | 11/2003 | |
| WO | 2004/078163 | A2 | 9/2004 | |
| WO | 2004/083192 | A1 | 9/2004 | |
| WO | 2004078161 | A2 | 9/2004 | |
| WO | 2004101535 | A1 | 11/2004 | |
| WO | 06086456 | A2 | 8/2006 | |
| WO | 2007056546 | A1 | 5/2007 | |
| WO | 2016037552 | A1 | 3/2016 | |
| WO | 2016049663 | A1 | 3/2016 | |
| WO | 2016/201238 | A1 | 12/2016 | |
| WO | 2017009784 | A1 | 1/2017 | |
| WO | 2017/042700 | A1 | 3/2017 | |
| WO | 2018/069833 | A1 | 4/2018 | |
| ZA | 8400670 | A | 1/1984 | |

#### OTHER PUBLICATIONS

Rodriguez-Spong et al. ("General principles of pharmaceutical solid polymorphism: a supramolecular perspective"; 2004; Advanced Drug Delivery Reviews; 56:241-274 (Year: 2004).*

"Polymorphism in Pharmaceutical Solids" in Drugs and the Pharmaceutical Sciences 1999, vol. 95 (edited by H. G. Brittain, Marcel Dekker, Inc) pp. 197-199.

Medicinal Chemistry, 2nd Edition, Edited by Zongru Guo: China Medicinal Science and Technology Publishing House Published in Aug. 2003.

Chen 2003 Science Press : Principle and Practice of Single Crystal Structure Analysis, edited by Chen Xiaoming and Cai Jiwen, 2003, Science Press, cover page, copyright page, Table of Contents, pp. 2, 41-44, 126-127.

Shou 2006 Chemical Engineer: Shou Kaisheng, Cultivation of singe crystal for X-ray diffraction test, Chemical Engineer, No. 4, Apr. 2006, pp. 64-66.

Randy Webb Declaration, signed May 11, 2006 (Filed in U.S. Appl. No. 10/341,868).

Applicant's submissions pursuant to rule 116 EPC of Feb. 11, 2013 in EP Patent Application No. 06827689.8.

Entresto Label, Nov. 24, 2015.

Response to the communication under Article 94(3) EPC dated Oct. 3, 2013 in EP Patent Application No. 10176094.0.

Vranic, "Amorphous Pharmaceutical Solids", Bosnian Journal of Basic Medical Sciences, 4(3):35-39. 2004.

Decision X ZR 126/09 of the German Supreme Court: Obvious to combine two active ingredients into one pharmaceutical preparation—leflunomide (GRUR 2012, 1130), German document with English translation.

EMEA (European Medicines Agency) Specifications: Test Procedures and Acceptance Criteria for New Drug Substances and New Drug Products: Chemical Substances, May 2000.

Novartis Response to A94(3), Jan. 4, 2018 in EP Patent Application No. 10176094.0.

Novartis Response to A94(3), Jan. 7, 2010 in EP Patent Application No. 06827689.8.

Sekiguchi and Ito, "Studies on the Molecular Compounds of Organic Medicinals. I. Dissolution Behavior of the Molecular Compound of Sulfanilamide and Sulfathiazole", Chem Pharm Bull 13(4):405-413, 1965.

French and Morrison, "Identification of Complexes of Phenobarbital with Quinine, Quinidine, or Hydroquinidine in Pharmaceutical Dosage Forms", J Pharm Sci, 54(8):1133-1136, 1965.

Guillory et al., "Interactions Between Pharmaceutical Compounds by Thermal Methods", J Pharm Sci, 58(3):301-308, 1969.

Fujioka and Tan, "Biopharmaceutical Studies on Hydantoin Derivatives. III. Physio-Chemical Properties, Dissolution Behavior, and Bioavailability of the Molecular Compound of 1-Benzenesulfonyl-5,5-Diphenylhydantoin and Anti-Pyrine", J Pharm Dyn, 5:475-484, 1982.

Caira, "Molecular complexes of sulfonamides. 2. 1:1 complexes between drug molecules: sulfasimidine-acetylsalicyclic acis and sulfadimidine-4-aminosalicylic acid", J Crystallogr Spectrosc Res, 72(2): 193-200, 1992.

Sardone et al., "Trimethoprim-Sulfadimidine 1:2 Molecular Complex Monohydrate", Acta Cryst, C53,1295-1299, 1997.

Sangster, "Phase Diagrams and Thermodynamic Properties of Binary Systems of Drugs", J Phys Chem Ref Data, 28 (4):889-930, 1999.

EMA (European Medicines Agency) Note for Guidance on Pharmaceutical Development (May 2006).

Wikipedia entry "Van der Waals force", retrieved from "https://en.wikipedia.org/w/index.php? title=Van_der_Walls_force&oldid=1012426507", last edit date Mar. 16, 2021.

Encyclopedia Britannica entry "Van der Waals force", retrieved from https://www.britannica.com/science/van-der-Waals-forces, access date Apr. 13, 2021.

Wikipedia entry "Sacubitril" (in German).

Rifaximin alpha decision by the federal Supreme Court (BGH), GRUR 2019, 157. English translation.

Definition of "Supramolecular assembly" https://en.wikipedia.org/wiki/Supramolecular_assembly, downloaded Oct. 22, 2019.

Nakao, et al. "The crystal and molecular structure of the 2: 1 molecular complex of theophylline with phenobarbital", Acta Crystallogr. B, 33 (1977), pp. 1373-1378.

## US 11,096,918 B2

Page 3

(56)         **References Cited**

OTHER PUBLICATIONS

Bettinetti, et al. "Methanol solvate of the 1: 1 molecular complex of trimethoprim and sulfadimidine", Acta Crystallogr. C: Struct. Chem, 53 (1997), pp. 594-597.

Zaitu, et al. "A 2:1 Molecular Complex of Theophylline and 5-Fluorouracil as the Monohydrate", Acta Crystallogr. C: Struct. Chem., 51 (1995), pp. 1857-1859.

Brittain, Methods for the Characterization. . . Polymorphism in Pharmaceutical Solids 1999 pp. 227-278.

Byrn et al., "Solid-state Pharmaceutical Chemistry". Chem. Mater., 6, 1148-1158 (1994).

Byrn et al., Solid State Chemistry of Drugs (2d ed. 1999). pp. 47-58.

Haleblian, et al. "Pharmaceutical Applications of Polymorphism", 58 J. Pharm. Sci., 911-929 (1969).

Haleblian, et al. "Characterization of Habits and Crystalline Modifications of Solids and Their Pharmaceutical Applications", J. Pharm. Sci., 64, 8, 1269-1288 (1975).

Hsieh et al., "Non-Isothermal Dehydration Kinetic Study of Aspartame Hemihydrate using DSC, TGA, and DSC-FTIR Microspectroscopy", Asian J. Pharm. Sci., 13, 212-219 (2018).

Khankari et al., "Pharmaceutical hydrates", Thermochimica Acta, 248, 61-79 (1995).

Rose, Erythromycin and Some of Its Derivatives, Analytical Chemistry, 26, 5, 938-939 (1954).

Wells, Structural Inorganic Chemistry, p. 572 (3d ed. 1962).

Zumdahl et al., Chemistry 68-110 (10th ed. 2018).

Reports on the filing or determination of an action regarding a patent; File history of U.S. Pat. No. 8,877,938; Jun. 29, 2020-Mar. 31, 2021.

Reports on the filing or determination of an action regarding a patent; File history of U.S. Pat. No. 9,388,134; Jun. 29, 2020-Mar. 31, 2021.

Defendants' Joint Initial Invalidity Contentions Under Local Patent Rules; Action regarding U.S. Pat. No. 8,877,938 and U.S. Pat. No. 9,388,134; Dec. 4, 2020.

Remenar, et al. "Crystal Engineering of Novel Cocrystals of a Triazole Drug with 1,4-Dicarboxylic Acids" J. Am. Chem. Soc. 125:8456-8457, 2003.

Joint Claim Construction Brief and Appendices; Action regarding U.S. Pat. No. 8,877,938; and U.S. Pat. No. 9,388,134; May 21, 2021.

Prescribing Information for ENTRESTO (sacubitril and valsartan), for oral use, revised Feb. 2021.

Prescribing Information for ENTRESTO (sacubitril and valsartan), for oral use, revised Oct. 2019.

Kaneniwa & Otsuka, "The Interaction between Water and Cephalexin in the Crystalline and Noncrystalline States," Chem. Parm. Bull. 32(11): 4551-4559 (1984).

"Chemical and Pharmaceutical Bulletin," Instructions to Authors (last updated Jan. 1, 2020).

Aakeroy, C.B., et al., "Avoiding 'Synthon Crossover' in Crystal Engineering with Halogen Bonds and Hydrogen Bonds", Crystal Growth and Design, 11:5333-5336, 2011.

Schartman, R.R., "On the thermodynamics of cocrystal formation", International Journal of Pharmaceutics, 365:77-80. 2009.

Kawashima, Y., et al., "Preparation of directly compressible powders of a physical mixture and a complex of throphylline-phenobarbital using spray-drying", International Journal of Pharmaceutics, 18:345-343, 1984.

Almarsson Organic Crystal Engineering: Frontiers in Crystal Engineering , Edited by Tiekink, E.R.T., Vital, J., and Zaworotko, M., John Wiley and Sons. pp. 69-70,87-90 and 98, 2010.

Principle of IUPAC Nomenclature of Organic Compounds. Zhejiang Science & Technology Publishing house 1985.

Drug Design, Chapter 2—Principles and Methods of Drug Design, edited by Qiu Zhubai, High Education Press, Edition 1, pp. 223-226, Dec. 1999.

Shimizu and Nishigaki, Structure of 2,4-Diamino-5-(3,4,5-trimethoxybenzyl)pyrimidine-5,5-Diethylbarbituric Acid (1:1), Acta Cryst., B38:2309-2311, 1982.

Remenar, et al., "Salt Selection and Simultaneous Polymorphism Assessment via High-Throughout Crystallization: The Case of Sertraline", Organic Process Research & Development, 7:990-996, 2003.

Carter, et al., "Hydrochlorothiazide Versus Chlorthalidone Evidence Supporting Their Interchangeability", Hypertension, 43:4-9, 2004.

Dahlof, et al., "Prevention of cardiovascular events with an anti-hypertensive regimen of amlodipine adding perindopril as required versus atenol adding bendroflumethiazide as required, in the Anglo-Scandinavian Cardiac Outcomes Trial-Blood Pressure Lowering Arm (ASCOT-BPLA): a multicentre randomized controlled trial", Lancet, 366:895-906, 2005.

Levy, et al., "The Progression From Hypertension to Congestive Heart Failure", JAMA, 275(20): 1557-1562, 1996.

Luft, et al., "Macromolecular crystallization in a high throughput laboratory—the search phase". Journal of Crystal Growth. 232:591-595, 2001.

Morissette, et al., "Elucidation of crystal form diversity of the HIV protease inhibitor ritonavir by high-throughput crystallization", PNAS, 100(5):2180-2184, 2003.

Desiraju, "Chemistry beyond the molecule". Nature, 412(6845):397-400, 2001.

Etter, "Hydrogen Bonds as Design Elements in Organic Chemistry", J. Phys. Chem., 95:4601-4610, 1991.

General Chemistry, Ch. 3: "Substance Structure and Periodic law of Elements", Sec. 7: Intermolecular force and hydrogen bond'. edited by Tianpeng Cao, 2000.

Basic Material Science, Part II: "Basic Theory of Material Structure", Ch. 3: "Atomic structure and bonding", edited by Zhangzhong Wang, 2015.

Basic Medical Chemistry, Ch. 8: "Molecular Science", Sec. 3: "Intermolecular force", edited by Zhao, Q and Liu, L, Ed., 2015.

State Food and Drug Administration (SFDA), 2006 National Drug Standard, vol. 49, edited by National Pharmacopoeia Committee.

Online dictionary (Merriam-Webster) for the definition of "subtherapeutic". downloaded 2019.

Chinese Pharmacopoeia, Part IV. 0451: X-ray diffraction method, Edited by National Pharmacopoeia Committee, Chinese Medical Science Press, 2015.

The American Heritage Dictionary of the English Language, 3rd Ed., p. 1792, 1992.

Miroshnyk, et al., "Pharmaceutical co-crystals—an opportunity for drug product enhancement", Expert Opin. Drug. Deliv. 6(4):333-341, 2009.

Izzo, Jr., et al., "Efficacy and Safety of Crystalline Valsartan/Sacubitril (LCZ696) Compared With Placebo and Combinations of Free Valsartan and Sacubitril in Patients With Systolic Hypersion: The RATIO Study", J. Cardiovasc. Pharmacol. 69(6):374-381, 2017.

"Guideline on clinical investigation of medicinal products in the treatment of hypertension", European Medicines Agency, Science Medicines Health, EMA/238/1195/Rev. 3, p. 1-18, 2010.

Organic Chemistry Experimentation, 2.3. Recrystallization and Filtration, Edited by Guangqen XI, Changhong Zhao, Zhongde Zhao, et al., Published by East China University of Science and Technology Press, 1st edition, 1st printing, pp. 31-37, 1995.

Pharmaceutics, edited by Chuanfu Yu, Published by People's Medical Publishing House. 1st edition, 1st printing, Chapter 15: "Introductions for other formulations", Section 6: "Prodrug Formulation", pp. 417-419, 1986.

Concise Course of Social Chemistry, edited by Pingchu Chen, Wuke Li, Zhengkun Zhan, Published by Higher Education Press, 1st edition, 1st printing, Chapter 2: "Chemistry in modern society", Section 2.5.2: "Supermolecular Chemistry", pp. 64-66, 2004.

Pharmaceutical Chemistry (a training textbook for qualification exam of licensed pharmacist), edited by Mingxia Xu, Published by China Medical Science and Technology Press, 1st edition, 2nd printing, Chapter 19, Section 2, p. 221, 1988.

Etter, M.C., et al., "Hydrogen-Bond Directed Cocrystallization as a Tool for Designing Acentric Organic Solids", Chemistry of Materials, 1(1):10-12, 1989.

US 11,096,918 B2

Page 4

(56)    **References Cited**

OTHER PUBLICATIONS

Aakeröy, C.B., et.al.; "Crystal Engineering: Strategies and Architectures", Acta Crystallographica Section B, pp. 569-586; ISSN 0108-7681, 1997.

Preparation called Diovan and Co-Diovan in free base form, 2003.

The Merck Index entry for Entresto®, downloaded Aug. 23, 2017.

"Technical Guidelines for Research on Bioavailability and Bioequivalence of Chemical Drug Formulations", (Guidelines No. [H]GCL.2-1), issued by CFDA, 2005.

Vishweshwar, Peddy et al., "Crystal engineering of pharmaceutical co-crystals from Polymorphic active pharmaceutical ingredients", Chem. Communication, pp. 4601-4603, 2005.

Xu, textbook portion "Pharmaceutical Chemistry", 1996.

Registration file of the composition valsartan/sacubitril (trade name Entresto)—p. 4 of the Summary Review document, 2015.

Datta Sharmistha et al., "Crystal Structures of Drugs: Advances in Determination, Prediction and Engineering", Nature Reviews, vol. 3, pp. 42-57, 2004.

Berge, Stephen M. et al., Pharmaceutical Salts, Journal of Pharmaceutical Sciences, vol. 66 (1), pp. 1-19, 1977.

Byrn, Stephen et al., "Pharmaceutical Solids: A Strategic Approach to Regulatory Considerations", Pharmaceutical Research, vol. 12 (7), pp. 945-954, 1995.

Biopharmaceutics and Pharmacokinetics, Ch. 11 "Nonlinear Pharmacokinetics", Section One, (2000).

"Principle of Nomenclature of Organic Compounds", Science Publishing House, pp. 146 and 268, 2017.

Yung, S. L., "Hydrothermal Crystallization of Organic Compounds", Thesis, the Hong Kong University of Science and Technology, 2004.

Zhang. W., et al., "A Simplified Table for Conversion Between 2-theta Value and d Value in X-Ray Powder Diffraction Pattern", Journal of Ningxia University (Natural Science Edition), 2007.

English-Chinese Dictionary of Chemistry and Chemical Engineering (4th Edition), 2000

Compiled references relating to the compounds listed in Annex 2 named using "butylcarbamoyl" or "carbamoylpropionate" nomenclature, 2017.

Packer, M., et al., "Comparison of Omapatrilat and Enalapril in Patients With Chronic Heart Failure", Circulation. 920-926, 2002.

Medpage Today 5 Game-Changers in Cardiology in 2015: Entresto, 2015.

King. J. B., et al., "Neprilysin Inhibition in Heart Failure with Reduced Ejection Fraction: A Clinical Review", Pharmacotherapy, 35(9):823-837, 2015.

Kario, K., et al., "Efficacy and Safety of LCZ696, a First-in-Class Angiotensin Receptor Neprilysin Inhibitor, in Asian Patients with Hypertension. A Randomized, Double-Blind, Placebo-Controlled Study", Hypertension, 63:698-705, 2014.

Gu, J., et al., "Pharmacokinetics and Pharmacodynamics of LCZ696, a Novel Dual-Acting Angiotensin Receptor—Neprilysin Inhibitor (ARNi)", The Journal of Clinical Pharmacology. 50:401-414, 2010.

Aitipamula, S., et al., "Polymorphs, Salts, and Cocrystals: What's in a Name?", Crystal Growth & Design, 12:2147-2152, 2012.

Aakeroy, C. B., et al., "Cocrystal or Salt: Does It Really Matter?", Molecular Pharmaceutics, 4(3):317-322, 2007.

Braga, D., et al., "From unexpected reactions to a new family of ionic co-crystals: the case of barbituric acid with alkali bromides and caesium iodide", Chem. Comm. 46:7715-7717, 2010.

US FDA Entresto Prescribing Information, 2015.

Aakeroy, C.B., et al., "Building co-crystals with molecular sense and supramolecular sensibility", Cryst. Eng. Comm., 7 (72):439-448, 2005.

Rissanen K. et al, Self-assembly by co-ordination and strong hydrogen bonding. X-ray crystal structures of a dimeric trisodium complex of a new acidic complexing ligand and its dehydrate. Supramolecular Chemistry. 247-250, 1991.

De-Dong W. et al.; Formation of Various Polymeric Frameworks by Dicarboxylate-Like Ligands: Synthesis and Crystal Structures of

Polymeric Complexes of Sodium Perchlorate with Flexible Double Betaines. Structural Chemistry, vol. 7, No. 2, 1996.

Andrews P.C.et al.; Synthesis and Crystal Structures of [C6H4SC (~S)-NNa-3P(NMe2)3O.NAN-(~S)·CSC6HJ  and [C6H4SC(~S)~NLiÿpmdien]  (pmdien  =  N.N.N',N",N"-Pentamethyldiethylenetriamine): Alkali-metal Amides from 2-Sulfanylbenzothiazole. J. Chem. Soc. Dalton Trans. 4059-4065, 1995.

Wang Y. et al.; Crystal Structures and Spectroscopic Properties of Zinc(II) Ternary Complexes of Vitamin L, Hÿ and Their Isomer/«-Aminobenzoic Acid with Bipyridine; Chem. Pharm. Bull; 53(6):645-652, 2005.

Papadimitriou C. et al.; Chloranilate bridged sodium chains. Inorganic Chemistry Communications 1; 418-420, 1998.

Novartis' letter of Feb. 11, 2013 to the European Patent authority. Affidavit of Alan Graff; Dated Feb. 17, 2016.

Novartis Notice of Marketing of Entresto, Summary of Product Characteristics, Ministry of Health, Nov. 2015 (English Translation).

Testimony of Prof. Dahloff, Mar. 4. 2015 (English Translation).

Petition for Patent Term Extension-IL Patent Application No. 184027 (under opposition) and IL Patent Registration No. 162661, Feb. 17, 2016 (English Translation).

Ksander et al., Journal of Medicinal Chemistry, vol. 38, No. 10, 1995, pp. 1689-1700.

Vishweshwar, Peddy, Journal of Pharmaceutical Sciences, vol. 95, No. 3, Mar. 2006; Review: Pharmaceutical Co-Crystals, (Univ of South Florida), pp. 499-516.

Morissette et al.; "High-throughput crystallization: ploymorphs, salts, co-crystals and solvates of pharmaceutical solids"; 2004; Advanced Drug delivery Reviews; 56: 275-300.

Matsumoto et al, "Blockade of rennin-angiotensin system and enhancement of atrial natriuretic peptide with neutral endopeptidase inhibition cause natriuresis in congestive heart failure and renal dysfunction in conscious dogs", Abstract, JASN, Hemodynamics and Vascular Regulation, Sep. 1993, pp. 517.

Almeida et al., "Clearance Function of Type C receptors of Atrial Natriuretic Factor in rats", American Journal of Physiology, 1999, vol. 256, pp. R469-R475.

Bazil K et al, "Telemetric monitoring of cardiovascular parameters in conscious spontaneously hypertensive rats", Journal of Cardiovascular Pharmacology, 1993, vol. 22, pp. 897-905.

Consensus Trial Study Group, "Effects of enalapril on mortality in severe congestive heart failure", New England Journal of Medicine, 1987, vol. 316, No. 23, pp. 1429-1435.

Stephenson et al, "The hydrolysis of a human atrial natriuretic peptide by pig kidney microvillar membranes is initiated by endopeptidase-24.11", Biochem J, 1987, vol. 243, pp. 183-187.

Erdos, "Angiotensis I converting enzyme and the changes in our concepts through the years", Lewis K. Dahl Memorial Lecture, Hypertension, 1990, vol. 16, No. 4, pp. 363-370.

Intengan, Thibault, Li et al. "Blood Pressure and Small Arteries in DOCA-salt-treated genetically AVP-deficient rats", Hypertension, 1999, vol. 34, No. 4, Part 2, pp. 907-913.

Needleman et al, "The biochemical pharmacology of atrial peptides", Annual Reivew Pharm., Tox., 1989, vol. 29, pp. 23-41.

Sybertz et al, "Atrial natriuretic factor-potentiating and antihypertensive activity of SCH 34826", Hypertension, 1990, vol. 15, No. 2, pp. 152-161.

Williford, Sharma et al, "Spatial Heterogeneity of Intracellular Ca concentration in nonbeating guinea pig ventricular myocytes", Circ Res, 1990, vol. 66, No. 1, pp. 241-248.

Zannad, "The Emerging Role of ACE inhibitors in the treatment of disease", Journal of Cardiovasc. Pharmaceutical., 1990, vol. 15, Suppl. 2, pp. S1-S5.

Taub et al, CAPLUS Abstract AN 1986:573042, ZA 8400670, Sep. 25, 1985.

Sugano et al, CAPLUS Abstract AN 1995:931230; JP 07157459, Jun. 29, 1995.

Yamada et al, CAPLUS Abstract AN 1995:4126620, Aug. 23, 1994.

Intengan et al, "Resistance Artery mechanics, structure, and Extracellular Components in Spontaneously Hypertensive Rats", Circulation, Nov. 30, 1999, pp. 2267-2275.

US 11,096,918 B2

Page 5

(56)                References Cited

                OTHER PUBLICATIONS

Ruilope, Luis M, et al, "Blood-pressure reduction with LCZ696, a novel dual-acting inhibitor of the angiotensin II receptor and neprilysin" Lancet 2010; 375:1255-66.
Waeber, Bernard and Feihl, Francois, The Lancet, "Blood pressure reduction with LCZ696" Mar. 16, 2010, vol. 375 No. 97222 pp. 1228-1229.
Wood et al., "Structure-based design of aliskiren, a novel orally effective renin inhibitor" Biochemical and Biophysical Research Communications, 2003, vol. 308, pp. 698-705.
Day, et al, Significant progress in predicting the crystal structures of small organic molecules—a report on the fourth blind test, Acta Cryst. B65, pp. 107-125 (2009).
Duniz, et al, Exercises in prognostication: Crystal structures and protein folding, PNAS, 2004, vol. 101, vol. 101, No. 40, pp. 14309-14311.
Stahly, G. Patrick, "A Survey of Cocrystals Reported Prior to 2000"Crystal Growth and Design Perspective, 2009, vol. 9, pp. 4212-4229.
Stephenson and Kenny, "Metabolism of Neuropeptides", Biochem. Journal, 1987, vol. 241, pp. 237-247.
Feng et al. "LCZ696: a dual-acting sodium supramolecular complex"; 2012; Tetrahedron Letters 53:275-276.
Almarsson, Oern et al., Chem. Community, 2004, pp. 1889-1896.
Aakeröy,Christer et.al.; Acta Crystallographica Section B, pp. 569-586; ISSN 0108-7681.
Patentee's submission of Feb. 11, 2013, in EP 06 827 689.8.
Stahl, Heinrich et al., Helvetica Chimica Acta,"Handbook of Pharmaceutical Salts. . ." 2002, pp. 265-327.
McMurray et al.; Angiotensin-Neprilysin Inhibition versus Enalapril in Heart Failure; 2014; New England Journal of Medicine; vol. 371, No. 1, pp. 993-1004.
Nakao et al: "The Crystal and Molecular Structure of the 2:1 Molecular Complex of Theophylline with Phenobarbital", Acta Cryst., 1977, B33, pp 1378-1384.
Black et al., "Valsartan, a new angiotensin II antagonist for the treatment of essential hypertension: efficacy, tolerability and safety compared to an angiotensin-converting enzyme inhibitor, lisinopril", Journal of Human Hypertension, 1997, vol. 11, pp. 483-489.
Entresto Prescribing Information, Aug. 2015.
Polymorphism in Molecular Crystals, Joel Bernstein, Clarendon Press/Oxford, Oxford (UK), pp. 27,46-49, 112, 150 and 151. (2002).
Polymorphism in Pharmaceutical Solids in Drugs and the Pharmaceutical Sciences, vol. 95 (edited by H. G. Brittain), Marcel Dekker, Inc, pp. 229-278, (1999).
Hickey, et al., "Performance comparison of a co-crystal of carbamazepine with marketed product", European Journal of Pharmaceutics and Biopharmaceutics, 67:112-119. 2007.
Bettinetti and Giordano, "Interaction Between Trimethoprim and Some Sulfa Drugs", Drug Development and Industrial Pharmacy, 14(4):431-449. 1988.
Guillory, "Generation of Polymorphs, Hydrates, Solvates, and Amorphous Solids", Polymorphism in Pharmaceutical Solids (ed. Harry G. Brittain), vol. 95, Chapter 5, pp. 183-226. 1999.
Regulatory Classification of Pharmaceutical Co-Crystals Guidance for Industry, 2018, P3.
Variankaval, et al., "Preparation and Solid-State Characterization of Nonstoichiometric Cocrystals of a Phosphodiesterase-IV Inhibitor and L-Tartaric Acid", Crystal Growth & Design, 6(3):690-700. 2005.
Martin, et al., "Polyphenol-Caffeine Complexation". J. Chem. Soc., Chem. Commun. 2:105-106. 1986.
Brittain and Byrn, "Structural Aspects of Polymorphism", Polymorphism in Pharmaceutical Solids (ed. Harry G. Brittain), vol. 95, Chapter 3, pp. 74-124. 1999.
Vippagunta et al., "Crystalline solids", Advanced Drug Delivery Reviews, 48:3-26. 2001.
Morris and Rodriguez-Hornedo, "Hydrates", Encyclopedia of Pharmaceutical Technology, 7:393-440. 1993.

Vogt, et al., "A Study of variable hydration states in topotecan hydrochloride", Journal of Pharmaceutical and Biomedical Analysis, 40:1080-1088. 2006.
Griesser, "The Importance of Solvates", Polymorphism in the Pharmaceutical Industry, (Ed. Rolf Hilfiker) Ch. 8, p. 211-233. 2006.
Drug Design, (ed Qiu Zhuibai), Higher Education Press, Edition 1, p. 105. 1999.
Physical Pharmaceutics, (ed. Desen Su and Siling Wang), Chemical Industry Press, Edition 1, p. 9 and 17. 2004.
"Jiuzhou Pharmaceutical: the sale of Entresto is slower than expected, and an extended layout is expected in a short term", Guang Fa Securities, Tencent News. 2016.
Rodriguez-Spong, et al., "General principles of pharmaceutical solid polymorphism: a supramolecular perspective", Advanced Drug Delivery Reviews, 56(3):241-274. 2004.
Bettinetti et al., "Structure and Solid-State Chemistry of Anhydrous and Hydrated Crystal Forms of the Trimethoprim-Sulfamethoxypyridazine 1:1 Molecular Complex", Journal of Pharmaceutical Sciences, 89(4):478-489. 1999.
Israili, "Clinical pharmacokinetics of angiotensin II (AT1) receptor blockers in hypertension", Journal of Human Hypertension, 14, Suppl 1, S73-S86. 2000.
Feng, et al., "High-throughput crystallization in pharmaceutical research and development". Acta Pharmaceutica Sinica, 40(6):481-485. 2005.
Zhou, Academic Dissertation for Master Degree, "Theoretical Study of Intermolecular Interaction Between Tetrazole Compounds and Dimers of Tetrazole and Water", Ch. II. 2005.
Zhang, "Use of Coloring Agent in Pharmaceutical Formulation", Tianjing Pharmacy, 8(4):36-38. 1996.
Zhang et al., "Technology and Principle for Manufacture of Tablets", Chinese Textbook with English translation, 1991.
Polymorphic Drugs, Ed. Yang Lu & Guanhua Du, People Health Publishing House, First Edition, Ch. II, 2009.
"ICH Harmonized Tripartite Guideline", Good Manufacturing Practice Guide for Active Pharmaceutical Ingredients, 2000.
"Handbook of Pharmaceutical Salts Properties, Selection, and Use", Ed. Stahl and Wermuth, forward, preface, contents and p. 214. 2002.
FDA Co-Crystal Directives of 2013: Guidance for Industry: Regulatory Classification of Pharmaceutical Co-Crystals. 2013.
FDA Chemical Review NDA 207620—In the registration file of the composition valsartan/sacubitril (trade name Entresto) it is mentioned (p. 95). 2015.
Data which Novartis submitted to the Examiner in letter dated May 14, 2012.
Hoffman, D., "Is Novartis' CZ696 'revolutionary' or just a marginal improvement?", Philly.com. 2014 (downloaded Dec. 11. 2015).
Examiner's reservation of Aug. 17, 2015 in the scope of Examination of divisional application 201978\2.
Cody, Robert J. et al., "Physiologic and Pharmacologic Studies of Atrial Natriuretic Factor: Anatriuretic and Vasoactive Peptide", Therapeutic Review, J Clin Pharmacol 1987, 27:927-936.
Fields, Larry E. et. al, The Burden of Adult Hypertension in the United States 1999 to 2000. A Rising Tide. Hypertension. 2004; 44:398-404.
Rubattu, Speranza, et.al, "The atrial natriuretic peptide: a changing view." Journal of Hypertension, 2001, vol. 19, No. 11, pp. 1923-1931.
Kearney, Patricia M., et. al, "Global burden of hypertension: analysis of worldwide data" Lancet, 365: 217-223. 2005.
Takasu, K. et. al., "Synthesis ad Evaluation Carbolinium Cations as New Antimalarial Agents based on Delocalized Lipophilic Cation (DLC) Hypothesis", Chem. Pharm. Bull. 53(6) 653-661 (Jun. 2005).
Patel, Mona et.al, "Treatment of non-insulin-dependent diabetes mellitus", Expert Opin. Investig. Drugs (2003) 12 (4):623-633.
Roques, Bernard P. et.al, Neutral endopeptidase 24.11: Structure, Inhibition, and Experimental and Clinical Pharmacology, Pharmacological Reviews, vol. 45. No. 1. pp. 87-146, 1993.
Sonnenberg, J.L. et. al, "Identification of Protease 3.4.24.11 as the Major Atrial Natriuretic Factor Degrading Enzyme in the Rat Kidney," Peptides, vol. 9, pp. 173-180, May 29, 1987.

US 11,096,918 B2

Page 6

(56)        **References Cited**

OTHER PUBLICATIONS

Trapani, Angelo J., et. al, "CGS 35601 and its orally Active Prodrug CGS 37808 as Triple Inhibitors of Endothelin-converting Enzyme-1, Neutral Endopeptidase 24.11, and Angiotensin-converting Enzyme." J Cardiovasc Pharmacol, vol. 44, Supplement 1, Nov. 2004, S211-S215.

Stout, G.H. et al., "X-ray Structure Determination, A Practical Guide, Symmetry Operations and Space Groups", 1968, Chpt. 3.

"Drug Structures and Formulations" edited by Jianmin Shen and Zhenqing Wu, Aug. 1989, preface, contents, and p. 104.

"The Practice of Medicinal Chemistry" edited by Camille Georges Wermuth et.al. and translated by Yumin Chi, Apr. 2005, preface, contents, and p. 822.

Bohlender, J., et al., "High Human Renin Hypertension in Transgenic Rats", Hypertension, vol. 29, No. 1, Part 2, Jan. 1997, pp. 428-434.

Childs S. L. et al.; Crystal Engineering Approach To Forming Cocrystals of Amine Hydrochlorides with Organic Acids. Molecular Complexes of Fluoxetine Hydrochloride with Benzoic, Succinic, and Fumaric Acids. JACS Articles; vol. 126: 13335-13342, Apr. 1, 2004.

Shefter E. et al.; Structural Studies on Molecular Complexes V: Crystal Structures of Sulfathiazole of Sulfanilamide and Sulfathiazole-Theophylline Complexes. Journal of Pharmaceutical Sciences. vol. 60(2): 282-286, Feb. 2, 1971.

Nakai H. et al.; X-Ray and Infrared Spectral Studies of the Ionic Structure of Trimethoprim t-Sulfamethoxazole1 :1 Molecular Complex. J. Chem. Soc. Perkin Trans; 1459-1464, 1984.

Hughes D.L. et al; Crystal Structures of Complexes between Alkali-metal Salts and Cyclic Polyethers. Part IX.t Complex formed between Dibenzo-24-crown-8 (6,7,9,10,12,13,20,21,23,24,26,27-Dodecahydrodibenzo[b,n][1,4,7,10,13,16,19,22]octaoxacyclotetracosin) and two molecules of Sodium IMitrophenolate. J. Chem. Soc., Dalton Trans., 2374-2378, Jan. 1, 1975.

3rd party observation, Opposition against EP1948158B (EP06827689.8), Feb. 19, 2016.

Sokolov et al, "Synthesis and the crystal structure of the supramolecular complex [Cl3InW3S4(H2O)9]2+ with cucurbituril", Russian Chemical Bulletin, International Edition, vol. 50, No. 7, p. 1144-1147, (2001).

Reply to Communication pursuant to Art 94(3) dated Mar. 25, 2013 regarding European Patent Application No. 10176094.0 submitted Oct. 3, 2013.

IUPAC nomenclature of organic chemistry from Wikipedia, downloaded Apr. 10, 2017.

Interim Development Report, Feb. 23, 2017.

European Medicines Agency, Guidelines by the European Medicines Agency of May 2000, "ICH Topic Q6A—Specifications: Test Procedures and Acceptance Criteria for New Drug Substances and New Drug Products: Chemical Substances", 2000.

German Supreme Court, GRUR, 2012 [English Translation].

Sybertz et al, "SCH 39370, a neutral metalloendopeptidase inhibitor, potentiates biological responses to atrial natriuretic factor and lowers blood pressure in desoxycorticosterone acetate-sodium hypertensive rats", J Pharmacol. Exp. Ther., 1989, vol. 250, No. 2, pp. 624-631.

* cited by examiner

NPC-VS-918-000023026



US 11,096,918 B2

1

**AMORPHOUS SOLID FORM OF COMPOUNDS CONTAINING S—N-VALERYL-N-{[2'-(1H-TETRAZOLE-5-YL)-BIPHENYL-4-YL]-METHYL}-VALINE AND (2R,4S)-5-BIPHENYL-4-YL-4-(3-CARBOXY-PROPIONYLAMINO)-2-METHYL-PENTANOIC ACID ETHYL ESTER MOIETIES AND SODIUM CATIONS**

RELATED APPLICATIONS

This application is a continuation application of U.S. application Ser. No. 16/006,252, filed on Jun. 12, 2018, which is a continuation application of U.S. application Ser. No. 15/187,872, filed on Jun. 21, 2016, which is a divisional application of U.S. application Ser. No. 14/311,788, filed on Jun. 23, 2014, now U.S. Pat. No. 9,388,134, which is a divisional application of U.S. application Ser. No. 11/722, 360, filed on Jan. 15, 2008, now U.S. Pat. No. 8,877,938, which is a national stage application, filed under 35 U.S.C. § 371, of International Application No. PCT/US06/43710, filed on Nov. 8, 2006, which claims the benefit of and priority to U.S. Provisional Application Nos. 60/822,086, filed Aug. 11, 2006, 60/789,332, filed Apr. 4, 2006, 60/735, 541, filed on Nov. 10, 2005, and 60/735,093, filed on Nov. 9, 2005, the entire contents of each of which are incorporated herein by reference in their entireties.

FIELD OF THE INVENTION

The present invention is directed to dual-acting compounds and combinations of angiotensin receptor blockers and neutral endopeptidase inhibitors, in particular a dual acting molecule wherein the angiotensin receptor blocker and neutral endopeptidase inhibitor are linked via non-covalent bonding, or supramolecular complexes of angiotensin receptor blockers and neutral endopeptidase inhibitors, also described as linked pro-drugs, such as mixed salts or co-crystals, as well as to pharmaceutical combinations containing such a dual-acting compound or combination, methods of preparing such dual-acting compounds and methods of treating a subject with such a dual-acting compound or combination. Specifically, the invention is directed to a dual acting compound or supramolecular complex of two active agents having the same or different modes of action in one molecule.

BACKGROUND OF THE INVENTION

Angiotensin II is a hormone that causes blood vessels to constrict. This, in turn, can result in high blood pressure and strain on the heart. It is known that angiotensin II interacts with specific receptors on the surface of target cells. Two receptor subtypes for angiotensin II, namely AT1 and AT2, have been identified thus far. In recent times, great efforts have been made to identify substances that bind to the AT1 receptor. Angiotensin receptor blockers (ARBs, angiotensin II antagonists) are now known to prevent angiotensin II from binding to its receptors in the walls of blood vessels, thereby resulting in lower blood pressure. Because of the inhibition of the AT1 receptor, such antagonists can be used, therefore, as anti-hypertensives or for the treatment of congestive heart failure, among other indications.

Neutral endopeptidase (EC 3.4.24.11; enkephalinase; atriopeptidase; NEP) is a zinc-containing metalloprotease that cleaves a variety of peptide substrates on the amino side of hydrophobic residues [see Pharmacol Rev, Vol. 45, p. 87

2

(1993)]. Substrates for this enzyme include, but are not limited to, atrial natriuretic peptide (ANP, also known as ANF), brain natriuretic peptide (BNP), met- and leu-enkephalin, bradykinin, neurokinin A, endothelin-1 and substance P. ANP is a potent vasorelaxant and natriuretic agent [see J Hypertens, Vol. 19, p. 1923 (2001)]. Infusion of ANP in normal subjects resulted in a reproducible, marked enhancement of natriuresis and diuresis, including increases in fractional excretion of sodium, urinary flow rate and glomerular filtration rate [see J Clin Pharmacol, Vol. 27, p. 927 (1987)]. However, ANP has a short half-life in circulation, and NEP in kidney cortex membranes has been shown to be the major enzyme responsible for degrading this peptide [see Peptides, Vol. 9, p. 173 (1988)]. Thus, inhibitors of NEP (neutral endopeptidase inhibitors, NEPi) should increase plasma levels of ANP and, hence, are expected to induce natriuretic and diuretic effects.

While substances, such as angiotensin receptor blockers and neutral endopeptidase inhibitors may be useful in the control of hypertension, essential hypertension is a polygenic disease and is not always controlled adequately by monotherapy. Approximately 333 million adults in economically developed countries and about 65 million Americans (1 in 3 adults) had high blood pressure in 2000 [see Lancet, Vol. 365, p. 217 (2005); and Hypertension, Vol. 44, p. 398 (2004)]. Prolonged and uncontrolled hypertensive vascular disease ultimately leads to a variety of pathological changes in target organs, such as the heart and kidney.

Sustained hypertension can lead as well to an increased occurrence of stroke. Therefore, there is a strong need to evaluate the efficacy of anti-hypertensive therapy, an examination of additional cardiovascular endpoints, beyond those of blood pressure lowering, to get further insight into the benefits of combined treatment.

The nature of hypertensive vascular diseases is multifactorial. Under certain circumstances, drugs with different mechanisms of action have been combined. However, just considering any combination of drugs having different modes of action does not necessarily lead to combinations with advantageous effects. Accordingly, there is a need for efficacious combination therapy which does not have deleterious side effects.

SUMMARY OF THE INVENTION

In a first aspect, the present invention is directed to a dual-acting compound, such as a supramolecular complex, comprising:

(a) an angiotensin receptor antagonist;

(b) a neutral endopeptidase inhibitor (NEPi); and optionally

(c) a pharmaceutically acceptable cation.

The present invention is also directed to a dual-acting compound, such as a supramolecular complex, obtainable by:

(i) dissolving an angiotensin receptor antagonist and a neutral endopeptidase inhibitor (NEPi) in a suitable solvent;

(ii) dissolving a basic compound of Cat in a suitable solvent, wherein Cat is a cation;

(iii) combining the solutions obtained in steps (i) and (ii);

(iv) precipitation of the solid, and drying same to obtain the dual-acting compound; or alternatively obtaining the dual-acting compound by exchanging the solvent(s) employed in steps (i) and (ii) by

(iva) evaporating the resulting solution to dryness;

(va) re-dissolving the solid in a suitable solvent;

NPC-VS-918-000023028

US 11,096,918 B2

**3**

(via) precipitation of the solid and drying same to obtain the dual-acting compound.

The present invention is also directed to linked pro-drugs comprising:

(a) an angiotensin receptor antagonist or a pharmaceutically acceptable salt thereof; and

(b) a NEPi or a pharmaceutically acceptable salt thereof, wherein the angiotensin receptor antagonist or a pharmaceutically acceptable salt thereof and the NEPi or a pharmaceutically acceptable salt thereof are linked by a linking moiety.

The present invention is also directed to a combination comprising:

(a) a pharmaceutically acceptable salt of an angiotensin receptor antagonist; and

(b) a pharmaceutically acceptable salt of a neutral endo-peptidase inhibitor (NEPi);

wherein the pharmaceutically acceptable salt of the angiotensin receptor antagonist and the NEPi is the same and is selected from a salt of Na, K or NH$_4$.

In preferred embodiments, the angiotensin receptor antagonist and NEPi have acidic groups which facilitate formation of the dual acting compound, such as the supramolecular complex of the present invention.

Preferably, the angiotensin receptor antagonist is selected from the group consisting of valsartan, losartan, irbesartan, telmisartan, eprosartan, candesartan, olmesartan, saprisartan, tasosartan, elisartan and combinations thereof.

In preferred embodiments, the NEPi is selected from the group consisting of: SQ 28,603; N—[N-[1(S)-carboxyl-3-phenylpropyl]-(S)-phenylalanyl]-(S)-isoserine; N—[N-[((1S)-carboxy-2-phenyl)ethyl]-(S)-phenylalanyl]-β-ala-nine; N-[2(S)-mercaptomethyl-3-(2-methylphenyl)-propionyl]methionine; (cis-4-[[[1-[2-carboxy-3-(2-methoxyethoxy)propyl]-cyclopentyl]carbonyl]amino]-cyclohexanecarboxylic acid); thiorphan; retro-thiorphan; phosphoramidon; SQ 29072; N-(3-carboxy-1-oxopropyl)-(4S)-p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid ethyl ester; (S)-cis-4-[1-[2-(5-indanyloxycarbonyl)-3-(2-methoxyethoxy)propyl]-1-cyclopentanecarboxamido]-1-cyclohexanecarboxylic acid; 3-(1-[6-endo-hydroxymethyl-bicyclo[2,2,1]heptane-2-exo-carbamoyl]cyclopentyl)-2-(2-methoxyethyl)propanoic acid; N-(1-(3-(N-t-butoxycarbonyl-(S)-prolylamino)-2(S)-t-butoxy-carbonylpropyl)cyclopentanecarbonyl)-O-benzyl-(S)-serine methyl ester; 4-[[2-(mercaptomethyl)-1-oxo-3-phenylpro-pyl]amino]benzoic acid; 3-[1-(cis-4-carboxycarbonyl-cis-3-butylcyclohexyl-r-1-carbamoyl)cyclopentyl]-2S-(2-methoxyethoxymethyl)propanoic acid; N-((2S)-2-(4-biphenylmethyl)-4-carboxy-5-phenoxyvaleryl)glycine; N-(1-(N-hydroxycarbamoylmethyl)-1-cyclopentanecarbo-nyl)-L-phenylalanine; (S)-(2-biphenyl-4-yl)-1-(1H-tetrazol-5-yl)ethylamino) methylphosphonic acid; (S)-5-(N-(2-(phosphonomethylamino)-3-(4-biphenyl)propionyl)-2-aminoethyl)tetrazole; β-alanine; 3-[1,1'-biphenyl]-4-yl-N-[diphenoxyphosphinyl)methyl]-L-alanyl; N-(2-carboxy-4-thienyl)-3-mercapto-2-benzylpropanamide; 2-(2-mercaptomethyl-3-phenylpropionamido)thiazol-4-ylcarboxylic acid; (L)-(1-((2,2-dimethyl-1,3-dioxolan-4-yl)-methoxy)carbonyl)-2-phenylethyl)-L-phenylalanyl)-β-alanine; N—[N-[(L)-1-[1-[(2,2-dimethyl-1,3-dioxolan-4-yl)-methoxy]carbonyl]-2-phenylethyl]-L-phenylalanyl]-(R)-alanine; N—[N-[(L)-1-carboxy-2-phenylethyl]-L-phenylalanyl]-(R)-alanine; N-[2-acetylthiomethyl-3-(2-methyl-phenyl)propionyl]-methionine ethyl ester; N-[2-mercaptomethyl-3-(2-methylphenyl)propionyl]-methionine; N-[2(S)-mercaptomethyl-3-(2-methylphenyl)propanoyl]-

**4**

(S)-isoserine; N—(S)-[3-mercapto-2-(2-methylphenyl)pro-pionyl]-(S)-2-methoxy-(R)-alanine; N-[1-[[1(S)-benzyloxy-carbonyl-3-phenylpropyl]amino]cyclopentylcarbonyl]-(S)-isoserine; N-[1-[[1(S)-carbonyl-3-phenylpropyl]amino]-cyclopentylcarbonyl]-(S)-isoserine; 1,1'-[dithiobis-[2(S)-(2-methylbenzyl)-1-oxo-3,1-propanediyl]]-bis-(S)-isoserine; 1,1'-[dithiobis-[2(S)-(2-methylbenzyl)-1-oxo-3,1-pro-panediyl]]-bis-(S)-methionine; N-(3-phenyl-2-(mercaptom-ethyl)-propionyl)-(S)-4-(methylmercapto)methionine; N-[2-acetylthiomethyl-3-phenyl-propionyl]-3-aminobenzoic acid; N-[2-mercaptomethyl-3-phenyl-propionyl]-3-amino-benzoic acid; N-[1-(2-carboxy-4-phenylbutyl)-cyclopen-tane-carbonyl]-(S)-isoserine; N-[1-(acetylthiomethyl)cyclo-pentane-carbonyl]-(S)-methionine ethyl ester; 3(S)-[2-(acetylthiomethyl)-3-phenyl-propionyl]amino-ε-caprolactam; N-(2-acetylthiomethyl-3-(2-methylphenyl) propionyl)-methionine ethyl ester; and combinations thereof. Preferably, the dual-acting compound or combination, in particular the supramolecular complex, is a mixed salt or a co-crystal. It is also preferred that the linked pro-drug is a mixed salt or a co-crystal.

In a second aspect, the present invention is directed to pharmaceutical composition comprising

(a) the aforementioned dual-acting compound or combi-nation, such as the aforementioned complex; and

(b) at least one pharmaceutically acceptable additive.

The present invention is also directed to pharmaceutical compositions comprising a linked pro-drug comprising:

(a) an angiotensin receptor antagonist or a pharmaceuti-cally acceptable salt thereof;

(b) a NEPi or a pharmaceutically acceptable salt thereof, wherein the angiotensin receptor antagonist or a pharma-ceutically acceptable salt thereof and the NEPi or a pharmaceutically acceptable salt thereof are linked by a linking moiety; and

(c) at least one pharmaceutically acceptable additive.

In a third aspect, the present invention is directed to a method of preparing a dual-acting compound, in particular a supramolecular complex, comprising

(a) an angiotensin receptor antagonist;

(b) a neutral endopeptidase inhibitor (NEPi); and option-ally

(c) a pharmaceutically acceptable cation selected from the group consisting of Na, K and NH$_4$;

said method comprising the steps of:

(i) dissolving an angiotensin receptor antagonist and a neutral endopeptidase inhibitor (NEPi) in a suitable solvent;

(ii) dissolving a basic compound of Cat in a suitable solvent, wherein Cat is a cation;

(iii) combining the solutions obtained in steps (i) and (ii);

(iv) precipitation of the solid, and drying same to obtain the dual-acting compound; or alternatively obtaining the dual-acting compound by exchanging the solvent(s) employed in steps (i) and (ii) by

(iva) evaporating the resulting solution to dryness;

(va) re-dissolving the solid in a suitable solvent;

(via) precipitation of the solid and drying to obtain the dual-acting compound.

The present invention is also directed to a method of making a linked pro-drug comprising:

(a) an angiotensin receptor antagonist or a pharmaceuti-cally acceptable salt thereof;

(b) a NEPi or a pharmaceutically acceptable salt thereof, wherein the angiotensin receptor antagonist or a phar-maceutically acceptable salt thereof and the NEPi or a pharmaceutically acceptable salt thereof are linked by

US 11,096,918 B2

5

a linking moiety; and comprising adding a linking moiety and a solvent to a mixture of an angiotensin receptor antagonist and a NEPi; and

(d) isolating the linked pro-drug.

In a fourth aspect, this invention is directed to a method of treating or preventing a disease or condition, such as hypertension, heart failure (acute and chronic), congestive heart failure, left ventricular dysfunction and hypertrophic cardiomyopathy, diabetic cardiac myopathy, supraventricular and ventricular arrhythmias, atrial fibrillation, atrial flutter, detrimental vascular remodeling, myocardial infarction and its sequelae, atherosclerosis, angina (unstable or stable), renal insufficiency (diabetic and non-diabetic), heart failure, angina pectoris, diabetes, secondary aldosteronism, primary and secondary pulmonary hypertension, renal failure conditions, such as diabetic nephropathy, glomerulonephritis, scleroderma, glomerular sclerosis, proteinuria of primary renal disease, and also renal vascular hypertension, diabetic retinopathy, other vascular disorders, such as migraine, peripheral vascular disease, Raynaud's disease, luminal hyperplasia, cognitive dysfunction (such as Alzheimer's), glaucoma and stroke comprising administering the afore-mentioned dual-acting compound or combination, in particular the supramolecular complex, or the afore-mentioned linked pro-drug, preferably, the complex, to a subject in need of such treatment.

BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 shows a pictorial representation of the unit cell of the supramolecular complex of trisodium [3-((1 S,3R) −1-biphenyl-4-y lmethyl3-ethoxy carbonyl-1-butylcarbamoyl)propionate-(S)-3    '-methyl-2'-(pentanoyl {2 "-(tetrazol-5-ylate)biphenyl-4'-y 'methyl} amino)butyrate] hemipentahydrate comprising two asymmetric units. The following color code is used: grey=carbon atom; blue=nitrogen atom; red=oxygen atom; violet=sodium atom.

DETAILED DESCRIPTION

The present invention relates to a dual-acting compound or combination, in particular a supramolecular complex, or linked pro-drug or in particular a supramolecular complex of two active agents with different mechanisms of action, namely an angiotensin receptor antagonist and a neutral endopeptidase inhibitor, which can form a unique molecular entity for the treatment of patients with various cardiovascular and/or renal diseases.

One embodiment of the invention is directed to a physical combination comprising:

(a) a pharmaceutically acceptable salt of an angiotensin receptor antagonist; and

(b) a pharmaceutically acceptable salt of a neutral endopeptidase inhibitor (NEPi); wherein the pharmaceutically acceptable salt of the angiotensin receptor antagonist and the NEPi is the same and is selected from the salt of Na, K or NH₄.

Specifically, it is preferred that the two active agents are combined with each other so as to form a single dual-acting compound, in particular a supramolecular complex. By doing so, a new molecular or supramolecular entity is formed having distinct properties different to the above physical combination.

6

Thus, the present invention is directed to a dual-acting compound, in particular a supramolecular complex, comprising:

(a) an angiotensin receptor antagonist;

(b) a neutral endopeptidase inhibitor (NEPi); and

(c) a pharmaceutically acceptable cation preferably selected from the group consisting of Na, K and NH₄.

The present invention is also directed to a dual-acting compound, in particular a supramolecular complex, obtainable by:

(i) dissolving an angiotensin receptor antagonist and a neutral endopeptidase inhibitor (NEPi) in a suitable solvent;

(ii) dissolving a basic compound of Cat such as (Cat)OH, (Cat)₂CO₃, (Cat)HCO₃ in a suitable solvent, wherein Cat is a cation preferably selected from the group consisting of Na, K and NH₄;

(iii) combining the solutions obtained in steps (i) and (ii);

(iv) precipitation of the solid, and drying same to obtain the dual-acting compound; or alternatively obtaining the dual-acting compound by exchanging the solvent(s) employed in steps (i) and (ii) by

(iva) evaporating the resulting solution to dryness;

(va) re-dissolving the solid in a suitable solvent;

(via) precipitation of the solid and drying same to obtain the dual-acting compound.

The present invention is further directed to linked pro-drugs comprising:

(a) an angiotensin receptor antagonist or a pharmaceutically acceptable salt thereof; and

(b) a NEPi or a pharmaceutically acceptable salt thereof, wherein the angiotensin receptor antagonist or a pharmaceutically acceptable salt thereof and the NEPi or a pharmaceutically acceptable salt thereof are linked by a linking moiety.

The two components are each linked to a linking moiety thereby creating a linked pro-drug.

Preferably, the linked pro-drug is substantially pure; as used herein, "substantially pure" refers to at least 90%, more preferably at least 95% and most preferably at least 98% purity.

As one preferred embodiment of the present invention, the linked pro-drug has a structure such that by linking the two components with the linking moiety, a supramolecular complex is formed.

For the purpose of the present invention, the term "dual-acting compound" is intended to describe that these compounds have two different modes of action in one compound, one is the angiotensin receptor blockade resulting from the ARB molecular moiety of the compound and the other is the neutral endopeptidase inhibition resulting from the NEPi molecular moiety of the compound.

For the purpose of the present invention, the term "compound" is intended to describe a chemical substance comprising covalent bonds within the two pharmaceutically active agents, the ARB and the NEPi molecular moieties, and non-covalent interactions between these two pharmaceutically active agents, the ARB and the NEPi molecular moieties.

Typically, hydrogen bonding can be observed between the two pharmaceutically active agents, the ARB and the NEPi molecular moieties. Ionic bonds can be present between the cation and one or both of the two pharmaceutically active agents, the ARB and the NEPi molecular moieties. Other types of bonds may also be present within the compound

NPC-VS-918-000023030

US 11,096,918 B2

7

such as van der Waals forces. For illustrative purposes, the dual-acting compound of the present invention could be represented as follows:

(ARB)-(L)$_m$-(NEPi)

wherein L is a linking moiety, such as a cation or is a noncovalent bond and m is an integer from 1 or more. In other words the ARB and NEPi moiety can be connected via non-covalent bonds such as hydrogen bonding. Alternatively or additionally they may be connected via a linking moiety such as a cation.

In one embodiment, the dual-acting compound may be considered to be a linked pro-drug, whereby the linking moiety, such as the cation, linking the two pharmaceutically active agents, the ARB and the NEPi, forms the pro-drug of these agents which are released once the linked pro-drug is ingested and absorbed.

In a preferred embodiment, the dual-acting compound is a complex, in particular a supramolecular complex.

For the purpose of the present invention, the term "supra-molecular complex" is intended to describe an interaction between the two pharmaceutically active agents, the cations and any other entity present such as a solvent, in particular water, by means of noncovalent, intermolecular bonding between them. This interaction leads to an association of the species present in the supramolecular complex distinguishing this complex over a physical mixture of the species.

The noncovalent intermolecular bonding can be any interactions known in the art to form such supramolecular complexes, such as hydrogen bonding, van der Waals forces and π-π stacking. Ionic bonds can also be present. Preferably, there exists ionic bonding and additionally hydrogen bonding to form a network of interactions within the complex. The supramolecular complex exists preferably in the solid state but may also be present in liquid media. As a preferred embodiment of the invention, the complex is crystalline and in this case is preferably a mixed crystal or co-crystal.

Typically, the dual-acting compound, in particular the supramolecular complex shows properties such as melting point, IR spectrum etc. that are different from a physical mixture of the species.

Preferably, the dual-acting compound, in particular the supramolecular complex, has a network of non-covalent bonds, in particular hydrogen bonds, between the two pharmaceutically active agents and any solvent, if present, preferably water. Moreover, it is preferred that the dual-acting compound, in particular the supramolecular complex, has a network of non-covalent bonds, in particular ionic and hydrogen bonds, between the two pharmaceutically active agents, the cation and any solvent, if present, preferably water. The cation is preferably coordinated to several oxygen ligands, thus, providing a linkage between these oxygen ligands. The oxygen ligands come from the carbonyl and carboxylate groups present in the two pharmaceutically active agents and preferably also from any solvent, if present, preferably water.

The dual acting compound comprises a molecular moiety of an angiotensin II receptor antagonist. This means that a molecular moiety derived from an angiotensin receptor antagonist is participating in the build-up of the dual-acting compound. The angiotensin receptor antagonist is part of the compound and connected to the NEP inhibitor directly or indirectly via non-covalent bonds. For sake of convenience, throughout the application, the term "angiotensin receptor antagonist" will be used when describing this part of the compound. Angiotensin receptor antagonists (ARBs) suit-

8

able for use in the present invention include, without limitation, valsartan, losartan, irbesartan, telmisartan, eprosartan, candesartan, olmesartan saprisartan, tasosartan, elisartan, the compound with the designation E-1477 of the following formula



,

the compound with the designation SC-52458 of the following formula



and

the compound with the designation the compound ZD-8731 of the following formula



Suitable angiotensin II receptor antagonist also includes, but is not limited to, saralasin acetate, candesartan cilexetil, CGP-63170, EMD-66397, KT3-671, LR-B/081, valsartan, A-81282, BIBR-363, BIBS-222, BMS-184698, candesartan, CV-11194, EXP-3174, KW-3433, L-161177, L-162154, LR-B/057, LY-235656, PD-150304, U-96849, U-97018, UP-275-22, WAY-126227, WK-1492.2K, YM-31472, losartan potassium, E-4177, EMD-73495, eprosartan, HN-65021, irbesartan, L-159282, ME-3221, SL-91.0102, Tasosartan, Telmisartan, UP-269-6, YM-358, CGP-49870, GA-0056,

NPC-VS-918-000023031

US 11,096,918 B2

9

L-159689, L-162234, L-162441, L-163007, PD-123177, A-81988, BMS-180560, CGP-38560A, CGP-48369, DA-2079, DE-3489, DuP-167, EXP-063, EXP-6155, EXP-6803, EXP-7711, EXP-9270, FK-739, HR-720, ICI-D6888, ICI-D7155, ICI-D8731, isoteoline, KRI-1177, L-158809, L-158978, L-159874, LR B087, LY-285434, LY-302289, LY-315995, RG-13647, RWJ-38970, RWJ-46458, S-8307, S-8308, saprisartan, saralasin, Sarmesin, WK-1360, X-6803, ZD-6888, ZD-7155, ZD-8731, BIBS39, CI-996, DMP-811, DuP-532, EXP-929, L-163017, LY-301875, XH-148, XR-510, zolasartan and PD-123319.

Also included within the scope of this aspect of the invention are combinations of the above-identified ARBs.

ARBs to be used for preparing the combination or complex in accordance with the present invention can be purchased from commercial sources or can be prepared according to known methods. ARBs may be used for purposes of this invention in their free form, as well as in any suitable salt or ester form.

Preferred salts forms include acid addition salts. The compounds having at least one acid group (e.g., COOH or 5-tetrazolyl) can also form salts with bases. Suitable salts with bases are, e.g., metal salts, such as alkali metal or alkaline earth metal salts, e.g., sodium, potassium, calcium or magnesium salts, or salts with ammonia or an organic amine, such as morpholine, thiomorpholine, piperidine, pyrrolidine, a mono-, di- or tri-lower alkylamine, e.g., ethyl-, tert-butyl-, diethyl-, diisopropyl-, triethyl-, tributyl- or dimethylpropylamine, or a mono-, di- or trihydroxy lower alkylamine, e.g., mono-, di- or tri-ethanolamine. Corresponding internal salts may furthermore be formed. Salts which are unsuitable for pharmaceutical uses but which can be employed, e.g., for the isolation or purification of free compounds I or their pharmaceutically acceptable salts, are also included. Even more preferred salts are, e.g., selected from the mono-sodium salt of valsartan in amorphous form; di-sodium salt of valsartan in amorphous or crystalline form, especially in hydrate form, thereof.

Mono-potassium salt of valsartan in amorphous form; di-potassium salt of valsartan in amorphous or crystalline form, especially in hydrate form, thereof.

Calcium salt of valsartan in crystalline form, especially in hydrate form, primarily the tetrahydrate thereof; magnesium salt of valsartan in crystalline form, especially in hydrate form, primarily the hexahydrate thereof; calcium/magnesium mixed salt of valsartan in crystalline form, especially in hydrate form; bis-diethylammonium salt of valsartan in crystalline form, especially in hydrate form; bis-dipropyl-lammonium salt of valsartan in crystalline form, especially in hydrate form; bis-dibutylammonium salt of valsartan in crystalline form, especially in hydrate form, primarily the hemihydrate thereof; mono-L-arginine salt of valsartan in amorphous form; bis-L-arginine salt of valsartan in amorphous form; mono-L-lysine salt of valsartan in amorphous form; bis-L-lysine salt of valsartan in amorphous form.

Preferably when preparing the dual-acting compound, in particular the complex according to the present invention, the free form of the ARB is used.

10

In a preferred embodiment of this invention, the angiotensin receptor blocker used in the combination or complex of the present invention is Valsartan the molecular structure of which is shown below



Valsartan may be in the racemic form or as one of the two isomers shown below



or



preferably

US 11,096,918 B2

11

Valsartan ((S)—N-valeryl-N-{[2'-(1H-tetrazole-5-yl)-bi-phenyl-4-yl]-methyl}-valine) used according to the present invention can be purchased from commercial sources or can be prepared according to known methods. For example, the preparation of valsartan is described in U.S. Pat. No. 5,399, 578 and EP 0 443 983, the entire disclosure of each of which is incorporated by reference herein. Valsartan may be used for purposes of this invention in its free acid form, as well as in any suitable salt form. Additionally, esters or other derivatives of the carboxylic grouping may be applied for the synthesis of linked pro-drugs, as well as salts and derivatives of the tetrazole grouping. Reference to ARBs includes reference to pharmaceutically acceptable salts thereof.

Preferably, the ARB is a diprotic acid. Thus, the angiotensin receptor blocker has a charge of 0, 1 or 2 depending on the pH of the solution.

In the combination of the present invention, the ARB is in the form of a pharmaceutically acceptable salt selected from Na, K or NH$_4$, preferably Na. This includes both the mono- and di-salt of these cations, preferably the di-salt. In particular in the case of valsartan this means that both the carboxylic acid moiety and the tetrazole moiety form the salt.

In the dual-acting compound, in particular the supramolecular complex of the present invention, typically the free form of the ARB is employed in the preparation and the cationic species present in the complex is introduced by using a base, e.g. (Cat)OH.

The dual acting compound comprises a molecular moiety of a neutral endopeptidase inhibitor. This means that a molecular moiety derived from a neutral endopeptidase inhibitor is participating in the build-up of the dual-acting compound. The neutral endopeptidase inhibitor is part of the compound and connected to the ARB directly or indirectly via non-covalent bonds. For sake of convenience, throughout the application, the term "neutral endopeptidase inhibitor" will be used when describing this part of the compound. Neutral endopeptidase inhibitors suitable for use in the present invention include those of formula (I)

$$HS—CH_2—\underset{\underset{R_2}{|}}{CH}—\underset{\underset{O}{\|}}{C}—NH—\underset{\underset{R_3}{|}}{CH}—(CH_2)_m—\underset{\underset{O}{\|}}{C}—R_1,$$ (I)

wherein

R$_2$ is alkyl of 1-7 carbons, trifluoromethyl, phenyl, substituted phenyl, —(CH$_2$)1 to 4-phenyl, or —(CH$_2$)1 to 4-substituted phenyl;

R$_3$ is hydrogen, alkyl of 1-7 carbons, phenyl, substituted phenyl, —(CH$_2$)1 to 4-phenyl or —(CH$_2$)1 to 4-substituted phenyl;

R$_1$ is hydroxy, alkoxy of 1-7 carbons or NH$_2$;

n is an integer from 1-15;

and the term substituted phenyl refers to a substituent selected from lower alkyl of 1-4 carbons, lower alkoxy of 1-4 carbons, lower alkylthio of 1-4 carbons, hydroxy, Cl, Br or F.

12

Preferred neutral endopeptidase inhibitors of formula (I) include compounds,

wherein

R$_2$ is benzyl;

R$_3$ is hydrogen;

n is an integer from 1-9; and

R$_1$ is hydroxy.

Another preferred neutral endopeptidase inhibitor is (3S, 2'R)-3-{1-[2'-(ethoxycarbonyl)-4'-phenyl-butyl]-cyclopentan-1-carbonylamino}-2,3,4,5-tetrahydro-2-oxo-1H-1-benzazepine-1-acetic acid or a pharmaceutically acceptable salt thereof.

Preferred neutral endopeptidase inhibitors suitable for use in the present invention include, without limitation, SQ 28,603; N—[N-[1(S)-carboxyl-3-phenylpropyl]-(S)-phenyl-alanyl]-(S)-isoserine;    N—[N-[((1S)-carboxy-2-phenyl) ethyl]-(S)-phenylalanyl]-β-alanine;    N-[2(S)-mercaptomethyl-3-(2-methylphenyl)-propionyl]methionine;    (cis-4-[[[1-[2-carboxy-3-(2-methoxyethoxy)propyl]-cyclopentyl] carbonyl]amino]-cyclohexanecarboxylic acid); thiorphan; retro-thiorphan; phosphoramidon; SQ 29072; (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester; N-(3-carboxy-1-oxopropyl)-(4S)-p-phenylphenylmethyl)-4-amino-2R-methylbutanoic acid; (S)-cis-4-[1-[2-(5-indanyloxycarbonyl)-3-(2-methoxy-ethoxy)propyl]-1-cyclopentanecarboxamido]-1-cyclo-hexanecarboxylic acid; 3-(1-[6-endo-hydroxymethylbicyclo [2,2,1]heptane-2-exo-carbamoyl]cyclopentyl)-2-(2-methoxyethyl)propanoic    acid;    N-(1-(3-(N-t-butoxycarbonyl-(S)-prolylamino)-2(S)-t-butoxy-carbonylpropyl)cyclopentanecarbonyl)-O-benzyl-(S)-serine methyl    ester;    4-[[2-(mercaptomethyl)-1-oxo-3-phenylpro-pyl]amino]benzoic acid; 3-[1-(cis-4-carboxycarbonyl-cis-3-butylcyclohexyl-r-1-carbamoyl)cyclopentyl]-2S-(2-methoxyethoxymethyl)propanoic    acid;    N-((2S)-2-(4-biphenylmethyl)-4-carboxy-5-phenoxyvaleryl)glycine; N-(1-(N-hydroxycarbamoylmethyl)-1-cyclopentanecarbo-nyl)-L-phenylalanine; (S)-(2-biphenyl-4-yl)-1-(1H-tetrazol-5-yl)ethylamino) methylphosphonic acid; (S)-5-(N-(2-(phosphonomethylamino)-3-(4-biphenyl)propionyl)-2-aminoethyl)tetrazole; β-alanine; 3-[1,1'-biphenyl]-4-yl-N-[diphenoxyphosphinyl)methyl]-L-alanyl;    N-(2-carboxy-4-thienyl)-3-mercapto-2-benzylpropanamide;    2-(2-mercaptomethyl-3-phenylpropionamido)thiazol-4-ylcarboxylic acid; (L)-(1-((2,2-dimethyl-1,3-dioxolan-4-yl)methoxy)carbonyl)-2-phenylethyl)-L-phenylalanyl)-β-alanine;    N—[N-[(L)-1-[(2,2-dimethyl-1,3-dioxolan-4-yl)methoxy]carbonyl]-2-phenylethyl]-L-phenylalanyl]-(R)-alanine;    N—[N-[(L)-1-carboxy-2-phenylethyl]-L-phenylalanyl]-(R)-alanine;    N-[2-acetylthiomethyl-3-(2-methyl-phenyl)propionyl]-methionine ethyl ester; N-[2-mercaptomethyl-3-(2-methylphenyl)propionyl]-methionine; N-[2(S)-mercaptomethyl-3-(2-methylphenyl)propanoyl]-(S)-isoserine;    N—(S)-[3-mercapto-2-(2-methylphenyl)pro-pionyl]-(S)-2-methoxy-(R)-alanine; N-[1-[[1(S)-benzyloxy-carbonyl-3-phenylpropyl]amino]cyclopentylcarbonyl]-(S)-isoserine;    N-[1-[[1(S)-carbonyl-3-phenylpropyl]amino]-cyclopentylcarbonyl]-(S)-isoserine; 1,1'-[dithiobis-[2(S)-(2-methylbenzyl)-1-oxo-3,1-propanediyl]]-bis-(S)-isoserine; 1,1'-[dithiobis-[2(S)-(2-methylbenzyl)-1-oxo-3,1-pro-panediyl]]-bis-(S)-methionine; N-(3-phenyl-2-(mercaptom-

US 11,096,918 B2

13                                                                                14

ethyl)-propionyl)-(S)-4-(methylmercapto)methionine; N-[2-acetylthiomethyl-3-phenyl-propionyl]-3-aminobenzoic acid;    N-[2-mercaptomethyl-3-phenyl-propionyl]-3-amino-benzoic   acid;   N-[1-(2-carboxy-4-phenylbutyl)-cyclopen-tane-carbonyl]-(S)-isoserine; N-[1-(acetylthiomethyl)cyclo-pentane-carbonyl]-(S)-methionine  ethyl  ester;  3(S)-[2-(acetylthiomethyl)-3-phenyl-propionyl]amino-ε-caprolactam;    N-(2-acetylthiomethyl-3-(2-methylphenyl) propionyl)-methionine ethyl ester; and combinations thereof.

Neutral endopeptidase inhibitors can be purchased from commercial sources or can be prepared according to known methods, such as those set forth in any of U.S. Pat. Nos. 4,722,810, 5,223,516, 4,610,816, 4,929,641, South African Patent Application 84/0670, UK 69578, U.S. Pat. No. 5,217, 996, EP 00342850, GB 02218983, WO 92/14706, EP 00343911, JP 06234754, EP 00361365, WO 90/09374, JP 07157459, WO 94/15908, U.S. Pat. Nos. 5,273,990, 5,294, 632, 5,250,522, EP 00636621, WO 93/09101, EP 00590442, WO 93/10773, U.S. Pat. No. 5,217,996, the disclosure of each of which is incorporated by reference. Neutral endo-peptidase inhibitors may be used for purposes of this inven-tion in their free form, as well as in any suitable salt form. Reference to neutral endopeptidase inhibitors includes ref-erence to pharmaceutically acceptable salts thereof.

Additionally esters or other derivatives of any carboxylic grouping may be applied for the synthesis of linked pro-drugs, as well as salts and derivatives of any other acidic grouping. In a preferred embodiment of this invention, the NEPi is 5-biphenyl-4-yl-4-(3-carboxy-priopionylamino)-2-methyl-pentanoic acid ethyl ester of formula (II) or the respective hydrolysed form 5-biphenyl-4-yl-4-(3-carboxy-priopionylamino)-2-methyl-pentanoic acid.



(II)



The compound of formula (II) can exist as the (2R,4S), (2R,4S), (2R,4S) or (2R,4S) isomer. Preferred is (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester as shown below:

The compound of formula (II) is a specific inhibitor of NEP and is described in U.S. Pat. No. 5,217,996. It can be purchased from commercial sources or can be prepared according to known methods. The compound of formula (II) may be used for purposes of this invention in its free form, as well as in any suitable salt or ester form.

Preferably the NEPi is a monoprotic acid. Thus, the NEPi has a charge of 0 or 1 depending on the pH of the solution.

In the combination of the present invention, the NEPi is in the form of a pharmaceutically acceptable salt selected from Na, K or NH$_4$, preferably Na.

In the dual-acting compound, in particular the supramo-lecular complex of the present invention, typically the free form of the NEPi is employed in the preparation and the cationic species present in the complex is introduced by using a base, (Cat)OH.

The dual acting compound preferably comprises non-covalent bonds between the ARB and the NEPi. Alterna-tively or in addition, it optionally comprises a linking moiety such as a pharmaceutically acceptable cation.

The linking moiety includes, but is not limited to, gener-ally regarded as safe (GRAS) compounds or other pharma-cologically acceptable compounds. The linking moiety may be an ion or a neutral molecule. In the case wherein the linking moiety is an ion the linked pro-drug is a salt and when the linking moiety is a neutral molecule the linked pro-drug is a co-crystal. Without being bound by any par-ticular theory, the acidic portion of the ARB and NEPi donate a proton to the basic linking moiety such that all three components then become united to form one molecule. When the linked pro-drug is ingested by the subject intended to be treated the more acidic nature of the ingestion envi-ronment causes the linked pro-drug to separate into indi-vidual components concomitant with ingestion and absorp-tion and therefore be converted into active agents to provide their beneficial biological action to treat the intended dis-eases.

In the case of a linked pro-drug salt or the dual-acting compound, the linking moiety or the cation, respectively, is preferably a positively charged mono-, di- or tri-valent cation, an organic base or an amino acid. Preferred cations (Cat) both for the linked pro-drug in general and the dual-acting compound, in particular the complex are basic cat-ions, even more preferably metallic cations. Preferred metal-lic cations include, but are not limited to Na, K, Ca, Mg, Zn,

NPC-VS-918-000023034

US 11,096,918 B2

15

Fe or $NH_4$. Amine bases and salt forming agents may also be employed, such as benzathine, hydrabamine, ethylenediamine, n-n-dibenzyl-ethylenediamine, L-arginine, choline hydroxide, N-methyl-glucamine, (Meglumine), L-Lysine, dimethylaminoethanol (Deanol), t-butylamine, diethylamine, 2-(diethylamino)-ethanol, 4-(2-hydroxyethyl)-morpholine, Thromethanine (TRIS), 4-acetamidophenol, 2-amino-2-methyl-1,3-propanediol,      2-amino-2-methyl-propanol, benzylamine, cyclohexylamine, diethanolamine, ethanolamine, imidazole, piperazine and triethanolamine.

Most preferably, the cation is Na, K or $NH_4$, such as Na. In one embodiment Ca is preferred.

In the case of a linked pro-drug co-crystal, the linking moiety is may also be a neutral molecule which provides hydrogen-bonding functionality.

In one embodiment, the linked pro-drugs of this invention are represented as set forth below, wherein scheme (1) and (2) represent a salt and scheme (3) represents a co-crystal:

NEPi·Xa·ARB                             scheme (1)

NEPi·XaYb·ARB                           scheme (2)

NEPi·Zc·ARB                             scheme (3),

wherein

X is Ca, Mg, Zn or Fe;

Y is Na, K or NH4;

Z is a neutral molecule; and

a, b and c reflect the stoichiometry of the linked pro-drug, preferably, a, b and c are a valence of $1^+$, $2^+$ or $3^+$.

For the linked pro-drugs of schemes (1) and (2), above, preferably the NEPi is a monoprotic acid and ARB is a diprotic acid. The angiotensin receptor blocker has a charge of 0, 1 or 2 and the NEPi has a charge of 0 or 1 depending on the pH of the solution, while the overall molecule will be neutral. Ratios of ARB to NEPi will be 1:1, 1:2, 1:3, 3:1, 2:1, 1:1, preferably 1:1, 1:2 or 1:3, most preferably 1:1.

Multi-component salts, particularly with zinc and calcium have been reported in the literature, e.g., *Chem Pharm Bull*, Vol. 53, p. 654 (2005). These ions require a coordination geometry that facilitates the crystallization of multi-component systems. The metal ions have coordinating geometries governed by the atomic orbitals for each species

Valsartan comprises two acidic groupings: the carboxylic acid and the tetrazole. In one embodiment of this aspect of the present invention, the molecular structure of linked pro-drugs of valsartan and a NEPi comprise a linkage between the carboxylic acid and the linking moiety or a linkage between the tetrazole grouping and the linking moiety. In yet another embodiment, the linked pro-drug comprises a trivalent linking moiety linked to the valsartan carboxylic acid grouping, the tetrazole grouping and the NEPi grouping.

In an embodiment of this aspect of the invention, valsartan is linked to (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester by a calcium salt ion.

In a preferred embodiment of the present application, the angiotensin receptor antagonist and the neutral endopeptidase inhibitor are present in a molar ratio of 1:1, 1:2, 1:3, 3:1, 2:1, more preferably 1:1 in the combination as well as in the supramolecular complex. This is also true for the

16

linked pro-drug. Moreover, in the complex, angiotensin receptor antagonist, the neutral endopeptidase inhibitor and the cation are present in a molar ratio of 1:1:1, 1:1:2, 1:1:3, more preferably 1:1:3. This applies equally to the linked pro-drug.

The combination or the dual-acting compound, in particular the complex of the present invention may contain a solvent. This is particularly preferred in the case of the dual-acting compound, in particular the complex, where the solvent may contribute to the intermolecular structure, e.g. the supramolecular interactions. Preferred solvents include water, methanol, ethanol, 2-propanol, acetone, ethyl acetate, methyl-t-butylether, acetonitrile, toluene, and methylene chloride, preferably water. If a solvent is present, one or more molecules per molecule of the active agent can be present. In this case, namely if a stoichiometric amount of the solvent is present, preferably 1, 2, 3, 4 or 5, more preferably 3, molecules of solvent, such as water, can be present per molecule of active agent. Alternatively, the solvent may be present in non-stoichiometric amounts. This means preferably any stoichiometric fraction of the solvent, such as 0.25, 0.5, 0.75, 1.25, 1.5, 1.75, 2.25, 2.5, 2.75, 3.25, 3.5, 3.75, 4.25, 4.5 and 4.75, preferably 2.5, molecules of solvent, such as water, can be present per molecule of active agent. If the dual-acting compound, in particular the complex is in the crystalline form, the solvent may be part of the molecular packing and be trapped in the crystal lattice.

Thus in a preferred embodiment of the present invention, the dual-acting compound, in particular the supramolecular complex is described by the sum formula:

[ARB(NEPi)]$Na_{1-3}$.x$H_2O$, wherein x is 0, 1, 2 or 3, such as 3, preferably

[ARB(NEPi)]$Na_3$.x$H_2O$, wherein x is 0, 1, 2 or 3, such as 3, more preferably

[valsartan    ((2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester)]$Na_3$.x $H_2O$, wherein x is 0, 1, 2 or 3, such as 3.

Thus in a preferred embodiment of the present invention, the dual-acting compound, in particular the supramolecular complex is described by the sum formula:

[ARB(NEPi)]$Na_{1-3}$.x$H_2O$, wherein x is 0 to 3, such as 2.5, preferably

[ARB(NEPi)]$Na_3$.x$H_2O$, wherein x is 0 to 3, such as 2.5, more preferably

[(N-valeryl-N-{[2'-(1H-tetrazole-5-yl)-biphenyl-4-yl]-methyl}-valine)    (5-biphenyl-4-yl-4-(3-carboxy-priopionylamino)-2-methyl-pentanoic acid ethyl ester]$Na_3$.x $H_2O$, in particular [((S)—N-valeryl-N-{[2'-(1H-tetrazole-5-yl)-biphenyl-4-yl]-methyl}-valine)    ((2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester]$Na_3$.x $H_2O$, wherein x is 0 to 3, such as 2.5. In this most preferred example, the complex is termed trisodium [3-((1    S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)    propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)    biphenyl-4'-ylmethyl}amino) butyrate] hemipentahydrate.

A simplified structure of trisodium [3-((1 S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{22''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate] hemipentahydrate used to formally calculate the relative molecular mass, is shown below.

US 11,096,918 B2

17                                                                18



Valsartan comprises two acidic groupings: the carboxylic acid and the tetrazole. In one embodiment of this aspect of the present invention, the molecular structure of the dual-acting compound, in particular, the complex, of valsartan and a NEPi comprises an interaction between the carboxylic acid and the cation, such as Na, or the solvent, such as water, or a linkage between the tetrazole grouping and the cation, such as Na, or the solvent, such as water. In yet another embodiment, the dual-acting compound, in particular, the complex, comprises an interaction between the valsartan carboxylic acid grouping, the tetrazole grouping or the NEPi grouping and the cation, such as Na, or the solvent, such as water.

The combination or dual-acting compound, in particular, the complex, of the present invention is preferably in the solid form. In the solid state it can be in the crystalline, partially crystalline, amorphous, or polymorphous form, preferably in the crystalline form.

The dual-acting compound, in particular, the complex, of the present invention is distinct from a combination of an ARB and a NEPi obtained by simply physically mixing the two active agents. Thus, it can have different properties that make it particularly useful for manufacturing and therapeutic applications. The difference of the dual-acting compound, in particular, the complex, and the combination can be exemplified by the dual-acting compound of (S)—N-valeryl-N-{[2'-(1H-tetrazole-5-yl)-biphenyl-4-yl]-methyl}-valine and (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester which is characterized by very distinct spectral peaks and shifts that are not observed in the physical mixture.

Specifically, such a dual-acting compound is preferably characterized by an X-ray powder diffraction pattern taken with a Scintag XDS2000 powder diffractometer using Cu-Ka radiation (lamda=1.54056 A) with a Peltier-cooled Silicon detector at room temperature (25 degree C.). Scan range was from 1.5 degree to 40 degree in 2 theta with a scan rate of 3 degree/minute. The most important reflections in the X-ray diffraction diagram comprise the following interlattice plane intervals:

The preferred characterization of trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate] hemipentahydrate is obtained from the interlattice plane intervals d of the ascertained X-ray diffraction diagrams, whereby, in the following, average values 2Θ in [°] are indicated (error limit of ±0.2)

4.5, 5.5, 5.6, 9.9, 12.8, 15.7, 17.0, 17.1, 17.2, 18.3, 18.5, 19.8, 21.5, 21.7, 23.2, 23.3, 24.9, 25.3, 27.4, 27.9, 28.0, 30.2.

or with an error limit of ±0.1:

4.45, 5.52, 5.57, 9.94, 12.82, 15.66, 17.01, 17.12, 17.2, 18.32, 18.46, 19.76, 21.53, 21.72, 23.17, 23.27, 24.88, 25.3, 27.4, 27.88, 28.04, 30.2.

The most intensive reflections in the X-ray diffraction pattern show the following interlattice plane intervals:

2Θ in [°]: 0.4.5, 5.6, 12.8, 17.0, 17.2, 19.8, 21.5, 27.4, in particular 4.45, 5.57, 17.01, 17.2, 19.76, 21, 27.4.

A preferred method of checking the above-indicated average values of the interlattice plane intervals and intensities measured by experimentation from X-ray diffraction, for a given substance, consists in calculating these intervals and their intensities from the comprehensive single crystal structure determination. This structure determination yields cell constants and atom positions, which enable the X-ray diffraction diagram corresponding to the solid to be calculated by means of computer-aided calculation methods. The program used is Powder Pattern within the application software Materials Studio (Accelrys). A comparison of these data, namely the interlattice plane intervals and intensities of the most important lines of trisodium [3-((1 S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{22''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate] hemipentahydrate, obtained from measurements and from calculating the single crystal data, is illustrated in the table below.

NPC-VS-918-000023036

US 11,096,918 B2

19

20

TABLE

| measured | | calculated | | measured | | calculated | |
|---|---|---|---|---|---|---|---|
| 2θ in [°] | Intensity | 2θ in [°] | Intensity | 2θ in [°] | Intensity | 2θ in [°] | Intensity |
| 4.45 | very strong | 4.15 | very strong | 19.76 | strong | 19.6 | very weak |
| 5.52 | Strong | 5 | strong | 21.53 | weak | 19.8 | very weak |
| 5.57 | strong | 6.5 | strong | 21.72 | very weak | 21.4 | very weak |
| 9.94 | very weak | 9.75 | weak | 23.17 | weak | 23.1 | very weak |
| 12.82 | very strong | 12.6 | weak | 23.27 | weak | 23.15 | very weak |
| 15.66 | very weak | 15.05 | strong | 24.88 | very weak | | very weak |
| 17.01 | weak | 16.9 | very strong | 25.3 | weak | 25.3 | weak |
| 17.12 | strong | 17.1 | strong | 27.4 | weak | 27.3 | very weak |
| 17.2 | weak | 17.15 | weak | 27.88 | very weak | 27.9 | very weak |
| 18.32 | weak | 18.25 | very weak | 28.04 | weak | | |
| 18.46 | weak | 18.3 | weak | 30.2 | weak | | |

Relative intensity between 100% to 50% is referred to as very strong, 50% to 10% as strong, 10% to 5% as weak, and below 5% as very weak.

The invention relates to trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)bi-phenyl-4'-ylmethyl}amino)butyrate] hemipentahydrate, a crystalline solid which is characterized by the data and parameters obtained from single crystal X-ray analysis and X-ray powder patterns. An in-depth discussion of the theory of the methods of single crystal X-ray diffraction and the definition of the evaluated crystal data and the parameters may be found in Stout & Jensen, X-Ray Structure Determination; A Practical Guide, Mac Millian Co., New York, N.Y. (1968) chapter 3.

| Crystal data | |
|---|---|
| sum formula | $C_{48}H_{55}N_6O_8Na_3 \cdot 2.5H_2O$ |
| molecular mass | 957.99 |
| crystal colour | colourless |
| crystal shape | tabular; hexagonal |
| crystal system | monoclinic |
| space group | P2$_1$ |
| Cell parameters | a = 20.344 Å |
| | b = 42.018 Å |
| | c = 20.374 Å |
| | α = 90° |
| | β = 119.29° |
| | γ = 90° |
| volume of unit cell | 15190.03 Å³ |
| Z (the number of asymmetric units in the unit cell) | 2 |
| calculated density | 1.26845 g/cm3 |
| Single crystal X-ray measurement data | |
| diffractometer | Nonius KappaCCD |
| X-ray generator | Nonius FR571 X-ray generator with a copper rotating anode |
| temperature | 270 K and 150 K |

Notes:
Two data sets on two suitable single crystals were collected at two different temperatures to assure no phase change during cooling.
None of the hydrogen atoms on the water or amine nitrogen atoms were observed in the Fourier maps so they were not included in the refinement.

Computer Program Used to Solve the Structure
SHELXD (Sheldrick, Göttingen)
In three dimensions, the unit cell is defined by three edge lengths a, b, and c, and three interaxial angles α, β, and γ. In this way, the volume of the unit cell $V_c$ is determined. A differentiated description of these crystal parameters is illus-

trated in chapter 3 of Stout & Jensen (see above). The details for trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxy-carbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate] hemipentahydrate from the single crystal measurements, especially the atom coordinates, the isotropic thermal parameters, the coordinates of the hydrogen atoms as well as the corresponding isotropic thermal parameters, show that a monoclinic unit cell exists, its cell content of twelve formula units of $C_{48}H_{55}N_6O_8Na_3$.2.5 H$_2$O occurring as a result of two asymmetric units on two-fold positions.

The acentric space group P2$_1$ determined from the single crystal X-ray structure is a common space group for enantiomorphically pure molecules. In this space group there are two general positions which means that for twelve formula units in the unit cell there must be 18 sodium ions and 15 waters in the asymmetric unit.

A pictorial representation of the unit cell of the supramolecular complex of trisodium [3-((1 S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl) propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate) biphenyl-4'-ylmethyl}amino)butyrate] hemipentahydrate comprising two asymmetric units is shown in FIG. 1.

Based on the single crystal structure solution, the asymmetric unit of the trisodium [3-((1 S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl) propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate) biphenyl-4'-ylmethyl}amino)butyrate] hemipentahydrate supramolecule comprises six each of ARB and NEPi moieties, 18 sodium atoms, and 15 water molecules. Trisodium [3-((1 S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-utylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2"-(tetrazol-5-ylate) biphenyl-4'-ylmethyl}amino)butyrate] hemipentahydrate may be considered a sodium supramolecular complex, coordinated by oxygen ligands. These oxygens come from twelve carboxylate groups and eighteen carbonyl groups of the above moieties, and from 13 of the 15 water molecules. The crystal is an infinite 3-dimensional network of these sodium complexes.

Such a compound may also be characterized by an infrared absorption spectrum obtained using Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrometer (Nicolet Magna-IR 560) showing the following significant bands, expressed in reciprocal wave numbers (cm⁻¹):
2956 (w), 1711 (st), 1637 (st), 1597 (st), 1488 (w), 1459 (m), 1401 (st), 1357 (w), 1295 (m), 1266 (m), 1176 (w), 1085 (m), 1010 (w), 942 (w), 907 (w), 862 (w), 763 (st), 742 (m), 698 (m), 533 (st). Characteristic to the complex are in particular the following peaks 1711 (st), 1637 (st), 1597 (st) and 1401 (st). The error margin for all absorption bands of ATR-IR is ±2 cm⁻¹. The intensities of the absorption bands are indicated as follows: (w)=weak; (m)=medium; and (st) =strong bands.

Such a compound may also be characterized by a Raman spectrum measured by dispersive Raman spectrometer with 785 nm laser excitation source (Kaiser Optical Systems, Inc.) showing the following significant bands expressed in reciprocal wave numbers (cm⁻¹):
3061 (m), 2930 (m, broad), 1612 (st), 1523 (m), 1461 (w), 1427 (w), 1287 (st), 1195 (w), 1108 (w), 11053 (w), 1041 (w), 1011 (w), 997 (m), 866 (w), 850 (w), 822 (w), 808 (w), 735 (w), 715 (w), 669 (w), 643 (w), 631 (w), 618 (w), 602 (w), 557 (w), 522 (w), 453 (w), 410 (w), 328 (w).

NPC-VS-918-000023037

US 11,096,918 B2

21

The error margin for all Raman bands is ±2 cm⁻¹. The intensities of the absorption bands are indicated as follows: (w)=weak; (m)=medium; and (st)=strong intensity.

Such a compound may also be characterized by distinct melting properties measured by differential scanning calorimetry (DSC). Using Q1000 (TA Instruments) instrument, the melting onset temperature and the peak maximum temperature for such a complex are observed at 139° C. and 145° C., respectively. The heating rate is 10 K/min.

The second embodiment of the present invention is directed to pharmaceutical compositions comprising a combination, a linked pro-drug or a dual-acting compound, in particular the complex as described herein and at least one pharmaceutically acceptable additive. The details regarding the combination and the complex, including the ARB and the NEPi, are as described above with regard to the first embodiment of the invention.

The pharmaceutical compositions according to the invention can be prepared in a manner known per se and are those suitable for enteral, such as oral or rectal, and parenteral administration to mammals (warm-blooded animals), including man, comprising a therapeutically effective amount of the combination or dual-acting compound, in particular the complex, alone or in combination with at least one pharmaceutically acceptable carrier, especially suitable for enteral or parenteral application. Typical oral formulations include tablets, capsules, syrups, elixirs and suspensions. Typical injectable formulations include solutions and suspensions.

Pharmaceutically acceptable additives suitable for use in the present invention include, without limitation and provided they are chemically inert so that they do not adversely affect the combination or the dual-acting compound, in particular the complex of the present invention, diluents or fillers, disintegrants, glidants, lubricants, binders, colorants and combinations thereof. The amount of each additive in a solid dosage formulation may vary within ranges conventional in the art. Typical pharmaceutically acceptable carriers for use in the formulations described above are exemplified by: sugars, such as lactose, sucrose, mannitol and sorbitol; starches, such as cornstarch, tapioca starch and potato starch; cellulose and derivatives, such as sodium carboxymethyl cellulose, ethyl cellulose and methyl cellulose; calcium phosphates, such as dicalcium phosphate and tricalcium phosphate; sodium sulfate; calcium sulfate; polyvinylpyrrolidone; polyvinyl alcohol; stearic acid; alkaline earth metal stearates, such as magnesium stearate and calcium stearate; stearic acid; vegetable oils, such as peanut oil, cottonseed oil, sesame oil, olive oil and corn oil; non-ionic, cationic and anionic surfactants; ethylene glycol polymers; β-cyclodextrin; fatty alcohols; and hydrolyzed cereal solids, as well as other non-toxic compatible fillers, binders, disintegrants, buffers, preservatives, antioxidants, lubricants, flavoring agents and the like commonly used in pharmaceutical formulations.

Pharmaceutical preparations for enteral or parenteral administration are, e.g., in unit dose forms, such as coated tablets, tablets, capsules or suppositories and also ampoules. These are prepared in a manner which is known per se, e.g., using conventional mixing, granulation, coating, solubilizing or lyophilizing processes. Thus, pharmaceutical compositions for oral use can be obtained by combining the linked pro-drug, combination or dual-acting compound, in particular the complex with solid excipients, if desired, granulating a mixture which has been obtained, and, if required or

22

necessary, processing the mixture or granulate into tablets or coated tablet cores after having added suitable auxiliary substances.

The dosage of the active compounds in the combination or dual-acting compound, in particular the complex can depend on a variety of factors, such as mode of administration, homeothermic species, age and/or individual condition. The projected efficacy in animal disease models ranges from about 0.1 mg/kg/day to about 1000 mg/kg/day given orally, and the projected dose for human treatment ranges from about 0.1 mg/day to about 2000 mg/day. Preferred ranges are from about 40 mg/day to about 960 mg/day of the linked pro-drug, preferably about 80 mg/day to about 640 mg/day. The ARB component is administered in a dosage of from about 40 mg/day to about 320 mg/day and the NEPi component is administered in a dosage of from about 40 mg/day to about 320 mg/day. More specifically, the dosages of ARB/NEPi, respectively, include 40 mg/40 mg, 80 mg/80 mg, 160 mg/160 mg, 320 mg/320 mg, 40 mg/80 mg, 80 mg/160 mg, 160 mg/320 mg, 320 mg/640 mg, 80 mg/40 mg, 160 mg/80 mg and 320 mg/160 mg, respectively. These dosages are "therapeutically effective amounts". Preferred dosages for the linked pro-drug, combination or dual-acting compound, in particular the complex of the pharmaceutical composition according to the present invention are therapeutically effective dosages.

The pharmaceutical compositions may contain in addition another therapeutic agent, e.g., each at an effective therapeutic dose as reported in the art. Such therapeutic agents include:

a) antidiabetic agents such as insulin, insulin derivatives and mimetics; insulin secretagogues such as the sulfonylureas, e.g., Glipizide, glyburide and Amaryl; insulinotropic sulfonylurea receptor ligands such as meglitinides, e.g., nateglinide and repaglinide; peroxisome proliferator-activated receptor (PPAR) ligands; protein tyrosine phosphatase-1B (PTP-1B) inhibitors such as PTP-112; GSK3 (glycogen synthase kinase-3) inhibitors such as SB-517955, SB-4195052, SB-216763, NN-57-05441 and NN-57-05445; RXR ligands such as GW-0791 and AGN-194204; sodium-dependent glucose cotransporter inhibitors such as T-1095; glycogen phosphorylase A inhibitors such as BAY R3401; biguanides such as met-formin; alpha-glucosidase inhibitors such as acarbose; GLP-1 (glucagon like peptide-1), GLP-1 analogs such as Exendin-4 and GLP-1 mimetics; and DPPIV (dipeptidyl peptidase IV) inhibitors such as LAF237;

b) hypolipidemic agents such as 3-hydroxy-3-methylglutaryl coenzyme A (HMG-CoA) reductase inhibitors, e.g., lovastatin, pitavastatin, simvastatin, pravastatin, cerivastatin, mevastatin, velostatin, fluvastatin, dalvastatin, atorvastatin, rosuvastatin and rivastatin; squalene synthase inhibitors; FXR (farnesoid X receptor) and LXR (liver X receptor) ligands; cholestyramine; fibrates; nicotinic acid and aspirin;

c) anti-obesity agents such as orlistat; and

d) anti-hypertensive agents, e.g., loop diuretics such as ethacrynic acid, furosemide and torsemide; angiotensin converting enzyme (ACE) inhibitors such as benazepril, captopril, enalapril, fosinopril, lisinopril, moexipril, perinodopril, quinapril, ramipril and trandolapril; inhibitors of the Na—K-ATPase membrane pump such as digoxin; ACE/NEP inhibitors such as omapatrilat, sampatrilat and fasidotril; 3-adrenergic receptor blockers such as acebutolol, atenolol, betaxolol, bisoprolol, metoprolol, nadolol, propranolol, sotalol and timolol; inotropic agents such as digoxin, dobutamine and milrinone; calcium channel blockers such as amlodipine, bepridil, diltiazem, felodipine,

US 11,096,918 B2

23

nicardipine, nimodipine, nifedipine, nisoldipine and verapamil; aldosterone receptor antagonists; and aldosterone synthase inhibitors. Most preferred combination partners are diuretics, such as hydrochlorothiazide, and/or calcium channel blockers, such as amlodipine or a salt thereof.

Other specific anti-diabetic compounds are described by Patel Mona in *Expert Opin Investig Drugs*, 2003, 12(4), 623-633, in the FIGS. 1 to 7, which are herein incorporated by reference.

A compound of the present invention may be administered either simultaneously, before or after the other active ingredient, either separately by the same or different route of administration or together in the same pharmaceutical formulation.

The structure of the therapeutic agents identified by code numbers, generic or trade names may be taken from the actual edition of the standard compendium "The Merck Index" or from databases, e.g., Patents International (e.g. IMS World Publications). The corresponding content thereof is hereby incorporated by reference.

Accordingly, the present invention provides pharmaceutical compositions in addition a therapeutically effective amount of another therapeutic agent, preferably selected from antidiabetics, hypolipidemic agents, anti-obesity agents or anti-hypertensive agents, most preferably from antidiabetics, anti-hypertensive agents or hypolipidemic agents as described above.

The person skilled in the pertinent art is fully enabled to select a relevant test model to prove the efficacy of a combination of the present invention in the hereinbefore and hereinafter indicated therapeutic indications.

Representative studies are carried out with trisodium [3-((1 S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate] hemipentahydrate, e.g. applying the following methodology:

The antihypertensive and neutral endopeptidase 24.11 (NEP)-inhibitory activities of trisodium [3-((1 S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino) butyrate] hemipentahydrate is assessed in conscious rats. The blood pressure-lowering effect is evaluated in double-transgenic rats (dTGRs) that overexpress both human renin and its substrate, human angiotensinogen (Bohlender, et al, High human renin hypertension in transgenic rats. Hypertension; 29(1 Pt 2):428-34, 1997). Consequently, these animals exhibit an angiotensin II-dependent hypertension. The NEP-inhibitory effect of trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate] hemipentahydrate is determined in conscious Sprague-Dawley rats infused with exogenous atrial natriuretic peptide (ANP). Potentiation of plasma ANP levels is used as an index of NEP inhibition in vivo. In both models, trisodium [3-((1S, 3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{22''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate] hemipentahydrate is administered orally as a powder in gelatin mini capsules. The results are summarized below.

Trisodium [3-((1 S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate) biphenyl-4'-ylmethyl}amino)butyrate] hemipentahydrate exhibits a

24

dose-dependent and long-lasting antihypertensive effect after oral administration in conscious dTGRs, a rat model of fulminant hypertension.

Oral administration of trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate) biphenyl-4'-ylmethyl}amino)butyrate] hemipentahydrate rapidly and dose-dependently inhibits NEP with a long duration of action, as reflected by its potentiation of plasma ANP immunoreactivity (ANPir) in conscious Sprague-Dawley rats infused with exogenous ANP.

Antihypertensive Effect In Vivo

The dTGRs are instrumented with radiotelemetry transmitters for continuous measurement of arterial blood pressure and heart rate. Animals are randomly assigned to vehicle (empty capsule) or treatment (at 2, 6, 20 or 60 mg/kg, p.o.) groups. Baseline 24-hr mean arterial pressure (MAP) is approximately 170-180 mmHg in all groups. Trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino) butyrate] hemipentahydrate dose-dependently reduces MAP. The values obtained from the treatment groups are dose-dependent, and the results from the three highest doses are significantly different from the vehicle controls

Inhibition of NEP In Vivo

The extent and duration of trisodium [3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl) propionate-(S)-3'-methyl-2'-(pentanoyl{22''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate] hemipentahydrate for NEP inhibition in vivo is assessed with methodologies as described previously (Trapani, et al, CGS 35601 and its orally active prodrug CGS 37808 as triple inhibitors of endothelin-converting enzyme-1, neutral endopeptidase 24.11, and angiotensin-converting enzyme. J Cardiovasc Pharmacol; 44(Suppl 1):S211-5, 2004). Rat ANP (1-28) is infused intravenously at a rate of 450 ng/kg/min in conscious, chronically cannulated, male Sprague-Dawley rats. After one hour of infusion, rats are randomly assigned to one of six groups: untreated control, vehicle (empty capsule) control, or one of four doses of drug (2, 6, 20, or 60 mg/kg, p.o.). ANP infusion is continued for an additional eight hours. Blood samples are collected for measuring plasma ANPir by a commercial enzyme immunoassay kit at −60 min (i.e., before initiating ANP infusion), −30 min (after 30 min of ANP infusion), 0 min ("baseline"; after 60 min of ANP infusion but before dosing with drug or its vehicle), and at 0.25, 0.5, 1, 2, 3, 4, 5, 6, 7, and 8 hr post-dosing.

Before ANP infusion, ANPir is low (0.9-1.4 ng/ml) and similar in all six groups. ANP infusion rapidly (by 30 min) elevates ANPir to ~10 ng/ml. This ANPir level is sustained for the duration of the experiment in the untreated and vehicle control groups. In contrast, trisodium [3-((1 S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2''-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)butyrate] hemipentahydrate rapidly (within 15 min) and dose-dependently augments ANPir. In summary, orally administered LCZ696 rapidly and dose-dependently inhibited NEP with a long duration of action as reflected by the potentiation of plasma ANPir.

The available results indicate an unexpected therapeutic effect of a compound according to the invention.

In a third aspect, the present invention is directed to a method of making a linked pro-drug of an ARB or a

NPC-VS-918-000023039

US 11,096,918 B2

25

pharmaceutically acceptable salt thereof and a NEPi or a pharmaceutically acceptable salt thereof comprising the steps of:

(a) adding an inorganic salt forming agent to a solvent to form a linked pro-drug salt forming solution;

(b) adding the salt forming solution to a mixture of an ARB and a NEPi such that the ARB and NEPi form a linked pro-drug; and

(c) isolating the linked pro-drug.

Preferably, the components are added in an equivalent amount.

The inorganic salt forming agent includes, but is not limited to, calcium hydroxide, zinc hydroxide, calcium methoxide, calcium acetate, calcium hydrogen carbonate, calcium formate, magnesium hydroxide, magnesium acetate, magnesium formate and magnesium hydrogen carbonate, sodium hydroxide, sodium methoxide, sodium acetate, sodium formate. The inorganic salt forming agent releases the linking moiety into the solvent such that when an ARB and a NEPi are present a linked pro-drug is formed.

Solvents included in the scope of the present invention include, but are not limited to, solvents in which the ARB, NEPi and inorganic salt forming agent preferably exhibit a lower solubility that allows the linked pro-drug to crystallize. Such solvents may comprise, but are not limited to, water, methanol, ethanol, 2-propanol, ethyl acetate, methyl-t-butylether, acetonitrile, toluene, and methylene chloride and mixtures of such solvents.

The inorganic salt forming agent and the solvent when combined should have a pH which promotes linked pro-drug formation. The pH may be between about 2 and about 6, preferably between about 3 and about 5, most preferably between 3.9 and 4.7.

The linked pro-drug is isolated by crystallization and chromatography. Specific types of chromatography include, e.g., ligand specific resin chromatography, reverse phase resin chromatography and ion-exchange resin chromatography.

A specific example comprises contacting a divalent salt of one component with a monovalent salt of the other component of the linked pro-drug. Specifically the mixed salt of valsartan and a mono-basic NEPi are synthesized by contacting the calcium salt of valsartan with the sodium salt of the NEPi component. Isolation of the desired mixed salt is carried out by selective crystallization or chromatography using ligand specific resins, reverse phase resins or ion-exchange resins. Similarly this process can be conducted with a monovalent salt of both components, such as the sodium salt of both components.

In another embodiment of this aspect of the invention, a co-crystal of the linked pro-drug is obtained. In a method of making a linked pro-drug co-crystal the inorganic salt forming agent is replaced with a neutral molecule which provides hydrogen binding properties. The solvent may be part of the molecular packing and be trapped in the crystal lattice.

In a preferred embodiment of the third aspect, the present invention is directed to a method of preparing a dual-acting compound comprising

(a) an angiotensin receptor antagonist;

(b) a neutral endopeptidase inhibitor (NEPi); and optionally

(c) a pharmaceutically acceptable cation;

said method comprising the steps of:

(i) dissolving an angiotensin receptor antagonist and a neutral endopeptidase inhibitor (NEPi) in a suitable solvent;

26

(ii) dissolving a basic compound of Cat in a suitable solvent, wherein Cat is a cation;

(iii) combining the solutions obtained in steps (i) and (ii);

(iv) precipitation of the solid, and drying same to obtain the dual-acting compound; or alternatively obtaining the dual-acting compound by exchanging the solvent(s) employed in steps (i) and (ii) by

(iva) evaporating the resulting solution to dryness;

(va) re-dissolving the solid in a suitable solvent;

(via) precipitation of the solid and drying same to obtain the dual-acting compound.

The details regarding the complex, including the ARB, the NEPi and the cation, are as described above with regard to the first embodiment of the invention.

Preferably, in step (i) the ARB and the NEPi are added in an equivalent molar amount. Both the ARB and the NEPi are preferably used in the free form. The solvent used in step (i) may be any solvent that allows dissolution of both the ARB and the NEPi. Preferred solvents include those mentioned above, namely water, methanol, ethanol, 2-propanol, acetone, ethyl acetate, isopropyl acetate, methyl-t-butylether, acetonitrile, toluene, DMF, NMF and methylene chloride and mixtures of such solvents, such as ethanol-water, methanol-water, 2-propanol-water, acetonitrile-water, acetone-water, 2-propanol-toluene, ethyl acetate-heptane, isopropyl acetate-acetone, methyl-t-butyl ether-heptane, methyl-t-butyl ether-ethanol, ethanol-heptane, acetone-ethyl acetate, acetone-cyclohexane, toluene-heptane, more preferably acetone.

Preferably, in step (ii) the basic compound of Cat is a compound capable of forming a salt with the acidic functionalities of the ARB and the NEPi. Examples include those mentioned above, such as calcium hydroxide, zinc hydroxide, calcium methoxide, calcium ethoxide, calcium acetate, calcium hydrogen carbonate, calcium formate, magnesium hydroxide, magnesium acetate, magnesium formate, magnesium hydrogen carbonate, sodium hydroxide, sodium carbonate, sodium hydrogen carbonate, sodium methoxide, sodium ethoxide, sodium acetate, sodium formate, potassium hydroxide, potassium carbonate, potassium hydrogen carbonate, potassium methoxide, potassium ethoxide, potassium acetate, potassium formate, ammonium hydroxide, ammonium methoxide, ammonium ethoxide, and ammonium carbonate. Perchlorates may also be used. Amine bases or salt forming agents such as those mentioned above may also be used, in particular benzathine, L-arginine, cholin, ethylene diamine, L-lysine or piperazine. Typically an inorganic base is employed with Cat as specified herein. More preferably, the basic compound is (Cat)OH, $(Cat)_2CO_3$, $(Cat)HCO_3$, still more preferably Cat(OH), such as NaOH. The basic compound is employed in an amount of at least 3 equivalents relative to either the ARB or the NEPi, preferably it is employed in stoichiometric amount to obtain the dual-acting compound, in particular the complex with three cations. The solvent used in step (ii) may be any solvent or mixtures of solvents that allow dissolution of Cat(OH). Preferred solvents include water, methanol, ethanol, 2-propanol, acetone, ethyl acetate, isopropyl acetate, methyl-t-butylether, acetonitrile, toluene, and methylene chloride and mixtures of such solvents, more preferably water.

In step (iii) the solutions obtained in steps (i) and (ii) are combined. This can take place by adding the solution obtained in step (i) to the solution obtained in step (ii) or vice versa, preferably, the solution obtained in step (ii) to the solution obtained in step (i).

According to the first alternative, once combined and preferably mixed, the dual-acting compound, in particular

US 11,096,918 B2

27

the complex precipitates in step (iv). This mixing and precipitation is typically effected by stirring the solutions for an appropriate amount of time such as 20 min to 6 h, preferably 30 min to 3 h, more preferably 2 h, at room temperature. It is advantageous to add seeds of the dual acting compound. This method facilitates precipitation.

In step (iv) according to this first alternative, a co-solvent is typically added. The co-solvent employed is a solvent in which the ARB and the NEPi in the complexed form exhibit a lower solubility that allows the compound to precipitate. Distillation, either continuous or stepwise, with replacement by this co-solvent results in a mixture predominantly of the co-solvent. Preferred solvents include ethanol, 2-propanol, acetone, ethyl acetate, isopropyl acetate, methyl-t-butyle-ther, acetonitrile, toluene, and methylene chloride and mixtures of such solvents, more preferably isopropyl acetate. Preferably, a minimum amount of solvent is employed to facilitate precipitation. The solid is collected, e.g. by filtration, and is dried to obtain the dual-acting compound, in particular the complex in accordance with the present invention. The drying step can be performed at room temperature or elevated temperature such as 30 to 60° C., preferably 30 to 40° C. Reduced pressure can be employed to facilitate removal of the solvent, preferably, drying is effected at ambient pressure or reduced pressure of e.g. 10 to 30 bar, such as 20 bar.

According to a second alternative, once combined and preferably mixed, the dual-acting compound, in particular the complex the mixture preferably forms a clear solution. This mixing is typically effected by stirring the solutions for an appropriate amount of time such as 20 min to 6 h, preferably 30 min to 3 h, more preferably 1 h, at room temperature. If necessary, the temperature may be raised so as to ensure a clear solution.

The obtained mixture is then further treated by solvent exchange to obtain the dual-acting compound, in particular the complex.

In step (iva) according to this second alternative, the solution is preferably evaporated to dryness at elevated temperatures such as >room temperature to 50° C., more preferably 30 to 40° C.

Preferably, in step (va) the solvent or solvent mixture employed is a solvent in which the ARB and the NEPi in the complexed form exhibit a lower solubility that allows the dual-acting compound, in particular the complex to precipitate. Preferred solvents include the ones mentioned above for step (i), such as water, ethanol, 2-propanol, acetone ethyl acetate, isopropyl acetate, methyl-t-butylether, acetonitrile, toluene, and methylene chloride and mixtures of such solvents, more preferably isopropyl acetate. Preferably, a minimum amount of solvent or solvent mixture is employed to facilitate precipitation.

In step (via) precipitation can take place at room temperature. It can be effected by leaving the mixture standing or by agitating the mixture, preferably by agitating it. This is preferably effected by stirring and/or sonication. After precipitation, the solid is collected, e.g. by filtration, and is dried to obtain the compound in accordance with the present invention. The drying step can be performed at room temperature or elevated temperature such as 30 to 60° C., preferably room temperature. Reduced pressure can be employed to facilitate removal of the solvent, preferably, drying is effected at ambient pressure.

In a fourth aspect, this invention is directed to a method of treating or preventing a disease or condition, such as hypertension, heart failure (acute and chronic) congestive heart failure, left ventricular dysfunction and hypertrophic

28

cardiomyopathy, diabetic cardiac myopathy, supraventricular and ventricular arrhythmias, atrial fibrillation, atrial flutter, detrimental vascular remodeling, myocardial infarction and its sequelae, atherosclerosis, angina (unstable or stable), renal insufficiency (diabetic and non-diabetic), heart failure, angina pectoris, diabetes, secondary aldosteronism, primary and secondary pulmonary hypertension, renal failure conditions, such as diabetic nephropathy, glomerulonephritis, scleroderma, glomerular sclerosis, proteinuria of primary renal disease, and also renal vascular hypertension, diabetic retinopathy, other vascular disorders, such as migraine, peripheral vascular disease, Raynaud's disease, luminal hyperplasia, cognitive dysfunction (such as Alzheimer's), glaucoma and stroke comprising administering the afore-mentioned combination, linked pro-drug or the dual-acting compound, in particular the complex to a subject in need of such treatment.

The combination, linked pro-drug or the dual-acting compound, in particular the complex of the first embodiment may be administered alone or in the form of a pharmaceutical composition according to the second embodiment. Information regarding dosing, i.e., the therapeutically effective amount, etc., is the same regardless of how the combination, linked pro-drug or he dual-acting compound, in particular the complex is administered.

The combination, linked pro-drug or the dual-acting compound, in particular the complex is beneficial over a combination of ARBs or neutral endopeptidase inhibitors alone or other ARB/NEPi combinations with regard to use as first line therapy, ease of formulation and ease of manufacture.

Specific embodiments of the invention will now be demonstrated by reference to the following examples. It should be understood that these examples are disclosed solely by way of illustrating the invention and should not be taken in any way to limit the scope of the present invention.

Example 1

Preparation of [valsartan ((2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester)]Na₃.2.5 H₂O

Preparation of [valsartan ((2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester)]$Na_3$.2.5 $H_2O$

The dual-acting compound of valsartan and (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester is prepared by dissolving 0.42 g of (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester free acid (~95% purity) and 0.41 g of valsartan free acid in 40 ml acetone. Separately, 0.111 g of NaOH is dissolved in 7 ml $H_2O$. The two solutions are combined and stirred at room temperature for 1 hour and a clear solution was obtained. The solution is evaporated at 35° C. to yield a glassy solid. The glassy solid residue is then charged with 40 ml acetone and the resulting mixture is stirred and sonicated until precipitation occurred (~5 minutes). The precipitate was filtered and the solid is dried at room temperature in open air for 2 days until a constant mass of the crystalline solid is obtained.

Characterization by various methods could confirm the presence of both valsartan and (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester and complex formation in contrast to a simple physical mixture. Significant spectral peaks for the complex are observed e.g. in the XRPD, IR, and Raman spectroscopy which are not present for the physical mixture. See below for details on the characterization.

NPC-VS-918-000023041

US 11,096,918 B2

29

30

## Example 2

Alternative Preparation of [valsartan ((2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester)]Na$_3$.2.5 H$_2$O

The dual acting compound of valsartan and (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester is prepared by dissolving 22.96 mmol of (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester free acid (~95% purity) and valsartan (10.00 g; 22.96 mmol) in acetone (300 mL). The suspension is stirred at room temperature for 15 min to obtain a clear solution. A solution of NaOH (2.76 g; 68.90 mmol) in water (8 mL) water is then added to this solution over a period of 10 min. Solids start to precipitate in 10 min. Alternatively, precipitation can be induced by seeding. The suspension is stirred at 20-25° C. for 2 h. This suspension is concentrated at 15-30° C. under reduced pressure (180-250 mbar) to a batch volume of ~150 mL. Isopropyl acetate (150 mL) is then added to the batch and the suspension is concentrated again at 15-30° C. under reduced pressure (180-250 mbar) to a batch volume of ~150 mL. This operation (addition of 150 mL of isopropyl acetate to the batch and concentration) is repeated once again. The suspension is stirred at 20-25° C. for 1 h. The solids are collected by filtration under nitrogen over a Büchner funnel, washed with isopropyl acetate (20 mL), and dried at 35° C. under reduced pressure (20 mbar) to afford the compound.

Characterization revealed the same product as in Example 1.

## Example 3

Alternative Preparation of [valsartan ((2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester)]Na$_3$.2.5 H$_2$O Using Seeding

A reactor is charged with 2.00 kg (2,323 mmol) of AHU377 calcium salt and 20 L of isopropyl acetate. The suspension is stirred at 23±3° C., and 4.56 L of 2 N HCl was added. The mixture is stirred at 23±3° C. for 15 min to obtain a clear two-phase solution. The organic layer is separated and washed with 3×4.00 L of water. The organic layer is concentrated at 30-100 mbar and 22±5° C. to ~3.5 L (3.47 kg) of AHU377 free acid isopropyl acetate solution as a colorless solution.

To the above reactor containing ~3.5 L (3.47 kg) of AHU377 free acid isopropyl acetate solution is added 1.984 kg (4.556 mmol) of Valsartan and 40 L of acetone. The reaction mixture is stirred at 23±3° C. to obtain a clear solution which is filtered into a reactor. To the reaction mixture is added a solution of 547.6 g (13.690 mmol) of NaOH in 1.0 L of water at 23±3° C. (which was pre-cooled to 20±5° C. and in-line filtered) over a period of 15-30 min while maintaining the internal temperature at 23±3° C. (slightly exothermic). The flask is rinsed with 190 mL of water and added into the reaction mixture. The reaction mixture is stirred at 23±3° C. for 15 min and a slurry of 4.0 g of [valsartan ((2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester)]Na$_3$.2.5 H$_2$O seeds in 50 mL of isopropyl acetate is added. The mixture is stirred at 23±3° C. for 2 h to obtain a suspension. The suspension is heated to an internal temperature at 40±3° C. over a period of 20 min and 20 L of isopropyl acetate is added over a period of 20 min while maintaining the internal

temperature at 40±3° C. The suspension is stirred at this temperature for an additional 30 min. The mixture is concentrated at an internal temperature at 35±5° C. (T$_j$ 45±5° C.) under reduced pressure (200-350 mbar) to ~35 L of a white slurry (solvent collected: ~25 L). Then 30 L of isopropyl acetate is added the mixture is concentrated at an internal temperature at 35±5° C. (T$_j$ 45±5° C.) under reduced pressure (100-250 mbar) to ~30 L of a white slurry (solvent collected: ~40 L). Again 40 L of isopropyl acetate is added and the mixture is concentrated at an internal temperature at 35±5° C. (T$_j$ 45±5° C.) under reduced pressure (100-200 mbar) to ~30 L of a white slurry (solvent collected: ~30 L). The reaction mixture is cooled to 23±3° C. over ~20 min and stirred at this temperature for an additional 3 h. The solid is collected by filtration under nitrogen over a polypropylene pad on Büchner funnel. The solid is washed with 2×5 L of isopropyl acetate and dried at 35° C. under reduced pressure (20 mbar) until isopropyl acetate content <0.5% to afford the above product as a white solid.

Characterization revealed the same product as in Example 1.

X-Ray Powder Diffraction

Calculation of the interlattice plane intervals from the X-ray powder pattern taken with a Scintag XDS2000 powder diffractometer for the most important lines for the sample give the following results:

d in [Å]: 21.2 (s), 17.0 (w), 7.1 (s), 5.2 (w), 4.7 (w), 4.6 (w), 4.2 (w), 3.5 (w), 3.3 (w)

The error margin for all interlattice plane intervals is ±0.1 Å. The intensities of the peaks are indicated as follows: (w)=weak; (m)=medium; and (st)=strong.

Average values 2Θ in [°] are indicated (error limit of ±0.2) 4.5, 5.5, 5.6, 9.9, 12.8, 15.7, 17.0, 17.1, 17.2, 18.3, 18.5, 19.8, 21.5, 21.7, 23.2, 23.3, 24.9, 25.3, 27.4, 27.9, 28.0, 30.2.

Elemental Analysis

Elemental analysis gives the following measured values of the elements present in the sample. The findings of the elements present in the sample, within the error limits, correspond to the overall formula of (C$_{48}$H$_{55}$N$_6$O$_8$Na$_3$)*2.5H$_2$O

| | | | |
|---|---|---|---|
| Found | C: 60.05% | H: 6.24% | N: 8.80% |
| Calculated* | C: 60.18% | H: 6.31% | N: 8.77% |

Infrared Spectroscopy

The infrared absorption spectrum for the sample obtained using Attenuated Total Reflection Fourier Transform Infrared (ATR-FTIR) spectrometer (Nicolet Magna-IR 560) shows the following significant bands, expressed in reciprocal wave numbers (cm$^{-1}$):

2956 (w), 1711 (st), 1637 (st), 1597 (st), 1488 (w), 1459 (m), 1401 (st), 1357 (w), 1295 (m), 1266 (m), 1176 (w), 1085 (m), 1010 (w), 942 (w), 907 (w), 862 (w), 763 (st), 742 (m), 698 (m), 533 (st).

The error margin for all absorption bands of ATR-IR is ±2 cm$^{-1}$.

The intensities of the absorption bands are indicated as follows: (w)=weak; (m)=medium; and (st)=strong intensity.

Raman Spectroscopy

Raman spectrum of the sample measured by dispersive Raman spectrometer with 785 nm laser excitation source (Kaiser Optical Systems, Inc.) shows the following significant bands expressed in reciprocal wave numbers (cm$^{-1}$):

3061 (m), 2930 (m, broad), 1612 (st), 1523 (m), 1461 (w), 1427 (w), 1287 (w), 1195 (w), 1108 (w), 11053 (w), 1041 (w), 1011 (w), 997 (m), 866 (w), 850 (w), 822 (w), 808 (w),

US 11,096,918 B2

31

735 (w), 715 (w), 669 (w), 643 (w), 631 (w), 618 (w), 602 (w), 557 (w), 522 (w), 453 (w), 410 (w), 328 (w).

The error margin for all Raman bands is ±2 cm$^{-1}$.

The intensities of the absorption bands are indicated as follows: (w)=weak; (m)=medium; and (st)=strong intensity.

High Resolution CP-MAS $^{13}$C NMR Spectroscopy

The samples are investigated by high resolution CP-MAS (Cross Polarization Magic Angle Spinning)$^{13}$C NMR spectroscopy using a Bruker-BioSpin AVANCE 500 NMR spectrometer equipped with a 300 Watt high power $^{1}$H, two 500 Watt high power X-amplifiers, necessary high power pre-amplifiers, a "MAS" controller and a 4 mm BioSolids high resolution Bruker probe.

Each sample is packed in a 4 mm ZrO$_2$ rotor. Critical experimental parameters are 3 msec 1$^{3}$C contact times, 12 KHz spinning speed at the magic angle, a "ramped" contact time, using a "SPINAL64" $^{1}$H decoupling scheme, a recycle delay of 10 secs and 1024 scans at 293 deg K. The chemical shifts are referenced with respect to an external Glycine carbonyl at 176.04 ppm.

High resolution CP-MAS $^{13}$C NMR shows the following significant peaks (ppm):

179.0, 177.9 177.0, 176.7, 162.0, 141.0, 137.2, 129.6, 129.1, 126.7, 125.3, 64.0, 61.5, 60.4, 50.2, 46.4, 40.6, 38.6, 33.5, 32.4, 29.8, 28.7, 22.3, 20.2, 19.1, 17.8, 16.8, 13.1, 12.1, 11.1.

A physical mixture of individual Na salts of Valsartan and (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester revealed a simple inert mixture of the two salts. However, the sample of the complex prepared in Example 1 exhibited distinctly different spectral features in comparison to a 1:1 mixture of the sodium salts.

DSC and TGA

As measured by differential scanning calorimetry (DSC) using Q1000 (TA Instruments) instrument, the melting onset temperature and the peak maximum temperature for the sample is observed at 139° C. and 145° C., respectively.

As shown by DSC and thermogravimetric analysis (TGA), upon heating, the water of hydration is released in two steps: the first step occurs below 100° C. and the second step above 120° C.

Both DSC and TGA instruments are operated at a heating rate of 10 K/min.

Example 4

Preparation of Linked Pro-Drug of Scheme (1)

Linked pro-drug of valsartan calcium salt and (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-

32

pentanoic acid ethyl ester is prepared at room temperature by dissolving 114 mg of the calcium salt of valsartan and 86 mg of (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester free acid in 2 mL methanol, followed by methanol evaporation. The glassy solid residue is then charged with 3 mL of acetonitrile and equilibrated by 10 min. sonication, followed by 20 hours of magnetic stirring. Approximately 120 mg of white solids are collected by filtration. Liquid chromatography (LC) and elemental analysis indicate 1:1 ratio between (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester and valsartan. The sample is amorphous by X-ray powder diffraction.

Preparation of Linked Pro-Drug of Scheme (2)

Linked pro-drug of valsartan calcium salt and (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester and Tris is prepared at room temperature by dissolving 57 mg of the calcium salt of valsartan, 43 mg of (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester free acid, and 12.6 mg of tris(hydroxymethyl)aminomethane (Tris) in 2 mL methanol, followed by methanol evaporation. The glassy solid residue is then charged with 3 mL of acetonitrile and equilibrated by 10 min. sonication, followed by 20 hours of magnetic stirring. Approximately 83 mg of white solids are collected by filtration. LC and elemental analysis indicate 1:1 ratio between (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester and valsartan. The sample is amorphous by X-ray powder diffraction.

While the invention has been described above with reference to specific embodiments thereof, it is apparent that many changes, modifications, and variations can be made without departing from the inventive concept disclosed herein. Accordingly, it is intended to embrace all such changes, modifications and variations that fall within the spirit and broad scope of the appended claims. All patent applications, patents, and other publications cited herein are incorporated by reference in their entirety.

What is claimed is:

1. An amorphous solid form of a compound comprising anionic (S)-N-valeryl-N-{[2'-(1H-tetrazole-5-yl)-biphenyl-4-yl]-methyl}-valine, anionic (2R,4S)-5-biphenyl-4-yl-4-(3-carboxy-propionylamino)-2-methyl-pentanoic acid ethyl ester, and sodium cations in a 1:1:3 molar ratio.

2. A pharmaceutical composition comprising the amorphous solid form according to claim 1 and at least one pharmaceutically acceptable excipient.

* * * * *

NPC-VS-918-000023043

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 11,096,918 B2                                    Page 1 of 3
APPLICATION NO.     : 16/579581
DATED               : August 24, 2021
INVENTOR(S)         : Lili Feng et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page

Item [56]

Page 2
Column 2:
Line 33, "Compounds" should read --Compounds--;
Line 48, "acis" should read --acid--; and
Line 50, "72(2): 193-200, 1992." should read --22(2): 193-200, 1992.--.

Page 3
Column 2:
Line 2, "High-Throughout" should read --High-Throughput--.

Page 5
Column 1:
Line 17, "vol 101," (2nd occurrence) should be deleted;
Line 20, "2000"Crystal" should read --2000", Crystal--; and
Line 27, "Aakeröy,Christer" should read --Aakeröy, Christer--.

Column 2:
Line 34, "People Health" should read --People's Health--;
Line 52, "Anatriuretic" should read --A natriuretic--;
Line 62, "ad Evaluation Carbolinium" should read --and Evaluation of $\beta$-Carbolinium--; and
Line 63, "on Delocalized" should read --on $\pi$-Delocalized--.

Page 6
Column 2:
Line 2, "Part IX.t" should read --Part IX--; and
Line 5, "Sodium IMitrophenolate" should read --sodium $o$-nitrophenolate--.

Signed and Sealed this
First Day of February, 2022

Drew Hirshfeld
*Performing the Functions and Duties of the*
*Under Secretary of Commerce for Intellectual Property and*
*Director of the United States Patent and Trademark Office*

**CERTIFICATE OF CORRECTION (continued)**                                    Page 2 of 3
**U.S. Pat. No. 11,096,918 B2**

In the Specification

<u>Column 3:</u>
Line 65, "methyl-phenyl)propionyl]-methionine)" should read
--methylphenyl)propionyl]-methionine--.

<u>Column 5:</u>
Line 34, "((1 S,3R) –1-biphenyl-4-y lmethyl-3-ethoxy carbonyl" should read
--((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl--;
Line 35, "butylcarbamoyl)propionate-(S)-3 '-methyl-2'-(pentanoyl-" should read
--butylcarbamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl--; and
Line 36, "{2 ″-(tetrazol-5-ylate)biphenyl-4'-y 'methyl} amino)bu-" should read
--2″-(tetrazol-5-ylate)biphenyl-4'-ylmethyl}amino)bu- --.

<u>Column 15:</u>
Line 15, "is may" should read --may--; and
Line 46, "species" should read --species.--.

<u>Column 16:</u>
Line 63, "onate-(S)-3'-methyl-2'-(pentanoyl{22″-(tetrazol-5-ylate)bi-" should read
--onate-(S)-3'-methyl-2'-(pentanoyl{2″-(tetrazol-5-ylate)bi- --.

<u>Column 18:</u>
Line 62, "[3-((1 S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1-" should read
--[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1- --; and
Line 64, "onate-(S)-3'-methyl-2'-(pentanoyl{22″-(tetrazol-5-ylate)bi-" should read
--onate-(S)-3'-methyl-2'-(pentanoyl{2″-(tetrazol-5-ylate)bi- --.

<u>Column 19:</u>
Line 25, "onate-(S)-3'-methyl-2'-(pentanoyl{22″-(tetrazol-5-ylate)bi-" should read
--onate-(S)-3'-methyl-2'-(pentanoyl{2″-(tetrazol-5-ylate)bi- --; and
Line 64, "und γ." should read --and γ.--.

<u>Column 22:</u>
Line 43, "met-formin;" should read --metformin;--; and
Line 62, "3-adrenergic" should read --$\beta$-adrenergic--.

<u>Column 23:</u>
Line 23, "in addition a" should read --in addition to a--;
Line 34, "[3-((1 S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1" should read
--[3-((1S,3R)-1-biphenyl-4-ylmethyl-3-ethoxycarbonyl-1- --;
Line 43, "ylate)biphenyl-4'-ylmethyl}amino) butyrate)" should read
--ylate)biphenyl-4'-ylmethyl}amino)butyrate]--; and
Line 60, "bamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{22″-(tetra-" should read
--bamoyl)propionate-(S)-3'-methyl-2'-(pentanoyl{2″-(tetra- --.

NPC-VS-918-000023045

**CERTIFICATE OF CORRECTION (continued)**                                        Page 3 of 3
**U.S. Pat. No. 11,096,918 B2**

<u>Column 24:</u>
Line 30, "propionate-(S)-3′-methyl-2′-(pentanoyl{22″-(tetrazol-5-" should read
--propionate-(S)-3′-methyl-2′-(pentanoyl{2″-(tetrazol-5- --.

<u>Column 28:</u>
Line 25, "or he" should read --or the--; and
Line 43, "ester)]Na$_3$.2.5 H$_2$O" should read --ester)]Na$_3$•2.5 H$_2$O--.

<u>Column 29:</u>
Line 5, "ester)]Na$_3$.2.5 H$_2$O" should read --ester)]Na$_3$•2.5 H$_2$O--;
Line 37, "ester)]Na$_3$.2.5 H$_2$O" should read --ester)]Na$_3$•2.5 H$_2$O--; and
Line 15, "(8 mL) water" should read --(8 mL)--.

<u>Column 30:</u>
Line 6, "added" should read --added and--; and
Line 40, "(C$_{48}$H$_{55}$N$_6$O$_8$Na$_3$)*2.5H$_2$O" should read --(C$_{48}$H$_{55}$N$_6$O$_8$Na$_3$)•2.5H$_2$O--.

<u>Column 31:</u>
Line 14, "1$^3$C" should read --$^{13}$C--.

NPC-VS-918-000023046

# EXHIBIT 11



# Physical & Chemical Characterization of Drug Products in PDU US

## Charles Pan

*April 21, 2009*

Highly Confidential Information Under Protective Order - Attorneys' Eyes Only

# DP Characterization Network





Highly Confidential Information Under Protective Order - Attorneys' Eyes Only

# Our Vision

 NOVARTIS

## To become the Center of Excellence in physico-chemical characterization of drug products in PDU US

- Support almost all PHAD projects
  Support pre-formulation/formulation development,
  Support analytical method development and validation
- Support marketed products and manufacturing issues
- Support QA and customer complaints
- Support Corporate Intellectual Property (IP) activities

Highly Confidential Information Under Protective Order - Attorneys' Eyes Only                    NPC-VS-918-000026804

# Overview of over 20 Instruments



## Solid state analysis:

FT-IR                  Physicochemical study, microscope capability
Raman                  Physicochemical study w/PHAT probe (1-6 mm)
XRD                    Polymorphism studies (crystalline vs. amorphous)
TGA                    Thermal analysis, weight loss, water content
mDSC                   Thermal analysis, $t_g$, melting point
ASAP2020               Surface area, porosimetry, water vapor sorption
Microscope Imaging     Particle size distribution
SEM/EDX                Surface morphology and element detection
TSC                    Low content amorphous detection
LIBS                   API or excipient distribution in tablets. Coating thickness
TAM                    DS-excipient interaction, compatibility study
VTI                    Water vapor sorption

## Wet chemical analysis:

Qualitative LC/MS      Structure ID of degradation products/impurities
Quantitative LC/MS     Quantitative MS for DS release
HS GC/MS               Impurity ID, residual solvents/volatile organics
Raman/FTIR             Spectroscopic characterization of solutions and solid materials

Highly Confidential Information Under Protective Order - Attorneys' Eyes Only

# LC/MS in Drug Development
## 6 LC/MS in PDU US


NOVARTIS

| | | |
|---|---|---|
| 1. | UPLC/MS (TOF) | High Res R>10K, High MW ~30K |
| 2. | HPLC/MS (Ion Trap) | $MS^n$ ion fragmentation |
| 3. | Triple Quadrupole MS | MRM for quantitation |
| 4. | ZQ LC/MS (single Q) | Open access MS |
| 5. | Head space GC/MS | Residual solvent/volatile organics |

- Identify drug degradation products and unknowns

- Support DS quantitation, method development for ppm detection

- Overview all LC/MS in PDU, qualify 3 LC/MS this year

- Support Corporate Intellectual Property (IP) activities

- Support TechOps and QA when requested

# Molecular Spectroscopy: FTIR

 NOVARTIS

## Applications:

- Support formulation development
    - stability samples
    - salt conversion, free acid/base vs. salt
    - polymorph detection, crystalline vs. amorphous
- Special problem solving for Development and QA
    - unknown identification (LMF237 granule)
    - material characterization (customer complaint)

## Some Studies:

- Protein and peptide (APP and APL)- secondary structure
- Crystalline vs. amorphous (LCZ696)
- Coating property (microscope FT-IR, LCZ696)
- Exforge (stability samples with dissolution issue)
- AMN107 (physicochemical characterization)

Highly Confidential Information Under Protective Order - Attorneys' Eyes Only

# Molecular Spectroscopy: Raman



Raman complementary to IR
FTIR:          vibration mode that changes in dipole moment
Raman:        vibration mode that changes in polarizability

<u>PhAT probe Raman:</u>
   Blending homogeneity
   Drying process
   Granulation process
   Content Uniformity
<u>Transmission Raman:</u>
   Quantitation through tablet
<u>Microscope Raman:</u>
   Mapping API/excipients on tablet/powder

$P^hAT$ System
6 mm Diameter



10 mm

Traditional Dispersive
and FT-Raman 2-80-500 microns

Highly Confidential Information Under Protective Order - Attorneys' Eyes Only

# LCZ696DS, amorphous LCZ696, AHU377 Na salt, AHU377 free acid, Valsartan Di-Na salt, and Valsartan free acid

NOVARTIS

40000
35000
30000
25000
20000
15000
10000
5000
1080
1060
1040
1020
1000
980
960
940
920
900
Counts / Raman Shift (cm-1)
Overlay Y-Zoom CURSOR
File # 3 = LCZ696 000024
2/6/2007 8:17 AM Res=None
placeboTRD-2368-048A/B Intre Blend

| | | | |
|---|---|---|---|
| LCZ696 DS | 1040.5 | 1010.0 | 996.3 |
| Amorphous LCZ | | 1008.3 | 998.5 |
| AHU377 Na salt | 1038.6 | | 995.6 |
| AHU377 free acid | 1040.7 | | 996.4 |
| Valsartan Di-Na salt | | 1013.2 | |
| Valsartan free acid | | | 998.9 |

# Microscope-Raman





**Raman imaging:**
Mapping of chemical composition on tablet surface, "quantitative" distribution of materials

**Confocal Raman Microscopy:**
Depth profile:
tablet coating layer thickness, coating on beads

Highly Confidential Information Under Protective Order - Attorneys' Eyes Only

# Raman Imaging:

## amorphous distribution of LCZ696 in formulations
### *ribbon after compaction*

NOVARTIS



50μm


LCZ696 crystalline


LCZ696 amorphous


Talc


PVPP


Mg Stearate


Cellulose

Highly Confidential Information Under Protective Order - Attorneys' Eyes Only

# Raman Imaging on surface





**Figure 1.** The four primary windows used in *HoloMap* imaging software (counter-clockwise from upper right): Spectrum, Image, 3D Image View, and Overlay.

Highly Confidential Information Under Protective Order - Attorneys' Eyes Only

# Confocal Raman: Depth Profile





**Figure**     Raman depth profile of silicon. A 150-$\mu$m section was analyzed in 0.149-$\mu$m steps.

Highly Confidential Information Under Protective Order - Attorneys' Eyes Only

NPC-VS-918-000026813

# Accelerated Surface Area and Porosimetry System (ASAP)

NOVARTIS



- Two Independent vacuum systems allowing preparation and analysis to proceed concurrently
- Oil-free "dry" vacuum option to prevent oil contamination
- Two-station intelligent degas system for fully automated degassing
- long-duration cryogen system for unattended analyses
- Twelve gas inlets that are automatically selectable for pretreatment, backfill, and analysis

Highly Confidential Information Under Protective Order - Attorneys' Eyes Only

# Capabilities of ASAP2020 from Micromeritics



## 1   Specific surface area
Single and multiple point surface area, based on BET equation.

## 2   Pore volume distribution and pore area distribution
- Micro-(< 2 nm) and meso-(2 ~ 50 nm) pore sizes can be determined by BJH equation
- Pore volume and total pore volume

## 3   Water vapor Sorption
- Use water vapor as an adsorptive, based on GAB equation
- Volumetric method vs. gravimetric method

## 4   Surface Energy

# Surface Area



Surface area is important in the characterization of pharmaceutical materials during development, formulation, and manufacturing

- Chemical activity
- Adsorption
- Bioavailability (disintegration and dissolution)
- Process, blend and tablet (compressibility and flowability)
- Moisture sorption
- Package and shelf life

The technique

- Works well with particles of any shape
- Does not require input of "other" physical properties
- Non destructive test
- No need to "disperse" sample

Highly Confidential Information Under Protective Order - Attorneys' Eyes Only

# Surface Area vs. Dissolution Rate
## VAA489 Tablet



Highly Confidential Information Under Protective Order - Attorneys' Eyes Only

NPC-VS-918-000026817

# SURFACE AREA of Two Batches of LCZ696 DS



## BET Surface Area Plot



Highly Confidential Information Under Protective Order - Attorneys' Eyes Only

# Water sorption on amorphous and crystalline

## moisture content varies with structure and Relative Humidity

NOVARTIS



A semi-quantitative method for amorphous detection is currently under development

Highly Confidential Information Under Protective Order - Attorneys' Eyes Only

# Surface Energy Estimation



From the complete nitrogen adsorption isotherm, if the low relative pressure range 0.001-0.005 does not obey Henry's law- indicates the presence of surface heterogeneity.

From this isotherm, using DFT (density functional theory) we can quantitatively measure heterogeneity on the surface.



Normal Crystal                    Crystal With Defects

Highly Confidential Information Under Protective Order - Attorneys' Eyes Only

# Thermal Stimulated Depolarization Current (TSDC)

*Principle of thermally stimulated depolarization current*



Molecular Mobility



$T_p$ isothermal

Polarization

$\longrightarrow$

Dipole alignment



T decrease quenching

Suppressed mobility

Dipole relaxation



T linear ramp

$\longleftarrow$

depolarization

Depolarization current (peak)

TSDC: depolarization current intensity as a function of temp.

Highly Confidential Information Under Protective Order - Attorneys' Eyes Only

# Experimental Types in TSDC:



### 1.TSC ( Thermally stimulated current)



### 3. TSPC/SDC (Thermally stimulated Current with Spontaneous  Polarization/Depolarization)



### 2. TW ( Thermal Windowing)



### 4.SDC (Spontaneous Depolarization Current)



NPC-VS-918-000026822

# Applications of TSDC:

### DSC Thermogram:



Fig. 1. DSC thermograms of amorphous LAB687, PVPK-30, and their solid dispersions at drug loads of 10–60% (open pan, 7°C/min).

**U NOVARTIS**

Indicates single Tg in solid dispersion

### TSDC thermogram:

α-relaxation



Fig. 2. TSDC thermogram of amorphous LAB687 obtained from global experiment. The polarization temperature was T$_p$ = 100°C with polarization time t$_p$ = 2 min at an intensity of the polarizing field E = 300 V/mm. The freezing temperature to which the sample was cooled (quenched) was T$_0$ = −10°C with a holding time at this temperature (t$_0$) = 1 min, after which the sample was heated to a final temperature T$_f$ = 200°C at a heating rate r = 4°C/min.



Fig. 3. TSDC thermogram of PVPK-30 obtained from global experiment. The polarization temperature used was T$_p$ = 180°C for a polarization time t$_p$ = 4 min at an intensity of the polarizing field E = 300 V/mm. The freezing temperature to which the sample was cooled down (quenched) was T$_0$ = −10°C with a holding time at this temperature (t$_0$) = 1 min, after which the sample was heated to a final temperature T$_f$ = 200°C at a heating rate r = 4°C/min.

# Applications of TSDC:



1. It is very sensitive in detecting small reorientational motions in solids.

2. Separates overlapping events with only slight differences in molecular motion, but exhibited as broad events in DSC.

3. Allows detection of the rigid fraction of the amorphous drug, the sub-glass transition β- relaxation in the polymer.

4. Detects the limit of miscibility between the drug and the polymer in the solid dispersions.

5. Obtains a distribution of temperature-dependent relaxation times encountered in real systems as opposed to a single average value routinely acquired by other techniques.

6. Obtains relevant kinetic parameters used in mechanistically delineating the effects on molecular mobility of temperature while incorporating the drug in a polymer.

Highly Confidential Information Under Protective Order - Attorneys' Eyes Only



# Product Information: PSEM 3025



**PSEM 3025**

- SED
  - ✓ Topographical imaging
- BSED
  - ✓ Atomic number based contrast
- SDD for X-Ray detection
  - ✓ Chemical Composition
- Perception Software Suite
  - ✓ Integrates hardware and software components
- Audit and Authorization Software
  - ✓ Comply 21 CFR Part 11 requirements
  - ✓ GMP facilities



2

Confidential and Proprietary Aspex Corporation 2001-2008

Highly Confidential Information Under Protective Order - Attorneys' Eyes Only

NPC-VS-918-000026825



# Characteristic X-Rays

**Characteristic X-Rays are generated in a multi-step process.**



- An inner shell electron is knocked out by incoming electron.
- An outer shell electron drops down to fill vacancy.
- Energy difference is emitted as a photon.

Highly Confidential Information Under Protective Order - Attorneys' Eyes Only

**7**

NPC-VS-918-000026826

# Scanning Electron Microscope Images
## *Crystalline vs. Amorphous Solid Dispersions*





LEQ506 DS CSF Batch

25% LEQ506 + 75% PVPK30

20% LEQ506DS + 70% VA64 + 10% F188





Highly Confidential Information Under Protective Order - Attorneys' Eyes Only

NPC-VS-918-000026827



# Energy Dispersive Spectrum



- Energy of emitted X-Ray is characteristic of chemical element.
- The X-ray detector collects the X-rays and results are displayed in a histogram.

NPC-VS-918-000026828

# X-Ray Mapping: Magnesium Stearate



Silicon
Oxygen
Magnesium
Carbon

**Sample:** Aleve 220 mg

**Scanning conditions:** 10 frames at 1ms/pixel



NPC-VS-918-000026829

# PharmaLIBS™ Configuration



Highly Confidential Information Under Protective Order - Attorneys' Eyes Only

NPC-VS-918-000026830

# LIBS Applications



- Blend /Tablet content uniformity
- Components distributions in powder blends and tablets
- Surface and 3-D mapping
- Film coating studies
- Dose strength identification

Highly Confidential Information Under Protective Order - Attorneys' Eyes Only

## Thermal Activity Monitor (Isothermal Calorimetry)



Principle:

     To monitor the heat conduction into or out of a measuring cell, from or out of heat sink.



- The heat sink is usually held isothermally (normally at a set temperature range between 5-95$^0$C to an accuracy of ± 10$^{-40}$C .
- The instrumental output is the rate of change of heat (dq/dt) as a function of time.
- The output is a composite of enthalpy, concentration and rate and thus thermo-dynamics, analysis and mechanism.

# Applications of TAM

 NOVARTIS

1. To monitor crystal transitions, from one crystal form to another.

2. To monitor recrystallisation of an amorphous region in a particle.

3. To monitor physical stability of a raw drug product or formulation.

4. For compatibility studies of active components with excipients.

5. To detect low levels of amorphous phase in crystalline materials.

Highly Confidential Information Under Protective Order - Attorneys' Eyes Only

# Looking Forward.......



How can we work together to solve various challenges in pharmacological drug development?



MORE **Collaboration**

&

BETTER **Communication**

Highly Confidential Information Under Protective Order - Attorneys' Eyes Only

NPC-VS-918-000026834

# EXHIBIT 12

1376 - 2

BOOK    PAGE

**TITLE** Glassy solid prep.    **PROJECT** 2019436

*Continued from page*

1376-2-1 : Glassy solid preparation②

Transferred 3.99 mL of TCL 19678 into an RB flask. Placed on the rotavap③ at RT (water bath was not used)
to remove EtOH.

mass of sacubitril needed = 0.42g × 0.95 = 0.399 g

Vol. of sacubitril solution needed (TCL 19678) = $\dfrac{0.399\,g}{1\,g/10mL}$    Note: TCL 19678 is 100% purity

= 3.99 mL

After ~30 mins of rotavap, a small amount of solution still remained. Placed under gentle $N_2$ stream while rotated
the flask to further dry. Thin film was generated. Added 413.0 mg of TCL 19665④ and 40 mL (100 mL grad. cyl.)
of acetone (HPLC grade, lot 210991 Fisher) into the RB flask.

In a separate vial, 117.2 mg of NaOH (Fisher lot 205667) was dissolved in 7 mL① of $H_2O$ (HPLC grade Fisher
lot 225130).

The NaOH solution was transferred into the RB flask. Stirred at RT for 1 hr. Clear solution obtained.

Placed solution on the rotavap③ at 35°C (water bath T was monitored with an external thermometer Fisher
CP 289803, cal exp. 07/31/23).

After rotavap for over 2 hrs, some clear solution remained. Placed solution in an oven at 35°C (monitored
with the same thermometer above).

④ Removed from fridge #5, returned to fridge #5 after use.
③ Buchi S/N 216089, rotated at speed #8
② Removed from freezer #5, equilibrated to RT prior to taking aliquot, returned to freezer #5 after use.
① Eppendorf 1,000 μL adjustable pipette I 10452 J

*Continued to page*

SIGNATURE

DATE
04/10/23

DISCLOSED TO AND UNDERSTOOD BY                    DATE

**PROPRIETARY INFORMATION**

1376 - 3

BOOK    PAGE

TITLE Glassy solid prep          PROJECT 2019 436

Continued from page

1376-2-1 (continued)

Removed RB flask from the oven. Still clear solution.

Placed the flask on a sand bath set at 35°C (monitored by thermometer Fisher CP289803, cal. exp. 07/31/23) and under gentle N₂ stream.

Continued to page

SIGNATURE                                    DATE

                                             04/11/23

DISCLOSED TO AND UNDERSTOOD BY        DATE

                              **PROPRIETARY INFORMATION**

1376 - 4

BOOK - PAGE

TITLE Glassy solid prep.          PROJECT 2019 436

Continued from page

1376-2-1 (continued)

Thin clear film formed. When picked with a spatula, the material was gel-like. Placed the flask in a vacuum oven set at 35°C (monitored with thermometer Fisher CP289803, cal. exp. 07/31/23). Dried solids obtained after ~2 hrs. Transferred solids to a new vial. Yield = 535.3 mg (Balance 7), submitted for xRPD analysis.

Placed 1376-2-1 in a vacuum desiccator after xRPD analysis.

Continued to page

SIGNATURE

DATE
04/12/23

DISCLOSED TO AND UNDERSTOOD BY          DATE          **PROPRIETARY INFORMATION**

AP-NPC-918-000000003

1376  **- 10**
BOOK      PAGE

TITLE Amorphization of sacubitril sodium      **PROJECT** 2019436

*Continued from page*

Solubility check

| Sample N## | Weight of TCL 19864 added (mg) ② ① | Solvent added ③ | Volume of solvent added ⑥ | Solubility calc. |
|---|---|---|---|---|
| 1376-10-1 | 5.5 | Acetone | 50 μl : I | Solubility < 5.5 mg / 0.5 mL |
| | | | 100 μl : IIII → still cloudy | < 11 mg/mL |
| 1376-10-2 | 5.2 | MeOH ⑤ | 50 μl : I → clear ④ | Solubility > 5.2 mg / 0.05 mL |
| | | | | > 104 mg/mL |

1376-10-3 : Rotavap attempt
Weighed ② 351.6 mg of TCL 19864 ① into a vial. Added 7mL of MeOH ⑤. Sonicated until fully dissolved. Filtered (Nylon syringe filter, 0.45 μm, 25 mm, Tisch lot 280508047) into a new vial. Placed on the rotavap (Buchi S/N 216089 with water bath at ambient) Placed sample in a vacuum desiccator.

⑧ Sonication was performed after each aliquot addition   ⑦ Eppendorf 1mL adjustable pipette 26310lK
③ HPLC grade Fisher lot 210991, exp. 7/31/26   ⑤ HPLC grade Sigma lot SHBP8930, exp 7/3/27
② Balance 10   ④ Eppendorf 100μl adjustable pipette 164453K
① Removed from freezer 5, equilibrated to RT, returned to freezer 5 after use

*Continued to page*

SIGNATURE

DISCLOSED TO AND UNDERSTOOD BY      DATE

DATE  5/1/23

**PROPRIETARY INFORMATION**

AP-NPC-918-000000004

1376 - 11
BOOK     PAGE

TITLE Standard XRPD          PROJECT 2019436

*Continued from page X*

XRay #5

Removed sample 1376-10-3 from a vacuum desiccator for XRay analysis.

Sample was prepared onto a large-well silicon holder packed full and leveled with a glass slide.

XRPD Parameters:  Reflection Mode (BB)
                  2-40° 2θ
                  0.02° Step
                  6°/min
                  11 RPM
                  IS: 1/3 deg    RS1: 18mm   RS2: Open

Analyzed material was put into a post XRD vial. Sample 1376-10-3 and post XRD was returned to vacuum desiccator.

Sample ID          Filename
TC 1376-10-3       RX5-878
KM 5/3/23

*Continued to page X*

SIGNATURE
*Kylie Mellon*

DATE
5/3/2023

DISCLOSED TO AND UNDERSTOOD BY

DATE

PROPRIETARY INFORMATION

AP-NPC-918-000000005

1376 - 12
BOOK    PAGE

TITLE IR - ATR    PROJECT 20194356

*Continued from page*

1376-10-3 removed from vacuum desiccator at ~ 10:01am (via wall clock).

5. After thoroughly cleaning the ATR diamond and press with methanol, a background scan was collected. A specimen of 1376-10-3 was dispersed over the diamond, pressed for complete contact, and analyzed as below.

10. Parameters:
Scans → 256
Resolution → 2 cm⁻¹
Gain → Autogain

15. Sample ID        Filename

1376-10-3        IR2-1787

20. Specimen not recovered following analysis. Bulk 1376-10-3 left at bench for further analysis.

25.

30.

35.

*Continued to page*

SIGNATURE    *Sarah Miller*    DATE 05/08/23

DISCLOSED TO AND UNDERSTOOD BY    DATE

**PROPRIETARY INFORMATION**

AP-NPC-918-000000006

1376 - 13
BOOK    PAGE

TITLE mDSC                    PROJECT 2019436

Continued from page

DSC3- Balance 14, level (R5)

Weighed the corresponding amount of 1376-10-3 into corresponding Tzero pan. Crimped with black die set and Tzero lid.

| Sample ID | Filename | Position | Mass (mg) |
|---|---|---|---|
| 1376-13-01 | NA | R5 | Balance ID        14<br>May 8 2023 10:00AM<br>52.1605 mg |
| 1376-10-3 | DSC3.1597 | 1 | Balance ID        14<br>May 8 2023 10:01AM<br>53.0595 mg<br>May 8 2023 10:04AM<br>N        6.3910 mg |

Bulk 1376-10-3 returned to vacuum desiccator at ~ 10:18am (via wall clock).

Continued to page

SIGNATURE Sarah Miller

DATE
DISCLOSED TO AND UNDERSTOOD BY

DATE 05/08/23

PROPRIETARY INFORMATION

AP-NPC-918-000000007

1376 - 14

BOOK    PAGE

TITLE Raman        PROJECT 2019436

| | |
|---|---|
| Continued from page | 1R2 1RM3 |

5.17.23

3 ie AP 7/17/2023

Removed 1376-10-X from the vacuum desiccator for Raman data collection.

Prep & parameters listed on 1376-7

RM3-944.

Post Raman material was saved in a separate    3
   vial labeled 1376-14-1-post Raman of 1376-10-X.    ie AP 7/17/2023
Placed samples in vacuum desiccator.

Continued to page

SIGNATURE

DATE 5.17.23

DISCLOSED TO AND UNDERSTOOD BY                  DATE

**PROPRIETARY INFORMATION**

AP-NPC-918-000000008

1376 - 15
BOOK    PAGE

**TITLE** Standard XRPD        **PROJECT** 2019436

Continued from page X

X Ray #5

TCL 20024 removed from refrigerator 5 to prepare for testing

Sample was prepared onto a large-well silicon holder packed full & leveled with a glass slide.

Parameters:

Reflection Mode (BB)
2-40° 2θ
0.02° Step
6°/min
11 RPm
Is 1/3; RS1 18mm; RS2 open

Analyzed material was placed into a post XRPD vial & returned to refrigerator 5 with TCL 20024.

Sample ID          File name
TCL 20024          RXS-1026

Continued to page

SIGNATURE
Kylie Melton
DISCLOSED TO AND UNDERSTOOD BY

DATE
5/26/2023

DATE

**PROPRIETARY INFORMATION**

AP-NPC-918-000000009

BOOK 1376 - PAGE **16**

TITLE Rotovap of disodium valsartan          PROJECT 2019436

Continued from page

1376-16-1 : Rotovap attempt

Weighed ① 545.7 mg of TCL 20024 ② into a vial. Added ④ 10 mL of MeOH ③ ② SE NS 5/30/23. Sonicated. Solids dissolved but solution turned cloudy. Added 3 mL more MeOH ④. Sonicated. Still cloudy. Added 5 mL more MeOH ④. Sonicated. Still cloudy. Filtered via a 0.2 μm PTFE syringe filter ⑤ into a 100 mL RB flask. Rotovap SE M 5/30/23. Solution was clear after filtration. Rotovap (Buchi App no. 216089) at RT water bath. Placed in a vacuum desiccator.

⑤ Whatman lot 17184818

④ HPLC grade Sigma lot SHBP8930

③ Eppendorf 1 mL adjustable pipette I63101K

② Removed from refrigerator 5 and returned to refrigerator 5 after use

① Balance 10

Continued to page

SIGNATURE

DATE  5/30/23

DISCLOSED TO AND UNDERSTOOD BY

DATE

**PROPRIETARY INFORMATION**

1376 - 17

BOOK       PAGE

TITLE X RPD                    PROJECT 2019436

Continued from page                         XRPD #5

5.31.23

Removed 1376-16-1 from the vacuum desiccator to
prepare for x-ray data collection.

XRPD parameters:
2-40 2θ @ 6°/min              IS = 1/3°
0.02 step                     RS*1 = 18mm
spinning @ 11 rpm            RS*2 = open
reflection mode.             position 2
large well silicon holder. Filled leveled w/glass slide.

Post XRPD material saved in a separate vial. Both
samples placed in vacuum desiccator.

Continued to page

SIGNATURE                               DATE
                                        5.31.23
DISCLOSED TO AND UNDERSTOOD BY        DATE
                                        PROPRIETARY INFORMATION

AP-NPC-918-000000011

BOOK **1376** - **20** PAGE

TITLE **IR/Raman**          PROJECT **2019436**

Continued from page

6.7.23

5  Removed 1376-16-1 from the vacuum desiccator
for IR & Raman data collection.

IR

10  Placed a small amount of sample directly on
the ATR crystal.

Parameters:
256 scans                 background prior to sample
2cm⁻¹ resolution          autogain
log 1/R                   optical velocity 0.4747
IS 50 ATR                 aperture 87.
4000-400 spectral range

20  IR2-1845

Raman
Placed a small amount of sample on a gold slide.
leveled using a glass slide

25  Parameters:
256 scans                 laser power 0.5W
2cm⁻¹ resolution          autogain
cosmic ray threshold-high optical velocity 0.3165
30                        aperture 37.

RM3-948

Post Raman material saved in a separate vial 1376-20-1.
35  Both samples placed in vacuum desiccator.

Continued to page

SIGNATURE  Mendy M[?]onnel

DATE  4.7.23

DISCLOSED TO AND UNDERSTOOD BY          DATE

**PROPRIETARY INFORMATION**

AP-NPC-918-000000012

1376 - 22
BOOK   PAGE

TITLE 13C Solidstate NMR    PROJECT 2019436

Continued from page

Sample ID          NMR filename
1376 - 2 - 1       NMR1 - 3337
1376 - 10 - 3      NMR1 - 3338
1376 - 16 - 1      NMR1 - 3339

All samples were fully packed into 4mm ZrO₂ rotors.

Acquisition parameters for all samples.
Sequence: cptoss
TD: 3072
SW: 404 ppm
AQ: 38 ms
RG: 32
CNST31: 10000
D1: 5 s
NS: 4096
ZGOPTNS: -Dtossa
O1: 100 ppm
P2: 7 us
P15: 3000 us
PLW1: 50 W
PLW11: 105 W
O2: 6 ppm
P3: 3.5 us
PLW12: 60 W
SPW0: 44 W

SIGNATURE          DATE
Bort               6/9/2023

DISCLOSED TO AND UNDERSTOOD BY          DATE

PROPRIETARY INFORMATION

AP-NPC-918-000000013

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on October 18, 2024 on the following counsel in the manner indicated:

### <u>VIA EMAIL:</u>

Stamatios Stamoulis
Richard C. Weinblatt
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Ronald M. Daignault
Richard Juang
DAIGNAULT IYER LLP
8200 Greensboro Drive, Suite 900
Mclean, VA 22102
(314) 446-3367
rdaignault@daignaultiyer.com
rjuang@daignaultiyer.com

*Attorneys for Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited*

Dominick T. Gattuso
Denise Kraft
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7311
dgattuso@hegh.law
dkraft@hegh.law

ME1 50725322v.1

Don J. Mizerk
Matthew M. Kamps
Thomas Heneghan
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 655-1500
Don.Mizerk@huschblackwell.com
Matt.Kamps@huschblackwell.com
Tom.Heneghan@huschblackwell.com

*Attorneys for Defendant Nanjing Noratech Pharmaceutical Co. Limited and Gerbera Therapeutics, Inc.*

/s/ *Daniel M. Silver*
Daniel M. Silver (#4758)

ME1 50725322v.1