THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (sacubitril/valsartan) Patent Litigation | C.A. No. 20-md-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>Defendants. | C.A. No. 22-cv-1395-RGA |

**ORDER GRANTING NANJING NORATECH PHARMACEUTICAL CO., LIMITED'S REQUESTED RELIEF RELATED TO DISCOVERY DISPUTES**

This \_\_\_\_\_ day of _____ 2024, the Court having reviewed Defendants Gerbera Therapeutics, Inc. and Nanjing Noratech Pharmaceutical Co., Ltd. (collectively, "Noratech") Letter Brief dated November 15, 2024 and heard oral argument regarding the same, having considered the merits, and the Court having found good cause to grant the relief requested therein,

IT IS HEREBY ORDERED that:

1. Novartis and its experts are prohibited from relying on the testimony of Dr. Adam Matzger, Ph.D. in this case or otherwise attempting to introduce his testimony in this case as a sanction for violating the terms of the Court's protective order (D.I. 80);

2. Novartis must provide information regarding the origin of the "LCZ6696 AB Amorphous" sample provided to Dr. Matzger and represented as a reference for amorphous TVS, including but not limited to details regarding its origin and synthesis;

3. Novartis is prohibited from introducing evidence in this case based on any purported reference for amorphous TVS, including the "glassy solid" synthesized by Triclinic Laboratories and/or "LCZ6696 AB Amorphous," as a sanction for failing to produce samples of amorphous TVS to Noratech during the case; and

4. Novartis must make the aforementioned disclosures within 7 days of the entry of this Order.

SO ORDERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE