THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (sacubitril/valsartan) Patent Litigation | C.A. No. 20-md-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>Defendants. | C.A. No. 22-cv-1395-RGA |

**ORDER GRANTING NANJING NORATECH PHARMACEUTICAL CO., LIMITED'S REQUESTED RELIEF RELATED TO DISCOVERY DISPUTES**

This _____ day of _____ 2024, the Court having reviewed Defendants Gerbera Therapeutics, Inc. and Nanjing Noratech Pharmaceutical Co., Ltd. (collectively, "Noratech") Letter Brief dated November 19, 2024 and heard oral argument regarding the same, having considered the merits, and the Court having found good cause to grant the relief requested therein,

IT IS HEREBY ORDERED that:

1. Noratech is granted leave to serve First Supplemental Expert Report of Dr. Clare Strachan, Ph.D. (Exhibit A to motion).

SO ORDERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE