## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: ENTRESTO (SACUBITRIL/VALSARTAN) PATENT LITIGATION ) ) ) ) | MDL No. 20-2930-RGA |
| ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. No. 24-1045-RGA |
| LUPIN INC., LUPIN ATLANTIS HOLDINGS, S.A., LUPIN LIMITED, LUPIN PHARMACEUTICALS, INC., ) ) ) ) | |
| Defendants. ) ) ) ) | |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE

This stipulation is made by and between Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendants Lupin Inc., Lupin Atlantis Holdings, S.A., Lupin Limited, and Lupin Pharmaceuticals, Inc. (collectively, "Lupin").

**WHEREAS** Novartis filed a complaint for patent infringement against Lupin in Civil Action 24-1045-RGA (the "Action");

**WHEREAS** Lupin has not yet answered Novartis's complaint in the Action;

**WHEREAS** Novartis and Lupin have entered into an agreement resolving their disputes and wish to dismiss the Action;

**NOW THEREFORE**, Novartis and Lupin, by and through their respective undersigned counsel in the Action, and subject to the approval of the Court, stipulate and agree as follows:

1. The Action (Civil Action No. 24-1045-RGA) is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

2. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: November 26, 2024

**MCCARTER & ENGLISH, LLP**

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
*dsilver@mccarter.com*
*ajoyce@mccarter.com*

OF COUNSEL:

Nicholas N. Kallas
Christina Schwarz
Christopher E. Loh
Jared L. Stringham
VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100
*nkallas@venable.com*
*cschwarz@venable.com*
*cloh@venable.com*
*jlstringham@venable.com*

*Attorneys for Plaintiff Novartis*
*Pharmaceuticals Corporation*

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Alexandra M. Ewing*
Frederick L. Cottrell, III (#2555)
Alexandra M. Ewing (#6407)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel: (302) 651-7700
Cottrell@rlf.com
Ewing@rlf.com

*Attorneys for Defendants*
*Lupin Inc., Lupin Atlantis Holdings, S.A.,*
*Lupin Limited, Lupin Pharmaceuticals, Inc.*

IT IS SO ORDERED this _____ day of _____, 2024.

_____
United States District Judge