# HEYMAN ENERIO GATTUSO & HIRZEL LLP

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472.7300 • Fax: (302) 472.7320 • www.hegh.law

Direct Dial: 302-472-7311
dgattuso@hegh.law

December 3, 2024

**VIA CM-ECF**
The Honorable Richard G. Andrews
United States District Court
844 N. King Street
Room 6325
Wilmington, DE 19801

Re: *In re: Entresto (Sacubitril/Valsartan) Patent Litigation,*
C.A. No. 20-2930-RGA, C.A. No. 22-1395-RGA, C.A. No. 23-401-RGA

Dear Judge Andrews:

Pursuant to Your Honor's order at the Pretrial Conference on November 22, 2024, Defendants Gerbera Therapeutics, Inc. and Nanjing Noratech Pharmaceutical Co., Ltd. submit the enclosed binder containing the curriculum vitae of their experts: Dr. Richard L. McCreery, Ph.D. (DTX 0136), Dr. Clare Joanna Strachan, Ph.D. (DTX 0775), Dr. Kiran Kaur Khush, MD, MAS, FACC (DTX 0205) and Dr. Jeremy Karl Cockcroft, Ph.D. (DTX 0774). These experts will testify on Defendants' behalf at trial in the above-referenced actions, beginning on December 9, 2024.

Respectfully submitted,

*/s/ Dominick T. Gattuso*

Dominick T. Gattuso (#3630)

DTG/mas
Enclosures
cc:  Clerk of the Court (via hand delivery)
     Plaintiffs' Counsel of Record (via electronic mail w/out enclosures)