**STAMOULIS & WEINBLATT LLC**
*Intellectual Property & Delaware Corporate Law*

<u>**VIA CM/ECF**</u>

Richard C. Weinblatt
weinblatt@swdelaw.com

December 3, 2024

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:   *In re Entresto (Sacubitril/Valsartan) Patent Litigation*
             <u>20-md-2930-RGA, 22-1395-RGA</u>

Dear Judge Andrews:

      As the Court is aware, Novartis filed suit against the FDA in the United States District Court for the District of Columbia in an effort to revoke MSN's final ANDA approval, and the district court recently granted summary judgment in favor of the FDA and MSN. In that case, the FDA produced to Novartis and MSN's outside counsel its own internal record relating to its evaluation and review of MSN's ANDA.

      It has come to our attention through MSN's regulatory counsel who represented MSN in the FDA case and public court filings that there are two internal FDA documents relating to FDA's analysis and findings with respect to the solid state form of MSN's sacubitril/valsartan API (i.e., whether MSN's API is a crystalline complex or mixture). *See* Ex. A attached (discussion of sodium salt complex, anionic compounds in a salt complex or sacubitril sodium and valsartan disodium and redacted text at p. 17 of MSN's Memorandum in Reply to Novartis's Opposition to MSN's Cross-Motion for Summary Judgment) (emphasis added). We have been informed that the documents of concern do *not* contain any Novartis confidential information. Accordingly, MSN's regulatory counsel contacted the DOJ attorneys who are representing the FDA and Novartis's counsel requesting their consent to disclose the relevant two documents to MSN. DOJ stated they have no objection to sharing the documents with MSN. But after repeated meet-and-confers and email exchanges, and even though the documents do *not* contain any Novartis confidential information, Novartis has refused to withdraw its unfounded confidentiality designation.

      We believe the documents at issue could be highly relevant to MSN's noninfringement defense in the case and could be potentially useful on cross-examination of Novartis' experts. Accordingly, we respectfully request the Court to order Novartis to withdraw its confidentiality objection and permit MSN's regulatory counsel to share the documents with MSN and litigation counsel in these proceedings so that MSN can identify these documents on its exhibit list and potentially use them at trial.

      We are available at the convenience of the Court should Your Honor have any questions regarding the foregoing.

The Honorable Richard G. Andrews
December 3, 2024
Page 2

                                                      Respectfully,

                                                     */s/ Richard C. Weinblatt*

                                                     Richard C. Weinblatt #5080
                                                   *Counsel for Defendants*
                                                   *MSN Pharmaceuticals Inc.,*
                                                   *MSN Laboratories Private Limited, and*
                                                   *MSN Life Sciences Private Limited*

cc:      All Registered Counsel (via CM/ECF)