# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ENTRESTO (SACUBITRIL/VALSARTAN) PATENT LITIGATION | Civil Action No. 20-md-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, NANJING NORATECH PHARMACEUTICAL CO., LIMITED, GERBERA THERAPEUTICS, INC.,<br><br>    Defendants. | Civil Action No. 22-1395-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>NANJING NORATECH PHARMACEUTICAL CO., LIMITED and GERBERA THERAPEUTICS, INC.,<br><br>    Defendants. | Civil Action No. 23-401-RGA |

## ORDER AFTER PRETRIAL CONFERENCE

Now, this 4th day of December, 2024, after a pretrial conference on November 22, 2024, and upon consideration of the proposed pretrial order (D.I. 1641)[1] and the discussion at the pretrial conference (D.I. 1667), IT IS HEREBY ORDERED that:

1.  The Proposed Pretrial Order (D.I. 1641) is **ADOPTED**, as modified by any discussion at the pretrial conference.

2.  A four-day bench trial will begin on Monday, December 9, 2024, at 8:30 a.m. On Monday, we will have a 45 minute lunch break and will go until 5:00 p.m. or until the finish of Dr. Khush's testimony, whichever is later.  On Tuesday, we will start at 8:30 a.m., recess for lunch at 11 a.m., and resume at 12:30 p.m., and continue until at least 5:00. p.m.  On Wednesday, we will start at 8:30 a.m., recess for lunch at 11 a.m., and resume no earlier than 3:00 p.m.  We will continue to at least 5:00 p.m.  On Thursday, we will start at 8:30 a.m. (or possibly 9 a.m.), have a 45 minute lunch break, and continue until we are finished with testimony.  There will be closing argument on Friday morning, the exact time to be determined during trial.  The amount of time allowed for closing argument is not expected to exceed 90 minutes total; it may be less.

3.  The trial is timed.  Each side (all Defendants being considered as one "side") is allowed **12** hours for its opening statement and its direct and cross-examination of witnesses. Time during the trial day that does not neatly fit into one of those categories will be attributed to one side or the other as the Court thinks most appropriate.

4.  Trial counsel are to be present and ready to proceed at 8:30 a.m. each and every day of trial.  There may be other jury trials taking place, and jury selection may be occurring in at least one of them on Monday morning.  **COUNSEL SHOULD UNDERSTAND THAT**

---

[1] All citations are to the docket in No. 20-md-2930.

**THERE MAY BE LONG LINES (PARTICULARLY WHEN A JURY IS BEING SELECTED) TO ENTER THE COURTHOUSE AND SHOULD PLAN ACCORDINGLY.**

    5.   The motion in limine to preclude MSN's written description and enablement arguments (D.I. 1639) is **DENIED**.  (D.I. 1667 at 43:12-44:1).  The motion in limine to preclude reference to evidence and "court comments" from the Hetero case (D.I. 1637) is **GRANTED**. (D.I. 1667 at 44:2-49:19).[2]  The motion in limine to preclude Dr. Spinale from "referencing his undocumented treatment practices" (D.I. 1638) is **DENIED**.  (D.I. 1667 at 50:3-18).

    6.   Any trial logistics should be coordinated through the Courtroom Deputy.


                    /s/ Richard G. Andrews
                   United States District Judge

---

[2] One issue in the motion in limine was mooted.  (D.I. 1667 at 49:20-50-2).