**STAMOULIS & WEINBLATT LLC**
*Intellectual Property & Delaware Corporate Law*

<u>**VIA CM/ECF**</u>

Richard C. Weinblatt
weinblatt@swdelaw.com

December 4, 2024

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:   *In re Entresto (Sacubitril/Valsartan) Patent Litigation*
            20-md-2930-RGA, 22-1395-RGA

Dear Judge Andrews:

    Today the Federal Circuit issued its opinion in *Novartis Pharmaceuticals Corporation v. MSN Pharmaceuticals, Inc.*, Case No. 24-2211. A copy of the opinion is attached hereto.

                                       Respectfully,

                                       */s/ Richard C. Weinblatt*

                                       Richard C. Weinblatt #5080
                                       *Counsel for Defendants*
                                       *MSN Pharmaceuticals Inc.,*
                                       *MSN Laboratories Private Limited, and*
                                       *MSN Life Sciences Private Limited*

cc:    All Registered Counsel (via CM/ECF)