## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, NANJING NORATECH PHARMACEUTICAL CO., LIMITED, Defendants. | ) ) ) ) ) ) ) ) | C.A. No. 22-1395-RGA |

### MSN'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES

Defendant MSN moves for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, MSN states as follows:

1.      The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2.      The parties and their respective trial technology support personnel are scheduled to appear for courtroom setup on December 6, 2024 at 2:00 p.m. in advance of trial in these cases.

3.      Trial is currently scheduled in these cases for December 9-13, 2024 before Judge Richard G. Andrews.

4.      Ronald M. Daignault, Richard Juang, and Elizabeth Bernard of Daignault Iyer LLP are counsel of record for MSN who have been admitted *pro hac vice* in these matters.  They will be attending the trial, will be arguing or assisting with MSN's argument presentation at the trial, and they request access to their electronic devices in connection with the trial.  However, these individuals do not otherwise meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order.

5.      Kevin Warner of Rakoczy Molino Mazzochi Siwik LLP is counsel of record for MSN who has been admitted pro hac vice in these matters.  He will be attending the trial, will be arguing or assisting with MSN's argument presentation at the trial, and he requests access to his electronic devices in connection with the trial.  However, this individual does not otherwise meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order.

6.      Kondal Reddy Bairy and Rakesh Sappa Sri Siva are client representatives from MSN, will be attending the hearing, and request access to their electronic devices for purposes of consulting with counsel and performing their job duties in connection with the hearing. However, these individuals do not otherwise meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order.

7.      Kaelan Moore of BlueBear Solutions, Inc. has been hired by MSN as its hot-seat operation, will provide MSN with technology-related support, and will assist MSN with its presentation during the trial.  Mr. Moore requests access to his electronic devices and equipment

for these purposes.

8.    Cathy Pampinella and Konah Duche of Daignault Iyer LLP are legal assistants who will be attending trial, will be assisting MSN's trial counsel during the trial with legal research, pulling electronic documents, performing other computer-related tasks, and they request access to their electronic devices in connection with the trial.  However, these individuals do not otherwise meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order.

9.    Dr. Jonathan W. Steed is MSN's expert in these cases and he requests access to his electronic devices during the trial so that he can attend to his other professional work obligations when the Court takes breaks in the trial and the trial is not in session.  However, this individual does not otherwise meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order.

WHEREFORE, MSN respectfully requests that the Court issue an order granting this motion to exempt these individuals from the May 17, 2024 Standing Order for the trial in these cases.

Dated: December 4, 2024                STAMOULIS & WEINBLATT LLC

By: */s/ Richard C. Weinblatt*
    Stamatios Stamoulis (#4606)
    Richard C. Weinblatt (#5080)
    Stamoulis & Weinblatt LLC
    800 N. West Street, Third Floor
    Wilmington, DE 19801
    (302) 999-1540
    stamoulis@swdelaw.com
    weinblatt@swdelaw.com

    *Attorneys for MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited*