# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>Defendants. | C.A. No. 22-1395-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>Defendants. | C.A. No. 23-401-RGA |

**[PROPOSED] ORDER GRANTING MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

The Court having considered the Motion for Exemption of Persons from the District of

Delaware's May 17, 2024 Standing Order on Personal Devices (the "Motion"),

ME1 51349094v.1

IT IS SO ORDERED this ____5th____ day of __December__ 2024 that:

1. The Motion is GRANTED;

2. For purposes of the December 6, 2024 courtroom setup, and the December 9-13, 2024 trial in the above-captioned cases, the following persons are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their personal electronic devices:

- Nicholas Kallas
- Erin Belfield
- Shannon Clark
- Susanne Flanders
- Gregory Manas
- Carrie Park
- Melinda Roberts
- Jessica Borriello
- Lauren Grant
- Launa Willingham
- Denis Barbier
- James Watkins

3. The persons listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

    /s/ Richard G. Andrews
    _____
    Hon. Richard G. Andrews
    United States District Judge