# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, NANJING NORATECH PHARMACEUTICAL CO., LIMITED, Defendants. | ) ) ) ) ) ) ) ) | C.A. No. 22-1395-RGA |

**[PROPOSED] ORDER GRANTING MSN'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

The Court having considered the MSN's Motion for Exemption of Persons from the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this __5th__ day of __December__ 2024 that:

1. The Motion is GRANTED;

2. For purposes of the December 6, 2024 courtroom setup, and the December 9-13, 2024 trial in the above-captioned cases, the following persons are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their personal electronic devices:

- Ronald M. Daignault

- Richard Juang

1

- Elizabeth Bernard
- Kevin Warner
- Kondal Reddy Bairy
- Rakesh Sappa Sri Siva
- Kaelan Moore
- Cathy Pampinella
- Konah Duche

3. The persons listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

        /s/ Richard G. Andrews
The Honorable Richard G. Andrews
United States District Court Judge

2