IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>Defendants. | C.A. No. 22-1395-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>Defendant. | C.A. No. 23-401-RGA |

**ORDER FOR EXEMPTION
FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024
<u>STANDING ORDER ON PERSONAL DEVICES</u>**

WHEREAS, the Court has considered Defendants Nanjing Noratech Pharmaceutical Co.,

Limited and Gerbera Therapeutics, Inc. unopposed motion requesting an exemption for Dr. Syed

Rizvi, Elizabeth Anne Arundel, Brooke Rochelle Anderson, Cliff Carrillo, Frans Schimper, Dr. Clare Strachan, Ph.D., Dr. Kiran Khush, M.D. and Dr. Richard L. McCreery, Ph.D. from the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Exemption"),

IT IS HEREBY ORDERED that:

1. The Exemption is GRANTED.

2. For purposes of trial in the above-captioned actions, scheduled from December 9 through December 13, 2024, Dr. Syed Rizvi, Elizabeth Anne Arundel, Brooke Rochelle Anderson, Cliff Carrillo, and Frans Schimper are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain their personal electronic devices for use at trial.

DATED this __5th__ day of December, 2024.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE

2