# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, | ) ) ) ) ) ) ) ) ) | C.A. No. 22-1395-RGA |
| Defendants. | ) ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 23-401-RGA |
| v. | ) ) | |
| GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## STIPULATION AND ORDER REGARDING POST-TRIAL BRIEFING

**WHEREAS** between December 9 and 13, 2024, the Court conducted a trial with Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited ("MSN") and Nanjing Noratech Pharmaceutical Co., Limited and Gerbera Therapeutics Inc. ("Noratech") (collectively, "Defendants"), regarding the alleged infringement and alleged invalidity of U.S. Patent Nos. 11,058,667 (the "'667 patent") (Noratech only) and the alleged infringement of U.S. Patent No. 11,096,918 (the "'918 patent");

**WHEREAS** Novartis and Defendants submit the following agreed-upon schedule, subject to the approval of the Court, for post-trial briefing following the above-referenced trial.

**IT IS HEREBY STIPULATED AND AGREED** by Novartis and Defendants, and subject to the approval of the Court, that the following post-trial briefing schedule shall apply to the '918 patent:

1. On January 3, 2025, Novartis shall file its Joint Post-Trial Opening Brief on Infringement (35 pages) and its Findings of Fact regarding Infringement (45 pages);

2. On January 24, 2025, Defendants shall file their Joint Post-Trial Answering Brief on Noninfringement (55 pages) and their Findings of Fact regarding Noninfringement (45 pages);

3. On January 31, 2025, Novartis shall file its Joint Post-Trial Reply Brief on Infringement (20 pages);

4. Novartis and Defendants shall submit to the court hyperlinked copies of the above-identified papers one week after each respective filing, i.e., January 10, 2025, January 31, 2025 and February 7, 2025, respectively;

5.      The parties' proposed Findings of Fact shall separately state, in numbered paragraphs, a list of the relevant material facts the filing party believes it has proven, in a simple narrative form, along with citations to the record. No separate Conclusions of Law shall be filed.

**IT IS HEREBY STIPULATED AND AGREED** by Novartis and Noratech, and subject to the approval of the Court, that the following post-trial briefing schedule shall apply to the '667 patent:

6.      On January 10, 2025, Novartis shall file its Post-Trial Opening Brief on Infringement (20 pages) and its Findings of Fact regarding Infringement (30 pages);

7.      On January 31, 2025, Noratech shall file its Post-Trial Answering Brief on Noninfringement (30 pages) and its Findings of Fact regarding Noninfringement (30 pages);

8.      On February 7, 2025, Novartis shall file its Post-Trial Reply Brief on Infringement (10 pages);

9.      On January 10, 2025, Noratech shall file its Post-Trial Opening Brief on Invalidity (30 pages) and its Findings of Fact regarding Invalidity (35 pages);

10.     On January 31, 2025, Novartis shall file its Post-Trial Answering Brief on Validity (45 pages) and its Findings of Fact regarding Validity (35 pages);

11.     On February 7, 2025, Noratech shall file its Post-Trial Reply Brief on Invalidity (15 pages);

12.     Novartis and Noratech shall submit to the court hyperlinked copies of the above-identified papers one week after each respective filing, i.e., January 17, 2025, February 7, 2025 and February 14, 2025, respectively;

13. The parties' proposed Findings of Fact shall separately state, in numbered paragraphs, a list of the relevant material facts the filing party believes it has proven, in a simple narrative form, along with citations to the record. No separate Conclusions of Law shall be filed.

**IT IS HEREBY STIPULATED AND AGREED** by Novartis and Defendants, and subject to the approval of the Court, that:

14. The parties will submit trial transcript errata to the Court Reporter no later than December 18, 2025.

15. The parties will file a list of admitted trial exhibits no later than Friday, December 20, 2024. Novartis and Defendants will further submit copies of the admitted trial exhibits to the Court via USB drive no later than February 7, 2025. Consistent with the Court's instruction at trial, only admitted trial exhibits cited in the parties' post-trial briefs will be included on the USB drive. Novartis will handle submission of all admitted exhibits.

DATED: December 18, 2024

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

Nicholas N. Kallas
Christina Schwarz
Jared L. Stringham
VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100
nkallas@venable.com
cschwarz@venable.com
jlstringham@venable.com

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*

HEYMAN ENERIO GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
Denise Seastone Kraft (#2778)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7311
dgattuso@hegh.law

Don J. Mizerk
Matthew M. Kamps
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
don.mizerk@huschblackwell.com
matt.kamps@huschblackwell.com

Thomas P. Heneghan
HUSCH BLACKWELL LLP
33 East Main Street, Suite 300
Madison, WI 53703
tom.heneghan@huschblackwell.com

*Attorneys for Defendants Gerbera Therapeutics, Inc. and Nanjing Noratech Pharmaceutical Co., Ltd.*

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street, Third Floor
Wilmington, DE 19801
stamoulis@swdelaw.com
weinblatt@swdelaw.com

>Ronald M. Daignault
>Richard Juang
>Elizabeth Bernard
>DAIGNAULT IYER LLP
>8229 Boone Boulevard - Suite 450
>Vienna, VA 22182
>rdaignault@daignaultiyer.com
>rjuang@daignaultiyer.com
>ebernard@daignaultiyer.com
>
>*Attorneys for Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited*

SO ORDERED this __18__ day of ____December____, 2024.

                /s/ Richard G. Andrews
                UNITED STATES DISTRICT JUDGE