

**Daniel M. Silver**
Wilmington Office Managing Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

January 10, 2025

**VIA CM/ECF & HAND DELIVERY**

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re: *In re Entresto (Sacubitril/Valsartan) Patent Litigation*,
C.A. Nos. 20-md-2930-RGA; 22-1395-RGA

Dear Judge Andrews,

Enclosed please find two USB drives that contain electronic versions of the following post-trial documents from Plaintiff Novartis Pharmaceuticals Corporation, with hyperlinks to exhibits, transcripts, and cases cited therein:

- Novartis's Opening Post-Trial Brief for U.S. Patent No. 11,096,918 (D.I. 1705 in C.A. No. 20-md-2930); and

- Novartis's Findings of Fact for U.S. Patent No. 11,096,918 (D.I. 1706 in C.A. No. 20-md-2930).

Counsel are available at the Court's convenience in connection with this matter.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via Electronic Mail)

ME1 51728569v.1