# HEYMAN ENERIO GATTUSO & HIRZEL LLP

300 DELAWARE AVENUE • SUITE 200 • WILMINGTON, DELAWARE 19801
TEL: (302) 472.7300 • FAX: (302) 472.7320 • WWW.HEGH.LAW

Direct Dial: 302-472-7311
dgattuso@hegh.law

February 20, 2025

**VIA CM-ECF**
The Honorable Richard G. Andrews
United States District Court
844 N. King Street
Room 6325
Wilmington, DE 19801

Re: *In re: Entresto (Sacubitril/Valsartan) Patent Litigation,*
C.A. No. 20-2930-RGA, C.A. No. 23-401-RGA

Dear Judge Andrews:

Enclosed please find two USB drives that contain the electronic version of the following post-trial document from Defendants Gerbera Therapeutics, Inc. and Nanjing Noratech Pharmaceutical Co., Ltd., with hyperlinks to the exhibits, transcripts, and cases cited therein:

- Defendants Nanjing Noratech Pharmaceutical Co., Limited and Gerbera Therapeutics, Inc's Reply in Support of Their Opening Brief Regarding the Invalidity of the '667 Patent [D.I. 1789 in C.A. No. 20-2930-RGA, and D.I. 180 in C.A. No. 23-401-RGA].

Counsel are available at the Court's convenience in connection with this matter

Respectfully submitted,

*/s/ Dominick T. Gattuso*

Dominick T. Gattuso (#3630)

DTG/mas
Enclosures
cc:  Clerk of the Court (via hand delivery)
  Plaintiffs' Counsel of Record (via electronic mail w/out enclosures)