NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

In Re ENTRESTO (SACUBITRIL/VALSARTAN)

----------------------------------------------

NOVARTIS PHARMACEUTICALS CORPORATION,
*Plaintiff-Appellee*

v.

MSN PHARMACEUTICALS, INC., MSN LABORATORIES PRIVATE LTD., MSN LIFE SCIENCES PRIVATE LTD.,
*Defendants-Appellants*

_____

2025-1722, 2025-1723

_____

Appeals from the United States District Court for the District of Delaware in Nos. 1:19-cv-02053-RGA and 1:20-md-02930-RGA, Judge Richard G. Andrews.

_____

**ON MOTION**

_____

PER CURIAM.

**O R D E R**

In these appeals, the appellants ("MSN") submit motions to stay, pending appeal, the portion of the district

2  NOVARTIS PHARMACEUTICALS CORPORATION v. MSN PHARMACEUTICALS, INC.

court's judgment relating to 35 U.S.C. § 271(e)(4)(A), for an administrative stay pending consideration of the motion, and to expedite briefing "on any schedule this Court identifies." Mot. at 2.

On April 29, 2025, the district court stayed its "order resetting MSN's ANDA approval date." No. 1:20-md-02930-RGA, Dkt. No. 1853.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appeals are consolidated, and the revised official caption is reflected in this order.

(2) Novartis Pharmaceuticals Corporation is directed to file a single response to the motions no later than May 7, 2025. MSN may file a single reply in support of the motions no later than May 9, 2025.

(3) The district court's stay shall remain in effect pending consideration of MSN's request for a stay pending appeal.

FOR THE COURT

May 2, 2025
Date

Jarrett B. Perlow
Clerk of Court