# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | MDL No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, GERBERA THERAPEUTICS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED,<br><br>Defendants. | C.A. No. 22-1395-RGA |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the law firm of McCarter & English, LLP hereby withdraws its appearance as counsel for Plaintiff Novartis Pharmaceuticals in C.A. No. 22-1395-RGA. For clarity, the law firm of McCarter & English, LLP is not withdrawing its appearance as counsel for Plaintiff Novartis Pharmaceuticals in MDL No. 20-2930-RGA and other related actions.

PLEASE TAKE FURTHER NOTICE that Daniel A. O'Brien of Venable LLP hereby enters his appearance as substitute counsel on behalf of Plaintiff Novartis Pharmaceuticals in C.A. No. 22-1395-RGA and requests that copies of all notices and pleadings given or filed in the C.A. No. 22-1395-RGA action be served upon him at the address below.

Date: May 20, 2025

| | |
|---|---|
| **VENABLE LLP** | **McCARTER & ENGLISH, LLP** |
| <u>*/s/ Daniel A. O'Brien*</u> | <u>*/s/ Daniel M. Silver*</u> |
| Daniel A. O'Brien (No. 4897) | Daniel M. Silver (#4758) |
| 1201 N. Market Street, Suite 1400 | Alexandra M. Joyce (#6423) |
| Wilmington, DE 19801 | Renaissance Centre |
| Tel: (302) 298-3535 | 405 N. King Street, 8th Floor |
| daobrien@venable.com | Wilmington, Delaware 19801 |
| | (302) 984-6300 |
| *Entering Attorney for Plaintiff Novartis Pharmaceuticals Corporation* | dsilver@mccarter.com |
| | ajoyce@mccarter.com |
| | |
| | *Withdrawing Attorneys for Plaintiff Novartis Pharmaceuticals Corporation* |

## **CERTIFICATE OF SERVICE**

    I, Daniel A. O'Brien, hereby certify that on this 20th day of May, 2025, a copy of the foregoing document was electronically filed with the court and served via CM/ECF, on parties with counsel of record identified on the Court's docket.

                                                   */s/ Daniel A. O'Brien*
                                                   Daniel A. O'Brien (No. 4897)