# United States Court of Appeals for the Federal Circuit

---

**IN RE: ENTRESTO (SACUBITRIL/VALSARTAN)**

---------------------------------------------------

**NOVARTIS PHARMACEUTICALS CORPORATION,**

*Plaintiff-Appellant*

v.

**NANJING NORATECH PHARMACEUTICAL CO., LTD.,**

*Defendant-Appellee*

---

2023-2317, 2023-2319

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:20-md-02930-RGA, 1:23-cv-00401-RGA, Judge Richard G. Andrews.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered March 11, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

June 3, 2025
Date

Jarrett B. Perlow
Clerk of Court