

May 27, 2025

**VIA CM/ECF**

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re:   *In re Entresto (Sacubitril/Valsartan) Patent Litigation,*
      *MDL No. 20-2930-RGA and C.A. Nos. 22-1395-RGA and*
      *23-401-RGA, Involving U.S. Patent Nos. 11,096,918 and 11,058,667*

Dear Judge Andrews,

We write jointly on behalf of Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendants Nanjing Noratech Pharmaceutical Co., Limited and Gerbera Therapeutics, Inc. (collectively, "Noratech") (all together, the "Parties") to █████████████████████████

████████████████████████████████████████████████████████████████████████████

Counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*/s/ Daniel A. O'Brien*

Daniel A. O'Brien (#4897)

cc: Novartis's and Noratech's Counsel of Record (via Electronic Mail)

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was caused to be served on May 27, 2025 on the following counsel in the manner indicated:

**VIA EMAIL:**

Dominick T. Gattuso
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7311
dgattuso@hegh.law

Don J. Mizerk
Matthew M. Kamps
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 655-1500
Don.Mizerk@huschblackwell.com
Matt.Kamps@huschblackwell.com

*Attorneys for Defendant Nanjing Noratech Pharmaceutical Co. Limited and Gerbera Therapeutics, Inc.*

/s/ *Daniel A. O'Brien*
Daniel A. O'Brien (#4897)