IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MSN PHARMACEUTICALS INC., MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED,<br><br>Defendants. | C.A. No. 22-1395-RGA |

**FINAL JUDGMENT AS TO
DEFENDANTS MSN PHARMACEUTICALS INC., MSN LABORATORIES
PRIVATE LIMITED, AND MSN LIFE SCIENCES PRIVATE LIMITED**

**WHEREAS** Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") in the above-captioned suit has asserted that Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, and MSN Life Sciences Private Limited (collectively "MSN" or "MSN Defendants") infringed claim 1 of Novartis's U.S. Patent No. 11,096,918 ("the '918 Patent") by filing Abbreviated New Drug Application ("ANDA") No. 213748;

**WHEREAS** Novartis has asserted that MSN's generic valsartan/sacubitril ANDA tablets identified in MSN's ANDA No. 213748 ("MSN's ANDA Products") infringe claim 1 of the '918 Patent;

**WHEREAS** MSN withdrew at trial its challenges to the validity of claim 1 of the '918 Patent;

1

WHEREAS the Court on July 11, 2025, issued a decision holding that the filing of MSN's ANDA No. 213748 and MSN's ANDA Products do not infringe claim 1 of the '918 Patent (Docket No. 20-md-2930, D.I. 1937; Docket No. 22-1395, D.I. 523);

WHEREAS the '918 Patent will expire the day after November 8, 2026;

IT IS HEREBY ORDERED, DECREED, AND ADJUDGED:

1. Judgment is entered in MSN's favor that MSN's filing of ANDA No. 213748, including any amendments or supplements thereto, does not infringe claim 1 of the '918 Patent under 35 U.S.C. § 271(e)(2).

2. Judgment is entered in MSN's favor that any use, sale, offer for sale, and/or manufacture within the United States, and/or importation into the United States of MSN's ANDA Products during the '918 Patent's term would not infringe claim 1 of the '918 Patent.

3. MSN's counterclaim that the '918 patent is invalid is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE