# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ENTRESTO<br>(SACUBITRIL/VALSARTAN)<br>PATENT LITIGATION | MDL No. 20-2930 (RGA) |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HETERO USA INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT III, TORRENT PHARMA INC., and TORRENT PHARMACEUTICALS LTD.,<br><br>Defendants. | C.A. No. 21-1330 (RGA) |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HETERO USA INC., HETERO LABS LIMITED, and HETERO LABS LIMITED UNIT III,<br><br>Defendants. | C.A. No. 21-1760 (RGA) |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Imron T. Aly and Sailesh K. Patel of the law firm ArentFox Schiff LLP to represent Defendants Hetero USA Inc., Hetero Labs Limited and Hetero Labs Limited Unit III in these matters.

Dated: July 23, 2025

                         */s/ Cortlan S. Hitch*
                         Kenneth L. Dorsney (#3726)
                         Cortlan S. Hitch (#6720)
                         MORRIS JAMES LLP
                         500 Delaware Avenue, Suite 1500
                         Wilmington, DE 19801
                         (302) 888-6800
                         kdorsney@morrisjames.com
                         chitch@morrisjames.com

                         *Attorneys for Defendants*
                         *Hetero USA Inc., Hetero Labs Limited and*
                         *Hetero Labs Limited Unit III*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: _____
                                                            United States District Court Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Illinois and Missouri and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2024, I further certify that the annual fee of $50.00 will be submitted upon filing of this motion.

Date:   July 21, 2025

Signed: _____
Imron T. Aly, Esq.
ArentFox Schiff LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
(312) 258-5500
imron.aly@afslaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective January 1, 2024, I further certify that the annual fee of $50.00 will be submitted upon filing of this motion.

Date:   July 21, 2025               Signed: _____
                                                                Sailesh K. Patel, Esq.
                                                                ArentFox Schiff LLP
                                                                233 South Wacker Drive, Suite 7100
                                                                Chicago, IL 60606
                                                                (312) 258-5698
                                                                sailesh.patel@afslaw.com